| **Fill in this information to identify your case:** |
|---|

United States Bankruptcy Court for the:

EASTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Island View Crossing II, L.P.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **11-3672634** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**One South State Street**<br>**Newtown, PA 18940**<br>Number, Street, City, State & ZIP Code<br><br>**Bucks**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**1600 Radcliffe Street Bristol, PA 19007**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>■ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Island View Crossing II, L.P.** _____ Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes

List all cases. If more than 1, attach a separate list

Debtor **One State Street Associates, L.P.**    Relationship **affiliate**
District **EDPA**    When **6/21/17**    Case number, if known **17-14291**

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor **Island View Crossing II, L.P.** _____ Case number (*if known*)_____
     Name

**11. Why is the case filed in *this district?***    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
             Contact name _____
             Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Island View Crossing II, L.P.**
  Name                                                                         Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 30, 2017**
             MM / DD / YYYY

X **/s/ Renato J. Gualtieri**                           **Renato J. Gualtieri**
  Signature of authorized representative of debtor        Printed name

Title  **President of corporate general partner**

**18. Signature of attorney**

X **/s/ David B. Smith**                                Date **June 30, 2017**
  Signature of attorney for debtor                              MM / DD / YYYY

**David B. Smith**
Printed name

**Smith Kane Holman, LLC**
Firm name

**112 Moores Road**
**Suite 300**
**Malvern, PA 19355**
Number, Street, City, State & ZIP Code

Contact phone  **610-407-7215**    Email address  **dsmith@skhlaw.com**

**59098**
Bar number and State

## ISLAND VIEW CROSSING II, L.P.
### (A Pennsylvania Limited Partnership)

### UNANIMOUS WRITTEN CONSENT OF PARTNERS

The undersigned, being all the partners of Island View Crossing II, L.P. (the "Partnership"), hereby adopt the following resolutions with the same force and effect as if adopted at a duly held meeting and consent to the taking of all prior actions referred to in such resolutions:

    RESOLVED, that, in the judgment of the partners, it is desirable and in the best interests of the Partnership that the Partnership commence a bankruptcy case by filing a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

    FURTHER RESOLVED, that the general partner of the Partnership be, and each hereby is, authorized and empowered on behalf of, and in the name of, the Partnership to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Bankruptcy Court") at such time as said general partner executing the same shall determine; and

    FURTHER RESOLVED, that the general partner of the Partnership be, and hereby is, authorized and empowered on behalf of, and in the name of, the Partnership to execute and file all petitions, schedules, lists, and other papers and to take any and all actions that the general partner may deem necessary, proper or desirable in connection with the Chapter 11 case, with a view to the successful prosecution of the case; and

    FURTHER RESOLVED, that the law firm of Smith Kane Holman, LLC be, and it hereby is, employed as bankruptcy counsel for the Partnership under a general retainer; and

    FURTHER RESOLVED, that the general partner of the Partnership is hereby authorized to instruct the Partnership's bankruptcy counsel to take all necessary steps in connection with the Partnership's Chapter 11 case; and

    FURTHER RESOLVED, that this Unanimous Written Consent of Partners in lieu of a meeting be filed in the minute book of the Partnership.

    FURTHER RESOLVED, that any and all acts by or on behalf of

the Partnership taken by the general partner of the Partnership in connection with or furtherance of the foregoing resolutions prior to the adoption of these resolutions be and the same hereby are in all respects ratified, approved and confirmed.

This Unanimous Written Consent shall be effective as of the 26th day of June, 2017, upon the signing of a copy hereof by all the partners of the Partnership.

WITNESS our hands as of the date written above.

