# INDEX OF EXHIBITS

## ISLAND VIEW ACTION

| | |
|---|---|
| 1 | Island View Properties, Inc., *et al.*'s ("IVP") Complaint against Prudential Savings Bank ("Prudential") |
| 2 | Prudential's Preliminary Objections |
| 3 | IVP's Response in Opposition to Prudential's Preliminary Objections |
| 4 | Prudential's Reply in Support of Preliminary Objections |
| 5 | IVP's Sur-Reply in Opposition of Preliminary Objections |
| 6 | August 31, 2016 Order |
| 7 | Prudential's Answer to Complaint with Counterclaim |
| 8 | Praecipe to Attach Exhibits to Prudential's Answer to Complaint with Counterclaim |
| 9 | IVP's Preliminary Objections to Prudential's Counterclaim |
| 10 | IVP's Praecipe to attach Notice to Plead |
| 11 | Prudential's Amended Counterclaim |
| 12 | IVP's Preliminary Objections to Prudential's Amended Counterclaim |
| 13 | Prudential's Second Amended Counterclaim |
| 14 | IVP's Preliminary Objections to Prudential's Second Amended Counterclaim |
| 15 | Prudential's Response in Opposition to IVP's Preliminary Objections |
| 16 | June 12, 2017 Order |
| 17 | IVP's Answer to Second Amended Counterclaim with New Matter |
| 18 | Prudential's Reply to New Matter |

## LAVA ACTION

| | |
|---|---|
| 19 | Lava Funding, LLC ("Lava") Writ of Summons Against Prudential Savings Bank ("Prudential") |
| 20 | Lava's Complaint against Prudential, Francesco Gualtieri, Renato Gualtieri and Island View Crossing II, LP (collectively, F. Gualtieri, R. Gualtieri and Island View Crossing II, LP as "IVC") |
| 21 | IVC's Answer to Complaint with New Matter and Crossclaim |
| 22 | Prudential's Preliminary Objections to Complaint |
| 23 | Lava's Reply to IVC's New Matter |
| 24 | Lava's Praecipe to Substitute Exhibit to Complaint |
| 25 | Lava's Response in Opposition to Prudential's Preliminary Objections |
| 26 | Lava's Praecipe to Attached Corrected Memorandum of Law to Response in Opposition to Prudential's Preliminary Objections |
| 27 | April 15, 2016 Order |
| 28 | Prudential's Answer to Complaint with New Matter and Cross Claim |
| 29 | Prudential's Reply to IVC's Crossclaim |
| 30 | IVC's Reply to Prudential's New Matter |
| 31 | IVC's Reply to Prudential's Crossclaim |
| 32 | Prudential's Reply to IVC's New Matter |
| 33 | Lava's Praecipe to Discontinue |
| 34 | April 3, 2017 Order |
| 35 | June 12, 2017 Order |

5169341