IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**ONE STATE STREET ASSOCIATES, LP,**<br><br>Debtor. | Chapter 11<br><br>Bankruptcy No.: 17-14291-elf |
| In re:<br><br>**ISLAND VIEW CROSSING II, L.P.,**<br><br>Debtor. | Chapter 11<br><br>Bankruptcy No.: 17-14454-elf |
| In re:<br><br>**CALNSHIRE ESTATES, LLC,**<br><br>Debtor. | Chapter 11<br><br>Bankruptcy No.: 17-14457-elf |
| In re:<br><br>**STEEPLE RUN, L.P.,**<br><br>Debtor. | Chapter 11<br><br>Bankruptcy No.: 17-14458-elf<br><br>Hearing Date: September 18, 2017<br>Hearing Time: 10:00 a.m.<br>Hearing Place:  Courtroom #1 |

**STIPULATED ORDER SETTING DISCOVERY, PRE-HEARING AND HEARING
SCHEDULE FOR MOTION OF PRUDENTIAL SAVINGS BANK
TO CONVERT CHAPTER 11 BANKRUPTCY CASES TO CHAPTER 7 OR
APPOINTING A CHAPTER 11 TRUSTEE AND FOR
<u>THE DEBTORS' POST-PETITION FINANCING MOTION</u>**

Prudential Savings Bank ("Prudential") and One State Street Associates, LP ("State Street"), Island View Crossing II, L.P. ("Island View"), Calnshire Estates, LLC ("Calnshire"), and Steeple Run, L.P. ("Steeple Run" or collectively the "Debtors" and with Prudential, the "Parties") by their respective undersigned counsel, file this stipulated order setting a discovery,

5182095

pre-hearing and hearing schedule for the Motion of Prudential for an Order Converting Chapter 11 Bankruptcy Cases to Chapter 7 or in the Alternative Appointing a Chapter 11 Trustee (the "Conversion Motion") as well as the Debtors' motion for post-petition financing (the "Financing Motion;" together with the Conversion Motion, the "Motions"), subject to the approval of this Honorable Court, and the Parties having agreed to shorten the time within which the Parties have to respond to existing and future discovery requests in connection with the Motions as follows:

1. The deadline to Answer the Conversion Motion is extended to August 21, 2017.

2. On or before August 21, 2017, the Debtors shall propound requests for production of documents on Prudential with respect to the Conversion Motion.

3. The Parties shall have until September 1, 2017 to respond to requests for production of documents propounded on or before August 21, 2017.

4. The deposition of each of Renato Gualtieri and a designee of Prudential shall be scheduled during the week of September 4, 2017 at a mutually agreeable date and time in the office of counsel who is taking the deposition.

5. The Parties shall produce any expert reports, including but not limited to appraisal reports, intended for use at the hearing on either of the Motions within twenty four (24) hours of receipt.

6. The deposition of any expert shall take place at a mutually agreeable time between September 5 and September 14, 2017 at the office of the party taking the deposition.

7. Any objections to any of the discovery requests which cannot be resolved between the Parties shall be brought to the attention of the Court by a letter, filed on the

docket, requesting a discovery conference. The party responding may file a letter response or respond orally at the discovery conference.

    8.    The Court shall retain jurisdiction to review objections to the discovery requests.

    9.    A consolidated hearing on both Motions shall be held on September 18, 2017 at 10:00 a.m. in Courtroom 1, 2nd Floor, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107, except that Prudential may request an extension of the hearing on the Financing Motion beyond September 18, 2017.

    10.    Other than the foregoing hearing date and time, the Parties shall have the ability to modify any of the terms of this Order in a writing signed or agreed to by all Parties.

| OBERMAYER REBMANN MAXWELL & HIPPEL LLP | SMITH KANE HOLMAN, LLC |
|---|---|
| By: /s/ Edmond M. George<br>Edmond M. George, Esquire<br>Michael D. Vagnoni, Esquire<br>Centre Square West<br>1500 Market Street, 34th Floor<br>Philadelphia, PA 19102<br>Counsel to Prudential Savings Bank | By: /s/ David B. Smith<br>David B. Smith, Esquire<br>Robert M. Greenbaum, Esquire<br>112 Moores Road<br>Suite 300<br>Malvern, PA 19355<br>Counsel to Debtors |
| Dated: 8/23/17 | Dated: 8/23/17 |

**AND NOW**, this 24th day of August, 2017, this Stipulated Order is hereby approved and entered as an Order by the Bankruptcy Court.

ERIC L. FRANK
Chief United States Bankruptcy Judge