UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| ISLAND VIEW CROSSING II, L.P., | Case No. 17-14454 (ELF) |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Robert M. Greenbaum, Esquire, do hereby certify that on September 6, 2017, I caused a true and correct copy of the Application of the Debtor Pursuant to 11 U.S.C. §§ 327(e) and 328(a), Fed. R. Bankr. P. 2014(a) and Local Rules 2014-1 and 9013-1 for Authority to Employ Stradley Ronon Stevens & Young, LLP as Special Litigation Counsel Nunc Pro Tunc to June 30, 2017 or notice thereof to be served via electronic service upon all parties receiving notice through the Court's ECF system and via U.S. mail, postage prepaid, upon the attached service list representing the Debtor, the Office of the United States Trustee and the Clerk's Service List.

/s/ *Robert M. Greenbaum*
Robert M. Greenbaum

**SERVICE LIST**

| | | |
|---|---|---|
| Edmond M. George, Esquire<br>OBERMAYER REBMANN<br>MAXWELL & HIPPEL LLP<br>Centre Square West, Suite 3400 1500<br>Market Street Philadelphia, PA 19102 | Michael D. Vagnoni, Esquire<br>OBERMAYER REBMANN<br>MAXWELL & HIPPEL LLP<br>Centre Square West, Suite 3400 1500<br>Market Street Philadelphia, PA 19102 | Dave P. Adams<br>Office of the United States trustee<br>833 Chestnut Street, Suite 500<br>Philadelphia, Pennsylvania 19107 |
| Kershbaumer Stairs<br>120 Winding Lane<br>Newtown, PA 18940 | McElderry Drywall<br>100 Brickyard Lane<br>PO Box 353<br>New Berlinville, PA 19545-0353 | MJ Carpentry<br>312 Oxford Valley Road, Suite A<br>Fairless Hills, PA 19030 |
| Marco Sprinklers<br>320 Commerce Drive<br>Exton, PA 1934 | Michael Antolino Construction<br>1082 Taylorsville Road, Suite 103<br>NV 89770 | Monica L. Caione<br>12 Fillmore Street<br>Bristol, PA 19007 |
| Janet L. Gold, Esquire<br>Eisenberg, Gold & Agrawal, P.C.<br>1040 Kings Highway North, Suite 200<br>Cherry Hill, NJ 08034 | John A. Torrente, Esquire<br>Begley, Carlin & Mandio, LLP 680<br>Middletown Blvd Langhorne, PA<br>19047 | Siobhan Byrnes, Esquire<br>Begley, Carlin & Mandio, LLP<br>680 Middletown Boulevard<br>P.O Box 308<br>Langhorne, PA 19047 |
| Michael P. Kelly, Esquire<br>Suite 202 – Penn's Square<br>402 Middletown Boulevard<br>Langhorne, PA 19047 | Joseph M. Ramagli, Esquire<br>Jackson, Cook, Caracappa & Scott, P.C.<br>312 N. Oxford Valley Road<br>Fairless Hills, PA 19030 | William J. Levant, Esquire<br>Kaplin Stewart Meloff Reiter & Stein, P.C.<br>910 Harvest Drive<br>Post Office Box 3037<br>Blue Bell, PA 19422 |
| Michael J. Shavel, Esquire<br>Hill Wallack LLP<br>777 Township Line Road<br>Suite 250<br>Yardley, PA 19067 | Larry L. Miller, Esquire<br>11722 Taneytown Pike,<br>Taneytown, MD 21787 | Pennsylvania Department of Revenue<br>Bureau of Individual Taxes<br>P.O. Box 280432<br>Harrisburg, PA 17128-0432 |
| Alesia Conner<br>508 Washington Crossing Road<br>Newtown, PA 18940 | Americorp Construction, Inc<br>1 South State Street<br>Newtown, PA 18940 | Americorp Realty LLC<br>1 South State Street<br>Newtown, PA 18940 |
| Americorp Homes, Inc<br>1 South State Street<br>Newtown, PA 18940 | Anthony A. Horwath<br>1045 Essex Drive<br>Bensalem, PA 19020 | Aqua Pennsylvania<br>762 W. Lancaster Avenue<br>Bryn Mawr, PA 19010-3489 |
| Benjamin A. Mastridge, Sr.<br>4926 Knable Lane<br>Feasterville Trevose, PA 19053 | Bohler Engineering<br>1600 Manor Drive, Suite 200<br>Chalfont, PA 18914 | Borough of Bristol<br>Attn: James Dillon, Borough Manager<br>250 Pond Street<br>Bristol, PA 19007 |

