# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| ISLAND VIEW CROSSING II, L.P., | : | |
| | : | Case No. 17-14454 (ELF) |
| | : | |
| Debtor. | : | |

## NOTICE APPLICATION OF THE DEBTOR
### PURSUANT TO 11 U.S.C. §§ 327(E) AND 328(A), FED. R. BANKR. P. 2014(A) AND LOCAL RULES 2014-1 AND 9013-1 FOR AUTHORITY TO EMPLOY AND RETAIN STRADLEY RONON STEVENS & YOUNG, LLP AS SPECIAL LITIGATION COUNSEL NUNC PRO TUNC TO JUNE 30, 2017

TO: THE UNITED STATES TRUSTEE, DEBTOR, PRUDENTIAL SAVINGS BANK, THE REDEVELOPMENT AUTHORITY OF BUCKS COUNTY, THE INTERNAL REVENUE SERVICE AND ALL PARTIES ON THE CLERK'S SERVICE LIST

1. On September 6, 2017, the Debtor filed an Application of the Debtor Pursuant to 11 U.S.C. §§ 327(e) and 328(a), Fed. R. Bankr. P. 2014(a) and Local Rules 2014-1 and 9013-1 for Authority to Employ Stradley Ronon Stevens & Young, LLP as Special Litigation Counsel Nunc Pro Tunc to June 30, 2017 seeking to employ Stradley Ronon Stevens & Young, LLP to provide the Debtor with legal services in connection with the Lender Liability Case (as defined in the Application) which was removed to the United States Bankruptcy Court for the Eastern District of Pennsylvania by Prudential Savings Bank.

2. Any party receiving this Notice may file an answer, objection or other responsive pleading to the Application with the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania, 900 Market Street, Suite 400, Philadelphia, PA 19107 on or before seven (7) days from the date of this Notice. A copy of any answer, objection or other responsive pleading filed with respect to the Application must also be served upon Smith Kane Holman, LLC at the address set forth below.

3. In the absence of any answer, objection, responsive pleading or request for hearing, Smith Kane Holman, LLC will certify same to the Court and request that an Order be entered granting the Application.

                                    SMITH KANE HOLMAN, LLC

                                    */s/ Robert M. Greenbaum*

Date: September 6, 2017        By:_____
                                    Robert M. Greenbaum, Esquire
                                    112 Moores Road
                                    Suite 300
                                    Malvern, PA 19355
                                    (610) 407-7215 Phone
                                    (610) 407-7218 Fax

                                    Counsel to the Debtor