# EXHIBIT C

## IVC BUDGET
9-27-2017

| | | | FULL BUDGET | FUNDED FROM LOT SALES | DIP FINANCING |
|---|---|---|---|---|---|
| I | HOP | | | | |
| | Bristol Borough Contribution | | $41,788.46 | $0.00 | $41,788.46 |
| II | IVC PROFESSIONALS | | | | |
| | Charles E. Shoemakers Engineering | | $20,000.00 | $20,000.00 | $0.00 |
| | Smith Kane Holman, LLC | | $125,000.00 | $125,000.00 | $0.00 |
| | Geostructures, Inc | | $29,000.00 | $14,000.00 | $15,000.00 |
| | Kaplin, Stewart, Meloff, Reitter & Stein | | $15,000.00 | $15,000.00 | $0.00 |
| | Ebert Engineering | | $9,250.00 | $9,250.00 | $0.00 |
| | Bohler Engineering | | $48,000.00 | $48,000.00 | $0.00 |
| | Stradley | | $100,000.00 | $100,000.00 | $0.00 |
| III | PECO UTILITY CROSSINGS - TRENCHING - LC | | | | |
| | Americorp Construction, Inc. (Trenching-Screening) | | $75,000.00 | $0.00 | $75,000.00 |
| | PECO - EBAR (Letter of Credit) | | $108,000.00 | $0.00 | $108,000.00 |
| IV | ACT II FINAL REMEDIATION | | | | |
| | Americorp Construction, Inc. (Hual - Grade Capping) | | $56,185.00 | $0.00 | $56,185.00 |
| | Penn E & R Final DEP Remediation Report | | $25,000.00 | $5,000.00 | $20,000.00 |
| V | PUMP STATION & PENN DOT IMPROVEMENTS | | | | |
| | Pump Station Upgrade | | $190,000.00 | $0.00 | $190,000.00 |
| | Penn Dot Improvements | | $140,000.00 | $140,000.00 | $0.00 |
| VI | MARKETING - ADVERTISING - PROMOTIONS | | | | |
| | Sample Furnish - Decorate | | $20,000.00 | $0.00 | $20,000.00 |
| | Front Entrance Sign (Stone - Iron) Perminant | | $15,000.00 | $0.00 | $15,000.00 |
| | Advertising 12 MONTHS @ 15,000/month | | $180,000.00 | $90,000.00 | $90,000.00 |
| | Search Engine Optimization @ 2,500/month | | $30,000.00 | $15,000.00 | $15,000.00 |
| | Promotions | | $25,000.00 | $0.00 | $25,000.00 |

| | | | | |
|---|---|---|---|---|
| VII | OVERHEAD AND PAYROLL | | | |
| | 6 MONTHS Payroll @ $30,000 | $180,000.00 | $0.00 | $180,000.00 |
| | Insurance 12 MONTHS @ $5,000 | $60,000.00 | $0.00 | $60,000.00 |
| VIII | HARD COST EXISTING A/P | | | |
| IX | HARD COST - COMPLETE EXISTING BUILDINGS | | | |
| | Building #4 (7 units) 80% Complete | $142,800.00 | $0.00 | $142,800.00 |
| | Building #2 (5 units) 60% Complete | $194,500.00 | $0.00 | $194,500.00 |
| X | PAYMENTS AND OTHER FEES | | | |
| | Borough Engineering Inspection Fees | $78,886.00 | $78,886.00 | $0.00 |
| | RDA Annual Principal + Int Payment (Est.) | $319,822.99 | $0.00 | $319,822.99 |
| | Other | $254,960.00 | $0.00 | $254,960.00 |
| XI | CONTINGENCY RESERVE | | | |
| | Contingency | $208,943.55 | $0.00 | $208,943.55 |
| XII | FINANCING - CLOSING COSTS | | | |
| | Closing Costs | $50,000.00 | $0.00 | $50,000.00 |
| | Brokers Fees | $82,000.00 | $0.00 | $82,000.00 |
| | Interest Reserve | $492,000.00 | $0.00 | $492,000.00 |
| | Origination Fee | $144,000.00 | $0.00 | $144,000.00 |
| | **SUBTOTAL COSTS** | **$3,460,136.00** | **$660,136.00** | **$2,800,000.00** |
| XIII | HARD COST FINANCING - BUILDING #10 + #11 | | | |
| | $130,000 @ 10 Units | $1,300,000.00 | $0.00 | $1,300,000.00 |
| | **TOTAL BUDGET** | **$4,760,136.00** | | |
| | **TOTAL PROCEEDS FUNDED** | | **$660,136.00** | |
| | **TOTAL DIP FINANCING** | | | **$4,100,000.00** |