**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  ISLAND VIEW CROSSING II, L.P.,        :        Chapter 11
                                                                          :
                Debtor                                          :        Bky. No.  17-14454 ELF

## O R D E R

**AND NOW**, following a telephone conference held on **October 3, 2017** to resolve

certain discovery disputes that have arisen in connection with Prudential Savings Bank's Motion

to Dismiss Case or Appoint a Trustee  and the Debtor's Motion for Entry of a Final Order

Authorizing the Debtor to Obtain Post-Petition Financing (collectively, "the Motions"), presently

scheduled for a hearing on **October 16, 2017 and October 19, 2017**;

        **AND**, for the reasons stated on the record during the conference,

        It is hereby **ORDERED** that:

1.  Fed. R. Bankr. P. 26(a)(2) and (a)(3) shall apply in the contested matter as provided below.

2.  With respect to any expert testimony presented at the hearing on the Motions, the delivery of

    the expert report, as required by Fed. R. Civ. P. 26(a)(2)(B), shall be made **no later than 48**

    **hours prior to the date of the expert's in-court testimony**.  In the event that the expert

    testimony is offered on a Monday, the deadline for delivery of the expert report shall be the

    immediately preceding Friday.

3.  The disclosures required by Fed. R. Civ. P. 26(a)(3)(A)(iii) shall be made **on or before**

    **October 9, 2017**.

4.  Evidence offered at trial without compliance with the requirements of Paragraphs 2 and 3

    above will be excluded from the record.

5.  The hearing on the Motions will be bifurcated into two (2) phases  as follows:

    a.  In Phase I, Prudential's Motion shall be heard first, **EXCEPT THAT** all issues relating to the feasibility and propriety of the Debtor obtaining postpetition financing are **RESERVED** for Phase II.

    b.  In Phase II,[1] there will be a consolidated hearing on the Debtor's Motion and the  portion of Prudential's Motion reserved from Phase I  (i.e., issues relating to postpetition financing)

6.  Nothing in this Order modifies the terms of the Order dated **October 3, 2017** (Doc. # 85).

7.  The Clerk shall also enter this Order on the docket of the following related bankruptcy cases:

    One State Street Associates, LP, Bk 17-14291
    Calnshire Estates, LLC, Bk 17-14457
    Steeple Run, LP, Bk 17-14458

Date: <u>October 4, 2017</u>

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

---

[1]     At the conclusion of Phase I, the court reserves the right to rule on Prudential's Motion, (possibly mooting the Debtor's Motion), or not ruling and reserving a decision until the conclusion of the hearing on both Motions.