**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  ONE STATE STREET ASSOCIATES, L.P., | : | Chapter 11 |
| | : | |
| Debtor | : | Bky. No.  17-14291 ELF |

| | | |
|---|---|---|
| IN RE:  ISLAND VIEW CROSSING II, L.P., | : | Chapter 11 |
| | : | |
| Debtor | : | Bky. No.  17-14454 ELF |

| | | |
|---|---|---|
| IN RE:  CALNSHIRE ESTATES, LLC, | : | Chapter 11 |
| | : | |
| Debtor | : | Bky. No.  17-14457 ELF |

| | | |
|---|---|---|
| IN RE:  STEEPLE RUN, LP, | : | Chapter 11 |
| | : | |
| Debtor | : | Bky. No.  17-14458 ELF |

# O R D E R

**AND NOW**, upon consideration of Prudential Savings Bank's ("Prudential") Motion to Convert Case or Appoint a Trustee filed in each of the above-captioned bankruptcy cases ("the Prudential Motion") and Island View Crossing II, L.P.'s ("IVC") Motion for Authority to Obtain Post-Petition Financing Pursuant to 11 U.S.C. §364 ("the DIP Motion");

**AND**, after a hearing;

**AND**, for the reasons stated in the accompanying oral bench opinion;[1]

---

[1]  The bench opinion has been prepared as a digital audio file.  The file containing the bench opinion will be attached to a pdf document that will be docketed in each of the above-captioned cases on the business day following the docketing of this Order.  (The parties are forewarned: the bench opinion is lengthy).

-1-

It is hereby **ORDERED** that:

1. The DIP Motion is **DENIED**.

2. The Prudential Motion is **GRANTED IN PART, DENIED IN PART AND DEFERRED IN PART.**

3. The cases of Calnshire Estates, LLC and Steeple Run, L.P. are **CONVERTED** from chapter 11 to chapter 7.

4. Pursuant to 11 U.S.C. §1104(a)(2), and subject to this court's approval pursuant to 11 U.S.C. §1104(d), the United States Trustee shall appoint a chapter 11 trustee in the case of Island View Crossing II, L.P.

5. The evidentiary record in connection with the Prudential Motion as to One State Street Associates, L.P. is **REOPENED** and a further hearing on the Motion will be held on **January 10, 2018, at 11:00 a.m.**

6. All of the hearings in the above-captioned cases presently **SCHEDULED** to be heard on **December 20, 2017** are **CONTINUED** to **January 10, 2018, at 11:00 a.m.**

7. If any party believes that any or all of these matters, now scheduled to be heard on **January 10, 2018**, requires a special listing, they may contact the Courtroom Deputy to request a telephone conference on the subject of scheduling.

Date: <u>December 18, 2017</u>

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE