**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | **Chapter 11** |
| **In re:** | : | |
| | : | **Bankruptcy No.: 17-14454-elf** |
| **ISLAND VIEW CROSSING II, L.P.,** | : | |
| | : | **Hearing Date:  February 21, 2018** |
| **Debtor.** | : | **Hearing Time:  11:00 a.m.** |
| | : | **Hearing Place: Courtroom 1** |
| | : | |

**NOTICE OF DEBTOR'S OBJECTION
TO PROOF OF CLAIM AND NOTICE OF HEARING DATE**

**TO:  MJ CARPENTRY, INC.**

Prudential Savings Bank ("Prudential"), by and through its counsel, Obermayer Rebmann Maxwell & Hippel LLP, has filed an Objection to your claim(s) as scheduled in the above captioned Debtor's bankruptcy case [Claim No. 3.29 in the Debtor's Schedule E/F] (the "Objection").

<u>Your claim may be reduced, modified, or eliminated</u>.  You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the Court to eliminate or change your claim, you or your lawyer must attend the hearing on the Objection scheduled to he held before the Honorable Eric L. Frank, Chief United States Bankruptcy Judge on **February 21, 2018 at 11:00 a.m.** in Courtroom No. 1, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Philadelphia, PA 19107-4299.  If you or your attorney do not attend the hearing on the objection, the Court may decide that you do not oppose the Objection to your claim.

Dated: <u>January 10, 2018</u>

<u>          s/ Edmond M. George          </u>
Edmond M. George, Esquire
Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA  19102
Telephone: (215) 665-3066
Facsimile: (215) 665-3165

*Counsel to Prudential Savings Bank*