# **EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

----------------------------------------------- x
In re                                           :    Chapter 11
                                                :
ISLAND VIEW CROSSING II, L.P.,                  :    Case No. 17-14454 (ELF)
                                                :
        Debtor.                                 :
                                                :
----------------------------------------------- :

## AFFIDAVIT OF RENATO GUALTIERI

COUNTY OF BUCKS                  :
                                 : ss.
COMMONWEALTH OF PENNSYLVANIA     :

I, Renato Gualtieri, after being duly sworn according to law, depose and say the following:

1. I am the President of Island View Properties, Inc. ("IVP"). IVP is the general partner of Island View Crossing II, L.P. ("Island View"), the debtor in this bankruptcy proceeding.

2. I am also the largest limited partner of Island View.

3. In my capacity as President of IVP, I the person most familiar with Island View, its assets, records, operations and history and ran the day-to-day operations of Island View.

4. On December 21, 2017, Christine Shubert was appointed as interim chapter 11 trustee ("Interim Trustee") for Island View.

5. On December 22, 2017, two of Island View's largest unsecured creditors filed separate requests for the United States Trustee to hold a meeting for unsecured creditors to vote upon and elect a chapter 11 trustee.

6. The United States Trustee scheduled a meeting to be held on January 11, 2018, for the election of a chapter 11 trustee.

7. Beginning in the afternoon of January 10, 2018 and continuing on January 11, 2018, the Interim Trustee and Prudential Savings Bank ("Prudential") filed numerous objections to scheduled and filed claims against Island View.

8. Prior to filing her objection, neither the Interim Trustee nor her counsel requested from me any documents or other information about the creditor claims to which she and Prudential ultimately objected. As of the date of this affidavit, neither the Interim Trustee nor her counsel have requested from me any documents or information concerning the claims that they have disputed.

9. As of the date of this Affidavit, the Interim Trustee has not taken any request of me to obtain access to or the turnover of key corporate books or records relating to Island View and its development or even request a meeting or conversation with me to get a better understanding of the Island View project, existing permits and approvals, and the development plans.

10. The Debtor has received and maintained copies of all engagement letters and monthly invoices received from Stradley Ronon Stevens & Young, LLP.

I, Renato Gualtieri, affirm that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

_____
RENATO GUALTIERI

Sworn to and subscribed before me this 12th day of January, 2018.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Melanie B. Jimenez, Notary Public
Newtown Boro, Bucks County
My Commission Expires Nov. 19, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

BUSINESS # 3462920 v.1