# **EXHIBIT C**

**Cordone, Michael**

| | |
|---|---|
| **From:** | Menkowitz, Michael <MMenkowitz@foxrothschild.com> |
| **Sent:** | Thursday, January 11, 2018 4:05 PM |
| **To:** | Cordone, Michael |
| **Subject:** | RE: [EXT] RE: |

# Spoke to chuck Phillips expects to have a offer letter by no later than tues

Michael Menkowitz
Fox Rothschild LLP
2000 Market Street
20th Floor
Philadelphia, PA 19103-3222
(215) 299-2756 - direct
(215) 299-2150- fax
MMenkowitz@foxrothschild.com
www.foxrothschild.com

**From:** Cordone, Michael [mailto:MCordone@STRADLEY.COM]
**Sent:** Tuesday, December 26, 2017 1:20 PM
**To:** Menkowitz, Michael <MMenkowitz@foxrothschild.com>
**Subject:** [EXT] RE:

I would be happy to get on the phone with the two of you to discuss the case and your thoughts. A meeting wouldn't be necessary.

bio | vcard | email | map | website

Michael J. Cordone
Stradley Ronon Stevens & Young, LLP    STRADLEY
p: 215.564.8002 | c: 267.334.6803       RONON
f: 215.564.8120
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018

This e-mail is from the law firm of Stradley Ronon Stevens & Young, LLP, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and attachments. Thank you.

1

**From:** Menkowitz, Michael [mailto:MMenkowitz@foxrothschild.com]
**Sent:** Tuesday, December 26, 2017 12:25 PM
**To:** Cordone, Michael
**Subject:**

External Email - Think Before You Click

Would it make any sense for Chris to come over and meet with you

Michael Menkowitz
215-299-2756

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

2