IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------- x
In re                                            :    Chapter 11
                                                 :
                                                 :
ISLAND VIEW CROSSING II, L.P.,                   :    Case No. 17-14454 (ELF)
                                                 :
          Debtor.                                :
                                                 :
------------------------------------------------- :

## ORDER

**AND NOW**, upon consideration of the Emergency Motion of Creditor Stradley Ronon Stevens & Young, LLP to: (a) Estimate Its Claim for Voting Purposes or Rule on the Objection to Its Claim Prior to the Vote on the Election of a Chapter 11 Trustee; and (b) Shorten Time and Expedite Hearing on this Motion (the "Motion"), the responses thereto and the evidence presented at the emergency hearing on the Motion, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Claim No. 14-1 filed by Stradley Ronon Stevens & Young, LLP ("Stradley") as an unsecured creditor in the amount of $1,680,625.69 is hereby allowed as a pre-petition, unsecured claim in the amount of $1,680,625.69 against the Debtor's bankruptcy estate; and

3. Stradley is and shall be entitled to vote, pursuant to 11 U.S.C. §§ 1104(b) and 702 and Federal Rules of Bankruptcy Procedure 2007.1 and 2003, its full unsecured claim of $1,680,625.69 at the rescheduled meeting to elect a permanent trustee on January 29, 2018 or any subsequent date when such election may be held.

**Date:** _____                    _____
                                         **ERIC L. FRANK**
                                         **CHIEF U. S. BANKRUPTCY JUDGE**

# 3464809 v. 1