IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------- x
In re                                             :    Chapter 11
                                                  :
                                                  :
ISLAND VIEW CROSSING II, L.P.,                    :    Case No. 17-14454 (ELF)
                                                  :
         Debtor.                                  :
                                                  :
------------------------------------------------- :

## ORDER

   AND NOW, upon consideration of the Emergency Motion of Creditor Stradley Ronon Stevens & Young, LLP to: (a) Estimate Its Claim for Voting Purposes or Rule on the Objection to Its Claim Prior to the Vote on the Election of a Chapter 11 Trustee; and (b) Shorten Time and Expedite Hearing on this Motion (the "Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be and hereby is scheduled on _____ at _____, **in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 1, Philadelphia, Pennsylvania, 19107.**

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), counsel to the Official Committee of Unsecured Creditors (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission **no later than 5:00 p.m. on** _____.

5. The Movant shall serve this Order and the Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by regular mail **no later than 5:00 p.m. on** _____.

6. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date: _____                    _____
                                              **ERIC L. FRANK**
                                              **CHIEF U. S. BANKRUPTCY JUDGE**

# 3464757 v. 1