# **<u>Exhibit "B"</u>**

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | One State Street Associates, L.P. |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Pennsylvania |
| Case number | 17-14291 (ELF) |

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Stradley Ronon Stevens & Young, LLP
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Michael J. Cordone, Stradley Ronon, et al
Name

2600 One Commerce Square
Number    Street

Philadelphia     PA    19103
City    State    ZIP Code

Contact phone  (215) 564-8000

Contact email  mcordone@stradley.com

Where should payments to the creditor be sent? (if different)

Name _____

Number    Street _____

City    State    ZIP Code _____

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on ___/___/___
                                                                    MM  / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410              Proof of Claim              page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| 6. Do you have any number you use to identify the debtor? | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 0 0 0 1 |
|---|---|
| 7. How much is the claim? | $ 1,680,625.69. Does this amount include interest or other charges?<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Legal services performed.  (See attached Addendum) |
| 9. Is all or part of the claim secured? | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $_____<br>**Amount of the claim that is secured:** $_____<br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $_____<br><br>**Annual Interest Rate** (when case was filed) _____ %<br>☐ Fixed<br>☐ Variable |
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |

Official Form 410                              Proof of Claim                              page 2

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.    $_____

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   09/21/2017
                   MM / DD / YYYY

/s/Michael J. Cordone
Signature

**Print the name of the person who is completing and signing this claim:**

Name    Michael           J.             Cordone
        First name        Middle name    Last name

Title   Attorney for Creditor

Company Stradley Ronon Stevens & Young, LLP
        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address 2600 One Commerce Square
        Number    Street
        Philadelphia                              PA        19103
        City                                      State     ZIP Code

Contact phone  (215) 564-8703             Email   mcordone@stradley.com

# ADDENDUM
## TO PROOF OF CLAIM OF
## STRADLEY RONON STEVENS & YOUNG, LLP
## BANKRUPTCY CASE NO. 17-14291 (ELF)
## IN RE: ONE STATE STREET ASSOCIATES, L.P.

As of June 21, 2017 (the "Petition Date"), One State Street Associates, L.P. (the "Debtor") was indebted to Stradley Ronon Stevens & Young, LLP (the "Claimant") in the total principal amount of $1,680,625.69, representing fees and costs for legal services rendered by Claimant to the Debtor from November 2015 through the Petition Date.

A summary of charges is attached to this Addendum. The detailed bills for the services provided relate to ongoing litigation and are privileged and confidential, but have been provided to the Debtor.

While not itemized herein, Claimant's claim shall include all accruing interest and late charges which are to be added to the debt figure set forth above, to the extent permitted under the Bankruptcy Code.

This claim is filed as an unsecured claim. Without limiting the foregoing or in any way waiving, modifying or prejudicing Claimant's rights, Claimant reserves the right to amend this claim.

Moreover, the execution and filing of this Proof of Claim does not constitute: (a) a waiver or release of Claimant's rights against any other entity or person liable for all or part of the fees; (b) a consent by Claimant to the jurisdiction of this Court with respect to any proceeding commenced against or otherwise involving the Claimant; (c) a consent by the Claimant to the treatment of any non-core claim against it as a core claim; (d) a waiver of the right to move to withdraw the reference with respect to the subject matter of the claim or otherwise, including without limitation any objection or other proceedings commenced with respect thereto, or any proceedings commenced against or otherwise involving the Claimant; (e) an election of remedies that waives or otherwise affects any other remedies; or (f) a waiver of any right to arbitration or other alternative dispute resolution mechanism that is otherwise applicable.

Case 17-14454-elf    Doc 226-2    Filed 01/24/18    Entered 01/24/18 16:45:23    Desc
Case 17-14291-elf    Claim 6-1-2  Filed 09/21/17    Desc Main Document    Page 5 of 5
Unpaid Invoice Summary                 Exhibit B   Page 6 of 16                 Page 1 of 1

