**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ISLAND VIEW CROSSING II, L.P., | : | Case No. 17-14454 (ELF) |
| | : | |
| Debtor. | : | |
| | : | |

**CERTIFICATION OF SERVICE OF REPLY OF CHRISTINE C. SHUBERT, CHAPTER 11 TRUSTEE, TO EMERGENCY MOTION OF CREDITOR STRADLEY RONON STEVENS & YOUNG, LLP TO: (A) ESTIMATE ITS CLAIM FOR VOTING PURPOSES OR RULE ON THE OBJECTION TO ITS CLAIM PRIOR TO THE VOTE ON THE ELECTION OF A CHAPTER 11 TRUSTEE; AND (B) SHORTEN TIME AND EXPEDITE HEARING**

JASON C. MANFREY, of full age, hereby certifies as follows:

1. I am a partner with the law firm of Fox Rothschild LLP, attorneys For Christine C. Shubert, the Chapter 11 Trustee in the above proceedings.

2. On January 24, 2018, I caused a true and correct copy of the Reply of Christine C. Shubert, Chapter 11 Trustee to the Emergency Motion of Stradley Ronon Stevens & Young, LLP to: (a) Estimate its Claim for Voting Purposes or Rule on the Objection to its Claim Prior to the Vote on the Election of a Chapter 11 Trustee; and (b) Shorten Time and Expedite Hearing to be served, *via* the Court's ECF electronic filing system and *via* electronic mail on the party listed on the attached **Service List.**

3. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                                        */s/ Jason C. Manfrey*
                                                                        Jason C. Manfrey, Esquire
                                                                        Fox Rothschild LLP
                                                                        2000 Market Street – 20th floor
                                                                        Philadelphia, PA  19103-3222
                                                                        (215) 299-2000/Fax: (215) 299-2150
                                                                        jmanfrey@foxrothschild.com

Dated:  January 24, 2018

**Service List**

Michael J. Cordone, Esquire
2005 Market Street
Suite 2600
Philadelphia, PA 19103
Email: mcordone@stradley.com

ACTIVE\53050908.v1-1/24/18