# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : CHAPTER 11 |
| | : |
| ISLAND VIEW CROSSING II, L.P. | : BANKRUPTCY NO. 17-14454(ELF) |
| | : |
| Debtor | : |
| | : |

## ORDER APPROVING APPLICATION OF KEVIN O'HALLORAN, CHAPTER 11 TRUSTEE, FOR ENTRY OF AN ORDER APPROVING THE RETENTION OF KARALIS PC AS BANKRUPTCY COUNSEL PURSUANT TO 11 U.S.C. § 327(a)

**AND NOW,** this _____ day of _____, 2018, upon consideration of the Application (the "Application") of Kevin O'Halloran, Chapter 11 Trustee (the "Trustee"), for entry of an Order approving the retention of Karalis PC ("KPC") as the Trustee's bankruptcy counsel in this proceeding; and the Court having considered the Application and the Verified Statement of Aris J. Karalis, Esquire in support thereof; and the Court being satisfied that KPC does not hold nor represent any interest adverse to the Debtor, its estate or creditors, and is a disinterested person within the meaning of §§ 327 and 101(14) of the Bankruptcy Code, and that said employment would be in the best interest of the estate; and for good cause shown,

**IT IS ORDERED,** as follows:

1. The retention of KPC as bankruptcy counsel for the Trustee is hereby authorized and approved effective as of the date of the Application.

2. Any and all compensation to be paid to KPC for services rendered on the Trustee's behalf shall be fixed by application to this Court in accordance with §§ 330 and 331 of the Bankruptcy Code, such Rules of Local and Federal Bankruptcy Procedure as may then be applicable, and/or any alternative arrangement for interim compensation as

may be authorized by the Court.

**BY THE COURT:**

_____
ERIC L. FRANK,
CHIEF U.S. BANKRUPTCY JUDGE