IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| ISLAND VIEW CROSSING II, L.P. | : | BANKRUPTCY NO. 17-14454(ELF) |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

**AND NOW**, this ___ day of _____, 2018, upon consideration of the Application of Kevin O'Halloran, Chapter 11 Trustee (the "Trustee"), to Employ Newbridge Management, LLC ("Newbridge") as Financial Advisors, *Nunc Pro Tunc* to February 4, 2018, Pursuant to 11 U.S.C. §§ 327 and 328(a) and Fed.R.Bankr.P. 2014 (the "Application"), and the Court being satisfied that Newbridge has no interest adverse to the Debtor or the Debtor's estate with respect to the matters for which it is to be employed, and further that Newbridge's retention is in the best interest of the creditors, it is hereby **ORDERED** that:

1. The Application is approved effective February 4, 2018, the first day upon which services were provided to the Trustee.

2. The Trustee is authorized to employ Newbridge as financial advisors for the purposes described in the Application.

3. Any and all compensation to be paid to Newbridge for services rendered on the Trustee's behalf shall be fixed by application to this Court in accordance with §§ 330 and 331 of the Bankruptcy Code, such Rules of Local and Federal Bankruptcy Procedure as

may then be applicable, and/or any alternative arrangement for interim compensation as may be authorized by the Court.

**BY THE COURT:**

_____
ERIC L. FRANK,
CHIEF U.S. BANKRUPTCY JUDGE