IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| ISLAND VIEW CROSSING II, L.P. | : | BANKRUPTCY NO. 17-14454(ELF) |
| | : | |
| Debtor | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, Aris J. Karalis, Esquire, do hereby certify that on the 8th day of February, 2018, I caused to be served a copy of the Application of Kevin O'Halloran, Chapter 11 Trustee, to Employ Newbridge Management, LLC as Financial Advisors, *Nunc Pro Tunc* to February 4, 2018, Pursuant to 11 U.S.C. §§ 327 and 328(a) and Fed.R.Bankr.P. 2014 and Notice of Application and Response Deadline upon the parties on the attached list in the manner indicated thereon.

KARALIS PC

By: /s/ Aris J. Karalis
ARIS J. KARALIS
Attorneys for the Trustee

Dated: February 8, 2018

**VIA ECF TRANSMISSION**

Dave P. Adams, Esquire
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Gary D. Bressler, Esquire
McElroy Deutsch Mulvaney & Carpenter
1617 John F. Kennedy, Suite 1500
Philadelphia, PA 19103

Sioban D. Byrnes, Esquire
Begley Carlin & Mandio
680 Middletown Blvd.
Langhorne, PA 19047

George M. Conway, Esquire
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Michael J. Cordone, Esquire
Stradley Ronon Stavens and Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103

Edmond M. George, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102

Janet L. Gold, Esquire
Eisenberg, Gold & Agrawal, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, NJ 08034

Robert M. Greenbaum, Esquire
Smith Kane
112 Moores Road, Suite 300
Malvern, PA 19355

Michael P. Kelly, Esquire
Cowan & Kelly
202 Penns Square
Langhorne, PA 19047

William J. Levant, Esquire
Kaplin Stewart
910 Harvest Drive
P.O. Box 3037
Blue Bell, PA 19422

Jason C. Manfrey, Esquire
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19106

Michael G. Menkowitz, Esquire
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19106

Larry L. Miller, Esquire
Miller Law Offices, P.C.
1423 State Road
Duncannon, PA 17020

Joseph M. Ramagli, Esquire
Jackson Cook Caracappa & Scott
312 Oxford Valley Road
Fairless Hills, PA 19030

Michael J. Shavel, Esquire
Hill Wallack, LLP
777 Township Line Road, Suite 250
Yardley, PA 19067-5565

David B. Smith, Esquire
Smith Kane
112 Moores Road, Suite 300
Malvern, PA 19355

John A. Torrente, Esquire
Begley Carlin & Mandio, LLP
680 Middletown Blvd.
P.O. Box 308
Langhorne, PA 19047

Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102

**VIA E-MAIL**

Kevin O'Halloran
Chapter 11 Trustee
P.O. Box 723307
Atlanta, GA 31139
kevinnm@bellsouth.net