IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| ISLAND VIEW CROSSING II, L.P. | : | BANKRUPTCY NO. 17-14454(ELF) |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Aris J. Karalis, Esquire, do hereby certify that on the 8th day of February, 2018, I caused to be served a copy of the Notice of Application and Response Deadline on the Application of Kevin O'Halloran, Chapter 11 Trustee, to Employ Newbridge Management, LLC as Financial Advisors, *Nunc Pro Tunc* to February 4, 2018, Pursuant to 11 U.S.C. §§ 327 and 328(a) and Fed.R.Bankr.P. 2014 upon the parties on the attached list in the manner indicated thereon.

KARALIS PC

By:   /s/ Robert W. Seitzer
ARIS J. KARALIS
Attorneys for the Trustee

Dated: February 8, 2018

**VIA U.S. FIRST CLASS MAIL**

Americorp Construction, Inc.
1 South State Street
Newtown, PA 18940

Bohler Engineering PA, LLC
Robert R Watson, Jr.
470 Norristown Road, Suite 302
Blue Bell PA 19422

Borough of Bristol
Attn: James Dillon, Borough Manager
250 Pond St
Bristol, PA 19007

Bucks County Electric Works, Inc.
260 Knowles Avenue
Suite 224
Southampton PA 18966

Bucks County Tax Claim Bureau
c/o John A. Torrente, Esquire
55 E. Court Street
Doylestown, PA 18901

Charles E. Shoemakers Engineering
1007 Edge Hill Road
Abington, PA 19001

Dawn O'Neil
601 W. Palmer Avenue
Morrisville, PA 19067

Dorchester Capital
1111 Street Road
Southampton, PA 18966

Geostructures, Inc
1000 W 9th Avenue
King of Prussia, PA 19406

IPFS Corporation
1760 Market Street
Suite 401
Philadelphia, PA

Joe Silva
49 Mistletoe Lane
Levittown, PA 19054

Joseph Ferry, Esq
1515 Market Street, Suite 1200
Philadelphia, PA 19102

Kaplin, Stewart, Meloff, Reitter & Stein
c/o William J. Levant, Esquire
910 Harvest Drive
P.O. Box 3037
Blue Bell, PA 19422

McElderry Drywall, Inc.
c/o Larry Miller, Esquire
11722 Taneytown Pike
Taneytown, MD 21787

MJ Carpentry
312 Oxford Valley Road, Suite A
Fairless Hills, PA 19030

Monica L. Caione
12 Fillmore Street
Bristol, PA 19007

Premium Excavating, LLC
269 Canal Road
Fairless Hills, PA 19030

Samira & Khandulans Ranganathan
133 Mercer Court
Fairless Hills, PA 19030-2025

Stradley Ronon Stevens & Young, LLP
c/o Michael J. Cordone, Esquire
2600 One Commerce Square
Philadelphia, PA 19103

United States Plumbing
PO Box 476
Glen Mills, PA 19342