IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| ISLAND VIEW CROSSING II, L.P. | : | BANKRUPTCY NO. 17-14454(ELF) |
| | : | |
| Debtor | : | |
| | : | |

ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF
KAUFMAN, COREN & RESS, P.C. AS SPECIAL COUNSEL TO TRUSTEE

**AND NOW**, this ___ day of _____, 2018, upon consideration of the Application for Entry of an Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed.R.Bankr.P. 2014(a) and Local Rules 2014-1 and 9013-1 Authorizing the Retention and Employment of Steven M. Coren, Esquire, and Kaufman, Coren & Ress, P.C. (collectively, "KC&R") as Special Counsel for Kevin O'Halloran, the Chapter 11 Trustee (the "Application")[1], and after notice, it is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. The Trustee is authorized to retain and employ KC&R as his special litigation counsel for the purposes described in the Application.

3. The terms of KC&R's compensation set forth in the Fee Agreement are preapproved under 11 U.S.C. Section 328(a).

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

4. KC&R shall be entitled to be paid on a contingent fee basis based on the Financial Benefit recovered for or obtained on behalf of the Trustee in connection with the Litigation Claims pursuant to the terms set forth in the Application subject to an application filed with this Court.

**BY THE COURT:**

_____
ERIC L. FRANK,
UNITED STATES BANKRUPTCY JUDGE