IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| ISLAND VIEW CROSSING II, L.P. | : | BANKRUPTCY NO. 17-14454(ELF) |
| | : | |
| Debtor | : | |
| | : | |

## NOTICE OF APPLICATION AND RESPONSE DEADLINE

An Application has been filed for Entry of an Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed.R.Bankr.P. 2014(a) and Local Rules 2014-1 and 9013-1 Authorizing the Retention and Employment of Steven M. Coren, Esquire and Kaufman, Coren & Ress, P.C. as Special Counsel for Kevin O'Halloran, Chapter 11 Trustee (the "Application").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the court to grant the relief sought in the Application or if you want the court to consider your views on the Application, then on or before **March 29, 2018**, you or your attorney must do all of the following:

    (a)    file an answer explaining your position at

United States Bankruptcy Court
for the Eastern District of Pennsylvania
Robert N.C. Nix, Sr. Building, Suite 400
900 Market Street
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the movant's attorney:

Aris J. Karalis, Esquire
Robert W. Seitzer, Esquire
Karalis PC
1900 Spruce Street
Philadelphia, PA 19103
Phone No. (215) 546-4500

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the Application.

3.  If a copy of the Application is not enclosed, a copy of the Application will be provided to you if you request a copy from the attorney named in paragraph 1(b).

4.  You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been scheduled because an answer was filed.

**KARALIS PC**

By: /s/ Aris J. Karalis
ARIS J. KARALIS
ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
Attorneys for the Trustee

Dated: March 22, 2018