**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **ISLAND VIEW CROSSING II, L.P.** | : | **BANKRUPTCY NO. 17-14454(ELF)** |
| | : | |
| **Debtor** | : | |
| | : | |

**CERTIFICATION OF NO ANSWER, OBJECTION OR OTHER RESPONSIVE
PLEADING TO APPLICATION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C.
§§ 327(a) AND 328(a) AND FED.R.BANKR.P. 2014(a) AND LOCAL RULES 2014-1 AND
9013-1 AUTHORIZING THE RETENTION AND EMPLOYMENT OF STEVNE M.
COREN ESQUIRE AND KAUFMAN, COREN & RESS, P.C. AS SPECIAL COUNSEL
FOR KEVIN O'HALLORAN, CHAPTER 11 TRUSTEE**

**TO:    THE HONORABLE ERIC L. FRANK,**
**United States Bankruptcy Judge**

I, Robert W. Seitzer, Esquire, of Karalis PC, hereby certify that on March 22, 2018 a copy

of the Notice of Application and Response Deadline on the Application for Entry of an Order

Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed.R.Bankr.P. 2014(a) and Local Rules 2014-1

and 9013-1 Authorizing the Retention and Employment of Steven M. Coren, Esquire and

Kaufman, Coren & Ress, P.C. as Special Counsel for Kevin O'Halloran, Chapter 11 Trustee (the

"Application") was served on the Office of the U.S. Trustee, Debtor's counsel, Bankruptcy Rule

2002 Parties, interested parties and the twenty (20) largest unsecured creditors in the

above-captioned proceeding.  No creditor or party in interest has served or filed any answer,

objection or other responsive pleading to the Application and that the time for serving and filing

any such answer, objection or other responsive pleading has expired.

**WHEREFORE,** counsel to the Trustee respectfully requests that the Application be approved.

                                        **Respectfully submitted,**

                                        **KARALIS PC**

                                        By:____/s/ Robert W. Seitzer_____
                                             Robert W. Seitzer, Esquire
                                             1900 Spruce Street
                                             Philadelphia, PA 19103
                                             (215) 546-4500
                                             Counsel to the Trustee

Dated: April 2, 2018