IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| ISLAND VIEW CROSSING II, L.P. | : | BANKRUPTCY NO. 17-14454(ELF) |
| | : | |
| Debtor | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, Aris J. Karalis, Esquire, hereby certify that on the 17th day of August, 2018 I directed to be served a copy of the Motion for Entry of Final Order Authorizing (I) Trustee to Obtain Secured Postpetition Financing Pursuant to §§105, 361, 364(C)(1) and 364(D)(1) of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 4001, (II) Trustee to Enter into the Loan Documents; (III) Granting an Allowed Super Priority Administrative Expense Claim With Priority Over Any and All Administrative Expenses of the Kind Specified in Bankruptcy Code Section 503(B) or 507(B); (IV) Granting a Lien on All Assets of the Estate (Except for the Excluded Assets) Senior to All Other Liens (Except for the Permitted Liens) Pursuant to Section 364(D)(1) of Bankruptcy Code; (V) Approving the Release of Liens Agreement Between the Trustee and Prudential Bank Pursuant to Federal Rule of Bankruptcy Procedure 9019; and (VI) Granting Related Relief and Notice of Motion, Response Deadline and Hearing Date upon the parties on the attached list in the manner indicated thereon.

KARALIS PC

By: ___/s/ Aris J. Karalis_____
ARIS J. KARALIS
Attorneys for the Trustee

Dated: August 17, 2018

**VIA ECF TRANSMISSION**

**Redevelopment Authority of Bucks Co.**
c/o Sioban D. Byrnes, Esquire
Begley Carlin & Mandio
680 Middletown Blvd.
Langhorne, PA 19047
sbyrnes@begleycarlin.com

**Prudential Savings Bank**
c/o Edmond M. George, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
Centre Square West, 1500 Market Street, Suite 3400
Philadelphia, PA 19102
edmond.george@obermayer.com

**DelGrasso; Mastridge & Silva**
c/o Michael P. Kelly, Esquire
Cowan & Kelly
202 Penns Square
Langhorne, PA 19047
mpkpc@aol.com

**Christine C. Shubert**
c/o Jason C. Manfrey, Esquire
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19106
jmanfrey@foxrothchild.com

**Premium Excavating, LLC**
c/o Joseph M. Ramagli, Esquire
Jackson Cook Caracappa & Scott
312 Oxford Valley Road
Fairless Hills, PA 19030
jramagli@jccslaw.com

**Bucks County Tax Claim Bureau**
John A. Torrente, Esquire
Begley Carlin & Mandio, LLP
680 Middletown Blvd., P.O. Box 308
Langhorne, PA 19047
jtorrente@begleycarlin.com

**VIA E-MAIL**

Borough of Bristol
James Dillon, Borough Manager
250 Pond Street
Bristol, PA 19007
jdillon@bristolboro.com

**John R. Diaz, Adm. of the Estate of Dawn O'Neil**
c/o Michael P. Kelly, Esquire
402 Middletown Blvd., Suite 202
Langhorne, PA 19047
mpkpc@aol.com

Dave P. Adams, Esquire
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
dave.p.adams@usdoj.gov

George M. Conway, Esquire
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
george.m.conway@usdoj.gov

**Commonwealth Capital LLC**
c/o Janet L. Gold, Esquire
Eisenberg, Gold & Agrawal, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, NJ 08034
jgold@egalawfirm.com

**County of Bucks and Redevel. Authority of Bucks County**
Francis J. Lawall, Esquire
Pepper Hamilton LLP
3000 Two Logan Square, 18th and Arch Streets
Philadelphia, PA 19103
lawallf@pepperlaw.com

**Christine C. Shubert**
c/o Michael G. Menkowitz, Esquire
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19106
mmenkowitz@frof.com

**Khandulans and Samira Ranganathan**
c/o Michael J. Shavel, Esquire
Hill Wallack, LLP
777 Township Line Road, Suite 250
Yardley, PA 19067-5565
mshavel@hillwallack.com

