## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **CHAPTER 11** |
| | : | |
| **ISLAND VIEW CROSSING II, L.P.** | : | **BANKRUPTCY NO. 17-14454(ELF)** |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

**AND NOW**, this ___ day of _____, 2018, upon consideration of the Application of

Kevin O'Halloran, Chapter 11 Trustee (the "Trustee"), to Employ Kaplin Stewart Meloff Reiter

& Stein, PC ("Kaplin Stewart") as Special Counsel Pursuant to 11 U.S.C. §§ 327(e) and 328(a)

and Fed.R.Bankr.P. 2014 (the "Application"), and the Court being satisfied that Kaplin Stewart

has no interest materially adverse to the Debtor or the Debtor's estate with respect to the matters

for which it is to be employed, and further that Kaplin Stewart's retention is in the best interest

of the creditors, it is hereby **ORDERED** that:

1.     The Application is authorized and approved effective as of the date of the

Application.

2.     The Trustee is authorized to employ Kaplin Stewart as special counsel for the

purposes described in the Application.

3.     Any and all compensation to be paid to Kaplin Stewart for services rendered

on the Trustee's behalf shall be fixed by application to this Court in accordance with §§

330 and 331 of the Bankruptcy Code, such Rules of Local and Federal Bankruptcy

Procedure as may then be applicable, and/or any alternative arrangement for interim compensation as may be authorized by the Court.

**BY THE COURT:**

_____

ERIC L. FRANK,
UNITED STATES BANKRUPTCY JUDGE