IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **ISLAND VIEW CROSSING II, L.P.** | : | **BANKRUPTCY NO. 17-14454(ELF)** |
| | : | |
| **Debtor** | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Robert W. Seitzer, Esquire, do hereby certify that on the 14th day of February, 2019, I caused to be served a copy of the Application of Kevin O'Halloran, Chapter 11 Trustee, to Employ Kaplin Stewart Meloff Reiter & Stein, PC as Special Counsel Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Fed.R.Bankr.P. 2014 and Notice of Application and Response Deadline upon the parties on the attached list in the manner indicated thereon.

**KARALIS PC**

By: __/s/ Robert W. Seitzer__
     ROBERT W. SEITZER
     Attorneys for the Trustee

Dated: February 14, 2019

**VIA ECF TRANSMISSION**

Dave P. Adams, Esquire
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Gary D. Bressler, Esquire
McElroy Deutsch Mulvaney & Carpenter
1617 John F. Kennedy, Suite 1500
Philadelphia, PA 19103

Sioban D. Byrnes, Esquire
Begley Carlin & Mandio
680 Middletown Blvd.
Langhorne, PA 19047

George M. Conway, Esquire
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Michael J. Cordone, Esquire
Stradley Ronon Stavens and Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103

Edmond M. George, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102

Janet L. Gold, Esquire
Eisenberg, Gold & Agrawal, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, NJ 08034

Robert M. Greenbaum, Esquire
Smith Kane
112 Moores Road, Suite 300
Malvern, PA 19355

Michael P. Kelly, Esquire
Cowan & Kelly
202 Penns Square
Langhorne, PA 19047

Francis J. Lawall, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

William J. Levant, Esquire
Kaplin Stewart
910 Harvest Drive
P.O. Box 3037
Blue Bell, PA 19422

Jason C. Manfrey, Esquire
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19106

Michael G. Menkowitz, Esquire
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19106

Larry L. Miller, Esquire
Miller Law Offices, P.C.
1423 State Road
Duncannon, PA 17020

Joseph M. Ramagli, Esquire
Jackson Cook Caracappa & Scott
312 Oxford Valley Road
Fairless Hills, PA 19030

Michael J. Shavel, Esquire
Hill Wallack, LLP
777 Township Line Road, Suite 250
Yardley, PA 19067-5565

David B. Smith, Esquire
Smith Kane
112 Moores Road, Suite 300
Malvern, PA 19355

John A. Torrente, Esquire
Begley Carlin & Mandio, LLP
680 Middletown Blvd.
P.O. Box 308
Langhorne, PA 19047

Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102

Michelle S. Walker, Esquire
Walker Law Group, LLC
33 Rock Hill Road, Suite 210
Bala Cynwyd, PA 19004

**VIA E-MAIL**

Kevin O'Halloran
Chapter 11 Trustee
P.O. Box 723307
Atlanta, GA 31139
kevinnm@bellsouth.net

William J. Salerno, Esquire
Law Office of William J. Salerno
220 Radcliffe Street
Bristol, PA 19007
law.office.of.wjs@comcast.net

Borough of Bristol
James Dillon, Borough Manager
250 Pond Street
Bristol, PA 19007
jdillon@bristolboro.com

Gregg I. Adelman, Esquire
Kaplin Stewart Meloff Reiter & Stein, PC
Union Meeting Corporate Center
910 Harvest Drive, P.O. Box 3037
Blue Bell, PA 19422-0765
gadelman@kaplaw.com