IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| ISLAND VIEW CROSSING II, L.P. | : | BANKRUPTCY NO. 17-14454(ELF) |
| | : | |
| Debtor | : | |
| | : | |

### NOTICE OF APPLICATION AND RESPONSE DEADLINE

Kevin O'Halloran, Chapter 11 Trustee (the "Trustee"), has filed an Application to Employ Kaplin Stewart Meloff Reiter & Stein, PC as Special Counsel Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Fed.R.Bankr.P. 2014 (the "Application").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the Application or if you want the court to consider your views on the Application, then on or before **February 21, 2019**, you or your attorney must do all of the following:

   (a) file an answer explaining your position at

   United States Bankruptcy Court
   for the Eastern District of Pennsylvania
   Robert N.C. Nix, Sr. Building, Suite 400
   900 Market Street
   Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to the movant's attorney:

   Aris J. Karalis, Esquire
   Robert W. Seitzer, Esquire
   Karalis PC
   1900 Spruce Street
   Philadelphia, PA  19103
   (215) 546-4500
   akaralis@karalislaw.com
   rseitzer@karalislaw.com

2.     If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the Application.

3.     If a copy of the Application is not enclosed, a copy of the Application will be provided to you if you request a copy from the attorney named in paragraph 1(b).

4.     You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been scheduled because an answer was filed.

**KARALIS PC**

By:   /s/ Robert W. Seitzer
      ARIS J. KARALIS
      ROBERT W. SEITZER
      1900 Spruce Street
      Philadelphia, PA 19103
      (215) 546-4500
      Attorneys for the Trustee

Dated: February 14, 2019