IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| ISLAND VIEW CROSSING II, L.P. | : | BANKRUPTCY NO. 17-14454(ELF) |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Robert W. Seitzer, Esquire, do hereby certify that on the 14th day of February, 2019, I caused to be served a copy of the Notice of Application and Response Deadline on the Application of Kevin O'Halloran, Chapter 11 Trustee, to Employ Kaplin Stewart Meloff Reiter & Stein, PC as Special Counsel Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Fed.R.Bankr.P. 2014 upon the parties on the attached list in the manner indicated thereon.

**KARALIS PC**

By:   /s/ Robert W. Seitzer
      ROBERT W. SEITZER
      Attorneys for the Trustee

Dated: February 14, 2019

**VIA U.S. FIRST CLASS MAIL**

Americorp Construction, Inc.
1 South State Street
Newtown, PA 18940

Bohler Engineering PA, LLC
Robert R Watson,Jr.
470 Norristown Road, Suite 302
Blue Bell PA 19422

Bucks County Electric Works, Inc.
260 Knowles Avenue
Suite 224
Southampton PA 18966

Bucks County Tax Claim Bureau
c/o John A. Torrente, Esquire
55 E. Court Street
Doylestown, PA 18901

Charles E. Shoemakers Engineering
1007 Edge Hill Road
Abington, PA 19001

Dawn O'Neil
601 W. Palmer Avenue
Morrisville, PA 19067

Dorchester Capital
1111 Street Road
Southampton, PA 18966

Geostructures, Inc
1000 W 9th Avenue
King of Prussia, PA 19406

IPFS Corporation
123 S. Broad Street
Suite 1900
Philadelphia, PA 19109-1025

Joe Silva
49 Mistletoe Lane
Levittown, PA 19054

Joseph Ferry, Esq
1515 Market Street, Suite 1200
Philadelphia, PA 19102

McElderry Drywall, Inc.
c/o Larry Miller, Esquire
11722 Taneytown Pike
Taneytown, MD 21787

MJ Carpentry
2 Canals End Road, Suite 202B
Bristol, PA 19007-4821

Monica L. Caione
12 Fillmore Street
Bristol, PA 19007

Premium Excavating, LLC
269 Canal Road
Fairless Hills, PA 19030

Samira & Khandulans Ranganathan
133 Mercer Court
Fairless Hills, PA 19030-2025

United States Plumbing
PO Box 476
Glen Mills, PA 19342