# EXHIBIT "D"

**ISLAND VIEW CROSSING II, LP**
CASH FLOW BUDGET PROJECTION

| | Month 1 Nov-19 | Month 2 Dec-19 | Month 3 Jan-20 | Month 4 Feb-20 | Month 5 Mar-20 | Month 6 Apr-20 | Month 7 May-20 | Month 8 Jun-20 | Month 9 Jul-20 | Month 10 Aug-20 | Month 11 Sep-20 | Month 12 Oct-20 | Month 13 Nov-20 | Month 14 Dec-20 | Month 15 Jan-21 | Month 16 Feb-21 | Month 17 Mar-21 | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Balance:** | 33,516 | 31,897 | 31,897 | 126,038 | 302,714 | 359,933 | 259,185 | 144,050 | 710,684 | 1,208,510 | 1,585,826 | 712,361 | 581,474 | 1,169,531 | 1,459,501 | 1,524,427 | 1,998,305 | |
| **RECEIPTS** | | | | | | | | | | | | | | | | | | |
| BKRE Loan Funding | 32,377 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 32,377 |
| Admin Claims Funds | - | - | - | 254,141 | 94,606 | 78,838 | 15,768 | - | - | - | - | - | - | - | - | - | - | 443,352 |
| Townhome Sales less closing costs & release amounts required at closing | - | - | - | 793,196 | 579,850 | 595,050 | 290,400 | 1,423,500 | 2,228,450 | 1,989,550 | 1,096,281 | 1,346,496 | 1,536,481 | 820,950 | 321,150 | 1,478,995 | 2,149,780 | 16,650,128 |
| **Total Receipts** | 32,377 | - | 254,141 | 887,801 | 658,688 | 610,818 | 290,400 | 1,423,500 | 2,228,450 | 1,989,550 | 1,096,281 | 1,346,496 | 1,536,481 | 820,950 | 321,150 | 1,478,995 | 2,149,780 | 17,125,857 |
| **DISBURSEMENTS (See supporting schedules for line items.)** | | | | | | | | | | | | | | | | | | |
| Site Improvements | - | - | - | 118,000 | 564,267 | 383,434 | 16,500 | 13,860 | 176,000 | 192,544 | 385,044 | 265,144 | 155,040 | 90,000 | - | - | - | 1,294,133 |
| Construction costs | - | - | - | - | - | - | 573,677 | 329,131 | 618,345 | 896,945 | 1,177,427 | 1,612,998 | 1,204,403 | 802,572 | 475,285 | 173,297 | 49,514 | 8,979,129 |
| Project costs | 33,996 | - | - | 42,000 | 134,050 | 214,900 | 118,300 | 59,500 | 59,500 | 77,875 | 47,250 | 89,250 | 115,675 | 53,725 | 53,725 | 81,025 | 53,725 | 112,000 | 1,346,496 |
| Supplemental project contingency* | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| RDA Loan-Interest pmts | | | | | 12,808 | 3,135 | 3,089 | 3,044 | 3,021 | 2,908 | 2,513 | 2,354 | 2,264 | 2,128 | 1,969 | 1,901 | 1,879 | 1,562 | 44,574 |
| RDA Loan-Scheduled Principal pmts | - | - | - | - | - | - | - | - | 117,000 | - | - | - | - | - | - | - | - | 117,000 |
| Admin Claims Funds Repayments | - | - | - | - | - | - | - | - | 443,352 | - | - | - | - | - | - | - | - | 443,352 |
| Additional BKRE loan payoff amounts | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 812,377 | 812,377 |
| **Total Disbursements** | 33,996 | - | - | 160,000 | 711,125 | 601,469 | 711,566 | 405,535 | 856,866 | 1,730,624 | 1,612,234 | 1,969,746 | 1,477,382 | 948,425 | 530,980 | 256,224 | 105,117 | 925,939 | 13,037,226 |
| **Subtotal-Receipts Less Disbursements** | (1,619) | - | 94,141 | 176,676 | 57,219 | (100,748) | (115,135) | 566,634 | 497,826 | 377,316 | (873,465) | (130,886) | 588,056 | 289,970 | 64,926 | 1,373,878 | 1,223,841 | 4,088,630 |
| Construction Management Cash Surplus Fee per Agreement (Amt to be spread over 30 mo period as possible) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (387,390) | - | (387,390) |
| Bankruptcy Expenses | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (900,000) | (1,630,114) | (2,530,114) |
| **Month End Balance** | 31,897 | 31,897 | 126,038 | 302,714 | 359,933 | 259,185 | 144,050 | 710,684 | 1,208,510 | 1,585,826 | 712,361 | 581,474 | 1,169,531 | 1,459,501 | 1,524,427 | 1,998,305 | 1,204,643 | 1,171,127 |
| | | | | | | | | | | | | | | | | | | (33,516) |

*Supplemental project contingency factor in addition to specific contingencies provided on sub-schedules:

