IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **ISLAND VIEW CROSSING II, L.P.** | : | **BANKRUPTCY NO. 17-14454(ELF)** |
| | : | |
| **Debtor** | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, Robert W. Seitzer, Esquire, hereby certify that I caused a copy of the Motion of Kevin O'Halloran, Chapter 11 Trustee, for Entry of a Final Order Authorizing the Trustee (i) to Obtain Post-Petition Unsecured Financing from BKRE Investments LLC as an Administrative Expense Pursuant to §§ 105 and 364(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 4001; (ii) to Enter into the Promissory Note; and (III) Granting Related Relief and Notice of Motion, Response Deadline, and Hearing Date to be served on December 20, 2019 upon the parties on the attached list in the manner indicated thereon.

**KARALIS PC**

By:   /s/ Robert W. Seitzer
ROBERT W. SEITZER
Attorneys for the Trustee

Dated: December 20, 2019

**VIA ECF TRANSMISSION**

Dave P. Adams, Esquire
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
dave.p.adams@usdoj.gov

**Bonnie Finkel, Ch. 7 Trustee - Calnshire**
c/o Gary D. Bressler, Esquire
McElroy Deutsch Mulvaney & Carpenter
1617 John F. Kennedy, Suite 1500
Philadelphia, PA 19103
gbressler@mdmc-law.com

**Redevelopment Authority of Bucks Co.**
c/o Sioban D. Byrnes, Esquire
Begley Carlin & Mandio
680 Middletown Blvd.
Langhorne, PA 19047
sbyrnes@begleycarlin.com

George M. Conway, Esquire
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
george.m.conway@usdoj.gov

**Stradley Ronon Stevens & Young LLP**
c/o Michael J. Cordone, Esquire
Stradley Ronon Stavens and Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103
mcordone@stradley.com

**Prudential Savings Bank**
c/o Edmond M. George, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
Centre Square West, 1500 Market Street, Suite 3400
Philadelphia, PA 19102
edmond.george@obermayer.com

**Commonwealth Capital LLC**
c/o Janet L. Gold, Esquire
Eisenberg, Gold & Agrawal, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, NJ 08034
jgold@egalawfirm.com

**Island View Crossing II, L.P.**
c/o Robert M. Greenbaum, Esquire
Smith Kane
112 Moores Road, Suite 300
Malvern, PA 19355
rgreenbaum@sgllclaw.com

**DelGrasso; Mastridge & Silva**
c/o Michael P. Kelly, Esquire
Cowan & Kelly
202 Penns Square
Langhorne, PA 19047
mpkpc@aol.com

**County of Bucks and Redevel. Authority of Bucks County**
Francis J. Lawall, Esquire
Pepper Hamilton LLP
3000 Two Logan Square, 18th and Arch Streets
Philadelphia, PA 19103
lawallf@pepperlaw.com

**Kaplin Stewart Meloff Reiter & Stein PC**
c/o William J. Levant, Esquire
Kaplin Stewart
910 Harvest Drive, P.O. Box 3037
Blue Bell, PA 19422
efile.wjl@kaplaw.com

**Christine C. Shubert**
c/o Jason C. Manfrey, Esquire
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19106
jmanfrey@foxrothchild.com

**Christine C. Shubert**
c/o Michael G. Menkowitz, Esquire
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19106
mmenkowitz@frof.com

**McElderry Drywall, Inc.**
c/o Larry L. Miller, Esquire
Miller Law Offices, P.C.
1423 State Road
Duncannon, PA 17020
llmmillerlaw@earthlink.net

**Premium Excavating, LLC**
c/o Joseph M. Ramagli, Esquire
Jackson Cook Caracappa & Scott
312 Oxford Valley Road
Fairless Hills, PA 19030
jramagli@jccslaw.com

**Khandulans and Samira Ranganathan**
c/o Michael J. Shavel, Esquire
Hill Wallack, LLP
777 Township Line Road, Suite 250
Yardley, PA 19067-5565
mshavel@hillwallack.com

**Island View Crossing II, L.P.**
c/o David B. Smith, Esquire
Smith Kane
112 Moores Road, Suite 300
Malvern, PA 19355
dsmith@smithkanelaw.com

**Bucks County Tax Claim Bureau**
John A. Torrente, Esquire
Begley Carlin & Mandio, LLP
680 Middletown Blvd., P.O. Box 308
Langhorne, PA 19047
jtorrente@begleycarlin.com

**Prudential Savings Bank**
Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
Centre Square West, 1500 Market Street, Suite 3400
Philadelphia, PA 19102
michael.vagnoni@obermayer.com

**Geostructures, Inc.**
c/o Michelle S. Walker, Esquire
Walker Law Group, LLC
33 Rock Hill Road, Suite 210
Bala Cynwyd, PA 19004
mwalker@walkerlawgroupllc.com

**VIA E-MAIL**

Kevin O'Halloran
Chapter 11 Trustee
P.O. Box 723307
Atlanta, GA 31139
kevinnm@bellsouth.net

William J. Salerno, Esquire
Law Office of William J. Salerno
220 Radcliffe Street
Bristol, PA 19007
law.office.of.wjs@comcast.net

Borough of Bristol
James Dillon, Borough Manager
250 Pond Street
Bristol, PA 19007
jdillon@bristolboro.com

Bohler Engineering PA, LLC
Robert R Watson,Jr.
470 Norristown Road, Suite 302
Blue Bell PA 19422
rwatson@eastburngray.com

Bucks County Electric Works, Inc.
260 Knowles Avenue
Suite 224
Southampton PA 18966
daniel.j.stretz@bcew.net

**John R. Diaz, Adm. of the Estate of Dawn O'Neil**
c/o Michael P. Kelly, Esquire
402 Middletown Blvd., Suite 202
Langhorne, PA 19047
mpkpc@aol.com

IPFS Corporation
30 Montgomery Street, Suite 1000
Jersey City, NJ 07302
lisa.chandler@ipfs.com

**Monica L. Caione**
c/o Don F. Marshall, Esquire
Stuckert and Yates
2 North State Street, P.O. Box 70
Newtown, PA 18940
dmarshall@stuckertyates.com

Charles E. Shoemakers Engineering
1007 Edge Hill Road
Abington, PA 19001
staff@ceshoemaker.com

**BKRE Investments LLC**
Jerry E. Peer, Esquire
PetersonConners
545 Metro Place South, Suite 435
Dublin, OH 43017
jpeer@petersonconners.com

**VIA U.S. FIRST CLASS MAIL**

Internal Revenue Service
Attn: Anna Maria, Bankruptcy Specialist
600 Arch Street
Philadelphia, PA 19106-1611

Pennsylvania Department of Revenue
Dept. 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128-0946

Department of Labor & Industry
Office of Chief Counsel
UC Division
651 Boas Street, 10th Floor
Harrisburg, PA 17121-0751