# EXHIBIT "A"

## EXHIBIT F

### Budget

## ISLAND VIEW CROSSING II, LP
### CASH FLOW BUDGET PROJECTION

| | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Balance:** | $ - | $ 62,000 | $ 26,964 | $ 75,159 | $ 49,005 | $ 48,118 | $ 21,438 | $ 514,384 | | | | |
| **RECEIPTS** | | | | | | | | | | | | |
| Investor Loan Funding | $ 1,337,300 | $ 814,404 | $ 927,937 | $ 682,168 | $ 479,514 | $ 238,677 | $ - | $ - | $ - | $ - | $ 75,000 | $ 100,000 |
| Townhome Sales less closing costs & release amounts required at closing | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,009,600 | $ 2,023,300 | $ 1,228,000 | $ 436,800 | $ - | $ 655,200 |
| **Total Receipts** | $ 1,337,300 | $ 814,404 | $ 927,937 | $ 682,168 | $ 479,514 | $ 238,677 | $ 1,009,600 | $ 2,023,300 | $ 1,228,000 | $ 436,800 | $ 75,000 | $ 755,200 |
| **DISBURSEMENTS** (See supporting schedules for line items.) | | | | | | | | | | | | |
| Site improvements | 402,986 | 345,894 | 220,000 | | | | | | | | | |
| Construction costs | 296,868 | 296,868 | 560,940 | 462,126 | 363,099 | 198,054 | 33,009 | 396,108 | $ 1,039,784 | $ 1,155,315 | $ 1,048,036 | 676,685 |
| Project costs | 166,950 | 85,829 | 95,200 | 242,594 | 63,700 | 63,700 | 280,043 | 63,700 | 103,075 | 117,040 | 51,450 | 51,450 |
| Supplemental project contingency (Note 1) | - | - | - | - | - | - | - | - | - | - | - | - |
| RDA Loan-interest pmts (Note 1) | 4,497 | 3,851 | 3,602 | 3,602 | 3,602 | 3,602 | 3,602 | 3,072 | 2,888 | 2,757 | 2,705 | 2,705 |
| RDA Loan-Scheduled Principal pmts (Note 1) | | | | | | | | | | | | |
| Additional investor loan payoff amounts | 304,000 | 117,000 | - | - | - | - | 200,000 | - | - | - | - | - |
| **Total Disbursements** | $ 1,175,300 | $ 849,441 | $ 879,742 | $ 708,322 | $ 430,401 | $ 265,356 | $ 516,654 | $ 462,880 | $ 1,145,747 | $ 1,275,112 | $ 1,102,191 | $ 730,839 |
| **Subtotal-Receipts Less Disbursements** | $ 162,000 | $ (35,037) | $ 48,195 | $ (26,153) | $ 49,113 | $ (26,680) | $ 492,946 | $ 1,560,420 | $ 82,253 | $ (838,312) | $ (1,027,191) | $ 24,361 |
| Construction Management Cash Surplus Fee per Agreement (Amt possible to be spread over 30 mo period as possible) | $ - | $ - | $ - | $ - | $ (50,000) | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Bankruptcy Expenses | $ (100,000) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (50,000) | $ - | $ - | $ - |
| **Month End Balance** | $ 62,000 | $ 26,964 | $ 75,159 | $ 49,005 | $ 48,118 | $ 21,438 | $ 514,384 | $ 2,074,804 | $ 2,107,057 | $ 1,268,745 | $ 241,554 | $ 265,915 |

**NOTES:**
(1)-Per RDA Counsel

*Supplemental project contingency factor in addition to specific contingencies provided on sub-schedules:    0.00%

**ISLAND VIEW CROSSING II, LP**
**CASH FLOW BUDGET PROJECTION**

| | Month 13 | Month 14 | Month 15 | Month 16 | Month 17 | Month 18 | Month 19 | Month 20 | Month 21 | Month 22 | Month 23 | Month 24 | Month 25 | Month 26 | Month 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Balance:** | $ 265,915 | $ 432,195 | $ 305,973 | $ 476,660 | $ 288,614 | $ 672,014 | $ 899,405 | $ 315,255 | $ 461,270 | $ 691,715 | $ 1,124,920 | $ 1,076,846 | $ 711,772 | $ 596,008 | $ 266,459 |
| **RECEIPTS** | | | | | | | | | | | | | | | |
| Investor Loan Funding | $ 25,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Townhome Sales less closing costs & release amounts required at closing | $ 1,225,000 | $ 569,800 | $ 1,379,500 | $ 1,289,500 | $ 1,249,500 | $ 1,070,850 | $ 249,900 | $ 503,840 | $ 365,380 | $ 822,105 | $ - | $ - | $ - | $ - | $ - |
| **Total Receipts** | $ 1,250,000 | $ 569,800 | $ 1,379,500 | $ 1,289,500 | $ 1,249,500 | $ 1,070,850 | $ 249,900 | $ 503,840 | $ 365,380 | $ 822,105 | $ - | $ - | $ - | $ - | $ - |
| **DISBURSEMENTS (See supporting schedules for line items.)** | | | | | | | | | | | | | | | |
| Site Improvements | $ 531,075 | $ 154,000 | $ 488,894 | $ 767,459 | $ 800,468 | $ 767,459 | $ 511,640 | $ 297,081 | $ 74,270 | $ 112,840 | $ - | $ - | $ - | $ - | $ - |
| Construction costs | $ 379,604 | $ 288,829 | $ 544,649 | $ 182,665 | $ 63,700 | $ 74,200 | $ 120,715 | $ 59,500 | $ 59,500 | $ - | $ 47,250 | $ 89,250 | $ 114,940 | $ 53,725 | $ 53,725 |
| Project costs | $ 170,415 | $ 133,699 | $ 173,076 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Supplemental project contingency (Note 1) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| RDA Loan-interest pmts (Note 1) | $ 2,626 | $ 2,495 | $ 2,194 | $ 2,063 | $ 1,931 | $ 1,800 | $ 1,695 | $ 1,244 | $ 1,165 | $ 1,060 | $ 824 | $ 824 | $ 824 | $ 824 | $ 824 |
| RDA Loan-Scheduled Principal pmts (Note 1) | | | | | | | | | | | | | | | |
| Additional investor loan payoff amounts | $ - | $ 117,000 | $ - | $ 525,360 | $ - | $ - | $ 200,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Disbursements** | $ 1,083,719 | $ 696,023 | $ 1,208,812 | $ 1,477,547 | $ 866,100 | $ 843,459 | $ 834,050 | $ 357,825 | $ 134,935 | $ 113,900 | $ 48,074 | $ 90,074 | $ 115,764 | $ 54,549 | $ 54,549 |
| **Subtotal-Receipts Less Disbursements** | $ 166,281 | $ (126,223) | $ 170,688 | $ (188,047) | $ 383,400 | $ 227,391 | $ (584,150) | $ 146,015 | $ 230,445 | $ 708,205 | $ (48,074) | $ (90,074) | $ (115,764) | $ (54,549) | $ (54,549) |
| Construction Management Cash Surplus Fee per Agreement (Amt to be spread over 30 mo period as possible) | | | | | | | | | | $ (50,000) | $ - | $ (50,000) | $ - | $ (50,000) | $ - |
| Bankruptcy Expenses | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (225,000) | $ - | $ (225,000) | $ - | $ (225,000) | $ - |
| **Month End Balance** | $ 432,195 | $ 305,973 | $ 476,660 | $ 288,614 | $ 672,014 | $ 899,405 | $ 315,255 | $ 461,270 | $ 691,715 | $ 1,124,920 | $ 1,076,846 | $ 711,772 | $ 596,008 | $ 266,459 | $ 211,910 |

