IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **ISLAND VIEW CROSSING II, L.P.** | : | **BANKRUPTCY NO. 17-14454(ELF)** |
| | : | |
| Debtor | : | |
| | : | |

**FIRST INTERIM FEE APPLICATION OF KAPLIN STEWART MELOFF REITER & STEIN, PC, SPECIAL COUNSEL FOR THE CHAPTER 11 TRUSTEE, FOR THE PERIOD FEBRUARY 14, 2019 THROUGH JUNE 30, 2020**

**TO: THE HONORABLE ERIC L. FRANK, UNITED STATES BANKRUPTCY JUDGE:**

Kaplin Stewart Meloff Reiter & Stein, PC (the "Applicant"), as special counsel for Kevin O'Halloran, in his capacity as the Chapter 11 Trustee (the "Trustee") for the estate of Island View Crossing II, L.P. (the "Debtor"), in accordance with Federal Rule of Bankruptcy Procedure 2016 and Local Bankruptcy Rule 2016-5, applies under §§ 330 of title 11 of the United States Code for compensation and reimbursement of expenses for the period from February 14, 2019 through June 30, 2020 (the "Application"). In support of this Application, the Applicant represents as follows:

**PART A Preliminary Statement**

1. Effective as February 14, 2019, Applicant is serving as special counsel for the Trustee.

2. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Trustee.

3. The services described in this Application are actual, necessary services and the compensation requested for those services is reasonable.

4. The expenses described in this Application are actual, necessary expenses.

5.    This Application is for the period from February 14, 2019 through June 30, 2020.

**Period: 2/14/19 to 6/30/20**

|  | **Requested** |
|---|---|
| Fees: | $31,638.00 |
| Expenses: | $1,799.65 |
| Total: | $33,437.65 |

**PART B General Information as to the Debtor and the Trustee**

1.    **General Information:**

    A.    Date case filed: June 30, 2017

    B.    Date Order entered directing the appointment of a Chapter 11 Trustee: December 18, 2017

    C.    Date Trustee appointed: January 30, 2018

    D.    Date application to approve employment filed: February 14, 2019

    E.    Date employment approved: February 25, 2019 effective as of February 14, 2019

    F.    First date services rendered in the case: March 4, 2019

    G.    Compensation requested is under §330.

    H.    Any fees awarded will be paid by the estate.

2.    **Prior Fee Applications**

None.

3.    **Billing Information for the Trustee**

| NAME OF PROFESSIONAL | HOURLY RATE | HOURS | TOTAL |
|---|---|---:|---:|
| Gregg I. Adelman | $375.00 - $385.00 | 12.00 | $4,501.00 |
| Simi K. Baer | $370.00 - $380.00 | 62.30 | $23,075.00 |
| Lisa M. LaPenna | $220.00 - $230.00 | 15.00 | $3,327.00 |
| Deborah L. Arbuckle | $210.00 | 3.50 | $735.00 |

2

| NAME OF PROFESSIONAL | HOURLY RATE | HOURS | TOTAL |
|---|---|---|---|
| TOTAL | | 92.80 | $31,638.00 |

4. **Billing Rates**

The billing rates set forth in this Application are the normal hourly rates charged by the Applicant for the services rendered.

### Part C Billing Summary

1. The Applicant modified and revised the Association Declaration and related development agreements for the Debtor's residential development. The Applicant's invoices are attached hereto as Exhibit "A" and made a part hereof. The Verified Statement executed by Gregg I. Adelman, Esquire is attached hereto as Exhibit "B" and made a part hereof.

### Part D Expense Summary as to the Trustee

1. Applicant had expenses in the amount of $1,799.65. See, Exhibit "A".

**WHEREFORE,** the Applicant requests the entry of an Order (a) granting the relief requested herein and (b) for such other and further relief as this Court deems just.

**Respectfully Submitted,**

**KARALIS PC**

By: /s/ Robert W. Seitzer
ARIS J. KARALIS
ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
Attorneys for the Trustee

Dated: July 20, 2020

3