## EXHIBIT "A"

# Accounts Receivable by Invoice Report

| Client / Matter Number / Matter Name / Invoice Number / Date | Fees/Retainer Due | Disbursements Due | Service Charge Due | 07/01/20 07/15/20 | 06/01/20 06/30/20 | 05/01/20 05/31/20 | 04/01/20 04/30/20 | 03/31/20 and Before | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Client** 015743, 000001 | | | | | | | | | |
| *Estate of Island View Crossing II, L.P.* | | | | | | | | | |
| Trustee Representation | | | | | | | | | |
| 395677  04/11/2019 | 2,714.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,714.00 | 2,714.00 |
| 399189  06/10/2019 | 19,193.00 | 455.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 19,648.25 | 19,648.25 |
| 401994  07/11/2019 | 3,687.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,687.50 | 3,687.50 |
| 404530  08/28/2019 | 408.50 | 49.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 458.25 | 458.25 |
| 409528  11/12/2019 | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 | 150.00 |
| 415909  02/20/2020 | 5,308.50 | 1,043.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,352.05 | 6,352.05 |
| 417588  03/10/2020 | 84.50 | 236.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 320.62 | 320.62 |
| 422873  05/07/2020 | 92.00 | 14.98 | 0.00 | 0.00 | 0.00 | 106.98 | 0.00 | 0.00 | 106.98 |
| **Matter Totals** | 31,638.00 | 1,799.65 | 0.00 | 0.00 | 0.00 | 106.98 | 0.00 | 33,330.67 | 33,437.65 |
| **Client Totals** | 31,638.00 | 1,799.65 | 0.00 | 0.00 | 0.00 | 106.98 | 0.00 | 33,330.67 | 33,437.65 |
| **Report Total** | 31,638.00 | 1,799.65 | 0.00 | 0.00 | 0.00 | 106.98 | 0.00 | 33,330.67 | 33,437.65 |

Printed from RainMaker Platinum on: Wednesday, July 15, 2020 2:48:28 PM
By: Korn, Patricia A.

Page 1 of 1

Kaplin Stewart Meloff Reiter & Stein, P.C.

# KAPLIN STEWART MELOFF REITER & STEIN

PROFESSIONAL CORPORATION

**P.O. BOX 3037**
**BLUE BELL, PA 19422-3037**

**(610) 260-6000**
**FAX (610) 260-1240**

**For billing inquiries, call (610) 941-2570**
**For payment inquiries, call (610) 941-2513**

|  |  |
|---|---|
| Estate of Island View Crossing II, L.P. | April 11, 2019 |
| Kevin O'Halloran | Invoice Number   395677 |
| c/o Aris J. Karalis, Esquire | File Number      015743.000001 |
| Karalis P.C. |  |
| 1900 Spruce Street |  |
| Philadelphia PA  19103 |  |

**FOR PROFESSIONAL SERVICES RENDERED**

Re:  Trustee Representation

**INVOICE AMOUNT:**                         $2,714.00

**LEGAL SERVICES**

Through 03/31/2019

| Date | Atty | Description | Time |
|------|------|-------------|------|
| 03/04/19 | GIA | Telephone calls from/to B. Sauer regarding meeting to go over HOA docs and plan amendments. | 0.10  Hrs |
| 03/06/19 | GIA | Emails from/to B. Sauer regarding HOA doc meeting. | 0.10  Hrs |
| 03/08/19 | GIA | Email to B. Sauer regarding meeting for HOA docs. | 0.10  Hrs |
| 03/11/19 | GIA | Emails from/to B. Sauer regarding HOA docs meeting. | 0.10  Hrs |
| 03/11/19 | SKB | Review Declaration. | 1.00  Hrs |
| 03/14/19 | GIA | Attend meeting with R. Brotherton, G. Hartman and S. Kaplin Baer. | 1.50  Hrs |
| 03/14/19 | SKB | Review Declaration, Master Declaration.  Review plan. Meet with client.  Review Public Offering Statement. | 2.80  Hrs |
| 03/15/19 | SKB | Revise Declaration. | 0.90  Hrs |
| 03/18/19 | GIA | Telephone call with A. Karalis regarding retention agreement, amendment to land development and zoning. | 0.40  Hrs |
| 03/18/19 | GIA | Email to G. Hartman regarding status of zoning analysis for townhome units and timing of ZHB hearing. | 0.10  Hrs |
| 03/27/19 | GIA | Emails to/from B. Sauer, R. Brotherton and G. Hartman regarding Phase 2 changes. | 0.10  Hrs |
| 03/28/19 | GIA | Emails from G. Hartman and B. Sauer regarding no changes to Phase 2. | 0.10  Hrs |

TOTAL LEGAL SERVICES          $2,714.00

**LEGAL SERVICES SUMMARY**

| Gregg I. Adelman | 2.60  Hrs | 375.00 /hr | 975.00 |
|---|---|---|---|

Estate of Island View Crossing II, L.P.                                    Page 2
Re:   Trustee Representation                                         April 11, 2019

| Simi K. Baer | 4.70 Hrs | 370.00 /hr | 1,739.00 |
|---|---|---|---|
| | 7.30 Hrs | | $2,714.00 |

