# **EXHIBIT "B"**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| ISLAND VIEW CROSSING II, L.P. | : | BANKRUPTCY NO. 17-14454(ELF) |
| | : | |
| Debtor | : | |
| | : | |

## VERIFIED STATEMENT

The undersigned hereby swears and affirms pursuant to 28 U.S.C. § 1746 that the following information is true and correct to the best of his knowledge, information and belief:

1. I am a principal of Kaplin Stewart Meloff Reiter & Stein, PC, the Applicant named in the First Interim Fee Application of Kaplin Stewart Meloff Reiter & Stein, PC, Special Counsel for the Chapter 11 Trustee, For the Period February 14, 2019 through June 30, 2020; that the facts set forth therein are true and correct; that my firm has no agreement directly or indirectly, and no understanding exists in any form or guise with any person for a division of the compensation herein requested.

2. I declare under the penalty of perjury that the foregoing is true and correct.

By: _/s/ Gregg I. Adelman_
Gregg I. Adelman

Dated: July 17, 2020

6523997v1