IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| ISLAND VIEW CROSSING II, L.P. | : | BANKRUPTCY NO. 17-14454(ELF) |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

**AND NOW,** upon consideration of the First Interim Fee Application of Kaplin Stewart Meloff Reiter & Stein, PC (the "Applicant"), Special Counsel for the Chapter 11 Trustee, For the Period February 14, 2019 through June 30, 2020 (the "Application"), and after notice, it is hereby **ORDERED** that:

1. The Application is **APPROVED**.

2. The Applicant is allowed compensation from Kevin O'Halloran, solely in his capacity as the Chapter 11 Trustee (the "Trustee") for the estate of Island View Crossing II, L.P., in the amount of $31,638.00 for services rendered and $1,799.65 for reimbursement of expenses, for a total of $33,437.65, for the period February 14, 2019 through June 30, 2020.

3. The Trustee is authorized to pay the Applicant the compensation allowed herein.

**BY THE COURT:**

Dated: _____    _____
ERIC L. FRANK,
UNITED STATES BANKRUPTCY JUDGE