IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : CHAPTER 11 |
| | : |
| ISLAND VIEW CROSSING II, L.P. | : BANKRUPTCY NO. 17-14454(ELF) |
| | : |
| Debtor | : |
| | : |

### NOTICE OF FIRST INTERIM FEE APPLICATION OF KAPLIN STEWART MELOFF REITER & STEIN, PC, SPECIAL COUNSEL FOR THE CHAPTER 11 TRUSTEE, FOR THE PERIOD FEBRUARY 14, 2019 THROUGH JUNE 30, 2020

1. A First Interim Fee Application has been filed by Kaplin Stewart Meloff Reiter & Stein, PC (the "Applicant") as special counsel for Kevin O'Halloran, in his capacity as the Chapter 11 Trustee (the "Trustee") for the estate of Island View Crossing II, L.P., requesting compensation from the Trustee in the amount of $31,638.00 for services rendered and $1,799.65 for reimbursement of expenses, for a total of $33,437.65, for the period February 14, 2019 through June 30, 2020.

2. Effective as of February 14, 2019, the Applicant was employed by the Trustee as his special counsel.

3. The Applicant has made no previous application for compensation.

4. The Debtor, any creditor or party in interest may file an answer, objection or other responsive pleading with the Clerk of the United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, PA 19107 and serve a copy on counsel whose name and address appears below on or before fourteen (14) days from the date of this Notice.

5. The Debtor, any creditor or party in interest may request a hearing in writing stating the reasons why a hearing is necessary. Such a request should be filed and served as provided in the preceding paragraph.

6. In the absence of any of the foregoing answer, objection, responsive pleading or request for a hearing, counsel shall certify to the Court the absence of such filing.

**KARALIS PC**

By: /s/ Robert W. Seitzer
ARIS J. KARALIS
ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
Attorneys for the Trustee

Dated: July 20, 2020