IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| ISLAND VIEW CROSSING II, L.P. | : | BANKRUPTCY NO. 17-14454(ELF) |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Robert W. Seitzer, Esquire, hereby certify that a copy of the Notice of the First Interim Fee Application of Kaplin Stewart Meloff Reiter & Stein, PC, Special Counsel for the Chapter 11 Trustee, For the Period February 14, 2019 through June 30, 2020 was served on July 20, 2020 upon the parties on the attached list in the manner indicated thereon.

KARALIS PC

By:  /s/ Robert W. Seitzer
     ROBERT W. SEITZER
     Attorneys for the Trustee

Dated: July 20, 2020

**VIA U.S. FIRST CLASS MAIL**

Internal Revenue Service
Attn: Anna Maria, Bankruptcy Specialist
600 Arch Street
Philadelphia, PA 19106-1611

Pennsylvania Department of Revenue
Dept. 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128-0946

Department of Labor & Industry
Office of Chief Counsel
UC Division
651 Boas Street, 10th Floor
Harrisburg, PA 17121-0751

Alesia Conner
508 Washington Crossing Road
Newtown, PA 18940

Americorp Homes, Inc.
476 West Street Road
Warminster, PA 18974

Americorp Homes, Inc.
1 South State Street
Newtown, PA 18940

Americorp Realty LLC
1 South State Street
Newtown, PA 18940

Anthony A. Horwath
1045 Essex Drive
Bensalem, PA 19020

Aqua Pennsylvania
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

Benjamin A. Mastridge, Sr.
4926 Knable Lane
Feasterville Trevose, PA 19053

Cutting Edge
1413 Reiner Road
Norristown, PA 19403

E.R. Corridon Plumbing
3213 Steele Avenue
Bristol, PA 19007

East Coast Kitchen and Bath
1545 Route 73
Pennsauken NJ 08110

Ebert Engineering
4092 Skippack Pike, Suite 202
Skippack, PA 19474

Frank Del Grasso
15060 Sunflower Drive
Philadelphia, PA 19116

Island View Properties, Inc.
One South State Street
Newtown, PA 18940

Jane Q. Bridge
1509 Esther Lane
Yardley PA 19067

Jason & Sarah Hernandez
703 Belardley Avenue
Bristol, PA 19007

Joe Silva
49 Mistletoe Lane
Levittown, PA 19054

John R. Diaz & Estate of Dawn L. O'Neil
601 West Palmer Avenue
Marcus Hook, PA 19061

Joseph & Phyllis Silva
49 Mistletoe Lane
Levittown, PA 19054

Judy Schmitt
369 Cedar Waxwing Drive
Warrington, PA 18976

Kershbaumer Stairs
120 Winding Lane
Newtown, PA 18940

Marco Sprinklers
320 Commerce Drive
Exton, PA 19341

Michael Antolino Construction
1082 Taylorsville Road, Suite 103
NV 89770

Peter & Jane Bridge
1509 Esther Lane
Morrisville, PA 19067

Renato J. Gualtieri
1628 Carlene Court
Langhorne, PA 19047

Revolution Recovery
7333 Milnor Street
Philadelphia, PA 19136

Smith HVAC
404 E. Pennsylvania Blvd, Fl. 2
Feasterville Trevose, PA 19053-7847

| | | |
|---|---|---|
| Snyder Landscaping<br>295 East Street Road<br>Warminster, PA 18974 | Tur Ka Painting<br>28 Ring Lane<br>Levittown, PA 19055 | United States Insulation<br>PO Box 421<br>Uwchland, PA 19480 |
| Waldner Doors<br>106 Samantha Lane<br>Lansdale, PA 19446 | Americorp Construction, Inc.<br>1 South State Street<br>Newtown, PA 18940 | Dorchester Capital<br>1111 Street Road, Suite 202<br>Southampton, PA 18966 |
| Joseph Ferry, Esq<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102 | MJ Carpentry<br>312 Oxford Valley Road, Suite A<br>Fairless Hills, PA 19030 | United States Plumbing<br>PO Box 476<br>Glen Mills, PA 19342 |