**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re Island View Crossing II, LP

Case No. 17-14454
Reporting Period: SEPTEMBER 2020

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | yes | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | yes | | |
|    Schedule of Professional Fees Paid | MOR-1b | yes | | |
|    Copies of bank statements | | yes | | |
|    Cash disbursements journals | | yes | | |
| Statement of Operations | MOR-2 | yes | | |
| Balance Sheet | MOR-3 | yes | | |
| Status of Postpetition Taxes | MOR-4 | yes | | |
|    Copies of IRS Form 6123 or payment receipt | | N/A | | |
|    Copies of tax returns filed during reporting period | | N/A | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | yes | | |
|    Listing of aged accounts payable | MOR-4 | yes | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | yes | | |
| Debtor Questionnaire | MOR-5 | yes | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

/s/ Kevin O'Halloran                         October 20, 2020
Signature of Chapter 11 Trustee              Date

Kevin O'Halloran                             Chapter 11 Trustee
Printed Name of Chapter 11 Trustee           Title of Authorized Individual

On January 30, 2018, the United States Trustee for Region 3 filed its Report of
Undisputed Election which provided, *inter alia*, that the Trustee (Kevin O'Halloran)
was elected to serve as the trustee in this bankruptcy proceeding.

**COUNSEL TO THE CHAPTER 11 TRUSTEE**
Aris J. Karalis, Esq.
Karalis P.C.
1900 Spruce Street
Philadelphia, PA  19103

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re Island View Crossing II, LP
Debtor

Case No. 17-14454
Reporting Period: **SEPTEMBER 2020**

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.   The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.   The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.   A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| | OPER. | PAYROLL | SALES ESCROW | N/A | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | 662,804.96 | 368.20 | 278,446.40 | 0.00 | 941,619.56 | 0.00 | 83.40 | 0.00 |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ACCOUNTS RECEIVABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LOANS AND ADVANCES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,862,376.96 | 0.00 |
| ESCROW DEPOSITS (Restricted) | 0.00 | 0.00 | -31,803.82 | 0.00 | -31,803.82 | 0.00 | 104,599.00 | 0.00 |
| SALE OF ASSETS (Net Proceeds) | 878,748.97 | 0.00 | 102,861.82 | 0.00 | 981,610.79 | 0.00 | 2,858,192.35 | 0.00 |
| OTHER | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 765.65 | 0.00 |
| TRANSFERS (FROM DIP ACCTS) | 0.00 | 10,400.00 | 0.00 | 0.00 | 10,400.00 | 0.00 | 174,265.03 | 0.00 |
| Contrib. from Non-Debtor Affiliate | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 0.00 |
| **TOTAL RECEIPTS** | **878,748.97** | **10,400.00** | **71,058.00** | **0.00** | **960,206.97** | **0.00** | **8,000,298.99** | **0.00** |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | 0.00 | 5,968.95 | 0.00 | 0.00 | 5,968.95 | 0.00 | 114,147.66 | 0.00 |
| PAYROLL TAXES | 0.00 | 2,308.28 | 0.00 | 0.00 | 2,308.28 | 0.00 | 54,802.62 | 0.00 |
| SALES, USE, RE & OTHER TAXES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 207,091.68 | 0.00 |
| CONSTRUCTION & SITE IMPROVE | 201,586.60 | 0.00 | 0.00 | 0.00 | 201,586.60 | 0.00 | 3,842,737.57 | 0.00 |
| SECURED/ LEASES | 117,000.00 | 0.00 | 0.00 | 0.00 | 117,000.00 | 0.00 | 468,000.00 | 0.00 |
| INSURANCE | 42,835.82 | 0.00 | 0.00 | 0.00 | 42,835.82 | 0.00 | 180,205.39 | 0.00 |
| ADMINISTRATIVE | 76,058.22 | 96.75 | 0.00 | 0.00 | 76,154.97 | 0.00 | 1,118,914.99 | 0.00 |
| SELLING | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HOMEOWNERS ASSOCIATION EXP | 9,948.47 | 0.00 | 0.00 | 0.00 | 9,948.47 | 0.00 | 24,728.01 | 0.00 |
| OTHER (ATTACH LIST) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OWNER DRAW * | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TRANSFERS (TO DIP ACCTS) | 10,400.00 | 0.00 | 0.00 | 0.00 | 10,400.00 | 0.00 | 174,265.03 | 0.00 |
| PROFESSIONAL FEES | 81,500.00 | 0.00 | 0.00 | 0.00 | 81,500.00 | 0.00 | 406,500.00 | 0.00 |
| U.S. TRUSTEE QUARTERLY FEES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 54,866.00 | 0.00 |
| COURT COSTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | **539,329.11** | **8,373.98** | **0.00** | **0.00** | **547,703.09** | **0.00** | **6,646,258.95** | **0.00** |
| NET CASH FLOW | 339,419.86 | 2,026.02 | 71,058.00 | 0.00 | 412,503.88 | 0.00 | 1,354,040.04 | 0.00 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| **CASH - END OF MONTH** | **1,002,224.82** | **2,394.22** | **349,504.40** | **0.00** | **1,354,123.44** | **0.00** | **1,354,123.44** | **0.00** |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

**THE FOLLOWING SECTION MUST BE COMPLETED**

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---:|
| TOTAL DISBURSEMENTS | 547,703.09 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS - Transfer from checking account to payroll account | (10,400.00) |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0.00 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 537,303.09 |

FORM MOR-1
(04/07)

In re Island View Crossing II, LP  
Debtor

Case No. 17-14454  
Reporting Period: SEPTEMBER 2020

## BANK RECONCILIATIONS
**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | DIP Operating | | Payroll | | Escrow | | N/A | |
|---|---|---|---|---|---|---|---|---|
| | #2115 | | # 2417 | | # 9117 | | # N/A | |
| **BALANCE PER BOOKS** | 1,002,224.82 | | 2,394.22 | | 349,504.40 | | | |
| BANK BALANCE | 1,148,042.93 | | 2,394.22 | | 349,504.40 | | 0.00 | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | 0.00 | | 0.00 | | 0.00 | | 0 | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | (145,818.11) | | 0.00 | | 0.00 | | 0 | |
| OTHER (ATTACH EXPLANATION) | 0.00 | | 0.00 | | 0.00 | | 0 | |
| ADJUSTED BANK BALANCE * | 1,002,224.82 | | 2,394.22 | | 349,504.40 | | 0.00 | |
| * Adjusted bank balance must equal | | | | | | | | |
|    balance per books | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | 1914 | 2,958.00 | | | | | | |
| | 1988 | 48.96 | | | | | | |
| | 2047 | 4,700.00 | | | | | | |
| | 2050 | 11,460.00 | | | | | | |
| | 2051 | 420.00 | | | | | | |
| | 2052 | 214.83 | | | | | | |
| | 2053 | 5,832.00 | | | | | | |
| | 2055 | 25,600.00 | | | | | | |
| | 2056 | 2,080.00 | | | | | | |
| | 2058 | 730.00 | | | | | | |
| | 2059 | 8,400.00 | | | | | | |
| | 2060 | 18,773.63 | | | | | | |
| | 2061 | 280.00 | | | | | | |
| | 2062 | 565.00 | | | | | | |
| | 2063 | 25,000.00 | | | | | | |
| | 1993 | 220.96 | | | | | | |
| | 2064 | 8,700.00 | | | | | | |
| | 2065 | 9,000.00 | | | | | | |
| | 2066 | 2,825.73 | | | | | | |
| | 2067 | 18,009.00 | | | | | | |
| | **TOTAL** | **145,818.11** | **TOTAL** | **0.00** | | | | |
| **OTHER** | | | | | | | | |

