**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | **:** | **CHAPTER 11** |
| | **:** | |
| **ISLAND VIEW CROSSING II, L.P.** | **:** | **BANKRUPTCY NO. 17-14454(ELF)** |
| | **:** | |
| **Debtor** | **:** | |
| | **:** | |

---

**EXHIBITS "A" AND "B" TO DISCLOSURE STATEMENT WITH RESPECT TO**
**PLAN OF LIQUIDATION PROPOSED**
**BY KEVIN O'HALLORAN, AS CHAPTER 11 TRUSTEE FOR THE BANKRUPTCY**
**ESTATE OF ISLAND VIEW CROSSING II, L.P.**

---

**KARALIS PC**
Aris J. Karalis
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
*Attorneys for Kevin O'Halloran,*
*the Chapter 11 Trustee*

Dated:   May 26, 2021

# EXHIBIT "A"

Projections

**ISLAND VIEW CROSSING II, LP**
**FOR SETTLEMENT & DISCUSSION ONLY**
**CASH FLOW BUDGET PROJECTION**

| | ACTUAL- OCT 2018 thru MAR 31, 2021 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | | |
| Beginning Balance: | 122 | 1,397,508 | 2,483,733 | 2,538,804 | 3,077,770 | 2,090,593 | 1,559,763 | 1,754,114 | 2,176,185 | 3,175,438 | 3,082,567 |
| BKRE Loan Funding | 4,732,377 | - | - | - | - | - | - | - | - | - | - |
| BKRE Admin Claim | 200,000 | - | - | - | - | - | - | - | - | - | - |
| Townhome Sales less closing costs & release amounts required at closing (See Note 1 below) | 5,984,247 | 1,320,475 | 735,300 | 1,070,138 | 735,300 | 291,713 | 1,138,725 | 1,058,725 | 1,344,500 | 1,133,725 | 925,875 |
| Other Income | 65 | | | | | | | | | | |
| Proceeds from Sale of Phase II | | | | | | | | | | | |
| **Total Receipts** | 10,916,689 | 1,320,475 | 735,300 | 1,070,138 | 735,300 | 291,713 | 1,138,725 | 1,058,725 | 1,344,500 | 1,133,725 | 925,875 |
| **DISBURSEMENTS** (See supporting schedules for line items.) | | | | | | | | | | | |
| Site Improvements | 1,421,142 | - | - | - | 313,600 | - | - | 85,000 | - | 84,090 | - |
| Construction costs | 4,758,496 | 193,244 | 598,439 | 422,178 | 1,232,000 | 741,125 | 866,250 | 481,250 | 317,625 | 231,000 | - |
| costs | 1,802,777 | 38,877 | 79,752 | 107,002 | 57,952 | 79,752 | 76,482 | 68,852 | 26,160 | 59,042 | 48,142 |
| Loan-Interest pmts | 100,843 | 2,129 | 2,038 | 1,993 | 1,925 | 1,665 | 1,643 | 1,552 | 1,462 | 1,348 | 1,258 |
| RDA Non-Scheduled Principal pmts | 585,000 | - | - | - | 117,000 | - | - | - | - | - | - |
| RDA Fees & Loan Costs | 70,554 | - | - | - | - | - | - | - | - | - | - |
| BKRE Admin Claim Repayment | 200,000 | - | - | - | - | - | - | - | - | - | - |
| Additional BKRE loan payoff amounts | - | - | - | - | - | - | - | - | - | - | - |
| Loan Origination Expenses | 70,000 | - | - | - | - | - | - | - | - | - | - |
| **Total Disbursements** | 9,008,812 | 234,250 | 680,229 | 531,172 | 1,722,477 | 822,542 | 944,374 | 636,654 | 345,247 | 406,890 | 364,490 |
| **Subtotal-Receipts Less Disbursements** | 1,907,877 | 1,086,225 | 55,071 | 538,965 | (987,177) | (530,830) | 194,351 | 422,071 | 999,253 | 726,835 | 561,385 |
| HOA related expenses | (72,633) | | | | | | | | | | |
| Professional Fees & Trustee Commission | (437,858) | | | | | | | | | (800,000) | |
| Class 1-Tax Claim Bureau | | | | | | | | | | (1,906) | (1,906) |
| Class 7-Pre-Petition Judgment Claims | | | | | | | | | | | |
| Class 8-Priority Claims | | | | | | | | | | | |
| Class 9-General Unsecured Claims | | | | | | | | | | (17,800) | |
| **Month End Balance** | 1,397,508 | 2,483,733 | 2,538,804 | 3,077,770 | 2,090,593 | 1,559,763 | 1,754,114 | 2,176,185 | 3,175,438 | 3,082,567 | 3,642,046 |

