UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ISLAND VIEW CROSSING II, L.P.,    :    Chapter 11
:
Debtor    :    Bky. No.  17-14454 ELF

# O R D E R

**AND NOW**, upon consideration of the Trustee's Motion for Approval of Disclosure Statement, Plan Voting Materials and Plan Voting Procedures ("the Motion"), any objections thereto, and after notice and hearing, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Trustee's Disclosure Statement ("the Disclosure Statement") is **APPROVED**.

3. The Trustee's proposed ballots are **APPROVED**.

4. Paragraph 8 of the Court's prior Order dated **August 23, 2017** (Doc. # 60) is **AMENDED** and the date of this Order shall be the "Record Holder Date" i.e., the date used to determine which holders of claims and interests shall be entitled to receive notice of and vote on the Plan.

5. **On or before June 3, 2021**, the Trustee's counsel shall transmit this Order, the Plan of Reorganization ("the Plan"), the Disclosure Statement, a letter of transmittal, a ballot and a self-addressed stamped envelope by mail to creditors and other parties in interest and to the U.S. Trustee as required by Fed. R. Bankr. P. 3017(d).

6. Notwithstanding the pendency of an objection to a proof of claim, the Trustee shall transmit the materials described in Paragraph 5 to the holder of such a claim.

7. Any motion for temporary allowance of a claim for voting purposes, see Fed. R. Bankr. P. 3018(a), must be filed and served **on or before June 10, 2021** and shall notice a hearing on such motion for **June 30, 2021, at 11:00 a.m.**

8. Ballots shall be sent to: Karalis PC, 1900 Spruce Street, Philadelphia, Pennsylvania 19103, Attention: Aris J. Karalis, Esquire.

9. **July 2, 2021**, **at 5:00 p.m.** is fixed as the deadline by which ballots must be received in order to be considered as acceptances or rejections of the Plan.

10. **July 7, 2021**, is fixed as the date by which the Trustee shall file the Report of Plan Voting. The Report shall include a Certification regarding the service on parties in interest required by Rule 3017(d).

11. **July 9, 2021**, is fixed as the deadline for filing and serving written objections to the confirmation of the Plan pursuant to Fed. R. Bankr. P. 3020(b)(1).

12. **July 21, 2021, at 11:00 a .m.** is fixed as the date and time for the hearing on confirmation of the Plan, to be held either at the United States Bankruptcy Court, Courtroom No. 1, 900 Market Street, Philadelphia, PA 19107 or by video conference. If the hearing is held by video conference, a subsequent Order will be entered setting forth the relevant procedures for the hearing. The Confirmation Hearing may be adjourned from time to time by the Court or the Trustee without further notice to parties other than an announcement in Court at the Confirmation Hearing or any adjourned Confirmation Hearing

Date: May 26, 2021

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**