IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

In re

ISLAND VIEW CROSSING, II, L.P

        Debtor

: 
: 
: Bankruptcy No. 17-14454-ELF
: 
: Chapter 11

## CERTIFICATE OF SERVICE

I, Michael P. Kelly, certify that the Objection to the Motion for Approval of Renalto J. Gualtieri's Disclosure Statement was served on all parties that were able to receive notice by electronic filing on June 5, 2021.

        By:    /S/ Michael P. Kelly

                  Michael P. Kelly, Esquire
                  402 Middletown Blvd.
                  Suite 202
                  Langhorne, PA. 19047
                  (215) 741-1100
                  mpkpc@aol.com
                  mpk@cowanandkelly.com