IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **ISLAND VIEW CROSSING II, L.P.** | : | **BANKRUPTCY NO. 17-14454(ELF)** |
| | : | |
| **Debtor** | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, Aris J. Karalis, Esquire, hereby certify that on the 7th day of June, 2021, I directed to be served a copy of the Objection of Kevin O'Halloran, Chapter 11 Trustee, to Approval of Renato J. Gualtieri's Disclosure Statement Submitted Pursuant to 11 U.S.C. Section 1125 upon the parties on the attached list in the manner indicated thereon.

**KARALIS PC**

By: /s/ Aris J. Karalis
  ARIS J. KARALIS

*Attorneys for the Trustee*

Dated: June 7, 2021

**VIA ECF TRANSMISSION**

**Bonnie Finkel, Ch. 7 Trustee - Calnshire**
c/o Gary D. Bressler, Esquire
McElroy Deutsch Mulvaney & Carpenter
1617 John F. Kennedy, Suite 1500
Philadelphia, PA 19103
gbressler@mdmc-law.com

**Stradley Ronon Stevens & Young LLP**
c/o Michael J. Cordone, Esquire
Stradley Ronon Stavens and Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103
mcordone@stradley.com

**Island View Crossing II, L.P.**
c/o Robert M. Greenbaum, Esquire
Smith Kane
112 Moores Road, Suite 300
Malvern, PA 19355
rgreenbaum@sgllclaw.com

**Kaplin Stewart Meloff Reiter & Stein PC**
c/o William J. Levant, Esquire
Kaplin Stewart
910 Harvest Drive, P.O. Box 3037
Blue Bell, PA 19422
efile.wjl@kaplaw.com

**Bucks County Tax Claim Bureau**
Barbara R. Merlie, Esquire
Rudolph Clarke LLC
7 Neshaminy Interplex, Suite 200
Trevose, PA 19053
bmerlie@rudolphclarke.com

**Premium Excavating LLC**
Joseph M. Ramagli, Esquire
Jackson Cook Caracappa & Scott
6 Penns Trail, Suite 202
Newtown, PA 18940-1889
jramagli@jccslaw.com

**Khandulans and Samira Ranganathan**
c/o Michael J. Shavel, Esquire
Hill Wallack, LLP
777 Township Line Road, Suite 250
Yardley, PA 19067-5565
mshavel@hillwallack.com

**Geostructures, Inc.**
c/o Michelle S. Walker, Esquire
Walker Law Group, LLC
33 Rock Hill Road, Suite 210
Bala Cynwyd, PA 19004
mwalker@walkerlawgroupllc.com

**VIA E-MAIL**

Dave P. Adams, Esquire
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
dave.p.adams@usdoj.gov

**Redevelopment Authority of Bucks Co.**
c/o Michael P. Kelly, Esquire
Cowan & Kelly
202 Penns Square
Langhorne, PA 19047
mpkpc@aol.com

**Prudential Savings Bank**
c/o Edmond M. George, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
Centre Square West, 1500 Market Street, Suite 3400
Philadelphia, PA 19102
edmond.george@obermayer.com

**DelGrasso; Mastridge & Silva**
c/o Michael P. Kelly, Esquire
Cowan & Kelly
202 Penns Square
Langhorne, PA 19047
mpkpc@aol.com

**Christine C. Shubert**
c/o Jason C. Manfrey, Esquire
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19106
jmanfrey@foxrothchild.com

**McElderry Drywall, Inc.**
c/o Larry L. Miller, Esquire
Miller Law Offices, P.C.
1423 State Road
Duncannon, PA 17020
llmmillerlaw@earthlink.net

**Stradley Ronon Stevens & Young LLP**
Gretchen M. Santamour, Esquire
Stradley Ronon Stevens Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
gsantamour@stradley.com

**Island View Crossing II, L.P.**
c/o David B. Smith, Esquire
Smith Kane
112 Moores Road, Suite 300
Malvern, PA 19355
dsmith@smithkanelaw.com

**Renato J. Gualtieri**
Jeffrey A. Dailey, Esquire
Dailey LLP
1650 Market Street, Suite 3600
Philadelphia, PA 19103

Kevin O'Halloran
Chapter 11 Trustee
P.O. Box 723307
Atlanta, GA 31139
kevinnm@bellsouth.net

**County of Bucks**
Robert A. Badman, Esquire
Curtin & Heefner LLP
1040 Stony Hill Road, Suite 150
Yardley, PA 19067
rab@curtinheefner.com

George M. Conway, Esquire
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
george.m.conway@usdoj.gov

**Commonwealth Capital LLC**
c/o Janet L. Gold, Esquire
Eisenberg, Gold & Agrawal, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, NJ 08034
jgold@egalawfirm.com

**Prudential Savings Bank**
c/o Samantha J. Koopman, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
Centre Square West, 1500 Market Street, Suite 3400
Philadelphia, PA 19102
samantha.koopman@obermayer.com

**Christine C. Shubert**
c/o Michael G. Menkowitz, Esquire
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19106
mmenkowitz@frof.com

**Stradley Ronon Stevens & Young LLP**
Daniel Michael Pereira, Esquire
Stradley Ronon Stevens Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
dpereira@stradley.com

**Premium Excavating LLC**
William E. Scott, Esquire
Jackson Cook Caracappa & Scott
6 Penns Trail, Suite 202
Newtown, PA 18940-1889
bscott@jccslaw.com

**Prudential Savings Bank**
Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
Centre Square West, 1500 Market Street, Suite 3400
Philadelphia, PA 19102
michael.vagnoni@obermayer.com

**Bristol Borough**
William J. Salerno, Esquire
Law Office of William J. Salerno
220 Radcliffe Street
Bristol, PA 19007
law.office.of.wjs@comcast.net

| | | |
|---|---|---|
| Borough of Bristol<br>James Dillon, Borough Manager<br>250 Pond Street<br>Bristol, PA 19007<br>jdillon@bristolboro.com | **Bohler Engineering PA, LLC**<br>Robert R Watson, Jr.<br>470 Norristown Road, Suite 302<br>Blue Bell PA 19422<br>rwatson@eastburngray.com | Anna Patras, Esquire<br>Bohler Engineering PA, LLC<br>300 Independence Blvd., Suite 200<br>Warren, NJ 07059<br>apatras@bohlereng.com |
| Bucks County Electric Works, Inc.<br>260 Knowles Avenue<br>Suite 224<br>Southampton PA 18966<br>daniel.j.stretz@bcew.net | **John R. Diaz, Adm. of the Estate of Dawn O'Neil**<br>c/o Michael P. Kelly, Esquire<br>402 Middletown Blvd., Suite 202<br>Langhorne, PA 19047<br>mpkpc@aol.com | IPFS Corporation<br>30 Montgomery Street, Suite 1000<br>Jersey City, NJ 07302<br>lisa.chandler@ipfs.com |
| **Monica L. Caione**<br>c/o Don F. Marshall, Esquire<br>Stuckert and Yates<br>2 North State Street, P.O. Box 70<br>Newtown, PA 18940<br>dmarshall@stuckertyates.com | Charles E. Shoemakers Engineering<br>1007 Edge Hill Road<br>Abington, PA 19001<br>staff@ceshoemaker.com | **BKRE Investments LLC**<br>Jerry E. Peer, Esquire<br>PetersonConners<br>545 Metro Place South, Suite 435<br>Dublin, OH 43017<br>jpeer@petersonconners.com |