<u>Via Certified Mail</u>

Samira Ranganathan
Ranganathan Khandulans
133 Mercer Court
Fairless Hills, PA 19030



June 10, 2021

Aris J. Karalis, Esquire
Robert W. Seitzer, Esquire
Karalis PC
1900 Spruce Street, Philadelphia, PA 19103

Re Island View Crossing II, L.P: Chapter 11 Bankruptcy No. 17-14454 (ELF)
  (Ballot for accepting or rejecting Trustee's Chapter 11 Plan as of April 19, 2021)

Re: Island View Crossing II L.P. (Debtor) – Chapter 11 Bankruptcy No. 17-14454(ELF)
  (Doc 699 Filed May 27, 2021)

Respected Aris J Karalis and Robert W Seitzer,

In reference to the above subject and documentation material dated May 26, 2021, we *reject the plan* what has been proposed by the Trustee for Item 1, Class 7 Vote for (ballot is attached for your reference and record). The rejection is for *following reasons:*

   1)   We strongly believe that Bankruptcy Court and Trustee have discriminated us especially from buying townhome property in this community due to being an immigrant in this country.

   2)   This can be proved based on the accommodation Trustee and US Bankruptcy Court extended to individuals who are white, and had similar entities in this bankruptcy case, are now owners of units in this community.

   3)   It seems Trustee had made a settlement with them without considering same offer to everyone equally, and disclosing openly.

   3)   For your record when the project was restarted/reinstated under Trustee, construction started by McGrath Builders, an offer was made by us to purchase

the unit against which we have made deposit of $49,980 (Lot # 46 - Address: 16703 Island View Circle/ River View, Bristol, PA 19007), which was denied.

4) Again, we directly approached the Trustee to sell the unit to us which was denied (with no response to our written offer).

5) Our goal and plan were always to fulfill our American dream and live where we work has been shattered by such discriminatory treatment to us by Builders, Bankruptcy Court and Trustee.

6) We offered multiple times for mutual benefits to us and Trustee, by offering to pay remaining $200,000 (two hundred thousand dollars) towards the unit, we had purchased (when project was in reviving and restructuring stage in early 2019).

7) We come to know that properties sold/ currently under contract (Phase I), have been to whites, if this is the case we definitely like to know why this discrimination?

8) If Bankruptcy court and Trustee feel that they are not discriminating us, we expect following to take place – either refund at the earliest full amount due to us $49,980 plus 3% annual interest (from the unit Lot 46 against which we had deposit, and subsequently sold to someone else), alternatively an identical unit from remaining lot be sold to us at $285,500 as settlement.

9) We waited patiently for more than seven years and look forward to justice in full.

Please acknowledge upon receipt by email: samishna@yahoo.com and look forward for response.

Sincerely,

*Shan*

Samira Ranganathan
Creditors

Cc: Judge Eric L. Frank United States Bankruptcy Judge for the Eastern District of PA