# EXHIBIT "A"

# SUMMARY OF BALLOTS

ISLAND VIEW CROSSING II, L.P.
SUMMARY OF PLAN VOTING

| CLASS | # of Ballots in Favor | # of Ballots Against | % of Ballots in Favor | $ or Units in Favor | $ or Units Against | % of $ Amount in Favor | % of $ Amount Against |
|---|---|---|---|---|---|---|---|
| Class 1. Bucks County Tax Claims Bureau | 1 | 0 | 100.00% | $118,436.82 | $0.00 | 100% | 0 |
| Class 2. RDA Claim | 1 | 0 | 100.00% | $1,981,000.00 | $0.00 | 100% | 0 |
| Class 3. Prudential Construction Loan Claim | 0 | 1 | 0.00% | $0.00 | $4,092,443.58 | 0 | 100% |
| Class 4. Disputed Prudential IVC-Durham Loan Claim | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Class 5. Disputed Steeple Run Collateral Mortgage Claim | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Class 6. Disputed Calnshire Collateral Mortgage Claim | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Class 7. Pre-Petition Judgment Claims | 3 | 1 | 75.00% | $136,082.63 | $49,980.00 | 73.14% | 26.86% |
| Class 8. Priority Non-Tax Claims | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Class 9. General Unsecured Claims | 11 | 1 | 91.67% | $1,868,268.16 | $175,519.28 | 91.41% | 8.59% |
| Class 10. Limited Partner Interests | 0 | 0 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 |
| Class 11. General Partners Interest | 0 | 0 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 |

Island View Crossing II, L.P.
Bankruptcy No.: 17-14454(ELF)
Class 1: Tax Claim Bureau Claim

| CLAIMANT | ACCEPTING | REJECTING |
|---|---|---|
| Bucks County Tax Claim Bureau | $118,436.82 | |
| **TOTAL** | **$118,436.82** | |

## Island View Crossing II, L.P.
### Bankruptcy No.: 17-14454(ELF)
### Class 2: RDA Claim

| CLAIMANT | ACCEPTING | REJECTING |
|---|---|---|
| Redevelopment Authority of the County of Bucks | $1,981,000.00 | |
| TOTAL | $1,981,000.00 | |

Island View Crossing II, L.P.
Bankruptcy No.: 17-14454(ELF)
Class 3: Prudential Construction Loan Claim

| CLAIMANT | ACCEPTING | REJECTING |
|---|---|---|
| Prudential Bank | | $4,092,443.58 |
| TOTAL | | $4,092,443.58 |

## Island View Crossing II, L.P.
## Bankruptcy No.: 17-14454(ELF)
## Class 7: Pre-Petition Judgment Claims

| NO. | CLAIMANT | PRO RATA % | ACCEPTING | REJECTING |
|---|---|---|---|---|
| 1 | Bristol Borough | 30% | $56,239.00 | |
| 2 | Bohler Engineering | 26% | $48,853.63 | |
| 3 | Caione | 17% | $30,990.00 | |
| 4 | Ranganathan -FN1 | 27% | | $49,980.00 |
| | TOTAL | 100% | $136,082.63 | $49,980.00 |

| | |
|---|---|
| Total amount of Class 7 ballots received: | $186,062.63 |
| | |
| Percentage of Class 7 ballots received voting in favor: | 75.00% |
| | |
| Percentage of dollar amount of Class 7 ballots received voting in favor: | 73.14% |

FN1 - The Class 7 ballot received on account of the Ranganathan Judgment which voted to reject the Plan had no claim amount filled in. For purposes of this report, the amount of the Ranganathan Judgment of $49,980.00 was utilized.

## Island View Crossing II, L.P.
## Bankruptcy No.: 17-14454(ELF)
## Class 9: General Unsecured Claims

| NO. | CLAIMANT | PRO RATA % | ACCEPTING | REJECTING |
|---|---|---|---|---|
| 1 | Bristol Borough | 0.78% | $16,000.00 | |
| 2 | Ebert Engineering, Inc. | 0.47% | $9,566.99 | |
| 3 | Kaplin Stewart | 1.74% | $35,625.48 | |
| 4 | Anthony Horwath | 0.49% | $10,000.00 | |
| 5 | Turka Painting | 0.46% | $9,450.00 | |
| 6 | Benjamin A. Mastridge, Sr. | 1.22% | $25,000.00 | |
| 7 | Peter J. Bridge | 0.37% | $7,500.00 | |
| 8 | Jane Q. Bridge | 0.37% | $7,500.00 | |
| 9 | Joseph Silva | 2.06% | $42,000.00 | |
| 10 | Stradley Ronon Stevens & Young LLP | 82.23% | $1,680,625.69 | |
| 11 | Bonnie Finkel, chapter 7 trustee for estate of Calnshire Estates LLC | 8.59% | | $175,519.28 |
| 12 | John R. Diaz Adm of Estate of Dawn L. O'Neil, Deceased | 1.22% | $25,000.00 | |
| | TOTAL | 100.00% | $1,868,268.16 | $175,519.28 |

| | | |
|---|---|---|
| Total amount of Class 9 ballots received: | | $2,043,787.44 |
| | | |
| Percentage of class 9 ballots received voting in favor: | | 91.67% |
| | | |
| Percentage of dollar amount of Class 9 ballots received voting in favor: | | 91.41% |