# EXHIBIT "B"

# BALLOTS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **ISLAND VIEW CROSSING II, L.P.** | : | **BANKRUPTCY NO. 17-14454(ELF)** |
| | : | |
| **Debtor** | : | |
| | : | |

**BALLOT FOR ACCEPTING OR REJECTING TRUSTEE'S
CHAPTER 11 PLAN DATED AS OF APRIL 19, 2021**

**CLASS 1:   TAX CLAIM BUREAU CLAIM**

> THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 5:00 P.M., PREVAILING EASTERN TIME, ON JULY 2, 2021

This Class 1 Ballot is submitted to you to solicit your vote to accept or reject the Chapter 11 Plan of Liquidation dated April 19, 2021 (the "Plan") proposed by Kevin O'Halloran, Chapter 11 Trustee for the estate of Island View Crossing II, LP (the "Trustee"). The Disclosure Statement dated April 19, 2021 with respect to the Plan (the "Disclosure Statement") is included with the materials accompanying this Ballot. Each capitalized term used but not otherwise defined herein shall have the meaning ascribed thereto in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (1) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each Impaired Class of Claims who vote on the Plan, and (2) otherwise satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code. If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and the classification and treatment of your Claim or Claims under the Plan. If you hold Claims in more than one Class or in multiple accounts, you will receive a Ballot for each Class or account in which you are entitled to vote.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM I, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST WITH RESPECT TO THE APPLICABLE CLASS. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class 1 Vote.** The undersigned, the holder of a Tax Claim Bureau Claim in Class 1 of the Plan against the Debtor as of April 19, 2021 in the amount set forth below votes to (check one box):

☑ ACCEPT the Plan.              ❑ REJECT the Plan.

Creditor: _Bucks County TCB_          Claim Amount: $ _118,436.82_

*See Instruction 3 on the attached "Voting Information and Instructions for Completing the Ballot."*

**Item 2. Certification.** By signing, this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted as having been cast.

_Barbara R. Merlie_
Name

_Babar R Mele_
Signature

_Attorney_
If by Authorized Agent, Name and Title

_Rudolph Clarke, LLC_
Name of Institution

_7 Neshaminy Interplex, Suite 200_
Street Address

_Trevose, PA 19053_
City, State, Zip Code

_215-633-1890_
Telephone Number

_6/25/2021_
Date Completed

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **CHAPTER 11** |
| | : | |
| **ISLAND VIEW CROSSING II, L.P.** | : | **BANKRUPTCY NO. 17-14454(ELF)** |
| | : | |
| Debtor | : | |
| | : | |

**BALLOT FOR ACCEPTING OR REJECTING TRUSTEE'S
CHAPTER 11 PLAN DATED AS OF APRIL 19, 2021**

### CLASS 2:   RDA CLAIM

> THE VOTING DEADLINE TO ACCEPT OR REJECT THE
> PLAN IS 5:00 P.M., PREVAILING EASTERN TIME, ON JULY
> 2, 2021

This Class 2 Ballot is submitted to you to solicit your vote to accept or reject the Chapter 11 Plan of Liquidation dated April 19, 2021 (the "Plan") proposed by Kevin O'Halloran, Chapter 11 Trustee for the estate of Island View Crossing II, LP (the "Trustee"). The Disclosure Statement dated April 19, 2021 with respect to the Plan (the "Disclosure Statement") is included with the materials accompanying this Ballot. Each capitalized term used but not otherwise defined herein shall have the meaning ascribed thereto in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (1) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each Impaired Class of Claims who vote on the Plan, and (2) otherwise satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code. If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and the classification and treatment of your Claim or Claims under the Plan. If you hold Claims in more than one Class or in multiple accounts, you will receive a Ballot for each Class or account in which you are entitled to vote.

<u>PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.</u>

> PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM I, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST WITH RESPECT TO THE APPLICABLE CLASS. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class 2 Vote**. The undersigned, the holder of a RDA Claim in Class 2 of the Plan against the Debtor as of April 19, 2021 in the amount set forth below votes to (check one box):

☑ ACCEPT the Plan.                    ❑ REJECT the Plan.

Creditor: _Redevelopment Authority of the County of Bucks_     Claim Amount: $ _1,981,000_

*See Instruction 3 on the attached "Voting Information and Instructions for Completing the Ballot."*

**Item 2. Certification**. By signing, this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted as having been cast.

_JEFFREY D. DARWAK, EXECUTIVE DIRECTOR_
Name

_[signature]_
Signature

If by Authorized Agent, Name and Title
_Redevelopment Authority of the County of Bucks_
Name of Institution

_216 Pond Street_
Street Address

_Bristol, PA, 19007_
City, State, Zip Code

_215 - 781 - 8711_
Telephone Number

_6/25/2021_
Date Completed

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **CHAPTER 11** |
| | : | |
| **ISLAND VIEW CROSSING II, L.P.** | : | **BANKRUPTCY NO. 17-14454(ELF)** |
| | : | |
| Debtor | : | |
| | : | |

## BALLOT FOR ACCEPTING OR REJECTING TRUSTEE'S
## CHAPTER 11 PLAN DATED AS OF APRIL 19, 2021

## CLASS 3:   PRUDENTIAL CONSTRUCTION LOAN CLAIM

> THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 5:00 P.M., PREVAILING EASTERN TIME, ON JULY 2, 2021

This Class 3 Ballot is submitted to you to solicit your vote to accept or reject the Chapter 11 Plan of Liquidation dated April 19, 2021 (the "<u>Plan</u>") proposed by Kevin O'Halloran, Chapter 11 Trustee for the estate of Island View Crossing II, LP (the "<u>Trustee</u>"). The Disclosure Statement dated April 19, 2021 with respect to the Plan (the "<u>Disclosure Statement</u>") is included with the materials accompanying this Ballot. Each capitalized term used but not otherwise defined herein shall have the meaning ascribed thereto in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (1) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each Impaired Class of Claims who vote on the Plan, and (2) otherwise satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code. If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and the classification and treatment of your Claim or Claims under the Plan. If you hold Claims in more than one Class or in multiple accounts, you will receive a Ballot for each Class or account in which you are entitled to vote.

