# EXHIBIT "C"

# BALLOTS NOT COUNTED

Island View Crossing II, L.P.
Bankruptcy No.: 17-14454(ELF)
Ballots Not Counted

| NO. | CLAIMANT | ALLOWED AMOUNT | PRO RATA % | ACCEPTING | REJECTING | REASON NOT COUNTED |
|---|---|---|---|---|---|---|
| 1 | United States Plumbing | $28,630.00 | 100% | $34,700.00 | | Ballot received on Tuesday, July 6, 2021 |
| | TOTAL | $28,630.00 | 100% | $34,700.00 | $0.00 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| ISLAND VIEW CROSSING II, L.P. | BANKRUPTCY NO. 17-14454(ELF) |
| Debtor | |

## BALLOT FOR ACCEPTING OR REJECTING TRUSTEE'S CHAPTER 11 PLAN DATED AS OF APRIL 19, 2021

### CLASS 9: GENERAL UNSECURED CLAIMS

> THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS 5:00 P.M., PREVAILING EASTERN TIME, ON JULY 2, 2021

This Class 9 Ballot is submitted to you to solicit your vote to accept or reject the Chapter 11 Plan of Liquidation dated April 19, 2021 (the "Plan") proposed by Kevin O'Halloran, Chapter 11 Trustee for the estate of Island View Crossing II, LP (the "Trustee"). The Disclosure Statement dated April 19, 2021 with respect to the Plan (the "Disclosure Statement") is included with the materials accompanying this Ballot. Each capitalized term used but not otherwise defined herein shall have the meaning ascribed thereto in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if the Plan (1) is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each Impaired Class of Claims who vote on the Plan, and (2) otherwise satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code. If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and the classification and treatment of your Claim or Claims under the Plan. If you hold Claims in more than one Class or in multiple accounts, you will receive a Ballot for each Class or account in which you are entitled to vote.

<u>PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.</u>

PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM I, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST WITH RESPECT TO THE APPLICABLE CLASS. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class 9 Vote.** The undersigned, a holder of a General Unsecured Claim in Class 9 of the Plan against the Debtor as of April 19, 2021 in the amount set forth below votes to (check <u>one</u> box):

☑ ACCEPT the Plan.        ❏ REJECT the Plan.

Creditor: _United States Plumbing_    Claim Amount: $ _34,700_

*See Instruction 3 on the attached "Voting Information and Instructions for Completing the Ballot."*

**Item 2. Certification.** By signing, this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is otherwise validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted as having been cast.

_Robert G. Gaskill, VP_
Name

_[signature]_ VP
Signature

_____
If by Authorized Agent, Name and Title

_United States Plumbing_
Name of Institution

_1666 West Chester Pike_
Street Address

_West Chester, PA 19382_
City, State, Zip Code

_____
Telephone Number

_6/30_
Date Completed