IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | CHAPTER 11 |
|---|---|---|
| ISLAND VIEW CROSSING II, L.P. | : | BANKRUPTCY NO. 17-14454(ELF) |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, Aris J. Karalis, Esquire, hereby certify that a true and correct copy of the Report of Plan Voting Prepared in Connection with the Plan of Liquidation dated April 19, 2021 proposed by Kevin O'Halloran as Chapter 11 Trustee for the Bankruptcy Estate of Island View Crossing II, L.P. was served on July 7, 2021 upon the parties on the attached list in the manner indicated thereon.

KARALIS PC

By: /s/ Aris J. Karalis
ARIS J. KARALIS
Attorneys for the Trustee

Dated: July 7, 2021

**VIA ECF TRANSMISSION**

Dave P. Adams, Esquire
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

**County of Bucks**
Robert A. Badman, Esquire
Curtin & Heefner LLP
1040 Stony Hill Road, Suite 150
Yardley, PA 19067

**Bonnie Finkel, Ch. 7 Trustee - Calnshire**
c/o Gary D. Bressler, Esquire
McElroy Deutsch Mulvaney & Carpenter
1617 John F. Kennedy, Suite 1500
Philadelphia, PA 19103

**Redevelopment Authority of Bucks Co.**
Michael P. Kelly, Esquire
Suite 202, Penn's Square
402 Middletown Boulevard
Langhorne, PA 19047

George M. Conway, Esquire
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

**Stradley Ronon Stevens & Young LLP**
c/o Michael J. Cordone, Esquire
Stradley Ronon Stavens and Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103

**Prudential Savings Bank**
c/o Edmond M. George, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
Centre Square West, 1500 Market Street, Suite 3400
Philadelphia, PA 19102

**Commonwealth Capital LLC**
c/o Janet L. Gold, Esquire
Eisenberg, Gold & Agrawal, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, NJ 08034

**Island View Crossing II, L.P.**
c/o Robert M. Greenbaum, Esquire
Smith Kane
112 Moores Road, Suite 300
Malvern, PA 19355

**DelGrasso; Mastridge & Silva**
c/o Michael P. Kelly, Esquire
Cowan & Kelly
202 Penns Square
Langhorne, PA 19047

**Kaplin Stewart Meloff Reiter & Stein PC**
c/o William J. Levant, Esquire
Kaplin Stewart
910 Harvest Drive, P.O. Box 3037
Blue Bell, PA 19422

**Christine C. Shubert**
c/o Jason C. Manfrey, Esquire
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19106

**Christine C. Shubert**
c/o Michael G. Menkowitz, Esquire
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19106

**McElderry Drywall, Inc.**
c/o Larry L. Miller, Esquire
Miller Law Offices, P.C.
1423 State Road
Duncannon, PA 17020

**Stradley Ronon Stevens & Young LLP**
Daniel M. Pereira, Esquire
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103

**Premium Excavating, LLC**
c/o Joseph M. Ramagli, Esquire
Jackson Cook Caracappa & Scott
6 Penns Trail, Suite 202
Newtown, PA 18940-1889

**Stradley Ronon Stevens & Young LLP**
Gretchen M. Santamour, Esquire
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103

**Premium Excavating, LLC**
c/o William E. Scott, Esquire
Jackson Cook Caracappa & Scott
6 Penns Trail, Suite 202
Newtown, PA 18940-1889

**Khandulans and Samira Ranganathan**
c/o Michael J. Shavel, Esquire
Hill Wallack, LLP
777 Township Line Road, Suite 250
Yardley, PA 19067-5565

**Island View Crossing II, L.P.**
c/o David B. Smith, Esquire
Smith Kane
112 Moores Road, Suite 300
Malvern, PA 19355

**Bucks County Tax Claim Bureau**
Barbara R. Merlie, Esquire
Rudolph Clarke LLC
7 Neshaminy Interplex, Suite 200
Trevose, PA 19053

**Prudential Savings Bank**
Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
Centre Square West, 1500 Market Street, Suite 3400
Philadelphia, PA 19102

**Geostructures, Inc.**
c/o Michelle S. Walker, Esquire
Walker Law Group, LLC
33 Rock Hill Road, Suite 210
Bala Cynwyd, PA 19004

**VIA E-MAIL**

Kevin O'Halloran
Chapter 11 Trustee
P.O. Box 723307
Atlanta, GA 31139
kevinnm@bellsouth.net

William J. Salerno, Esquire
Law Office of William J. Salerno
220 Radcliffe Street
Bristol, PA 19007
law.office.of.wjs@comcast.net

Borough of Bristol
James Dillon, Borough Manager
250 Pond Street
Bristol, PA 19007
jdillon@bristolboro.com

Bohler Engineering PA, LLC
Robert R Watson, Jr.
470 Norristown Road, Suite 302
Blue Bell PA 19422
rwatson@eastburngray.com

Anna Patras, Esquire
Bohler Engineering PA, LLC
300 Independence Blvd., Suite 200
Warren, NJ 07059
apatras@bohlereng.com

| | | |
|---|---|---|
| Bucks County Electric Works, Inc.<br>260 Knowles Avenue<br>Suite 224<br>Southampton PA 18966<br>daniel.j.stretz@bcew.net | **John R. Diaz, Adm. of the Estate of Dawn O'Neil**<br>c/o Michael P. Kelly, Esquire<br>402 Middletown Blvd., Suite 202<br>Langhorne, PA 19047<br>mpkpc@aol.com | IPFS Corporation<br>30 Montgomery Street, Suite 1000<br>Jersey City, NJ 07302<br>lisa.chandler@ipfs.com |
| **Monica L. Caione**<br>c/o Don F. Marshall, Esquire<br>Stuckert and Yates<br>2 North State Street, P.O. Box 70<br>Newtown, PA 18940<br>dmarshall@stuckertyates.com | Charles E. Shoemakers Engineering<br>1007 Edge Hill Road<br>Abington, PA 19001<br>staff@ceshoemaker.com | |