**Exhibit A**

**Billing Summaries**

4784918v.2



Stradley Ronon Stevens & Young, LLP

2005 Market Street, Suite 2600

Philadelphia, PA 19103-7018

p: 215.564.8000

f: 215.564.8120

Federal Tax ID  23-1130381

August 29, 2017                                                                                        WRS

Americorp Homes, Inc.                                              Account No.  188525-0002
Attn:  Renato J. Gualtieri
One South State Street                                             Invoice No. 17081961
Newtown, PA  18940

Re:   Special Counsel for Island View, et al.

FOR PROFESSIONAL SERVICES RENDERED for the period ending July 31, 2017, as
per attached schedule and printout:

| | | |
|---|---|---|
| Fees | $ | 75,642.00 |
| Disbursements | $ | 299.45 |
| Total Amount Due | $ | 75,941.45 |

**Payment Due Within 15 Days of Receipt of Invoice**

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

August 29, 2017
Invoice No. 17081961

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

### Detail for Fee Services Rendered

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 07/03/17 | Call with prothonotary regarding filing motion to compel | CN1 | 0.20 | 69.00 |
| 07/05/17 | Telephone Gualtieri re appraisal, bankruptcy and strategy (2.3); telephone D. Smith re strategy (.5); review file for DIP financing affidavit (1.7) | MJC | 4.50 | 3,015.00 |
| 07/05/17 | Research cases involving Island View Properties, Island View Crossing II LP and Renato Gualtieri for Mark Villanueva | JEH | 0.90 | 216.00 |
| 07/05/17 | Attention to discovery issues. | MDV | 0.30 | 148.50 |
| 07/05/17 | Address issues associated with motions and hearing dates. | MDV | 0.30 | 148.50 |
| 07/05/17 | Research in response to Prudential's interrogatories regarding pending claims/litigation against IVC and affiliated entities. | MDV | 0.80 | 396.00 |
| 07/05/17 | Strategy regarding venue for lender liability complaint; correspondence re: same. | MDV | 0.50 | 247.50 |
| 07/05/17 | Call with discovery court regarding motion to compel (.2); revise and file same (1.4); strategize regarding filing notices of bankruptcy (.2) | CN1 | 1.80 | 621.00 |
| 07/06/17 | Westlaw | L | 1.00 | 80.00 |
| 07/06/17 | Review Prudential 2nd Set of Interrogatories (.4); telephone R. Gualtieri re bankruptcy, appraisal and strategy (1.1); attention to financing affidavit (3.6) | MJC | 5.10 | 3,417.00 |
| 07/06/17 | Prepared structured queries for document review per A. Esler request. | EJM | 0.30 | 102.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

August 29, 2017
Invoice No. 17081961

188525        Gualtieri, Renato J.
188525-0002   Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 07/06/17 | Analyze cases regarding course of performance and waiver. | MDV | 1.00 | 495.00 |
| 07/06/17 | Review/revise discovery responses (.4); analyze status of offensive and defensive discovery. (.4) | MDV | 0.80 | 396.00 |
| 07/06/17 | Draft, finalize, and serve objections and responses to Prudential's Second Set of Interrogatories and Third Set of Requests for Documents | CN1 | 2.50 | 862.50 |
| 07/06/17 | Prepare Suggestions of Bankruptcy. | JB10 | 2.10 | 556.50 |
| 07/07/17 | Attention to financing affidavit (1.0) | MJC | 1.00 | 670.00 |
| 07/07/17 | Review reply to new matter in Montgomery County action. | MDV | 0.20 | 99.00 |
| 07/07/17 | Strategy re: consolidation of MontCo matters; review rules re: same. | MDV | 0.20 | 99.00 |
| 07/07/17 | Review suggestions of bankruptcy to be filed in various jurisdictions. | MDV | 0.80 | 396.00 |
| 07/07/17 | Prepare, finalize, and file suggestions of bankruptcy for Island View, Clanshire, and Steeple Run | CN1 | 4.00 | 1,380.00 |
| 07/07/17 | Prepare Suggestions for Bankruptcy. | JB10 | 3.40 | 901.00 |
| 07/09/17 | Correspondence re: bankruptcy. | MDV | 0.10 | 49.50 |
| 07/10/17 | Prepare for status conference in lender liability case (1.3); telephone R. Gualtieri re same (1.2); continue work on financing affidavit (1.1) | MJC | 3.60 | 2,412.00 |
| 07/10/17 | Strategy meeting with M. Cordone and C. Norcross in preparation for hearing with Judge Djerassi. | MDV | 1.20 | 594.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

August 29, 2017
Invoice No. 17081961

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 07/10/17 | Review/revise opposition to Prudential's second motion for sanctions. | MDV | 0.30 | 148.50 |
| 07/10/17 | Strategize and prepare for status conference and discovery hearing (2.1); draft opposition to Prudential's motion for sanctions (2.8) | CN1 | 4.90 | 1,690.50 |
| 07/10/17 | Confer with Ms. Norcross regarding documents to be reviewed for production. | ADB | 0.80 | 304.00 |
| 07/10/17 | Review discovery motions (1.0); prepare for status hearing with Judge Djerassi regarding pending motions, scheduling, and scope of litigation. (2.8) | MDV | 3.80 | 1,881.00 |
| 07/11/17 | Attention to matters relating to financing | MJD | 0.20 | 124.00 |
| 07/11/17 | Prepare for and attend hearing on lender liability case (3.6); telephone R. Gualtieri re same (.7); telephone from R. Gualtieri re status and strategy (1.8) | MJC | 6.10 | 4,087.00 |
| 07/11/17 | Prepared electronic documents for attorney review. | EJM | 1.10 | 374.00 |
| 07/11/17 | Prepare for status and motions hearing. | MDV | 1.80 | 891.00 |
| 07/11/17 | Attend status and motions hearing. | MDV | 2.50 | 1,237.50 |
| 07/11/17 | Review procedure to obtain sanctions for Prudential's failure to stipulate to consolidation of Montgomery County actions. | MDV | 0.30 | 148.50 |
| 07/11/17 | Attention to open discovery issues in anticipation of case moving to Bankruptcy Court. | MDV | 1.00 | 495.00 |
| 07/11/17 | Finalize opposition to Prudential's motion for sanctions(.4); prepare for and participate in court-ordered status conference (3.2) | CN1 | 3.60 | 1,242.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

August 29, 2017
Invoice No. 17081961

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 07/11/17 | Review and analyze additional documents to be produced. | ADB | 1.20 | 456.00 |
| 07/11/17 | Confer with Mr. McNellis regarding review of additional documents to be produced. | ADB | 0.10 | 38.00 |
| 07/12/17 | Telephone R. Gualtieri re status and strategy (1.2); telephone from P. Quann re bankruptcy filing (.4); email to and from R. Greenbaum re removal (.2); email K. Burch re bankruptcy (.3) | MJC | 2.10 | 1,407.00 |
| 07/12/17 | Prepared electronic documents for attorney review per C. Norcross request. | EJM | 0.80 | 272.00 |
| 07/12/17 | Analyze status of discovery; consider discovery protocol for new venue. | MDV | 0.80 | 396.00 |
| 07/12/17 | Correspondence with litigation support regarding file extensions to migrate from LAW to relativity | CN1 | 0.70 | 241.50 |
| 07/12/17 | Review and analyze additional documents to be produced. | ADB | 6.20 | 2,356.00 |
| 07/13/17 | Draft affidavit for DIP financing (2.2); telephone R. Gualtieri re lender liability case strategy (1.1); draft disclosure statement insert (1.4); telephone R. Gualtieri re bankruptcy division of labor (1.3) | MJC | 6.00 | 4,020.00 |
| 07/13/17 | Performed Production Technical QC Procedures. | EJM | 1.10 | 374.00 |
| 07/13/17 | Preparation of electronic production documents. | EJM | 1.60 | 544.00 |
| 07/13/17 | Review and analyze additional documents to be produced. | ADB | 2.70 | 1,026.00 |
| 07/14/17 | Prepared electronic documents for attorney review per C. Norcross request. | EJM | 2.70 | 918.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

August 29, 2017
Invoice No. 17081961

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 07/14/17 | Coordination of document review (.5); analyze issues associated with bankruptcy and anticipated removal by Prudential.(.8) | MDV | 1.30 | 643.50 |
| 07/14/17 | Review and analyze file extensions for identification and migration from LAW to relativity | CN1 | 1.10 | 379.50 |
| 07/17/17 | Draft declaration supporting DIP financing (2.2); revise disclosure insert (1.2); telephone R. Gualtieri re strategy for lender liability case (1.8); telephone from R. Gualtieri re appraisal issues and disclosure (1.5) | MJC | 6.70 | 4,489.00 |
| 07/17/17 | Prepared electronic documents for attorney review per C. Norcross request. | EJM | 4.50 | 1,530.00 |
| 07/17/17 | Strategy re: removal and bankruptcy issues. | MDV | 0.20 | 99.00 |
| 07/18/17 | Attention to update re removal of proceedings and status re same | MJD | 0.30 | 186.00 |
| 07/18/17 | Continue drafting declaration supporting DIP financing (4.0); telephone from R. Gualtieri re removal and strategy for Lava claims (.9: revise disclosure statement insert (.4) | MJC | 5.30 | 3,551.00 |
| 07/18/17 | Prepared electronic documents for attorney review per C. Norcross request. | EJM | 1.10 | 374.00 |
| 07/18/17 | Confer with M. Cordone re: removal issues and strategy. | MDV | 0.30 | 148.50 |
| 07/18/17 | Strategy re: discovery and review protocol. | MDV | 0.30 | 148.50 |
| 07/19/17 | Review pleadings re removal | MJD | 0.20 | 124.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

August 29, 2017
Invoice No. 17081961

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 07/19/17 | Telephone D. Smith re history of debtor's operations (.3); telephone R. Gualtieri re bankruptcy status conference discussion about lender liability case (.6); review letter re removal from N. Poduslenko | MJC | 1.00 | 670.00 |
| 07/19/17 | Production and discovery planning meeting with C. Norcross. | EJM | 1.10 | 374.00 |
| 07/19/17 | Prepared electronic documents for attorney review per C. Norcross request. | EJM | 1.30 | 442.00 |
| 07/19/17 | Prepared production of documents and technical QC procedures per C. Norcross request. | EJM | 3.30 | 1,122.00 |
| 07/19/17 | Review and analyze Prudential's Notice of Removal to Bankruptcy Court (.3); strategize with litigation support regarding larger document review with multiple reviewers (1.6) | CN1 | 1.90 | 655.50 |
| 07/20/17 | Telephone R. Gualtieri re discovery (.8); analysis of strategy re lender liability claims, valuation issues and damages (1.0) | MJC | 1.80 | 1,206.00 |
| 07/20/17 | Conference regarding discovery protocol. | MDV | 0.30 | 148.50 |
| 07/21/17 | Prepared electronic documents for attorney review. | EJM | 2.40 | 816.00 |
| 07/24/17 | Prepared electronic documents for attorney review. | EJM | 3.70 | 1,258.00 |
| 07/24/17 | Review documents prepared for production. | MDV | 1.80 | 891.00 |
| 07/24/17 | Strategy re: case summary and document review procedures in BK case. | MDV | 0.70 | 346.50 |
| 07/24/17 | Review documents as part of quality control checks for upcoming document production | CN1 | 3.70 | 1,276.50 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

August 29, 2017
Invoice No. 17081961

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 07/25/17 | Prepared electronic documents for attorney review. | EJM | 0.70 | 238.00 |
| 07/25/17 | Review trial worksheet in lender liability action. | MDV | 0.10 | 49.50 |
| 07/25/17 | Draft review protocol | CN1 | 2.10 | 724.50 |
| 07/26/17 | Draft and revise review protocol | CN1 | 4.40 | 1,518.00 |
| 07/27/17 | Review summary of case for discovery team (2.6); begin drafting response to removal (2.0) | MJC | 4.60 | 3,082.00 |
| 07/27/17 | Review document review protocol. | MDV | 0.20 | 99.00 |
| 07/27/17 | Review memo to Review Team from C. Norcross, Esq. re: doc review assignment | AS10 | 0.30 | 105.00 |
| 07/27/17 | Meeting with C. Norcross, Esq. and E. Kuschel, Esq. re: doc review project | AS10 | 1.50 | 525.00 |
| 07/27/17 | Review revised document review protocols. | MDV | 0.20 | 99.00 |
| 07/27/17 | Meeting with associates regarding document review | CN1 | 1.90 | 655.50 |
| 07/27/17 | Meet with C.Norcross and A. Shapiro to discuss the strategy and protocol for review of documents for production. | EK2 | 1.40 | 462.00 |
| 07/28/17 | Prepared electronic documents for attorney review per C. Norcross request. | EJM | 3.30 | 1,122.00 |
| 07/31/17 | Continue drafting statement in response to removal (1.4); telephone calls w/R. Gualtieri re same and potential remand (1.2); attention to discovery issues and strategy for former employees and county government (1.3) | MJC | 3.90 | 2,613.00 |
| 07/31/17 | Prepared electronic documents for attorney review per C. Norcross request. | EJM | 4.20 | 1,428.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

August 29, 2017
Invoice No. 17081961

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| | | |
|---|---|---|
| **Total Services** | **162.10** | **$75,642.00** |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

