## Exhibit B

## Expenses Incurred

| Date | Description | Amount |
|---|---|---|
| 7/18/17-7/31/18 | Duplicating | $2.30 |
| 7/18/17-7/31/18 | Scan | $2.76 |
| 8/21/17 | Westlaw Research | $120.00 |
| 8/1/17-8/31/17 | Duplicating | $28.98 |
| 8/1/17-8/31/17 | Scan | $177.56 |
| 9/1/17-9/30/17 | Duplicating | $40.25 |
| 9/1/17-9/30/17 | Scan | $15.41 |
| 10/17/17 | Federal Express | $26.47 |
| 10/24/17 | Special Copy/Fees for Discovery Documents from RABC | $37.50 |
| 10/1/17-10/31/17 | Duplicating | $9.66 |
| 10/1/17-10/31/17 | Scan | $37.03 |
| 12/8/17 | Special Copy/Fees for Discovery Documents from RABC | $28.50 |
| 12/27/17 | Special Copy/Fees for Discovery Documents from RABC | $145.00 |
| 12/1/17-1/31/18 | Duplicating | $26.45 |
| 12/1/17-1/31/18 | Postage | $0.98 |
| 12/1/17-1/31/18 | Scan | $5.52 |
| 2/1/18-2/28/18 | Duplicating | $275.77 |
| | **Total:** | **$980.14** |

4784918v.2