# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| ISLAND VIEW CROSSING II, L.P., | : | Case No. 17-14454 (ELF) |
| Debtor. | : | |

### NOTICE OF FIRST AND FINAL FEE APPLICATION OF STRADLEY RONON STEVENS & YOUNG, LLP, SPECIAL LITIGATION COUNSEL TO THE DEBTOR, FOR THE PERIOD JULY 18, 2017 THROUGH FEBRUARY 28, 2018

TO THE DEBTOR, COUNSEL, ALL CREDITORS, OFFICE OF THE U.S. TRUSTEE AND OTHER PARTIES IN INTEREST, NOTICE IS GIVEN:

Stradley Ronon Stevens & Young, LLP ("Stradley"), special litigation counsel to the above-captioned debtor ("Debtor"), has filed an Application for Compensation ($364,220.50) and Reimbursement of Expenses ($980.14) for a total amount of $364,220.50.

The Application is on file with the Office of the Clerk of the U.S. Bankruptcy Court for the Eastern District of Pennsylvania, 900 Market Street, Suite 400, Philadelphia, PA 19107, and may be inspected by the Debtor, any creditor, or any other party in interest. You may request a complete copy from undersigned counsel.

You may file an answer, objection or other response to the Application, or request a hearing, stating the reasons why a hearing is necessary, in writing, with the Clerk of the U.S. Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107, on or before **FOURTEEN (14) DAYS** after receiving this Notice.

In the absence of any answer, objection, other response, or request for hearing, and upon certification of no objection, the matter will be submitted to the Court as unopposed and the Court may grant the Application as requested.

4784918v.2

| | |
|---|---|
| Dated: July 12, 2021 | /s/ Daniel M. Pereira<br>Gretchen M. Santamour, Esq.<br>Daniel M. Pereira, Esq.<br>STRADLEY RONON STEVENS & YOUNG, LLP<br>2005 Market Street, Suite 2600<br>Philadelphia, PA 19103<br>Telephone: 215-564-8000<br>gsantamour@stradley.com<br>dpereira@stradley.com |

4784918v.2