**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| ISLAND VIEW CROSSING II, L.P., | : | Case No. 17-14454 (ELF) |
| Debtor. | : | |

**ORDER APPROVING APPLICATION FO STRADLEY RONON STEVENS & YOUNG, LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

AND NOW, this ___ day of _____, 2021, in consideration of the First and Final Fee Application of Stradley Ronon Stevens & Young, LLP, Special Litigation Counsel to the Debtor, for the Period July 18, 2017 through February 28, 2018 (the "Application"), and after a review thereof and consideration of any objection thereto, it is ORDERED:

1. The Application is GRANTED;

2. Based on this Court's Order of September 27, 2017 [Dkt. No. 78], as well as a review of the information contained in the Application, compensation is allowed in the amount of $_____ and expense reimbursements in the amount of $_____ for a combined total of $_____.

3. The Chapter 11 Trustee is authorized to pay the approved compensation and expense reimbursement.

BY THE COURT:

_____

4784918v.2