**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
-------------------------------------------------- x
In re                                  :          Chapter 11
                                       :
                                       :
ISLAND VIEW CROSSING II, L.P.,         :          Case No. 17-14454 (ELF)
                                       :
            Debtor.                    :
                                       :
                                       :
-------------------------------------------------- x
```

## CERTIFICATE OF SERVICE

I, Daniel M. Pereira, Esq., hereby certify that on July 12, 2021, a copy of the foregoing First and Final Fee Application of Stradley Ronon Stevens & Young, LLP, Special Litigation Counsel to the Debtor, for the Period July 18, 2017 through February 28, 2018, to be served upon all parties listed in the attached services list in the manner indicated.

July 12, 2021                              /s/ Daniel M. Pereira
                                           Daniel M. Pereira, Esq.

4784918v.2

## Service List

**By Email Via the Court's CM/ECF System:**

DAVE P. ADAMS on behalf of U.S. Trustee United States Trustee
dave.p.adams@usdoj.gov

ROBERT A. BADMAN on behalf of Interested Party County of Bucks
rab@curtinheefner.com, ns@curtinheefner.com

MORGAN S. BIRCH on behalf of Plaintiff Kevin O'Halloran
mbirch@kcr-law.com

GARY DAVID BRESSLER on behalf of Interested Party Bonnie Finkel, Chapter 7 Trustee for
the bankruptcy estates of Calnshire Estates, LLC and Steeple Run, L.P.
gbressler@mdmc-law.com, dwhite@mdmc-law.com;scarney@mdmc-law.com

GEORGE M. CONWAY on behalf of U.S. Trustee United States Trustee
george.m.conway@usdoj.gov

MICHAEL J. CORDONE on behalf of Creditor Stradley Ronon Stevens & Young, LLP
mcordone@stradley.com

MICHAEL J. CORDONE on behalf of Plaintiff KEVIN O'HALLORAN,in his capacity as
Chapter 11 Trustee for ISLAND VIEW CROSSING II,L.P.
mcordone@stradley.com

MICHAEL J. CORDONE on behalf of Plaintiff Renato Gualtieri
mcordone@stradley.com

STEVEN M. COREN on behalf of Plaintiff KEVIN O'HALLORAN,in his capacity as Chapter
11 Trustee for ISLAND VIEW CROSSING II,L.P.
scoren@kcr-law.com, ccapra@kcr-law.com

STEVEN M. COREN on behalf of Plaintiff Kevin O'Halloran
scoren@kcr-law.com, ccapra@kcr-law.com

JEFFERY A. DAILEY on behalf of Creditor Renato Gualtieri
jdailey@daileyllp.com

MARK J. DORVAL on behalf of STRADLEY RONON STEVENS & YOUNG, LLP
mdorval@stradley.com

EDMOND M. GEORGE on behalf of Creditor Prudential Savings Bank
michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;
helen.belair@obermayer.com;coleen.schmidt@obermayer.com

EDMOND M. GEORGE on behalf of Defendant Prudential Savings Bank
michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;
helen.belair@obermayer.com;coleen.schmidt@obermayer.com

JANET L. GOLD on behalf of Creditor Commonwealth Capital, LLC
jgold@egalawfirm.com, ksantiago@egalawfirm.com;dvillari@egalawfirm.com

ROBERT M. GREENBAUM on behalf of Debtor Island View Crossing II, L.P.
rgreenbaum@skhlaw.com, rgreenbaum@skhlaw.com

ARIS J. KARALIS on behalf of Attorney Karalis PC
akaralis@karalislaw.com, jhysley@karalislaw.com

ARIS J. KARALIS on behalf of Trustee Kevin O'Halloran
akaralis@karalislaw.com, jhysley@karalislaw.com

MICHAEL P. KELLY on behalf of Frank DelGrasso
mpkpc@aol.com, r47593@notify.bestcase.com

MICHAEL P. KELLY on behalf of Joseph Silva
mpkpc@aol.com, r47593@notify.bestcase.com

MICHAEL P. KELLY on behalf of Creditor Redevelopment Authority of Bucks County
mpkpc@aol.com, r47593@notify.bestcase.com

MICHAEL P. KELLY on behalf of Creditor Benjamin A Mastridge
mpkpc@aol.com, r47593@notify.bestcase.com

SAMANTHA J. KOOPMAN on behalf of Creditor Prudential Savings Bank
samantha.koopman@obermayer.com,
denise.richards@obermayer.com;Nicholas.Poduslenko@obermayer.com

SAMANTHA J. KOOPMAN on behalf of Defendant Prudential Savings Bank
samantha.koopman@obermayer.com,
denise.richards@obermayer.com;Nicholas.Poduslenko@obermayer.com

WILLIAM J LEVANT on behalf of Creditor Kaplin Stewart Meloff Reiter & Stein, P.C.