_____
Renato J. Gualtieri
President of Island View Properties, Inc., general partner

_____
Renato J. Gualtieri, limited partner

_____
Antonio Gualtieri, limited partner

_____
Lesa Gualtieri, limited partner

_____ POA
Francesco Gualtieri, limited partner, by his attorney-in-fact,
Antonio Gualtieri

_____
Nancy Maychuk, limited partner

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Island View Crossing II, L.P.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF PENNSYLVANIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                                          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Americorp Construction, Inc.** 1 South State Street Newtown, PA 18940 | sales@americorphomes.com 215-781-9800 | construction claim | | | | $200,000.00 |
| **Bohler Engineering** 1600 Manor Drive, Suite 200 Chalfont, PA 18914 | 215-996-9100 | engineering services | | | | $48,000.00 |
| **Bristol Borough** 250 Pond Street Bristol, PA 19007 | jsaxton@bristolboro.com 215-788-3828 | inspection fees | | | | $78,000.00 |
| **Bucks County Electric** 260 Knowles Avenue, Ste. 224 Southampton, PA 18966 | info@bcew.net 215-357-8460 | contractor claim | | | | $30,450.00 |
| **Bucks County Tax Claim Bureau** 55 East Court Street Doylestown, PA 18901 | e-webmaster@buckscounty.org 215-348-6000 | real estate taxes | | | | $110,000.00 |
| **Charles E. Shoemakers Engineering** 1007 Edge Hill Road Abington, PA 19001 | e-staff@ceshoemaker.com 215-887-2165 | engineering services | | | | $40,000.00 |
| **Dawn O'Neil** 601 W. Palmer Avenue Morrisville, PA 19067 | | purchaser deposit | | | | $25,000.00 |
| **Dorchester Capital** 1111 Street Road Southampton, PA 18966 | 215-953-7445 | loan brokerage fee | Contingent | | | $80,000.00 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 1

Debtor **Island View Crossing II, L.P.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Geostructures, Inc**<br>**1000 W 9th Avenue**<br>**King of Prussia, PA 19406** | | **engineering services** | | | | $29,000.00 |
| **IPFS Corporation**<br>**1760 Market Street**<br>**Suite 401**<br>**Philadelphia, PA** | **877-647-8619** | **insurance premium finance** | **Disputed** | | | $63,000.00 |
| **Joe Silva**<br>**49 Mistletoe Lane**<br>**Levittown, PA 19054** | | **purchaser deposit** | | | | $41,490.00 |
| **Joseph Ferry, Esq**<br>**1515 Market Street,**<br>**Suite 1200**<br>**Philadelphia, PA 19102** | **215-243-8202** | **legal services and purchase deposit** | | | | $95,000.00 |
| **Kaplin, Stewart, Meloff, Reitter & Stein**<br>**Union Meeting Corporate Center**<br>**910 Harvest Drive**<br>**Blue Bell, PA 19422** | **610-260-6000** | **legal services** | | | | $38,000.00 |
| **McElderry Drywall**<br>**100 Brickyard Lane**<br>**PO Box 353**<br>**New Berlinville, PA 19545-0353** | | **contractor claim** | | | | $27,800.00 |
| **MJ Carpentry**<br>**312 Oxford Valley Road, Suite A**<br>**Fairless Hills, PA 19030** | **267-767-0787** | **contractor claim** | | | | $29,450.00 |
| **Monica L. Caione**<br>**12 Fillmore Street**<br>**Bristol, PA 19007** | | **purchaser deposit** | | | | $30,990.00 |
| **Premium Excavating**<br>**PO Box 190**<br>**Reading, PA 19610** | | **contractor claim** | | | | $350,000.00 |
| **Samira & Khandulans Ranganathan**<br>**201 Woodbourne Road**<br>**Apt. A-33**<br>**Levittown, PA 19056** | | **purchaser deposit** | | | | $49,980.00 |
| **Stradley Ronon Stevens & Young LLP**<br>**2005 Market Street**<br>**Suite 2600**<br>**Philadelphia, PA 19103** | **mcordone@stradley.com**<br>**215-564-8002** | | | | | $1,400,000.00 |

Debtor  **Island View Crossing II, L.P.**                                   Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **United States Plumbing<br>PO Box 476<br>Glen Mills, PA 19342** | | **contractor claim** | | | | **$28,630.00** |