| | | |
|---|---|---|
| Bucks County Electric<br>260 Knowles Avenue, Ste. 224<br>Southampton, PA 18966 | Bucks County Redevelopment Authority<br>216 Pond Street<br>Bristol, PA 19007 | Bucks County Tax Claim Bureu<br>c/o John A. Torrente, Esquire<br>55 East Court Street<br>Doylestown, PA 18901 |
| Calnshire Estates, LLC<br>One South State Street<br>Newtown, PA 18940 | Charles E. Shoemakers Engineering<br>1007 Edge Hill Road<br>Abington, PA 19001 | Cutting Edge<br>1413 Reiner Road<br>Norristown, PA 19403 |
| Dawn O. Neil<br>601 W. Palmer Avenue<br>Morrisville, PA 19067 | Dorchester Capital<br>1111 Street Road<br>Southampton, PA 18966 | E.R Corridon Plumbing<br>3213 Steele Avenue<br>Bristol, PA 19007 |
| East Coast Kitchens<br>1545 Route 73 South<br>Pennsauken, NJ 08110 | Ebert Engineering<br>4092 Skippack Pike, Suite 202<br>Skippack, PA 19474 | Frank Del Grasso<br>15060 Sunflower Drive<br>Philadelphia, PA 19116 |
| Geostructures, Inc<br>1000 W 9th Avenue<br>King of Prussia, PA 19406 | Internal Revenue Service<br>600 Arch Street<br>Philadephia, PA 19106-1611 | IPFS Corporation<br>1760 Market Street<br>Suite 401<br>Philadelphia, PA |
| Island View Crossing II, Inc<br>One South State Street<br>Newtown, PA 18940 | Jason & Sarah Hernandez<br>703 Belardley Avenue<br>Bristol, PA 19007 | Joe Silva<br>49 Mistletoe Lane<br>Levittown, PA 19054 |
| John R. Diaz & Estate of Dawn L. O'Neil<br>601 West Palmer Avenue<br>Marcus Hook, PA 19061 | Joseph Ferry, Esquire<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102 | Judy Schmitt<br>369 Cedar Waxwing Drive<br>Warrington, PA 18976 |
| Kaplin, Stewart, Meloff, Reitter & Stein<br>Union Meeting Corporate Center<br>910 Harvest Drive<br>Blue Bell, PA 19422 | Peter & Jane Bridge<br>1509 Esther Lane<br>Morrisville, PA 19067 | Premium Excavating<br>PO Box 190<br>Reading, PA 19610 |
| Prudential Savings Bank<br>1834 W. Oregon Avenue<br>Philadelphia, PA 19145 | Renato J. Gualtieri<br>One South State Street<br>Newtown, PA 18940 | Renato J. Gulatieri<br>One South State Street<br>Newtown, PA 18940 |
| Revolution Recovery<br>7333 Milnor Street<br>Philadelphia, PA 19136 | Samira & Khandulans Ranganathan<br>201 Woodbourne Road<br>Apt. A-33<br>Levittown, PA 19056 | Smith HVAC<br>404 E. Pennsylvania Blvd, Fl. 2<br>Feasterville Trevose, PA 19053-7847 |

| | | |
|---|---|---|
| Snyder Landscaping<br>295 East Street Road<br>Warminster, PA 18974 | Steeple Run, L.P.<br>One South State Street<br>Newtown, PA 18940 | Stradley Ronon Stevens & Young LLP<br>2005 Market Street<br>Suite 2600<br>Philadelphia, PA 19103 |
| Tur Ka Painting<br>28 Ring Lane<br>Levittown, PA 19055 | United States Insulation<br>PO Box 421<br>Uwchland, PA 19480 | United States Plumbing<br>PO Box 476<br>Glen Mills, PA 19342 |
| Waldner Doors<br>106 Samantha Lane<br>Lansdale, PA 19446 | | |