# Unpaid Invoice Summary

**Matter Description**   Bank Negotiations for Island View Crossings Community   **Period**   LTD
**Matter Number**   188525-0001

| Type | Description | Invoice | Date | Fees | Costs | Other | Total |
|---|---|---|---|---:|---:|---:|---:|
| BILL | BILL | 10378024 | 2/2/2016 | 29,000.00 | 11.96 | 0.00 | 29,011.96 |
| BILL | BILL | 10382427 | 3/31/2016 | 52,081.00 | 6.90 | 0.00 | 52,087.90 |
| BILL | BILL | 10385193 | 4/29/2016 | 116,887.50 | 336.34 | 0.00 | 117,223.84 |
| BILL | BILL | 10387210 | 5/31/2016 | 71,452.00 | 734.18 | 0.00 | 72,186.18 |
| BILL | BILL | 10389610 | 6/30/2016 | 106,618.50 | 299.10 | 0.00 | 106,917.60 |
| BILL | BILL | 10391095 | 7/22/2016 | 74,079.00 | 56.46 | 0.00 | 74,135.46 |
| BILL | BILL | 10394002 | 8/30/2016 | 26,997.00 | 44.16 | 0.00 | 27,041.16 |
| BILL | BILL | 10396045 | 9/30/2016 | 104,602.00 | 166.02 | 0.00 | 104,768.02 |
| BILL | BILL | 10398330 | 10/28/2016 | 61,257.00 | 1,547.00 | 0.00 | 62,804.00 |
| BILL | BILL | 10399533 | 11/16/2016 | 51,396.00 | 927.15 | 0.00 | 52,323.15 |
| BILL | BILL | 10399945 | 11/28/2016 | 123,224.00 | 0.00 | 0.00 | 123,224.00 |
| BILL | BILL | 10402660 | 12/29/2016 | 135,371.00 | 1,394.02 | 0.00 | 136,765.02 |
| BILL | BILL | 17011972 | 1/31/2017 | 115,502.00 | 426.96 | 0.00 | 115,928.96 |
| BILL | BILL | 17022012 | 2/28/2017 | 130,914.50 | 313.93 | 0.00 | 131,228.43 |
| BILL | BILL | 17031565 | 3/28/2017 | 83,057.00 | 256.54 | 0.00 | 83,313.54 |
| BILL | BILL | 17042055 | 4/28/2017 | 95,739.00 | 130.75 | 0.00 | 95,869.75 |
| BILL | BILL | 17051822 | 5/30/2017 | 65,613.00 | 81.84 | 0.00 | 65,694.84 |
| BILL | BILL | 17062105 | 6/30/2017 | 91,616.00 | 188.50 | 0.00 | 91,804.50 |
| BILL | BILL | 17072283 | 7/28/2017 | 138,025.50 | 271.88 | 0.00 | 138,297.38 |
| GRAND TOTAL | GRAND TOTAL | | | 1,673,432.00 | 7,193.69 | 0.00 | 1,680,625.69 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Calnshire Estates, LLC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Pennsylvania |
| Case number | 17-14457 |

Official Form 410

# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Stradley Ronon Stevens & Young, LLP
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Michael J. Cordone, Stradley Ronon, et al
Name
2600 One Commerce Square
Number    Street
Philadelphia      PA      19103
City              State    ZIP Code

Contact phone (215) 564-8000
Contact email mcordone@stradley.com

Where should payments to the creditor be sent? (if different)
Name _____
Number   Street _____
City    State    ZIP Code

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____
                                                                   MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410    Proof of Claim    page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**
☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 0 0 0 1

**7. How much is the claim?** $ _____ 1,680,625.69 . **Does this amount include interest or other charges?**
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

<u>Legal services performed.  (See attached Addendum)</u>

**9. Is all or part of the claim secured?**
☑ No
☐ Yes.   The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                              $ _____
**Amount of the claim that is secured:**      $ _____
**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $ _____

**Annual Interest Rate** (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $ _____

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

Official Form 410                                          **Proof of Claim**                                          page 2

| | | |
|---|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br><br>☐ Yes. *Check one:*<br><br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br><br>☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).<br><br>☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).<br><br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).<br><br>☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).<br><br>☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.<br><br>\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | **Amount entitled to priority**<br><br>$_____<br><br>$_____<br><br>$_____<br><br>$_____<br><br>$_____<br><br>$_____ |