**Prudential Savings Bank**
Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
Centre Square West, 1500 Market Street, Suite 3400
Philadelphia, PA 19102
michael.vagnoni@obermayer.com

Kevin O'Halloran
Chapter 11 Trustee
P.O. Box 723307
Atlanta, GA 31139
kevinnm@bellsouth.net

Bohler Engineering PA, LLC
Robert R Watson, Jr.
470 Norristown Road, Suite 302
Blue Bell PA 19422
rwatson@eastburngray.com

IPFS Corporation
30 Montgomery Street, Suite 1000
Jersey City, NJ 07302
lisa.chandler@ipfs.com

**Bonnie Finkel, Ch. 7 Trustee - Calnshire**
c/o Gary D. Bressler, Esquire
McElroy Deutsch Mulvaney & Carpenter
1617 John F. Kennedy, Suite 1500
Philadelphia, PA 19103
gbressler@mdmc-law.com

**Stradley Ronon Stevens & Young LLP**
c/o Michael J. Cordone, Esquire
Stradley Ronon Stavens and Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103
mcordone@stradley.com

**Island View Crossing II, L.P.**
c/o Robert M. Greenbaum, Esquire
Smith Kane
112 Moores Road, Suite 300
Malvern, PA 19355
rgreenbaum@sgllclaw.com

**Kaplin Stewart Meloff Reiter & Stein PC**
c/o William J. Levant, Esquire
Kaplin Stewart
910 Harvest Drive, P.O. Box 3037
Blue Bell, PA 19422
efile.wjl@kaplaw.com

**McElderry Drywall, Inc.**
c/o Larry L. Miller, Esquire
Miller Law Offices, P.C.
1423 State Road
Duncannon, PA 17020
llmmillerlaw@earthlink.net

**Island View Crossing II, L.P.**
c/o David B. Smith, Esquire
Smith Kane
112 Moores Road, Suite 300
Malvern, PA 19355
dsmith@smithkanelaw.com

Geostructures, Inc.
c/o Michelle S. Walker, Esquire
Walker Law Group, LLC
33 Rock Hill Road, Suite 210
Bala Cynwyd, PA 19004
mwalker@walkerlawgroupllc.com

William J. Salerno, Esquire
Law Office of William J. Salerno
220 Radcliffe Street
Bristol, PA 19007
law.office.of.wjs@comcast.net

Bucks County Electric Works, Inc.
260 Knowles Avenue
Suite 224
Southampton PA 18966
daniel.j.stretz@bcew.net

**Monica L. Caione**
c/o Don F. Marshall, Esquire
Stuckert and Yates
2 North State Street, P.O. Box 70
Newtown, PA 18940
dmarshall@stuckertyates.com

| | | |
|---|---|---|
| Charles E. Shoemakers Engineering<br>1007 Edge Hill Road<br>Abington, PA 19001<br>staff@ceshoemaker.com | **BKRE Investments LLC**<br>Jerry E. Peer, Esquire<br>PetersonConners<br>545 Metro Place South, Suite 435<br>Dublin, OH 43017<br>jpeer@petersonconners.com | |
| **VIA U.S. FIRST CLASS MAIL** | Americorp Construction, Inc.<br>1 South State Street<br>Newtown, PA 18940 | Dorchester Capital<br>1111 Street Road, Suite 202<br>Southampton, PA 18966 |
| Joseph Ferry, Esq<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102 | MJ Carpentry<br>312 Oxford Valley Road, Suite A<br>Fairless Hills, PA 19030 | United States Plumbing<br>PO Box 476<br>Glen Mills, PA 19342 |
| Internal Revenue Service<br>Attn: Anna Maria, Bankruptcy Specialist<br>600 Arch Street<br>Philadelphia, PA 19106-1611 | Pennsylvania Department of Revenue<br>Dept. 280946<br>Attn: Bankruptcy Division<br>Harrisburg, PA 17128-0946 | Department of Labor & Industry<br>Office of Chief Counsel<br>UC Division<br>651 Boas Street, 10th Floor<br>Harrisburg, PA 17121-0751 |