0.00%

**ISLAND VIEW CROSSING II, LP**
SALES PROJECTIONS

| | Original Proposed Sales Price per unit in building | # of Units | Month 1 Nov-19 | Month 2 Dec-19 | Month 3 Jan-20 | Month 4 Feb-20 | Month 5 Mar-20 | Month 6 Apr-20 | Month 7 May-20 | Month 8 Jun-20 | Month 9 Jul-20 | Month 10 Aug-20 | Month 11 Sep-20 | Month 12 Oct-20 | Month 13 Nov-20 | Month 14 Dec-20 | Month 15 Jan-21 | Month 16 Feb-21 | Month 17 Mar-21 | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Building 4 | $ 325,000 | 7 | | | $ | 612,890 | 329,000 | 345,000 | 345,000 | 345,000 | 345,000 | | | | | | | | | $ 2,321,890 |
| Building 2 | $ 285,000 | 5 | | | $ | 340,000 | 360,000 | 360,000 | | | | | | | | | | | | $ 1,760,000 |
| Building 1 | $ 285,000 | 6 | | | | | | | | | | | | | | | | | | $ 1,710,000 |
| Building 10 | $ 430,000 | 4 | | | | | | | | | | | | 855,000 | 855,000 | | 430,000 | 430,000 | | $ 1,720,000 |
| Building 3 | $ 285,000 | 4 | | | | $ | | | | 285,000 | 285,000 | | | | | | | | | $ 1,140,000 |
| Building 8 | $ 355,000 | 6 | | | | | | | | | | | 695,980 | 695,890 | 695,980 | | | | | $ 2,087,850 |
| Building 11 | $ 430,000 | 6 | | | | | | | | | | | | | | | 430,000 | 2,150,000 | | $ 2,580,000 |
| Building 13 | $ 430,000 | 3 | | | | | | | | | | | | | | | | 860,000 | 430,000 | $ 1,290,000 |
| Building 12 | $ 430,000 | 6 | | | | | | | | | | | | | | | 2,580,000 | | | $ 2,580,000 |
| Building 5 | $ 355,000 | 6 | | | | | | | | | | 1,065,000 | 710,000 | 355,000 | | | | | | $ 2,130,000 |
| Building 6 | $ 355,000 | 7 | | | | | | | | $ 1,065,000 | 1,065,000 | 355,000 | | | | | | | | $ 2,485,000 |
| Building 7 | $ 355,000 | 5 | | | | | | | | | | | | | | | | 1,065,000 | 710,000 | $ 1,775,000 |
| Building 14 | $ 355,000 | 4 | | | | | | | | | | | | | | 710,000 | 710,000 | | | $ 1,420,000 |
| Building 9 | $ 355,000 | 4 | | | | | | | | | 710,000 | 710,000 | | | | | | | | $ 1,420,000 |
| | | 73 | $   - | $   - | $   - | 952,890 | 689,000 | 705,000 | 345,000 | 1,695,000 | 2,755,000 | 2,480,000 | 1,405,980 | 1,905,890 | 2,260,980 | 1,140,000 | 430,000 | 5,505,000 | 4,150,000 | $ 26,419,740 |
| Sales Price Factor | 1.00 | | | | | | | | | | | | | | | | | | | |
| Adjustment for Pre-Construction Discount if applicable. | | | | | | | | | | | | | | | | | | | | |
| Sales commissions | 3.0% | | $   - | $   - | $   - | (28,587) | (20,670) | (21,150) | (10,350) | (50,850) | (82,650) | (74,400) | (42,179) | (57,177) | (67,829) | (34,200) | (12,900) | (165,150) | (124,500) | (792,592) |
| Release price to RDA | $ 12,350.00 | | $   - | $   - | $   - | (37,050) | (24,700) | (24,700) | (12,350) | (61,750) | (98,800) | (86,450) | (49,400) | (74,100) | (86,450) | (37,050) | (12,350) | (172,900) | (123,500) | (901,550) |
| Release price to Pru-1st35 homes | $ 25,000 | | $   - | $   - | $   - | (75,000) | (50,000) | (50,000) | (25,000) | (125,000) | (200,000) | (175,000) | (100,000) | (210,000) | (315,000) | (135,000) | (45,000) | (630,000) | (450,000) | (2,585,000) |
| Release price to Pru-Rem homes | $ 45,000 | | | | | | | | | | | | | | | | | | | |
| Release price for BKRE loan for 16-30 units excl Bldgs 11-13 | $ 15,000 | | $   - | $   - | $   - | -   | -   | -   | -   | -   | (90,000) | (105,000) | (30,000) | -   | -   | -   | -   | -   | -   | (225,000) |
| Release price for BKRE loan for 31-74 units excl Bldgs 11-13 | $ 30,000 | | $   - | $   - | $   - | -   | -   | -   | -   | -   | -   | -   | (60,000) | (180,000) | (210,000) | (90,000) | (30,000) | (90,000) | (180,000) | (840,000) |
| Other closing costs netted from sales price | 1.0% | | $   - | $   - | $   - | (9,529) | (6,890) | (7,050) | (3,450) | (16,950) | (27,550) | (24,800) | (14,060) | (19,059) | (22,610) | (11,400) | (4,300) | (55,050) | (41,500) | (264,197) |
| Sales transfer fee (Note 1) | 1.0% | | $   - | $   - | $   - | (9,529) | (6,890) | (7,050) | (3,450) | (16,950) | (27,550) | (24,800) | (14,060) | (19,059) | (22,610) | (11,400) | (4,300) | (55,050) | (41,500) | (264,197) |
| Total adjustments to sales price excl Bldgs 11-13 | | | $   - | $   - | $   - | (159,695) | (109,150) | (109,950) | (54,600) | (271,500) | (526,550) | (490,450) | (309,699) | (559,395) | (724,499) | (319,050) | (108,850) | (1,168,150) | (961,000) | (5,872,537) |
| SALES PROCEEDS before Bldgs 11-13 releases | | | $   - | $   - | $   - | 793,196 | 579,850 | 595,050 | 290,400 | 1,423,500 | 2,228,450 | 1,989,550 | 1,096,281 | 1,346,496 | 1,536,481 | 820,950 | 321,150 | 4,336,850 | 3,189,000 | $ 20,547,203 |
| Release price for Investor Loan for Bldgs 11-13 70% & other terms per agreement | | | $   - | $   - | $   - | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   | -   | (2,857,855) | (1,039,220) | (3,897,075) |
| **NET SALES PROCEEDS** | | | $   - | $   - | $   - | 793,196 | 579,850 | 595,050 | 290,400 | 1,423,500 | 2,228,450 | 1,989,550 | 1,096,281 | 1,346,496 | 1,536,481 | 820,950 | 321,150 | 1,478,995 | 2,149,780 | $ 16,650,128 |

NOTES-
(1) With a confirmed plan becomes 0.