**NOTES:**
(1) Per RDA Counsel

*Supplemental project contingency factor in addition to specific contingencies provided on sub-schedules:

0.00%

## ISLAND VIEW CROSSING II, LP
### CASH FLOW BUDGET PROJECTION

| | Month 28 | Month 29 | Month 30 | TOTALS |
|---|---|---|---|---|
| **RECEIPTS** | | | | |
| Beginning Balance: | $ 211,910 | $ (207,729) | $ 987,222 | |
| Investor Loan Funding | $ - | $ - | $ - | $ 4,680,000 |
| Townhome Sales less closing costs & release amounts required at closing | $ - | $ 1,249,500 | $ 1,062,728 | $ 16,390,503 |
| **Total Receipts** | $ - | $ 1,249,500 | $ 1,062,728 | $ 21,070,503 |
| **DISBURSEMENTS (See supporting schedules for line items.)** | | | | |
| Site improvements | $ - | $ - | $ - | $ 2,142,848 |
| Construction costs | $ - | $ - | $ - | $ 10,958,348 |
| Project costs | $ 143,815 | $ 53,725 | $ 107,065 | $ 3,198,536 |
| Supplemental project contingency (Note 1) | $ - | $ - | $ - | $ - |
| RDA Loan-Interest pmts (Note 1) | $ 824 | $ 824 | $ 693 | $ 65,219 |
| RDA Loan-Scheduled Principal pmts (Note 1) | $ - | $ - | $ - | $ 938,000 |
| Additional investor loan payoff amounts | $ - | $ - | $ - | $ 525,360 |
| **Total Disbursements** | $ 144,639 | $ 54,549 | $ 107,758 | $ 17,828,311 |
| **Subtotal-Receipts Less Disbursements** | $ (144,639) | $ 1,194,951 | $ 954,970 | **$ 3,242,192** |
| Construction Management Cash surplus Fee per Agreement (Amt to be spread over 30 mo period as possible) | $ (50,000) | $ - | $ (186,641) | $ (386,641) |
| Bankruptcy Expenses | $ (225,000) | $ - | $ (1,746,050) | $ (2,846,050) |
| **Month End Balance** | $ (207,729) | $ 987,222 | $ 9,502 | **$ 9,502** |

**NOTES:**
(1)-Per RDA Counsel

*Supplemental project contingency factor in addition to specific contingencies provided on sub-schedules:     0.00%

**ISLAND VIEW CROSSING II, LP**
**SALES PROJECTIONS**

| | # of Units | Sales Price per unit in building | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 | Month 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Building 4 | 7 | $325,000 | | | | | | | | | | | | | |
| Building 2 | 5 | $285,000 | | | | | | | | | | | | | |
| Building 1 | 6 | $285,000 | | | | | | | | | | | | | |
| Building 10 | 4 | $430,000 | | | | | | | | | | | | | |
| Building 3 | 4 | $285,000 | | | | | | | | | | | | | |
| Building 8 | 6 | $355,000 | | | | | | | | | | | | | |
| Building 11 | 6 | $430,000 | | | | | | | | | | | | | |
| Building 13 | 3 | $430,000 | | | | | | | | | | | | | |
| Building 12 | 6 | $430,000 | | | | | | | | | | | | | |
| Building 5 | 6 | $355,000 | | | | | | | | | | | | | |
| Building 6 | 7 | $355,000 | | | | | | | | | | | | | |
| Building 7 | 5 | $355,000 | | | | | | | | | | | | | |
| Building 14 | 4 | $355,000 | | | | | | | | | | | | | |
| Building 9 | 4 | $355,000 | | | | | | | | | | | | | |
| | 73 | | | | | | | | | | | | | | |
| Sales Price Factor | | 1.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,220,000 | $ 2,405,000 | $ 1,505,000 | 570,000 | - | 855,000 | $ 1,565,000 |
| Sales commissions | | 3.0% | | | | | | | | | | | | | |
| Adjustment for Pre-Construction Discount if applicable. | | $12,350.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Release price to RDA | | | $ - | $ - | $ - | $ - | $ - | $ - | $ 650,000 | $ 975,000 | $ 650,000 | $ 650,000 | $ - | $ 855,000 | $ 855,000 |
| | | | | | | | | | 570,000 | 570,000 | 285,000 | 285,000 | | | |
| Release price to Pru- 1135 homes | | $25,000 | $ - | $ - | $ - | $ - | $ - | $ - | | 860,000 | 570,000 | 570,000 | | | |
| Release price to Pru- jem homes | | $45,000 | | | | | | | | | | | | | 710,000 |
| Release price for investor loan for 16-30 units excl Bldg 11-13 | | $15,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ (100,000) | $ (175,000) | $ (125,000) | $ (50,000) | $ - | $ (75,000) | $ (125,000) |
| | | | | | | | | | (36,600) | (72,150) | (45,150) | (17,100) | | (25,650) | (46,950) |
| | | | | | | | | | (49,400) | (86,450) | (61,750) | (24,700) | | (37,050) | (61,750) |
| Release price for investor loan for 31-74 units excl Bldg 11-13 | | $30,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (15,000) | $ (30,000) | $ - | $ (45,000) | $ (75,000) |
| Sales transfer fee (Note 1) | | 1.0% | $ - | $ - | $ - | $ - | $ - | $ - | $ (12,200) | $ (24,050) | $ (15,050) | $ (5,700) | $ - | $ (8,550) | $ (15,650) |
| Other closing costs netted from sales price | | 1.0% | $ - | $ - | $ - | $ - | $ - | $ - | $ (12,200) | $ (24,050) | $ (15,050) | $ (5,700) | $ - | $ (8,550) | $ (15,650) |
| **SALES PROCEEDS before Bldg 11-13 releases** | | | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,009,600 | $ 2,023,300 | $ 1,228,000 | 436,800 | - | 655,200 | $ 1,225,000 |
| Total adjustments to sales price excl Bldgs 11-13 | | | $ - | $ - | $ - | $ - | $ - | $ - | $ (210,400) | $ (381,700) | $ (277,000) | $ (133,200) | $ - | $ (199,800) | $ (340,000) |
| Release price for Investor Loan for Bldgs 70% & other terms per agreement 11-13 | | | | | | | | | | | | | | | |
| **NET SALES PROCEEDS** | | | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,009,600 | $ 2,023,300 | $ 1,228,000 | 436,800 | - | 655,200 | $ 1,225,000 |