TOTAL THIS INVOICE            $2,714.00

Payments and Other Credits                              (0.00)

GRAND TOTAL DUE                                    $2,714.00

Please refer to the File Number and Bill Number shown above
when forwarding payment

Taxpayer ID Number is 23-2866254

# KAPLIN STEWART MELOFF REITER & STEIN

PROFESSIONAL CORPORATION

**P.O. BOX 3037**
**BLUE BELL, PA 19422-3037**

**(610) 260-6000**
**FAX (610) 260-1240**

**For billing inquiries, call (610) 941-2570**
**For payment inquiries, call (610) 941-2513**

Estate of Island View Crossing II, L.P.
Kevin O'Halloran
c/o Aris J. Karalis, Esquire
Karalis P.C.
1900 Spruce Street
Philadelphia PA  19103

June 10, 2019
Invoice Number   399189
File Number       015743.000001

**FOR PROFESSIONAL SERVICES RENDERED**

Re:  Trustee Representation

| | |
|---|---:|
| **INVOICE AMOUNT:** | $19,648.25 |
| **PREVIOUS BALANCE:** | $2,714.00 |
| **GRAND TOTAL DUE:** | $22,362.25 |

**LEGAL SERVICES**

Through  05/31/2019

| Date | Atty | Description | Time | |
|---|---|---|---|---|
| 04/02/19 | SKB | Revise Declaration. | 0.50 | Hrs |
| 04/03/19 | GIA | Analyze Declaration of Easement for exclusivity; Review revised Phase 1 Site Plan; Emails from/to G. Hartman, et al. regarding needed zoning relief for encroachments. | 0.30 | Hrs |
| 04/05/19 | SKB | Draft Public Offering Statement. | 1.50 | Hrs |
| 04/08/19 | DLA | Prepare Application | 1.50 | Hrs |
| 04/08/19 | GIA | Telephone call with G. Hartman regarding needed zoning relief; Email to B. Sauer and R. Brotherton regarding reducing needed zoning relief by limiting number of decks. | 0.80 | Hrs |
| 04/08/19 | GIA | Telephone calls with A. Karalis regarding Declarant and homeowner warranties; Analyze same. | 0.60 | Hrs |
| 04/08/19 | GIA | Review zoning relief plan and chart; Telephone call to G. Hartman regarding same; Review MX Ordinance regarding same. | 0.40 | Hrs |
| 04/08/19 | LML | Researched Assessment for book and page of deed into Island View Crossing II L.P.; researched land records and obtained a copy of current deed. | 0.40 | Hrs |
| 04/08/19 | SKB | Telephone call with A. Karalis.  Draft Master Declaration. | 2.50 | Hrs |
| 04/09/19 | GIA | Emails from/to G. Hartman, et al. regarding zoning relief; Review draft Zoning Application. | 0.30 | Hrs |
| 04/09/19 | GIA | Emails from/to B. Sauer regarding decks vs patios; Email to G. Hartman regarding revised zoning chart. | 0.10 | Hrs |
| 04/09/19 | SKB | Revise Declaration, Master Declaration.  Review Access Easement. | 3.00 | Hrs |

Estate of Island View Crossing II, L.P.                                                    Page 2
Re:  Trustee Representation                                                              June 10, 2019