FORM MOR-1a  
(04/07)

In re Island View Crossing II, LP     Case No. 17-14454
Debtor     Reporting Period: SEPTEMBER 2020

**SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID**

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Karalis PC | 1/31/18-9/30/18 | 406,177.52 | Island View Crossing II, LP | 1121 | 1/2/2019 | 150,000.00 | | 150,000.00 | 0.00 |
| Karalis PC | 1/31/18-9/30/18 | 406,177.52 | Island View Crossing II, LP | 1458 | 4/10/2019 | 50,000.00 | | 200,000.00 | 0.00 |
| Karalis PC | 1/31/18-9/30/18 | 406,177.52 | Island View Crossing II, LP | 1927 | 8/12/2020 | 25,000.00 | | 225,000.00 | 0.00 |
| Kaplin Stewart Meloff Reiter & Stein, PC | 2/14/19-6/30/20 | 31,680.15 | Island View Crossing II, LP | 1933 | 8/14/2020 | 29,880.50 | 1,799.65 | 254,880.50 | 1,799.65 |
| Karalis PC | 1/31/18-9/30/18 | 406,177.52 | Island View Crossing II, LP | 1934 | 8/14/2020 | 68,319.85 | | 323,200.35 | 1,799.65 |
| JAMS (Note 1) | 9/24/2020 | 6,500.00 | Island View Crossing II, LP | 1983 | 9/9/2020 | | 6,500.00 | 323,200.35 | 8,299.65 |
| Karalis PC | 1/31/18-9/30/18 | 406,177.52 | Island View Crossing II, LP | 2044 | 9/22/2020 | 25,000.00 | | 348,200.35 | 8,299.65 |
| Karalis PC | 1/31/18-9/30/18 | 406,177.52 | Island View Crossing II, LP | 2045 | 9/22/2020 | 25,000.00 | | 373,200.35 | 8,299.65 |
| Karalis PC | 1/31/18-9/30/18 | 406,177.52 | Island View Crossing II, LP | 2063 | 9/29/2020 | 25,000.00 | | 398,200.35 | 8,299.65 |

Note 1: $6,500 paid to JAMS re court approved mediation in the Prudential Bank matter.

FORM MOR-1b
(04/07)

**Regions Bank**
One Nashville Place
150 4th Avenue North
Nashville, TN 37219

ISLAND VIEW CROSSING II LP
DIP CASE NO. 17-14454
KEVIN O'HALLORAN CH 11 TRUSTEE
PO BOX 1281
LARGO FL 33779-1281

1

| | |
|---|---|
| **ACCOUNT #** | 2115 |
| | 053 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 4 |

## ADVANTAGE BUSINESS CHECKING
September 1, 2020 through September 30, 2020

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $707,705.94 | Minimum Daily Balance | $561,059 |
| Deposits & Credits | $878,843.97 + | Average Monthly Statement Balance | $742,902 |
| Withdrawals | $10,400.00 − | | |
| Fees | $95.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks Converted | $19,644.31 − | | |
| Checks | $408,367.67 − | | |
| **Ending Balance** | **$1,148,042.93** | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 09/21 | Analysis Charge Reversal 08-20 | 50.00 |
| 09/21 | Wire Transfer First Partners | 257,437.50 |
| 09/22 | Wire Transfer First Partners | 297,652.74 |
| 09/23 | Bank Credit     Fee Refund Island View   C | 15.00 |
| 09/23 | Bank Credit     Fee Refund Island View   C | 15.00 |
| 09/29 | Wire Transfer First Partners | 323,658.73 |
| 09/30 | Bank Credit     Fee Refund Island View   C | 15.00 |
| | Total Deposits & Credits | $878,843.97 |

### WITHDRAWALS

| | | |
|---|---|---|
| 09/01 | EB to Checking # 0257162417 Ref# 000000 0000051 | 6,500.00 |
| 09/03 | EB to Checking # 0257162417 Ref# 000000 0000052 | 500.00 |
| 09/03 | EB to Checking # 0257162417 Ref# 000000 0000053 | 3,400.00 |
| | Total Withdrawals | $10,400.00 |

### FEES

| | | |
|---|---|---|
| 09/09 | Analysis Charge     08-20 | 50.00 |
| 09/21 | Wire Transfer Wire Fee | 15.00 |
| 09/22 | Wire Transfer Wire Fee | 15.00 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**



**Thank You For Banking With Regions!**
2020 Regions Bank Member FDIC. All loans subject to credit approval.

**REGIONS**  Regions Bank
One Nashville Place
150 4th Avenue North
Nashville, TN 37219

1

ISLAND VIEW CROSSING II LP
DIP CASE NO. 17-14454
KEVIN O'HALLORAN CH 11 TRUSTEE
PO BOX 1281
LARGO FL 33779-1281

ACCOUNT #   2115

053
Cycle    26
Enclosures    0
Page    2 of 4

## FEES (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 09/29 | Wire Transfer Wire Fee | 15.00 |
| | Total Fees | $95.00 |

## CHECKS CONVERTED BY MERCHANT TO ELECTRONIC WITHDRAWALS

| Date | Check No. | Description of Check Payment | Amount |
|---|---|---|---|
| 09/01 | 1956 | US Lbm Holdings  Checkpaymt | 5,464.16 |
| 09/01 | 1977 | Verizon       Payments 5559948790001 | 110.58 |
| 09/04 | 1883 | US Lbm Holdings  Checkpaymt | 6,777.87 |
| 09/09 | 1892 | US Lbm Holdings  Checkpaymt | 5,350.33 |
| 09/09 | 1980 | Verizon       Payments 4557214080001 | 77.79 |
| 09/14 | 1897 | US Lbm Holdings  Checkpaymt | 775.86 |
| 09/21 | 1909 | US Lbm Holdings  Checkpaymt | 699.39 |
| 09/23 | 1987 | Verizon       Payments 5563328240001 | 277.75 |
| 09/29 | 1989 | Verizon       Payments 5559948790001 | 110.58 |
| | | Total Checks Converted | $19,644.31 |

Checks that are converted by a merchant to an electronic withdrawal are not returned to Regions.  Therefore, if you receive check enclosures or check images with your monthly statement, checks listed above are not included with this statement.