See Accompanying Footnotes to Cash Flow Projection

**ISLAND VIEW CROSSING II, LP**
FOR SETTLEMENT & DISCUSSION ONLY
CASH FLOW BUDGET PROJECTION

| | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance: | 3,642,046 | 3,615,909 | 3,955,839 | 4,486,064 | 4,455,363 | 3,281,321 | 2,986,899 | 2,720,818 | 2,785,366 | 3,019,985 | 2,498,904 |
| **RECEIPTS** | | | | | | | | | | | |
| BKRE Loan Funding | - | - | - | - | - | - | - | - | - | - | - |
| BKRE Admin Claim | - | - | - | - | - | - | - | - | - | - | - |
| Townhome Sales less closing costs & release amounts required at closing (see Note 1 below) | 280,200 | 598,300 | 651,425 | - | - | - | - | 172,145 | 793,851 | - | - |
| Other Income | | | | | | | | | | | |
| Proceeds from Sale of Phase II | | 5,400,000 | | | | | | | | | |
| **Total Receipts** | 280,200 | 5,998,300 | 651,425 | - | - | - | - | 172,145 | 793,851 | - | - |
| **DISBURSEMENTS (See supporting schedules for line items.)** | | | | | | | | | | | |
| Site Improvements | 80,040 | 140,040 | 95,040 | - | 60,000 | - | - | 60,000 | - | - | - |
| Construction costs | 192,500 | 38,500 | - | - | 255,000 | 255,000 | 255,000 | - | 510,000 | 510,000 | 510,000 |
| Soft Costs | 30,702 | 78,662 | 26,160 | 30,702 | 59,042 | 39,422 | 11,082 | 47,597 | 49,232 | 11,082 | 39,422 |
| RDA Loan-interest pmts | 1,190 | 1,167 | - | - | - | - | - | - | - | - | - |
| RDA Non-Scheduled Principal pmts | - | 612,100 | - | - | - | - | - | - | - | - | - |
| RDA Fees & Loan Costs | - | - | - | - | - | - | - | - | - | - | - |
| BKRE Admin Claim Repayment | - | - | - | - | - | - | - | - | - | - | - |
| Additional BKRE loan payoff amounts | - | 4,669,463 | - | - | - | - | - | - | - | - | - |
| Loan Origination Expenses | | | | | | | | | | | |
| **Total Disbursements** | 304,432 | 5,539,932 | 121,200 | 30,702 | 374,042 | 294,422 | 266,082 | 107,597 | 559,232 | 521,082 | 549,422 |
| **Subtotal-Receipts Less Disbursements** | (24,232) | 458,368 | 530,225 | (30,702) | (374,042) | (294,422) | (266,082) | 64,548 | 234,619 | (521,082) | (549,422) |
| HOA related expenses | | | | | | | | | | | |
| Professional Fees & Trustee Commission | | | | | | | | | | | |
| Class 1-Tax Claim Bureau | (1,906) | (118,437) | | | (800,000) | | | | | | (800,000) |
| Class 7-Pre-Petition Judgment Claims | | | | | | | | | | | |
| Class 8-Priority Claims | | | | | | | | | | | |
| Class 9-General Unsecured Claims | | | | | | | | | | | |
| **Month End Balance** | 3,615,909 | 3,955,839 | 4,486,064 | 4,455,363 | 3,281,321 | 2,986,899 | 2,720,818 | 2,785,366 | 3,019,985 | 2,498,904 | 1,149,482 |