<u>PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.</u>

PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM I, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST WITH RESPECT TO THE APPLICABLE CLASS. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class 3 Vote**. The undersigned, a holder of the Prudential Construction Loan Claim in Class 3 of the Plan against the Debtor as of April 19, 2021 in the amount set forth below votes to (check <u>one</u> box):

❏ ACCEPT the Plan.               ☒ REJECT the Plan.

Creditor: _Prudential Bank_          Claim Amount: $ _4,092,443.58_

*See Instruction 3 on the attached "Voting Information and Instructions for Completing the Ballot."*

**Item 2. Certification**. By signing, this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted as having been cast.

Edmond M. George
_____
Name

/s/ Edmond M. George
_____
Signature

Edmond M. George, Esq. - Partner
_____
If by Authorized Agent, Name and Title

Obermayer Rebmann Maxwell & Hippel LLP
_____
Name of Institution

Centre Square West, 1500 Market Street, Suite 3400
_____
Street Address

Philadelphia, PA 19102
_____
City, State, Zip Code

215-665-3000
_____
Telephone Number

6/30/2021
_____
Date Completed

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| ISLAND VIEW CROSSING II, L.P. | : | BANKRUPTCY NO. 17-14454(ELF) |
| | : | |
| Debtor | : | |
| | : | |

## BALLOT FOR ACCEPTING OR REJECTING TRUSTEE'S CHAPTER 11 PLAN DATED AS OF APRIL 19, 2021

## CLASS 7:    PRE-PETITION JUDGMENT CLAIMS

> THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 5:00 P.M., PREVAILING EASTERN TIME, ON JULY 2, 2021

This Class 7 Ballot is submitted to you to solicit your vote to accept or reject the Chapter 11 Plan of Liquidation dated April 19, 2021 (the "Plan") proposed by Kevin O'Halloran, Chapter 11 Trustee for the estate of Island View Crossing II, LP (the "Trustee"). The Disclosure Statement dated April 19, 2021 with respect to the Plan (the "Disclosure Statement") is included with the materials accompanying this Ballot. Each capitalized term used but not otherwise defined herein shall have the meaning ascribed thereto in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (1) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each Impaired Class of Claims who vote on the Plan, and (2) otherwise satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code. If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and the classification and treatment of your Claim or Claims under the Plan. If you hold Claims in more than one Class or in multiple accounts, you will receive a Ballot for each Class or account in which you are entitled to vote.

## PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.

> PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS
> CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM I, THIS BALLOT
> WILL NOT BE COUNTED AS HAVING BEEN CAST WITH RESPECT TO THE
> APPLICABLE CLASS. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE
> LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING
> BEEN CAST.

**Item 1. Class 7 Vote.** The undersigned, a holder of a Pre-Petition Judgment Claim in Class
7 of the Plan against the Debtor as of April 19, 2021 in the amount set forth below votes to (check
<u>one</u> box):

☑ ACCEPT the Plan. ❑ REJECT the Plan.

Creditor: _Bristol Borough_ Claim Amount: $ _56,209.00_

*See Instruction 3 on the attached "Voting Information and Instructions for
Completing the Ballot."*

**Item 2. Certification.** By signing, this Ballot, the undersigned acknowledges receipt of the
Disclosure Statement and the other applicable solicitation materials and certifies that the
undersigned is the claimant or has the power and authority to vote to accept or reject the
Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise
validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot
will not be counted as having been cast.

X _James Dillow_
Name

_____
Signature

_____
If by Authorized Agent, Name and Title

_Borough of Bristol_
Name of Institution

_250 Pond St_
Street Address

_Bristol Pa 19067_
City, State, Zip Code

_210-788-4001_
Telephone Number

_6-10-21_
Date Completed

*ω⁴/ᴄᴅ/*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | **CHAPTER 11** |
| | : | |
| **ISLAND VIEW CROSSING II, L.P.** | : | **BANKRUPTCY NO. 17-14454(ELF)** |
| | : | |
| Debtor | : | |

**BALLOT FOR ACCEPTING OR REJECTING TRUSTEE'S
CHAPTER 11 PLAN DATED AS OF APRIL 19, 2021**

**CLASS 7:   PRE-PETITION JUDGMENT CLAIMS**

> THE VOTING DEADLINE TO ACCEPT OR REJECT THE
> PLAN IS 5:00 P.M., PREVAILING EASTERN TIME, ON JULY
> 2, 2021

This Class 7 Ballot is submitted to you to solicit your vote to accept or reject the Chapter 11 Plan of Liquidation dated April 19, 2021 (the "Plan") proposed by Kevin O'Halloran, Chapter 11 Trustee for the estate of Island View Crossing II, LP (the "Trustee"). The Disclosure Statement dated April 19, 2021 with respect to the Plan (the "Disclosure Statement") is included with the materials accompanying this Ballot. Each capitalized term used but not otherwise defined herein shall have the meaning ascribed thereto in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (1) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each Impaired Class of Claims who vote on the Plan, and (2) otherwise satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code. If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and the classification and treatment of your Claim or Claims under the Plan. If you hold Claims in more than one Class or in multiple accounts, you will receive a Ballot for each Class or account in which you are entitled to vote.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST WITH RESPECT TO THE APPLICABLE CLASS. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class 7 Vote**. The undersigned, a holder of a Pre-Petition Judgment Claim in Class 7 of the Plan against the Debtor as of April 19, 2021 in the amount set forth below votes to (check <u>one</u> box):

☒ ACCEPT the Plan.          ❑ REJECT the Plan.