August 29, 2017
Invoice No. 17081961

188525            Gualtieri, Renato J.
188525-0002       Special Counsel for Island View, et al.

## Summary of Fee Services Rendered

| Initials | Name | Title | Rate | Hours | Amount |
|----------|------|-------|------|-------|--------|
| L | Westlaw | Westlaw | 80.00 | 1.00 | 80.00 |
| MJD | Mark J. Dorval | Partner | 620.00 | 0.70 | 434.00 |
| MJC | Michael J. Cordone | Partner | 670.00 | 51.70 | 34,639.00 |
| JEH | Julia Hughes | Librarian | 240.00 | 0.90 | 216.00 |
| EJM | Edward McNellis | IT Lit Support | 340.00 | 33.20 | 11,288.00 |
| MDV | Mark Villanueva | Partner | 495.00 | 22.10 | 10,939.50 |
| CN1 | Corey Norcross | Associate | 345.00 | 32.80 | 11,316.00 |
| ADB | Adam Brown | Associate | 380.00 | 11.00 | 4,180.00 |
| EK2 | Elizabeth Kuschel | Associate | 330.00 | 1.40 | 462.00 |
| AS10 | Ashley Shapiro | Associate | 350.00 | 1.80 | 630.00 |
| JB10 | Joanna Brown | Paralegal | 265.00 | 5.50 | 1,457.50 |
| | | | **Total** | **162.10** | **$75,642.00** |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

August 29, 2017
Invoice No. 17081961

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

**Disbursements and Other Related Charges**
**Incurred on Your Behalf**

| *Date* | *Description* | *Amount* |
|--------|---------------|----------|
| 07/31/17 | Duplicating | 270.25 |
| 07/31/17 | Postage | 11.20 |
| 07/31/17 | Scan | 4.60 |
| 07/17/17 | Filing - Citizens Bank - Montgomery County Prothonotary - pull documents from a docket | 1.80 |
| 07/17/17 | Special Copy - Citizens Bank - City of Phila. - e-commerce document order | 5.30 |
| 07/17/17 | Special Copy - Citizens Bank - City of Phila. - e-commerce document order | 6.30 |

**Total Disbursements**          **$299.45**



Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120
Federal Tax ID  23-1130381

Stradley Ronon would like to offer the following options to remit payment:

**1) For ACH or Wire Transactions:**

Citizens Bank of Pennsylvania
2001 Market Street
Philadelphia, PA 19103
For credit to Stradley Ronon Stevens & Young LLP
Account No.: 620096-961-6
ABA No.: 036076150
Please reference the invoice number being paid

**2) Mail your payments** in the enclosed envelope, if applicable
_____

If you are currently receiving invoices by U.S. Mail and would prefer receipt by e-mail, please
provide the e-mail address where the invoices should be sent and return this form to:

Stradley Ronon Stevens & Young, LLP
Attn:  Billing Manager
2005 Market Street, Suite 2600
Philadelphia, PA  19103-7018

Client Name: _____

E-mail Address _____

**Pennsylvania | Washington, D.C. | New York  | New Jersey | Illinois | Delaware**

A Pennsylvania Limited Liability Partnership

MERITAS LAW FIRMS WORLDWIDE



Stradley Ronon Stevens & Young, LLP

2005 Market Street, Suite 2600

Philadelphia, PA 19103-7018

p: 215.564.8000

f: 215.564.8120

Federal Tax ID  23-1130381

September 30, 2017          WRS

Americorp Homes, Inc.         Account No.  188525-0002
Attn:  Renato J. Gualtieri
One South State Street         Invoice No. 17091937
Newtown, PA  18940

Re:   Special Counsel for Island View, et al.

FOR PROFESSIONAL SERVICES RENDERED for the period ending August 31, 2017, as per attached schedule and printout:

| | | |
|---|---|---|
| Fees | $ | 80,499.00 |
| Disbursements | $ | 211.79 |
| Total Amount Due | $ | 80,710.79 |

**Payment Due Within 15 Days of Receipt of Invoice**

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

September 30, 2017
Invoice No. 17091937

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

### Detail for Fee Services Rendered

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 08/01/17 | E-mail from/to M. Cordone regarding Jurisdictional Statement of Plaintiffs Pursuant to Federal Rule of Bankruptcy Procedure; E-filed the Statement with the Bankruptcy Court. | KDG | 0.70 | 203.00 |
| 08/01/17 | Telephone R. Gualtieri re lender liability damages and projections (1.5); draft application to employ Stradley as special counsel (2.0) | MJC | 3.50 | 2,345.00 |
| 08/02/17 | Telephone R. Gualtieri re experts for litigation and strategy (1.2) | MJC | 1.20 | 804.00 |
| 08/02/17 | Correspondence with client regarding password needed for missing emails (.2); perform quality-control review on outgoing document production (1.5) | CN1 | 1.70 | 586.50 |
| 08/03/17 | Review discovery (1.0); review Bucks County Commissioner meeting minutes (1.7) | MJC | 2.70 | 1,809.00 |
| 08/04/17 | Review factual allegations of motion to convert/dismiss as they relate to lender liability case | MJC | 1.20 | 804.00 |
| 08/04/17 | QC review of documents for production. | MDV | 0.40 | 198.00 |
| 08/04/17 | Perform quality-control review on outgoing document production | CN1 | 3.10 | 1,069.50 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

September 30, 2017
Invoice No. 17091937

188525            Gualtieri, Renato J.
188525-0002       Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 08/07/17 | Review motion to convert/dismiss allegations as they relate to lender liability (1.2); telephone R. Gualtieri re same and strategy (2.0); review and revise application to employ Stradley as special counsel (1.1); telephone from R. Gualtieri re discovery related to Prudential meetings with the RDA (.7); email from and to W. Scott re status of case (.2) | MJC | 5.20 | 3,484.00 |
| 08/07/17 | Confer with legal team re: production QC | BC1 | 0.70 | 248.50 |
| 08/07/17 | Revise document review protocol (.9); perform quality-control review on outgoing document production (5.7) | CN1 | 6.60 | 2,277.00 |
| 08/08/17 | Telephone R. Gualtieri re response to lender liability facts in motion to dismiss (.5); review flagged documents as part of doc production (.7); telephone R. Gualtieri re response to lender liability issues in motion to dismiss (1.7) | MJC | 2.90 | 1,943.00 |
| 08/08/17 | Review issues associated with documents to be produced. | MDV | 0.30 | 148.50 |
| 08/08/17 | Review and analyze documents for quality-control review on outgoing document production | CN1 | 4.30 | 1,483.50 |
| 08/09/17 | Conference regarding strategy for moving cases forward in light of lender liability allegations in motion to dismiss (1.4); review discovery (1.5). | MJC | 2.90 | 1,943.00 |
| 08/09/17 | Analyze documents as part of quality-control review on outgoing document production | CN1 | 3.70 | 1,276.50 |

Page 4

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

September 30, 2017
Invoice No. 17091937

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 08/10/17 | Review memo regarding status of lender liability case (.9); e-mail Bohler & Premium Excavating regarding status of case (.2); telephone R. Gualtieri regarding same (.9); revise application to employ Stradley (.8). | MJC | 2.80 | 1,876.00 |
| 08/10/17 | Review documents as part of quality-control review on outgoing document production | CN1 | 1.50 | 517.50 |
| 08/11/17 | Constructed and performed production QC privilege queries per C. Norcross request. (1.8) | EJM | 1.80 | 612.00 |
| 08/11/17 | Telephone from R. Gualtieri regarding lender liability issues affecting current proceedings (1.2); telephone R. Beck regarding status and merits of lender liability case (.5). | MJC | 1.70 | 1,139.00 |
| 08/14/17 | Review Bankr. Rule 7007.1 requirements (.2); review flagged discovery documents (2.5); telephone R. Gualtieri regarding effect of DIP motion on lender liability case (.8); telephone from R. Gualtieri regarding litigation strategy (.9). | MJC | 4.40 | 2,948.00 |
| 08/14/17 | Analysis and organization of documents for review by attorneys per C. Norcross request. | EJM | 1.60 | 544.00 |
| 08/14/17 | Confer with M. Cordone re: discovery issues. | MDV | 0.10 | 49.50 |
| 08/14/17 | Strategize regarding privileged communications and review production documents accordingly | CN1 | 3.80 | 1,311.00 |
| 08/15/17 | Telephone from R. Gualtieri regarding motion for expedited discovery (1.2); review documents from client for potential production (2.6); review motion for expedited discovery and e-mail D. Smith regarding status of lender liability discovery (.9). | MJC | 4.70 | 3,149.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

September 30, 2017
Invoice No. 17091937

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 08/15/17 | Performed production QC technical checks. | EJM | 0.70 | 238.00 |
| 08/15/17 | Confer with M. Cordone and C. Norcross re: discovery and Prudential's expected requests in bankruptcy proceedings. | MDV | 0.40 | 198.00 |
| 08/15/17 | Analyze Prudential's motion to convert or dismiss bankruptcy proceedings. | MDV | 0.80 | 396.00 |
| 08/15/17 | Review Prudential's motion for expedited discovery. | MDV | 0.20 | 99.00 |
| 08/15/17 | Review document production for privilege and quality control | CN1 | 5.80 | 2,001.00 |
| 08/15/17 | Strategize regarding Prudential's motion for expedited discovery and response thereto | CN1 | 0.40 | 138.00 |
| 08/16/17 | Telephone call from B. Gualtieri regarding discovery and strategy in lender liability (1.2); review discovery (1.5); review and revise financing motion (2.4); telephone R. Gualtieri regarding financing motion (.6). | MJC | 5.70 | 3,819.00 |
| 08/16/17 | Production technical QC procedures. | EJM | 2.70 | 918.00 |
| 08/16/17 | Production of documents per C. Norcross request. | EJM | 4.20 | 1,428.00 |
| 08/16/17 | Review/revise document review protocol and summary of litigation for purposes of document review team prep. | MDV | 0.60 | 297.00 |
| 08/16/17 | Review and analyze Prudential's motion for expedited discovery and motion to convert or dismiss | CN1 | 0.40 | 138.00 |
| 08/16/17 | Revise review protocol in light of recent production | CN1 | 0.90 | 310.50 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

September 30, 2017
Invoice No. 17091937

| 188525 | Gualtieri, Renato J. |
| 188525-0002 | Special Counsel for Island View, et al. |

| *Date* | *Description* | *Initials* | *Hours* | *Amount* |
|---|---|---|---|---|
| 08/17/17 | Further revise motion for DIP financing to conform to facts in lender liability case (.8); telephone R. Gualtieri re discovery issues (1.0); review discovery (2.5) | MJC | 4.30 | 2,881.00 |
| 08/17/17 | Review updated doc review memo and attachments | AS10 | 0.80 | 280.00 |
| 08/18/17 | Attend meeting with T.DeSteffano, C.Norcross, and A.Shapiro to discuss document review planning and strategy. | EK2 | 1.00 | 330.00 |
| 08/18/17 | Relativity training for doc review; discussions with C. Norcross, Esq. | AS10 | 0.70 | 245.00 |
| 08/21/17 | Westlaw | L | 1.50 | 120.00 |
| 08/21/17 | Analyze Prudential document requests and responses to same. | MDV | 1.00 | 495.00 |
| 08/21/17 | Review and analyze Prudential's motion to convert and strategize regarding expedited discovery in Bankruptcy matter | CN1 | 2.00 | 690.00 |
| 08/22/17 | Prepared Certificate of Service regarding Response in Opposition to Motions for an Order Converting/Dismissing The Debtors Cases; E-filed the Certificates of Service with the Bankruptcy Court. | KDG | 1.00 | 290.00 |
| 08/22/17 | Telephone R. Gualtieri re deposition (.8); analysis of discovery relevant to motion to dismiss and email D. Smith re same (3.3) | MJC | 4.10 | 2,747.00 |
| 08/22/17 | Prepared electronic documents for attorney review. | EJM | 4.30 | 1,462.00 |
| 08/22/17 | Confer with M. Cordone re: bankruptcy status and responses to document requests. | MDV | 0.40 | 198.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

September 30, 2017
Invoice No. 17091937

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 08/22/17 | Review hard copy files for documents responsive to Prudential's document requests. | MDV | 1.50 | 742.50 |
| 08/23/17 | Telephone r. Gualtieri re discovery and amending complaint (1.1); review SEC filings by Prudential (2.7); email to and from W. Scott re Prudential efforts to turn subcontractor against Island View (.5) | MJC | 4.30 | 2,881.00 |
| 08/23/17 | Confer with legal team re: electronic document review. | BC1 | 1.30 | 461.50 |
| 08/23/17 | Prepared electronic documents for attorney review per C. Norcross request. | EJM | 0.90 | 306.00 |
| 08/23/17 | Document review planning meeting with C. Norcross, P. Bogdasarian, B. Curran. | EJM | 1.50 | 510.00 |
| 08/23/17 | Prepared electronic documents for attorney review. | EJM | 1.30 | 442.00 |
| 08/23/17 | Review hard copy documents for material responsive to Prudential requests. | MDV | 1.80 | 891.00 |
| 08/23/17 | Review and analyze hard copy documents for those responsive to Prudential's documents requests | CN1 | 5.30 | 1,828.50 |
| 08/24/17 | Telephone from W. Scott re Prudential pressure on Premium Excavating (.2); telephone from R. Gualtieri re Prudential pressure on Premium (.8); attention to discovery (1.0) | MJC | 2.00 | 1,340.00 |
| 08/24/17 | Prepared electronic e-mail and edoc review sets for attorney review per C. Norcross request. | EJM | 0.80 | 272.00 |
| 08/24/17 | Review documents responsive to Prudential document requests. | MDV | 1.00 | 495.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