efile.wjl@kaplaw.com

BARBARA A. MERLIE on behalf of Creditor Bucks County Tax Claim Bureau
gferrante@rudolphclarke.com

BARBARA R. MERLIE on behalf of Creditor Bucks County Tax Claim Bureau
BMerlie@rudolphclarke.com

4784918v.2

LARRY L. MILLER on behalf of Creditor McElderry Drywall, Inc.
llmlaw@outlook.com

ANNA FRANCES PATRAS on behalf of Creditor Bohler Engineering PA, LLC
apatras@bohlereng.com

DANIEL MICHAEL PEREIRA on behalf of Creditor Stradley Ronon Stevens & Young, LLP
dpereira@stradley.com

KATHERINE L. PERKINS on behalf of Plaintiff KEVIN O'HALLORAN,in his capacity as
Chapter 11 Trustee for ISLAND VIEW CROSSING II,L.P.
kperkins@kcr-law.com

KATHERINE L. PERKINS on behalf of Plaintiff Kevin O'Halloran
kperkins@kcr-law.com

KATHERINE L. PERKINS on behalf of Trustee Kevin O'Halloran
kperkins@kcr-law.com

WILLIAM J. SALERNO on behalf of Creditor Bristol Borough
law.office.of.wjs@comcast.net

GRETCHEN M SANTAMOUR on behalf of Creditor Stradley Ronon Stevens & Young, LLP
gsantamour@stradley.com

WILLIAM E. SCOTT on behalf of Creditor Premium Excavating, LLC
bscott@jccslaw.com

ROBERT W. SEITZER on behalf of Trustee Kevin O'Halloran
rseitzer@karalislaw.com, jhysley@karalislaw.com

MICHAEL J. SHAVEL on behalf of Creditor Khandulans Ranganathan
mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@hillwallack.com

MICHAEL J. SHAVEL on behalf of Creditor Samira Ranganathan
mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@hillwallack.com

DAVID B. SMITH on behalf of Attorney Smith Kane Holman, LLC
dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH on behalf of Debtor Island View Crossing II, L.P.
dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

4784918v.2

MICHAEL D. VAGNONI on behalf of Creditor Prudential Savings Bank
michael.vagnoni@obermayer.com,
Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;t
urner.falk@obermayer.com

MICHAEL D. VAGNONI on behalf of Defendant Prudential Savings Bank
michael.vagnoni@obermayer.com,
Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;t
urner.falk@obermayer.com

MICHELLE SADIVA WALKER on behalf of Creditor Geostructures, Inc.
mwalker@walkerlawgroupllc.com

ROBERT RICHARD WATSON, JR on behalf of Creditor Bohler Engineering PA, LLC
rwatson@eastburngray.com

MATTHEW R. WILLIAMS on behalf of Plaintiff KEVIN O'HALLORAN,in his capacity as
Chapter 11 Trustee for ISLAND VIEW CROSSING II,L.P.
MWilliams@kcr-law.com

MATTHEW R. WILLIAMS on behalf of Trustee Kevin O'Halloran
MWilliams@kcr-law.com

**<u>Via First Class Mail</u>**:

Americorp Construction, Inc.
1 South State Street
Newtown, PA  18940

Bucks County Electric
260 Knowles Avenue, Suite 224
Southampton, PA  18966

Bucks County Tax Claim Bureau
55 East Court Street
Doylestown, PA  18901

Charles E. Shoemakers Engineering
1007 Edge Hill Road
Abington, PA  19001

Dawn O'Neil
601 W. Palmer Avenue
Morrisville, PA  19067

Dorchester Capital
1111 Street Road
Southampton, PA  18966

IPFS Corporation
1760 Market Street, Suite 401
Philadelphia, PA 19103

MJ Carpentry
312 Oxford Valley Road, Suite A
Fairless Hills, PA  19030

4

United States Plumbing
P.O. Box 476
Glen Mills, PA  19342

Kaufman, Coren & Ress, P.C.
2001 Market Street, Suite 3900
Philadelphia, PA  19103

IPFS Corporation
30 Montgomery Street, Suite 1000
Jersey City, NJ  07302

Jerry E. Peer, Jr., on behalf of
Creditor BKRE Investments, LLC
545 Metro Place South, Suite 435
Dublin, OH  43017-3386

Joseph Ferry, Esq.
1515 Market Street, Suite 1200
Philadelphia, PA  19102

Monica L. Caione
12 Fillmore Street
Bristol, PA  19007

Ralph DiGuiseppe, III
Long and Foster Real Estate
1099 W. Baltimore Pike, Suite E
Media, PA  19063

Gerard Kershbaumer
12 Winding Lane
Newtown, PA  18940

Kevin O'Halloran
P.O. Box 723307
Atlanta, GA  31139

4784918v.2