Alesia Conner
508 Washington Crossing Road
Newtown, PA 18940


Americorp Construction, Inc.
1 South State Street
Newtown, PA 18940


Americorp Homes, Inc.
1 South State Street
Newtown, PA 18940


Americorp Homes, Inc.
476 West Street Road
Warminster, PA 18974


Americorp Realty LLC
1 South State Street
Newtown, PA 18940


Anthony A. Horwath
1045 Essex Drive
Bensalem, PA 19020


Aqua Pennsylvania
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489


Benjamin A. Mastridge, Sr.
4926 Knable Lane
Feasterville Trevose, PA 19053


Bohler Engineering
1600 Manor Drive, Suite 200
Chalfont, PA 18914

Bristol Borough
250 Pond Street
Bristol, PA 19007


Bucks County Electric
260 Knowles Avenue, Ste. 224
Southampton, PA 18966


Bucks County Redevelopment Authority
216 Pond Street
Bristol, PA 19007


Bucks County Tax Claim Bureau
55 East Court Street
Doylestown, PA 18901


Charles E. Shoemakers Engineering
1007 Edge Hill Road
Abington, PA 19001


Cutting Edge
1413 Reiner Road
Norristown, PA 19403


Dawn O'Neil
601 W. Palmer Avenue
Morrisville, PA 19067


Dorchester Capital
1111 Street Road
Southampton, PA 18966


E.R. Corridon Plumbing
3213 Steele Avenue
Bristol, PA 19007

East Cost Kitchens
1545 Route 73 South
Pennsauken, NJ 08110


Ebert Engineering
4092 Skippack Pike, Suite 202
Skippack, PA 19474


Frank Del Grasso
15060 Sunflower Drive
Philadelphia, PA 19116


Geostructures, Inc
1000 W 9th Avenue
King of Prussia, PA 19406


IPFS Corporation
1760 Market Street
Suite 401
Philadelphia, PA


Island View Crossing II, Inc.
1 South State Street
Newtown, PA 18940


Island View Properties, Inc.
One South State Street
Newtown, PA 18940


Jason & Sarah Hernandez
703 Belardley Avenue
Bristol, PA 19007


Joe Silva
49 Mistletoe Lane
Levittown, PA 19054

John R. Diaz & Estate of Dawn L. O'Neil
601 West Palmer Avenue
Marcus Hook, PA 19061


Joseph Ferry, Esq
1515 Market Street, Suite 1200
Philadelphia, PA 19102


Judy Schmitt
369 Cedar Waxwing Drive
Warrington, PA 18976


Kaplin, Stewart, Meloff, Reitter & Stein
Union Meeting Corporate Center
910 Harvest Drive
Blue Bell, PA 19422


Kershbaumer Stairs
120 Winding Lane
Newtown, PA 18940


Marco Sprinklers
320 Commerce Drive
Exton, PA 19341


McElderry Drywall
100 Brickyard Lane
PO Box 353
New Berlinville, PA 19545-0353


Michael Antolino Construction
1082 Taylorsville Road, Suite 103
NV 89770


MJ Carpentry
312 Oxford Valley Road, Suite A
Fairless Hills, PA 19030

Monica L. Caione
12 Fillmore Street
Bristol, PA 19007


Peter & Jane Bridge
1509 Esther Lane
Morrisville, PA 19067


Premium Excavating
PO Box 190
Reading, PA 19610


Prudential Savings Bank
1834 W. Oregon Avenue
Philadelphia, PA 19145


Renato J. Gulatieri
1628 Carlene Court
Langhorne, PA 19047


Revolution Recovery
7333 Milnor Street
Philadelphia, PA 19136


Samira & Khandulans Ranganathan
201 Woodbourne Road
Apt. A-33
Levittown, PA 19056


Smith HVAC
404 E. Pennsylvania Blvd, Fl. 2
Feasterville Trevose, PA 19053-7847


Snyder Landscaping
295 East Street Road
Warminster, PA 18974

```
Stradley Ronon Stevens & Young LLP
2005 Market Street
Suite 2600
Philadelphia, PA 19103


Tur Ka Painting
28 Ring Lane
Levittown, PA 19055


United States Insulation
PO Box 421
Uwchland, PA 19480


United States Plumbing
PO Box 476
Glen Mills, PA 19342


Waldner Doors
106 Samantha Lane
Lansdale, PA 19446
```