## Part 3:  Sign Below

| | |
|---|---|
| **The person completing this proof of claim must sign and date it. FRBP 9011(b).**<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | *Check the appropriate box:*<br><br>☐ I am the creditor.<br>☑ I am the creditor's attorney or authorized agent.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on date  09/21/2017<br>　　　　　　　　　MM / DD / YYYY<br><br>　　　**/s/Michael J. Cordone**<br>　　　Signature<br><br>**Print the name of the person who is completing and signing this claim:**<br><br>Name　　　Michael　　　　J.　　　　Cordone<br>　　　　　First name　　Middle name　　Last name<br><br>Title　　　Attorney for Creditor<br><br>Company　Stradley Ronon Stevens & Young, LLP<br>　　　　　Identify the corporate servicer as the company if the authorized agent is a servicer.<br><br>Address　　2600 One Commerce Square<br>　　　　　　Number　　Street<br>　　　　　　Wilmington　　　　　　　DE　　19103<br>　　　　　　City　　　　　　　　　　State　ZIP Code<br><br>Contact phone  (215) 564-8000　　　　Email  mcordone@stradley.com |

# ADDENDUM
# TO PROOF OF CLAIM OF
# STRADLEY RONON STEVENS & YOUNG, LLP
# BANKRUPTCY CASE NO. 17-14457 (ELF)
# IN RE: CALNSHIRE ESTATES, LLC

As of June 30, 2017 (the "Petition Date"), Calnshire Estates, LLC (the "Debtor") was indebted to Stradley Ronon Stevens & Young, LLP (the "Claimant") in the total principal amount of $1,680,625.69, representing fees and costs for legal services rendered by Claimant to the Debtor from November 2015 through the Petition Date.

A summary of charges is attached to this Addendum. The detailed bills for the services provided relate to ongoing litigation and are privileged and confidential, but have been provided to the Debtor.

While not itemized herein, Claimant's claim shall include all accruing interest and late charges which are to be added to the debt figure set forth above, to the extent permitted under the Bankruptcy Code.

This claim is filed as an unsecured claim. Without limiting the foregoing or in any way waiving, modifying or prejudicing Claimant's rights, Claimant reserves the right to amend this claim.

Moreover, the execution and filing of this Proof of Claim does not constitute: (a) a waiver or release of Claimant's rights against any other entity or person liable for all or part of the fees; (b) a consent by Claimant to the jurisdiction of this Court with respect to any proceeding commenced against or otherwise involving the Claimant; (c) a consent by the Claimant to the treatment of any non-core claim against it as a core claim; (d) a waiver of the right to move to withdraw the reference with respect to the subject matter of the claim or otherwise, including without limitation any objection or other proceedings commenced with respect thereto, or any proceedings commenced against or otherwise involving the Claimant; (e) an election of remedies that waives or otherwise affects any other remedies; or (f) a waiver of any right to arbitration or other alternative dispute resolution mechanism that is otherwise applicable.

# Unpaid Invoice Summary

**Matter Description**    Bank Negotiations for Island View Crossings Community    **Period**    LTD
**Matter Number**    188525-0001