**ISLAND VIEW CROSSING II, LP**
**CONSTRUCTION PROJECTIONS**

| | # of Units | Lot#s | Month 1 Nov-19 | Month 2 Dec-19 | Month 3 Jan-20 | Month 4 Feb-20 | Month 5 Mar-20 | Month 6 Apr-20 | Month 7 May-20 | Month 8 Jun-20 | Month 9 Jul-20 | Month 10 Aug-20 | Month 11 Sep-20 | Month 12 Oct-20 | Month 13 Nov-20 | Month 14 Dec-20 | Month 15 Jan-21 | Month 16 Feb-21 | Month 17 Mar-21 | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Building 4 finish out | 7 | 41-47 | | | | 5,000 | | | | | | | | | | | | | | 5,000 |
| Building 2 finish out | 5 | 7-11 | | | | 5,000 | | | | | | | | | | | | | | 5,000 |
| Building 1 | 6 | 1-6 | | | | | | | | 395,719 | 247,325 | 197,860 | 98,930 | 49,465 | | | | | | 989,298 |
| Building 10 | 4 | 37-40 | | | | | | | | | | 105,276 | 78,957 | 65,797 | 13,159 | | | | | 263,189 |
| Building 3 | 4 | 12-15 | | | 34,000 | 92,141 | 94,606 | 78,838 | 15,768 | | | | | | | | | | | 315,352 |
| Building 8 | 6 | 16-21 | | | 84,000 | | | | | | 220,937 | 138,086 | 110,468 | 55,234 | 27,617 | | | | | 636,342 |
| Building 11 | 6 | 31-36 | | | | | | | | | | | 250,000 | 196,108 | 197,568 | 198,054 | 99,027 | 49,514 | | 990,270 |
| Building 13 | 3 | 22-24 | | | | | | | | | | | 50,000 | 148,054 | 148,541 | 123,784 | 24,757 | - | | 495,135 |
| Building 12 | 6 | 25-30 | | | | | | | | | | | 396,108 | 247,568 | 198,054 | 99,027 | 49,514 | | | 990,270 |
| Building 5 | 6 | 68-73 | | | | | | | | | 395,712 | 247,320 | 197,856 | 98,928 | 49,464 | | | | | 989,280 |
| Building 6 | 7 | 48-54 | | | | 462,126 | 288,829 | 231,063 | 115,532 | 57,766 | | | | | | | | | | 1,155,315 |
| Building 7 | 5 | 55-59 | | | | | | | | | | 330,090 | 206,306 | 165,045 | 82,523 | 41,261 | | | | 825,225 |
| Building 14 | 4 | 60-63 | | | | | | | | | | 264,072 | 198,054 | 165,045 | 33,009 | - | | | | 660,180 |
| Building 9 | 4 | 64-67 | | | | | | 263,776 | 197,832 | 164,860 | 32,972 | - | | | | | | | | 659,439 |
| | 73 | | - | - | 118,000 | 564,267 | 383,434 | 573,677 | 329,131 | 618,345 | 896,945 | 1,177,427 | 1,612,998 | 1,204,403 | 802,572 | 475,285 | 173,297 | 49,514 | - | 8,979,295 |

Standard cost of unit:  $ 165,045  **includes 4% cost increase/contingency**
Estimate of time to construct:  3-4 unit bldgs  4-4.5 months
Estimate of time to construct:  5-7 unit bldgs  4.5-5 months

$ 21,900

| | 1st month | 2nd month | 3rd month | 4th month | 5th month | TOTAL |
|---|---|---|---|---|---|---|
| 3-4 unit bldgs | 40% | 30% | 25% | 5% | 0% | 100% |
| 5-7 unit bldgs | 40% | 25% | 20% | 10% | 5% | 100% |

**ISLAND VIEW CROSSING II, LP**

SITE IMPROVEMENTS

| | Month 1 Nov-19 | Month 2 Dec-19 | Month 3 Jan-20 | Month 4 Feb-20 | Month 5 Mar-20 | Month 6 Apr-20 | Month 7 May-20 | Month 8 Jun-20 | Month 9 Jul-20 | Month 10 Aug-20 | Month 11 Sep-20 | Month 12 Oct-20 | Month 13 Nov-20 | Month 14 Dec-20 | Month 15 Jan-21 | Month 16 Feb-21 | Month 17 Mar-21 | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | | | | | $ - |
| Roads within property | | | | | | | | | | $225,000 | | | | | | | | $ 225,000 |
| Penn DOT improvements | | | | | | | | | | | $ 176,000 | | | | | | | $ 176,000 |
| | | | | | | | | | | | | | | | | | | $ - |
| Site Equipment (Transformers, etc.) | | | | | | | | $110,000 | $110,000 | $ 60,000 | | | | | | | | $ 280,000 |
| Street lights | | | | | | | $ 12,600 | | | | | | | | | | | $ 12,600 |
| Gates for site | | | | | | | | $ 50,000 | | | | | | | | | | $ 50,000 |
| Front entrance sign (permanent-stone/iron) | | | | | $ 15,000 | | | | | | | | | | | | | $ 15,000 |
| | | | | | | | | | | | | | | | | | | $ - |
| Landscaping & Amenities (common areas) | | | | | | | | | | | | $ 90,000 | $ 90,000 | | | | | $ 180,000 |
| TriParty Development Agreement costs excluding any items listed above (See following detailed sheet for this item) | | | | | | | | | $ 65,040 | $ 65,040 | $ 65,040 | $ 65,040 | | | | | | $ 260,161 |
| | | | | | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | | | | | $ - |
| Contingency for site improvements at 10% | $ - | $ - | $ - | $ - | $ - | $ 1,500 | $ 1,260 | $ 16,000 | $ 17,504 | $ 35,004 | $ 24,104 | | | | | | | $ 95,372 |
| | $ - | $ - | $ - | $ - | $ - | $ 16,500 | $ 13,860 | $176,000 | $192,544 | $385,044 | $ 265,144 | $155,040 | $90,000 | $ - | $ - | $ - | $ - | $1,294,133 |
| Month 9 | | | | | | | | | | | | | | | | | | $1,294,133 |

**TRI PARTY DEVELOPMENT AGREEMENT COSTS**

See Note Below.

| | | |
|---|---|---|
| Erosion Control | $ | 5,000.00 |
| Woodland Removal | $ | 5,000.00 |
| Shared Site Improvements | $ | 10,000.00 |
| Striping and Signage | $ | 750.00 |
| Shared Site Landscaping | $ | 93,220.70 |
| Miscellaneous | $ | 146,190.00 |

| | | |
|---|---|---|
| | $ | 260,160.70 |
| Spread of cost assumptions | | |
| Month 9 | $ | 65,040.18 |
| Month 10 | $ | 65,040.18 |
| Month 11 | $ | 65,040.18 |
| Month 12 | $ | 65,040.18 |

Note-
The TriParty agreement
memorializes unconditional
commitment of Prudential Bank to
Bristol Borough (LOC). These funds
can be drawn under the LOC
subject to the approval of Bristol
Borough.