**NOTES-**
(1) With a confirmed plan becomes 0.

**ISLAND VIEW CROSSING II, LP**
**SALES PROJECTIONS**

| | Sales Price per unit in building | # of Units | Month 14 | Month 15 | Month 16 | Month 17 | Month 18 | Month 19 | Month 20 | Month 21 | Month 22 | Month 23 | Month 24 | Month 25 | Month 26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5,000 | | | | | | | | | | | | | | |
| Building 4 | 325,000 | 7 | | | | | | | | | | | | | |
| Building 2 | 285,000 | 5 | | | | | | | | | | | | | |
| Building 1 | 285,000 | 6 | | | | | | | | | | | | | |
| Building 10 | 430,000 | 4 | | | | | | | | | | | | | |
| Building 3 | 285,000 | 4 | | | | | | | | | | | | | |
| Building 8 | 355,000 | 6 | $ 710,000 | $ 710,000 | | | | | | | | | | | |
| Building 11 | 430,000 | 6 | | | | | | | | | | | | | |
| Building 13 | 430,000 | 3 | | | | | | | $ 1,290,000 | $ 1,290,000 | | | | | |
| Building 12 | 430,000 | 6 | | | | | | | $ 860,000 | $ 430,000 | | | | | |
| Building 5 | 355,000 | 6 | | $ 1,065,000 | $ 1,065,000 | | | | | | | | | | |
| Building 6 | 355,000 | 7 | | | | | | | | | | | | | |
| Building 7 | 355,000 | 4 | | | | $ 1,065,000 | $ 1,065,000 | $ 355,000 | | | $ 2,580,000 | | | | |
| Building 14 | 355,000 | 5 | | | | | | | | | | | | | |
| Building 9 | 355,000 | 4 | | | | | $ 430,000 | 355,000 | $ 430,000 | | | | | | |
| | | 73 | | | | | | | | | | | | | |
| Sales Price Factor | 1.00 | | $ 710,000 | $ 1,775,000 | $ 1,775,000 | $ 1,775,000 | $ 1,495,000 | $ 355,000 | $ 1,290,000 | $ 1,720,000 | $ 3,870,000 | - | - | - | - |
| Adjustment for Pre-Construction Discount if applicable. | 3.0% | | | | | | | | | | | | | | |
| Sales commissions | | | $ (21,300) | $ (53,250) | $ (53,250) | $ (53,250) | $ (44,850) | $ (10,650) | $ (38,700) | $ (51,600) | $ (116,100) | - | - | - | - |
| Release price to RDA | | | $ (24,700) | $ (61,750) | $ (61,750) | $ (61,750) | $ (49,400) | $ (12,350) | $ (37,050) | $ (49,400) | $ (111,150) | - | - | - | - |
| Release price to Pru-1&35 homes | 25,000 | | $ (50,000) | $ (125,000) | $ (185,000) | $ (225,000) | $ (180,000) | $ (45,000) | $ (135,000) | $ (180,000) | $ (405,000) | - | - | - | - |
| Release price to Pru-gem homes | 45,000 | | | | | | | | | | | | | | |
| Release price for investor loan for 16-30 units excl Bldgs 11-13 | 15,000 | | $ (30,000) | $ (30,000) | | | | | | | | | | | |
| Release price for investor loan for 31-74 units excl Bldg 11-13 | 30,000 | | | $ (90,000) | $ (150,000) | $ (150,000) | $ (120,000) | $ (30,000) | $ (30,000) | | | | | | |
| Other closing costs netted from sales price | 1.0% | | $ (7,100) | $ (17,750) | $ (17,750) | $ (17,750) | $ (14,950) | $ (3,550) | $ (12,900) | $ (17,200) | $ (38,700) | - | - | - | - |
| Sales transfer fee (Note 1) | 1.0% | | $ (7,100) | $ (17,750) | $ (17,750) | $ (17,750) | $ (14,950) | $ (3,550) | $ (12,900) | $ (17,200) | $ (38,700) | - | - | - | - |
| Investor Loan for Bldgs 11-13 | | | | | | | | | | | | | | | |
| Total adjustments to sales price excl Bldgs 11-13 | | | $ (140,200) | $ (395,500) | $ (485,500) | $ (525,500) | $ (424,150) | $ (105,100) | $ (266,550) | $ (315,400) | $ (709,650) | - | - | - | - |
| SALES PROCEEDS before Bldg 11-13 release | | | $ 569,800 | $ 1,379,500 | $ 1,289,500 | $ 1,249,500 | $ 1,070,850 | $ 249,900 | $ 1,023,450 | $ 1,404,600 | $ 3,160,350 | - | - | - | - |
| Release price for Investor Loan for Bldgs 70% & other terms per agreement | | | - | - | - | - | - | - | $ (519,610) | $ (1,039,220) | $ (2,338,245) | - | - | - | - |
| NET SALES PROCEEDS | | | $ 569,800 | $ 1,379,500 | $ 1,289,500 | $ 1,249,500 | $ 1,070,850 | $ 249,900 | $ 503,840 | $ 365,380 | $ 822,105 | - | - | - | - |

**NOTES-**
(1) With a confirmed plan becomes 0.

## ISLAND VIEW CROSSING II, LP
### SALES PROJECTIONS

| | Sales Price per unit in building | # of Units | Month 27 | Month 28 | Month 29 | Month 30 | TOTALS |
|---|---|---|---|---|---|---|---|
| Building 4 | $ 325,000 | 7 | | | | | $ 2,275,000 |
| Building 2 | 285,000 | 5 | | | | | $ 1,425,000 |
| Building 1 | 285,000 | 6 | | | | | $ 1,710,000 |
| Building 10 | 430,000 | 4 | | | | | $ 1,720,000 |
| Building 3 | 285,000 | 4 | | | | | $ 1,140,000 |
| Building 8 | 355,000 | 6 | | | | | $ 2,130,000 |
| Building 11 | 430,000 | 6 | | | | | $ 2,580,000 |
| Building 13 | 430,000 | 3 | | | | | $ 1,290,000 |
| Building 12 | 430,000 | 6 | | | | | $ 2,580,000 |
| Building 5 | 355,000 | 6 | | | | | $ 2,130,000 |
| Building 6 | 355,000 | 7 | | | | | $ 2,485,000 |
| Building 7 | 355,000 | 5 | | | $ 1,065,000 | 710,000 | $ 1,775,000 |
| Building 14 | 355,000 | 4 | | | $ 710,000 | 710,000 | $ 1,420,000 |
| Building 9 | 355,000 | 4 | | | | | $ 1,420,000 |
| Sales Price Factor | 1.00 | 73 | $ - | $ - | $ 1,775,000 | $ 1,420,000 | $ 26,080,000 |

Adjustment for Pre-Construction Discount if applicable.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sales commissions | 3.0% | | $ - | $ - | $ (53,250) | $ (42,600) | $ (782,400) |
| Release price to RDA | $ 12,350.00 | | $ - | $ - | (61,750) | (49,400) | (901,550) |
| Release price to Pru-s135 homes | $ 25,000 | | $ - | $ - | $ (225,000) | $ (180,000) | $ (2,585,000) |
| Release price to Pru-jem homes | $ 45,000 | | | | | | |
| Release price for Investor loan for 16-30 units excl Bldgs 11-13 | $ 15,000 | | $ - | $ - | $ - | $ - | $ (225,000) |
| Release price for Investor loan for 31-74 units excl Bldgs 11-13 | $ 30,000 | | $ - | $ - | (150,000) | (56,872) | (776,872) |
| Other closing costs netted from sales price | 1.0% | | $ - | $ - | $ (17,750) | $ (14,200) | $ (260,800) |
| Sales transfer fee (Note 1) | 1.0% | | $ - | $ - | (17,750) | (14,200) | (260,800) |
| Total adjustments to sales price excl Bldgs 11-13 | | | | | | | |
| SALES PROCEEDS before Bldgs 11-13 releases | | | $ - | $ - | $ (525,500) | $ (357,272) | $ (5,792,422) |
| Release price for Investor Loan for Bldgs 11-13 | | | $ - | $ - | $ 1,249,500 | $ 1,062,728 | $ 20,287,578 |
| Investor Loan for Bldgs 70% & other terms per agreement 11-13 | | | | | | | |
| NET SALES PROCEEDS | | | $ - | $ - | $ 1,249,500 | $ 1,062,728 | $ 16,390,503 |

NOTES-
(1) With a confirmed plan becomes 0.