| | | | | |
|---|---|---|---|---|
| 04/10/19 | DLA | Revise Application | 0.50 | Hrs |
| 04/10/19 | GIA | Telephone call with A. Karalis regarding DEP environmental covenant for Act 2. | 0.10 | Hrs |
| 04/10/19 | GIA | Review revised zoning plan and chart received from G. Hartman for ZHB application. | 0.10 | Hrs |
| 04/10/19 | GIA | Analyze Act 2 Environmental Covenant. | 0.10 | Hrs |
| 04/10/19 | SKB | Review correspondence environmental.  Draft Public Offering Statement. | 2.50 | Hrs |
| 04/11/19 | DLA | Finalize Application and submit to Township | 1.10 | Hrs |
| 04/11/19 | GIA | Review plans for Zoning Application; Review and revise Zoning Application. | 0.20 | Hrs |
| 04/11/19 | SKB | Attend to environmental issues. | 1.50 | Hrs |
| 04/12/19 | DLA | E-mail team with status | 0.20 | Hrs |
| 04/15/19 | GIA | Telephone call from A. Karalis regarding Environmental Covenant. | 0.10 | Hrs |
| 04/16/19 | GIA | Review and revise schedule of permits per zoning relief. | 0.30 | Hrs |
| 04/16/19 | SKB | Telephone call with C. Spinale.  Draft Public Offering Statement. | 3.00 | Hrs |
| 04/17/19 | SKB | Attend to environmental issues.  Draft deed notification. Telephone call with Penn E&R. | 3.50 | Hrs |
| 04/18/19 | SKB | Prepare correspondence to R. Brotherton regarding condo vs. planned community. | 1.80 | Hrs |
| 04/19/19 | SKB | Attend to environmental and covenant issues. | 1.10 | Hrs |
| 04/22/19 | SKB | Telephone call with C. Spinale; draft public offering statement; prepare for telephone call with Trustee. | 3.00 | Hrs |
| 04/23/19 | DLA | Contact Bristol Boro re:  hearing date | 0.10 | Hrs |
| 04/23/19 | GIA | Emails from/to G. Hartman regarding ZHB hearing. | 0.10 | Hrs |
| 04/23/19 | SKB | Revise Public Offering; prepare correspondence to Trustee. | 0.90 | Hrs |
| 04/24/19 | SKB | Revise POS Declaration. | 1.20 | Hrs |
| 04/25/19 | SKB | Revise Public Offering Statement. Prepare correspondence to R. Brotherton. | 1.50 | Hrs |
| 04/29/19 | SKB | Revise Public Offering Statement. | 0.50 | Hrs |
| 04/30/19 | SKB | Draft Public Offering Statement. | 0.80 | Hrs |
| 05/01/19 | SKB | Review correspondence, prepare correspondence, bankruptcy counsel.  Draft Bylaws.  Revise Public Offering Statement. | 1.80 | Hrs |
| 05/02/19 | SKB | Telephone call with A. Karalis, C. Spinale.  Draft listing agreement. | 1.20 | Hrs |
| 05/03/19 | SKB | Draft listing agreement. | 0.90 | Hrs |
| 05/07/19 | SKB | Review final report.  Team conference call.  Revise Public Offering Statement.  Draft Listing Agreement. | 4.50 | Hrs |
| 05/08/19 | SKB | Telephone call with R. Brotherton.  Telephone call with C. Spinale.  Attend to warranty issues.  Revise Public Offering Statement. | 2.00 | Hrs |
| 05/09/19 | SKB | Revise Builder's warranty.  Team call regarding ACT 2, vapor intrusion. | 2.00 | Hrs |
| 05/10/19 | SKB | Revise Public Offering Statement. | 1.00 | Hrs |
| 05/14/19 | SKB | Revise Public Offering Statement, Declaration, Deed notification regarding environmental and vapor intrusion. | 1.50 | Hrs |
| 05/15/19 | SKB | Revise Public Offering Statement. | 0.80 | Hrs |

Estate of Island View Crossing II, L.P.                                                                    Page 3
Re:  Trustee Representation                                                                          June 10, 2019

| | | | | |
|---|---|---|---|---|
| 05/20/19 | SKB | Finalize Public Offering Statement. | 1.50 | Hrs |
| 05/22/19 | DLA | Telephone call with zoning officer re:  notices | 0.10 | Hrs |
| 05/31/19 | GIA | Email from/to G. Hartman, et al. regarding ZHB hearing prep. | 0.10 | Hrs |

TOTAL LEGAL SERVICES        $19,193.00

**LEGAL SERVICES SUMMARY**

| | | | | |
|---|---|---|---|---|
| Gregg I. Adelman | 3.60 | Hrs | 375.00 /hr | 1,350.00 |
| Simi K. Baer | 46.00 | Hrs | 370.00 /hr | 17,020.00 |
| Lisa M. LaPenna | 0.40 | Hrs | 220.00 /hr | 88.00 |
| Deborah L. Arbuckle | 3.50 | Hrs | 210.00 /hr | 735.00 |
| | 53.50 | Hrs | | $19,193.00 |

**DISBURSEMENTS**

Through  05/31/2019

Messenger/Delivery Service

| | | | |
|---|---|---|---|
| 04/11/19 | Zoning Application-Bristol Borough | $85.00 | |
| | Messenger/Delivery Service | | 85.00 |

Zoning Application

| | | | |
|---|---|---|---|
| 04/09/19 | Bristol Borough: Zoning Appeal | $250.00 | |
| | Zoning Application | | 250.00 |

Public Records Request

| | | | |
|---|---|---|---|
| 04/08/19 | Added money to subscription for copy of Deed-Landex Remote Access | $25.00 | |
| | Public Records Request | | 25.00 |

Digital Reproduction

| | | | |
|---|---|---|---|
| 05/31/19 | Digital Reproduction | $95.25 | |
| | Digital Reproduction | | 95.25 |

TOTAL DISBURSEMENTS        $455.25

TOTAL THIS INVOICE        $19,648.25

**PREVIOUS BILLS OUTSTANDING**

| | | |
|---|---|---|
| 395677 | 04/11/19 | 2,714.00 |
| | | 2,714.00 |

Estate of Island View Crossing II, L.P.                                                                    Page 4
Re:   Trustee Representation                                                                      June 10, 2019

      Payments and Other Credits                                                              (0.00)

      Previous Balance Brought Forward                                                   $2,714.00
                                                                                       _____
      GRAND TOTAL DUE                                                                 $22,362.25

Please refer to the File Number and Bill Number shown above
when forwarding payment