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 09/23 | 1130 | 117,000.00 | 09/23 | 1911 | 3,609.14 |
| 09/24 | 1864 * | 460.00 | 09/23 | 1912 | 1,650.00 |
| 09/03 | 1881 * | 3,305.00 | 09/21 | 1913 | 351.76 |
| 09/08 | 1882 | 515.00 | 09/21 | 1916 * | 2,435.00 |
| 09/09 | 1884 * | 691.76 | 09/25 | 1917 | 1,910.00 |
| 09/09 | 1885 | 1,224.00 | 09/21 | 1918 | 75.00 |
| 09/09 | 1886 | 912.19 | 09/22 | 1919 | 420.00 |
| 09/09 | 1887 | 9,300.00 | 09/22 | 1920 | 4,478.00 |
| 09/09 | 1888 | 9,300.00 | 09/11 | 1929 * | 4,955.92 |
| 09/09 | 1889 | 9,300.00 | 09/11 | 1930 | 4,955.92 |
| 09/10 | 1890 | 3,672.00 | 09/01 | 1950 * | 5,144.22 |
| 09/10 | 1891 | 1,224.00 | 09/01 | 1952 * | 1,359.25 |
| 09/09 | 1893 * | 8,565.00 | 09/01 | 1954 * | 3,533.10 |
| 09/09 | 1894 | 462.50 | 09/02 | 1958 * | 6,657.76 |
| 09/09 | 1895 | 2,500.00 | 09/01 | 1959 | 1,662.20 |
| 09/09 | 1896 | 3,155.00 | 09/11 | 1978 * | 176.90 |
| 09/11 | 1898 * | 7,214.00 | 09/14 | 1979 | 578.76 |
| 09/29 | 1899 | 4,582.68 | 09/11 | 1981 * | 8.70 |
| 09/15 | 1900 | 7,880.00 | 09/11 | 1982 | 515.38 |
| 09/16 | 1901 | 1,140.00 | 09/18 | 1983 | 6,500.00 |
| 09/15 | 1902 | 4,977.50 | 09/15 | 1984 | 232.81 |
| 09/21 | 1903 | 400.00 | 09/21 | 1985 | 398.15 |
| 09/21 | 1904 | 104.47 | 09/16 | 1986 | 713.03 |
| 09/21 | 1905 | 420.00 | 09/29 | 1990 * | 578.76 |
| 09/18 | 1906 | 5,307.50 | 09/30 | 1991 | 10,000.00 |
| 09/24 | 1907 | 2,800.00 | 09/30 | 1992 | 32,835.82 |
| 09/22 | 1908 | 14,100.00 | 09/23 | 2041 * | 8,150.00 |
| 09/22 | 1910 * | 1,224.00 | 09/28 | 2042 | 1,065.50 |

REGIONS

Regions Bank
One Nashville Place
150 4th Avenue North
Nashville, TN 37219

|  |  |
|---|---|
| ISLAND VIEW CROSSING II LP | 1 |
| DIP CASE NO. 17-14454 | |
| KEVIN O'HALLORAN CH 11 TRUSTEE | ACCOUNT #  2115 |
| PO BOX 1281 | |
| LARGO FL 33779-1281 | 053 |
| | Cycle 26 |
| | Enclosures 0 |
| | Page 3 of 4 |

## CHECKS (CONTINUED)

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 09/28 | 2043 | 20,000.00 | 09/25 | 2048 * | 288.00 |
| 09/29 | 2044 | 25,000.00 | 09/30 | 2049 | 690.00 |
| 09/29 | 2045 | 25,000.00 | 09/29 | 2054 * | 2,263.00 |
| 09/28 | 2046 | 3,502.50 | 09/30 | 2057 * | 4,936.49 |
|  |  |  |  | Total Checks | $408,367.67 |

\* Break In Check Number Sequence. Missing items may appear in the "Checks Converted by Merchant to Electronic Withdrawals" section of the statement.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/01 | 683,932.43 | 09/11 | 589,165.41 | 09/23 | 960,407.53 |
| 09/02 | 677,274.67 | 09/14 | 587,810.79 | 09/24 | 957,147.53 |
| 09/03 | 670,069.67 | 09/15 | 574,720.48 | 09/25 | 954,949.53 |
| 09/04 | 663,291.80 | 09/16 | 572,867.45 | 09/28 | 930,381.53 |
| 09/08 | 662,776.80 | 09/18 | 561,059.95 | 09/29 | 1,196,490.24 |
| 09/09 | 611,888.23 | 09/21 | 813,648.68 | 09/30 | 1,148,042.93 |
| 09/10 | 606,992.23 | 09/22 | 1,091,064.42 |  |  |

**COVID RELIEF CHANGE: EXCESSIVE WITH-DRAWAL/ITEM FEES ON SAVINGS/MONEY MARKET WILL BE REFUNDED AT CUSTOMER REQUEST ONLY BEGINNING WITH ACTIVITY APPEARING ON YOUR JANUARY 2021 STATEMENT. CD EARLY WITHDRAWAL PENALTIES WILL ONLY BE WAIVED AT CUSTOMER REQUEST BEGINNING 1-2-2021. ALL WAIVERS/REFUNDS ARE AT THE BANK'S DISCRETION. FOR MORE ON REGIONS' COVID RESPONSE, VISIT REGIONS.COM/CORONAVIRUS.**

**Regions Bank**
One Nashville Place
150 4th Avenue North
Nashville, TN 37219

ISLAND VIEW CROSSING II LP
DIP CASE NO. 17-14454
KEVIN O'HALLORAN CH 11 TRUSTEE
PAYROLL ACCOUNT
PO BOX 1281
LARGO FL 33779-1281

1

**ACCOUNT #**  **2417**

053
Cycle 26
Enclosures 0
Page 1 of 3

## ADVANTAGE BUSINESS CHECKING
September 1, 2020 through September 30, 2020

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | **$368.20** | Minimum Daily Balance | $2,116 |
| Deposits & Credits | $13,797.69 + | Average Monthly Statement Balance | $3,731 |
| Withdrawals | $11,674.92 – | | |
| Fees | $0.00 – | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $96.75 – | | |
| **Ending Balance** | **$2,394.22** | | |

### DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---|
| 09/01 | EB From Checking # 0257162115 Ref# 000000 0000051 | 6,500.00 |
| 09/03 | EB From Checking # 0257162115 Ref# 000000 0000052 | 500.00 |
| 09/03 | EB From Checking # 0257162115 Ref# 000000 0000053 | 3,400.00 |
| 09/09 | Newbridge Manage Ic Adjust Newbridge Mana 1582584104 | 3,397.69 |
| | Total Deposits & Credits | $13,797.69 |

### WITHDRAWALS

| Date | | Description | Amount |
|---|---|---|---|
| 09/03 | Newb | Payroll Newb | 3,397.69 |
| 09/03 | Newb | Payroll Newb | 3,866.67 |
| 09/04 | | Commwlthofpa Int Paemploytx 13200000045770 582584104 | 149.96 |
| 09/04 | IRS | USATAXPYMT Newbridge Mana 274064833314822 | 1,187.90 |
| 09/18 | Newb | Payroll Newb | 2,102.28 |
| 09/21 | | Commwlthofpa Int Paemploytx 13200000047618 582584104 | 88.56 |
| 09/21 | IRS | USATAXPYMT Newbridge Mana 274066565443549 | 881.86 |
| | | Total Withdrawals | $11,674.92 |

### CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 09/04 | 100112 | 49.50 | 09/28 | 100114 * | 47.25 |
| | | | | Total Checks | $96.75 |

* Break In Check Number Sequence.