See Accompanying Footnotes to Cash Flow Projection

**ISLAND VIEW CROSSING II, LP**
**FOR SETTLEMENT & DISCUSSION ONLY**
**CASH FLOW BUDGET PROJECTION**

| | Jan-23 | Feb-23 | Mar-23 | Apr-23 | May-23 | Jun-23 | Jul-23 | Aug-23 | TOTALS |
|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | |
| Beginning Balance: | 1,149,482 | 1,141,960 | 1,682,879 | 2,706,837 | 3,226,755 | 4,277,674 | 5,344,327 | 5,646,320 | 122 |
| BCRE Loan Funding | - | - | - | - | - | - | - | - | 4,732,377 |
| BCRE Admin Claim | - | - | - | - | - | - | - | - | 200,000 |
| Other Income | | | | | | | | | 65 |
| Proceeds from Sale of Phase II | | | | | | | | | 5,400,000 |
| Townhome Sales less closing costs & release amounts required at closing (See Note 1 below) | 531,000 | 1,062,000 | 1,593,000 | 531,000 | 1,062,000 | 1,906,075 | 313,075 | - | 25,232,793 |
| **Total Receipts** | 531,000 | 1,062,000 | 1,593,000 | 531,000 | 1,062,000 | 1,906,075 | 313,075 | - | 35,565,235 |
| **DISBURSEMENTS** (See supporting schedules for line items.) | | | | | | | | | |
| Site Improvements | - | - | - | - | - | - | - | - | 2,338,953 |
| Construction costs | 510,000 | 510,000 | 510,000 | - | - | - | - | - | 14,244,107 |
| Project costs | - | - | - | - | - | - | - | - | 3,078,622 |
| RDA Loan-Interest pmts | 28,522 | 11,082 | 59,042 | 11,082 | 11,082 | 39,422 | 11,082 | 39,422 | 120,214 |
| RDA Loan-Scheduled Principal pmts | - | - | - | - | - | - | - | - | 1,314,100 |
| RDA Fees & Loan Costs | - | - | - | - | - | - | - | - | 70,554 |
| BCRE Admin Claim Repayment | - | - | - | - | - | - | - | - | 200,000 |
| Additional BCRE loan payoff amounts | - | - | - | - | - | - | - | - | 4,669,463 |
| Loan Origination Expenses | | | | | | | | | 70,000 |
| | | | | | | | | | - |
| **Total Disbursements** | 538,522 | 521,082 | 569,042 | 11,082 | 11,082 | 39,422 | 11,082 | 39,422 | 26,106,012 |
| **Subtotal-Receipts Less Disbursements** | (7,522) | 540,918 | 1,023,958 | 519,918 | 1,050,918 | 1,866,653 | 301,993 | (39,422) | 9,459,223 |
| HOA related expenses | | | | | | | | | (72,633) |
| Professional Fees & Trustee Commission | | | | | | (800,000) | | (1,180,549) | (4,818,407) |
| Class 1-Tax Claim Bureau | | | | | | | | (124,155) | (124,155) |
| Class 7-Pre-Petition Judgment Claims | | | | | | | | (219,328) | (219,328) |
| Class 8-Priority Claims | | | | | | | | | (17,800) |
| Class 9-General Unsecured Claims | | | | | | | | (3,166,651) | (3,166,651) |
| **Month End Balance** | 1,141,960 | 1,682,879 | 2,706,837 | 3,226,755 | 4,277,674 | 5,344,327 | 5,646,320 | 1,040,371 | 1,040,371 |

See Accompanying Footnotes to Cash Flow Projection

**ISLAND VIEW CROSSING II, LP**
**FOR SETTLEMENT & DISCUSSION**
**ONLY**
**FOOTNOTES TO CASH FLOW**
**BUDGET PROJECTION**

Note 1- Total gross sales price received on 19 units settled through 3/31/21 is $7,020,260. The total projected gross price on remaining units is $24,384,000 for a total of $31,404,260.

Note 2-Closing on sale of Phase 2 projected to occur in March, 2022. An estimated gross sale price of $6,000,000, after payment of estimated closing & misc. costs of $600,000, the balance of the sales proceeds would be $5,400,000 which would be used to pay principal reduction payments to (i) the RDA of $612,100, (ii) the Post-Petition Lender of $4,669,463 and (iii) the Class 1 Tax Claim Bureau of $118,437.

Note 3:

The Prudential release prices for Phase 1 will result in Prudential being paid a total of $2,585,000 from the sale and closing of the 73 residential units in Phase 1. The unpaid principal balance of the Prudential Class 3 Claim after the sale and closing of the 73 residential units in Phase 1 would be $1,507,444.