Creditor: <u>Bohler Engineering PA, LLC</u>   Claim Amount: $ <u>48,853.63</u>

*See Instruction 3 on the attached "Voting Information and Instructions for Completing the Ballot."*

**Item 2. Certification**. By signing, this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted as having been cast.

_Robert R. Irons P.E._
Name

_Signature_

Robert Irons, Divisional Managing Partner
If by Authorized Agent, Name and Title

Bohler Engineering PA, LLC
Name of Institution

1600 Manor Drive, Suite 200
Street Address

Chalfont, PA 18914
City, State, Zip Code

215-996-9100
Telephone Number

6/21/21
Date Completed

*email to Trustee*

*icfmic@hotmail.com*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **CHAPTER 11** |
| | : | |
| **ISLAND VIEW CROSSING II, L.P.** | : | **BANKRUPTCY NO. 17-14454(ELF)** |
| | : | |
| **Debtor** | : | |
| | : | |

*Revised*

## BALLOT FOR ACCEPTING OR REJECTING TRUSTEE'S
## CHAPTER 11 PLAN DATED AS OF APRIL 19, 2021

### CLASS 7:    PRE-PETITION JUDGMENT CLAIMS

> THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 5:00 P.M., PREVAILING EASTERN TIME, ON JULY 2, 2021

This Class 7 Ballot is submitted to you to solicit your vote to accept or reject the Chapter 11 Plan of Liquidation dated April 19, 2021 (the "Plan") proposed by Kevin O'Halloran, Chapter 11 Trustee for the estate of Island View Crossing II, LP (the "Trustee"). The Disclosure Statement dated April 19, 2021 with respect to the Plan (the "Disclosure Statement") is included with the materials accompanying this Ballot. Each capitalized term used but not otherwise defined herein shall have the meaning ascribed thereto in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (1) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each Impaired Class of Claims who vote on the Plan, and (2) otherwise satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code. If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and the classification and treatment of your Claim or Claims under the Plan. If you hold Claims in more than one Class or in multiple accounts, you will receive a Ballot for each Class or account in which you are entitled to vote.

### PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.

> PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM I, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST WITH RESPECT TO THE APPLICABLE CLASS. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class 7 Vote.** The undersigned, a holder of a Pre-Petition Judgment Claim in Class 7 of the Plan against the Debtor as of April 19, 2021 in the amount set forth below votes to (check one box):

[X] ACCEPT the Plan.                    [ ] REJECT the Plan.

Creditor: _MONICA L. CAIONE_     Claim Amount: $ _30,990.00_

*See Instruction 3 on the attached "Voting Information and Instructions for Completing the Ballot."*

**Item 2. Certification.** By signing, this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted as having been cast.

_MONICA L. CAIONE_
Name

_Monica L. Caione_
Signature

_By Emily Power-Caione_
If by Authorized Agent, Name and Title

_____
Name of Institution

_12 FILLMORE STREET_
Street Address

_BRISTOL, PA. 19007_
City, State, Zip Code

_215-913-3867 (cell phone)_
Telephone Number

_June 9, 2021_
Date Completed

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **CHAPTER 11** |
| | : | |
| **ISLAND VIEW CROSSING II, L.P.** | : | **BANKRUPTCY NO. 17-14454(ELF)** |
| | : | |
| **Debtor** | : | |
| | : | |

## BALLOT FOR ACCEPTING OR REJECTING TRUSTEE'S
## CHAPTER 11 PLAN DATED AS OF APRIL 19, 2021

### CLASS 7:   PRE-PETITION JUDGMENT CLAIMS

> THE VOTING DEADLINE TO ACCEPT OR REJECT THE
> PLAN IS 5:00 P.M., PREVAILING EASTERN TIME, ON JULY
> 2, 2021

This Class 7 Ballot is submitted to you to solicit your vote to accept or reject the
Chapter 11 Plan of Liquidation dated April 19, 2021 (the "Plan") proposed by Kevin
O'Halloran, Chapter 11 Trustee for the estate of Island View Crossing II, LP (the
"Trustee"). The Disclosure Statement dated April 19, 2021 with respect to the Plan (the
"Disclosure Statement") is included with the materials accompanying this Ballot. Each
capitalized term used but not otherwise defined herein shall have the meaning ascribed
thereto in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you
if the Plan (1) is accepted by the holders of at least two-thirds in amount and more
than one-half in number of the Claims in each Impaired Class of Claims who vote on
the Plan, and (2) otherwise satisfies the applicable requirements of section 1129(a) of
the Bankruptcy Code. If the requisite acceptances are not obtained, the Bankruptcy
Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and
equitable treatment to, and does not unfairly discriminate against, the Class or Classes
rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of
the Bankruptcy Code.

You should review the Disclosure Statement and the Plan before you vote. You may
wish to seek legal advice concerning the Plan and the classification and treatment of
your Claim or Claims under the Plan. If you hold Claims in more than one Class or in
multiple accounts, you will receive a Ballot for each Class or account in which you
are entitled to vote.

### PLEASE READ THE ATTACHED VOTING INFORMATION AND
### INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.

PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM I, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST WITH RESPECT TO THE APPLICABLE CLASS. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class 7 Vote**. The undersigned, a holder of a Pre-Petition Judgment Claim in Class 7 of the Plan against the Debtor as of April 19, 2021 in the amount set forth below votes to (check <u>one</u> box):

❑ ACCEPT the Plan.          ☑ REJECT the Plan.

— SEE ATTACHED LETTER —

Creditor: _SAMIRA RANGANATHAN_          Claim Amount: $ _____
_RANGANATHAN KHANZWANI_

*See Instruction 3 on the attached "Voting Information and Instructions for Completing the Ballot."*

**Item 2. Certification**. By signing, this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted as having been cast.

_SAMIRA RANGANATHAN_
Name

_Shazyn_
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_133 MERCER COURT_
Street Address

_FAIRLESS HILLS, PA 19030_
City, State, Zip Code

_215 526 7670_
Telephone Number

_JUNE 10, 2021_
Date Completed

<u>Via Certified Mail</u>

Samira Ranganathan
Ranganathan Khandulans
133 Mercer Court
Fairless Hills, PA 19030

June 10, 2021

Aris J. Karalis, Esquire
Robert W. Seitzer, Esquire
Karalis PC
1900 Spruce Street, Philadelphia, PA 19103

Re Island View Crossing II, L.P: Chapter 11 Bankruptcy No. 17-14454 (ELF)
    (Ballot for accepting or rejecting Trustee's Chapter 11 Plan as of April 19, 2021)

Re: Island View Crossing II L.P. (Debtor) – Chapter 11 Bankruptcy No. 17-14454(ELF)
    (Doc 699 Filed May 27, 2021)

Respected Aris J Karalis and Robert W Seitzer,

In reference to the above subject and documentation material dated May 26, 2021,
we *reject the plan* what has been proposed by the Trustee for Item 1, Class 7 Vote
for (ballot is attached for your reference and record). The rejection is for *following
reasons:*

   1)    We strongly believe that Bankruptcy Court and Trustee have discriminated
   us especially from buying townhome property in this community due to being an
   immigrant in this country.