September 30, 2017
Invoice No. 17091937

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 08/24/17 | Review and analyze hard copy documents for responsiveness to requests in bankruptcy court | CN1 | 3.30 | 1,138.50 |
| 08/25/17 | Strategy with C. Norcross regarding email threading, review, and production. | JL1 | 0.50 | 265.00 |
| 08/25/17 | Performed e-mail threading analysis and sampling of review data per C. Norcross request. | EJM | 0.60 | 204.00 |
| 08/25/17 | Review hard copy client documents for responsiveness to opposing counsel's bankruptcy requests | CN1 | 1.00 | 345.00 |
| 08/28/17 | Research re Prudential solicitation of creditors (1.3); telephone R. Gualtieri re discovery issues and strategy for amending complaint (1.0); attention to discovery issues (.2) | MJC | 2.50 | 1,675.00 |
| 08/28/17 | Prepared sample of documents for attorney review per C. Norcross request. | EJM | 2.40 | 816.00 |
| 08/28/17 | Prepared e-mails and e-mail threading groups for attorney review per C. Norcross request. | EJM | 3.60 | 1,224.00 |
| 08/28/17 | Review and analyze documents for responsiveness to Prudential's requests in bankruptcy action | CN1 | 4.50 | 1,552.50 |
| 08/29/17 | Meeting with C. Norcross regarding document review and e-mail threading. | EJM | 1.50 | 510.00 |
| 08/29/17 | Review hard copy documents for responsiveness to Prudential's requests in Bankruptcy action; strategize regarding de-duplication of electronic files | CN1 | 5.50 | 1,897.50 |
| 08/29/17 | Analysis and organization of documents for review by attorneys per C. Norcross request. | EJM | 1.80 | 612.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

September 30, 2017
Invoice No. 17091937

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 08/29/17 | Prepared electronic documents for attorney review per C. Norcross request. | EJM | 1.70 | 578.00 |
| 08/30/17 | Attention to discovery for lender liability and motion to dismiss | MJC | 1.50 | 1,005.00 |
| 08/30/17 | Prepared electronic documents for attorney review per C. Norcross request. | EJM | 2.40 | 816.00 |
| 08/30/17 | Constructed and performed complex queries and analysis of e-mails per C. Norcross request. | EJM | 1.60 | 544.00 |
| 08/30/17 | Review documents to be produced to bankruptcy counsel. | MDV | 0.20 | 99.00 |
| 08/30/17 | Review responsive documents identified by C.Norcross. | MDV | 0.40 | 198.00 |
| 08/30/17 | Review responsive documents for quality control and possible privilege; finalize production | CN1 | 1.80 | 621.00 |
| 08/31/17 | Review discovery and produce same as relevant to both lender liability case and Prudential motion to dismiss (3.3); telephone R. Gualtieri re: same (1.1) | MJC | 4.40 | 2,948.00 |
| 08/31/17 | Review documents for responsiveness to Prudential's requests in bankruptcy action | CN1 | 2.30 | 793.50 |

|  |  | **Total Services** | **172.60** | **$80,499.00** |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

September 30, 2017
Invoice No. 17091937

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

### Summary of Fee Services Rendered

| Initials | Name | Title | Rate | Hours | Amount |
|----------|------|-------|------|-------|--------|
| L | Westlaw | Westlaw | 80.00 | 1.50 | 120.00 |
| KDG | Kyle D. Gibson | Paralegal | 290.00 | 1.70 | 493.00 |
| JL1 | Jana M. Landon | Counsel | 530.00 | 0.50 | 265.00 |
| MJC | Michael J. Cordone | Partner | 670.00 | 62.00 | 41,540.00 |
| BC1 | James Brendan Curran | IT Lit Support | 355.00 | 2.00 | 710.00 |
| EJM | Edward McNellis | IT Lit Support | 340.00 | 35.40 | 12,036.00 |
| MDV | Mark Villanueva | Partner | 495.00 | 9.10 | 4,504.50 |
| CN1 | Corey Norcross | Associate | 345.00 | 57.90 | 19,975.50 |
| EK2 | Elizabeth Kuschel | Associate | 330.00 | 1.00 | 330.00 |
| AS10 | Ashley Shapiro | Associate | 350.00 | 1.50 | 525.00 |
| | | | **Total** | **172.60** | **$80,499.00** |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

September 30, 2017
Invoice No. 17091937

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

**Disbursements and Other Related Charges**
**Incurred on Your Behalf**

| *Date* | *Description* | | *Amount* |
|--------|---------------|---|---------|
| 08/31/17 | Duplicating | | 28.98 |
| 08/31/17 | Scan | | 177.56 |
| 07/11/17 | Travel<br>status conference - 07/11/2017 | 1 Corey Norcross - Taxi to Court for | 5.25 |
| | **Total Disbursements** | | **$211.79** |



**Stradley Ronon Stevens & Young, LLP**

2005 Market Street, Suite 2600

Philadelphia, PA 19103-7018

p: 215.564.8000

f: 215.564.8120

Federal Tax ID  23-1130381

Stradley Ronon would like to offer the following options to remit payment:

**1) For ACH or Wire Transactions:**

Citizens Bank of Pennsylvania
2001 Market Street
Philadelphia, PA 19103
For credit to Stradley Ronon Stevens & Young LLP
Account No.: 620096-961-6
ABA No.: 036076150
Please reference the invoice number being paid

**2) Mail your payments** in the enclosed envelope, if applicable
_____

If you are currently receiving invoices by U.S. Mail and would prefer receipt by e-mail, please provide the e-mail address where the invoices should be sent and return this form to:

Stradley Ronon Stevens & Young, LLP
Attn:  Billing Manager
2005 Market Street, Suite 2600
Philadelphia, PA  19103-7018

Client Name: _____

E-mail Address _____

**Pennsylvania | Washington, D.C. | New York  | New Jersey | Illinois | Delaware**

A Pennsylvania Limited Liability Partnership

MERITAS LAW FIRMS WORLDWIDE



Stradley Ronon Stevens & Young, LLP

2005 Market Street, Suite 2600

Philadelphia, PA 19103-7018

p: 215.564.8000

f: 215.564.8120

Federal Tax ID  23-1130381

October 31, 2017                                                                 WRS

Americorp Homes, Inc.                                   Account No.  188525-0002
Attn:  Renato J. Gualtieri
One South State Street                                        Invoice No. 17102279
Newtown, PA  18940


Re:   Special Counsel for Island View, et al.

---

FOR PROFESSIONAL SERVICES RENDERED for the period ending September 30, 2017, as
per attached schedule and printout:


    Fees                                              $          32,211.50


    Disbursements                            $               55.66


    Total Amount Due                        $          32,267.16


**Payment Due Within 15 Days of Receipt of Invoice**

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

October 31, 2017
Invoice No. 17102279

| 188525 | Gualtieri, Renato J. |
| 188525-0002 | Special Counsel for Island View, et al. |

### Detail for Fee Services Rendered

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 09/01/17 | Telephone R. Gualtieri re discovery issues | MJC | 1.90 | 1,273.00 |
| 09/01/17 | Review and revise confidentiality stipulation | CN1 | 0.50 | 172.50 |
| 09/05/17 | Attention to discovery and analysis of same prior to hearing | MJD | 0.30 | 186.00 |
| 09/05/17 | Review confidentiality agreement (3); telephone from R. Gualtieri re contact from D. Chowder (.9); telephone D. Smith re discovery issues (.2) | MJC | 1.40 | 938.00 |
| 09/06/17 | Review and revise application to employ Stradley as special counsel (.9); telephone R. Gualtieri re discovery (1.2) | MJC | 2.10 | 1,407.00 |
| 09/06/17 | Prepared electronic documents for attorney review per C. Norcross request. | EJM | 3.40 | 1,156.00 |
| 09/06/17 | Revise confidentiality stipulation. | MDV | 0.10 | 49.50 |
| 09/06/17 | Review and analyze potentially duplicate emails for responsiveness | CN1 | 4.60 | 1,587.00 |
| 09/07/17 | Review Prudential discovery responses (6.7); telephone D. Smith re discovery (.2); telephone R. Gualtieri re same (.9) | MJC | 7.80 | 5,226.00 |
| 09/07/17 | Prepared electronic documents for attorney review per C. Norcross request. | EJM | 1.80 | 612.00 |
| 09/07/17 | Confer M. Cordone re: status of discovery, strategy, and documents produced by Prudential. | MDV | 0.20 | 99.00 |
| 09/07/17 | Review documents produced by Prudential. | MDV | 0.20 | 99.00 |
| 09/07/17 | Review and analyze potentially duplicate emails for responsiveness | CN1 | 3.70 | 1,276.50 |

Page 3

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

October 31, 2017
Invoice No. 17102279

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 09/08/17 | Review discovery produced by Prudential (2.5); telephone from R. Gualtieri re same (1.8) | MJC | 4.30 | 2,881.00 |
| 09/08/17 | Prepared electronic documents for attorney review. | EJM | 1.40 | 476.00 |
| 09/08/17 | Attention to issues regarding electronic discovery and document production. | MDV | 0.60 | 297.00 |
| 09/12/17 | Telephone R. Gualtieri re discovery and reconciliation (.5)review document re Prudential delays in funding draws (2.4) | MJC | 2.90 | 1,943.00 |
| 09/13/17 | Prepared electronic documents for attorney review per C. Norcross request. | EJM | 1.30 | 442.00 |
| 09/14/17 | Constructed and performed complex queries per C. Norcross request. | EJM | 1.60 | 544.00 |
| 09/18/17 | Review and analyze documents in response to outstanding document requests | CN1 | 2.10 | 724.50 |
| 09/19/17 | Prepared electronic documents for attorney review per C. Norcross request. | EJM | 1.20 | 408.00 |
| 09/19/17 | Review and analyze documents in preparation for production | CN1 | 1.20 | 414.00 |
| 09/20/17 | Telephone R. Gualtieri re discovery issues and litigation strategy (1.1) | MJC | 1.10 | 737.00 |
| 09/20/17 | Prepared electronic documents for attorney review per C. Norcross request. | EJM | 0.60 | 204.00 |
| 09/20/17 | Review and analyze documents in preparation for production | CN1 | 2.60 | 897.00 |
| 09/21/17 | Telephone from R. Gualtieri re additional discovery from Prudential (.5) | MJC | 0.50 | 335.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

October 31, 2017
Invoice No. 17102279

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 09/25/17 | Telephone from R. Gualtieri re employment of Stradley as special counsel (1.0); telephone D. Adams re special counsel issues raised by UST (.2); email D. Adams re delays in filing application (.2); telephone R. Gualtieri re same (.9) | MJC | 2.30 | 1,541.00 |
| 09/26/17 | Telephone from R. Gualtieri re budget and cash flow effect on lender liability (1.0); review Prudential documents and collect key evidence (1.8); prepare for hearing in objections to special counsel application (1.3) | MJC | 4.60 | 3,082.00 |
| 09/26/17 | Attention to information re litigation and discovery | MJD | 0.20 | 124.00 |
| 09/26/17 | Attention to discovery issues and document review procedures. | MDV | 0.40 | 198.00 |
| 09/27/17 | Attention to issues relating to lender liability litigation | MJD | 0.20 | 124.00 |
| 09/27/17 | Prepare for hearing on special counsel (.5); participate in hearing on same (.5); email R. Gualtieri re cash flow and loan history issues and questions (.8) | MJC | 1.80 | 1,206.00 |
| 09/27/17 | Review and analyze documents for upcoming production | CN1 | 1.80 | 621.00 |
| 09/27/17 | Strategize regarding document review database | CN1 | 1.30 | 448.50 |
| 09/28/17 | Review and analyze documents for eventual production | CN1 | 1.40 | 483.00 |

**Total Services**    **63.40**    **$32,211.50**

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

October 31, 2017
Invoice No. 17102279

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

### Summary of Fee Services Rendered

| Initials | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| MJD | Mark J. Dorval | Partner | 620.00 | 0.70 | 434.00 |
| MJC | Michael J. Cordone | Partner | 670.00 | 30.70 | 20,569.00 |
| EJM | Edward McNellis | IT Lit Support | 340.00 | 11.30 | 3,842.00 |
| MDV | Mark Villanueva | Partner | 495.00 | 1.50 | 742.50 |
| CN1 | Corey Norcross | Associate | 345.00 | 19.20 | 6,624.00 |
| | **Total** | | | **63.40** | **$32,211.50** |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

October 31, 2017
Invoice No. 17102279

188525           Gualtieri, Renato J.
188525-0002      Special Counsel for Island View, et al.

**Disbursements and Other Related Charges
Incurred on Your Behalf**

| *Date* | *Description* | *Amount* |
|--------|---------------|---------:|
| 09/30/17 | Duplicating | 40.25 |
| 09/30/17 | Scan | 15.41 |
| | **Total Disbursements** | **$55.66** |



**Stradley Ronon Stevens & Young, LLP**

2005 Market Street, Suite 2600

Philadelphia, PA 19103-7018

p: 215.564.8000

f: 215.564.8120

Federal Tax ID  23-1130381

Stradley Ronon would like to offer the following options to remit payment:

**1) For ACH or Wire Transactions:**

Citizens Bank of Pennsylvania
2001 Market Street
Philadelphia, PA 19103
For credit to Stradley Ronon Stevens & Young LLP
Account No.: 620096-961-6
ABA No.: 036076150
Please reference the invoice number being paid

**2) Mail your payments** in the enclosed envelope, if applicable
_____

If you are currently receiving invoices by U.S. Mail and would prefer receipt by e-mail, please
provide the e-mail address where the invoices should be sent and return this form to:

Stradley Ronon Stevens & Young, LLP
Attn:  Billing Manager
2005 Market Street, Suite 2600
Philadelphia, PA  19103-7018

Client Name: _____

E-mail Address _____



**Stradley Ronon Stevens & Young, LLP**

2005 Market Street, Suite 2600

Philadelphia, PA 19103-7018

p: 215.564.8000

f: 215.564.8120

Federal Tax ID  23-1130381

November 30, 2017                                                                 WRS

Americorp Homes, Inc.                                  Account No.  188525-0002
Attn:  Renato J. Gualtieri
One South State Street                                      Invoice No. 17112313
Newtown, PA  18940

Re:   Special Counsel for Island View, et al.