| Type | Description | Invoice | Date | Fees | Costs | Other | Total |
|---|---|---|---|---:|---:|---:|---:|
| BILL | BILL | 10378024 | 2/2/2016 | 29,000.00 | 11.96 | 0.00 | 29,011.96 |
| BILL | BILL | 10382427 | 3/31/2016 | 52,081.00 | 6.90 | 0.00 | 52,087.90 |
| BILL | BILL | 10385193 | 4/29/2016 | 116,887.50 | 336.34 | 0.00 | 117,223.84 |
| BILL | BILL | 10387210 | 5/31/2016 | 71,452.00 | 734.18 | 0.00 | 72,186.18 |
| BILL | BILL | 10389610 | 6/30/2016 | 106,618.50 | 299.10 | 0.00 | 106,917.60 |
| BILL | BILL | 10391095 | 7/22/2016 | 74,079.00 | 56.46 | 0.00 | 74,135.46 |
| BILL | BILL | 10394002 | 8/30/2016 | 26,997.00 | 44.16 | 0.00 | 27,041.16 |
| BILL | BILL | 10396045 | 9/30/2016 | 104,602.00 | 166.02 | 0.00 | 104,768.02 |
| BILL | BILL | 10398330 | 10/28/2016 | 61,257.00 | 1,547.00 | 0.00 | 62,804.00 |
| BILL | BILL | 10399533 | 11/16/2016 | 51,396.00 | 927.15 | 0.00 | 52,323.15 |
| BILL | BILL | 10399945 | 11/28/2016 | 123,224.00 | 0.00 | 0.00 | 123,224.00 |
| BILL | BILL | 10402660 | 12/29/2016 | 135,371.00 | 1,394.02 | 0.00 | 136,765.02 |
| BILL | BILL | 17011972 | 1/31/2017 | 115,502.00 | 426.96 | 0.00 | 115,928.96 |
| BILL | BILL | 17022012 | 2/28/2017 | 130,914.50 | 313.93 | 0.00 | 131,228.43 |
| BILL | BILL | 17031565 | 3/28/2017 | 83,057.00 | 256.54 | 0.00 | 83,313.54 |
| BILL | BILL | 17042055 | 4/28/2017 | 95,739.00 | 130.75 | 0.00 | 95,869.75 |
| BILL | BILL | 17051822 | 5/30/2017 | 65,613.00 | 81.84 | 0.00 | 65,694.84 |
| BILL | BILL | 17062105 | 6/30/2017 | 91,616.00 | 188.50 | 0.00 | 91,804.50 |
| BILL | BILL | 17072283 | 7/28/2017 | 138,025.50 | 271.88 | 0.00 | 138,297.38 |
| GRAND TOTAL | GRAND TOTAL | | | 1,673,432.00 | 7,193.69 | 0.00 | 1,680,625.69 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Steeple Run, L.P. |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Pennsylvania |
| Case number | 17-14458 (ELF) |

Official Form 410

# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

1. **Who is the current creditor?**
   Stradley Ronon Stevens & Young, LLP
   Name of the current creditor (the person or entity to be paid for this claim)
   Other names the creditor used with the debtor _____

2. **Has this claim been acquired from someone else?**
   ☑ No
   ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?
   Michael J. Cordone, Stradley Ronon, et al
   Name
   2600 One Commerce Square
   Number    Street
   Philadelphia       PA      19103
   City               State   ZIP Code
   Contact phone (215) 564-8000
   Contact email mcordone@stradley.com

   Where should payments to the creditor be sent? (if different)
   _____
   Name
   _____
   Number    Street
   _____
   City        State    ZIP Code
   Contact phone _____
   Contact email _____

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):
   _ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

4. **Does this claim amend one already filed?**
   ☑ No
   ☐ Yes. Claim number on court claims registry (if known) _____   Filed on ___/___/_____
   MM / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☑ No
   ☐ Yes. Who made the earlier filing? _____

Official Form 410                    Proof of Claim                    page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**
☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 0  0  0  1

**7. How much is the claim?** $ _____1,680,625.69_____ . Does this amount include interest or other charges?
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Legal services performed.  (See attached Addendum)

**9. Is all or part of the claim secured?**
☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____
**Amount of the claim that is secured:** $_____
**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed)_____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition.  $_____

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

Official Form 410   Proof of Claim   page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No | |
|---|---|---|
| | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  09/21/2017
                  MM / DD / YYYY

/s/Michael J. Cordone
Signature

Print the name of the person who is completing and signing this claim:

| Name | Michael | J. | Cordone |
|---|---|---|---|
| | First name | Middle name | Last name |

Title        Attorney for Creditor

Company      Stradley Ronon Stevens & Young, LLP
             Identify the corporate servicer as the company if the authorized agent is a servicer.

Address      2600 One Commerce Square
             Number  Street

             Philadelphia                              PA        19103
             City                                      State     ZIP Code

Contact phone  (215) 564-8703               Email  mcordone@stradley.com

# ADDENDUM
# TO PROOF OF CLAIM OF
# STRADLEY RONON STEVENS & YOUNG, LLP
# BANKRUPTCY CASE NO. 17-14458 (ELF)
# IN RE: STEEPLE RUN, L.P.

As of June 30, 2017 (the "Petition Date"), Steeple Run, L.P. (the "Debtor") was indebted to Stradley Ronon Stevens & Young, LLP (the "Claimant") in the total principal amount of $1,680,625.69, representing fees and costs for legal services rendered by Claimant to the Debtor from November 2015 through the Petition Date.