**ISLAND VIEW CROSSING II, LP**

| PROJECT COSTS | Month 1 Nov-19 | Month 2 Dec-19 | Month 3 Jan-20 | Month 4 Feb-20 | Month 5 Mar-20 | Month 6 Apr-20 | Month 7 May-20 | Month 8 Jun-20 | Month 9 Jul-20 | Month 10 Aug-20 | Month 11 Sep-20 | Month 12 Oct-20 | Month 13 Nov-20 | Month 14 Dec-20 | Month 15 Jan-21 | Month 16 Feb-21 | Month 17 Mar-21 | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **See Notes Below** | | | | | | | | | | | | | | | | | | |
| **Admin:** | | | | | | | | | | | | | | | | | | |
| Construction management fee (1) | | | $ 60,000 | $ 100,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 60,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 410,000 |
| Net profit of optional sales to construction management firm (1) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Office expense (2) | | | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 140,000 |
| Sales (3) | | | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 140,000 |
| Insurance (4) | | | $ 11,667 | $ 11,667 | $ 11,667 | $ 11,667 | $ 11,667 | $ 11,667 | $ 4,167 | | | $ 11,667 | $ 11,667 | $ 11,667 | $ 11,667 | $ 11,667 | $ 4,167 | $ 125,000 |
| Model/Sample Furnish/Decorate (5) | | | | | | | | | | | | | | | | | | |
| Marketing & Advertising (6) | | | $ 20,000 | | $ 20,000 | | | | | | | | | | | | $ 40,000 |
| Onsite security & emergency maintenance | | | $ 36,000 | $ 36,000 | $ 36,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 160,000 |
| Property taxes (past due as required + current) | $ 32,377 | | | $ 17,000 | | | | | | | | $ 33,000 | | | | | $ 18,000 | $ 100,377 |
| United States Trustee Qrtly fees (7) | | | $ 20,000 | | $ - | $ 25,000 | | | $ 25,000 | | | $ 26,000 | | | $ 26,000 | | $ 45,000 | $ 167,000 |
| Architect for Phase II Plans | | | | | | | | | | | | | | | | | | $ - |
| Structural engineer for Phase II Plans | | | | | | | | | | | | | | | | | | $ - |
| Other direct project related costs (8) | | | | | | | | | | | | | | | | | | $ - |
| Specific Project Cost Contingency at 5% | $ 1,619 | $ - | $ 2,000 | $ 6,383 | $ 10,233 | $ 5,633 | $ 2,833 | $ 2,833 | $ 3,708 | $ 2,250 | $ 4,250 | $ 5,508 | $ 2,558 | $ 2,558 | $ 3,858 | $ 2,558 | $ 5,333 | $ 64,119 |
| | $ 33,996 | $ - | $ 42,000 | $ 134,050 | $ 214,900 | $ 118,300 | $ 59,500 | $ 59,500 | $ 77,875 | $ 47,250 | $ 89,250 | $ 115,675 | $ 53,725 | $ 53,725 | $ 81,025 | $ 53,725 | $ 112,000 | $1,346,496 |

**NOTES:**

1.-Construction management fee paid per agreement: monthly fee;net profit on sales optional add-ons; and cash surplus % calculated at end of Phase I.

2.-Cost of maintaining office for project management and sales; accounting, purchasing, payroll etc.
3.-Sales Director and related direct expenses
4.- Annual premium financed: 1/3 down, remaining balance in installments over 9 months

5.- Costs to supply Model Townhome
6.- Estimate of upfront marketing/advertising costs; subsequent followup costs are also reflected.
7.-Placeholder for US Trustee Bankruptcy Fees

8.-Misc fees and expenses as required

**CONSTRUCTION MGMT SURPLUS CASH FEE PER AGREEMENT:**

| | | |
|---|---|---:|
| Remaining Cash Balance at End of Phase 1 | $ | **4,088,630** |

| | | |
|---|---|---:|
| Contractor distribution per agreement: | | |
| Beginning distributable amount | $ | 4,088,630 |
| Add backs per agreement | | |
| RDA distribution | N/A | |
| RDA releases during Phase 1 | $ | 792,592 |
| RDA principal payments during Phase 1 | $ | 117,000 |
| RDA interest payments during Phase 1 | $ | 44,574 |
| Prudential pre-pet loan distribution | N/A | |
| Property taxes Pre-Construction | $ | 120,000 |
| Prudential pre-pet loan releases during | | |
| Phase 1 | $ | 2,585,000 |
| Calculable base | $ | 7,747,797 |
| % per agreement | 5% $ | **387,390** |

**BANKRUPTCY EXPENSES**

Calculation of Trustee Commission:

| | | | | | |
|---|---|---:|---|---:|---|
| Trustee Commission | $ | 830,114 | $ | 17,125,857 | Cash Receipts |
| Trustees Counsel | $ | 925,000 | $ | 5,872,537 | Payments deducted from Sales Proceeds |
| Trustee's Advisors (Newbridge) | $ | 690,000 | $ | 3,897,075 | Payments deducted from Sales Proceeds |
| Trustee's Tax Accountants | $ | 75,000 | $ | (1,000,000) | Deduct 1st $1MM which has higher % rate |
| Debtor's Counsel | $ | 210,000 | $ | 25,895,469 | Total of above |
| Interim Trustee | | TBD | $ | 776,864 | Total base above $1MM X 3% (A) |
| | | | $ | 53,250 | Fee on first $1,000,000 (B) |
| | $ | 2,730,114 | $ | 830,114 | A+B |