**ISLAND VIEW CROSSING II, LP**
**CONSTRUCTION PROJECTIONS**

| | # of Units | Lot#s | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Building 4 finish out | 7 | 41-47 | $ 138,941 | $ 138,941 | $ 138,941 | | | | | | | | | |
| Building 2 finish out | 5 | 7-11 | $ 157,926 | $ 157,926 | $ 157,926 | | | | | | | | | |
| Building 1 | 6 | 1-6 | | | $ 264,072 | $ 264,072 | | | | | | | | $ 49,514 |
| Building 10 | 4 | 37-40 | | | | $ 198,054 | $ 198,054 | | | | | | | |
| Building 3 | 4 | 12-15 | | | | | $ 165,045 | $ 165,045 | | | | | | |
| Building 8 | 6 | 16-21 | | | | | | $ 33,009 | $ 33,009 | | | | | |
| Building 11 | 6 | 31-36 | | | | | | | $ - | $ 396,108 | $ 396,108 | | | |
| Building 13 | 3 | 22-24 | | | | | | | | | $ 247,568 | $ 247,568 | | |
| Building 12 | 6 | 25-30 | | | | | | | | | $ 198,054 | $ 198,054 | | |
| Building 5 | 6 | 68-73 | | | | | | | | | | $ 462,126 | $ 198,054 | $ 99,027 |
| Building 6 | 7 | 48-54 | | | | | | | | | | | $ 288,829 | $ 231,063 |
| Building 7 | 5 | 55-59 | | | | | | | | | | | $ 99,027 | $ 198,054 |
| Building 14 | 4 | 60-63 | | | | | | | | | | | $ 264,072 | |
| Building 9 | 4 | 64-67 | | | | | | | | | | | $ 198,054 | $ 198,054 |
| | 73 | | $ 296,868 | $ 296,868 | $ 560,940 | $ 462,126 | $ 363,099 | $ 198,054 | $ 33,009 | $ 396,108 | $ 1,035,784 | $ 1,155,315 | $ 1,048,036 | $ 676,685 |

Standard cost of unit:  $ 165,045  includes 4% cost increase/contingency
Estimate of time to construct:  3-4 unit bldgs  4-4.5 months
Estimate of time to construct:  5-7 unit bldgs  4.5-5 months

Estimate to complete partial buildings and modify per specifications
Bldg #4   36%
Bldg #2   57%

| | 1st month | 2nd month | 3rd month | 4th month | 5th month | TOTAL |
|---|---|---|---|---|---|---|
| 3-4 unit bldgs | 40% | 30% | 25% | 5% | 0% | 100% |
| 5-7 unit bldgs | 40% | 25% | 20% | 10% | 5% | 100% |

## ISLAND VIEW CROSSING II, LP
### CONSTRUCTION PROJECTIONS

| Building | # of Units | Lots | Month 13 | Month 14 | Month 15 | Month 16 | Month 17 | Month 18 | Month 19 | Month 20 | Month 21 | Month 22 | Month 23 | Month 24 | Month 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Building 4 finish out | 7 | 41-47 | 115,532 | 57,766 | | | | | | | | | | | |
| Building 2 finish out | 5 | 7-11 | 165,045 | 33,009 | | | | | | | | | | | |
| Building 1 | 6 | 1-6 | | | | | | | | | | | | | |
| Building 10 | 4 | 37-40 | | | | | | | | | | | | | |
| Building 3 | 4 | 12-15 | | | | | | | | | | | | | |
| Building 8 | 6 | 16-21 | 49,514 | | | | | | | | | | | | |
| Building 11 | 6 | 31-36 | | | | | | | | | | | | | |
| Building 13 | 3 | 22-24 | | 198,054 | 396,108 | 247,568 | 198,054 | 99,027 | 49,514 | | | | | | |
| Building 12 | 6 | 25-30 | | | 148,541 | 123,784 | 24,757 | - | | | | | | | |
| Building 5 | 6 | 68-73 | 49,514 | | | 396,108 | 247,568 | 198,054 | 99,027 | 49,514 | | | | | |
| Building 6 | 7 | 48-54 | | | | | 330,090 | 206,306 | 165,045 | 82,523 | 41,261 | | | | |
| Building 7 | 5 | 55-59 | | | | | | 264,072 | 198,054 | 165,045 | 33,009 | | | | |
| Building 14 | 4 | 60-63 | | | | | | | | | | | | | |
| Building 9 | 4 | 64-67 | | | | | | | | | | | | | |
| | 73 | | $ 379,604 | $ 288,829 | $ 544,649 | $ 767,459 | $ 800,468 | $ 767,459 | $ 511,640 | $ 297,081 | $ 74,270 | $ - | $ - | $ - | $ - |

## ISLAND VIEW CROSSING II, LP
### CONSTRUCTION PROJECTIONS

| | # of Units | Lots | Month 26 | Month 27 | Month 28 | Month 29 | Month 30 | TOTALS |
|---|---|---|---|---|---|---|---|---|
| Building 4 finish out | 7 | 41-47 | | | | | | $ 416,824 |
| Building 2 finish out | 5 | 7-11 | | | | | | $ 473,779 |
| Building 1 | 6 | 1-6 | | | | | | $ 990,270 |
| Building 10 | 4 | 37-40 | | | | | | $ 660,180 |
| Building 3 | 4 | 12-15 | | | | | | $ 660,180 |
| Building 8 | 6 | 16-21 | | | | | | $ 990,270 |
| Building 11 | 6 | 31-36 | | | | | | $ 990,270 |
| Building 13 | 3 | 22-24 | | | | | | $ 495,135 |
| Building 12 | 6 | 25-30 | | | | | | $ 990,270 |
| Building 5 | 6 | 68-73 | | | | | | $ 990,270 |
| Building 6 | 7 | 48-54 | | | | | | $ 1,155,315 |
| Building 7 | 5 | 55-59 | | | | | | $ 825,225 |
| Building 14 | 4 | 60-63 | | | | | | $ 660,180 |
| Building 9 | 4 | 64-67 | | | | | | $ 660,180 |
| | 73 | | $ - | $ - | $ - | $ - | $ - | $ 10,958,348 |

**ISLAND VIEW CROSSING II, LP**
**SITE IMPROVEMENTS**

| | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pump station improvements | | | | | | | | | | | | |
| Topsoil add per remediation | | $120,000 | | | | | | | | | | |
| Roads within property | | | $200,000 | | | | | | | | | |
| Penn DOT improvements | | | | | | | | | | | | |
| PECO-Utility Crossing- | | | | | | | | | | | | |
| Trenching-EBAR (Estimated | | | | | | | | | | | | |
| Base Annual Revenue) LOC | $ 108,556 | | | | | | | | | | | |
| Transformer | | $ 60,000 | | | | | | | | | | |
| Street lights | | $ 5,000 | | | | | | | | | | |
| Gates for site | | $ 50,000 | | | | | | | | | | |
| Front entrance sign | | $ 15,000 | | | | | | | | | | |
| (permanent-stone/iron) | | | | | | | | | | | | |
| Construction of clubhouse | | | | | | | | | | | | |
| Landscaping & Amenities | | | | | | | | | | | | |
| (common areas) | | | | | | | | | | | | |
| TriParty Development | | | | | | | | | | | | |
| Agreement costs excluding | | | | | | | | | | | | |
| any items listed above (See | | | | | | | | | | | | |
| following detailed sheet for | | | | | | | | | | | | |
| this item) | $ 257,795 | $ 64,449 | | | | | | | | | | |
| Contingency for site | | | | | | | | | | | | |
| improvements at 10% | $ 36,635 | $ 31,445 | $ 20,000 | | | | | | | | | |
| | $ 402,986 | $345,894 | $220,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