Taxpayer ID Number is 23-2866254

# KAPLIN STEWART MELOFF REITER & STEIN

PROFESSIONAL CORPORATION

**P.O. BOX 3037**
**BLUE BELL, PA 19422-3037**

**(610) 260-6000**
**FAX (610) 260-1240**

**For billing inquiries, call (610) 941-2570**
**For payment inquiries, call (610) 941-2513**

July 11, 2019
Invoice Number   401994
File Number      015743.000001

Estate of Island View Crossing II, L.P.
Kevin O'Halloran
c/o Aris J. Karalis, Esquire
Karalis P.C.
1900 Spruce Street
Philadelphia PA  19103

**FOR PROFESSIONAL SERVICES RENDERED**

Re:  Trustee Representation

| | |
|---|---|
| **INVOICE AMOUNT:** | $3,687.50 |
| **PREVIOUS BALANCE:** | $22,362.25 |
| **GRAND TOTAL DUE:** | $26,049.75 |

**LEGAL SERVICES**

Through  06/30/2019

| Date | Atty | Description | Time | |
|---|---|---|---|---|
| 06/03/19 | GIA | Email to B. Sauer, R. Brotherton and G. Hartman regarding ZHB hearing prep call. | 0.10 | Hrs |
| 06/03/19 | GIA | Prepare ZHB testimony for hearing; Review Zoning Application and Ordinance regarding same; Email draft ZHB testimony to B. Sauer, R. Brotherton and G. Hartman. | 1.40 | Hrs |
| 06/04/19 | GIA | Telephone call with B. Sauer and G. Hartman regarding ZHB hearing preparation for variances. | 0.40 | Hrs |
| 06/05/19 | GIA | Telephone call with B. Sauer regarding McGrath attending ZHB hearing. | 0.10 | Hrs |
| 06/05/19 | GIA | Attend ZHB hearing regarding dimensional variances. | 2.50 | Hrs |
| 06/07/19 | GIA | Review prior HOP condition statement; Email to G. Hartman regarding same and excluded HOP work. | 0.20 | Hrs |
| 06/12/19 | GIA | Telephone calls from/to J. McGrath regarding PennDOT HOP work. | 0.20 | Hrs |
| 06/12/19 | SKB | Review correspondence from C. Spinale.  Review Public Offering Statement. | 0.40 | Hrs |
| 06/13/19 | SKB | Telephone call K. O'Halloran. Telephone call C. Spinale. Telephone call Real Estate agent re: Agreement of Sale. | 2.30 | Hrs |
| 06/17/19 | SKB | Telephone call with C. Spinale. Review revised AOS. | 0.80 | Hrs |
| 06/24/19 | SKB | Revise Public Offering Statement and Agreement of Sale. | 1.50 | Hrs |

| | |
|---|---|
| TOTAL LEGAL SERVICES | $3,687.50 |

Estate of Island View Crossing II, L.P.

Page 2

Re:   Trustee Representation

July 11, 2019

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| Gregg I. Adelman | 4.90  Hrs | 375.00 /hr | 1,837.50 |
| Simi K. Baer | 5.00  Hrs | 370.00 /hr | 1,850.00 |
| | 9.90  Hrs | | $3,687.50 |

TOTAL THIS INVOICE            $3,687.50

**PREVIOUS BILLS OUTSTANDING**

| | | |
|---|---|---|
| 395677 | 04/11/19 | 2,714.00 |
| 399189 | 06/10/19 | 19,648.25 |
| | | 22,362.25 |

Payments and Other Credits                                    (0.00)

Previous Balance Brought Forward                      $22,362.25

GRAND TOTAL DUE                                              $26,049.75

Please refer to the File Number and Bill Number shown above
when forwarding payment

Taxpayer ID Number is 23-2866254

# KAPLIN STEWART MELOFF REITER & STEIN

PROFESSIONAL CORPORATION

**P.O. BOX 3037**
**BLUE BELL, PA 19422-3037**

**(610) 260-6000**
**FAX (610) 260-1240**

**For billing inquiries, call (610) 941-2570**
**For payment inquiries, call (610) 941-2513**

|  |  |  |
|---|---|---|
| Estate of Island View Crossing II, L.P. | August 28, 2019 | |
| Kevin O'Halloran | Invoice Number | 404530 |
| c/o Aris J. Karalis, Esquire | File Number | 015743.000001 |
| Karalis P.C. | | |
| 1900 Spruce Street | | |
| Philadelphia PA  19103 | | |

**FOR PROFESSIONAL SERVICES RENDERED**

Re:  Trustee Representation

| | |
|---|---|
| **INVOICE AMOUNT:** | $458.25 |
| **PREVIOUS BALANCE:** | $26,049.75 |
| **GRAND TOTAL DUE:** | $26,508.00 |

## LEGAL SERVICES

Through  08/28/2019

| Date | Atty | Description | Time | |
|---|---|---|---|---|
| 07/02/19 | GIA | Review Written Decision of ZHB approving variances. | 0.20 | Hrs |
| 07/08/19 | GIA | Emails from/to G. Hartman regarding ZHB decision wording on 13.7 foot encroachment. | 0.10 | Hrs |
| 07/15/19 | SKB | Review revised Agreement of Sale, marketing brochure. | 0.30 | Hrs |
| 07/16/19 | SKB | Review correspondence from C. Spinale. | **0.50** | **Hrs** |