**For all your banking needs, please call 1-800-REGIONS (734-4667)**
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)



**Thank You For Banking With Regions!**
2020 Regions Bank Member FDIC. All loans subject to credit approval.

**REGIONS**

Regions Bank
One Nashville Place
150 4th Avenue North
Nashville, TN 37219

ISLAND VIEW CROSSING II LP
DIP CASE NO. 17-14454
KEVIN O'HALLORAN CH 11 TRUSTEE
PAYROLL ACCOUNT
PO BOX 1281
LARGO FL 33779-1281

1

**ACCOUNT #** 2417

053
Cycle 26
Enclosures 0
Page 2 of 3

## DAILY BALANCE SUMMARY

| Date  | Balance   | Date  | Balance   | Date  | Balance   |
|-------|-----------|-------|-----------|-------|-----------|
| 09/01 | 6,868.20  | 09/09 | 5,514.17  | 09/21 | 2,441.47  |
| 09/03 | 3,503.84  | 09/18 | 3,411.89  | 09/28 | 2,394.22  |
| 09/04 | 2,116.48  |       |           |       |           |

**COVID RELIEF CHANGE: EXCESSIVE WITH-DRAWAL/ITEM FEES ON SAVINGS/MONEY MARKET WILL BE REFUNDED AT CUSTOMER REQUEST ONLY BEGINNING WITH ACTIVITY APPEARING ON YOUR JANUARY 2021 STATEMENT. CD EARLY WITHDRAWAL PENALTIES WILL ONLY BE WAIVED AT CUSTOMER REQUEST BEGINNING 1-2-2021. ALL WAIVERS/REFUNDS ARE AT THE BANK'S DISCRETION. FOR MORE ON REGIONS' COVID RESPONSE, VISIT REGIONS.COM/CORONAVIRUS.**

**Regions Bank**
Green Hills
4101 Hillsboro Rd
Nashville, TN 37215

ISLAND VIEW CROSSING II LP
DIP CASE NO 17-14454
KEVIN O'HALLORAN CH 11 TRUSTEE
RADCLIFFE COURT ON THE DELAWARE
PO BOX 1281
LARGO, FL 33779

1

**ACCOUNT #**     **9117**

|  |  |
|---|---|
|  | 053 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 2 |

### LIFEGREEN BUSINESS CHECKING
September 1, 2020 through September 30, 2020

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $278,446.40 | Minimum Balance | $297,446 |
| Deposits & Credits | $71,058.00 + | Average Balance | $307,452 |
| Withdrawals | $0.00 − | | |
| Fees | $0.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $0.00 − | | |
| **Ending Balance** | **$349,504.40** | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 09/01 | Deposit - Thank You | 19,000.00 |
| 09/24 | Deposit - Thank You | 36,000.00 |
| 09/28 | Deposit - Thank You | 16,058.00 |
| | Total Deposits & Credits | $71,058.00 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/01 | 297,446.40 | 09/24 | 333,446.40 | 09/28 | 349,504.40 |

**COVID RELIEF CHANGE: EXCESSIVE WITH-DRAWAL/ITEM FEES ON SAVINGS/MONEY MARKET WILL BE REFUNDED AT CUSTOMER REQUEST ONLY BEGINNING WITH ACTIVITY APPEARING ON YOUR JANUARY 2021 STATEMENT. CD EARLY WITHDRAWAL PENALTIES WILL ONLY BE WAIVED AT CUSTOMER REQUEST BEGINNING 1-2-2021. ALL WAIVERS/REFUNDS ARE AT THE BANK'S DISCRETION. FOR MORE ON REGIONS' COVID RESPONSE, VISIT REGIONS.COM/CORONAVIRUS.**

**For all your banking needs, please call 1-800-REGIONS (734-4667)**
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)