Note 4:

The remaining cash at the end of this projection is an estimate based on all the assumptions in this projection being realized as projected including the sale of Phase 2 for a gross sale price of $6,000,000. To the extent any assumption is not realized as projected, the ending cash balance would need to be adjusted accordingly. These projections do not include any estimated recovery in connection with the Trustee's Actions against Prudential.

Note 5:
The general unsecured claims total approximately $3,166,651. The Trustee has not yet determined the objections to claims, if any, that he may file on or before the Claims Objection Deadline. The Trustee will complete his review prior to the Claims Objection Deadline and file any objections that he deems appropriate.

**EXHIBIT "B"**

Liquidation Analysis

**ISLAND VIEW CROSSING II, LP**
**LIQUIDATION ANALYSIS AS OF 11/30/2021**

| ASSETS | | Amount |
|---|---|---|
| Cash | | $ 3,175,438 |
| State Street Receivable | | $ 45,000 |
| | | |
| **Phase 1  (approved/improved for a total of 73 townhomes)** | | $ - |
| | | |
| RiverfrontLots/Units | 15 | $ 1,500,000 |
| | | |
| Lots on which vertical construction has commenced | 4 | $ 150,000 |
| Lots on which vertical construction is partially completed | 3 | $ 675,000 |
| | | |
| Lots on which vertical construction is completed or substantially complete | 7 | $ 2,100,000 |
| | | |
| **Subtotal** | | **$ 7,645,438** |
| | | |
| Phase 2 Land (approved/improved for 96 condominium units) | | $ 2,500,000 |
| Trustee's Actions against Prudential | | **TBD** FN 1 |
| Trustee's 11 U.S.C. § 506(c) Claims | | **TBD** FN 1 |
| Office & Site Equipment (Model Furnishings, etc.) | | Negligible Value |
| | | |
| **TOTAL ASSETS** | | **$ 10,145,438** |

| LIABILITIES | | | Amount |
|---|---|---|---|
| **Accounts Payable** | | | **603,000** |
| | | | |
| **Secured Claims** | | | |
| | | | |
| Bucks County Tax Claim Bureau Claim (Class 1) | $ | 118,437 | |
| Redevelopment Authority of Bucks County Claim (Class 2) | $ | 835,600 | |
| Post-Petition Loan Claim (unclassified claim) | $ | 5,667,086 | |
| Prudential Construction Loan Claim (Class 3) | $ | 2,937,444 | |
| | | | |
| Prudential Disputed IVC-Durham Loan Claim (Class 4) | $ | - FN 2 | |
| | | | |
| Disputed Steeple Run Collateral Mortgage Claims (Class 5) | $ | - FN 2 | |
| | | | |
| Disputed Calnshire Collateral Mortgage Claim (Class 6) | $ | - FN 2 | |
| | | | |
| Pre-Petition Judgment Claims (Class 7) | $ | - FN 3 | |
| **Total Secured Claims** | | | **9,558,567** |
| | | | |
| **Chapter 11 Administrative Claims** | | | |
| Professional Fee Claims incurred by Debtor | $ | 168,276 | |
| Professional Fee Claims and Trustee Commissions incurred by interim trustee | $ | 21,035 | |
| Professional Fee Claims and Trustee Commissions incurred by the Trustee | $ | 3,942,000 | |
| **Total Chapter 11 Administrative Claims** | | | 4,131,311 |
| | | | |
| **Priority Claims (Class 8)** | | | $ 17,800 |
| | | | |
| **Chapter 7 Administrative Claims** | | | |
| Trustee Commission Estimated at 3% of sales price | $ | 157,750 FN | |
| Professionals/Insurance/Security | $ | 400,000 FN | |
| **Total Chapter 7 Administrative Claims** | | | $ 557,750 |
| | | | |
| **Total Secured, Administative and Priority Claims** | | | **$ 14,868,428** |

| SUMMARY | |
|---|---|
| **Liquidation Value of Assets** | $ 10,145,438 |
| **Less:  Secured, Administrative and Priority Claims** | $ 14,868,428 |
| Amount Available for Unsecured Creditors | $ (4,722,990) |

FN 1:  This Claim has not yet been determined by the Court.

FN 2:  Assumes this Claim is Disallowed.

FN 3:  Assumes these Claims are undersecured in chapter 7 liquidation.