   2)    This can be proved based on the accommodation Trustee and US
   Bankruptcy Court extended to individuals who are white, and had similar entities
   in this bankruptcy case, are now owners of units in this community.

   3)    It seems Trustee had made a settlement with them without considering
   same offer to everyone equally, and disclosing openly.

   3)    For your record when the project was restarted/reinstated under Trustee,
   construction started by McGrath Builders, an offer was made by us to purchase

the unit against which we have made deposit of $49,980 (Lot # 46 - Address: 16703 Island View Circle/ River View, Bristol, PA 19007), which was denied.

4)     Again, we directly approached the Trustee to sell the unit to us which was denied (with no response to our written offer).

5)     Our goal and plan were always to fulfill our American dream and live where we work has been shattered by such discriminatory treatment to us by Builders, Bankruptcy Court and Trustee.

6)     We offered multiple times for mutual benefits to us and Trustee, by offering to pay remaining $200,000 (two hundred thousand dollars) towards the unit, we had purchased (when project was in reviving and restructuring stage in early 2019).

7)     We come to know that properties sold/ currently under contract (Phase I), have been to whites, if this is the case we definitely like to know why this discrimination?

8)     If Bankruptcy court and Trustee feel that they are not discriminating us, we expect following to take place – either refund at the earliest full amount due to us $49,980 plus 3% annual interest (from the unit Lot 46 against which we had deposit, and subsequently sold to someone else), alternatively an identical unit from remaining lot be sold to us at $285,500 as settlement.

9)     We waited patiently for more than seven years and look forward to justice in full.

Please acknowledge upon receipt by email:   ansmna@yahoo.com   and look forward for response.

Sincerely,

Samira Ranganathan
Creditors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | **CHAPTER 11** |
| | : | |
| **ISLAND VIEW CROSSING II, L.P.** | : | **BANKRUPTCY NO. 17-14454(ELF)** |
| | : | |
| Debtor | : | |
| | : | |

**BALLOT FOR ACCEPTING OR REJECTING TRUSTEE'S**
**CHAPTER 11 PLAN DATED AS OF APRIL 19, 2021**

**CLASS 9:   GENERAL UNSECURED CLAIMS**

> THE VOTING DEADLINE TO ACCEPT OR REJECT THE
> PLAN IS 5:00 P.M., PREVAILING EASTERN TIME, ON JULY
> 2, 2021

This Class 9 Ballot is submitted to you to solicit your vote to accept or reject the
Chapter 11 Plan of Liquidation dated April 19, 2021 (the "Plan") proposed by Kevin
O'Halloran, Chapter 11 Trustee for the estate of Island View Crossing II, LP (the
"Trustee"). The Disclosure Statement dated April 19, 2021 with respect to the Plan (the
"Disclosure Statement") is included with the materials accompanying this Ballot. Each
capitalized term used but not otherwise defined herein shall have the meaning ascribed
thereto in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you
if the Plan (1) is accepted by the holders of at least two-thirds in amount and more
than one-half in number of the Claims in each Impaired Class of Claims who vote on
the Plan, and (2) otherwise satisfies the applicable requirements of section 1129(a) of
the Bankruptcy Code. If the requisite acceptances are not obtained, the Bankruptcy
Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and
equitable treatment to, and does not unfairly discriminate against, the Class or Classes
rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of
the Bankruptcy Code.

You should review the Disclosure Statement and the Plan before you vote. You may
wish to seek legal advice concerning the Plan and the classification and treatment of
your Claim or Claims under the Plan. If you hold Claims in more than one Class or in
multiple accounts, you will receive a Ballot for each Class or account in which you
are entitled to vote.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM I, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST WITH RESPECT TO THE APPLICABLE CLASS. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class 9 Vote**. The undersigned, a holder of a General Unsecured Claim in Class 9 of the Plan against the Debtor as of April 19, 2021 in the amount set forth below votes to (check one box):

☑ ACCEPT the Plan.          ❑ REJECT the Plan.

Creditor: _Bristol Borough_          Claim Amount: $ _16,000.00_

*See Instruction 3 on the attached "Voting Information and Instructions for Completing the Ballot."*

**Item 2. Certification**. By signing, this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted as having been cast.

X _James Dillon_
Name

_J. Dill_
Signature

_____
If by Authorized Agent, Name and Title

_Bristol Borough_
Name of Institution

_260 Pond St_
Street Address

_Bristol Pa 19007_
City, State, Zip Code

_215-788-XX 4001_
Telephone Number

_6-10-21_
Date Completed

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | **CHAPTER 11** |
| | : | |
| **ISLAND VIEW CROSSING II, L.P.** | : | **BANKRUPTCY NO. 17-14454(ELF)** |
| | : | |
| **Debtor** | : | |
| | : | |

## BALLOT FOR ACCEPTING OR REJECTING TRUSTEE'S CHAPTER 11 PLAN DATED AS OF APRIL 19, 2021

## CLASS 9:   GENERAL UNSECURED CLAIMS

> THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 5:00 P.M., PREVAILING EASTERN TIME, ON JULY 2, 2021

This Class 9 Ballot is submitted to you to solicit your vote to accept or reject the Chapter 11 Plan of Liquidation dated April 19, 2021 (the "Plan") proposed by Kevin O'Halloran, Chapter 11 Trustee for the estate of Island View Crossing II, LP (the "Trustee"). The Disclosure Statement dated April 19, 2021 with respect to the Plan (the "Disclosure Statement") is included with the materials accompanying this Ballot. Each capitalized term used but not otherwise defined herein shall have the meaning ascribed thereto in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (1) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each Impaired Class of Claims who vote on the Plan, and (2) otherwise satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code. If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and the classification and treatment of your Claim or Claims under the Plan. If you hold Claims in more than one Class or in multiple accounts, you will receive a Ballot for each Class or account in which you are entitled to vote.

## PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.

PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST WITH RESPECT TO THE APPLICABLE CLASS. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class 9 Vote.** The undersigned, a holder of a General Unsecured Claim in Class 9 of the Plan against the Debtor as of April 19, 2021 in the amount set forth below votes to (check one box):

☒ ACCEPT the Plan.               ❑ REJECT the Plan.