FOR PROFESSIONAL SERVICES RENDERED for the period ending October 31, 2017, as
per attached schedule and printout:

| | | |
|---|---|---|
| Fees | $ | 78,994.50 |
| Disbursements | $ | 110.66 |
| Total Amount Due | $ | 79,105.16 |

**Payment Due Within 15 Days of Receipt of Invoice**

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

November 30, 2017
Invoice No. 17112313

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

### Detail for Fee Services Rendered

| *Date* | *Description* | *Initials* | *Hours* | *Amount* |
|--------|---------------|------------|---------|----------|
| 10/02/17 | Review matters relating to lender liability litigation | MJD | 0.20 | 124.00 |
| 10/02/17 | Analyze status of discovery, potential amendment to complaint, and strategy for lender liability case pending in bankruptcy court. | MDV | 0.80 | 396.00 |
| 10/02/17 | Review documents in anticipation of production | CN1 | 1.20 | 414.00 |
| 10/03/17 | Telephone R. Gualtieri re documents produced by Prudential and missing documents | MJC | 0.50 | 335.00 |
| 10/03/17 | Analysis of e-mail threading analytics review per C. Norcross request. | EJM | 0.50 | 170.00 |
| 10/03/17 | Review and analyzed documents for production | CN1 | 1.00 | 345.00 |
| 10/04/17 | Telephone R. Gualtieri re testimony, Prudential documents and next steps for discovery (1.1); review additional claims (.8) | MJC | 1.90 | 1,273.00 |
| 10/05/17 | Miscellaneous follow up with Mike Cordone and follow up with Mark Schweiker | WRS | 0.60 | 765.00 |
| 10/05/17 | Review discovery produced by Prudential (1.5); telephone R. Gualtieri re testimony (1.0); email D. Smith re same (.3) | MJC | 2.80 | 1,876.00 |
| 10/05/17 | Prepared electronic documents for attorney review per C. Norcross request. | EJM | 0.70 | 238.00 |
| 10/05/17 | Constructed and performed complex queries for document review per C. Norcross request. | EJM | 1.10 | 374.00 |
| 10/05/17 | Attend meeting regarding discovery and litigation strategy. | MDV | 1.70 | 841.50 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

November 30, 2017
Invoice No. 17112313

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| *Date* | *Description* | *Initials* | *Hours* | *Amount* |
|--------|---------------|------------|---------|----------|
| 10/05/17 | Review open discovery issues and status of Prudential's responses to discovery. | MDV | 1.00 | 495.00 |
| 10/05/17 | Begin draft of motion to compel discovery. | MDV | 0.30 | 148.50 |
| 10/05/17 | Strategize regarding document review and discovery dispute | CN1 | 0.60 | 207.00 |
| 10/05/17 | Strategize regarding upcoming bankruptcy hearings and possibility of amending complaint | CN1 | 2.00 | 690.00 |
| 10/06/17 | Analysis of lender liability documents supporting opposition to dismissal and email same to D. Smith (1.0); telephone D. Smith re same (.5); telephone R. Gualtieri re testimony of key witnesses (.8) | MJC | 2.30 | 1,541.00 |
| 10/06/17 | Research and obtain the Bucks County Redevelopment Authority meeting minutes from November of 2015 – present for Corey Norcross. | JO1 | 0.30 | 84.00 |
| 10/06/17 | Research/Review publicly available records of RDA meetings, communications, etc. | MDV | 0.30 | 148.50 |
| 10/06/17 | Review correspondence related to discovery and draft motion to compel discovery. | MDV | 2.00 | 990.00 |
| 10/09/17 | Telephone from R. Gualtieri re budgets and testimony (1.1); review documents for document production (2.2) | MJC | 4.80 | 3,216.00 |
| 10/09/17 | Prepared electronic documents for attorney review per C. Norcross request. | EJM | 0.80 | 272.00 |
| 10/09/17 | Correspondence with C. Norcross regarding availability for document review in preparation for production. | LAZ | 0.10 | 30.00 |
| 10/09/17 | Draft motion to compel discovery. | MDV | 2.30 | 1,138.50 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

November 30, 2017
Invoice No. 17112313

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 10/09/17 | Review documents for anticipated production | CN1 | 0.60 | 207.00 |
| 10/10/17 | Meeting with Mark Schweiker to discuss status of matters in Bucks County | WRS | 0.60 | 765.00 |
| 10/10/17 | Attention to key documents from lender liability case and identify same for D. Smith on overlap issues (4.5) | MJC | 4.50 | 3,015.00 |
| 10/10/17 | Meeting with C. Norcross regarding remaining discovery issues. | EJM | 0.30 | 102.00 |
| 10/10/17 | Prepared electronic documents for attorney review. | EJM | 3.20 | 1,088.00 |
| 10/10/17 | Continue drafting motion to compel discovery and history of litigation. | MDV | 2.50 | 1,237.50 |
| 10/10/17 | Conducted research regarding Pennsylvania Right to Know law | CN1 | 1.10 | 379.50 |
| 10/10/17 | Strategize regarding next stage document review | CN1 | 1.00 | 345.00 |
| 10/11/17 | Reviewed protocol for document review in preparation for production. | LAZ | 1.60 | 480.00 |
| 10/12/17 | Prepared electronic documents for attorney review. | EJM | 1.40 | 476.00 |
| 10/12/17 | Reviewed Complaint and Answer in preparation for document review. | LAZ | 2.20 | 660.00 |
| 10/12/17 | Review/revise right to know request to RDA. | MDV | 0.20 | 99.00 |
| 10/12/17 | Draft right to know request directed to Bucks County Redevelopment Authority | CN1 | 0.60 | 207.00 |
| 10/12/17 | Review and revise Right to Know request | CN1 | 0.80 | 276.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

November 30, 2017
Invoice No. 17112313

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 10/12/17 | Reviewed the Complaint, Prudential's Answer, New Matter, and Second Amended Counterclaim, and Internal Review Protocol in preparation for Document Review Meeting. The Internal Review Protocol included Prudential's Request for Production of Documents attached as an exhibit. | KMF | 0.60 | 198.00 |
| 10/13/17 | Research and obtain information on obtaining minutes from the Redevelopment Authority of Bucks County for Corey Norcross. | JO1 | 0.40 | 112.00 |
| 10/13/17 | Document review team meeting with C. Norcross. | EJM | 2.60 | 884.00 |
| 10/13/17 | Creation of database coding layout per C. Norcross request. | EJM | 0.40 | 136.00 |
| 10/13/17 | Reviewed documents to determine responsiveness to discovery requests and entered privilege redactions as necessary | JWC | 0.80 | 252.00 |
| 10/13/17 | Reviewed Complaint, discovery requests and document protocol. | JWC | 1.70 | 535.50 |
| 10/13/17 | Reviewed/analyzed documents in preparation for production. | LAZ | 2.30 | 690.00 |
| 10/13/17 | Relativity system training in preparation for document review. | LAZ | 1.50 | 450.00 |
| 10/13/17 | Review and finalize Right to Know Request | CN1 | 0.60 | 207.00 |
| 10/13/17 | Prepare for and participate in Relativity and case training with reviewers | CN1 | 3.00 | 1,035.00 |
| 10/13/17 | Attend meeting with review team to discuss the review and the strategy for selection of documents. | EK2 | 1.50 | 495.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

November 30, 2017
Invoice No. 17112313

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 10/13/17 | Document review prep session | AS10 | 1.50 | 525.00 |
| 10/13/17 | Participated in Island View specific Relativity Training in anticipation of large-scale document review. | KAJ | 1.50 | 472.50 |
| 10/13/17 | Consulted with Corey Norcross and other legal staff, including Attorneys: Lauren Zychowicz, Elizabeth Kuschel, Ashley Shapiro, Kyle Jacobsen, and Joseph Catuzzi; and Litigation Support Staff, Edward McNellis to discuss the review of over 60,000 e-mails, documents, and other data supplied that need to be sorted and analyzed to determine relevant, non-privileged documents for production. | KMF | 1.50 | 495.00 |
| 10/14/17 | Reviewed documents to determine responsiveness to discovery requests and entered privilege redactions as necessary. | JWC | 1.90 | 598.50 |
| 10/15/17 | Review Prudential's motion for adverse inference and draft points in response to allegations related to status of discovery. | MDV | 0.60 | 297.00 |
| 10/15/17 | Review and analyze Prudential's motion for an adverse inference | CN1 | 0.30 | 103.50 |
| 10/15/17 | Prepare responses to Prudential's motion for an adverse inference | CN1 | 0.80 | 276.00 |
| 10/15/17 | Reviewed internal memorandum prepared by Corey Norcross in anticipation of large-scale document review initiative. | KAJ | 0.40 | 126.00 |
| 10/16/17 | Research and obtain information on obtaining minutes from the Redevelopment Authority of Bucks County for Corey Norcross. | JO1 | 0.20 | 56.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

November 30, 2017
Invoice No. 17112313

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 10/16/17 | Reviewed documents to determine responsiveness to discovery requests and entered privilege redactions as necessary. | JWC | 3.90 | 1,228.50 |
| 10/16/17 | Reviewed/analyzed documents in preparation for production. | LAZ | 4.30 | 1,290.00 |
| 10/16/17 | Review right to know request (.1); confer C. Norcross re: revisions to same (.1). | MDV | 0.20 | 99.00 |
| 10/16/17 | Review revisions to motion to compel (.2); further revisions to same (.2). | MDV | 0.40 | 198.00 |
| 10/16/17 | Review bankruptcy rules and local rules re: motion practice and meet and confer obligations. | MDV | 0.30 | 148.50 |
| 10/16/17 | Revise and finalize Right to Know Request | CN1 | 0.80 | 276.00 |
| 10/16/17 | Review and analyze documents for production. | EK2 | 0.20 | 66.00 |
| 10/16/17 | Began assessment of client-produced documents to determine responsiveness to opposing counsel's document requests. | KAJ | 1.40 | 441.00 |
| 10/16/17 | Continued assessment of client-produced documents to review responsiveness to opposing counsel's document requests. | KAJ | 0.60 | 189.00 |
| 10/16/17 | Analyzed e-mails with attached documents to determine relevancy and legal sensitivity for production. | KMF | 0.40 | 132.00 |
| 10/17/17 | Reviewed/analyzed documents in preparation for production of documents. | LAZ | 5.00 | 1,500.00 |
| 10/17/17 | Review document review protocol. | WHE | 0.40 | 144.00 |
| 10/17/17 | Review documents. | EK2 | 0.30 | 99.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

November 30, 2017
Invoice No. 17112313

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 10/17/17 | Analyzed e-mails with attached documents to determine relevancy and legal sensitivity for production. | KMF | 3.10 | 1,023.00 |
| 10/18/17 | Prepared electronic documents for attorney review per C. Norcross request. | EJM | 0.80 | 272.00 |
| 10/18/17 | Reviewed/analyzed documents in preparation for production. | LAZ | 3.10 | 930.00 |
| 10/18/17 | Review and revise Motion to Compel | CN1 | 4.10 | 1,414.50 |
| 10/18/17 | Review and analyze Bucks County RDA meeting minutes | CN1 | 0.80 | 276.00 |
| 10/18/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 0.80 | 280.00 |
| 10/18/17 | Analyzed e-mails with attached documents to determine relevancy and legal sensitivity for production. | KMF | 1.40 | 462.00 |
| 10/19/17 | Meeting w/ C. Norcross to discuss review protocol and progress of document review. | LAZ | 1.30 | 390.00 |
| 10/19/17 | Review and analyze documents in preparation for production. | LAZ | 1.00 | 300.00 |
| 10/19/17 | Review documents received from Redevelopment Authority. | MDV | 0.50 | 247.50 |
| 10/19/17 | Background research on individuals referenced in RDA documents. | MDV | 0.60 | 297.00 |
| 10/19/17 | Meeting with C. Norcross to discuss review protocol. | WHE | 1.40 | 504.00 |
| 10/19/17 | Prepare for and participate in document review training session | CN1 | 2.00 | 690.00 |
| 10/19/17 | Revise and finalize motion to compel | CN1 | 1.40 | 483.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

November 30, 2017
Invoice No. 17112313

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 10/19/17 | Attend meeting with document review team to discuss issues with document review. | EK2 | 1.20 | 396.00 |
| 10/19/17 | Meeting on updated information/clarification related to document review | AS10 | 1.20 | 420.00 |
| 10/19/17 | Performed document review of client's production to determine which documents were privileged, responsive to opposing counsel's document requests, etc. | KAJ | 1.30 | 409.50 |
| 10/19/17 | Consulted with Corey Norcross and other legal staff, including Attorneys: Lauren Zychowicz, Elizabeth Kuschel, Ashley Shapiro, Kyle Jacobsen, and Will Ellerbe; regarding the review of over 60,000 e-mails, documents, and other data supplied that need to be sorted and analyzed to assess relevant, non-privileged documents for production. | KMF | 1.20 | 396.00 |
| 10/20/17 | Review and revise motion to compel discovery (1.0) | MJC | 1.00 | 670.00 |
| 10/20/17 | Reviewed documents to determine responsiveness to discovery requests and entered privilege redactions as | JWC | 2.70 | 850.50 |
| 10/20/17 | Review and analyze documents in preparation for production. | LAZ | 4.00 | 1,200.00 |
| 10/20/17 | Review motion to compel and exhibits. | MDV | 0.50 | 247.50 |
| 10/23/17 | Review and analyze documents in preparation for production. | LAZ | 5.30 | 1,590.00 |
| 10/23/17 | Review and analyze documents in anticipation of production | CN1 | 0.50 | 172.50 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