A summary of charges is attached to this Addendum. The detailed bills for the services provided relate to ongoing litigation and are privileged and confidential, but have been provided to the Debtor.

While not itemized herein, Claimant's claim shall include all accruing interest and late charges which are to be added to the debt figure set forth above, to the extent permitted under the Bankruptcy Code.

This claim is filed as an unsecured claim. Without limiting the foregoing or in any way waiving, modifying or prejudicing Claimant's rights, Claimant reserves the right to amend this claim.

Moreover, the execution and filing of this Proof of Claim does not constitute: (a) a waiver or release of Claimant's rights against any other entity or person liable for all or part of the fees; (b) a consent by Claimant to the jurisdiction of this Court with respect to any proceeding commenced against or otherwise involving the Claimant; (c) a consent by the Claimant to the treatment of any non-core claim against it as a core claim; (d) a waiver of the right to move to withdraw the reference with respect to the subject matter of the claim or otherwise, including without limitation any objection or other proceedings commenced with respect thereto, or any proceedings commenced against or otherwise involving the Claimant; (e) an election of remedies that waives or otherwise affects any other remedies; or (f) a waiver of any right to arbitration or other alternative dispute resolution mechanism that is otherwise applicable.

## Unpaid Invoice Summary

**Matter Description**    Bank Negotiations for Island View Crossings Community    **Period**    LTD

**Matter Number**    188525-0001

| Type | Description | Invoice | Date | Fees | Costs | Other | Total |
|---|---|---|---|---:|---:|---:|---:|
| BILL | BILL | 10378024 | 2/2/2016 | 29,000.00 | 11.96 | 0.00 | 29,011.96 |
| BILL | BILL | 10382427 | 3/31/2016 | 52,081.00 | 6.90 | 0.00 | 52,087.90 |
| BILL | BILL | 10385193 | 4/29/2016 | 116,887.50 | 336.34 | 0.00 | 117,223.84 |
| BILL | BILL | 10387210 | 5/31/2016 | 71,452.00 | 734.18 | 0.00 | 72,186.18 |
| BILL | BILL | 10389610 | 6/30/2016 | 106,618.50 | 299.10 | 0.00 | 106,917.60 |
| BILL | BILL | 10391095 | 7/22/2016 | 74,079.00 | 56.46 | 0.00 | 74,135.46 |
| BILL | BILL | 10394002 | 8/30/2016 | 26,997.00 | 44.16 | 0.00 | 27,041.16 |
| BILL | BILL | 10396045 | 9/30/2016 | 104,602.00 | 166.02 | 0.00 | 104,768.02 |
| BILL | BILL | 10398330 | 10/28/2016 | 61,257.00 | 1,547.00 | 0.00 | 62,804.00 |
| BILL | BILL | 10399533 | 11/16/2016 | 51,396.00 | 927.15 | 0.00 | 52,323.15 |
| BILL | BILL | 10399945 | 11/28/2016 | 123,224.00 | 0.00 | 0.00 | 123,224.00 |
| BILL | BILL | 10402660 | 12/29/2016 | 135,371.00 | 1,394.02 | 0.00 | 136,765.02 |
| BILL | BILL | 17011972 | 1/31/2017 | 115,502.00 | 426.96 | 0.00 | 115,928.96 |
| BILL | BILL | 17022012 | 2/28/2017 | 130,914.50 | 313.93 | 0.00 | 131,228.43 |
| BILL | BILL | 17031565 | 3/28/2017 | 83,057.00 | 256.54 | 0.00 | 83,313.54 |
| BILL | BILL | 17042055 | 4/28/2017 | 95,739.00 | 130.75 | 0.00 | 95,869.75 |
| BILL | BILL | 17051822 | 5/30/2017 | 65,613.00 | 81.84 | 0.00 | 65,694.84 |
| BILL | BILL | 17062105 | 6/30/2017 | 91,616.00 | 188.50 | 0.00 | 91,804.50 |
| BILL | BILL | 17072283 | 7/28/2017 | 138,025.50 | 271.88 | 0.00 | 138,297.38 |
| GRAND TOTAL | GRAND TOTAL | | | 1,673,432.00 | 7,193.69 | 0.00 | 1,680,625.69 |