**IVC Projected Marketing Costs:**

| | | |
|---|---|---|
| Initial Artwork/Illustration | $ | 5,575 |
| Sales Office Displays-Design & Production | $ | 4,500 |
| Sales Office Displays-Displays and Installation | $ | 7,500 |
| Signs | $ | 5,250 |
| Printing | $ | 6,975 |
| Advertising | $ | 5,000 |
| Website Design, Production & Installation | $ | 6,275 |
| TOTAL | **$** | **41,075** |

| ISLAND VIEW CROSSING II, LP<br>BKRE LOAN INFO<br>Interest rate: | Month 1<br>Nov-19<br>Month 14 | Month 2<br>Dec-19<br>Month 15 | Month 3<br>Jan-20<br>Month 16 | Month 4<br>Feb-20<br>Month 17 | Month 5<br>Mar-20<br>Month 18 | Month 6<br>Apr-20<br>Month 19 | Month 7<br>May-20<br>Month 20 | Month 8<br>Jun-20<br>Month 21 | Month 9<br>Jul-20<br>Month 22 | Month 10<br>Aug-20<br>Month 23 | Month 11<br>Sep-20<br>Month 24 | Month 12<br>Oct-20<br>Month 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **9.25%** | | | | | | | | | | | | |
| **Beginning BKRE Debt Balance** | $ 5,052,786 | $ 5,085,162 | $ 5,085,162 | $ 5,202,757 | $ 5,202,757 | $ 5,202,757 | $ 5,322,164 | $ 5,322,164 | $ 5,322,164 | $ 5,354,319 | $ 5,249,319 | 5,159,319 |
| Appraisal | | | | | | | | | | | | |
| Loan Origination Fee | | | | | | | | | | | | |
| BKRE Attorney Fees | | | | | | | | | | | | |
| BKRE Loan Funding | $ 32,377 | | | | | | | | | | | |
| BKRE Interest charge accrued | | | $ 117,594 | | | $ 119,407 | | | $ 122,155 | | | $ 122,761 |
| Release price to BKRE (16-30 units sold excl Bldgs 11-13) (Sec 8.2) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (90,000) | $ (105,000) | $ (30,000) | $ - |
| Release price to BKRE (31-73 units sold excl bldgs 11-13)(sec 8.3) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (60,000) | (180,000) |
| Release price to BKRE (Units sold in Bldgs 11-13)(sec 8.4) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Additional BKRE loan payment amount | $ - | $ - | 0 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Ending BKRE Debt Balance** | $ 5,085,162 | $ 5,085,162 | $ 5,202,757 | $ 5,202,757 | $ 5,202,757 | $ 5,322,164 | $ 5,322,164 | $ 5,322,164 | $ 5,354,319 | $ 5,249,319 | $ 5,159,319 | 5,102,080 |
| Calculation of interest | $ 39,198 | $ 39,198 | 39,198 | $ 40,105 | $ 40,105 | 40,105 | $ 41,025 | $ 41,025 | 41,025 | $ 41,273 | $ 40,463 | 39,770 |
| **Interest posted quarterly** | | $ 117,594 | | | $ 119,407 | | | $ 122,155 | | | $ 122,761 | |
| **Revolving loan availability MAX** | $ 4,700,000 | 4,700,000 | 4,700,000 | 4,700,000 | 4,700,000 | 4,700,000 | 4,700,000 | 4,700,000 | 4,700,000 | 4,700,000 | 4,700,000 | 4,700,000 |
| Total loan balance including accrued interest posted | $ 5,033,657 | 5,085,162 | 5,202,757 | 5,202,757 | 5,202,757 | 5,322,164 | 5,322,164 | 5,322,164 | 5,354,319 | 5,249,319 | 5,159,319 | 5,102,080 |
| Accrued interest posted | $ 333,657 | 333,657 | 451,251 | 451,251 | 451,251 | 570,659 | 570,659 | 570,659 | 692,813 | 692,813 | 692,813 | 815,575 |

| ISLAND VIEW CROSSING II, LP BKRE LOAN INFO Interest rate: | Month 13 Nov-20 | Month 14 Dec-20 | Month 15 Jan-21 | Month 16 Feb-21 | Mar-21 | TOTALS |
|---|---|---|---|---|---|---|
| **9.25%** | Month 26 | Month 27 | Month 28 | Month 29 | Month 30 | |
| **Beginning BKRE Debt Balance** | $ 5,102,080 | $ 4,892,080 | $ 4,918,888 | $ 4,888,888 | $ 1,941,033 | |
| Appraisal | | | | | | $ - |
| Loan Origination Fee | | | | | | $ - |
| BKRE Attorney Fees | | | | | | $ - |
| | | | | | | $ - |
| BKRE Loan Funding | | | | | | $ 32,377 |
| BKRE Interest charge accrued | | $ 116,808 | $ - | $ - | $ 90,564 | $ 689,289 |
| Release price to BKRE (16-30 units sold excl Bldgs 11-13) (Sec 8.2) | $ - | $ - | $ - | $ - | $ - | $ (225,000) |
| Release price to BKRE (31-73 units sold excl bldgs 11-13)(sec 8.3) | $ (210,000) | $ (90,000) | $ (30,000) | $ (90,000) | (180,000) | $ (840,000) |
| Release price to BKRE (Units sold in Bldgs 11-13)(sec 8.4) | $ - | $ - | $ - | $ (2,857,855) | (1,039,220) | $ (3,897,075) |
| Additional BKRE loan payment amount | $ - | $ - | $ - | $ - | $ (812,377) | $ (812,377) |
| **Ending BKRE Debt Balance** | $ 4,892,080 | $ 4,918,888 | $ 4,888,888 | $ 1,941,033 | $ (0) | $ (5,052,786) |
| Calculation of interest | $ 39,329 | $ 37,710 | $ 37,916 | $ 37,685 | 14,962 | $ 650,091 |
| **Interest posted quarterly** | | $ 116,808 | | | $ 90,564 | $ 689,289 |
| **Revolving loan availability MAX** | $ 4,700,000 | $ 4,700,000 | $ 4,700,000 | $ 4,700,000 | 4,700,000 | |
| Total loan balance including accrued interest posted | $ 4,892,080 | $ 4,918,888 | $ 4,888,888 | $ 1,941,033 | $ (0) | |
| Accrued interest posted | $ 815,575 | $ 932,383 | $ 932,383 | $ 932,383 | $ 1,022,946 | |