## ISLAND VIEW CROSSING II, LP
### SITE IMPROVEMENTS

| | Month 13 | Month 14 | Month 15 | Month 16 | Month 17 | Month 18 | Month 19 | Month 20 | Month 21 | Month 22 | Month 23 | Month 24 | Month 25 | Month 26 | Month 27 | Month 28 | Month 29 | Month 30 | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pump station improvements | | | | | | | | | | | | | | | | | | | $ 200,000 |
| Topsoil add per remediation | | | | | | | | | | | | | | | | | | | $ 120,000 |
| Roads within property | $225,000 | | | | | | | | | | | | | | | | | | $ 225,000 |
| Penn DOT improvements | | $ 140,000 | | | | | | | | | | | | | | | | | $ 140,000 |
| PECO-Utility Crossing- | | | | | | | | | | | | | | | | | | | |
| Trenching-EBAR (Estimated | | | | | | | | | | | | | | | | | | | |
| Base Annual Revenue) LOC | | | | | | | | | | | | | | | | | | | $ 108,556 |
| Transformer | | | | | | | | | | | | | | | | | | | $ 60,000 |
| Street lights | | | | | | | | | | | | | | | | | | | $ 5,000 |
| Gates for site | | | | | | | | | | | | | | | | | | | $ 50,000 |
| Front entrance sign | | | | | | | | | | | | | | | | | | | |
| (permanent-stone/iron) | | | | | | | | | | | | | | | | | | | $ 15,000 |
| Construction of clubhouse | | | $200,000 | | | | | | | | | | | | | | | | $ 200,000 |
| Landscaping & Amenities | | | $180,000 | | | | | | | | | | | | | | | | $ 180,000 |
| (common areas) | | | | | | | | | | | | | | | | | | | |
| TriParty Development | | | | | | | | | | | | | | | | | | | |
| Agreement costs excluding | | | | | | | | | | | | | | | | | | | |
| any items listed above (See | | | | | | | | | | | | | | | | | | | |
| following detailed sheet for | | | | | | | | | | | | | | | | | | | |
| this item) | $257,795 | | $ 64,449 | | | | | | | | | | | | | | | | $ 644,488 |
| | | | | | | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | | | | | | $ - |
| Contingency for site improvements at 10% | $ 48,280 | $ 14,000 | $ 44,445 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 194,804 |
| | $531,075 | $ 154,000 | $488,894 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $52,142,848 |

**TRI PARTY DEVELOPMENT AGREEMENT COSTS**

See Note Below.

| | |
|---|---|
| A. Erosion Control | $ 28,406.66 |
| B. Woodland Removal | $ 10,000.00 |
| C. Excavation | $ 1,374.50 |
| D. Earthwork | $ 24,931.70 |
| E. Storm Sewer | $ 6,000.00 |
| F. Sanitary Sewer (A) | $ 5,428.00 |
| G. Site improvements | $ 320,636.50 |
| H. HOP (Highway Occupancy Permits) Improvements | |
| I. Striping & Signage | $ 8,300.00 |
| J. Site Landscaping | $ 93,220.70 |
| K. Miscellaneous | $ 146,190.00 |
| | $ 644,488.06 |

Spread of cost assumptions

| | |
|---|---|
| Month 1 | $ 257,795.22 |
| Month 3 | $ 64,448.81 |
| Month 13 | $ 257,795.22 |
| Month 15 | $ 64,448.81 |

Note-
The TriParty agreement
memorializes unconditional
commitment of Prudential Bank to
Bristol Borough (LOC). These funds
can be drawn under the LOC
subject to the approval of Bristol
Borough.

**ISLAND VIEW CROSSING II, LP**
PROJECT COSTS

See Notes Below

**Admin:**

| Line Item | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Construction management fee (1) | $ - | $ - | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 |
| Net profit of optional sales to construction management firm (1) | | | | | | | | | | | | |
| Office expense (2) | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 |
| Sales (3) | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 |
| Insurance (4) | $ 45,000 | $ 11,667 | $ 11,667 | $ 11,667 | $ 11,667 | $ 11,667 | $ 11,667 | $ 11,667 | $ 11,667 | | | |
| Model/Sample Furnish/Decorate (5) | $ 30,000 | | $ 30,000 | | | | | | | | | |
| Marketing & Advertising (6) | | | | | | | $ 40,000 | | | $ 4,167 | | |
| Onsite security & emergency | $ 9,000 | $ 9,000 | $ 9,000 | $ 9,000 | $ 9,000 | $ 9,000 | $ 9,000 | $ 9,000 | $ 9,000 | $ 9,000 | $ 9,000 | $ 9,000 |
| Property taxes (past due as required + maintenance current) | $ 55,000 | $ 41,075 | | $ 41,075 | | | $ 41,075 | | | $ 58,300 | | |
| United States Trustee Qrtly fees (7) | | | | $ 58,300 | | | $ 58,300 | | $ 37,500 | | | |
| Architect for Phase II Plans | | | | $ 55,000 | | | $ 33,333 | | | | | |
| Structural engineer for Phase II Plans | | | | | | | $ 33,333 | | | | | |
| Other direct project related fees (8) | | | | $ 16,000 | | | | | | | | |
| Specific Project Cost Contingency at 5% | $ 7,950 | $ 4,087 | $ 4,533 | $ 11,552 | $ 3,033 | $ 3,033 | $ 13,335 | $ 3,033 | $ 4,908 | $ 5,573 | $ 2,450 | $ 2,450 |
| **Total** | **$ 166,950** | **$ 85,829** | **$ 95,200** | **$ 242,594** | **$ 63,700** | **$ 63,700** | **$ 280,043** | **$ 63,700** | **$ 103,075** | **$ 117,040** | **$ 51,450** | **$ 51,450** |

**NOTES:**

1.-Construction management fee paid per agreement: monthly fee; net profit on sales optional add-ons; and cash surplus % calculated at end of Phase I.

2.-Cost of maintaining office for project management and sales; accounting, purchasing, payroll etc.

3.- Sales Director and related direct expenses

4.- Annual premium financed; 1/3 down, remaining balance in installments over 9 months

5.- Costs to supply Model Townhome

6.- Estimate of upfront marketing/advertising costs; subsequent followup costs are also reflected.

7.-Placeholder for US Trustee

8.-Misc fees and expenses as required

**ISLAND VIEW CROSSING II, LP**
**PROJECT COSTS**
See Notes Below

| Admin: | Month 13 | Month 14 | Month 15 | Month 16 | Month 17 | Month 18 | Month 19 | Month 20 | Month 21 | Month 22 | Month 23 | Month 24 | Month 25 | Month 26 | Month 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Construction management fee (1) | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 60,000 | $ 15,000 | $ 15,000 | $ 15,000 |
| Net profit of optional sales to construction management firm (1) | | | | | | | | | | | | | | | |
| Office expense (2) | $ - | $ 10,000 | $ - | $ 10,000 | $ - | $ 10,000 | $ 10,000 | $ - | $ - | $ 10,000 | $ - | $ 10,000 | $ - | $ 10,000 | $ - |
| Sales (3) | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 |
| Insurance (4) | $ 45,005 | $ 11,667 | $ 11,667 | $ 11,667 | $ 11,667 | $ 11,667 | $ 11,667 | $ 11,667 | $ 11,667 | $ 4,167 | | | $ 11,667 | $ 11,667 | $ 11,667 |
| Model/Sample Furnish/Decorate (5) | | | | | $ 10,000 | | | | | | | | | | |
| Marketing & Advertising (6) | $ 10,000 | | | | | | | | | | | | | | |
| Onsite security & emergency maintenance | | | | | | $ 10,000 | | | | | | | | | |
| Property taxes (past due as required + current) | $ 9,000 | $ 9,000 | $ 9,000 | $ 9,000 | $ 9,000 | $ 9,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 4,500 | $ 4,500 | $ 4,500 |
| United States Trustee Qrtly fees (7) | $ 58,300 | $ 37,500 | $ 55,000 | $ 58,300 | | $ 58,300 | | | $ 58,300 | $ 58,300 | | | $ 58,300 | | |
| Architect for Phase II Plans | $ 33,333 | $ 33,333 | $ 33,334 | $ 33,334 | | | | | | | | | | | |
| Structural engineer for Phase II Plans | $ 33,333 | $ 33,334 | $ 33,334 | | | | | | | | | | | | |
| Other direct project related fees (8) | | | | | | | | | | | | | | | |
| Specific Project Cost Contingency at 5% | $ 8,115 | $ 6,367 | $ 8,242 | $ 8,698 | $ 3,033 | $ 3,533 | $ 5,748 | $ 2,833 | $ 2,833 | $ 5,373 | $ 2,250 | $ 4,250 | $ 5,473 | $ 2,558 | $ 2,558 |
| Expenses | $ 170,415 | $ 133,699 | $ 173,076 | $ 182,665 | $ 63,700 | $ 74,200 | $ 120,715 | $ 59,500 | $ 59,500 | $ 112,840 | $ 47,250 | $ 89,250 | $ 114,940 | $ 53,725 | $ 53,725 |

**NOTES:**

1 - Construction management fee paid per agreement: monthly fee, net profit on sales optional add-ons, and cash surplus % calculated at end of Phase I.