TOTAL LEGAL SERVICES          $408.50

**LEGAL SERVICES SUMMARY**

| | | | | |
|---|---|---|---|---|
| Gregg I. Adelman | 0.30 | Hrs | 375.00 /hr | 112.50 |
| Simi K. Baer | 0.80 | Hrs | 370.00 /hr | 296.00 |
| | 1.10 | Hrs | | $408.50 |

## DISBURSEMENTS

Through  08/28/2019

Digital Reproduction

| | | | |
|---|---|---|---|
| 08/28/19 | Digital Reproduction | $49.75 | |
| | Digital Reproduction | | 49.75 |

Estate of Island View Crossing II, L.P.                                                          Page 2
Re:  Trustee Representation                                                           August 28, 2019

|  | TOTAL DISBURSEMENTS | $49.75 |
|---|---|---|
|  | TOTAL THIS INVOICE | $458.25 |

**PREVIOUS BILLS OUTSTANDING**

| 395677 | 04/11/19 | 2,714.00 |
|---|---|---|
| 399189 | 06/10/19 | 19,648.25 |
| 401994 | 07/11/19 | 3,687.50 |
|  |  | 26,049.75 |

| Payments and Other Credits | (0.00) |
|---|---|
| Previous Balance Brought Forward | $26,049.75 |
| GRAND TOTAL DUE | $26,508.00 |

Please refer to the File Number and Bill Number shown above
when forwarding payment

Taxpayer ID Number is 23-2866254

# KAPLIN STEWART MELOFF REITER & STEIN

PROFESSIONAL CORPORATION

**P.O. BOX 3037**
**BLUE BELL, PA 19422-3037**

**(610) 260-6000**
**FAX (610) 260-1240**

**For billing inquiries, call (610) 941-2570**
**For payment inquiries, call (610) 941-2513**

Estate of Island View Crossing II, L.P.
Kevin O'Halloran
c/o Aris J. Karalis, Esquire
Karalis P.C.
1900 Spruce Street
Philadelphia PA  19103

November 12, 2019
Invoice Number    409528
File Number      015743.000001

## FOR PROFESSIONAL SERVICES RENDERED

Re:  Trustee Representation

| | |
|---|---|
| **INVOICE AMOUNT:** | $150.00 |
| **PREVIOUS BALANCE:** | $26,508.00 |
| **GRAND TOTAL DUE:** | $26,658.00 |

## LEGAL SERVICES

Through  10/31/2019

| Date | Atty | Description | Time |
|---|---|---|---|
| 10/30/19 | GIA | Emails from/to A. Karalis regarding status of Environmental Covenant. | 0.10  Hrs |
| 10/30/19 | GIA | Review DEP letter approving Act 2 revised Remediation Plan; Review draft Environmental Covenant. | 0.30  Hrs |

TOTAL LEGAL SERVICES      $150.00

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| Gregg I. Adelman | 0.40  Hrs | 375.00 /hr | 150.00 |
| | 0.40  Hrs | | $150.00 |

TOTAL THIS INVOICE      $150.00

## PREVIOUS BILLS OUTSTANDING

| | | |
|---|---|---|
| 395677 | 04/11/19 | 2,714.00 |
| 399189 | 06/10/19 | 19,648.25 |
| 401994 | 07/11/19 | 3,687.50 |

Estate of Island View Crossing II, L.P.                                                      Page 2
Re:  Trustee Representation                                                      November 12, 2019

|  |  |  |  |
|---|---|---|---|
| 404530 | 08/28/19 | 458.25 |  |
|  |  | 26,508.00 |  |

Payments and Other Credits                                                      (0.00)

Previous Balance Brought Forward                                          $26,508.00

GRAND TOTAL DUE                                                          $26,658.00

Please refer to the File Number and Bill Number shown above
when forwarding payment

Taxpayer ID Number is 23-2866254

# KAPLIN STEWART MELOFF REITER & STEIN

PROFESSIONAL CORPORATION

**P.O. BOX 3037**
**BLUE BELL, PA 19422-3037**

**(610) 260-6000**
**FAX (610) 260-1240**

For billing inquiries, call (610) 941-2570
For payment inquiries, call (610) 941-2513

Estate of Island View Crossing II, L.P.
Kevin O'Halloran
c/o Aris J. Karalis, Esquire
Karalis P.C.
1900 Spruce Street
Philadelphia PA  19103

February 20, 2020
Invoice Number    415909
File Number        015743.000001

### FOR PROFESSIONAL SERVICES RENDERED

Re:  Trustee Representation

| | |
|---|---|
| **INVOICE AMOUNT:** | $6,352.05 |
| **PREVIOUS BALANCE:** | $26,658.00 |
| **GRAND TOTAL DUE:** | $33,010.05 |