**Thank You For Banking With Regions!**
2020 Regions Bank Member FDIC. All loans subject to credit approval.

In re Island View Crossing II, LP  
Debtor

Case No. 17-14454  
Reporting Period: SEPTEMBER 2020

**Cash Disbursements: Regions 2115 Checking**

| Date | Number | Payee | Description | Account | Disb Alloc | Check/Disb Amount |
|---|---|---|---|---|---|---|
| 9/1/2020 | 1978 | FedEx | 8/25/20 Inv Shipments | Office:Postage/Shipping | | 176.90 |
| 9/1/2020 | | | Funds Transfer to Payroll Acct #2417 | | | 6,500.00 |
| 9/1/2020 | 1884 | Leck Waste Services | 8/31/20 Inv Dumpster-Dump&Swap, Relo | Site Improvements | | 691.76 |
| 9/1/2020 | 1885 | SWAT Environmental | 8/31/20 Inv Mitigation System Lot 12 | Homeowners Association | | 1,224.00 |
| 9/1/2020 | 1886 | PCW Services LLC | 8/31/20 Inv Private property signs, cut post near meter, Bird Control, Lawn care supplies | Site Maintenance | | 912.19 |
| 9/1/2020 | 1887 | PCW Services LLC | 8/31/20 Inv Aug'20 Security | Security | | 9,300.00 |
| 9/1/2020 | 1888 | PCW Services LLC | 9/1/20 Inv Dec'19 Security | A/P - Security | | 9,300.00 |
| 9/1/2020 | 1889 | PCW Services LLC | 9/1/20 Inv Jan'20 Security | A/P - Security | | 9,300.00 |
| 9/2/2020 | 1890 | SWAT Environmental | 9/1/20 Inv Mitigation Systems Units | Homeowners Association | | 3,672.00 |
| 9/3/2020 | | | Funds Transfer to Payroll Acct #2417 | | | 500.00 |
| 9/3/2020 | 1979 | George Allen Portable Toilets, Inc | 8/20/20 Inv Holding&Water Tank, Portable Toilets | | | 578.76 |
| 9/3/2020 | 1979 | George Allen Portable Toilets, Inc | 8/20/20 Inv Holding & Water Tanks | Office expenses | 371.00 | |
| 9/3/2020 | 1979 | George Allen Portable Toilets, Inc | 8/20/20 Inv Portable Toilets | Site operating | 207.76 | |
| 9/3/2020 | 1980 | Verizon | 8/24/20 Inv Internet/Phone-Trl | Utilities:Telephone | | 77.79 |
| 9/3/2020 | 1981 | Aqua PA | 8/26/20 Inv Water Lot 9 Final | Site Improvements | | 8.70 |
| 9/3/2020 | 1982 | PECO | 8/4 & 8/12 Inv-Electric Units | Site Improvements | | 515.38 |
| 9/3/2020 | | | Funds Transfer to Payroll Acct #2417 | | | 3,400.00 |
| 9/3/2020 | 1891 | SWAT Environmental | 9/2/20 Inv Mitigation system Lot 20 | Homeowners Association | | 1,224.00 |
| 9/3/2020 | 1892 | Shelly's Building Supply | 9/1/20 Invoices Trim,Doors,Locks,etc | Construction & Materials | | 5,350.33 |
| 9/3/2020 | 1893 | Joe Kientzy Carpentry | 9/1/20 Inv Kitchen & vanity's, Trim Install | Construction & Materials | | 8,565.00 |
| 9/3/2020 | 1894 | GeoStructures, Inc. | 9/3/20 Inv Project mgmt: approval letters - Units | Construction & Materials | 462.50 | 462.50 |
| 9/4/2020 | 1895 | Penn Environmental & Remediation Inc | Retainer - Sampling & Reporting Services | Homeowners Association | | 2,500.00 |
| 9/4/2020 | 1896 | Joe Kientzy Carpentry | 8/28/20 Inv Trim & Extras | Construction & Materials | | 3,155.00 |
| 9/5/2020 | 1897 | Shelly's Building Supply | 9/3/20 Inv Disappearing Stairs | Construction & Materials | | 775.86 |
| 9/8/2020 | 1898 | Fireside Hearth & Home | 8/11-9/3/20 Inv Fireplace assembly, finish | Construction & Materials | | 7,214.00 |
| 9/8/2020 | 1899 | Stairworks, Inc. | 7/15-8/26/20 Inv Stair railing, oak treads | Construction & Materials | | 4,582.68 |
| 9/9/2020 | 1900 | Realty Landscaping | 8/31/20 Inv Sod,Plants,River Jack strips | Construction & Materials | | 7,880.00 |
| 9/9/2020 | 1901 | Diva Cleaning | 8/5/20 Inv Cleaning Units | Sales expense | | 1,140.00 |
| 9/9/2020 | 1902 | Tile-All Incorporated | 9/4/20 Inv Ceramic Tile Std & Extras | Construction & Materials | | 4,977.50 |
| 9/9/2020 | 1983 | JAMS | Deposit retainer mediation 9/24/20 | Professional Expense | | 6,500.00 |
| 9/9/2020 | | Regions Bank | Quick Deposit Mo Maint Fee 8/20 | Bank service charges | | 50.00 |
| 9/11/2020 | 1984 | Aqua PA | 9/1/20 Inv Fire Hydrants Water chgs | Site operating | | 232.81 |
| 9/11/2020 | 1985 | Aqua PA | 8/27 & 9/3/20 Inv Water Units | Site Improvements | | 398.15 |
| 9/11/2020 | 1986 | PECO | 8/28/20 Inv Electric-Trl; 9/2/20 Inv Elec/Gas Units | | | 713.03 |
| 9/11/2020 | 1986 | PECO | 8/28/20  Electric Trailer | Utilties:Electric | 105.99 | |
| 9/11/2020 | 1986 | PECO | 9/2/20 Bill Electric & Gas Units | Site Improvements | 606.74 | |
| 9/12/2020 | 1903 | Jordon Drywall LLC | 9/10/20 Inv Drywall repair work Lot 44 | Construction & Materials | | 400.00 |
| 9/12/2020 | 1904 | Leck Waste Services | 9/10/20 Inv Trash svc - HOA | Homeowners Association | | 104.47 |
| 9/12/2020 | 1905 | P&M Construction & Service Inc | 9/10/20 Inv Labor, clean out units | Construction & Materials | | 420.00 |
| 9/12/2020 | 1906 | Tile-All Incorporated | 9/9/20 Inv Tile Installation & extras | Construction & Materials | | 5,307.50 |
| 9/14/2020 | 1907 | Corcoran Landscaping | 9/9/20 Inv Tree work along river,path,hom | Site Maintenance | | 2,800.00 |
| 9/14/2020 | 1908 | Rainbow Colors A to Z LLC | 9/10, 9/11/20 Inv Painting | Construction & Materials | | 14,100.00 |
| 9/14/2020 | 1909 | Shelly's Building Supply | 9/11/20 Inv Key charge, replace sill | Construction & Materials | | 699.39 |
| 9/17/2020 | 1910 | SWAT Environmental | 9/16/20 Inv Mitigation system Lot 10 | Homeowners Association | | 1,224.00 |
| 9/18/2020 | 1987 | Verizon | 9/1 & 9/3/20 Inv Phone/Internet - Sales | Sales expense | | 277.75 |
| 9/18/2020 | 1911 | Trevdan Building Supply | 9/16/20 Inv Drywall install | Construction & Materials | | 3,609.14 |
| 9/18/2020 | 1912 | Murray Brothers Electric Inc | 9/15/20 Inv Finish electric | Construction & Materials | | 1,650.00 |
| 9/18/2020 | 1913 | Leck Waste Services | 9/15/20 Inv Dumpster svc | Site Improvements | | 351.76 |
| 9/18/2020 | 1914 | Stairworks, Inc. | 9/8/20 Inv Main stair railing installation | Construction & Materials | | 2,958.00 |
| 9/18/2020 | 1915 | Void check | VOID Check | | | 0.00 |
| 9/18/2020 | 1916 | Exterior Assoicates Inc | 9/17/20 Inv Misc repairs | Construction & Materials | | 2,435.00 |
| 9/18/2020 | 1917 | Bristol Borough | Sewer Permit Fee | Construction & Materials | | 1,910.00 |
| 9/18/2020 | 1918 | re Aubz Logistics Inc for Gerhard's (BS) | Gas shutoff valve | Construction & Materials | | 75.00 |
| 9/18/2020 | 1919 | P&M Construction & Service Inc | 9/17/20 Inv Labor Scrap house, clean car | Construction & Materials | | 420.00 |
| 9/18/2020 | 1920 | MJS Electrical Contractors | 9/15-9/17/20 Inv Electrical | Construction & Materials | | 4,478.00 |
| 9/18/2020 | 2041 | Joe Kientzy Carpentry | 9/17/20 Invoices - Trim, kitchen, vanities | Construction & Materials | | 8,150.00 |
| 9/21/2020 | 2042 | L&R Installations | 8/7 & 9/21/20 Inv Bed & Bath accessories | Construction & Materials | | 1,065.50 |
| 9/21/2020 | | Regions Bank | Wire transfer fee | Bank service charges | | 15.00 |
| 9/21/2020 | | Regions Bank | Quick Deposit Analysis charge reversal 08 | Bank service charges | | -50.00 |
| 9/22/2020 | | Regions Bank | Wire transfer fee | Bank service charges | | 15.00 |
| 9/22/2020 | 2043 | McGrath & Son Development LLC | Monthly Contractor Mgmt Fee-Pmt #16 | A/P-Construction Mgmt Fee | | 20,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| In re  Island View Crossing II, LP | | | Case No. 17-14454 | | |
| Debtor | | | Reporting Period: SEPTEMBER 2020 | | |