Creditor: Ebert Engineering, Inc. Claim Amount: $ 9,566.99

*See Instruction 3 on the attached "Voting Information and Instructions for Completing the Ballot."*

**Item 2. Certification.** By signing, this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted as having been cast.

Frederick E. Ebert
_____
Name

_____
Signature

President
_____
If by Authorized Agent, Name and Title

Ebert Engineering, Inc.
_____
Name of Institution

4397 Skippack Pike, P.O. Box 540
_____
Street Address

Skippack, PA 19474
_____
City, State, Zip Code

610-584-6701
_____
Telephone Number

6|8|2021
_____
Date Completed

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **CHAPTER 11** |
| | : | |
| **ISLAND VIEW CROSSING II, L.P.** | : | **BANKRUPTCY NO. 17-14454(ELF)** |
| | : | |
| **Debtor** | : | |
| | : | |

## BALLOT FOR ACCEPTING OR REJECTING TRUSTEE'S CHAPTER 11 PLAN DATED AS OF APRIL 19, 2021

## CLASS 9:    GENERAL UNSECURED CLAIMS

> THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 5:00 P.M., PREVAILING EASTERN TIME, ON JULY 2, 2021

This Class 9 Ballot is submitted to you to solicit your vote to accept or reject the Chapter 11 Plan of Liquidation dated April 19, 2021 (the "Plan") proposed by Kevin O'Halloran, Chapter 11 Trustee for the estate of Island View Crossing II, LP (the "Trustee"). The Disclosure Statement dated April 19, 2021 with respect to the Plan (the "Disclosure Statement") is included with the materials accompanying this Ballot. Each capitalized term used but not otherwise defined herein shall have the meaning ascribed thereto in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (1) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each Impaired Class of Claims who vote on the Plan, and (2) otherwise satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code. If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and the classification and treatment of your Claim or Claims under the Plan. If you hold Claims in more than one Class or in multiple accounts, you will receive a Ballot for each Class or account in which you are entitled to vote.

## PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.

PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST WITH RESPECT TO THE APPLICABLE CLASS. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class 9 Vote.** The undersigned, a holder of a General Unsecured Claim in Class 9 of the Plan against the Debtor as of April 19, 2021 in the amount set forth below votes to (check one box):

☒ ACCEPT the Plan.                    ☐ REJECT the Plan.

Creditor: _Kaplin Stewart Meloff Reiter & Stein, P.C_    Claim Amount: $ _35,625.48_

*See Instruction 3 on the attached "Voting Information and Instructions for Completing the Ballot."*

**Item 2. Certification.** By signing, this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted as having been cast.

_Gregg I Adelman_
Name

_[signature]_
Signature

_Partner_
If by Authorized Agent, Name and Title

_Kaplin Stewart Meloff Reiter & Stein, P.C_
Name of Institution

_910 Harvest Dr  Po Box 3037_
Street Address

_Blue Bell  PA  19422_
City, State, Zip Code

_610 941 2552_
Telephone Number

_6/14/21_
Date Completed

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **CHAPTER 11** |
| | : | |
| **ISLAND VIEW CROSSING II, L.P.** | : | **BANKRUPTCY NO. 17-14454(ELF)** |
| | : | |
| Debtor | : | |
| | : | |

## BALLOT FOR ACCEPTING OR REJECTING TRUSTEE'S CHAPTER 11 PLAN DATED AS OF APRIL 19, 2021

### CLASS 9:   GENERAL UNSECURED CLAIMS

> THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 5:00 P.M., PREVAILING EASTERN TIME, ON JULY 2, 2021

This Class 9 Ballot is submitted to you to solicit your vote to accept or reject the Chapter 11 Plan of Liquidation dated April 19, 2021 (the "Plan") proposed by Kevin O'Halloran, Chapter 11 Trustee for the estate of Island View Crossing II, LP (the "Trustee"). The Disclosure Statement dated April 19, 2021 with respect to the Plan (the "Disclosure Statement") is included with the materials accompanying this Ballot. Each capitalized term used but not otherwise defined herein shall have the meaning ascribed thereto in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (1) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each Impaired Class of Claims who vote on the Plan, and (2) otherwise satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code. If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and the classification and treatment of your Claim or Claims under the Plan. If you hold Claims in more than one Class or in multiple accounts, you will receive a Ballot for each Class or account in which you are entitled to vote.

### PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.

PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM I, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST WITH RESPECT TO THE APPLICABLE CLASS. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class 9 Vote**. The undersigned, a holder of a General Unsecured Claim in Class 9 of the Plan against the Debtor as of April 19, 2021 in the amount set forth below votes to (check <u>one</u> box):

     ☑ ACCEPT the Plan.        ☐ REJECT the Plan.

Creditor: _Anthony Horwath_    Claim Amount: $ _10,000.00_

*See Instruction 3 on the attached "Voting Information and Instructions for Completing the Ballot."*

**Item 2. Certification**. By signing, this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted as having been cast.

_Anthony Horwath_
Name

_Anthony Horwath_
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_1045 Essex Dr_
Street Address

_Bensalem PA 19020_
City, State, Zip Code

_215 - 779 8727_
Telephone Number

_6/17/21_
Date Completed

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **CHAPTER 11** |
| | : | |
| **ISLAND VIEW CROSSING II, L.P.** | : | **BANKRUPTCY NO. 17-14454(ELF)** |
| | : | |
| **Debtor** | : | |
| | : | |

## BALLOT FOR ACCEPTING OR REJECTING TRUSTEE'S CHAPTER 11 PLAN DATED AS OF APRIL 19, 2021

## CLASS 9:   GENERAL UNSECURED CLAIMS

> THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 5:00 P.M., PREVAILING EASTERN TIME, ON JULY 2, 2021

This Class 9 Ballot is submitted to you to solicit your vote to accept or reject the Chapter 11 Plan of Liquidation dated April 19, 2021 (the "Plan") proposed by Kevin O'Halloran, Chapter 11 Trustee for the estate of Island View Crossing II, LP (the "Trustee"). The Disclosure Statement dated April 19, 2021 with respect to the Plan (the "Disclosure Statement") is included with the materials accompanying this Ballot. Each capitalized term used but not otherwise defined herein shall have the meaning ascribed thereto in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (1) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each Impaired Class of Claims who vote on the Plan, and (2) otherwise satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code. If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and the classification and treatment of your Claim or Claims under the Plan. If you hold Claims in more than one Class or in multiple accounts, you will receive a Ballot for each Class or account in which you are entitled to vote.

### PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.

PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM I, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST WITH RESPECT TO THE APPLICABLE CLASS. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class 9 Vote.** The undersigned, a holder of a General Unsecured Claim in Class 9 of the Plan against the Debtor as of April 19, 2021 in the amount set forth below votes to (check one box):

☑ ACCEPT the Plan.          ☐ REJECT the Plan.

Creditor: _Turka painting_          Claim Amount: $ _9,450_

*See Instruction 3 on the attached "Voting Information and Instructions for Completing the Ballot."*

**Item 2. Certification.** By signing, this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted as having been cast.

Commonwealth of Pennsylvania, County of Bucks
Subscribed and sworn to before me by

_Yucel Semiz_

on this _22_ day of _June_, 20 _21_

_Laura S Slat_
**Notary Public**

Commonwealth of Pennsylvania - Notary Seal
Laura E. Slater, Notary Public
Bucks County
My commission expires August 21, 2021
Commission number 1131053
Member, Pennsylvania Association of Notaries

_Turka painting llc (Yucel Semiz)_
Name

_Yucel Semiz_
Signature

_Turka Painting llc_
If by Authorized Agent, Name and Title

Name of Institution

_28 Ring In_
Street Address

_Levittown, PA 19055_
City, State, Zip Code

_(267) 697 9559_
Telephone Number

_June 22 - 2021_
Date Completed

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **CHAPTER 11** |
| | : | |
| **ISLAND VIEW CROSSING II, L.P.** | : | **BANKRUPTCY NO. 17-14454(ELF)** |
| | : | |
| Debtor | : | |
| | : | |

**BALLOT FOR ACCEPTING OR REJECTING TRUSTEE'S
CHAPTER 11 PLAN DATED AS OF APRIL 19, 2021**

**CLASS 9:    GENERAL UNSECURED CLAIMS**

THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 5:00 P.M., PREVAILING EASTERN TIME, ON JULY 2, 2021

This Class 9 Ballot is submitted to you to solicit your vote to accept or reject the Chapter 11 Plan of Liquidation dated April 19, 2021 (the "Plan") proposed by Kevin O'Halloran, Chapter 11 Trustee for the estate of Island View Crossing II, LP (the "Trustee"). The Disclosure Statement dated April 19, 2021 with respect to the Plan (the "Disclosure Statement") is included with the materials accompanying this Ballot. Each capitalized term used but not otherwise defined herein shall have the meaning ascribed thereto in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (1) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each Impaired Class of Claims who vote on the Plan, and (2) otherwise satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code. If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and the classification and treatment of your Claim or Claims under the Plan. If you hold Claims in more than one Class or in multiple accounts, you will receive a Ballot for each Class or account in which you are entitled to vote.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

> PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS
> CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM I, THIS BALLOT
> WILL NOT BE COUNTED AS HAVING BEEN CAST WITH RESPECT TO THE
> APPLICABLE CLASS. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE
> LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING
> BEEN CAST.

**Item 1. Class 9 Vote.** The undersigned, a holder of a General Unsecured Claim in Class 9 of the Plan against the Debtor as of April 19, 2021 in the amount set forth below votes to (check one box):

☑ ACCEPT the Plan.          ❑ REJECT the Plan.

Creditor: _Benjamin A. Mastridge Sr_   Claim Amount: $ _25,000.00_

*See Instruction 3 on the attached "Voting Information and Instructions for Completing the Ballot."*

**Item 2. Certification.** By signing, this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted as having been cast.

_Benjamin A. Mastridge Sr_
Name

_Benjamin A. Mastridge Jr._
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_14 Bittersweet Rd_
Street Address

_Levittown PA 19057_
City, State, Zip Code

_267-254-9062_
Telephone Number

_6-23-2021_
Date Completed

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **ISLAND VIEW CROSSING II, L.P.** | : | **BANKRUPTCY NO. 17-14454(ELF)** |
| | : | |
| **Debtor** | : | |
| | : | |

### BALLOT FOR ACCEPTING OR REJECTING TRUSTEE'S
### CHAPTER 11 PLAN DATED AS OF APRIL 19, 2021

### CLASS 9:   GENERAL UNSECURED CLAIMS

> THE VOTING DEADLINE TO ACCEPT OR REJECT THE
> PLAN IS 5:00 P.M., PREVAILING EASTERN TIME, ON JULY
> 2, 2021

This Class 9 Ballot is submitted to you to solicit your vote to accept or reject the Chapter 11 Plan of Liquidation dated April 19, 2021 (the "Plan") proposed by Kevin O'Halloran, Chapter 11 Trustee for the estate of Island View Crossing II, LP (the "Trustee"). The Disclosure Statement dated April 19, 2021 with respect to the Plan (the "Disclosure Statement") is included with the materials accompanying this Ballot. Each capitalized term used but not otherwise defined herein shall have the meaning ascribed thereto in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (1) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each Impaired Class of Claims who vote on the Plan, and (2) otherwise satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code. If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and the classification and treatment of your Claim or Claims under the Plan. If you hold Claims in more than one Class or in multiple accounts, you will receive a Ballot for each Class or account in which you are entitled to vote.

### PLEASE READ THE ATTACHED VOTING INFORMATION AND
### INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.

PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS
CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM I, THIS BALLOT
WILL NOT BE COUNTED AS HAVING BEEN CAST WITH RESPECT TO THE
APPLICABLE CLASS. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE
LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING
BEEN CAST.

**Item 1. Class 9 Vote.** The undersigned, a holder of a General Unsecured Claim in Class 9 of
the Plan against the Debtor as of April 19, 2021 in the amount set forth below votes to (check
one box):

☑ ACCEPT the Plan.                    ☐ REJECT the Plan.