November 30, 2017
Invoice No. 17112313

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 10/23/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 1.00 | 350.00 |
| 10/23/17 | Analyzed client-produced documents for privilege and responsiveness to opposing counsel's document production requests. | KAJ | 0.40 | 126.00 |
| 10/24/17 | Prepare evidence files for draw issues (6.5) | MJC | 6.50 | 4,355.00 |
| 10/24/17 | Review and analyze documents in preparation for production. | LAZ | 6.00 | 1,800.00 |
| 10/25/17 | Reviewed and analyzed documents in preparation for production. | LAZ | 2.80 | 840.00 |
| 10/25/17 | Strategize regarding additional right to know requests | CN1 | 0.30 | 103.50 |
| 10/25/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 1.60 | 560.00 |
| 10/26/17 | Research and obtain the names of who the Right to Know officers for  Bucks County and the Bucks County Industrial Development Authority for Corey Norcross. | JO1 | 0.20 | 56.00 |
| 10/26/17 | Review and analyze documents in preparation for production. | LAZ | 1.80 | 540.00 |
| 10/26/17 | Review/comment on additional right to know requests. | MDV | 0.20 | 99.00 |
| 10/26/17 | Draft Right to Know requests to Bucks County and Bucks County Industrial Development Authority | CN1 | 0.80 | 276.00 |
| 10/26/17 | Review documents in anticipation of production | CN1 | 0.80 | 276.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

November 30, 2017
Invoice No. 17112313

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 10/26/17 | Review questionable documents with C. Norcross as to produce responsive/non-responsive | AS10 | 0.70 | 245.00 |
| 10/26/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 0.40 | 140.00 |
| 10/27/17 | Prepared electronic documents for attorney review per C. Norcross request. | EJM | 0.20 | 68.00 |
| 10/27/17 | Finalize and serve Right to Know Requests on Bucks County and the Bucks County Industrial Development Authority | CN1 | 0.60 | 207.00 |
| 10/27/17 | Review documents in anticipation of production | CN1 | 0.40 | 138.00 |
| 10/27/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 1.40 | 490.00 |
| 10/27/17 | Continued assessment of client-produced documents to determine which are responsive to opposing counsel's document requests, and which must be withheld as privileged. | KAJ | 5.10 | 1,606.50 |
| 10/27/17 | Analyzed e-mails with attached documents to determine relevancy and legal sensitivity for production. Redacted personal information when necessary. | KMF | 3.70 | 1,221.00 |
| 10/28/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 2.00 | 700.00 |
| 10/29/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 2.40 | 840.00 |
| 10/29/17 | Conducted review of client-produced documents to assess which ones were privileged, and which were responsive to opposing counsel's document requests. | KAJ | 3.30 | 1,039.50 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

November 30, 2017
Invoice No. 17112313

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| *Date* | *Description* | *Initials* | *Hours* | *Amount* |
|--------|---------------|------------|---------|----------|
| 10/30/17 | Prepared potentially privileged documents for attorney review per C. Norcross request. | EJM | 0.40 | 136.00 |
| 10/30/17 | Review and analyze documents in preparation for production. | LAZ | 7.20 | 2,160.00 |
| 10/30/17 | Review documents in anticipation of production | CN1 | 7.90 | 2,725.50 |
| 10/30/17 | Review documents for production. | EK2 | 2.00 | 660.00 |
| 10/30/17 | Review questionable documents with C. Norcross, to determine if responsive/non-responsive | AS10 | 0.70 | 245.00 |
| 10/30/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 1.00 | 350.00 |
| 10/30/17 | Analyzed e-mails with attached documents to determine relevancy and legal sensitivity for production. Redacted personal information when necessary. | KMF | 2.60 | 858.00 |
| 10/31/17 | Reviewed updated protocol for document review in preparation for production. | LAZ | 0.60 | 180.00 |
| 10/31/17 | Review and analyze documents in preparation for production. | LAZ | 5.90 | 1,770.00 |
| 10/31/17 | Review issues associated with costs of OPRA requests. | MDV | 0.20 | 99.00 |
| 10/31/17 | Strategize regarding costs associated with Right to Know Requests and agencies' possible areas of free recovery | CN1 | 0.50 | 172.50 |
| 10/31/17 | Review updated document review memorandum focusing on the details of issue tags and updated players, lawsuits, etc. | AS10 | 0.40 | 140.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

November 30, 2017
Invoice No. 17112313

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 10/31/17 | Analyzed e-mails with attached documents to determine relevancy and legal sensitivity for production. Redacted personal information when necessary. | KMF | 0.90 | 297.00 |
| | **Total Services** | | **206.80** | **$78,994.50** |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

November 30, 2017
Invoice No. 17112313

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

### Summary of Fee Services Rendered

| Initials | Name | Title | Rate | Hours | Amount |
|----------|------|-------|------|-------|--------|
| WRS | William R. Sasso | Partner | 1,275.00 | 1.20 | 1,530.00 |
| MJD | Mark J. Dorval | Partner | 620.00 | 0.20 | 124.00 |
| MJC | Michael J. Cordone | Partner | 670.00 | 24.30 | 16,281.00 |
| JO1 | Jennifer O'Donnell | Librarian | 280.00 | 1.10 | 308.00 |
| EJM | Edward McNellis | IT Lit Support | 340.00 | 12.40 | 4,216.00 |
| JWC | Joseph Catuzzi | Associate | 315.00 | 11.00 | 3,465.00 |
| LAZ | Lauren Zychowicz | Associate | 300.00 | 56.00 | 16,800.00 |
| MDV | Mark Villanueva | Partner | 495.00 | 14.60 | 7,227.00 |
| WHE | William Ellerbe | Associate | 360.00 | 1.80 | 648.00 |
| CN1 | Corey Norcross | Associate | 345.00 | 34.50 | 11,902.50 |
| EK2 | Elizabeth Kuschel | Associate | 330.00 | 5.20 | 1,716.00 |
| AS10 | Ashley Shapiro | Associate | 350.00 | 15.10 | 5,285.00 |
| KAJ | Kyle Jacobsen | Associate | 315.00 | 14.00 | 4,410.00 |
| KMF | Kristen Gibbons Feden | Associate | 330.00 | 15.40 | 5,082.00 |
| | | **Total** | | **206.80** | **$78,994.50** |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

November 30, 2017
Invoice No. 17112313

188525            Gualtieri, Renato J.
188525-0002       Special Counsel for Island View, et al.

**Disbursements and Other Related Charges**
**Incurred on Your Behalf**

| *Date* | *Description* | *Amount* |
|---|---|---|
| 10/31/17 | Duplicating | 9.66 |
| 10/31/17 | Scan | 37.03 |
| 10/17/17 | Federal Express From: Jeff Darewal Bucks Co Redev Auth To: Jennifer Odonnel Stradley Ronon Stevens && 2005 Market St Ste 2600 Philadelphia PA 19103 Weight [lbs]:    2.0 Fedex Invoice# 596764086 | 26.47 |
| 10/24/17 | Special Copy - Redevelopment Authority of the County of Buck-copy fees for discovery documents | 37.50 |

**Total Disbursements**    **$110.66**



Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120
Federal Tax ID  23-1130381

Stradley Ronon would like to offer the following options to remit payment:

**1) For ACH or Wire Transactions:**

Citizens Bank of Pennsylvania
2001 Market Street
Philadelphia, PA 19103
For credit to Stradley Ronon Stevens & Young LLP
Account No.: 620096-961-6
ABA No.: 036076150
Please reference the invoice number being paid

**2) Mail your payments** in the enclosed envelope, if applicable
_____

If you are currently receiving invoices by U.S. Mail and would prefer receipt by e-mail, please provide the e-mail address where the invoices should be sent and return this form to:

Stradley Ronon Stevens & Young, LLP
Attn:  Billing Manager
2005 Market Street, Suite 2600
Philadelphia, PA  19103-7018

Client Name: _____

E-mail Address _____



Stradley Ronon Stevens & Young, LLP

2005 Market Street, Suite 2600

Philadelphia, PA 19103-7018

p: 215.564.8000

f: 215.564.8120

Federal Tax ID  23-1130381

December 31, 2017                                                  WRS

Americorp Homes, Inc.                        Account No.  188525-0002
Attn:  Renato J. Gualtieri
One South State Street                        Invoice No. 17122154
Newtown, PA  18940

Re:   Special Counsel for Island View, et al.

FOR PROFESSIONAL SERVICES RENDERED for the period ending November 30, 2017, as
per attached schedule and printout:

    Total Amount Due                          $        68,249.00

**Payment Due Within 15 Days of Receipt of Invoice**

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

December 31, 2017
Invoice No. 17122154

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

### Detail for Fee Services Rendered

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 11/01/17 | Reviewed and analyzed documents in preparation for production. | LAZ | 3.90 | 1,170.00 |
| 11/01/17 | Review potential defamation issues associated with lender liability case. | MDV | 0.80 | 396.00 |
| 11/01/17 | Conducted legal research regarding defamation and defamation per se | CN1 | 3.30 | 1,138.50 |
| 11/01/17 | Evaluated client-produced documents to assess responsiveness to opposing counsel's document requests, and to identify privileged documents. | KAJ | 1.20 | 378.00 |
| 11/01/17 | Analyzed e-mails with attached documents to determine relevancy and legal sensitivity for production. Redacted personal information when necessary. | KMF | 0.70 | 231.00 |
| 11/02/17 | Reviewed and analyzed documents in preparation for production. | LAZ | 3.90 | 1,170.00 |
| 11/02/17 | Review documents related to communications with Bucks County officials re: project. | MDV | 0.40 | 198.00 |
| 11/02/17 | Analyze Buck County's response to right to know request and call and correspondence with RTK officer regarding same | CN1 | 0.50 | 172.50 |
| 11/02/17 | Examined client-produced documents to determine their responsiveness, and to identify any privileged materials. | KAJ | 4.30 | 1,354.50 |
| 11/02/17 | Analyzed e-mails with attached documents to determine relevancy and legal sensitivity for production. Redacted personal information when necessary. | KMF | 1.00 | 330.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

December 31, 2017
Invoice No. 17122154

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 11/03/17 | Reviewed and analyzed documents in preparation for production. | LAZ | 2.70 | 810.00 |
| 11/03/17 | Review pleadings/filings in bankruptcy proceeding and consider impact/admissions for lender liability case. | MDV | 1.50 | 742.50 |
| 11/03/17 | Review documents. | EK2 | 0.70 | 231.00 |
| 11/06/17 | Reviewed and analyzed documents in preparation for production. | LAZ | 5.50 | 1,650.00 |
| 11/06/17 | Review documents for production. | EK2 | 3.00 | 990.00 |
| 11/06/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 0.50 | 175.00 |
| 11/07/17 | Constructed and performed complex queries against e-mails per C. Norcross request. | EJM | 0.70 | 238.00 |
| 11/07/17 | Reviewed and analyzed documents in preparation for production. | LAZ | 3.00 | 900.00 |
| 11/07/17 | Review documents in anticipation of production | CN1 | 1.50 | 517.50 |
| 11/07/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 2.60 | 910.00 |
| 11/08/17 | Constructed and performed complex queries against electronic emails per C. Norcross request. | EJM | 1.10 | 374.00 |
| 11/08/17 | Prepared privilege log items per C. Norcross request. | EJM | 0.30 | 102.00 |
| 11/08/17 | Reviewed and analyzed documents in preparation for production. | LAZ | 4.60 | 1,380.00 |
| 11/08/17 | Review documents identified by review team for production. | MDV | 0.20 | 99.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

December 31, 2017
Invoice No. 17122154

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 11/08/17 | Review documents in anticipation of production | CN1 | 2.10 | 724.50 |
| 11/08/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 1.90 | 665.00 |
| 11/08/17 | Reviewed client-produced documents for privilege and responsiveness to opposing counsel's document requests. | KAJ | 0.40 | 126.00 |
| 11/08/17 | Review of E-mail from Corey Norcross re Document Review. | KMF | 0.10 | 33.00 |
| 11/09/17 | Prepared production of documents per C. Norcross request. | EJM | 0.40 | 136.00 |
| 11/09/17 | Reviewed and analyzed documents in preparation for production. | LAZ | 5.00 | 1,500.00 |
| 11/09/17 | Review and analyze documents in anticipation of production | CN1 | 2.00 | 690.00 |
| 11/09/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 2.00 | 700.00 |
| 11/09/17 | Evaluated client-produced documents to assess privilege and responsiveness to opposing counsel's document requests. | KAJ | 3.20 | 1,008.00 |
| 11/10/17 | Reviewed and analyzed documents in preparation for production. | LAZ | 3.80 | 1,140.00 |
| 11/10/17 | Review documents. | EK2 | 2.00 | 660.00 |
| 11/10/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 2.30 | 805.00 |
| 11/12/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 1.20 | 420.00 |
| 11/13/17 | Reviewed and analyzed documents in preparation for production. | LAZ | 3.70 | 1,110.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