**ISLAND VIEW CROSSING II, LP**
ADMIN CLAIMS FUNDS

| Interest rate: | Month 1 Nov-19 | Month 2 Dec-19 | Month 3 Jan-20 | Month 4 Feb-20 | Month 5 Mar-20 | Month 6 Apr-20 | Month 7 May-20 | Month 8 Jun-20 | Month 9 Jul-20 | Month 10 Aug-20 | Month 11 Sep-20 | Month 12 Oct-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Admin Claim Funds Balance** | $ - | $ - | $ - | $ 254,141 | $ 348,746 | $ 427,584 | $ 443,352 | $ 443,352 | $ 443,352 | $ - | $ - | $ - |
| Admin Claims Funds Received-Note 1 | $ - | | $ 254,141 | $ 94,606 | $ 78,838 | $ 15,768 | $ - | $ - | $ - | $ - | $ - | $ - |
| Repayments of Admin Claim Funds received | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 443,352 | | $ - | $ - |
| **Ending Admin Claim Funds Balance** | $ - | $ - | $ 254,141 | $ 348,746 | $ 427,584 | $ 443,352 | $ 443,352 | $ 443,352 | $ - | $ - | $ - | $ - |

**ISLAND VIEW CROSSING II, LP**
ADMIN CLAIMS FUNDS

| Interest rate: | Month 13 Nov-20 | Month 14 Dec-20 | Month 15 Jan-21 | Month 16 Feb-21 | Month 17 Mar-21 | TOTALS |
|---|---|---|---|---|---|---|
| **Beginning Admin Claim Funds Balance** | $    - | $    - | $    - | $    - | $    - | |
| Admin Claims Funds Received-Note 1 | $    - | $    - | $    - | $    - | $    - | $  443,352 |
| Repayments of Admin Claim Funds received | $    - | $    - | $    - | $    - | $    - | $  443,352 |
| **Ending Admin Claim Funds Balance** | $    - | $    - | $    - | $    - | $    - | |

**ISLAND VIEW CROSSING II, LP**
PRE PET LOAN INFO
(Prudential)

$ 4,092,444

| | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 | Month 13 | Month 14 | Month 15 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 |
| | Month 14 | Month 15 | Month 16 | Month 17 | Month 18 | Month 19 | Month 20 | Month 21 | Month 22 | Month 23 | Month 24 | Month 25 | Month 26 | Month 27 | Month 28 |
| **Beginning PrePet Balance:** | $ 4,092,444 | $ 4,092,444 | $ 4,092,444 | $ 4,092,444 | $ 4,017,444 | $ 3,967,444 | $ 3,917,444 | $ 3,892,444 | $ 3,767,444 | $ 3,567,444 | $ 3,392,444 | $ 3,292,444 | $ 3,082,444 | $ 2,767,444 | $ 2,632,444 |
| Release pmts per agreement | $    - | $    - | $    - | $ (75,000) | $ (50,000) | $ (50,000) | $ (25,000) | $ (125,000) | $ (200,000) | $ (175,000) | $ (100,000) | $ (210,000) | $ (315,000) | $ (135,000) | $ (45,000) |
| **Ending PrePet Prin Balance** | $ 4,092,444 | $ 4,092,444 | $ 4,092,444 | $ 4,017,444 | $ 3,967,444 | $ 3,917,444 | $ 3,892,444 | $ 3,767,444 | $ 3,567,444 | $ 3,392,444 | $ 3,292,444 | $ 3,082,444 | $ 2,767,444 | $ 2,632,444 | $ 2,587,444 |
| Release prices per agreement: | $    - | $    - | $    - | $ 75,000 | $ 50,000 | $ 50,000 | $ 25,000 | $ 125,000 | $ 200,000 | $ 175,000 | $ 100,000 | $ 210,000 | $ 315,000 | $ 135,000 | $ 45,000 |

**$25,000 for first 35 units**
**$45,000 for remaining units**

**ISLAND VIEW CROSSING II, LP**

PRE PET LOAN INFO

(Prudential)

| $ | 4,092,444 | Month 16 | Month 17 | |
|---|---|---|---|---|
| | | Feb-21 | Mar-21 | |
| | | Month 29 | Month 30 | TOTALS |
| **Beginning PrePet Balance:** | | $ 2,587,444 | $ 1,957,444 | |
| | | | | |
| Release pmts per agreement | | $ (630,000) | $ (450,000) | $ (2,585,000) |
| | | | | |
| **Ending PrePet Prin Balance** | | $ 1,957,444 | $ 1,507,444 | |
| | | | | |
| Release prices per agreement: | $ | 630,000 | $ 450,000 | $ 2,585,000 |
| **$25,000 for first 35 units** | | | | |
| **$45,000 for remaining units** | | | | |

**ISLAND VIEW CROSSING II, LP**
RDA LOAN INFO
Interest rate: LIBOR +.2,
Current LIBOR rate per WSJ
11/11/19:

| | | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 | Month 13 | Month 14 | Month 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.000% | | | | | | | | | | | | | | | | |
| Adjust for annual stated loan rate | | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 |
| | 2.200% | Month 14 | Month 15 | Month 16 | Month 17 | Month 18 | Month 19 | Month 20 | Month 21 | Month 22 | Month 23 | Month 24 | Month 25 | Month 26 | Month 27 | Month 28 |
| **Beginning RDA Debt Balance:** | | $ 1,747,000 | $ 1,747,000 | $ 1,747,000 | $ 1,747,000 | $ 1,709,950 | $ 1,685,250 | $ 1,660,550 | $ 1,648,200 | $ 1,586,450 | $ 1,370,650 | $ 1,284,200 | $ 1,234,800 | $ 1,160,700 | $ 1,074,250 | $ 1,037,200 |
| Estimated Interest charge | | $ 3,202 | $ 3,202 | $ 3,202 | $ 3,202 | $ 3,135 | $ 3,089 | $ 3,044 | $ 3,021 | $ 2,908 | $ 2,513 | $ 2,354 | $ 2,264 | $ 2,128 | $ 1,969 | $ 1,901 |
| RDA Debt Interest payments | | $ (3,202) | $ (3,202) | $ (3,202) | $ (3,202) | $ (3,135) | $ (3,089) | $ (3,044) | $ (3,021) | $ (2,908) | $ (2,513) | $ (2,354) | $ (2,264) | $ (2,128) | $ (1,969) | $ (1,901) |
| Principal payments | | | | | | | | | | $ (117,000) | | | | | | |
| Release pmts per sales | | $ - | $ - | $ - | $ (37,050) | $ (24,700) | $ (24,700) | $ (12,350) | $ (61,750) | $ (98,800) | $ (86,450) | $ (49,400) | $ (74,100) | $ (86,450) | $ (37,050) | $ (12,350) |
| **Ending RDA Debt Balance** | | $ 1,747,000 | $ 1,747,000 | $ 1,747,000 | $ 1,709,950 | $ 1,685,250 | $ 1,660,550 | $ 1,648,200 | $ 1,586,450 | $ 1,370,650 | $ 1,284,200 | $ 1,234,800 | $ 1,160,700 | $ 1,074,250 | $ 1,037,200 | $ 1,024,850 |