2 - Cost of maintaining office for project management and sales; accounting, purchasing, payroll etc.

3 - Sales Director and related direct expenses

4 - Annual premium financed; 1/3 down, remaining balance in installments over 9 months

5 - Costs to supply Model Townhome

6 - Estimate of upfront marketing/advertising costs; subsequent followup costs are also reflected.

7 - Placeholder for US Trustee Bankruptcy Fees

8 - Misc fees and expenses as required

**ISLAND VIEW CROSSING II, LP**
**PROJECT COSTS**

| See Notes Below | Month 28 | Month 29 | Month 30 | TOTALS |
|---|---|---|---|---|
| **Admin:** | | | | |
| Construction management fee (1) | $ 15,000 | $ 15,000 | $ 15,000 | $ 570,000 |
| Net profit of optional sales to construction management firm (1) | $ - | $ - | $ - | $ - |
| Office expense (2) | $ 10,000 | $ 10,000 | $ 10,000 | $ 300,000 |
| Sales (3) | $ 10,000 | $ 10,000 | $ 10,000 | $ 300,000 |
| Insurance (4) | $ 11,667 | $ 11,667 | $ 4,167 | $ 347,500 |
| Model/Sample Furnish/Decorate (5) | | | | $ 100,000 |
| Marketing & Advertising (6) | | | | $ 143,225 |
| Onsite security & emergency maintenance | | | | $ 100,000 |
| Property taxes (past due as required + current) | $ 4,500 | $ 4,500 | $ 4,500 | $ 219,000 |
| United States Trustee Qrtly fees (7) | 27,500 | | | $ 267,500 |
| Architect for Phase II Plans | 58,300 | | $ 58,300 | $ 583,000 |
| Structural engineer for Phase II Plans | | | | $ 100,000 |
| Other direct project related fees (8) | | | | $ 100,000 |
| Specific Project Cost Contingency at 5% | | | | $ 16,000 |
| | $ 6,848 | $ 2,558 | $ 5,098 | $ 152,311 |
| | | | | $ - |
| | $ 143,815 | $ 53,725 | $ 107,065 | $3,198,536 |

**NOTES:**

1.- Construction management fee paid per agreement; monthly fee;net profit on sales optional add-ons; and cash surplus % calculated at end of Phase I.

2.- Cost of maintaining office for project management and sales; accounting, purchasing, payroll etc.

3.- Sales Director and related direct expenses

4.- Annual premium financed; 1/3 down, remaining balance in installments over 9 months

5.- Costs to supply Model Townhome

6.- Estimate of upfront marketing/advertising costs; subsequent followup costs are also reflected.

7.- Placeholder for US Trustee Bankruptcy Fees

8.- Misc fees and expenses as required

**CONSTRUCTION MGMT SURPLUS CASH FEE PER AGREEMENT:**

| | | |
|---|---|---|
| Remaining Cash Balance at End of Phase 1 | $ | 3,242,192 |
| | | |
| Contractor distribution per agreement: | | |
| Beginning distribuable amount | $ | 3,242,192 |
| Add backs per agreement | | |
| RDA distribution | N/A | |
| RDA releases during Phase 1 | $ | 782,400 |
| RDA principal payments during Phase 1 | $ | 938,000 |
| RDA interest payments during Phase 1 | $ | 65,219 |
| Prudential pre-pet loan distribution | N/A | |
| Property taxes Pre-Construction | $ | 120,000 |
| Prudential pre-pet loan releases during Phase 1 | $ | 2,585,000 |
| Calculable base | $ | 7,732,811 |
| | | |
| % per agreement | 5% | $ 386,641 |

**BANKRUPTCY EXPENSES**

| | | |
|---|---|---:|
| Trustee Commission | $ | 946,050 |
| Trustees Counsel | $ | 925,000 |
| Trustee's Advisors (Newbridge) | $ | 690,000 |
| Trustee's Tax Accountants | $ | 75,000 |
| Debtor's Counsel | $ | 210,000 |
| Interim Trustee | | TBD |
| | $ | 2,846,050 |

Calculation of Trustee Commission:

| | | |
|---|---:|---|
| $ | 21,070,503 | Cash Receipts |
| $ | 5,792,422 | Payments deducted from Sales Proceeds |
| $ | 3,897,075 | Payments deducted from Sales Proceeds |
| $ | (1,000,000) | Deduct 1st $1MM which has higher % rate |
| $ | 29,760,000 | Total of above |
| $ | 892,800 | Total base above $1MM X 3% (A) |
| $ | 53,250 | Fee on first $1,000,000 (B) |
| $ | 946,050 | A+B |

**IVC Projected Marketing Costs:**

| | | |
|---|---|---|
| Initial Artwork/Illustration | $ | 5,575 |
| Sales Office Displays- | | |
| Design & Production | $ | 4,500 |
| Sales Office Displays- | | |
| Displays and Installation | $ | 7,500 |
| Signs | $ | 5,250 |
| Printing | $ | 6,975 |
| Advertising | $ | 5,000 |
| Website Design, | | |
| Production & Installation | $ | 6,275 |
| TOTAL | $ | **41,075** |

**ISLAND VIEW CROSSING II, LP**
**INVESTOR LOAN INFO**
Interest rate: 9.25%

| INVESTOR LOAN DEBT | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Investor Debt Balance | $ - | $ 1,417,300 | $ 2,231,705 | $ 3,159,641 | $ 3,869,938 | $ 4,349,451 | $ 4,588,128 | $ 4,675,841 | $ 4,675,841 | $ 4,660,841 | $ 4,738,294 | $ 4,813,294 |
| Appraisal | $ 10,000 | | | | | | | | | | | |
| Loan Origination Fee | $ 45,000 | | | | | | | | | | | |
| Investor Attorney Fees | $ 25,000 | | | | | | | | | | | |
| Investor Loan Funding | $ 1,337,300 | $ 814,404 | $ 927,937 | $ 682,168 | $ 479,514 | $ 238,677 | $ - | | | | | |
| Investor Interest charge accrued | | | | 28,128 | | | 87,713 | | | 107,453 | | |
| Release price to Investor (16-30 units sold excl Bldgs 11-13) (Sec 8.2) | | | | | | | | | | | | |
| Release price to Investor (31-73 units sold excl bldgs 11-13)(sec 8.3) | | | | | | | | | (15,000) | (30,000) | | (45,000) |
| Release price to Investor (Units sold in Bldgs 11-13)(sec 8.4) | | | | | | | | | | | | |
| Additional investor loan payment amount | | | | | | | | | | | 75,000 | 100,000 |
| Ending Investor Debt Balance | $ 1,417,300 | $ 2,231,705 | $ 3,159,641 | $ 3,869,938 | $ 4,349,451 | $ 4,588,128 | $ 4,675,841 | $ 4,675,841 | $ 4,660,841 | $ 4,738,294 | $ 4,813,294 | $ 4,868,294 |