### LEGAL SERVICES

Through  01/31/2020

| Date | Atty | Description | Time |
|---|---|---|---|
| 11/27/19 | GIA | Review email from A. Karalis regarding EC from DEP and HOA docs. | 0.10  Hrs |
| 12/02/19 | LML | Reviewed emails between Simi Kaplin Baer and Aris J. Karalis, Esquire re: incorporation of Townhomes at Radcliffe Court on the Delaware Community Association; began to fill in Articles of Incorporation and Docketing Statement; emails to and from Simi Kaplin Baer re: above. | 0.50  Hrs |
| 12/02/19 | SKB | Review environmental covenant. | 0.80  Hrs |
| 12/04/19 | LML | Reviewed emails between Simi Kaplin Baer and Aris J. Karalis, Esq. and Ralph Brotherton re: incorporation of Townhomes at Radcliffe Court on the Delaware Community Association; emails to and from Simi Kaplin Baer re: incorporation; searched for company name on PA Corporation Bureau's website and it is available; telephone call to PA Corporation Bureau and average filing time is 4 business days; completed Articles of Incorporation and Docketing Statement; email to Aris Karalis, Ralph Brotherton, Kevin O'Halloran, and Camille Spinale re: incorporation documents and EIN; emails to and from Esquire Assist re: filing Articles of Incorporation. | 0.70  Hrs |
| 12/04/19 | SKB | Attend to association issues. | 0.50  Hrs |
| 12/05/19 | LML | Emails from and to Esquire Assist re: filed Articles of Townhomes at Radcliffe Court on the Delaware Community Association and legal advertising; draft EIN Authorization form; email to Aris Karalis, Ralph Brotherton, Kevin | 1.00  Hrs |

Estate of Island View Crossing II, L.P.

Re:  Trustee Representation

Page 2

February 20, 2020

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | O'Halloran, and Camille Spinale re: filed Articles and information needed to obtain EIN; email to M. Burr Keim re: seal. |  |  |
| 12/09/19 | LML | Telephone calls from Ralph Brotherton re: Townhomes at Radcliffe Court on the Delaware Community Association and EIN; emails to and from Simi Kaplin Baer re: "The" missing from incorporation; telephone call to Secretary of State of PA re: correcting name of corporation; emails to and from Esquire Assist re: advertising; completed Statement of Correction and Docketing Statement-Changes; email to Aris Karalis, Ralph Brotherton, Camille Spinale, and Kevin O'Halloran re: statement of correction. | 1.10 | Hrs |
| 12/10/19 | LML | Telephone call from Ralph Brotherton re: correction to Townhomes at Radcliffe Court; emails from and to Camille Spinale re: statement of correction; emails from and to Esquire Assist re: legal advertising on hold; efiled statement of correction; revised authorization for third party designee and emailed to Kevin O'Halloran. | 0.80 | Hrs |
| 12/16/19 | LML | Reviewed Environmental Covenant and drafted cover sheet; telephone calls to Recorder of Deeds and Assessment re: covenant; began to erecord covenant; email to Simi Kaplin Baer re: grantor. | 0.60 | Hrs |
| 12/16/19 | SKB | Attend to issues related to environmental covenant. | 1.10 | Hrs |
| 12/17/19 | LML | Emails from and to Simi Kaplin Baer re: covenant; revised covenant; finished to erecord covenant; email to Aris Karalis enclosing recorded covenant. | 0.90 | Hrs |
| 12/17/19 | SKB | Telephone call with A. Karalis.  Finalize Declaration. | 1.00 | Hrs |
| 12/18/19 | LML | Obtained filed copy of Statement of Correction from the state; email to Esquire Assist re: advertising of entity; email to Aris Karalis, Ralph Brotherton, Camille Spinale, and Kevin O'Halloran re: Statement of Correction.; received original Application for EIN Authorization for Third Party Designee; email to and telephone call from M. Burr Keim  re: new seal insert. | 0.80 | Hrs |
| 12/19/19 | LML | Reviewed Master Association Declaration, draft cover sheet, erecorded Master Association Declaration and obtained recorded printout; telephone calls to Bucks County Recorder of Deeds re: Master Association Declaration; email to Aris Karalis, Ralph Brotherton, and Kevin O'Halloran re: recorded Master Association Declaration; reviewed Declaration of Planned Community and filled in the blanks on the first page, draft cover sheet; email to Simi Kaplin Baer, Esquire re: Declaration of Planned Community. | 1.30 | Hrs |
| 12/20/19 | LML | Telephone call to and email to Simi Kaplin Baer, Esquire re: acreage for Declaration and parcels; email to and telephone call to Camille Spinale re: acreage for Declaration; telephone call to Aris Karalis re: acreage for Declaration; draft email to Assessment for parcel numbers under the declaration; emails from and to Esquire Assist re: legal advertising. | 1.20 | Hrs |
| 12/26/19 | LML | Emails from and to Aris Karalis  Re: Declaration; revised first page of Declaration; email to Simi Kaplin Baer, Esquire re: Declaration and Master Declaration; attempted to request EIN online but name of entity was too long; completed Application for EIN form; draft email to Kevin O'Halloran re: Application for EIN for signature. | 1.30 | Hrs |