**Cash Disbursements: Regions 2115 Checking**

| Date | Number | Payee | Description | Account | Disb Alloc | Check/Disb Amount |
|---|---|---|---|---|---|---|
| 9/22/2020 | 2044 | Karalis P.C. | Pmt #5 on Fee App #1 | Payable:Professional Fees | | 25,000.00 |
| 9/22/2020 | 2045 | Karalis P.C. | Pmt #6 on Fee App #1 | Payable:Professional Fees | | 25,000.00 |
| 9/22/2020 | 1988 | PECO | 9/9/20 Bills Electric Units | Site Improvements | | 48.96 |
| 9/22/2020 | 1989 | Verizon | 9/14/20 Inv Internet | Utilities:Telephone | | 110.58 |
| 9/22/2020 | 1990 | George Allen Portable Toilets, Inc | 9/18/20 Inv Holding&Water Tank, Portable Toilets | | | 578.76 |
| 9/22/2020 | 1990 | George Allen Portable Toilets, Inc | 9/18/20 Inv Holding & Water Tanks 9/9-10 | Office expenses | 371.00 | |
| 9/22/2020 | 1990 | George Allen Portable Toilets, Inc | 9/18/20 Inv Portable Toilets 9/9-10/6/20 | Site operating | 207.76 | |
| 9/22/2020 | 1991 | Griggs Ficklen Insurance | 9/21/20 Inv Inland Marine Insurance | Insurance | | 10,000.00 |
| 9/22/2020 | 1992 | Griggs Ficklen Insurance | 9/22/20 Inv General Liability Insurance | Insurance | | 32,835.82 |
| 9/22/2020 | 2046 | Dumack Engineering | 9/21/20 Inv As built plans | Construction & Materials | | 3,502.50 |
| 9/22/2020 | 2047 | Paveco Asphalt Services LLC | 9/21/20 Inv Driveways | Construction & Materials | | 4,700.00 |
| 9/22/2020 | 2048 | Reilly Sweeping Inc | 9/18/20 Inv Road Sweeping | Site Improvements | | 288.00 |
| 9/22/2020 | 2049 | Tile-All Incorporated | 9/18/20 Inv Tile-Kitchen backsplash | Construction & Materials | | 690.00 |
| 9/22/2020 | 2050 | Quality Hardscape Solutions LLC | 9/14/20 Inv Patios | Construction & Materials | | 11,460.00 |
| 9/23/2020 | 1130 | Redevelopment Authority of the County of B | Post Petition Principal payment | Secured Debt: Pre-petition | | 117,000.00 |
| 9/23/2020 | | Regions Bank | Wire transfer fee refund | Bank service charges | | -15.00 |
| 9/23/2020 | | Regions Bank | Wire transfer fee refund | Bank service charges | | -15.00 |
| 9/24/2020 | 2051 | P&M Construction & Service Inc | 9/24/20 Inv 9/23/20 Labor clean out units | Sales expense | | 420.00 |
| 9/24/2020 | 2052 | Hamilton Building Supply | 9/24/20 Inv Baseboard | Construction & Materials | | 214.83 |
| 9/24/2020 | 2053 | Onur Marble & Granite | 9/15 & 9/17/20 Inv Kitchen/vanity Granite, | Construction & Materials | | 5,832.00 |
| 9/24/2020 | 2054 | L&R Installations | 9/24/20 Inv Bath/Bed accessories | Construction & Materials | | 2,263.00 |
| 9/25/2020 | 2055 | CDO Heating & Air Inc | 8/10 & 9/24/20 Inv HVAC Final & rough in | Construction & Materials | | 25,600.00 |
| 9/25/2020 | 2056 | Dumack Engineering | 8/14/20 Inv Existing as built for plans | Construction & Materials | | 2,080.00 |
| 9/25/2020 | 2057 | Jordon Drywall LLC | 9/25/20 Inv Drywall install | Construction & Materials | | 4,936.49 |
| 9/25/2020 | 2058 | J&R Door Company Inc | 9/25/20 Inv Garage door openers | Construction & Materials | | 730.00 |
| 9/29/2020 | 2059 | Quality Hardscape Solutions LLC | 9/28/20 Inv 10x20 patios | Construction & Materials | | 8,400.00 |
| 9/29/2020 | 2060 | Century Kitchens | 8/31, 9/9, 9/14/20 Inv Cabinets, etc | Construction & Materials | | 18,773.63 |
| 9/29/2020 | 2061 | H2O Fire Protection, Inc. | 9/17/20 Inv Backflow testing Units | Construction & Materials | | 280.00 |
| 9/29/2020 | 2062 | L&R Installations | 8/18/20 Inv Laminate closet shelving | Construction & Materials | | 565.00 |
| 9/29/2020 | | Regions Bank | Wire transfer fee | Bank service charges | | 15.00 |
| 9/29/2020 | 2063 | Karalis P.C. | Pmt #7 on Fee App #1 | Payable:Professional Fees | | 25,000.00 |
| 9/30/2020 | 1993 | FedEx | 9/22/20 Inv Shipments | Office:Postage/Shipping | | 220.96 |
| 9/30/2020 | | Regions Bank | Wire transfer fee refund | Bank service charges | | -15.00 |
| 9/30/2020 | 2064 | PCW Services LLC | 10/01/20 Inv Feb 2020 Security | A/P - Security | | 8,700.00 |
| 9/30/2020 | 2065 | PCW Services LLC | 0/30/20 Inv Sep 2020 Security | Security | | 9,000.00 |
| 9/30/2020 | 2066 | Bristol Borough | 9/30/20 Inv Gilmore & Assoc Inv, Admin fe | Engineering/Site | | 2,825.73 |
| 9/30/2020 | 2067 | J.M. Pereira & Sons Inc | 7/30/20 Inv Porch slabs, svc walk; Public | Construction & Materials | | 18,009.00 |
| | | | | **Total Disbursements** | | **539,329.11** |

Note: Due to rules put in place March 19, 2020 by Governor of PA,
Construction Agreement was suspended in mid March until further notice