Creditor: PETER J. BRIDGE            Claim Amount: $ 7,500.00

*See Instruction 3 on the attached "Voting Information and Instructions for
Completing the Ballot."*

**Item 2. Certification.** By signing, this Ballot, the undersigned acknowledges receipt of the
Disclosure Statement and the other applicable solicitation materials and certifies that the
undersigned is the claimant or has the power and authority to vote to accept or reject the
Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise
validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot
will not be counted as having been cast.

PETER J. BRIDGE
_____
Name

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

1509 ESTHER LANE
_____
Street Address

YARDLEY PA 19067
_____
City, State, Zip Code

215 - 295 - 4753
_____
Telephone Number

6/24/2021
_____
Date Completed

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | **CHAPTER 11** |
| | : | |
| **ISLAND VIEW CROSSING II, L.P.** | : | **BANKRUPTCY NO. 17-14454(ELF)** |
| | : | |
| Debtor | : | |
| | : | |

**BALLOT FOR ACCEPTING OR REJECTING TRUSTEE'S**
**CHAPTER 11 PLAN DATED AS OF APRIL 19, 2021**

**CLASS 9:   GENERAL UNSECURED CLAIMS**

> THE VOTING DEADLINE TO ACCEPT OR REJECT THE
> PLAN IS 5:00 P.M., PREVAILING EASTERN TIME, ON JULY
> 2, 2021

This Class 9 Ballot is submitted to you to solicit your vote to accept or reject the Chapter 11 Plan of Liquidation dated April 19, 2021 (the "Plan") proposed by Kevin O'Halloran, Chapter 11 Trustee for the estate of Island View Crossing II, LP (the "Trustee"). The Disclosure Statement dated April 19, 2021 with respect to the Plan (the "Disclosure Statement") is included with the materials accompanying this Ballot. Each capitalized term used but not otherwise defined herein shall have the meaning ascribed thereto in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (1) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each Impaired Class of Claims who vote on the Plan, and (2) otherwise satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code. If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and the classification and treatment of your Claim or Claims under the Plan. If you hold Claims in more than one Class or in multiple accounts, you will receive a Ballot for each Class or account in which you are entitled to vote.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND**
**INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

> PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS
> CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM I, THIS BALLOT
> WILL NOT BE COUNTED AS HAVING BEEN CAST WITH RESPECT TO THE
> APPLICABLE CLASS. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE
> LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING
> BEEN CAST.

**Item 1. Class 9 Vote**. The undersigned, a holder of a General Unsecured Claim in Class 9 of
the Plan against the Debtor as of April 19, 2021 in the amount set forth below votes to (check
<u>one</u> box):

            ☑ ACCEPT the Plan.            ☐ REJECT the Plan.

Creditor: _JANE Q BRIDGE_      Claim Amount: $ _7,500 00/100_

*See Instruction 3 on the attached "Voting Information and Instructions for
Completing the Ballot."*

**Item 2. Certification**. By signing, this Ballot, the undersigned acknowledges receipt of the
Disclosure Statement and the other applicable solicitation materials and certifies that the
undersigned is the claimant or has the power and authority to vote to accept or reject the
Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise
validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot
will not be counted as having been cast.

            _JANE Q BRIDGE_
                       Name
            _Jane Q. Bridge_
                    Signature

          If by Authorized Agent, Name and Title

              Name of Institution
      _1509 ESTHER LANE_
               Street Address
      _YARDLEY, PA. 19067_
             City, State, Zip Code
    _215- 295- 4753 or 215-208-8286_
             Telephone Number
        _6/24/2021_
            Date Completed

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| ISLAND VIEW CROSSING II, L.P. | : | BANKRUPTCY NO. 17-14454(ELF) |
| | : | |
| Debtor | : | |
| | : | |

## BALLOT FOR ACCEPTING OR REJECTING TRUSTEE'S CHAPTER 11 PLAN DATED AS OF APRIL 19, 2021

### CLASS 9:   GENERAL UNSECURED CLAIMS

> THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 5:00 P.M., PREVAILING EASTERN TIME, ON JULY 2, 2021

This Class 9 Ballot is submitted to you to solicit your vote to accept or reject the Chapter 11 Plan of Liquidation dated April 19, 2021 (the "Plan") proposed by Kevin O'Halloran, Chapter 11 Trustee for the estate of Island View Crossing II, LP (the "Trustee"). The Disclosure Statement dated April 19, 2021 with respect to the Plan (the "Disclosure Statement") is included with the materials accompanying this Ballot. Each capitalized term used but not otherwise defined herein shall have the meaning ascribed thereto in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (1) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each Impaired Class of Claims who vote on the Plan, and (2) otherwise satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code. If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and the classification and treatment of your Claim or Claims under the Plan. If you hold Claims in more than one Class or in multiple accounts, you will receive a Ballot for each Class or account in which you are entitled to vote.

PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.

PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM I, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST WITH RESPECT TO THE APPLICABLE CLASS. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class 9 Vote.** The undersigned, a holder of a General Unsecured Claim in Class 9 of the Plan against the Debtor as of April 19, 2021 in the amount set forth below votes to (check one box):

ACCEPT the Plan.                REJECT the Plan.

Creditor: _____    Claim Amount: $ _____

*See Instruction 3 on the attached "Voting Information and Instructions for Completing the Ballot."*

**Item 2. Certification.** By signing, this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted as having been cast.

_____
Name

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| ISLAND VIEW CROSSING II, L.P. | : | BANKRUPTCY NO. 17-14454(ELF) |
| | : | |
| Debtor | : | |
| | : | |

### BALLOT FOR ACCEPTING OR REJECTING TRUSTEE'S <u>CHAPTER 11 PLAN DATED AS OF APRIL 19, 2021</u>

## CLASS 9:   GENERAL UNSECURED CLAIMS

> THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 5:00 P.M., PREVAILING EASTERN TIME, ON JULY 2, 2021

This Class 9 Ballot is submitted to you to solicit your vote to accept or reject the Chapter 11 Plan of Liquidation dated April 19, 2021 (the "Plan") proposed by Kevin O'Halloran, Chapter 11 Trustee for the estate of Island View Crossing II, LP (the "Trustee"). The Disclosure Statement dated April 19, 2021 with respect to the Plan (the "Disclosure Statement") is included with the materials accompanying this Ballot. Each capitalized term used but not otherwise defined herein shall have the meaning ascribed thereto in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (1) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each Impaired Class of Claims who vote on the Plan, and (2) otherwise satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code. If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and the classification and treatment of your Claim or Claims under the Plan. If you hold Claims in more than one Class or in multiple accounts, you will receive a Ballot for each Class or account in which you are entitled to vote.