December 31, 2017
Invoice No. 17122154

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 11/13/17 | Analyze confidentiality agreement and application to federal proceedings. | MDV | 0.20 | 99.00 |
| 11/13/17 | Search for/Review agreed upon search terms. | MDV | 0.20 | 99.00 |
| 11/13/17 | Review and analyze documentation in preparation for production | CN1 | 1.10 | 379.50 |
| 11/13/17 | Search and analyze agreed-to search terms in preparation for discussion with opposing counsel regarding revisions thereto | CN1 | 1.00 | 345.00 |
| 11/13/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 1.50 | 525.00 |
| 11/13/17 | Evaluated client-produced documents to assess privilege and responsiveness to opposing counsel's document requests. | KAJ | 2.00 | 630.00 |
| 11/13/17 | Analyzed e-mails with attached documents to determine relevancy and legal sensitivity for production. Redacted personal information when necessary. | KMF | 0.50 | 165.00 |
| 11/14/17 | Review of emails and conversations with Mike Cordone and testimony during the hearing and misc. discovery issues | WRS | 1.10 | 1,402.50 |
| 11/14/17 | Reviewed and analyzed documents in preparation for production. | LAZ | 5.80 | 1,740.00 |
| 11/14/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 1.00 | 350.00 |
| 11/15/17 | Updated privilege document hits per C. Norcross request. | EJM | 0.10 | 34.00 |
| 11/15/17 | Reviewed and analyzed documents in preparation for production. | LAZ | 6.50 | 1,950.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

December 31, 2017
Invoice No. 17122154

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 11/15/17 | Analyze documents in anticipation of production | CN1 | 1.60 | 552.00 |
| 11/15/17 | Review documents. | EK2 | 3.60 | 1,188.00 |
| 11/15/17 | Analyzed e-mails with attached documents to determine relevancy and legal sensitivity for production. Redacted personal information when necessary. | KMF | 1.00 | 330.00 |
| 11/16/17 | Analyzed e-mails with attached documents to determine relevancy and legal sensitivity for production. Redacted personal information when necessary. | KMF | 1.40 | 462.00 |
| 11/16/17 | Reviewed and analyzed documents in preparation for production. | LAZ | 6.30 | 1,890.00 |
| 11/16/17 | Analyze documentation in anticipation of production | CN1 | 0.70 | 241.50 |
| 11/16/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 1.90 | 665.00 |
| 11/17/17 | Update to privilege documents per C. Norcross request. | EJM | 0.10 | 34.00 |
| 11/17/17 | Reviewed and analyzed documents in preparation for production. | LAZ | 4.00 | 1,200.00 |
| 11/17/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 0.80 | 280.00 |
| 11/17/17 | Analyzed e-mails with attached documents to determine relevancy and legal sensitivity for production. Redacted personal information when necessary. | KMF | 1.80 | 594.00 |
| 11/18/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 0.60 | 210.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

December 31, 2017
Invoice No. 17122154

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 11/19/17 | Strategize regarding Bucks County Redevelopment Authority's pending response to outstanding Right to Know Request | CN1 | 0.70 | 241.50 |
| 11/20/17 | Reviewed and analyzed documents in preparation for production. | LAZ | 5.20 | 1,560.00 |
| 11/20/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 1.00 | 350.00 |
| 11/20/17 | Reviewed client-produced documents for privilege and responsiveness to opposing counsel's document requests. | KAJ | 5.10 | 1,606.50 |
| 11/20/17 | Analyzed e-mails with attached documents to determine relevancy and legal sensitivity for production. Redacted personal information when necessary. | KMF | 1.20 | 396.00 |
| 11/21/17 | Reviewed and analyzed documents in preparation for production. | LAZ | 6.20 | 1,860.00 |
| 11/21/17 | Reviewed client-produced documents to assess privilege and responsiveness to opposing counsel's document requests. | KAJ | 0.20 | 63.00 |
| 11/21/17 | Analyzed e-mails with attached documents to determine relevancy and legal sensitivity for production. Redacted personal information when necessary. | KMF | 3.20 | 1,056.00 |
| 11/22/17 | Review documents. | EK2 | 2.10 | 693.00 |
| 11/22/17 | Evaluated client-produced documents to assess privilege and responsiveness to opposing counsel's document requests. | KAJ | 2.00 | 630.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

December 31, 2017
Invoice No. 17122154

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 11/22/17 | Analyzed e-mails with attached documents to determine relevancy and legal sensitivity for production. Redacted personal information when necessary. | KMF | 2.20 | 726.00 |
| 11/24/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 0.40 | 140.00 |
| 11/24/17 | Analyzed e-mails with attached documents to determine relevancy and legal sensitivity for production. Redacted personal information when necessary. | KMF | 4.80 | 1,584.00 |
| 11/25/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 2.10 | 735.00 |
| 11/25/17 | Analyzed e-mails with attached documents to determine relevancy and legal sensitivity for production. Redacted personal information when necessary. | KMF | 3.40 | 1,122.00 |
| 11/26/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 2.00 | 700.00 |
| 11/26/17 | Analyzed client-produced documents for privilege and responsiveness to opposing counsel's document requests. | KAJ | 2.10 | 661.50 |
| 11/27/17 | Reviewed and analyzed documents in preparation for production. | LAZ | 0.90 | 270.00 |
| 11/27/17 | Review documents provided by RDA in response to OPRA request. | MDV | 0.50 | 247.50 |
| 11/27/17 | Review documents. | EK2 | 5.00 | 1,650.00 |
| 11/27/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 0.40 | 140.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

December 31, 2017
Invoice No. 17122154

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 11/27/17 | Evaluated client-produced documents to protect privilege, and to identify their responsiveness to opposing counsel's document requests. | KAJ | 2.20 | 693.00 |
| 11/27/17 | Analyzed e-mails with attached documents to determine relevancy and legal sensitivity for production. Redacted personal information when necessary. | KMF | 1.80 | 594.00 |
| 11/28/17 | Reviewed and analyzed documents in preparation for production. | LAZ | 1.80 | 540.00 |
| 11/28/17 | Review documents for production in Lender Liability case. | MDV | 1.20 | 594.00 |
| 11/28/17 | Review documents in anticipation of production | CN1 | 0.30 | 103.50 |
| 11/28/17 | Review documents. | EK2 | 2.10 | 693.00 |
| 11/28/17 | Examined client-produced documents to protect privilege, and to identify their responsiveness to opposing counsel's document requests. | KAJ | 2.60 | 819.00 |
| 11/28/17 | Analyzed e-mails with attached documents to determine relevancy and legal sensitivity for production. Redacted personal information when necessary. | KMF | 2.10 | 693.00 |
| 11/29/17 | Reviewed and analyzed documents in preparation for production. | LAZ | 0.40 | 120.00 |
| 11/29/17 | Strategize regarding content of documents received from Bucks County Redevelopment Authority in response to Right to Know request | CN1 | 0.50 | 172.50 |
| 11/29/17 | Review and analyze documents responsive to Bucks County RDA Right to Know requests | CN1 | 5.30 | 1,828.50 |
| 11/29/17 | Review and redact documents. | EK2 | 2.70 | 891.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

December 31, 2017
Invoice No. 17122154

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 11/29/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 0.90 | 315.00 |
| 11/30/17 | Reviewed and analyzed documents in preparation for production. | LAZ | 2.60 | 780.00 |
| 11/30/17 | Review documents obtained from Bucks County; analyze Prudential document production to date. | MDV | 1.80 | 891.00 |
| 11/30/17 | Analyze documents in anticipation of production | CN1 | 0.70 | 241.50 |
| 11/30/17 | Calls with Bucks County solicitor regarding contents of response to Right to Know request and extension to respond | CN1 | 0.40 | 138.00 |
| 11/30/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 2.50 | 875.00 |
| 11/30/17 | Examined client-produced documents to protect privilege and responsiveness to opposing counsel's document requests. Tagged key documents. | KAJ | 0.30 | 94.50 |

**Total Services** **205.70** **$68,249.00**

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

December 31, 2017
Invoice No. 17122154

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

### Summary of Fee Services Rendered

| Initials | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| WRS | William R. Sasso | Partner | 1,275.00 | 1.10 | 1,402.50 |
| EJM | Edward McNellis | IT Lit Support | 340.00 | 2.70 | 918.00 |
| LAZ | Lauren Zychowicz | Associate | 300.00 | 75.80 | 22,740.00 |
| MDV | Mark Villanueva | Partner | 495.00 | 6.80 | 3,366.00 |
| CN1 | Corey Norcross | Associate | 345.00 | 21.70 | 7,486.50 |
| EK2 | Elizabeth Kuschel | Associate | 330.00 | 21.20 | 6,996.00 |
| AS10 | Ashley Shapiro | Associate | 350.00 | 25.60 | 8,960.00 |
| KAJ | Kyle Jacobsen | Associate | 315.00 | 25.60 | 8,064.00 |
| KMF | Kristen Gibbons Feden | Associate | 330.00 | 25.20 | 8,316.00 |
| | | **Total** | | **205.70** | **$68,249.00** |



Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120
Federal Tax ID  23-1130381

Stradley Ronon would like to offer the following options to remit payment:

**1) For ACH or Wire Transactions:**

Citizens Bank of Pennsylvania
2001 Market Street
Philadelphia, PA 19103
For credit to Stradley Ronon Stevens & Young LLP
Account No.: 620096-961-6
ABA No.: 036076150
Please reference the invoice number being paid

**2) Mail your payments** in the enclosed envelope, if applicable
_____

If you are currently receiving invoices by U.S. Mail and would prefer receipt by e-mail, please
provide the e-mail address where the invoices should be sent and return this form to:

Stradley Ronon Stevens & Young, LLP
Attn:  Billing Manager
2005 Market Street, Suite 2600
Philadelphia, PA  19103-7018

Client Name: _____

E-mail Address _____

**Pennsylvania | Washington, D.C. | New York  | New Jersey | Illinois | Delaware**

A Pennsylvania Limited Liability Partnership

MERITAS LAW FIRMS WORLDWIDE



Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120
Federal Tax ID  23-1130381

February 28, 2018                                                         WRS

Americorp Homes, Inc.                                    Account No.  188525-0002
Attn:  Renato J. Gualtieri
One South State Street                                   Invoice No. 18022047
Newtown, PA  18940

Re:   Special Counsel for Island View, et al.

FOR PROFESSIONAL SERVICES RENDERED for the period ending January 31, 2018, as
per attached schedule and printout:

Fees                                     $          81,965.50

Disbursements                            $             206.45

Total Amount Due                         $          82,171.95

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

February 28, 2018
Invoice No. 18022047

188525            Gualtieri, Renato J.
188525-0002       Special Counsel for Island View, et al.

### Detail for Fee Services Rendered

| *Date* | *Description* | *Initials* | *Hours* | *Amount* |
|---|---|---|---|---|
| 12/01/17 | Research and obtain information on the possible relationship between ▉▉▉▉▉▉▉ ▉▉▉▉ for Corey Norcross. | JO1 | 0.30 | 84.00 |
| 12/01/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 1.80 | 630.00 |
| 12/01/17 | Analyzed e-mails with attached documents to determine relevancy and legal sensitivity for production. Redacted personal information when necessary. | KMF | 0.80 | 264.00 |
| 12/03/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 1.50 | 525.00 |
| 12/04/17 | Strategize regarding Redevelopment Authority's response to Right to Know request | CN1 | 0.30 | 103.50 |
| 12/04/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 0.50 | 175.00 |
| 12/04/17 | Evaluated client-produced documents to protect privilege and to assess responsiveness to opposing counsel's document requests. | KAJ | 2.10 | 661.50 |
| 12/04/17 | Analyzed e-mails with attached documents to determine relevancy and legal sensitivity for production. Redacted personal information when necessary. | KMF | 0.80 | 264.00 |
| 12/05/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 1.50 | 525.00 |
| 12/05/17 | Examined client-produced documents to protect privilege and to assess responsiveness to opposing counsel's document requests. | KAJ | 0.20 | 63.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

February 28, 2018
Invoice No. 18022047

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 12/05/17 | Analyzed e-mails with attached documents to determine relevancy and legal sensitivity for production. Redacted personal information when necessary. | KMF | 0.70 | 231.00 |
| 12/06/17 | Westlaw | L | 1.60 | 128.00 |
| 12/06/17 | Strategy for Right to Know appeal or litigation in light of incomplete disclosure/withheld materials | KSM | 0.20 | 96.00 |
| 12/06/17 | Confer with team re: strategy and status; assess adequacy of Bucks document production; review appeal process. | MDV | 1.00 | 495.00 |
| 12/06/17 | Analyze documents responsive to Right to Know Request to Bucks County Industrial Development Authority | CN1 | 0.40 | 138.00 |
| 12/06/17 | Conducted legal research regarding Right to Know law and appeals and strategize regarding same | CN1 | 2.10 | 724.50 |
| 12/06/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 1.60 | 560.00 |
| 12/07/17 | Review and revisions to draft follow-up correspondence on Right to Know Law request | KSM | 0.20 | 96.00 |
| 12/07/17 | Revise follow up correspondence to RDA re: right to know request. | MDV | 0.30 | 148.50 |
| 12/07/17 | Analyze documents responsive to Right to Know Request to Bucks County Industrial Development Authority | CN1 | 1.70 | 586.50 |
| 12/07/17 | Draft, finalize, and send letter to Bucks County RDA regarding questions of response to Right to Know request | CN1 | 1.00 | 345.00 |
| 12/07/17 | Review documents. | EK2 | 0.10 | 33.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