**ISLAND VIEW CROSSING II, LP**
RDA LOAN INFO
Interest rate: LIBOR +.2,
Current LIBOR rate per WSJ
11/11/19:

|  | 2.000% | **Month 16** | **Month 17** |  |  |
|---|---|---|---|---|---|
| Adjust for annual stated loan rate |  | **Feb-21** | **Mar-21** |  |  |
|  | **2.200%** | Month 29 | Month 30 |  | TOTALS |
| **Beginning RDA Debt Balance:** |  | $ 1,024,850 | $ 851,950 |  |  |
|  |  |  |  |  |  |
| Estimated Interest charge |  | $ 1,879 | $ 1,562 |  | $ 44,576 |
|  |  |  |  |  |  |
| RDA Debt Interest payments |  | $ (1,879) | $ (1,562) |  | $ (44,576) |
| Principal payments |  |  |  |  | $ (117,000) |
| Release pmts per sales |  | $ (172,900) | $ (123,500) |  | $ (901,550) |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **Ending RDA Debt Balance** |  | $ 851,950 | $ 728,450 |  |  |

**ISLAND VIEW CROSSING II, LP**
CALCS ONLY RELEASE PRICES

| | Sales Price per unit in building | # of Units | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 | Month 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *PARTIAL MANUAL INPUT!! KEEP FORMULAS IN 0 cells* | | | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 |
| Building 4 | $ 325,000 | 7 | - | - | - | 2.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | - | - | - | - |
| Building 2 | $ 285,000 | 5 | - | - | - | 1.00 | 1.00 | 1.00 | - | - | 1.00 | 1.00 | - | - | - |
| Building 1 | $ 285,000 | 6 | - | - | - | - | - | - | - | - | - | - | - | 3.00 | 3.00 |
| Building 10 | $ 430,000 | 4 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Building 3 | $ 285,000 | 4 | - | - | - | - | - | - | - | 1.00 | 1.00 | - | - | - | - |
| Building 8 | $ 355,000 | 6 | - | - | - | - | - | - | - | - | - | - | 2.00 | 2.00 | 2.00 |
| Building 11 | $ 430,000 | 6 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Building 13 | $ 430,000 | 3 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Building 12 | $ 430,000 | 6 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Building 5 | $ 355,000 | 6 | - | - | - | - | - | - | - | - | - | 3.00 | 2.00 | 1.00 | - |
| Building 6 | $ 355,000 | 7 | - | - | - | - | - | - | - | 3.00 | 3.00 | 1.00 | - | - | - |
| Building 7 | $ 355,000 | 5 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Building 14 | $ 355,000 | 4 | - | - | - | - | - | - | - | - | - | - | - | - | 2.00 |
| Building 9 | $ 355,000 | 4 | - | - | - | - | - | - | - | - | 2.00 | 2.00 | - | - | - |
| | | 73 | - | - | - | 3.00 | 2.00 | 2.00 | 1.00 | 5.00 | 8.00 | 7.00 | 4.00 | 6.00 | 7.00 |
| *MANUAL INPUT!!* | Bldgs 11-13 | | | | | | | | 0 | 0 | 0 | | | | |
| | Units sold excl Bldgs 11-13 | | - | - | - | 3.00 | 2.00 | 2.00 | 1.00 | 5.00 | 8.00 | 7.00 | 4.00 | 6.00 | 7.00 |
| | Cumul excl Bldgs 11-13 | | - | - | - | 3.00 | 5.00 | 7.00 | 8.00 | 13.00 | 21.00 | 28.00 | 32.00 | 38.00 | 45.00 |
| Per Section 8: | | | | | | | | | | | | | | | |
| Release price to RDA | $ 12,350 | | $ - | $ - | $ - | $ 37,050 | $ 24,700 | $ 24,700 | $ 12,350 | $ 61,750 | $ 98,800 | $ 86,450 | $ 49,400 | $ 74,100 | $ 86,450 |
| Release price to Pru-1st35 homes | $ 25,000.00 | | $ - | $ - | $ - | $ 75,000 | $ 50,000 | $ 50,000 | $ 25,000 | $ 125,000 | $ 200,000 | $ 175,000 | $ 100,000 | $ 210,000 | $ 315,000 |
| Release price to Pru-Rem homes (incl in above line) | $ 45,000.00 | | | | | | | | | | | | | | |
| **Benchmarks of Units Sold (excluding Bldgs 11-13)** | | | | | | ********** | | | | | | | | | |
| *MANUAL INPUT!!* | Number for release calcs | | - | | | | | | | | 6 | 7 | 2 | | |
| Release price to BKRE (16-30 units sold excl Bldgs 11-13) (Sec 8.2) | $ 15,000 | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 90,000 | $ 105,000 | $ 30,000 | $ - | $ - |
| *MANUAL INPUT!!* | Number for release calcs | | | | - | - | | | | | | | 2 | 6 | 7 |
| Release price to Investor (31-73 units sold excl bldgs 11-13)(sec 8.3) | $ 30,000 | | | | | | | | | | | $ 60,000 | $ 180,000 | $ 210,000 |
| # of units-Not in $ totals | Bldgs 11-13 | 15 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| *Release price to Investor (Units sold in Bldgs 11-13(sec 8.4)* | *Sales price less closing costs-5%, less RDA & Pru Releases; then result times 70%* | 70% | | | | | | | | | | | | | |