| Calculation of interest | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Calculation of interest | | $ 10,925 | $ 17,203 | $ 24,356 | $ 29,831 | $ 33,527 | $ 35,367 | $ 36,043 | $ 36,043 | $ 35,927 | $ 36,524 | $ 37,102 |
| interest posted quarterly | | | $ 28,128 | | | $ 87,713 | | | $ 107,453 | | | $ 109,554 |

| Revolving loan availability | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAX | $ 4,700,000 | $ 4,700,000 | $ 4,700,000 | $ 4,700,000 | $ 4,700,000 | $ 4,700,000 | $ 4,700,000 | $ 4,700,000 | $ 4,700,000 | $ 4,700,000 | $ 4,700,000 | $ 4,700,000 |
| Total loan balance including accrued interest posted | 1,417,300 | 2,231,705 | 3,159,641 | 3,869,938 | 4,349,451 | 4,588,128 | 4,675,841 | 4,675,841 | 4,660,841 | 4,738,294 | 4,813,294 | 4,868,294 |
| Accrued interest posted | | | | 28,128 | 28,128 | 28,128 | 115,841 | 115,841 | 115,841 | 223,294 | 223,294 | 223,294 |
| Subtotal-MAX less LOAN BAL. | | | | | | | | | | | | |
| plus Accrued Interest posted | | | | 28,128 | | | 115,841 | | | 223,294 | | |
| *Available for draws* | $ 3,282,700 | $ 2,468,295 | $ 1,540,359 | $ 858,190 | $ 378,676 | $ 140,000 | $ 140,000 | $ 140,000 | $ 155,000 | $ 185,000 | $ 110,000 | $ 55,000 |

**ISLAND VIEW CROSSING II, LP**
**INVESTOR LOAN INFO**
Interest rate: **9.25%**

| | Month 13 | Month 14 | Month 15 | Month 16 | Month 17 | Month 18 | Month 19 | Month 20 | Month 21 | Month 22 | Month 23 | Month 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Investor Debt Balance** | 4,868,294 | 4,927,848 | 4,897,848 | 4,777,848 | 4,215,754 | 4,065,754 | 3,945,754 | 4,016,420 | 3,466,810 | 2,427,590 | 177,444 | 177,444 |
| Appraisal | | | | | | | | | | | | |
| Loan Origination Fee | | | | | | | | | | | | |
| Investor Attorney Fees | | | | | | | | | | | | |
| Investor Loan Funding | 25,000 | | | | | | | | | | | |
| Investor Interest charge accrue | 109,554 | | | 113,266 | | | 100,666 | | | 88,098 | | |
| Release price to investor (16-30 units sold excl Bldgs 11-13) (Sec 8.2) | (75,000) | (30,000) | (30,000) | | | | (30,000) | (30,000) | | | | |
| Release price to investor (31-73 units sold excl bldgs 11-13)(sec 8.3) | | | (90,000) | (150,000) | (150,000) | (120,000) | | (519,610) | | | | |
| Release price to investor (Units sold in Bldgs 11-13)(sec 8.4) | | | | | | | | | (1,039,220) | (2,338,245) | | |
| Additional investor loan payment amount | | | | (525,360) | | | | | | | | |
| **Ending Investor Debt Balance** | 4,927,848 | 4,897,848 | 4,777,848 | 4,215,754 | 4,065,754 | 3,945,754 | 4,016,420 | 3,466,810 | 2,427,590 | 177,444 | 177,444 | 177,444 |
| Calculation of interest | 37,526 | 37,985 | 37,754 | 36,629 | 32,496 | 31,340 | 30,415 | 30,960 | 26,723 | 18,713 | 1,368 | 1,368 |
| Interest posted quarterly | | | **113,266** | | | **100,666** | | | **88,098** | | | **21,448** |
| **Revolving loan availability MAX** | 4,700,000 | 4,700,000 | 4,700,000 | 4,700,000 | 4,700,000 | 4,700,000 | 4,700,000 | 4,700,000 | 4,700,000 | 4,700,000 | 4,700,000 | 4,700,000 |
| Total loan balance including accrued interest posted | 4,927,848 | 4,897,848 | 4,777,848 | 4,215,754 | 4,065,754 | 3,945,754 | 4,016,420 | 3,466,810 | 2,427,590 | 177,444 | 177,444 | 177,444 |
| Accrued interest posted | 332,848 | 332,848 | 332,848 | 446,114 | 446,114 | 446,114 | 546,780 | 546,780 | 546,780 | 634,878 | 634,878 | 634,878 |
| Subtotal-MAX less LOAN BAL | 105,000 | 135,000 | 255,000 | 930,360 | 1,080,360 | 1,200,360 | 1,230,360 | 1,779,970 | 2,819,190 | 5,157,435 | 5,157,435 | 5,157,435 |
| plus Accrued Interest posted | 105,000 | 135,000 | 255,000 | 930,360 | 1,080,360 | 1,200,360 | 1,230,360 | 1,779,970 | 2,819,190 | 5,157,435 | 5,157,435 | 5,157,435 |
| **Available for draws** | 105,000 | 135,000 | 255,000 | 930,360 | 1,080,360 | 1,200,360 | 1,230,360 | 1,779,970 | 2,819,190 | 4,700,000 | 4,700,000 | 4,700,000 |

## ISLAND VIEW CROSSING II, LP
### INVESTOR LOAN INFO
Interest rate: 9.25%

| INVESTOR Debt | Month 25 | Month 26 | Month 27 | Month 28 | Month 29 | Month 30 | TOTALS |
|---|---|---|---|---|---|---|---|
| **Beginning Investor Debt Balance** | $ 177,444 | $ 198,892 | $ 198,892 | $ 203,326 | $ 203,326 | $ 53,326 | |
| Appraisal | | | | | | | $ 10,000 |
| Loan Origination Fee | | | | | | | $ 45,000 |
| Investor Attorney Fees | | | | | | | $ 25,000 |
| | | | | | | | $ - |
| Investor Loan Funding | | | | | | | $ 4,680,000 |
| Investor interest charge accrue | $ 21,448 | | $ 4,434 | $ - | $ - | $ 3,546 | $ 664,306 |
| Release price to investor (16-30 units sold excl Bldgs 11-13) (Sec 8.2) | $ - | $ - | $ - | $ - | $ - | $ - | $ (225,000) |
| Release price to investor (31-73 units sold excl bldg 11-13)(sec 8.3) | $ - | $ - | $ - | $ - | $ - | $ (150,000) | $ (776,872) |
| Release price to investor (Units sold in Bldgs 11-13)(sec 8.4) | $ - | $ - | $ - | $ - | $ - | $ (56,872) | $ (776,872) |
| Additional investor loan | $ - | $ - | $ - | $ - | $ - | $ - | $ (3,897,075) |
| payment amount | $ - | $ - | $ - | $ - | $ - | $ - | $ (525,360) |
| **Ending Investor Debt Balance** | $ 198,892 | $ 198,892 | $ 203,326 | $ 203,326 | $ 53,326 | $ (0) | $ (0) |

| Calculation of interest | | | | | | | |
|---|---|---|---|---|---|---|---|
| Interest posted quarterly | $ 1,368 | $ 1,533 | $ 1,533 / $ 4,434 | $ 1,567 | $ 1,567 | $ 411 / $ 3,546 | $ 664,306 / $ 664,306 |

| Revolving loan availability MAX | Month 25 | Month 26 | Month 27 | Month 28 | Month 29 | Month 30 | |
|---|---|---|---|---|---|---|---|
| **MAX** | 4,700,000 | 4,700,000 | 4,700,000 | 4,700,000 | 4,700,000 | 4,700,000 | |
| Total loan balance including accrued interest posted | 198,892 | 198,892 | 203,326 | 203,326 | 53,326 | (0) | |
| Accrued interest posted | 656,327 | 656,327 | 660,761 | 660,761 | 660,761 | 664,306 | |
| Subtotal-MAX less LOAN BAL | 5,157,435 | 5,157,435 | 5,157,435 | 5,157,435 | 5,307,435 | 5,364,307 | |
| plus Accrued interest posted | | | | | | | |
| *Available for draws* | 4,700,000 | 4,700,000 | 4,700,000 | 4,700,000 | 4,700,000 | 4,700,000 | |