Estate of Island View Crossing II, L.P.                                                                          Page 3
Re:  Trustee Representation                                                                           February 20, 2020

| | | | | |
|---|---|---|---|---|
| 12/27/19 | LML | Telephone calls to and from Bucks County Recorder of Deeds and Board of Assessment re: Master Declaration and Declaration; searched master parcel number and obtained printout of all recordings; erecorded Declaration and obtained recorded copy; email to Assessment re: parcels created under Declaration; email to interested parties re: recorded Declaration; email from Kevin O'Halloran re: executed EIN Application and faxed to the Internal Revenue Service. | 1.50 | Hrs |
| 12/31/19 | LML | Email to Simi Kaplin Baer re: 73 parcels numbers already created. | 0.20 | Hrs |
| 01/01/20 | SKB | Attend to Parcel Declaration, tax parcel issues. | 1.00 | Hrs |
| 01/02/20 | LML | Met with Simi Kaplin Baer re: parcels created under the Master Declaration and the Declaration; emails to and from Assessment re: tax parcel numbers for Master Declaration and Declaration; email to Simi Kaplin Baer re: tax parcels under Master Declaration. | 0.80 | Hrs |
| 01/02/20 | SKB | Attend to tax parcel issues. | 0.80 | Hrs |
| 01/03/20 | LML | Emails from and to Simi Kaplin Baer re: tax parcels under Master Declaration; emails to Assessment re: unit 2 on master declaration; email to Aris Karalis, etc. re: 73 parcels issued for master unit 1 townhomes. | 0.30 | Hrs |
| 01/03/20 | SKB | Attend to tax parcel issues. | 0.60 | Hrs |
| 01/17/20 | LML | Emails to and from Aris Karalis re: original declarations, etc.; telephone call to and faxed application twice to Internal Revenue Service re: EIN; draft letter to Aris J. Karalis, Esquire enclosing original Environmental Covenant, Master Association Declaration, and Declaration of The Townhomes at Radcliffe Court. | 0.80 | Hrs |
| 01/21/20 | LML | Emails from and to Camille Spinale re: recorded Environmental Covenant and Master Association Declaration; email to interested parties with employer identification number for The Townhomes at Radcliffe Court on the Delaware Community Association. | 0.20 | Hrs |

TOTAL LEGAL SERVICES        $5,308.50

**LEGAL SERVICES SUMMARY**

| | | | | |
|---|---|---|---|---|
| Gregg I. Adelman | 0.10 | Hrs | 375.00 /hr | 37.50 |
| Simi K. Baer | 3.40 | Hrs | 370.00 /hr | 1,258.00 |
| Simi K. Baer | 2.40 | Hrs | 380.00 /hr | 912.00 |
| Lisa M. LaPenna | 11.90 | Hrs | 220.00 /hr | 2,618.00 |
| Lisa M. LaPenna | 2.10 | Hrs | 230.00 /hr | 483.00 |
| | 19.90 | Hrs | | $5,308.50 |

**DISBURSEMENTS**

Through  01/31/2020

Corporate Services

Estate of Island View Crossing II, L.P.                                               Page 4
Re:  Trustee Representation                                                   February 20, 2020

| | | | | |
|---|---|---|---|---|
| 01/31/20 | Corporate Services | | $429.78 | |
| | | Corporate Services | | 429.78 |

Federal Express

| | | | | |
|---|---|---|---|---|
| 01/31/20 | Federal Express | | $15.27 | |
| | | Federal Express | | 15.27 |

Recording Fees

| | | | | |
|---|---|---|---|---|
| 12/17/19 | Simplifile-Environmental Covenant | | $117.75 | |
| 12/19/19 | Simplifile-Master Declaration | | $193.75 | |
| 12/27/19 | Simplifile-Declaration-The Townhomes at Radcliffe Court | | $285.75 | |
| | | Recording Fees | | 597.25 |

Digital Reproduction

| | | | | |
|---|---|---|---|---|
| 01/31/20 | Digital Reproduction | | $1.25 | |
| | | Digital Reproduction | | 1.25 |

|  |  |
|---|---|
| TOTAL DISBURSEMENTS | $1,043.55 |
| TOTAL THIS INVOICE | $6,352.05 |

**PREVIOUS BILLS OUTSTANDING**

| | | |
|---|---|---|
| 395677 | 04/11/19 | 2,714.00 |
| 399189 | 06/10/19 | 19,648.25 |
| 401994 | 07/11/19 | 3,687.50 |
| 404530 | 08/28/19 | 458.25 |
| 409528 | 11/12/19 | 150.00 |
| | | 26,658.00 |

| | |
|---|---|
| Payments and Other Credits | (0.00) |
| Previous Balance Brought Forward | $26,658.00 |
| GRAND TOTAL DUE | $33,010.05 |

Please refer to the File Number and Bill Number shown above
when forwarding payment

Taxpayer ID Number is 23-2866254

# KAPLIN STEWART MELOFF REITER & STEIN

PROFESSIONAL CORPORATION

**P.O. BOX 3037**
**BLUE BELL, PA 19422-3037**

**(610) 260-6000**
**FAX (610) 260-1240**

**For billing inquiries, call (610) 941-2570**
**For payment inquiries, call (610) 941-2513**

Estate of Island View Crossing II, L.P.
Kevin O'Halloran
c/o Aris J. Karalis, Esquire
Karalis P.C.
1900 Spruce Street
Philadelphia PA  19103