In re  Island View Crossing II, LP  
       Debtor

Case No. 17-14454  
Reporting Period:  SEPTEMBER 2020

**Cash Disbursements: Regions 2417 Payroll Checking**

| Date | Number | Payee | Description | Account | Check/Disb Amount |
|---|---|---|---|---|---:|
| 9/4/2020 | 100108 | Void check | Void | | 0.00 |
| 9/4/2020 | 100109 | Void check | Void | | 0.00 |
| 9/3/2020 | 100110-11 | Payroll | Net Pay 09/04/2020 (Period 8/22-9/4/20) | Net Payroll | 3,866.67 |
| 9/4/2020 | | IRS | Payroll Taxes 09/04/2020 (Period 8/22-9/4/20) | Payroll Taxes | 1,187.90 |
| 9/4/2020 | | Commonwealth of PA Emplo | SWH-EE Payroll Tax 09/04/2020 (Period 8/22-9/4 | Payroll Taxes | 149.96 |
| 9/4/2020 | 100112 | Payroll Professionals LLC | Inv #74 Pay 09/04/2020 (Period 8/22-9/4/20) | Payroll Processing Expense | 49.50 |
| 9/3/2020 | | | 9/4/20 Payroll voided - bank w/d in error by payroll provider | | 3,397.69 |
| 9/9/2020 | | | Deposit for 9/4/20 Payroll voided w/d 9/3/20 in error | | -3,397.69 |
| 9/18/2020 | 100113 | Payroll | Net Pay 09/21/2020 (Period 9/5-9/18/20) | Net Payroll | 2,102.28 |
| 9/21/2020 | | IRS | Payroll Taxes 09/21/2020 (Period 9/5-9/18/20) | Payroll Taxes | 881.86 |
| 9/21/2020 | | Commonwealth of PA Emplo | SWH-EE Payroll Tax 09/21/2020 (Period 9/5-9/18 | Payroll Taxes | 88.56 |
| 9/21/2020 | 100114 | Payroll Professionals LLC | Inv #75 Pay 09/21/2020 (Period 9/5-9/18/20) | Payroll Processing Expense | 47.25 |
| | | | | **Total Disbursements** | **8,373.98** |

In re Island View Crossing II, LP  
Debtor

Case No. 17-14454  
Reporting Period: SEPTEMBER 2020

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Sale of Assets - Townhomes | 981,610.79 | 2,858,192.35 |
| Utility Refund | 0.00 | 610.63 |
| Net Revenue | 981,610.79 | 2,858,802.98 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | 0.00 | 0.00 |
| Add: Purchases | 0.00 | 0.00 |
| Add: Cost of Labor | 0.00 | 0.00 |
| Add: Other Costs (attach schedule) | 0.00 | 0.00 |
| Less: Ending Inventory | 0.00 | 0.00 |
| Cost of Goods Sold | 0.00 | 0.00 |
| Gross Profit | 0.00 | 0.00 |
| **OPERATING EXPENSES** | | |
| Advertising & Marketing | 0.00 | 44,608.22 |
| Auto and Truck Expense | 0.00 | 0.00 |
| Construction & Materials | 198,676.85 | 2,813,213.94 |
| Site Improvements | 2,909.75 | 1,032,888.63 |
| Homeowners Association Expenses | 9,948.47 | 24,728.01 |
| Insider Compensation* | 0.00 | 0.00 |
| Insurance | 42,835.82 | 180,205.39 |
| Management Fees/Bonuses (Monthly Contractor Mgmt Fee) (Note) | 0.00 | 340,000.00 |
| Office Expense | 1,139.86 | 14,277.27 |
| Pension & Profit-Sharing Plans | 0.00 | 0.00 |
| Repairs and Maintenance | 0.00 | 0.00 |
| Rent and Lease Expense | 0.00 | 0.00 |
| Salaries/Commissions/Fees | 7,769.24 | 156,000.24 |
| Supplies | 0.00 | 0.00 |
| Taxes - Payroll | 594.34 | 13,166.72 |
| Taxes - Real Estate | 0.00 | 207,091.68 |
| Taxes - Other | 0.00 | 0.00 |
| Travel and Entertainment | 0.00 | 0.00 |
| Utilities | 294.36 | 12,239.18 |
| Other (attach schedule) | 27,420.75 | 537,626.78 |
| Total Operating Expenses Before Depreciation | 291,589.44 | 5,376,046.06 |
| Depreciation/Depletion/Amortization | 0.00 | 0.00 |
| Net Profit (Loss) Before Other Income & Expenses | 690,021.35 | -2,517,243.08 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income | 0.00 | 65.02 |
| Interest Expense | 0.00 | 773,943.22 |
| Other Expense (attach schedule) | 0.00 | 134,053.08 |
| Net Profit (Loss) Before Reorganization Items | 690,021.35 | -3,425,174.36 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 6,500.00 | 444,357.67 |
| U. S. Trustee Quarterly Fees | 0.00 | 55,516.84 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | 0.00 | 0.00 |
| Gain (Loss) from Sale of Equipment | 0.00 | 0.00 |
| Other Reorganization Expenses (attach schedule) | 0.00 | 8,057.00 |
| Total Reorganization Expenses | 6,500.00 | 507,931.51 |
| Income Taxes | 0.00 | 0.00 |
| Net Profit (Loss) | 683,521.35 | -3,933,105.87 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

Note: See note re contract on page headed "Cash Disbursements Regions 2115 Checking".

FORM MOR-2  
(04/07)

In re  Island View Crossing II, LP  
Debtor

Case No. 17-14454  
Reporting Period:  SEPTEMBER 2020

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---:|---:|
| **Other Costs** | | |
| | | |
| | | |
| | | |
| TOTAL OTHER COSTS | 0.00 | 0.00 |
| **Other Operational Expenses** | | |
| Engineering | 2,825.73 | 125,078.40 |
| Model Home Furnishings | 0.00 | 92,056.37 |
| Payroll Processing Expense | 96.75 | 2,465.50 |
| Security (Daily fee paid monthly) | 18,300.00 | 262,656.37 |
| Site Maintenance | 3,712.19 | 13,834.67 |
| Site Operating | 648.33 | 20,107.45 |
| Sales Expenses | 1,837.75 | 21,428.02 |
| | | |
| | | |
| TOTAL OTHER OPERATIONAL EXPENSES | 27,420.75 | 537,626.78 |
| **Other Income** | | |
| Vendor Refund | 0.00 | 65.01 |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| Loan Costs - RDA and Court Approved Loan | 0.00 | 134,053.08 |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER EXPENSES | 0.00 | 134,053.08 |
| **Other Reorganization Expenses** | | |
| Trustee Bond | 0.00 | 8,057.00 |
| | | |
| | | |
| TOTAL OTHER REORGANIZATION EXPENSES | 0.00 | 8,057.00 |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**  
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

FORM MOR-2 CONT'D  
(04/07)