<u>PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.</u>

PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM I, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST WITH RESPECT TO THE APPLICABLE CLASS. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class 9 Vote**. The undersigned, a holder of a General Unsecured Claim in Class 9 of the Plan against the Debtor as of April 19, 2021 in the amount set forth below votes to (check one box):

☑ ACCEPT the Plan.                    ❏ REJECT the Plan.

Creditor: Stradley Ronon Stevens        Claim Amount: $ 1,680,625.69
          & Young LLP

*See Instruction 3 on the attached "Voting Information and Instructions for Completing the Ballot."*

**Item 2. Certification**. By signing, this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted as having been cast.

Daniel M. Pereira, Esq.
_____
Name

_____
Signature

_____
If by Authorized Agent, Name and Title

Stradley Ronon Stevens & Young LLP
_____
Name of Institution

2005 Market St., Ste. 2600
_____
Street Address

Philadelphia, PA 19103
_____
City, State, Zip Code

215-564-8000
_____
Telephone Number

6/29/2021
_____
Date Completed

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| ISLAND VIEW CROSSING II, L.P. | : | BANKRUPTCY NO. 17-14454(ELF) |
| | : | |
| Debtor | : | |
| | : | |

## BALLOT FOR ACCEPTING OR REJECTING TRUSTEE'S
## CHAPTER 11 PLAN DATED AS OF APRIL 19, 2021

### CLASS 9:   GENERAL UNSECURED CLAIMS

> THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 5:00 P.M., PREVAILING EASTERN TIME, ON JULY 2, 2021

This Class 9 Ballot is submitted to you to solicit your vote to accept or reject the Chapter 11 Plan of Liquidation dated April 19, 2021 (the "Plan") proposed by Kevin O'Halloran, Chapter 11 Trustee for the estate of Island View Crossing II, LP (the "Trustee"). The Disclosure Statement dated April 19, 2021 with respect to the Plan (the "Disclosure Statement") is included with the materials accompanying this Ballot. Each capitalized term used but not otherwise defined herein shall have the meaning ascribed thereto in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (1) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each Impaired Class of Claims who vote on the Plan, and (2) otherwise satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code. If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and the classification and treatment of your Claim or Claims under the Plan. If you hold Claims in more than one Class or in multiple accounts, you will receive a Ballot for each Class or account in which you are entitled to vote.

### PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.

PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM I, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST WITH RESPECT TO THE APPLICABLE CLASS. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class 9 Vote.** The undersigned, a holder of a General Unsecured Claim in Class 9 of the Plan against the Debtor as of April 19, 2021 in the amount set forth below votes to (check <u>one</u> box):

    ☐ ACCEPT the Plan.            ☒ REJECT the Plan.

Creditor: Bonnie Finkel, Trustee of the Estate of Calnshie Estates, LLC      Claim Amount: $ 175,519.28

*See Instruction 3 on the attached "Voting Information and Instructions for Completing the Ballot."*

**Item 2. Certification.** By signing, this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted as having been cast.

Bonnie Finkel
_____
Name

*Bonnie Finkel*
_____
Signature

*Chapter 7 Trustee*
_____
If by Authorized Agent, Name and Title

_____
Name of Institution

P. O. Box 1710
_____
Street Address

Cherry Hill, NJ 08034
_____
City, State, Zip Code

856-216-1278
_____
Telephone Number

July 2, 2021
_____
Date Completed

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **CHAPTER 11** |
| | : | |
| **ISLAND VIEW CROSSING II, L.P.** | : | **BANKRUPTCY NO. 17-14454(ELF)** |
| | : | |
| Debtor | : | |
| | : | |

### BALLOT FOR ACCEPTING OR REJECTING TRUSTEE'S
### CHAPTER 11 PLAN DATED AS OF APRIL 19, 2021

### CLASS 9:   GENERAL UNSECURED CLAIMS

> THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 5:00 P.M., PREVAILING EASTERN TIME, ON JULY 2, 2021

This Class 9 Ballot is submitted to you to solicit your vote to accept or reject the Chapter 11 Plan of Liquidation dated April 19, 2021 (the "Plan") proposed by Kevin O'Halloran, Chapter 11 Trustee for the estate of Island View Crossing II, LP (the "Trustee"). The Disclosure Statement dated April 19, 2021 with respect to the Plan (the "Disclosure Statement") is included with the materials accompanying this Ballot. Each capitalized term used but not otherwise defined herein shall have the meaning ascribed thereto in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (1) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each Impaired Class of Claims who vote on the Plan, and (2) otherwise satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code. If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and the classification and treatment of your Claim or Claims under the Plan. If you hold Claims in more than one Class or in multiple accounts, you will receive a Ballot for each Class or account in which you are entitled to vote.

### PLEASE READ THE ATTACHED VOTING INFORMATION AND
### INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.

PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM I, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST WITH RESPECT TO THE APPLICABLE CLASS. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class 9 Vote**. The undersigned, a holder of a General Unsecured Claim in Class 9 of the Plan against the Debtor as of April 19, 2021 in the amount set forth below votes to (check one box):

☒ ACCEPT the Plan.                    ☐ REJECT the Plan.

Creditor: John R Diaz Adm of the Estate of Dawn L. O'Neil, Deceased

Claim Amount: $25,000.00

*See Instruction 3 on the attached "Voting Information and Instructions for Completing the Ballot."*

**Item 2. Certification**. By signing, this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted as having been cast.

John R. Diaz
_____
Name

_____
Signature

Administrator, Estate of Dawn L. O'Neil,
_____
If by Authorized Agent, Name and Title Deceased

_____
Name of Institution

81 Shady Brook Drive
_____
Street Address

Langhorne, PA 19047
_____
City, State, Zip Code

267-205-4344
_____
Telephone Number

JUNE 30-2021
_____
Date Completed