February 28, 2018
Invoice No. 18022047

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 12/08/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 1.50 | 525.00 |
| 12/08/17 | Examined client-produced documents to protect privilege and to assess responsiveness to opposing counsel's document requests. | KAJ | 1.70 | 535.50 |
| 12/08/17 | Analyzed e-mails with attached documents to determine relevancy and legal sensitivity for production. Redacted personal information when necessary. | KMF | 1.10 | 363.00 |
| 12/11/17 | Analyze documents received thus far in response to Right to Know requests in preparation for follow up with Bucks County RDA regarding missing documents | CN1 | 2.50 | 862.50 |
| 12/11/17 | Strategize regarding request for additional information and documentation in response to Right to Know Request to Redevelopment Authority | CN1 | 0.20 | 69.00 |
| 12/11/17 | Call with counsel for Redevelopment Authority regarding requests for additional information and documentation in response to Right to Know Request | CN1 | 0.30 | 103.50 |
| 12/11/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 0.90 | 315.00 |
| 12/11/17 | Analyzed e-mails with attached documents to determine relevancy and legal sensitivity for production. Redacted personal information when necessary. | KMF | 1.90 | 627.00 |
| 12/11/17 | Follow up regarding Bucks County RTK request. | MDV | 0.20 | 99.00 |
| 12/12/17 | Analyze Bucks County documents and follow up requests. | MDV | 1.00 | 495.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

February 28, 2018
Invoice No. 18022047

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 12/12/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 0.50 | 175.00 |
| 12/12/17 | Analyzed e-mails with attached documents to determine relevancy and legal sensitivity for production. Redacted personal information when necessary. | KMF | 0.70 | 231.00 |
| 12/13/17 | Review and analysis of files with technical issues per A. Shapiro request. | EJM | 0.40 | 136.00 |
| 12/13/17 | Strategize regarding documents potentially missing from RDA's response to Right to Know Request | CN1 | 0.30 | 103.50 |
| 12/13/17 | Discuss with litigation support certain documents that were having technical issues (zip files) | AS10 | 0.20 | 70.00 |
| 12/13/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 1.20 | 420.00 |
| 12/13/17 | Analyzed e-mails with attached documents to determine relevancy and legal sensitivity for production. Redacted personal information when necessary. | KMF | 0.20 | 66.00 |
| 12/14/17 | Westlaw | L | 1.60 | 128.00 |
| 12/14/17 | Review and analysis of technical issue files per A. Shapiro request. | EJM | 0.70 | 238.00 |
| 12/14/17 | Reviewed and analyzed documents in preparation for production. | LAZ | 4.20 | 1,260.00 |
| 12/14/17 | Review/revise supplemental requests to RDA. | MDV | 0.30 | 148.50 |
| 12/14/17 | Analyze documents to be referenced in correspondence with RDA. | MDV | 0.40 | 198.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

February 28, 2018
Invoice No. 18022047

188525            Gualtieri, Renato J.
188525-0002       Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 12/14/17 | Draft correspondence to counsel for RDA following up on call and missing documentation from RTK response | CN1 | 3.80 | 1,311.00 |
| 12/14/17 | Draft and file appeal from Bucks County Redevelopment Authority's response to our Right to Know request | CN1 | 3.00 | 1,035.00 |
| 12/14/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 1.00 | 350.00 |
| 12/14/17 | Analyzed e-mails with attached documents to determine relevancy and legal sensitivity for production. Redacted personal information when necessary. | KMF | 0.10 | 33.00 |
| 12/15/17 | Reviewed and analyzed documents in preparation for production. | LAZ | 3.80 | 1,140.00 |
| 12/15/17 | Strategize regarding document review and production | CN1 | 0.40 | 138.00 |
| 12/15/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 2.20 | 770.00 |
| 12/16/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 2.00 | 700.00 |
| 12/18/17 | Strategize regarding extension request for pending matter before OOR and possible resolution thereof | CN1 | 0.50 | 172.50 |
| 12/18/17 | Call with RDA counsel regarding deadlines for appeal to OOR and correspondence with | CN1 | 0.50 | 172.50 |
| 12/18/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 2.30 | 805.00 |
| 12/19/17 | Reviewed and analyzed documents in preparation for production. | LAZ | 4.30 | 1,290.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

February 28, 2018
Invoice No. 18022047

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 12/20/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 1.00 | 350.00 |
| 12/21/17 | Reviewed and analyzed documents in preparation for production. | LAZ | 0.40 | 120.00 |
| 12/21/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 1.00 | 350.00 |
| 12/26/17 | Review status of discovery, document review, and open issues to address in lender liability litigation. | MDV | 0.70 | 346.50 |
| 12/26/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 0.40 | 140.00 |
| 12/26/17 | Analyzed e-mails with attached documents to determine relevancy and legal sensitivity for production. Redacted personal information when necessary. | KMF | 0.60 | 198.00 |
| 12/28/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 0.30 | 105.00 |
| 12/28/17 | Examined client-produced documents to protect privilege and to assess responsiveness to opposing counsel's document requests. | KAJ | 3.40 | 1,071.00 |
| 12/29/17 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 0.60 | 210.00 |
| 12/29/17 | Analyzed e-mails with attached documents to determine relevancy and legal sensitivity for production. Redacted personal information when necessary. | KMF | 1.70 | 561.00 |
| 01/02/18 | Review and analyze supplemental documents from Bucks County Industrial Development Authority and strategize regarding same | CN1 | 0.60 | 219.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

February 28, 2018
Invoice No. 18022047

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 01/02/18 | Correspondence with Bucks County Industrial Development Authority regarding additional documents | CN1 | 0.20 | 73.00 |
| 01/02/18 | Review and analyze documents from Bucks County in response to Right to Know Request | CN1 | 1.70 | 620.50 |
| 01/02/18 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 1.60 | 592.00 |
| 01/02/18 | Examined client-produced documents for privilege, and to assess responsiveness to opposing counsel's document requests. | KAJ | 2.60 | 871.00 |
| 01/02/18 | Analyzed e-mails with attached documents to determine relevancy and legal sensitivity for production. Redacted personal information when necessary. | KMF | 0.60 | 210.00 |
| 01/03/18 | Review and analyze documents for eventual production | CN1 | 0.90 | 328.50 |
| 01/03/18 | Call with opposing counsel regarding potentially missing attachments to Industrial Development Authority email | CN1 | 0.50 | 182.50 |
| 01/03/18 | Strategize regarding documents produced by Bucks County and possible need for follow-up | CN1 | 3.50 | 1,277.50 |
| 01/03/18 | Analyze documents for production. | EK2 | 0.50 | 175.00 |
| 01/03/18 | Analyzed e-mails with attached documents to determine relevancy and legal sensitivity for production. Redacted personal information when necessary. | KMF | 0.80 | 280.00 |
| 01/03/18 | E-mail correspondence with Corey Norcross re: e-mail analysis. | KMF | 0.30 | 105.00 |
| 01/03/18 | Westlaw | L | 0.80 | 68.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

February 28, 2018
Invoice No. 18022047

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 01/03/18 | Prepared electronic file for attorney review per C. Norcross request. | EJM | 0.10 | 36.00 |
| 01/03/18 | Confer C. Norcross re: documents obtained from Bucks County (.3); analyze documents provided by Bucks County (1.2) | MDV | 1.50 | 780.00 |
| 01/04/18 | Review issues w/County document production (.5) | MJC | 0.50 | 335.00 |
| 01/04/18 | Reviewed and analyzed documents in preparation for production. | LAZ | 1.00 | 320.00 |
| 01/04/18 | Strategize regarding possible defamation claim | CN1 | 0.40 | 146.00 |
| 01/04/18 | Analyze all documents received in response to Right to Know Requests | CN1 | 3.50 | 1,277.50 |
| 01/04/18 | Strategize regarding attachments to email recently produced by Bucks County Industrial Development Authority in response to Right to Know Request | CN1 | 0.20 | 73.00 |
| 01/04/18 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 1.50 | 555.00 |
| 01/04/18 | Examined client-produced documents to assess privilege and responsiveness to opposing counsel's document requests. | KAJ | 1.20 | 402.00 |
| 01/05/18 | Reviewed and analyzed documents in preparation for production. | LAZ | 4.40 | 1,408.00 |
| 01/05/18 | Analyze all documents received in response to Right to Know Requests | CN1 | 4.90 | 1,788.50 |
| 01/05/18 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 1.80 | 666.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

February 28, 2018
Invoice No. 18022047

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| *Date* | *Description* | *Initials* | *Hours* | *Amount* |
|--------|---------------|------------|---------|----------|
| 01/06/18 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 3.20 | 1,184.00 |
| 01/06/18 | Examined client-produced documents to assess privilege and responsiveness to opposing counsel's document requests. | KAJ | 3.60 | 1,206.00 |
| 01/07/18 | Examined client-produced documents to assess privilege and responsiveness to opposing counsel's document requests. | KAJ | 1.50 | 502.50 |
| 01/08/18 | Reviewed and analyzed documents in preparation for production. | LAZ | 6.00 | 1,920.00 |
| 01/08/18 | Strategize regarding upcoming trustee election | CN1 | 0.40 | 146.00 |
| 01/08/18 | Analyze documents received in response to Right to Know Requests | CN1 | 2.20 | 803.00 |
| 01/08/18 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 2.50 | 925.00 |
| 01/08/18 | Examined client-produced documents to assess privilege and responsiveness to opposing counsel's document requests. | KAJ | 2.30 | 770.50 |
| 01/09/18 | Reviewed and analyzed documents in preparation for production. | LAZ | 6.70 | 2,144.00 |
| 01/09/18 | Evaluated client-produced documents to assess privilege and responsiveness to opposing counsel's document requests. Tagged key documents accordingly. | KAJ | 1.00 | 335.00 |
| 01/10/18 | Analysis of .spd construction files per C. Norcross request. | EJM | 1.40 | 504.00 |
| 01/10/18 | Reviewed and analyzed documents in preparation for production. | LAZ | 6.80 | 2,176.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

February 28, 2018
Invoice No. 18022047

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 01/10/18 | Review documents produced by Bucks County and identify areas for follow up requests (1.0); confer C. Norcross re: same (.3). | MDV | 1.30 | 676.00 |
| 01/10/18 | Analyze documents responsive to Right to Know requests and prepare timeline of litigation and County, RDA, and IDA actions | CN1 | 5.30 | 1,934.50 |
| 01/10/18 | Draft email to counsel for County, RDA, and IDA regarding missing documentation and need for clarification | CN1 | 2.70 | 985.50 |
| 01/10/18 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 1.50 | 555.00 |
| 01/10/18 | Examined client-produced documents to assess privilege and responsiveness to opposing counsel's document requests. Tagged important documents accordingly. | KAJ | 1.40 | 469.00 |
| 01/10/18 | Analyzed e-mails with attached documents to determine relevancy and legal sensitivity for production. Redacted personal information when necessary. | KMF | 0.50 | 175.00 |
| 01/11/18 | Reviewed and analyzed documents in preparation for production. | LAZ | 7.10 | 2,272.00 |
| 01/11/18 | Analyze county documents and revise supplemental requests to counsel re: same. | MDV | 0.90 | 468.00 |
| 01/11/18 | Revise letter to opposing counsel regarding missing documents from Right to Know productions | CN1 | 1.00 | 365.00 |
| 01/11/18 | Analyze documentation in anticipation of production | CN1 | 1.60 | 584.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

February 28, 2018
Invoice No. 18022047

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 01/11/18 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 0.10 | 37.00 |
| 01/11/18 | Examined client-produced documents to assess privilege and responsiveness to opposing counsel's document requests. Tagged key documents accordingly. | KAJ | 1.80 | 603.00 |
| 01/12/18 | Attention to potential claim re damages from false information | JAL | 0.50 | 415.00 |
| 01/12/18 | Westlaw | L | 4.70 | 399.50 |
| 01/12/18 | Reviewed and analyzed documents in preparation for production. | LAZ | 5.70 | 1,824.00 |
| 01/12/18 | Review timeline of RDA communications and source documents re: same. | MDV | 1.00 | 520.00 |
| 01/12/18 | Analyze potential defamation/libel claims. | MDV | 0.40 | 208.00 |
| 01/12/18 | Conducted legal research regarding discovery and statute of limitations and strategize regarding same | CN1 | 2.80 | 1,022.00 |
| 01/12/18 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 1.00 | 370.00 |
| 01/12/18 | Examined client-produced documents to assess privilege and responsiveness to opposing counsel's document requests. | KAJ | 0.10 | 33.50 |
| 01/12/18 | Analyzed e-mails with attached documents to determine relevancy and legal sensitivity for production. Redacted personal information when necessary. | KMF | 3.20 | 1,120.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

February 28, 2018
Invoice No. 18022047

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 01/14/18 | Examined client-produced documents to assess privilege and responsiveness to opposing counsel's document requests. Tagged key documents accordingly. | KAJ | 2.20 | 737.00 |
| 01/14/18 | Westlaw | L | 2.90 | 246.50 |
| 01/14/18 | Conducted legal research regarding the discovery rule's application to a defamation claim | CN1 | 2.60 | 949.00 |
| 01/15/18 | Review of memo and discussions relating to defamation claim. | WRS | 0.80 | 1,080.00 |
| 01/15/18 | Analyze potential defamation and tortious interference claims. | MDV | 0.50 | 260.00 |
| 01/15/18 | Review documents from Bucks County (.4); review status of various entities' responses to right to know requests (.3). | MDV | 0.70 | 364.00 |
| 01/15/18 | Call with counsel for County and RDA regarding Right to Know appeals and next steps and strategize regarding same | CN1 | 1.00 | 365.00 |
| 01/15/18 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 1.30 | 481.00 |
| 01/15/18 | Examined client-produced documents to assess privilege and to evaluate responsiveness to opposing counsel's document requests. | KAJ | 1.20 | 402.00 |
| 01/16/18 | Reviewed and analyzed documents in preparation for production. | LAZ | 0.80 | 256.00 |
| 01/16/18 | Review subpoena and background research on items included in subpoena. | MDV | 0.50 | 260.00 |
| 01/16/18 | Confer M. Cordone re: FDIC subpoena. | MDV | 0.30 | 156.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