**ISLAND VIEW CROSSING II, LP**
CALCS ONLY RELEASE PRICES

| | | # of Units | Month 14 | Month 15 | Month 16 | Month 17 | TOTALS |
|---|---|---|---|---|---|---|---|
| *PARTIAL MANUAL INPUT!! KEEP FORMULAS IN 0 cells* | Sales Price per unit in building | | Dec-20 | Jan-21 | Feb-21 | Mar-21 | |
| Building 4 | $ 325,000 | 7 | - | - | - | - | 7 |
| Building 2 | $ 285,000 | 5 | - | - | - | - | 5 |
| Building 1 | $ 285,000 | 6 | - | - | - | - | 6 |
| Building 10 | $ 430,000 | 4 | 1.00 | 1.00 | - | 2.00 | 4 |
| Building 3 | $ 285,000 | 4 | - | - | 2.00 | - | 4 |
| Building 8 | $ 355,000 | 6 | - | - | - | - | 6 |
| Building 11 | $ 430,000 | 6 | - | - | 1.00 | 5.00 | 6 |
| Building 13 | $ 430,000 | 3 | - | - | 2.00 | 1.00 | 3 |
| Building 12 | $ 430,000 | 6 | - | - | 6.00 | - | 6 |
| Building 5 | $ 355,000 | 6 | - | - | - | - | 6 |
| Building 6 | $ 355,000 | 7 | - | - | - | - | 7 |
| Building 7 | $ 355,000 | 5 | - | - | 3.00 | 2.00 | 5 |
| Building 14 | $ 355,000 | 4 | 2.00 | - | - | - | 4 |
| Building 9 | $ 355,000 | 4 | - | - | - | - | 4 |
| | | 73 | 3.00 | 1.00 | 14.00 | 10.00 | 73 |
| *MANUAL INPUT!!* | Bldgs 11-13 | | | | 11 | 4 | 15 |
| | Units sold excl Bldgs 11-13 | | 3.00 | 1.00 | 3.00 | 6.00 | 58.00 |
| | Cumul excl Bldgs 11-13 | | 48.00 | 49.00 | 52.00 | 58.00 | |
| Per Section 8: | | | | | | | |
| Release price to RDA | $ 12,350 | | $ 37,050 | $ 12,350 | $ 172,900 | $ 123,500 | $ 901,550 |
| Release price to Pru-1st35 homes | $ 25,000.00 | | $ 135,000 | $ 45,000 | $ 630,000 | $ 450,000 | $ 2,585,000 |
| Release price to Pru-Rem homes (incl in above line) | $ 45,000.00 | | | | | | |
| **Benchmarks of Units Sold (excluding Bldgs 11-13)** | | | | | | | |
| *MANUAL INPUT!!* | Number for release calcs | | | | | | 15 |
| Release price to BKRE (16-30 units sold excl Bldgs 11-13) (Sec 8.2) | $ 15,000 | | $ - | $ - | $ - | $ - | $ 225,000 |
| *MANUAL INPUT!!* | Number for release calcs | | 3 | 1 | 3 | 6 | 28 |
| Release price to Investor (31-73 units sold excl bldgs 11-13)(sec 8.3) | $ 30,000 | | $ 90,000 | $ 30,000 | $ 90,000 | $ 180,000 | $ 840,000 |
| # of units-Not in $ totals | Bldgs 11-13 | 15 | 0 | 0 | 11 | 4 | 15 |
| Release price to Investor (Units sold in Bldgs 11-13(sec 8.4) | Sales price less closing costs-5%, less RDA & Pru Releases; then result times 70% | 70% | | | $ 2,857,855 | $ 1,039,220 | $ 3,897,075 |

IVC-Radcliffe Court on the Delaware

COLLATERAL ENHANCEMENTS

| Improvements performed by Trustee as of 10/31/19-See Note Below* | Expenditures Incurred To Date (Approximately) | Estimate to Complete | Estimated Total VALUE | Enhanced Collateral Value To Date on items listed |
|---|---|---|---|---|
| **1  Site Improvements/Development-** | | | | |
| a.-Completed environmental improvements required by state and federal laws | $ 204,000 | N/A | N/A | $ 204,000 |
| **2  Property Improvements-** | | | | |
| a.-Installation of utilities (Electric, gas, water lines work, etc.) | $ 573,000 | N/A | N/A | $ 573,000 |
| b.-Compaction of soil for pads for remaining buildings to be constructed and related costs for testing, etc. | $ 99,000 | N/A | N/A | $ 99,000 |
| c-.General property (Property street paving, general permits, lighting, signage, etc.) | $ 85,000 | N/A | N/A | $ 85,000 |
| **3  Priming lien reductions-** | | | | |
| a.-Payments on Redevelopment Authority of the County of Bucks  (RDA) loan (post-petition interest, fees and principal). RDA  is the first secured lender lienholder on the property. | $ 358,066 | N/A | N/A | $ 358,066 |
| b.-Payments of Post-Petition Real Estate Taxes | $ 125,814 | N/A | N/A | $ 125,814 |
| **4  Complete build-out of Buildings #2 and #4 -** | | | | |
| Completion included exterior redesign of  #2 and #4 and the interior redesign of #2 | $ 1,148,703 | N/A | $ 3,600,000 | $ 3,600,000 |
| **5  Construction of New Buildings-** | | | | |
| a.-Bldg#3 (4 units) | $ 379,057 | $ 330,000 | $ 1,280,000 | $ 950,000 |
| b.-Bldg#8 (6 units) | $ 344,828 | $ 550,000 | $ 1,920,000 | $ 1,370,000 |
| c.-Bldg#10 (4 units) | $ 396,991 | $ 270,000 | $ 1,280,000 | $ 1,010,000 |

IVC-Radcliffe Court on the Delaware

COLLATERAL ENHANCEMENTS

| Improvements performed by Trustee  as of 10/31/19-See Note Below* | Expenditures Incurred To Date (Approximately) | Estimate to Complete | Estimated Total VALUE | Enhanced Collateral Value  To Date on items listed |
|---|---|---|---|---|
| *Subtotal of Construction of New Buildings info* | $ 1,120,876 | $ 1,150,000 | $ 4,480,000 | $ 3,330,000 |
| TOTAL: | $ 3,714,459 | N/A | N/A | $ 8,374,880 |

*Note that the company used $3.7 million of the existing loan proceeds for collateral value and will need additional funds to secure additional enhancements.