**ISLAND VIEW CROSSING II, LP**
PRE PET LOAN INFO
(Prudential)    $ 4,092,444

| | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning PrePet Balance: | $ 4,092,444 | $ 4,092,444 | $ 4,092,444 | $ 4,092,444 | $ 4,092,445 | $ 4,092,444 | $ 4,092,444 | $ 3,992,444 | $ 3,817,444 | $ 3,692,444 | $ 3,642,444 | $ 3,642,444 |
| Release pmts per agreement | $ - | $ - | $ - | $ - | $ - | $ - | $ (100,000) | $ (175,000) | $ (125,000) | $ (50,000) | $ - | $ (75,000) |
| Ending PrePet Prin Balance | $ 4,092,444 | $ 4,092,444 | $ 4,092,444 | $ 4,092,444 | $ 4,092,444 | $ 4,092,444 | $ 3,992,444 | $ 3,817,444 | $ 3,692,444 | $ 3,642,444 | $ 3,642,444 | $ 3,567,444 |

**ISLAND VIEW CROSSING II, LP**
**PRE PET LOAN INFO**
(Prudential)

| | Month 13 | Month 14 | Month 15 | Month 16 | Month 17 | Month 18 | Month 19 | Month 20 | Month 21 | Month 22 | Month 23 | Month 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning PrePet Balance: | $ 3,567,444 | $ 3,442,444 | $ 3,392,444 | $ 3,267,444 | $ 3,082,444 | $ 2,857,444 | $ 2,677,444 | $ 2,632,444 | $ 2,497,444 | $ 2,317,444 | $ 1,912,444 | $ 1,912,444 |
| Release pmts per agreement | $ (125,000) | $ (50,000) | $ (125,000) | $ (185,000) | $ (225,000) | $ (180,000) | $ (45,000) | $ (135,000) | $ (180,000) | $ (405,000) | $ - | $ - |
| Ending PrePet Prin Balance | $ 3,442,444 | $ 3,392,444 | $ 3,267,444 | $ 3,082,444 | $ 2,857,444 | $ 2,677,444 | $ 2,632,444 | $ 2,497,444 | $ 2,317,444 | $ 1,912,444 | $ 1,912,444 | $ 1,912,444 |

**ISLAND VIEW CROSSING II, LP**

RDA LOAN INFO
Interest rate: LIBOR + 2,
Current LIBOR rate per WSJ 7/19/18:
Adjust for annual stated loan rate    2.35%

2.55%

| | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning RDA Debt Balance: | $ 2,116,140 | $ 1,812,140 | $ 1,695,140 | $ 1,695,140 | $ 1,695,140 | $ 1,695,140 | $ 1,445,740 | $ 1,359,290 | $ 1,297,540 | $ 1,272,840 | $ 1,272,840 | |
| Estimated Interest charge | $ 4,497 | $ 3,851 | $ 3,602 | $ 3,602 | $ 3,602 | $ 3,602 | $ 3,072 | $ 2,888 | $ 2,757 | $ 2,705 | $ 2,705 | |
| RDA Debt Interest payments | $ (4,497) | $ (3,851) | $ (3,602) | $ (3,602) | $ (3,602) | $ (3,602) | $ (3,072) | $ (2,888) | $ (2,757) | $ (2,705) | $ (2,705) | |
| Principal payments | $ (304,000) | $ (117,000) | $ - | $ - | $ - | $ - | $ (200,000) | | | | | |
| Release pmts per sales | $ - | $ - | $ - | $ - | $ - | $ - | $ (49,400) | $ (86,450) | $ (61,750) | $ (24,700) | $ - | $ (37,050) |
| Ending RDA Debt Balance | $ 1,812,140 | $ 1,695,140 | $ 1,695,140 | $ 1,695,140 | $ 1,695,140 | $ 1,695,140 | $ 1,445,740 | $ 1,359,290 | $ 1,297,540 | $ 1,272,840 | $ 1,272,840 | $ 1,235,790 |

**ISLAND VIEW CROSSING II, LP**
RDA LOAN INFO
Interest rate: LIBOR + 2,
Current LIBOR rate per WSJ 7/19/18: 2.35%
Adjust for annual stated loan rate 2.55%

| | Month 13 | Month 14 | Month 15 | Month 16 | Month 17 | Month 18 | Month 19 | Month 20 | Month 21 | Month 22 | Month 23 | Month 24 | Month 25 | Month 26 | Month 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning RDA Debt Balance: | $ 1,235,790 | $ 1,174,040 | $ 1,032,340 | $ 970,590 | $ 908,840 | $ 847,090 | $ 797,690 | $ 585,340 | $ 548,290 | $ 498,890 | $ 387,740 | $ 387,740 | $ 387,740 | $ 387,740 | $ 387,740 |
| Estimated Interest charge | $ 2,626 | $ 2,495 | $ 2,194 | $ 2,063 | $ 1,931 | $ 1,800 | $ 1,695 | $ 1,244 | $ 1,165 | $ 1,060 | $ 824 | $ 824 | $ 824 | $ 824 | |
| RDA Debt Interest payments | $ (2,626) | $ (2,495) | $ (2,194) | $ (2,063) | $ (1,931) | $ (1,800) | $ (1,695) | $ (1,244) | $ (1,165) | $ (1,060) | $ (824) | $ (824) | $ (824) | $ (824) | |
| Principal payments | | $ (117,000) | | | | | $ (200,000) | | | | | | | | |
| Release pmts per sales | $ (61,750) | $ (24,700) | $ (61,750) | $ (61,750) | $ (61,750) | $ (49,400) | $ (12,350) | $ (37,050) | $ (49,400) | $ (111,150) | $ - | $ - | $ - | $ - | $ - |
| Ending RDA Debt Balance | $ 1,174,040 | $ 1,032,340 | $ 970,590 | $ 908,840 | $ 847,090 | $ 797,690 | $ 585,340 | $ 548,290 | $ 498,890 | $ 387,740 | $ 387,740 | $ 387,740 | $ 387,740 | $ 387,740 | $ 387,740 |

**ISLAND VIEW CROSSING II, LP**

**RDA LOAN INFO**

Interest rate: LIBOR +.2,

Current LIBOR rate per WSJ

7/19/18:                    2.35%

Adjust for annual stated loan rate

|  | Month 28 | Month 29 | Month 30 | TOTALS |
|---|---|---|---|---|
| **Beginning RDA Debt Balance:** 2.55% | $ 387,740 | $ 387,740 | $ 325,990 | |
| Estimated interest charge | $ 824 | $ 824 | $ 693 | $ 65,219 |
| RDA Debt interest payments | $ (824) | $ (824) | $ (693) | $ (65,219) |
| Principal payments | | | | $ (938,000) |
| Release pmts per sales | $ - | $ (61,750) | $ (49,400) | $ (901,550) |
| **Ending RDA Debt Balance** | $ 387,740 | $ 325,990 | $ 276,590 | |