March 10, 2020
Invoice Number    417588
File Number    015743.000001

**FOR PROFESSIONAL SERVICES RENDERED**

Re:  Trustee Representation

| | |
|---|---|
| **INVOICE AMOUNT:** | $320.62 |
| **PREVIOUS BALANCE:** | $33,010.05 |
| **GRAND TOTAL DUE:** | $33,330.67 |

## LEGAL SERVICES

Through 02/29/2020

| Date | Atty | Description | Time |
|---|---|---|---|
| 02/03/20 | LML | Emails from and to Esquire Assist re: proofs of publication; email to Aris Karalis, et al re: proofs of publication. | 0.20  Hrs |
| 02/04/20 | GIA | Emails from/to B. Sauer regarding cross-easements. | 0.10  Hrs |

|  | TOTAL LEGAL SERVICES | $84.50 |
|---|---|---|

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| Gregg I. Adelman | 0.10  Hrs | 385.00 /hr | 38.50 |
| Lisa M. LaPenna | 0.20  Hrs | 230.00 /hr | 46.00 |
| | 0.30  Hrs | | $84.50 |

## DISBURSEMENTS

Through 02/29/2020

Corporate Services

| | | | |
|---|---|---|---|
| 02/29/20 | Corporate Services | | $236.12 |
| | Corporate Services | 236.12 | |

|  | TOTAL DISBURSEMENTS | $236.12 |
|---|---|---|

Estate of Island View Crossing II, L.P.                                                    Page 2
Re:  Trustee Representation                                                      March 10, 2020

TOTAL THIS INVOICE                    $320.62

**PREVIOUS BILLS OUTSTANDING**

| | | |
|---|---|---|
| 395677 | 04/11/19 | 2,714.00 |
| 399189 | 06/10/19 | 19,648.25 |
| 401994 | 07/11/19 | 3,687.50 |
| 404530 | 08/28/19 | 458.25 |
| 409528 | 11/12/19 | 150.00 |
| 415909 | 02/20/20 | 6,352.05 |
| | | 33,010.05 |

Payments and Other Credits                                              (0.00)

Previous Balance Brought Forward                                  $33,010.05

GRAND TOTAL DUE                                                        $33,330.67

Please refer to the File Number and Bill Number shown above
when forwarding payment

Taxpayer ID Number is 23-2866254

# KAPLIN STEWART MELOFF REITER & STEIN

PROFESSIONAL CORPORATION

**P.O. BOX 3037**
**BLUE BELL, PA 19422-3037**

**(610) 260-6000**
**FAX (610) 260-1240**

**For billing inquiries, call (610) 941-2570**
**For payment inquiries, call (610) 941-2513**

Estate of Island View Crossing II, L.P.
Kevin O'Halloran
c/o Aris J. Karalis, Esquire
Karalis P.C.
1900 Spruce Street
Philadelphia PA  19103

May 7, 2020
Invoice Number    422873
File Number        015743.000001

### FOR PROFESSIONAL SERVICES RENDERED

Re:  Trustee Representation

| | |
|---|---|
| **INVOICE AMOUNT:** | $106.98 |
| **PREVIOUS BALANCE:** | $33,330.67 |
| **GRAND TOTAL DUE:** | $33,437.65 |

### LEGAL SERVICES

Through  04/30/2020

| Date | Atty | Description | Time |
|---|---|---|---|
| 03/11/20 | LML | Emails from and to Ralph Brotherton re: EIN. | 0.30  Hrs |
| 04/14/20 | LML | Emails from and to Ralph Brotherton re: EIN. | 0.10  Hrs |

TOTAL LEGAL SERVICES    $92.00

### LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| Lisa M. LaPenna | 0.40  Hrs | 230.00 /hr | 92.00 |
| | 0.40  Hrs | | $92.00 |

### DISBURSEMENTS

Through  04/30/2020

Federal Express

| | | |
|---|---|---|
| 02/27/20 | Federal Express sent to: Island View Crossing II, LP | $14.98 |
| | Federal Express | 14.98 |

TOTAL DISBURSEMENTS    $14.98

TOTAL THIS INVOICE    $106.98

Estate of Island View Crossing II, L.P.

Page 2

Re:  Trustee Representation

May 7, 2020

**PREVIOUS BILLS OUTSTANDING**

| | | |
|---|---|---:|
| 395677 | 04/11/19 | 2,714.00 |
| 399189 | 06/10/19 | 19,648.25 |
| 401994 | 07/11/19 | 3,687.50 |
| 404530 | 08/28/19 | 458.25 |
| 409528 | 11/12/19 | 150.00 |
| 415909 | 02/20/20 | 6,352.05 |
| 417588 | 03/10/20 | 320.62 |
| | | 33,330.67 |

Payments and Other Credits                                    (0.00)

Previous Balance Brought Forward                      $33,330.67

GRAND TOTAL DUE                                         $33,437.65

Please refer to the File Number and Bill Number shown above
when forwarding payment

Taxpayer ID Number is 23-2866254