In re Island View Crossing II, LP  
Debtor

Case No. 17-14454  
Reporting Period: SEPTEMBER 2020

## BALANCE SHEET
### THE "TOTAL ASSETS" AND "TOTAL LIABILITIES AND OWNERS' EQUITY" HAVE YET TO BE VERIFIED

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | 1,249,524.44 | 83.40 |
| Restricted Cash and Cash Equivalents (Sales Escrow Deposits) | 104,599.00 | |
| Accounts Receivable (Net) | | |
| Notes Receivable (Note 6) | 45,000.00 | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets | | |
| *TOTAL CURRENT ASSETS* | $1,399,123.44 | $83.40 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements (Note 2) | 22,000,000.00 | 22,000,000.00 |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment (Note 3) (Note 6) | 541,578.65 | 795,050.40 |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| *TOTAL PROPERTY & EQUIPMENT* | $22,541,578.65 | $22,795,050.40 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| *TOTAL OTHER ASSETS* | $0.00 | $0.00 |
| **TOTAL ASSETS** | $23,940,702.09 | $22,795,133.80 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | 3,365.00 | |
| Taxes Payable (refer to FORM MOR-4) | 216.68 | |
| Wages Payable | | |
| Notes Payable - Admin Claim Funding | 200,000.00 | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments - BKRE Loan only | 5,408,356.72 | |
| Professional Fees | 37,857.67 | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities | - | |
| Sales Escrow Deposits | 104,599.00 | |
| *TOTAL POSTPETITION LIABILITIES* | $ 5,754,395.07 | $0.00 |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| a. Secured Debt (Note 5) | 5,342,317.45 | 12,695,000.00 |
| b. Subordinated Debt | TBD | |
| Priority Debt (Note 4) | 198,353.91 | 198,353.91 |
| Unsecured Debt (Note 4) | 2,968,125.77 | 2,968,125.77 |
| *TOTAL PRE-PETITION LIABILITIES* | $ 8,508,797.13 | $ 15,861,479.68 |
| | | |
| *TOTAL LIABILITIES* | $ 14,263,192.20 | $ 15,861,479.68 |
| **OWNER EQUITY** | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* **Subject to adjustment for Prudential Subordinated Debt | $9,677,509.89 | $6,933,654.12 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 23,940,702.09 | $ 22,795,133.80 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

Note 1: Not used  
Note 2: This is carry forward number of Debtor subject to verification by Chapter 11 Trustee.  
Note 3: This is carry forward number of Debtor subject to verification by Chapter 11 Trustee.  
Note 4: This is carry forward number of Debtor subject to verification by Chapter 11 Trustee.  
Note 5: The Chapter 11 Trustee and Prudential Bank are in disagreement about amounts owed by Island View Crossing II, LP. More detailed information can be read in Motion (ECF Doc #341) filed August 17, 2018. An Adversary Complaint and Exhibits were filed December 3, 2018.  
Note 6: The Court approved a settlement that allows IVC a first mortgage position on some real estate assets owned by One State Street in the amount of $45,000 plus interest. This is in respect of an unsecured Note Receivable previously listed under FFE. The difference of $208,471.75 has been reflected as an adjustment to capital.

FORM MOR-3  
(04/07)

In re Island View Crossing II, LP  
Debtor

Case No. 17-14454  
Reporting Period: SEPTEMBER 2020

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.  
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.  
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 0.00 | 881.08 | 881.08 | 9/4, 9/21 | EFT | 0.00 |
| FICA-Employee | 0.00 | 594.34 | 594.34 | 9/4, 9/21 | EFT | 0.00 |
| FICA-Employer | 0.00 | 594.34 | 594.34 | 9/4, 9/21 | EFT | 0.00 |
| Unemployment | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Income | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Other: | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Total Federal Taxes | 0.00 | 2,069.76 | 2,069.76 | | | 0.00 |
| **State and Local** | | | | | | |
| Withholding | 0.00 | 238.52 | 238.52 | 9/4, 9/21 | EFT | 0.00 |
| Sales | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Excise | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Unemployment | 6.92 | 4.66 | 0.00 | | | 11.58 |
| Local | 123.41 | 81.69 | 0.00 | | EFT | 205.10 |
| Real Property | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Personal Property | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Other: | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Total State and Local | 130.33 | 324.87 | 238.52 | | | 216.68 |
| **Total Taxes** | **130.33** | **2,394.63** | **2,308.28** | | | **216.68** |

\* Real Estate Tax Bills received pre-petition are not included on this schedule

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | \multicolumn{5}{c|}{Number of Days Past Due} | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 0.00 | 0.00 | 0.00 | 0.00 | 3,365.00 | 3,365.00 |
| Wages Payable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Taxes Payable | 216.68 | 0.00 | 0.00 | 0.00 | 0.00 | 216.68 |
| Notes Payable - ADMIN CLAIM FUNDING | 200,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200,000.00 |
| Rent/Leases-Building | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rent/Leases-Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Secured Debt/Adequate Protection Payments | 5,408,356.72 | 0.00 | 0.00 | 0.00 | 0.00 | 5,408,356.72 |
| Professional Fees | 37,857.67 | 0.00 | 0.00 | 0.00 | 0.00 | 37,857.67 |
| Amounts Due to Insiders* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other:Outstanding | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Postpetition Debts** | **5,646,431.07** | **0.00** | **0.00** | **0.00** | **3,365.00** | **5,649,796.07** |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

The property is located on a former shipyard that is subject to certain environmental regulations and laws as it is being developed. Therefore the Estate has to, and continues to, meet certain environmental reporting and permitting requirements to advance the sale of the constructed houses. There are numerous individuals who have registered to purchase completed homes. Working with the support and assistance of local municipal and political offices, the Estate went through a process of seeking to obtain approval from the State of PA DEP that would allow for the sale of homes to the prospective purchasers. Professionals working on behalf of the Estate have agreed to wait for payment. Any past due amounts are being paid from the sale proceeds of constructed houses. Nine closings have been completed.

Cooper Electric Supply Co. filed a claim with the Bankruptcy Court on November 21, 2019. The estate was informed by the construction manager, McGrath & Son, in August there were unresolved outstanding invoices with Cooper Electric Supply. The estate was not notified of a resolved amount due prior to the filing of the claim. The construction manager has been contacted along with Cooper Electric Supply by the estate's financial advisors to determine the estate's financial obligation.

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4  
(04/07)

In re Island View Crossing II, LP  
Debtor

Case No. 17-14454  
Reporting Period: SEPTEMBER 2020

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 0 | 0 |
| + Amounts billed during the period | 0 | 0 |
| - Amounts collected during the period | 0 | 0 |
| Total Accounts Receivable at the end of the reporting period | 0 | 0 |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | 0 | 0 |
| 31 - 60 days old | 0 | 0 |
| 61 - 90 days old | 0 | 0 |
| 91+ days old | 0 | 0 |
| Total Accounts Receivable | 0 | 0 |
| Amount considered uncollectible (Bad Debt) | 0 | 0 |
| Accounts Receivable (Net) | 0 | 0 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. (Note 1) | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

Note 1: There is one employee. Workers compensation, General Liability and Builders Risk Insurance are all in place.

FORM MOR-5  
(04/07)