February 28, 2018
Invoice No. 18022047

188525              Gualtieri, Renato J.
188525-0002         Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 01/16/18 | Review/revise appeal of Bucks County right to know responses. | MDV | 0.40 | 208.00 |
| 01/16/18 | Research re: rights and obligations in connection with FDIC subpoena/investigation. | MDV | 1.10 | 572.00 |
| 01/16/18 | Strategize regarding response to subpoena | CN1 | 0.60 | 219.00 |
| 01/16/18 | Draft and file appeal to Office of Open Records | CN1 | 1.90 | 693.50 |
| 01/17/18 | Reviewed and analyzed documents in preparation for production. | LAZ | 3.00 | 960.00 |
| 01/18/18 | Email N. Poduslenko re discovery issues (.2) | MJC | 0.20 | 134.00 |
| 01/18/18 | Reviewed and analyzed documents in preparation for production. | LAZ | 2.40 | 768.00 |
| 01/18/18 | Correspondence with FDIC re: subpoena. | MDV | 0.10 | 52.00 |
| 01/18/18 | Analyze Office of Open Records' response to the appeal of Bucks County's response | CN1 | 0.20 | 73.00 |
| 01/18/18 | Analyze RDA subsequent document production and strategize regarding same | CN1 | 1.50 | 547.50 |
| 01/18/18 | Draft response letter to RDA regarding recently produced documents | CN1 | 0.90 | 328.50 |
| 01/18/18 | Review documents to determine responsive/non-responsive and redact as necessary | AS10 | 1.00 | 370.00 |
| 01/18/18 | Examined client-produced documents to assess privilege and responsiveness to opposing counsel's document requests. | KAJ | 1.50 | 502.50 |
| 01/19/18 | Review RDA documents and revise response to counsel for RDA regarding production. | MDV | 0.80 | 416.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

February 28, 2018
Invoice No. 18022047

188525            Gualtieri, Renato J.
188525-0002       Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 01/19/18 | Correspondence with Office of Open Records appeal's officer regarding request for an extension | CN1 | 0.20 | 73.00 |
| 01/19/18 | Finalize letter to RDA counsel regarding additional documents produced | CN1 | 0.30 | 109.50 |
| 01/19/18 | Examined client-produced documents to assess privilege, and to evaluate responsiveness to opposing counsel's document requests. | KAJ | 1.30 | 435.50 |
| 01/22/18 | Examined client-produced documents to assess privilege, and to determine responsiveness to opposing counsel's document requests. | KAJ | 2.30 | 770.50 |
| 01/24/18 | Telephone N. Poduslenko re confidentiality, fdic and electronic search terms | MJC | 0.10 | 67.00 |
| 01/25/18 | Reviewed and redacted documents in response to requests for production. | JWC | 1.50 | 525.00 |
| 01/29/18 | Telephone R. Greenbaum re cash collateral draft impact on litigation (.2) | MJC | 0.20 | 134.00 |
| 01/29/18 | Confer C. Norcross re: subpoenas. | MDV | 0.10 | 52.00 |
| 01/29/18 | Analyze Court ruling on motion to estimate claim. | MDV | 0.40 | 208.00 |
| 01/29/18 | Strategize regarding document requests related to trustee election and prepare same | CN1 | 0.90 | 328.50 |
| 01/29/18 | Draft correspondence to opposing counsel regarding need for additional documents responsive to Right to Know Request | CN1 | 0.30 | 109.50 |
| 01/30/18 | Review State Street cash collateral stipulation for issues w/lender liability case (2.3) | MJC | 2.30 | 1,541.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

February 28, 2018
Invoice No. 18022047

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 01/31/18 | Telephone and email N. Poduslenko re electronic search terms, FDIC, and confidentiality (.3) | MJC | 0.30 | 201.00 |
| 01/31/18 | Attention to document production issues in lender liability case and confer with M. Cordone re: same. | MDV | 0.30 | 156.00 |
| | **Total Services** | | **235.40** | **$81,965.50** |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

February 28, 2018
Invoice No. 18022047

188525         Gualtieri, Renato J.
188525-0002    Special Counsel for Island View, et al.

### Summary of Fee Services Rendered

| Initials | Name | Title | Rate | Hours | Amount |
|----------|------|-------|------|-------|--------|
| WRS | William R. Sasso | Partner | 1,350.00 | 0.80 | 1,080.00 |
| JAL | Jeffrey A. Lutsky | Partner | 830.00 | 0.50 | 415.00 |
| L | Westlaw | Westlaw | 80.00 | 3.20 | 256.00 |
| L | Westlaw | Westlaw | 85.00 | 8.40 | 714.00 |
| MJC | Michael J. Cordone | Partner | 670.00 | 3.60 | 2,412.00 |
| KSM | Karl S. Myers | Counsel | 480.00 | 0.40 | 192.00 |
| JO1 | Jennifer O'Donnell | Librarian | 280.00 | 0.30 | 84.00 |
| EJM | Edward McNellis | IT Lit Support | 340.00 | 1.10 | 374.00 |
| EJM | Edward McNellis | IT Lit Support | 360.00 | 1.50 | 540.00 |
| JWC | Joseph Catuzzi | Associate | 350.00 | 1.50 | 525.00 |
| LAZ | Lauren Zychowicz | Associate | 300.00 | 12.70 | 3,810.00 |
| LAZ | Lauren Zychowicz | Associate | 320.00 | 43.90 | 14,048.00 |
| MDV | Mark Villanueva | Partner | 495.00 | 3.90 | 1,930.50 |
| MDV | Mark Villanueva | Partner | 520.00 | 10.30 | 5,356.00 |
| CN1 | Corey Norcross | Associate | 345.00 | 17.00 | 5,865.00 |
| CN1 | Corey Norcross | Associate | 365.00 | 42.80 | 15,622.00 |
| EK2 | Elizabeth Kuschel | Associate | 330.00 | 0.10 | 33.00 |
| EK2 | Elizabeth Kuschel | Associate | 350.00 | 0.50 | 175.00 |
| AS10 | Ashley Shapiro | Associate | 350.00 | 22.00 | 7,700.00 |
| AS10 | Ashley Shapiro | Associate | 370.00 | 15.50 | 5,735.00 |
| KAJ | Kyle Jacobsen | Associate | 315.00 | 7.40 | 2,331.00 |
| KAJ | Kyle Jacobsen | Associate | 335.00 | 24.00 | 8,040.00 |
| KMF | Kristen Gibbons Feden | Associate | 330.00 | 8.60 | 2,838.00 |
| KMF | Kristen Gibbons Feden | Associate | 350.00 | 5.40 | 1,890.00 |
| | | **Total** | | **235.40** | **$81,965.50** |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

February 28, 2018
Invoice No. 18022047

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

### Disbursements and Other Related Charges
### Incurred on Your Behalf

| Date | Description | Amount |
|------|-------------|--------|
| 01/31/18 | Duplicating | 26.45 |
| 01/31/18 | Postage | 0.98 |
| 01/31/18 | Scan | 5.52 |
| 12/08/17 | Special Copy - Bucks County Industrial Development Authority-Copy fees for discovery documents | 28.50 |
| 12/27/17 | Special Copy - County of Bucks-copy fees for Discovery documents requested on 10/27/17 | 145.00 |
| | **Total Disbursements** | **$206.45** |



**Stradley Ronon Stevens & Young, LLP**

2005 Market Street, Suite 2600

Philadelphia, PA 19103-7018

p: 215.564.8000

f: 215.564.8120

Federal Tax ID  23-1130381

Stradley Ronon would like to offer the following options to remit payment:

**1) For ACH or Wire Transactions:**

Citizens Bank of Pennsylvania
2001 Market Street
Philadelphia, PA 19103
For credit to Stradley Ronon Stevens & Young LLP
Account No.: 620096-961-6
ABA No.: 036076150
Please reference the invoice number being paid

**2) Mail your payments** in the enclosed envelope, if applicable
_____

If you are currently receiving invoices by U.S. Mail and would prefer receipt by e-mail, please
provide the e-mail address where the invoices should be sent and return this form to:

Stradley Ronon Stevens & Young, LLP
Attn:  Billing Manager
2005 Market Street, Suite 2600
Philadelphia, PA  19103-7018

Client Name: _____

E-mail Address _____

**Pennsylvania | Washington, D.C. | New York  | New Jersey | Illinois | Delaware**

A Pennsylvania Limited Liability Partnership

MERITAS LAW FIRMS WORLDWIDE



Stradley Ronon Stevens & Young, LLP

2005 Market Street, Suite 2600

Philadelphia, PA 19103-7018

p: 215.564.8000

f: 215.564.8120

Federal Tax ID  23-1130381

March 31, 2018                                                                              WRS

Americorp Homes, Inc.                                          Account No.  188525-0002
Attn:  Renato J. Gualtieri
One South State Street                                          Invoice No. 18032119
Newtown, PA  18940

Re:   Special Counsel for Island View, et al.

FOR PROFESSIONAL SERVICES RENDERED for the period ending February 28, 2018, as per attached schedule and printout:

Fees                                          $          3,140.50

Disbursements                      $             275.77

Total Amount Due                  $          3,416.27

**Payment Due Within 15 Days of Receipt of Invoice**

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

March 31, 2018
Invoice No. 18032119

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

## Detail for Fee Services Rendered

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 02/01/18 | Telephone from N. Poduslenko re FDIC subpoena and discovery issues (.1); email team re potential stoppage (.1) | MJC | 0.20 | 134.00 |
| 02/02/18 | Call with opposing counsel regarding production of additional documents | CN1 | 0.20 | 73.00 |
| 02/02/18 | Strategize regarding client's electronic documents and trustee's requests and analyze document extensions | CN1 | 1.40 | 511.00 |
| 02/06/18 | Review supplemental production of RDA. | MDV | 0.50 | 260.00 |
| 02/06/18 | Review and analyze supplemental document production from Bucks County Redevelopment Authority | CN1 | 1.50 | 547.50 |
| 02/07/18 | Create privilege log and finalize production | CN1 | 2.10 | 766.50 |
| 02/07/18 | Strategize regarding supplemental production of documents from the Bucks County Redevelopment Authority and possible withdraw of appeal to Office of Open Records | CN1 | 0.20 | 73.00 |
| 02/09/18 | Correspondence with office of open records to withdraw appeal of RDA's response to Right to Know Request | CN1 | 0.10 | 36.50 |
| 02/12/18 | Correspondence with Office of Open Records regarding withdraw of appeal | CN1 | 0.10 | 36.50 |
| 02/12/18 | Correspondence with opposing counsel regarding status of production of supplemental documents responsive to Right to Know Request to Bucks County | CN1 | 0.10 | 36.50 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

March 31, 2018
Invoice No. 18032119

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 02/22/18 | Call with counsel for the County regarding supplemental document production and extension request to the Office of Open Records | CN1 | 0.20 | 73.00 |
| 02/22/18 | Strategize regarding impending supplementing document production from Bucks County in response to Right to Know Request | CN1 | 0.20 | 73.00 |
| 02/28/18 | Analyze documents regarding LAVA extension and related material. | MDV | 1.00 | 520.00 |
| | **Total Services** | | **7.80** | **$3,140.50** |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

March 31, 2018
Invoice No. 18032119

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

### Summary of Fee Services Rendered

| Initials | Name | Title | Rate | Hours | Amount |
|----------|------|-------|------|-------|--------|
| MJC | Michael J. Cordone | Partner | 670.00 | 0.20 | 134.00 |
| MDV | Mark Villanueva | Partner | 520.00 | 1.50 | 780.00 |
| CN1 | Corey Norcross | Associate | 365.00 | 6.10 | 2,226.50 |
| | | | **Total** | **7.80** | **$3,140.50** |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

March 31, 2018
Invoice No. 18032119

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

**Disbursements and Other Related Charges**
**Incurred on Your Behalf**

| *Date* | *Description* | *Amount* |
|--------|---------------|---------:|
| 02/28/18 | Duplicating | 275.77 |
| | **Total Disbursements** | **$275.77** |



**Stradley Ronon Stevens & Young, LLP**

2005 Market Street, Suite 2600

Philadelphia, PA 19103-7018

p: 215.564.8000

f: 215.564.8120

Federal Tax ID  23-1130381

Stradley Ronon would like to offer the following options to remit payment:

**1) For ACH or Wire Transactions:**

Citizens Bank of Pennsylvania
2001 Market Street
Philadelphia, PA 19103
For credit to Stradley Ronon Stevens & Young LLP
Account No.: 620096-961-6
ABA No.: 036076150
Please reference the invoice number being paid

**2) Mail your payments** in the enclosed envelope, if applicable
_____

If you are currently receiving invoices by U.S. Mail and would prefer receipt by e-mail, please provide the e-mail address where the invoices should be sent and return this form to:

Stradley Ronon Stevens & Young, LLP
Attn:  Billing Manager
2005 Market Street, Suite 2600
Philadelphia, PA  19103-7018

Client Name: _____

E-mail Address _____