**Exhibit A**



**Stradley Ronon Stevens & Young, LLP**

2005 Market Street, Suite 2600

Philadelphia, PA 19103-7018

p: 215.564.8000

f: 215.564.8120

Federal Tax ID  23-1130381

August 29, 2017                                                WRS

Americorp Homes, Inc.                         Account No.  188525-0002
Attn:  Renato J. Gualtieri
One South State Street                         Invoice No. 17081961
Newtown, PA  18940


Re:   Special Counsel for Island View, et al.

---

FOR PROFESSIONAL SERVICES RENDERED for the period ending July 31, 2017, as
per attached schedule and printout:


   Fees                                    $        75,642.00

   Disbursements                           $           299.45

   Total Amount Due                        $        75,941.45

**Payment Due Within 15 Days of Receipt of Invoice**

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

August 29, 2017
Invoice No. 17081961

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

### Detail for Fee Services Rendered

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 07/03/17 | Call with prothonotary regarding filing motion to compel | CN1 | 0.20 | 69.00 |
| 07/05/17 | Telephone Gualtieri re appraisal, bankruptcy and strategy (2.3); telephone D. Smith re strategy (.5); ██████ | MJC | 4.50 | 3,015.00 |
| ██████ | ████████████ | ██ | ██ | ██ |
| 07/05/17 | Attention to discovery issues. | MDV | 0.30 | 148.50 |
| 07/05/17 | Address issues associated with motions and hearing dates. | MDV | 0.30 | 148.50 |
| 07/05/17 | Research in response to Prudential's interrogatories regarding pending claims/litigation against IVC and affiliated entities. | MDV | 0.80 | 396.00 |
| 07/05/17 | Strategy regarding venue for lender liability complaint; correspondence re: same. | MDV | 0.50 | 247.50 |
| 07/05/17 | Call with discovery court regarding motion to compel (.2); revise and file same (1.4); strategize regarding filing notices of bankruptcy (.2) | CN1 | 1.80 | 621.00 |
| ██████ | ██████ | █ | ██ | ██ |
| 07/06/17 | Review Prudential 2nd Set of Interrogatories (.4); telephone R. Gualtieri re bankruptcy, appraisal and strategy (1.1); ██████ | MJC | 5.10 | 3,417.00 |
| 07/06/17 | Prepared structured queries for document review per A. Esler request. | EJM | 0.30 | 102.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

August 29, 2017
Invoice No. 17081961

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 07/06/17 | Analyze cases regarding course of performance and waiver. | MDV | 1.00 | 495.00 |
| 07/06/17 | Review/revise discovery responses (.4); analyze status of offensive and defensive discovery. (.4) | MDV | 0.80 | 396.00 |
| 07/06/17 | Draft, finalize, and serve objections and responses to Prudential's Second Set of Interrogatories and Third Set of Requests for Documents | CN1 | 2.50 | 862.50 |
| ██████ | ████████████████ | ████ | ███ | ██████ |
| ██████ | ████████████████ | ████ | ███ | ██████ |
| ██████ | ███████████████████ ████████ | ████ | ███ | ██████ |
| ██████ | ███████████████████ ██████████ | ████ | ███ | ██████ |
| ██████ | ████████████████████ ██████████ | ████ | ███ | ██████ |
| ██████ | ███████████████ ████████████ ██████ | ████ | ███ | ██████ |
| ██████ | ████████████████ | ████ | ███ | ██████ |
| 07/09/17 | Correspondence re: bankruptcy. | MDV | 0.10 | 49.50 |
| 07/10/17 | Prepare for status conference in lender liability case (1.3); telephone R. Gualtieri re same (1.2); ████████████████ | MJC | 3.60 | 2,412.00 |
| 07/10/17 | Strategy meeting with M. Cordone and C. Norcross in preparation for hearing with Judge Djerassi. | MDV | 1.20 | 594.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

August 29, 2017
Invoice No. 17081961

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 07/10/17 | Review/revise opposition to Prudential's second motion for sanctions. | MDV | 0.30 | 148.50 |
| 07/10/17 | Strategize and prepare for status conference and discovery hearing (2.1); draft opposition to Prudential's motion for sanctions (2.8) | CN1 | 4.90 | 1,690.50 |
| 07/10/17 | Confer with Ms. Norcross regarding documents to be reviewed for production. | ADB | 0.80 | 304.00 |
| 07/10/17 | Review discovery motions (1.0); prepare for status hearing with Judge Djerassi regarding pending motions, scheduling, and scope of litigation. (2.8) | MDV | 3.80 | 1,881.00 |
| ███████ | ████████████████████████ | ████ | ████ | ████████ |
| 07/11/17 | Prepare for and attend hearing on lender liability case (3.6); telephone R. Gualtieri re same (.7); telephone from R. Gualtieri re status and strategy (1.8) | MJC | 6.10 | 4,087.00 |
| 07/11/17 | Prepared electronic documents for attorney review. | EJM | 1.10 | 374.00 |
| 07/11/17 | Prepare for status and motions hearing. | MDV | 1.80 | 891.00 |
| 07/11/17 | Attend status and motions hearing. | MDV | 2.50 | 1,237.50 |
| ███████ | ████████████████████████ | ████ | ████ | ████████ |
| 07/11/17 | Attention to open discovery issues in anticipation of case moving to Bankruptcy Court. | MDV | 1.00 | 495.00 |
| 07/11/17 | Finalize opposition to Prudential's motion for sanctions(.4); prepare for and participate in court-ordered status conference (3.2) | CN1 | 3.60 | 1,242.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

August 29, 2017
Invoice No. 17081961

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 07/11/17 | Review and analyze additional documents to be produced. | ADB | 1.20 | 456.00 |
| 07/11/17 | Confer with Mr. McNellis regarding review of additional documents to be produced. | ADB | 0.10 | 38.00 |
| 07/12/17 | Telephone R. Gualtieri re status and strategy (1.2); telephone from P. Quann re bankruptcy filing (.4); email to and from R. Greenbaum re removal (.2); email K. Burch re bankruptcy (.3) | MJC | 2.10 | 1,407.00 |
| 07/12/17 | Prepared electronic documents for attorney review per C. Norcross request. | EJM | 0.80 | 272.00 |
| 07/12/17 | Analyze status of discovery; consider discovery protocol for new venue. | MDV | 0.80 | 396.00 |
| 07/12/17 | Correspondence with litigation support regarding file extensions to migrate from LAW to relativity | CN1 | 0.70 | 241.50 |
| 07/12/17 | Review and analyze additional documents to be produced. | ADB | 6.20 | 2,356.00 |
| 07/13/17 | ████████████████████████; telephone R. Gualtieri re lender liability case strategy (1.1); ██████████; telephone R. Gualtieri re bankruptcy division of labor (1.3) | MJC | 6.00 | 4,020.00 |
| 07/13/17 | Performed Production Technical QC Procedures. | EJM | 1.10 | 374.00 |
| 07/13/17 | Preparation of electronic production documents. | EJM | 1.60 | 544.00 |
| 07/13/17 | Review and analyze additional documents to be produced. | ADB | 2.70 | 1,026.00 |
| 07/14/17 | Prepared electronic documents for attorney review per C. Norcross request. | EJM | 2.70 | 918.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

August 29, 2017
Invoice No. 17081961

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 07/14/17 | Coordination of document review (.5); analyze issues associated with bankruptcy and anticipated removal by Prudential.(.8) | MDV | 1.30 | 643.50 |
| 07/14/17 | Review and analyze file extensions for identification and migration from LAW to relativity | CN1 | 1.10 | 379.50 |
| 07/17/17 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; telephone R. Gualtieri re strategy for lender liability case (1.8); ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | MJC | 6.70 | 4,489.00 |
| 07/17/17 | Prepared electronic documents for attorney review per C. Norcross request. | EJM | 4.50 | 1,530.00 |
| 07/17/17 | Strategy re: removal and bankruptcy issues. | MDV | 0.20 | 99.00 |
| 07/18/17 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

August 29, 2017
Invoice No. 17081961

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| ▆▆▆ | ▆▆▆▆▆▆▆▆▆▆ | ▆▆ | ▆▆ | ▆▆▆ |
| | ▆▆▆▆▆▆▆▆▆ | | | |
| | ▆▆▆▆▆▆▆▆▆▆ | | | |
| | ▆▆▆▆▆▆▆▆▆▆ | | | |
| | ▆▆▆▆ | | | |
| ▆▆▆ | ▆▆▆▆▆▆▆▆▆▆ | ▆▆ | ▆▆ | ▆▆▆ |
| | ▆▆ | | | |
| ▆▆▆ | ▆▆▆▆▆▆▆▆▆ | ▆▆ | ▆▆ | ▆▆▆ |
| | ▆▆▆▆▆▆▆ | | | |
| ▆▆▆ | ▆▆▆▆▆▆▆▆▆▆ | ▆▆ | ▆▆ | ▆▆▆ |
| | ▆▆▆▆▆▆▆▆ | | | |
| ▆▆▆ | ▆▆▆▆▆▆▆▆▆ | ▆▆ | ▆▆ | ▆▆▆ |
| | ▆▆▆▆▆▆▆▆▆▆ | | | |
| | ▆▆▆▆▆▆▆▆▆▆ | | | |
| | ▆▆▆▆▆▆▆ | | | |
| ▆▆▆ | ▆▆▆▆▆▆▆▆▆▆ | | ▆▆ | ▆▆▆ |
| | ▆▆▆▆▆▆▆▆▆ | | | |
| | ▆▆▆▆ | | | |
| ▆▆▆ | ▆▆▆▆▆▆▆▆▆ | ▆▆ | ▆▆ | ▆▆▆ |
| ▆▆▆ | ▆▆▆▆▆▆▆▆ | ▆▆ | ▆▆ | ▆▆▆ |
| | ▆ | | | |
| ▆▆▆ | ▆▆▆▆▆▆▆▆▆ | ▆▆ | ▆▆ | ▆▆▆ |
| | ▆ | | | |
| ▆▆▆ | ▆▆▆▆▆▆▆▆▆ | ▆▆ | ▆▆ | ▆▆▆ |
| ▆▆▆ | ▆▆▆▆▆▆▆▆▆▆ | ▆▆ | ▆▆ | ▆▆▆ |
| | ▆▆▆▆▆ | | | |
| ▆▆▆ | ▆▆▆▆▆▆▆▆▆ | ▆▆ | ▆▆ | ▆▆▆ |
| | ▆▆▆▆▆▆▆▆ | | | |

Page 8

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

August 29, 2017
Invoice No. 17081961

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| ██████ | ████████████████████████ ████ | ████ | ████ | ████ |
| ██████ | █████████████████████████ | ████ | ████ | ████ |
| ██████ | ██████████████ | ████ | ████ | ████ |
| ██████ | ███████████████ | ████ | ████ | █████ |
| ██████ | ████████████████████ █████████████████████ | ████ | ████ | █████ |
| ██████ | ████████████████ | ████ | ████ | ████ |
| ██████ | ████████████████████ ███████████████████ | ████ | ████ | ████ |
| ██████ | ████████████████████ ██████████████ | ████ | ████ | ████ |
| ██████ | ███████████████████ ███ | ████ | ████ | ████ |
| ██████ | █████████████████████ █████████████████ ███████████████ | ████ | ████ | █████ |
| ██████ | ██████████████████ ██████████████ | ████ | ████ | █████ |
| ██████ | ██████████████████ █████████████████████ ████████████████████ ████████████████ ████████████████ | ████ | ████ | █████ |
| ██████ | █████████████████ ███████████████ | ████ | ████ | █████ |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

August 29, 2017
Invoice No. 17081961

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

| | | |
|---|---|---|
| **Total Services** | **162.10** | **$75,642.00** |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

August 29, 2017
Invoice No. 17081961

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

### Summary of Fee Services Rendered

| Initials | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| L | Westlaw | Westlaw | 80.00 | 1.00 | 80.00 |
| MJD | Mark J. Dorval | Partner | 620.00 | 0.70 | 434.00 |
| MJC | Michael J. Cordone | Partner | 670.00 | 51.70 | 34,639.00 |
| JEH | Julia Hughes | Librarian | 240.00 | 0.90 | 216.00 |
| EJM | Edward McNellis | IT Lit Support | 340.00 | 33.20 | 11,288.00 |
| MDV | Mark Villanueva | Partner | 495.00 | 22.10 | 10,939.50 |
| CN1 | Corey Norcross | Associate | 345.00 | 32.80 | 11,316.00 |
| ADB | Adam Brown | Associate | 380.00 | 11.00 | 4,180.00 |
| EK2 | Elizabeth Kuschel | Associate | 330.00 | 1.40 | 462.00 |
| AS10 | Ashley Shapiro | Associate | 350.00 | 1.80 | 630.00 |
| JB10 | Joanna Brown | Paralegal | 265.00 | 5.50 | 1,457.50 |
| | | **Total** | | **162.10** | **$75,642.00** |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

August 29, 2017
Invoice No. 17081961

188525          Gualtieri, Renato J.
188525-0002     Special Counsel for Island View, et al.

**Disbursements and Other Related Charges**
**Incurred on Your Behalf**

| *Date* | *Description* | *Amount* |
|--------|---------------|----------|
| 07/31/17 | Duplicating | 270.25 |
| 07/31/17 | Postage | 11.20 |
| 07/31/17 | Scan | 4.60 |
| 07/17/17 | Filing - Citizens Bank - Montgomery County Prothonotary - pull documents from a docket | 1.80 |
| 07/17/17 | Special Copy - Citizens Bank - City of Phila. - e-commerce document order | 5.30 |
| 07/17/17 | Special Copy - Citizens Bank - City of Phila. - e-commerce document order | 6.30 |

**Total Disbursements**          **$299.45**



**Stradley Ronon Stevens & Young, LLP**

2005 Market Street, Suite 2600

Philadelphia, PA 19103-7018

p: 215.564.8000

f: 215.564.8120

Federal Tax ID  23-1130381

Stradley Ronon would like to offer the following options to remit payment:

**1) For ACH or Wire Transactions:**

Citizens Bank of Pennsylvania
2001 Market Street
Philadelphia, PA 19103
For credit to Stradley Ronon Stevens & Young LLP
Account No.: 620096-961-6
ABA No.: 036076150
Please reference the invoice number being paid

**2) Mail your payments** in the enclosed envelope, if applicable
_____

If you are currently receiving invoices by U.S. Mail and would prefer receipt by e-mail, please provide the e-mail address where the invoices should be sent and return this form to:

Stradley Ronon Stevens & Young, LLP
Attn:  Billing Manager
2005 Market Street, Suite 2600
Philadelphia, PA  19103-7018

Client Name: _____

E-mail Address _____



**Stradley Ronon Stevens & Young, LLP**

2005 Market Street, Suite 2600

Philadelphia, PA 19103-7018

p: 215.564.8000

f: 215.564.8120

Federal Tax ID  23-1130381

February 28, 2018                                                              WRS

Americorp Homes, Inc.                                        Account No.  188525-0001
Attn:  Renato J. Gualtieri
One South State Street                                          Invoice No. 18022046
Newtown, PA  18940

Re:   Bank Negotiations for Island View Crossings Community

FOR PROFESSIONAL SERVICES RENDERED for the period ending January 31, 2018, as
per attached schedule and printout:

| | | |
|---|---|---|
| Fees | $ | 170,649.50 |
| Disbursements | $ | 2,126.14 |
| Total Amount Due | $ | 172,775.64 |

**Payment Due Within 15 Days of Receipt of Invoice**

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

February 28, 2018
Invoice No. 18022046

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

**Detail for Fee Services Rendered**

| *Date* | *Description* | *Initials* | *Hours* | *Amount* |
|--------|---------------|------------|---------|----------|
| ████ | ████████████████ | ███ | ███ | ████ |
|  | ██████████████ |  |  |  |
|  | ███████████████ |  |  |  |
|  | ██ |  |  |  |
| █████ | ████████████████ | ███ | ███ | ████ |
|  | ████████████ |  |  |  |
|  | ███████ |  |  |  |
| █████ | ████████████ | ███ | ███ | ████ |
|  | ██████████████ |  |  |  |
|  | ███████████████ |  |  |  |
|  | █████████████ |  |  |  |
| █████ | █████████████ | ███ | ███ | ████ |
|  | █████████████ |  |  |  |
|  | █████████████ |  |  |  |
|  | █████████████ |  |  |  |
|  | ████████ |  |  |  |
| █████ | ████████████████ | ███ | ███ | ████ |
|  | █████ |  |  |  |
| █████ | ████████████████ | ███ | ███ | ████ |
|  | ███████████ |  |  |  |
| █████ | ████████████████ | ███ | ███ | ████ |
|  | █████████ |  |  |  |
| █████ | █████████████); research election of Ch. 11 trustee (1.5) | MJC | 2.90 | 1,943.00 |
| 12/19/17 | Follow up re court opinion re trustee for Island View | MJD | 0.20 | 124.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

February 28, 2018
Invoice No. 18022046

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 12/19/17 | Attention to appointment of Ch. 11 trustee (2.9); telephone and email creditors re same (2.8); research re same (2.0); review opinion (1.2) | MJC | 8.90 | 5,963.00 |
| 12/19/17 | Confer M. Cordone re: Court Opinion, strategy, and trustee issues. | MDV | 0.40 | 198.00 |
| 12/19/17 | Review opinion of Bankruptcy Court. | MDV | 1.00 | 495.00 |
| 12/19/17 | Strategize regarding judge's opinion on motion to dismiss or convert bankruptcies, motion to appoint trustee, and motion for financing | CN1 | 0.40 | 138.00 |
| 12/20/17 | Continue working on Ch. 11 trustee issues (6.9); draft request for US Trustee to convene a meeting to elect Ch. 11 trustee (1.6) | MJC | 8.50 | 5,695.00 |
| 12/21/17 | Corresponded with M. Cordone regarding e-filing the request to convene a meeting to elect a Chapter 11 Trustee. | KDG | 0.20 | 58.00 |
| 12/21/17 | Research appointment of trustee (2.9); telephone M. Schweiker re status (.5); email and telephone creditors re trustee (2.1); telephone R. Gualtieri re same (1.0); email and telephone K. O'Halloran re potential case (.5); email D. Adams re K. O'Halloran (.1) | MJC | 7.10 | 4,757.00 |
| 12/22/17 | E-filed with the US Bankruptcy Court the Request of Stradley Ronon to Convene a Meeting to Elect Chapter 11 Trustee and Certificate of Service thereto. | KDG | 0.50 | 145.00 |
| 12/22/17 | Attention to pleadings re trustee | MJD | 0.20 | 124.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

February 28, 2018
Invoice No. 18022046

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 12/22/17 | Email D. Adams re trustee issues (.3); telephone K. O'Halloran re same (.4); telephone W. Schott re same (.2); telephone from M. Menkowitz re Christine Schubert as interim trustee (.2); email W. Scott re interim trustee and call w/M. Menkowitz (.2); email J. Ferry re same (.1); attention to appointment of trustee (1.5) | MJC | 2.90 | 1,943.00 |
| 12/26/17 | Analysis of strategy and prepare for ch. 11 trustee election (6.1); ███████████████ ███████ | MJC | 7.20 | 4,824.00 |
| 12/26/17 | Review bankruptcy docket and issues associated with Ch. 11 Trustee. | MDV | 0.20 | 99.00 |
| 12/27/17 | ████████████████████; research and prepare for ch. 11 trustee election (1.9); ██████████████████ ████████████ | MJC | 6.60 | 4,422.00 |
| 12/28/17 | ██████████████████████ █████████████; prepare for trustee election (1.8); ████████████ | MJC | 6.80 | 4,556.00 |
| 12/29/17 | Telephone from D. Smith re: trustee election, Stradley intentions and debtors' strategy (.6); telephone from R. Gualtieri re: same (1.3); analysis of ch. 11 trustee issues (.5) | MJC | 2.40 | 1,608.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

February 28, 2018
Invoice No. 18022046

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 01/02/18 | Draft limited power of attorney form for trustee voting (1.3); telephone from R. Gualtieri re Ch. 11 trustee (1.1); prepare for election (1.0); telephone from K. O'Halloran re election of counsel (.4) | MJC | 3.80 | 2,546.00 |
| 01/02/18 | Attention to pleadings and strategy re bankruptcy | MJD | 0.60 | 390.00 |
| 01/03/18 | Attention to Ch. 11 trustee election (4.2); telephone R. Gualtieri re same (1.2); telephone A. Karalis re trustee issues (.3) | MJC | 5.70 | 3,819.00 |
| 01/03/18 | Listen to and analyze Judge Frank's audio opinion | CN1 | 2.30 | 839.50 |
| 01/03/18 | Strategize regarding upcoming meeting to appoint Chapter 11 | CN1 | 0.10 | 36.50 |
| ███ | ████████ ████████ | ███ | ███ | ███ |
| ███ | ████████ ████████ ███████ | ███ | ███ | ███ |
| 01/05/18 | ██████████; email D. Adams re vote for trustee and proxy (.2); telephone and email K. O'Halloran re trustee voting (.6); telephone A. Karalis re same (.2) | MJC | 1.50 | 1,005.00 |
| ███ | ████████ ████████ ████████ | ███ | ███ | ███ |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

February 28, 2018
Invoice No. 18022046

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 01/09/18 | Telephone R. Gualtieri re trustee election (1.1); ▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬ | MJC | 4.10 | 2,747.00 |
| 01/10/18 | Attention to objections to claim and strategy re bankruptcy and trustee | MJD | 0.90 | 585.00 |
| 01/10/18 | Prepare for trustee election (2.0); telephone other creditors re same (.9); research requirements and strategy (3.8) | MJC | 6.70 | 4,489.00 |
| 01/11/18 | Research re multiple trustee matters, preparation for meeting and strategy re bankruptcy; attention to claim objections | MJD | 4.40 | 2,860.00 |
| 01/11/18 | Prepare for and attend trustee election (2.6); telephone A. Karalis, D. Smith and R. Gualtieri re same (1.7); begin drafting motion to allow claim for voting purposes (3.0) | MJC | 7.30 | 4,891.00 |
| 01/11/18 | Conducted document search in support of trustee election | CN1 | 0.90 | 328.50 |
| 01/12/18 | Research re trustee matters and claims objections | MJD | 4.30 | 2,795.00 |
| 01/12/18 | Draft motion to estimate claim and affidavits (5.1); telephone D. Smith and R. Gualtieri re same (1.1) | MJC | 6.20 | 4,154.00 |
| 01/13/18 | Further analysis of claims and objections and strategy re trustee | MJD | 0.30 | 195.00 |
| 01/14/18 | Attention to revisions to estimation of claim motion and research re same | MJD | 3.60 | 2,340.00 |
| 01/15/18 | Additional review relating to claims objections and strategy | MJD | 1.40 | 910.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

February 28, 2018
Invoice No. 18022046

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 01/16/18 | Prepared documents for e-filing with the Bankruptcy Court; Telephone call to Bankruptcy Court regarding e-filing of emergency motion; E-filed with the Bankruptcy Court the Emergency Motion to Estimate Claim and Expedite Hearing; Conference with M. Cordone regarding the e-filing. | KDG | 1.30 | 396.50 |
| 01/16/18 | Attention to claims objections and trustee election | MJD | 0.70 | 455.00 |
| 01/16/18 | Continue drafting motion to estimate claim (5.2); email M. Menkowitz, D. Smith and D. Adams re same (.2); telephone from R. Gualtieri re strategy (.8) | MJC | 6.20 | 4,154.00 |
| ██████ | ██████████████████ ████████████████ | █████ | ████ | █████ |
| 01/17/18 | Retrieved from the bankruptcy docket the Order granting the expedited hearing regarding the emergency motion to estimate claim and forwarded same to M. Cordone. | KDG | 0.20 | 61.00 |
| 01/17/18 | Conference with M. Cordone regarding service of the emergency motion to estimate claim and prepared Certificate of Service. | KDG | 1.20 | 366.00 |
| 01/17/18 | Attention to matters pending for hearing and analysis re same | MJD | 0.80 | 520.00 |
| 01/17/18 | Attention to Chapter 11 trustee election (4.2); prepare for and attend hearings (1.8); ████████ ████████████████ ████████████ | MJC | 7.20 | 4,824.00 |
| ██████ | ████████████████████ ██████ | █████ | ████ | █████ |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

February 28, 2018
Invoice No. 18022046

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| ███ | ████████ | ███ | ██ | ███ |
| ███ | ████████ | ███ | ██ | ███ |
| ███ | ████████ | ███ | ██ | ███ |
| 01/18/18 | Revised the Certificate of Service regarding service of the Emergency Motion to estimate Stradley's claim; Conference with M. Cordone regarding the Certificate of Service; E-filed the Certificate of Service with the Bankruptcy Court. | KDG | 1.80 | 549.00 |
| 01/18/18 | Attention to objection and trustee election | MJD | 0.70 | 455.00 |
| 01/18/18 | Attention to trustee election issues (2.5); telephone from R. Gualtieri re same (1.3); research re trustee election (2.9) | MJC | 6.70 | 4,489.00 |
| ███ | ████████ | ███ | ██ | ███ |
| ███ | ████████ | ███ | ██ | ███ |
| ███ | ████████ | ███ | ██ | ███ |
| 01/19/18 | Telephone M. Menkowitz re interim trustee and hearing on allowance for voting (.2); telephone R. Gualtieri re same (1.2); prepare for hearing on claim estimation (2.0); ████████ | MJC | 3.70 | 2,479.00 |
| ███ | ████████ | ███ | ██ | ███ |
| 01/22/18 | Attention to trustee matters and strategy re same | MJD | 0.70 | 455.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

February 28, 2018
Invoice No. 18022046

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 01/22/18 | Prepare for hearing on claim estimation for voting purposes (1.8); 2 telephone calls from R. Gualtieri re same (2.3); research material adverse interest limitation (1.8) | MJC | 5.90 | 3,953.00 |
| 01/23/18 | Review information in preparation for hearing re claim objection and strategy re same | MJD | 0.70 | 455.00 |
| 01/23/18 | Prepare for hearing on Stradley claim estimation (5.3); 2 ███████████████ ███████████ | MJC | 7.40 | 4,958.00 |
| ████ | █████████████████████ ████████ | ██ | ██ | ███ |
| ████ | █████████████████████ | ██ | ██ | ███ |
| ████ | █████████████████████ ████ | ██ | ██ | ███ |
| 01/24/18 | Prepare for hearing on claim and impact of same on trustee vote | MJD | 1.70 | 1,105.00 |
| 01/24/18 | Telephone A. Karalis re strategy (.2); ████████ ████████████████ ; prepare for hearing on Stradley claim (6.5) | MJC | 6.90 | 4,623.00 |
| 01/24/18 | Review brief and cases filed by Interim Trustee | MJC | 2.90 | 1,943.00 |
| ████ | ████████████████ ████ | ██ | ██ | ███ |
| ████ | █████████████████████ ████████████ | ██ | ██ | ███ |
| ████ | █████████████████████ ████ | ██ | ██ | ███ |
| ████ | █████████████████████ ████ | ██ | ██ | ███ |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

February 28, 2018
Invoice No. 18022046

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| ███ | ███ | █ | ██ | ██ |
| 01/25/18 | Prepare for and attend hearing re claim estimation | MJD | 2.40 | 1,560.00 |
| 01/25/18 | Prepare for and participate in hearing on Stradley claim estimation (8.3) | MJC | 8.30 | 5,561.00 |
| ███ | ███ | ███ | ██ | ██ |
| ███ | ███ ██ ██ ; review court opinion and email parties re same (2.5); telephone K. O'Halloran re same (.2); email G. Adelman re proxy and vote (.1); analysis of discovery needed from trustee (.6) | MJC | 6.90 | 4,623.00 |
| ███ | ███ | ███ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ |
| 01/27/18 | Attention to election of trustee | MJD | 0.60 | 390.00 |
| ███ | ███ | ███ | ██ | ██ |
| 01/29/18 | Prepare for trustee election and status hearing | MJD | 2.30 | 1,495.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

February 28, 2018
Invoice No. 18022046

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 01/29/18 | Prepare for trustee election (3.1); attend election (1.6); email K. O'Halloran and A. Karalis re same (.2); telephone A. Karalis re same (.2); telephone K. O'Halloran re election and documents needed for due diligence (.4); email W. Scott re same (.2); email G. Bressler re election (.1); email M. Menkowitz re contact information for O'Halloran (.1); email D. Smith re election (.1) | MJC | 6.00 | 4,020.00 |
| █████ ███████ | ██████████ | █████ | ███ | █████ |
| 01/30/18 | Attention to trustee election (1.8); ████████ | MJC | 6.80 | 4,556.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

February 28, 2018
Invoice No. 18022046

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

| *Date* | *Description* | *Initials* | *Hours* | *Amount* |
|--------|---------------|------------|---------|----------|
| ▮ | ▮ | ▮ | ▮ | ▮ |
| 01/31/18 | Attention to trustee issues (1.4); telephone R. Gualtieri re same (1.0); ▮ ▮ ▮ | MJC | 6.70 | 4,489.00 |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ ▮ | ▮ | ▮ | ▮ |

|  |  | **Total Services** | **281.90** | **$170,649.50** |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

February 28, 2018
Invoice No. 18022046

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

## Summary of Fee Services Rendered

| Initials | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| WRS | William R. Sasso | Partner | 1,275.00 | 1.00 | 1,275.00 |
| L | Westlaw | Westlaw | 85.00 | 2.30 | 195.50 |
| KDG | Kyle D. Gibson | Paralegal | 290.00 | 0.70 | 203.00 |
| KDG | Kyle D. Gibson | Paralegal | 305.00 | 8.50 | 2,592.50 |
| MJD | Mark J. Dorval | Partner | 620.00 | 0.70 | 434.00 |
| MJD | Mark J. Dorval | Partner | 650.00 | 26.80 | 17,420.00 |
| MJC | Michael J. Cordone | Partner | 670.00 | 189.40 | 126,898.00 |
| JO1 | Jennifer O'Donnell | Librarian | 290.00 | 0.30 | 87.00 |
| EJM | Edward McNellis | IT Lit Support | 360.00 | 16.00 | 5,760.00 |
| MDV | Mark Villanueva | Partner | 495.00 | 1.60 | 792.00 |
| MDV | Mark Villanueva | Partner | 520.00 | 15.30 | 7,956.00 |
| CN1 | Corey Norcross | Associate | 345.00 | 0.40 | 138.00 |
| CN1 | Corey Norcross | Associate | 365.00 | 18.90 | 6,898.50 |
| | | | **Total** | **281.90** | **$170,649.50** |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

February 28, 2018
Invoice No. 18022046

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

**Disbursements and Other Related Charges**
**Incurred on Your Behalf**

| Date | Description | Amount |
|------|-------------|--------|
| 01/31/18 | Duplicating | 254.61 |
| 01/31/18 | Postage | 15.04 |
| 01/31/18 | Scan | 93.61 |
| 01/31/18 | United Parcel Service | 24.60 |
| 01/31/18 | Relativity Hosting Fee | 1,649.28 |
| 11/09/17 | Travel Michael J. Cordone - Cab fare from office to US Bankruptcy Court to attend hearing - 11/09/2017 | 8.00 |
| 11/13/17 | Travel Michael J. Cordone - Cab fare from office to US Bankruptcy Court to attend hearing - 11/13/2017 | 8.00 |
| 11/16/17 | Travel Michael J. Cordone - Cab fare from office to US Bankruptcy Court to attend hearing - 11/16/2017 | 8.00 |
| 11/17/17 | Travel Michael J. Cordone - Taxi from office to Bankruptcy Court - 11/17/2017 | 8.00 |
| 11/30/17 | Travel Michael J. Cordone - Cab fare from office to US Bankruptcy Court to attend hearing - 11/30/2017 | 9.00 |
| 12/06/17 | Courier Service - it's DONE! Courier Inv # 9878 11/13/17 | 10.00 |
| 01/11/18 | Travel Michael J. Cordone - Taxi from office to U. S. Trustee office for meeting - 01/11/2018 | 10.00 |
| 01/17/18 | Travel Michael J. Cordone - Taxi from office to Bankruptcy Court for hearing - 01/17/2018 | 10.00 |
| 01/25/18 | Travel Michael J. Cordone - Taxi from office to Bankruptcy Court for hearing - 01/25/2018 | 9.00 |
| 01/29/18 | Travel Michael J. Cordone - Taxi from office to U. S. Trustee's office for Ch. 11 election - 01/29/2018 | 9.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

February 28, 2018
Invoice No. 18022046

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

**Total Disbursements**          **$2,126.14**



**Stradley Ronon Stevens & Young, LLP**

2005 Market Street, Suite 2600

Philadelphia, PA 19103-7018

p: 215.564.8000

f: 215.564.8120

Federal Tax ID  23-1130381

Stradley Ronon would like to offer the following options to remit payment:

**1) For ACH or Wire Transactions:**

Citizens Bank of Pennsylvania
2001 Market Street
Philadelphia, PA 19103
For credit to Stradley Ronon Stevens & Young LLP
Account No.: 620096-961-6
ABA No.: 036076150
Please reference the invoice number being paid

**2) Mail your payments** in the enclosed envelope, if applicable
_____

If you are currently receiving invoices by U.S. Mail and would prefer receipt by e-mail, please provide the e-mail address where the invoices should be sent and return this form to:

Stradley Ronon Stevens & Young, LLP
Attn:  Billing Manager
2005 Market Street, Suite 2600
Philadelphia, PA  19103-7018

Client Name: _____

E-mail Address _____

**Pennsylvania | Washington, D.C. | New York  | New Jersey | Illinois | Delaware**

A Pennsylvania Limited Liability Partnership

⌂ MERITAS LAW FIRMS WORLDWIDE



Stradley Ronon Stevens & Young, LLP

2005 Market Street, Suite 2600

Philadelphia, PA 19103-7018

p: 215.564.8000

f: 215.564.8120

Federal Tax ID  23-1130381

March 31, 2018                                                                    WRS

Americorp Homes, Inc.                                    Account No.  188525-0001
Attn:  Renato J. Gualtieri
One South State Street                                      Invoice No. 18032118
Newtown, PA  18940

Re:   Bank Negotiations for Island View Crossings Community

FOR PROFESSIONAL SERVICES RENDERED for the period ending February 28, 2018, as
per attached schedule and printout:

| | | |
|---|---|---|
| Fees | $ | 86,644.50 |
| Disbursements | $ | 2,124.33 |
| Total Amount Due | $ | 88,768.83 |

**Payment Due Within 15 Days of Receipt of Invoice**

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

March 31, 2018
Invoice No. 18032118

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

### Detail for Fee Services Rendered

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| ███ | ███ | █ | ██ | ██ |
| ███ | ████ | ██ | ██ | ██ |
| ███ | █████ | ██ | ██ | ██ |
| 02/01/18 | Attention to trustee issues (1.7); ████ ; ████ ; telephone A. Karalis re meeting w/trustee (.2); ████ ████ | MJC | 6.10 | 4,087.00 |
| ██ | █████ █████ █████ ███ | ██ | ██ | ██ |
| ██ | ██████ ███ | ██ | ██ | ██ |
| ██ | ██████ ███ | ██ | ██ | ██ |
| ██ | ██████ ████ ██ | ██ | ██ | ██ |
| ██ | ███ | █ | ██ | ██ |
| 02/02/18 | Telephone R. Gualtieri re meeting w/Trustee (.7); meeting w/IVC Trustee and counsel (4.2); review documents requested by IVC Trustee and email same (1.2); draft memo to file re meeting and call from R. Gualtieri (1.0) | MJC | 7.10 | 4,757.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

March 31, 2018
Invoice No. 18032118

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| ██████ | ████████████████████████████ ████ | ████ | ████ | ████ |
| ██████ | ████████████████████████████ ████████████ | ████ | ████ | ████ |
| ██████ | ████████████████████████████ ██████████ | ████ | ████ | ████ |
| ██████ | ████████████████████████████ ██████████ | ████ | ████ | ████ |
| ██████ | ████████████████████████████ ████ | ████ | ████ | ████ |
| ██████ | ████████████████████████████ ██████████████ ██████████ | ████ | ████ | ████ |
| 02/05/18 | Prepare case timeline for IVC Trustee (4.1); ███████████████████████████; email to and from IVC Trustee re timeline and case status (1.1) | MJC | 5.70 | 3,819.00 |
| ██████ | ████████████████████████████ | ████ | ████ | ████ |
| ██████ | ████████████████████████████ ████████████████████ ██████ | ████ | ████ | ████ |
| ██████ | ████████████████████ ██████ | ████ | ████ | ████ |
| ██████ | ████████████████████ ████████████ | ████ | ████ | ████ |
| ██████ | ████████████████████████████ ██████████████████ ██████████ | ████ | ████ | ████ |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

March 31, 2018
Invoice No. 18032118

188525        Gualtieri, Renato J.
188525-0001   Bank Negotiations for Island View Crossings Community

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| ██ | ██████ | ██ | ██ | ██ |
| | ██████ | | | |
| | ██████ | | | |
| | ██████ | | | |
| | ██████ | | | |
| 02/06/18 | Attention to matters re trustee and upcoming hearing | MJD | 1.30 | 845.00 |
| ██ | ██████ | ██ | ██ | ██ |
| | ████ | | | |
| ██ | ██████ | ██ | ██ | ██ |
| | █████ | | | |
| 02/06/18 | Telephone from A. Karalis re status of case (.6); | MJC | 4.60 | 3,082.00 |
| | ██████ | | | |
| | ██████ | | | |
| ██ | ██████ | ██ | ██ | ██ |
| | ████ | | | |
| ██ | ██████ | ██ | ██ | ██ |
| | ████ | | | |
| ██ | ██████ | ██ | ██ | ██ |
| | ██████ | | | |
| | ██████ | | | |
| | ██████ | | | |
| | █ | | | |
| ██ | ██████ | ██ | ██ | ██ |
| | ████ | | | |
| ██ | ██████ | ██ | ██ | ██ |
| | ██████ | | | |
| ██ | ██████ | ██ | ██ | ██ |

Page 5

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

March 31, 2018
Invoice No. 18032118

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| ████ | ████████████████ ████ | ███ | ███ | ███ |
| ████ | ████████████████ ████ | ███ | ███ | ███ |
| ████ | ██████ | ███ | ███ | ███ |
| 02/09/18 | Telephone W. Scott re status of case and upcoming hearings (.2); telephone R. Gualtieri re same (.9); telephone from A. Karalis and K. O'Halloran re status of case (.9) | MJC | 2.00 | 1,340.00 |
| ████ | ████████████ | ███ | ███ | ███ |
| ████ | ████████████ ████ | ███ | ███ | ███ |
| | ██████ | | | |
| ████ | ████████████ | ███ | ███ | ███ |
| | ████ | | | |
| ████ | ████████████ | ███ | ███ | ███ |
| | ████ | | | |
| ████ | ██████████ | ███ | ███ | ███ |
| ████ | ████████████ ██████ | ███ | ███ | |
| | ███ | | | |
| ████ | ██████ | ███ | ███ | ███ |
| ████ | ████████████ | ███ | ███ | ███ |
| | ██ | | | |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

March 31, 2018
Invoice No. 18032118

| 188525 | Gualtieri, Renato J. |
| 188525-0001 | Bank Negotiations for Island View Crossings Community |

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| ███ | ████████████ | ███ | ███ | ███ |
|  | ████████████ |  |  |  |
| ███ | ████████████ | ███ | ███ | ███ |
|  | █████████ |  |  |  |
| ███ | ██████████████ | ███ | ███ | ███ |
|  | ██████████ |  |  |  |
|  | ████████████ |  |  |  |
|  | ████████████ |  |  |  |
|  | ██████ |  |  |  |
| ███ | █████████████ | ███ | ███ | ███ |
|  | █████████ |  |  |  |
| ███ | ██████████ | ███ | ███ | ███ |
|  | █████ |  |  |  |
| ███ | █████████████ | ███ | ███ | ███ |
|  | ████ |  |  |  |
| 02/14/18 | Telephone from A. Karalis re status of investigation and background facts (.6); telephone from R. Gualtieri re same (1.3) | MJC | 1.90 | 1,273.00 |
| 02/15/18 | Prepare for attend status hearing (2.0); | ███ | ███ | ███ |
|  | █████████ |  |  |  |
| ███ | █████████████ | ███ | ███ | ███ |
|  | ██████████████ |  |  |  |
|  | █████████████ |  |  |  |
|  | ██████ |  |  |  |
| ███ | █████████████ | ███ | ███ | ███ |
|  | █████ |  |  |  |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

March 31, 2018
Invoice No. 18032118

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| ███ | ████████████ | ██ | ██ | ███ |
| | ███████████ | | | |
| | ████ | | | |
| ███ | ██████████ | ██ | ██ | ███ |
| | ██████ | | | |
| ███ | ██████████ | ██ | ██ | ███ |
| | ████████████ | | | |
| | ██████ | | | |
| ██ | ███ | █ | ██ | ██ |
| ███ | ██████████ | ██ | ██ | ███ |
| | ████████ | | | |
| | █████ | | | |
| ██ | ████████ (1.2); telephone K. O'Halloran re construction costs (.4) | MJC | 1.60 | 1,072.00 |
| ███ | ██████████ | ██ | ██ | ███ |
| | ██████████ | | | |
| ███ | ████████ | ██ | ██ | ███ |
| | █████ | | | |
| ███ | ████████ | ██ | ██ | ██ |
| | █████ | | | |
| ███ | █████████████ | ██ | ██ | ██ |
| | ███ | | | |
| ███ | █████████ | ██ | ██ | ██ |
| ███ | █████████████ | ██ | ██ | ███ |
| | ██████ | | | |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

March 31, 2018
Invoice No. 18032118

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| ████ | ██████████████████ ████ | ███ | ███ | ███ |
| ████ | ██████████████ | ███ | ███ | ███ |
| ████ | ██████████████ █████████████ ███ | ███ | ███ | ███ |
| ████ | ███████████████ ████████████ ████████████ ████ | ███ | | |
| ████ | ██████████████ ██████████████ ███████████ | ███ | ███ | ███ |
| 02/27/18 | Telephone from and to A. Karalis re Stradley position on lender liability case (.3); ████████ ██████████ | ███ | ███ | ███ |
| ████ | █████████████ ███████████████ ████ | ███ | ███ | ███ |
| ████ | ███ | █ | ███ | ██ |
| ████ | ██████████████ ██████████ ██████████ | ███ | ███ | ███ |
| ████ | ██████████████ ██████ | ███ | ███ | ███ |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

March 31, 2018
Invoice No. 18032118

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| ███ | ████████████████ | ██ | ██ | ███ |
| | ███████████████ | | | |
| | █████████████████ | | | |
| | ███ | | | |
| ███ | █████████████ | ██ | ██ | ███ |
| | █████████████████ | | | |
| | ████ | | | |
| ███ | ████████████████ | ██ | ██ | ███ |
| | █████████████████ | | | |
| | ███████████ | | | |

|  | **Total Services** | **175.80** | **$86,644.50** |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

March 31, 2018
Invoice No. 18032118

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

### Summary of Fee Services Rendered

| Initials | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| L | Westlaw | Westlaw | 85.00 | 6.40 | 544.00 |
| KDG | Kyle D. Gibson | Paralegal | 305.00 | 7.30 | 2,226.50 |
| MJD | Mark J. Dorval | Partner | 650.00 | 2.00 | 1,300.00 |
| MJC | Michael J. Cordone | Partner | 670.00 | 67.60 | 45,292.00 |
| BC1 | James Brendan Curran | IT Lit Support | 375.00 | 2.80 | 1,050.00 |
| EJM | Edward McNellis | IT Lit Support | 360.00 | 27.10 | 9,756.00 |
| MDV | Mark Villanueva | Partner | 520.00 | 23.40 | 12,168.00 |
| CN1 | Corey Norcross | Associate | 365.00 | 39.20 | 14,308.00 |
| | | | **Total** | **175.80** | **$86,644.50** |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

March 31, 2018
Invoice No. 18032118

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

**Disbursements and Other Related Charges**
**Incurred on Your Behalf**

| *Date* | *Description* | *Amount* |
|--------|---------------|----------|
| 02/28/18 | Duplicating | 284.28 |
| 02/28/18 | Postage | 0.98 |
| 02/28/18 | Scan | 14.03 |
| 02/28/18 | United Parcel Service | 55.15 |
| 02/28/18 | Relativity Hosting Fee | 1,694.64 |
| 02/13/18 | Filing - Citizens Bank Montgomery Prothonotary - Copies (convenience fee) | 0.50 |
| 02/13/18 | Filing - Citizens Bank Montgomery Prothonotary - Copies (convenience fee) | 0.50 |
| 02/13/18 | Special Copy - Citizens Bank Landex.com - Property records | 72.25 |
| 02/13/18 | Special Copy - Citizens Bank Montgomery Prothonotary - Copies | 1.00 |
| 02/13/18 | Special Copy - Citizens Bank Montgomery Prothonotary - Copies | 1.00 |

**Total Disbursements**          **$2,124.33**



**Stradley Ronon Stevens & Young, LLP**

2005 Market Street, Suite 2600

Philadelphia, PA 19103-7018

p: 215.564.8000

f: 215.564.8120

Federal Tax ID  23-1130381

Stradley Ronon would like to offer the following options to remit payment:

**1) For ACH or Wire Transactions:**

Citizens Bank of Pennsylvania
2001 Market Street
Philadelphia, PA 19103
For credit to Stradley Ronon Stevens & Young LLP
Account No.: 620096-961-6
ABA No.: 036076150
Please reference the invoice number being paid

**2) Mail your payments** in the enclosed envelope, if applicable
_____

If you are currently receiving invoices by U.S. Mail and would prefer receipt by e-mail, please
provide the e-mail address where the invoices should be sent and return this form to:

Stradley Ronon Stevens & Young, LLP
Attn:  Billing Manager
2005 Market Street, Suite 2600
Philadelphia, PA  19103-7018

Client Name: _____

E-mail Address _____

**Pennsylvania | Washington, D.C. | New York  | New Jersey | Illinois | Delaware**

A Pennsylvania Limited Liability Partnership

MERITAS LAW FIRMS WORLDWIDE



Stradley Ronon Stevens & Young, LLP

2005 Market Street, Suite 2600

Philadelphia, PA 19103-7018

p: 215.564.8000

f: 215.564.8120

Federal Tax ID  23-1130381

April 30, 2018                                                                WRS

Americorp Homes, Inc.                              Account No.  188525-0001
Attn:  Renato J. Gualtieri
One South State Street                              Invoice No. 18042551
Newtown, PA  18940

Re:   Bank Negotiations for Island View Crossings Community

FOR PROFESSIONAL SERVICES RENDERED for the period ending March 31, 2018, as
per attached schedule and printout:

| | | |
|---|---|---|
| Fees | $ | 54,413.50 |
| Disbursements | $ | 1,845.04 |
| Total Amount Due | $ | 56,258.54 |

**Payment Due Within 15 Days of Receipt of Invoice**

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

April 30, 2018
Invoice No. 18042551

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

### Detail for Fee Services Rendered

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| ██ | ████████ | ██ | ██ | ██ |
| ██ | ████████ | ██ | ██ | ██ |
| ██ | ████████ | ██ | ██ | ██ |
| ██ | ████████ | ██ | ██ | ██ |
| ██ | ████████ | ██ | ██ | ██ |
| ██ | ████████ | ██ | ██ | ██ |
| 03/02/18 | Telephone K. O'Halloran re lender liability case (1.5); ██████ | MJC | 1.80 | 1,206.00 |
| ██ | ████ | █ | ██ | ██ |
| ██ | ████████ | ██ | ██ | ██ |
| ██ | ████████ | ██ | ██ | ██ |
| ██ | ████████ | ██ | ██ | ██ |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

April 30, 2018
Invoice No. 18042551

| 188525 | Gualtieri, Renato J. |
| 188525-0001 | Bank Negotiations for Island View Crossings Community |

| *Date* | *Description* | *Initials* | *Hours* | *Amount* |
|---|---|---|---|---|
| ■■■ | ■■■■■■■■ ■■■■■ | ■■ | ■■ | ■■ |
| ■■■ | ■■■■■■■■■ | ■■ | ■■ | ■■ |
| ■■■■ | ■■■■■■■■■■ | | | |
| ■■■ | ■■■■■■■■■ | ■■ | ■■ | ■■ |
| ■■■■ | ■■■■■■■■■■ | | | |
| ■■■■ | ■■■■■■■ | | | |
| ■■■ | ■■■■■■■■■■ | ■■ | ■■ | ■■ |
| ■■■■ | ■■■■■■■■ | | | |
| 03/05/18 | Strategize regarding new document productions in Island View bankruptcy | CN1 | 0.50 | 182.50 |
| 03/06/18 | Respond to trustee request for documents (2.0); ■■■■■■■■■■ | MJC | 2.80 | 1,876.00 |
| ■■■ | ■■■■■■■■ ■■■ | ■■ | ■■ | ■■ |
| 03/06/18 | Strategize regarding production of documents to trustee | CN1 | 0.60 | 219.00 |
| ■■■ | ■■■■■■■■ | ■■ | ■■ | ■■ |
| ■■■■ | ■■■■■■■ | | | |
| ■■■ | ■ | | | |
| ■■■ | ■■■■■■■■ | ■■ | ■■ | ■■ |
| ■■■■ | ■■■■■ | | | |
| ■■■ | ■■■■■■■■ | ■■ | ■■ | ■■ |
| ■■■■ | ■■■■■■■ | | | |
| ■■■■ | ■■■■■■■ | | | |
| ■■■■ | ■■■■■■ | | | |
| ■■■ | ■■■■■■■■ | ■■ | ■■ | ■■ |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

April 30, 2018
Invoice No. 18042551

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 03/07/18 | Strategize regarding production of document to Trustee | CN1 | 0.70 | 255.50 |
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮ | ▮▮ | ▮▮ | ▮▮ |
| 03/08/18 | Draft joint defense agreement. | MDV | 0.80 | 416.00 |
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ |
| ▮▮▮ | ▮▮▮ ; telephone A. Karalis re documents (.5); begin review of joint prosecution agreement (.4); email to parties re same (.3); email A. Karalis re additional discovery (.3) | MJC | 2.80 | 1,876.00 |
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ |
| 03/08/18 | Strategize regarding production of physical and electronic documents to Trustee | CN1 | 0.60 | 219.00 |
| 03/09/18 | Review and revise joint prosecution agreement (1.3); email trustees and debtor re same (.2) | MJC | 1.50 | 1,005.00 |
| 03/09/18 | Review revised common interest agreement and prepare additional revisions to same. | MDV | 0.20 | 104.00 |
| 03/09/18 | Call with counsel for Trustee regarding transfer of physical and electronic documentation | CN1 | 0.50 | 182.50 |
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

April 30, 2018
Invoice No. 18042551

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

| *Date* | *Description* | *Initials* | *Hours* | *Amount* |
|--------|---------------|------------|---------|----------|
| ███ | ████████████████ | ██ | ██ | ████ |
| ███ | ████████████████ | ██ | ██ | ████ |
| 03/13/18 | Strategy re next steps and information requested by trustee | MJD | 0.40 | 260.00 |
| ███ | ███████████████ ███████████ ███████████ ████ | ██ | ██ | ████ |
| ███ | █████████████ | █ | ██ | ███ |
| ███ | ████ | █ | ██ | ███ |
| ███ | ██████████ █████████ █████████ | ██ | ██ | ████ |
| ██ | █████████ █████████ | ██ | ██ | ████ |
| ██ | ██████████ █████████ ██████ | ██ | ██ | ████ |
| ███ | █████████ ██████ | ██ | ██ | ████ |
| ███ | ███ | ██ | ██ | ████ |
| 03/19/18 | Telephone from A. Karalis re status of bankruptcy (.5); ███████ ███████ | MJC | 1.20 | 804.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

April 30, 2018
Invoice No. 18042551

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| ██████ | ████████████████████ ██████ | ████ | ████ | ████ |
| ██████ | ███████████████████████████ | ████ | ████ | █████ |
| ██████ | ███████████████████████████ | ████ | ████ | ██████ |
| ██████ | █████████████████████ ██████ | ████ | ████ | ███ |
| ██████ | ██████████████████████ ████████ | ████ | ████ | ████ |
| ██████ | ██████████████████████ ████████████ ███ | ████ | ████ | ████ |
| ██████ | ██████████████████████████ | ████ | ████ | █████ |
| ██████ | ███████████████████████████ ████████ | ████ | ████ | ███ |
| ██████ | ████████████████████████ ████████████ ██████████ | ████ | ████ | ████ |
| ██████ | ███████████████████████████ ████████ | ████ | ████ | █████ |
| ██████ | ███████████████████████ ██████ | ████ | ████ | ████ |
| ██████ | ████████████████████████ ██████████ | ████ | ████ | ████ |
| ██████ | ███████████████████████████ | ████ | ████ | ████ |

Page 7

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

April 30, 2018
Invoice No. 18042551

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| ████ | ████ | █ | ██ | ██ |
| ████ | ████████████ | ██ | ██ | ███ |
|  | ██████████ |  |  |  |
|  | █████████ |  |  |  |
| █████ | ███████████ | ██ | ██ | ███ |
|  | ██ |  |  |  |
| ████ | ████████████ | ██ | ██ | ██ |
|  | ███████████ |  |  |  |
|  | ████ |  |  |  |
| ███ | ████████████ | ██ | ██ | ██ |
|  | █████████ |  |  |  |
| ████ | ███████████ | ██ | ██ | ██ |
|  | █████████ |  |  |  |
|  | ████████ |  |  |  |
| ████ | █████████████ | ██ | ██ | ██ |
|  | ██ |  |  |  |
| ████ | █████████████ | ██ | ██ | ██ |
|  | ███████ |  |  |  |
| ████ | ████████████ | ██ | ██ | ██ |
|  | ██ |  |  |  |
| ████ | █████████████ | ██ | ██ | ██ |
|  | ███ |  |  |  |
| ████ | █████████████ | ██ | ██ | ██ |
|  | ███████████ |  |  |  |
| ████ | █████████████ | ██ | ██ | █ |
|  | ██ |  |  |  |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

April 30, 2018
Invoice No. 18042551

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| ██████ | ███████████████████████ ████ | ███ | ███ | ████ |
| ██████ | ███████████████████████ ███ | ███ | ███ | ████ |
| ██████ | ███████████████████████ ████████████████ ███████████ ███████████ | ███ | ███ | ████ |
| ██████ | ██████████████ | ███ | ███ | ████ |
| ██████ | ███████████████████████ ████████████████ ██████████ | ███ | ███ | ████ |
| ██████ | ██████████████████ ██ | ███ | ███ | ████ |
| ██████ | ██████████████████ ███████████████████ ███████████████████ █████████ | ███ | ███ | ████ |

|  |  | **Total Services** | **113.90** | **$54,413.50** |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

April 30, 2018
Invoice No. 18042551

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

### Summary of Fee Services Rendered

| Initials | Name | Title | Rate | Hours | Amount |
|----------|------|-------|------|-------|--------|
| WRS | William R. Sasso | Partner | 1,350.00 | 0.50 | 675.00 |
| L | Westlaw | Westlaw | 85.00 | 3.20 | 272.00 |
| KDG | Kyle D. Gibson | Paralegal | 305.00 | 2.30 | 701.50 |
| MJD | Mark J. Dorval | Partner | 650.00 | 1.20 | 780.00 |
| DJW | David J. Winkowski | Partner | 535.00 | 0.40 | 214.00 |
| MJC | Michael J. Cordone | Partner | 670.00 | 39.70 | 26,599.00 |
| EJM | Edward McNellis | IT Lit Support | 360.00 | 22.70 | 8,172.00 |
| MDV | Mark Villanueva | Partner | 520.00 | 6.30 | 3,276.00 |
| CN1 | Corey Norcross | Associate | 365.00 | 37.60 | 13,724.00 |
| | | **Total** | | **113.90** | **$54,413.50** |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

April 30, 2018
Invoice No. 18042551

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

**Disbursements and Other Related Charges**
**Incurred on Your Behalf**

| *Date* | *Description* | *Amount* |
|--------|---------------|---------:|
| 03/31/18 | Duplicating | 35.65 |
| 03/31/18 | Scan | 10.35 |
| 03/31/18 | Relativity Hosting Fee | 1,706.04 |
| 03/20/18 | Courier Service - TimeCycle Couriers Inc.  Inv# 74168  2/18/18 | 7.00 |
| 03/22/18 | Business Meals - Pagano's Market-Meeting 2/22/18 | 86.00 |
| | **Total Disbursements** | **$1,845.04** |



**Stradley Ronon Stevens & Young, LLP**

2005 Market Street, Suite 2600

Philadelphia, PA 19103-7018

p: 215.564.8000

f: 215.564.8120

Federal Tax ID  23-1130381

Stradley Ronon would like to offer the following options to remit payment:

**1) For ACH or Wire Transactions:**

Citizens Bank of Pennsylvania
2001 Market Street
Philadelphia, PA 19103
For credit to Stradley Ronon Stevens & Young LLP
Account No.: 620096-961-6
ABA No.: 036076150
Please reference the invoice number being paid

**2) Mail your payments** in the enclosed envelope, if applicable
_____

If you are currently receiving invoices by U.S. Mail and would prefer receipt by e-mail, please provide the e-mail address where the invoices should be sent and return this form to:

Stradley Ronon Stevens & Young, LLP
Attn:  Billing Manager
2005 Market Street, Suite 2600
Philadelphia, PA  19103-7018

Client Name: _____

E-mail Address _____

**Pennsylvania | Washington, D.C. | New York  | New Jersey | Illinois | Delaware**

A Pennsylvania Limited Liability Partnership

**MERITAS** LAW FIRMS WORLDWIDE



**Stradley Ronon Stevens & Young, LLP**

2005 Market Street, Suite 2600

Philadelphia, PA 19103-7018

p: 215.564.8000

f: 215.564.8120

Federal Tax ID  23-1130381

May 31, 2018                                                                                    WRS

Americorp Homes, Inc.                                          Account No.  188525-0001
Attn:  Renato J. Gualtieri
One South State Street                                           Invoice No. 18052075
Newtown, PA  18940

Re:   Bank Negotiations for Island View Crossings Community

FOR PROFESSIONAL SERVICES RENDERED for the period ending April 30, 2018, as
per attached schedule and printout:

| | | |
|---|---|---|
| Fees | $ | 39,674.50 |
| Disbursements | $ | 2,186.03 |
| Total Amount Due | $ | 41,860.53 |

**Payment Due Within 15 Days of Receipt of Invoice**

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

May 31, 2018
Invoice No. 18052075

| 188525 | Gualtieri, Renato J. |
| 188525-0001 | Bank Negotiations for Island View Crossings Community |

### Detail for Fee Services Rendered

| *Date* | *Description* | *Initials* | *Hours* | *Amount* |
|--------|---------------|------------|---------|----------|
| ███ | ██████████████ ████████ | ███ | ███ | ███ |
| | ███████████ | | | |
| ███ | ████████████ | ███ | ███ | ███ |
| | ██ | | | |
| ███ | ████████████ | ███ | ███ | ███ |
| | ████████ | | | |
| ███ | ██████████ | ███ | ███ | ███ |
| | ████████████ | | | |
| | ████████████ | | | |
| | █████████ | | | |
| ███ | █████████████ | ███ | ███ | ███ |
| | █████████████ | | | |
| | ████████████ | | | |
| | █████ | | | |
| ███ | ██████████ | ███ | ███ | ███ |
| | █████ | | | |
| ███ | ████████████ | ███ | ███ | ███ |
| | ██████ | | | |
| 04/06/18 | Telephone K. O'Halloran re status of case (1.0); | ███ | ███ | ███ |
| | ██████████ | | | |
| ███ | ████ | █ | ███ | ███ |
| ███ | ████████████ | ███ | ███ | ███ |
| | █████ | | | |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

May 31, 2018
Invoice No. 18052075

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| ███ | ████████████████ ███ | ███ | ███ | ███ |
| | ████████████████ | | | |
| | ██████████████████ | | | |
| | ██ | | | |
| ███ | ███████████████ | ███ | ███ | ███ |
| | ██████████████████ | | | |
| | ██████████ | | | |
| ███ | ███████████████ | ███ | ███ | ███ |
| | █████████████████ | | | |
| | █████████████ | | | |
| 04/10/18 | Telephone K. O'Halloran re status (1.0); ███ | MJC | 2.50 | 1,675.00 |
| | ████████████████ | | | |
| | █████████████ ; telephone A. | | | |
| | Karalis re same (.3) | | | |
| ███ | █████████████████ | ███ | ███ | ███ |
| ███ | █████████████████ | ███ | ███ | ███ |
| | ███████████████ | | | |
| | █████████ | | | |
| ███ | ███████████ | ███ | ███ | ███ |
| ███ | ███████████████████ | ███ | ███ | ███ |
| | ████████████████ | | | |
| | ██████████████ | | | |
| | ██████████████ | | | |
| ███ | █████████████████ | ███ | ███ | ███ |
| | ████████████████ | | | |
| | █████████████████ | | | |
| | ████████████████ | | | |
| | █████████ | | | |

**Stradley Ronon Stevens & Young LLP**
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

May 31, 2018
Invoice No. 18052075

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

| *Date* | *Description* | *Initials* | *Hours* | *Amount* |
|--------|---------------|------------|---------|----------|
| ██████ | ███████████████████████ | ████ | ████ | ██████ |
|  | █████████████████████ |  |  |  |
|  | ███████████████████████ |  |  |  |
|  | ███████████████████████ |  |  |  |
| ██████ | ███████████████████████ | ████ | ████ | ██████ |
|  | ███████████████████████ |  |  |  |
|  | ███████████████████████ |  |  |  |
|  | ███████████████████████ |  |  |  |
|  | ███████████████████████ |  |  |  |
| ██████ | █████████████████████████████ | ████ | ████ |  |
|  | ████ |  |  |  |
| ██████ | █████████████████████████████ | ████ | ████ | ██████ |
|  | ██████████████████████ |  |  |  |
|  | ████ |  |  |  |
| ██████ | ██████████████████████ | ████ | ████ | ██████ |
|  | ███████████████████████ |  |  |  |
|  | █████████████ |  |  |  |
|  | ██████████████████████ |  |  |  |
|  | ██████████████████████ |  |  |  |
| ██████ | ███████████████████████ | ████ | ████ | ████ |
|  | ████████████████████ |  |  |  |
|  | ████████ |  |  |  |
| ██████ | ██████████████████████ | ████ | ████ | ██████ |
|  | ███████████████████████ |  |  |  |
|  | ██████████ |  |  |  |
| ██████ | ███████████████████████ | ████ | ████ | ██████ |
|  | ██████████████████████ |  |  |  |
|  | ██████████ |  |  |  |

Page 5

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

May 31, 2018
Invoice No. 18052075

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| ███ | ████████████████████████ | ███ | ███ | ████ |
| | ████████████████████████ | | | |
| | ████████████████████ | | | |
| | ████████████████████████ | | | |
| | ██████████████████████████ | | | |
| | ████████████████████████ | | | |
| | ████████████████████ | | | |
| | ████████████████████████ | | | |
| ███ | ████████████████████████ | ███ | ███ | ████ |
| | ████████████████████████ | | | |
| | ██████████████████████████ | | | |
| | ████████████████████████ | | | |
| | ████████████████ | | | |
| | ██████ | | | |
| ███ | ███████████████████ | ███ | ███ | ████ |
| | ████████████████████ | | | |
| ███ | ██████████████████████████ | ███ | ███ | ████ |
| | ██████████████████ | | | |
| | ██████████████████ | | | |
| | ██████████████████ | | | |
| | ████████████████████████ | | | |
| ███ | ██████████████████████████ | ███ | ███ | ████ |
| | █ | | | |
| 04/30/18 | ████████████████████████ ; email from and to A. Karalis re IVC damages (.4); ████████████ ; email from and to A. Karalis re document sharing and joint prosecution (.2); ████████ ████████████████████████ ██████████████ | MJC | 2.60 | 1,742.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

May 31, 2018
Invoice No. 18052075

188525              Gualtieri, Renato J.
188525-0001         Bank Negotiations for Island View Crossings Community

**Total Services**              **63.70**    **$39,674.50**

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

May 31, 2018
Invoice No. 18052075

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

### Summary of Fee Services Rendered

| Initials | Name | Title | Rate | Hours | Amount |
|----------|------|-------|------|-------|--------|
| L | Westlaw | Westlaw | 85.00 | 1.50 | 127.50 |
| MJD | Mark J. Dorval | Partner | 650.00 | 1.60 | 1,040.00 |
| DJW | David J. Winkowski | Partner | 535.00 | 0.40 | 214.00 |
| MJC | Michael J. Cordone | Partner | 670.00 | 53.00 | 35,510.00 |
| MDV | Mark Villanueva | Partner | 520.00 | 1.00 | 520.00 |
| CN1 | Corey Norcross | Associate | 365.00 | 6.20 | 2,263.00 |
| | | **Total** | | **63.70** | **$39,674.50** |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

May 31, 2018
Invoice No. 18052075

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

**Disbursements and Other Related Charges**
**Incurred on Your Behalf**

| *Date* | *Description* | *Amount* |
|--------|---------------|----------|
| 04/30/18 | Duplicating | 34.27 |
| 04/30/18 | Scan | 403.88 |
| 04/30/18 | Relativity Hosting Fee | 1,724.88 |
| 02/15/18 | Travel Michael J. Cordone - Taxi from office to U. S. Bankruptcy Court for hearing in Gualtieri case 02/15/2018 | 8.00 |
| 04/11/18 | Travel Michael J. Cordone - Taxi from office to U. S. Bankruptcy Court for hearing in Gualtieri case 04/11/2018 | 8.00 |
| 04/16/18 | Courier Service - TimeCycle Couriers Inc.  Inv# 74726  3/18/18 | 7.00 |
| | **Total Disbursements** | **$2,186.03** |



**Stradley Ronon Stevens & Young, LLP**

2005 Market Street, Suite 2600

Philadelphia, PA 19103-7018

p: 215.564.8000

f: 215.564.8120

Federal Tax ID  23-1130381

Stradley Ronon would like to offer the following options to remit payment:

**1) For ACH or Wire Transactions:**

Citizens Bank of Pennsylvania
2001 Market Street
Philadelphia, PA 19103
For credit to Stradley Ronon Stevens & Young LLP
Account No.: 620096-961-6
ABA No.: 036076150
Please reference the invoice number being paid

**2) Mail your payments** in the enclosed envelope, if applicable

If you are currently receiving invoices by U.S. Mail and would prefer receipt by e-mail, please provide the e-mail address where the invoices should be sent and return this form to:

Stradley Ronon Stevens & Young, LLP
Attn:  Billing Manager
2005 Market Street, Suite 2600
Philadelphia, PA  19103-7018

Client Name: _____

E-mail Address _____

**Pennsylvania | Washington, D.C. | New York  | New Jersey | Illinois | Delaware**

A Pennsylvania Limited Liability Partnership

MERITAS LAW FIRMS WORLDWIDE



**Stradley Ronon Stevens & Young, LLP**

2005 Market Street, Suite 2600

Philadelphia, PA 19103-7018

p: 215.564.8000

f: 215.564.8120

Federal Tax ID  23-1130381

June 30, 2018                                                                                    WRS

Americorp Homes, Inc.                                    Account No.  188525-0001
Attn:  Renato J. Gualtieri
One South State Street                                        Invoice No. 18062439
Newtown, PA  18940

Re:   Bank Negotiations for Island View Crossings Community

FOR PROFESSIONAL SERVICES RENDERED for the period ending May 31, 2018, as
per attached schedule and printout:

| | | |
|---|---|---|
| Fees | $ | 5,474.00 |
| Disbursements | $ | 1,980.84 |
| Total Amount Due | $ | 7,454.84 |

**Payment Due Within 15 Days of Receipt of Invoice**

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

June 30, 2018
Invoice No. 18062439

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

### Detail for Fee Services Rendered

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| ▓▓ | ▓▓ | ▓ | ▓ | ▓ |
| ▓▓ | ▓▓ | ▓ | ▓ | ▓ |
| 05/01/18 | Two telephone conferences with A. Karalis re lender liability additional claims/amendment of complaint and joint prosecution agreement (.5); ▓▓ | ▓ | ▓ | ▓ |
| ▓▓ | ▓▓ | ▓ | ▓ | ▓ |
| ▓▓ | ▓▓ | ▓ | ▓ | ▓ |
| ▓▓ | ▓▓ | ▓ | ▓ | ▓ |
| ▓▓ | ▓▓ | ▓ | ▓ | ▓ |
| 05/18/18 | Telephone from K. O'Halloran re status of Island View and negotiations on lender liability case | MJC | 0.50 | 335.00 |
| ▓▓ | ▓▓ | ▓ | ▓ | ▓ |
| ▓▓ | ▓▓ | ▓ | ▓ | ▓ |
| ▓▓ | ▓▓ | ▓ | ▓ | ▓ |

|  |  | **Total Services** | **7.80** | **$5,474.00** |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

June 30, 2018
Invoice No. 18062439

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

### Summary of Fee Services Rendered

| Initials | Name | Title | Rate | Hours | Amount |
|----------|------|-------|------|-------|--------|
| WRS | William R. Sasso | Partner | 1,350.00 | 0.40 | 540.00 |
| MJD | Mark J. Dorval | Partner | 650.00 | 1.20 | 780.00 |
| MJC | Michael J. Cordone | Partner | 670.00 | 6.20 | 4,154.00 |
| | | | **Total** | **7.80** | **$5,474.00** |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

June 30, 2018
Invoice No. 18062439

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

### Disbursements and Other Related Charges
### Incurred on Your Behalf

| Date | Description | Amount |
|------|-------------|--------|
| 05/31/18 | Duplicating | 240.35 |
| 05/31/18 | Scan | 1.61 |
| 05/31/18 | Relativity Hosting Fee | 1,724.88 |
| 05/04/18 | Courier Service - TimeCycle Couriers Inc. 4/4/18 Inv # 75280 | 7.00 |
| 05/25/18 | Courier Service - TimeCycle Couriers Inc. Inv # 75847 5/11/18 | 7.00 |
| | **Total Disbursements** | **$1,980.84** |



**Stradley Ronon Stevens & Young, LLP**

2005 Market Street, Suite 2600

Philadelphia, PA 19103-7018

p: 215.564.8000

f: 215.564.8120

Federal Tax ID  23-1130381

Stradley Ronon would like to offer the following options to remit payment:

**1) For ACH or Wire Transactions:**

Citizens Bank of Pennsylvania
2001 Market Street
Philadelphia, PA 19103
For credit to Stradley Ronon Stevens & Young LLP
Account No.: 620096-961-6
ABA No.: 036076150
Please reference the invoice number being paid

**2) Mail your payments** in the enclosed envelope, if applicable
_____

If you are currently receiving invoices by U.S. Mail and would prefer receipt by e-mail, please provide the e-mail address where the invoices should be sent and return this form to:

Stradley Ronon Stevens & Young, LLP
Attn:  Billing Manager
2005 Market Street, Suite 2600
Philadelphia, PA  19103-7018

Client Name: _____

E-mail Address _____

**Pennsylvania | Washington, D.C. | New York  | New Jersey | Illinois | Delaware**

A Pennsylvania Limited Liability Partnership

MERITAS LAW FIRMS WORLDWIDE



Stradley Ronon Stevens & Young, LLP

2005 Market Street, Suite 2600

Philadelphia, PA 19103-7018

p: 215.564.8000

f: 215.564.8120

Federal Tax ID  23-1130381

August 29, 2018                                                                      WRS

Americorp Homes, Inc.                                       Account No.  188525-0001
Attn:  Renato J. Gualtieri
One South State Street                                       Invoice No. 18081910
Newtown, PA  18940

Re:   Bank Negotiations for Island View Crossings Community

---

FOR PROFESSIONAL SERVICES RENDERED for the period ending July 31, 2018, as
per attached schedule and printout:

| | | |
|---|---|---|
| Fees | $ | 30,089.00 |
| Disbursements | $ | 1,777.79 |
| Total Amount Due | $ | 31,866.79 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

August 29, 2018
Invoice No. 18081910

188525              Gualtieri, Renato J.
188525-0001        Bank Negotiations for Island View Crossings Community

**Detail for Fee Services Rendered**

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| ██████ | ████████████████████ ██████████████████ ████████████ | ████ | ███ | ██████ |
| ██████ | █████████████████ ███████████████████ ██████ | ████ | ███ | ██████ |
| ██████ | ███████████████████████ ██████████████ | ████ | ███ | ██████ |
| ██████ | ████████████████████████ ████ | ████ | ███ | ██████ |
| ██████ | ██████████████████████ | ████ | ███ | ██████ |
| ██████ | ████████████████████████ ████████████████ ██████ | ████ | ███ | ██████ |
| ██████ | ███████████████████ | ████ | ███ | ██████ |
| 07/18/18 | Continue review of Prudential documents (3.2); telephone S. Coren re document sharing issues (1.0); telephone G. Bressler re same (.3); email S. Coren re documents productions (.8) | MJC | 5.30 | 3,551.00 |
| 07/18/18 | Status update regarding lender liability litigation and exchange of information with counsel for Trustee. | MDV | 0.20 | 104.00 |
| 07/18/18 | Prepare for and participate in call with counsel for Island View regarding sharing of documents and strategy | CN1 | 2.50 | 912.50 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

August 29, 2018
Invoice No. 18081910

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| ██████ | ██████████████████████████; <br> Review documents produced to S. Coren (.8); | MJC | 7.10 | 4,757.00 |
| 07/19/18 | Prepared production disks for counsel to debtor per C. Norcross request. | EJM | 2.50 | 900.00 |
| 07/19/18 | Review material to be provided to counsel in bankruptcy matter. | MDV | 0.30 | 156.00 |
| 07/19/18 | Draft correspondence with counsel for debtor regarding documents produced in underlying litigation and discovery requests and responses | CN1 | 1.70 | 620.50 |
| ██████ | ██████████████████████████ <br> █████████████ | ████ | ████ | ████ |
| ██████ | ████████████████████████ <br> ████████████ | ████ | ████ | ████ |
| 07/20/18 | Review document production CDs and correspondence with co-counsel regarding same; strategize regarding case moving forward | CN1 | 1.60 | 584.00 |

|  | **Total Services** | | **47.90** | **$30,089.00** |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

August 29, 2018
Invoice No. 18081910

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

### Summary of Fee Services Rendered

| Initials | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| WRS | William R. Sasso | Partner | 1,350.00 | 1.20 | 1,620.00 |
| MJD | Mark J. Dorval | Partner | 650.00 | 0.30 | 195.00 |
| MJC | Michael J. Cordone | Partner | 670.00 | 36.30 | 24,321.00 |
| EJM | Edward McNellis | IT Lit Support | 360.00 | 2.50 | 900.00 |
| MDV | Mark Villanueva | Partner | 520.00 | 1.80 | 936.00 |
| CN1 | Corey Norcross | Associate | 365.00 | 5.80 | 2,117.00 |
| | | | **Total** | **47.90** | **$30,089.00** |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

August 29, 2018
Invoice No. 18081910

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

**Disbursements and Other Related Charges**
**Incurred on Your Behalf**

| *Date* | *Description* | *Amount* |
|--------|---------------|---------:|
| 07/31/18 | Duplicating | 45.77 |
| 07/31/18 | Scan | 1.38 |
| 07/31/18 | Relativity Hosting Fee | 1,730.64 |
| | **Total Disbursements** | **$1,777.79** |



**Stradley Ronon Stevens & Young, LLP**
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120
Federal Tax ID  23-1130381

Stradley Ronon would like to offer the following options to remit payment:

**1) For ACH or Wire Transactions:**

Citizens Bank of Pennsylvania
2001 Market Street
Philadelphia, PA 19103
For credit to Stradley Ronon Stevens & Young LLP
Account No.: 620096-961-6
ABA No.: 036076150
Please reference the invoice number being paid

**2) Mail your payments** in the enclosed envelope, if applicable
_____

If you are currently receiving invoices by U.S. Mail and would prefer receipt by e-mail, please
provide the e-mail address where the invoices should be sent and return this form to:

Stradley Ronon Stevens & Young, LLP
Attn:  Billing Manager
2005 Market Street, Suite 2600
Philadelphia, PA  19103-7018

Client Name: _____

E-mail Address _____

# STRADLEY RONON
### ATTORNEYS AT LAW

Stradley Ronon Stevens & Young, LLP

2005 Market Street, Suite 2600

Philadelphia, PA 19103-7018

p: 215.564.8000

f: 215.564.8120

Federal Tax ID  23-1130381

September 30, 2018                                                    WRS

Americorp Homes, Inc.                              Account No.  188525-0001
Attn:  Renato J. Gualtieri
One South State Street                              Invoice No. 18092557
Newtown, PA  18940

Re:   Bank Negotiations for Island View Crossings Community

---

FOR PROFESSIONAL SERVICES RENDERED for the period ending August 31, 2018, as
per attached schedule and printout:

| | | |
|---|---|---|
| Fees | $ | 25,600.50 |
| Disbursements | $ | 1,744.90 |
| Total Amount Due | $ | 27,345.40 |

**Payment Due Within 15 Days of Receipt of Invoice**

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

September 30, 2018
Invoice No. 18092557

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

**Detail for Fee Services Rendered**

| *Date* | *Description* | *Initials* | *Hours* | *Amount* |
|--------|---------------|-----------|---------|----------|
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮▮ | ▮▮▮ |
| 08/10/18 | Telephone from Trustee re: status of the case and litigation document sharing | MJC | 0.90 | 603.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

September 30, 2018
Invoice No. 18092557

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| ████ | ████████████████ ██████████████ | ██ | ██ | ████ |
| ████ | ████████████████ █████████████████ █████████████████ ██ | ██ | ██ | ████ |
| ████ | █████████████████ ███████████ ██████████████ █████████████ ██████████████ ███████ | ██ | ██ | ████ |
| ████ | ███████████████ ██████ | ██ | ██ | ████ |
| ████ | ████████████████ █████████████ ████████ | ██ | ██ | ████ |
| ████ | ███████████████ ████ | ██ | ██ | ████ |
| ████ | ██████████████████ ██████████████ ███████████████ ████████████████ ████████████████ ████████████████ | ██ | ██ | ████ |
| ████ | █████████████ | ██ | ██ | ████ |
| ████ | ████████████████ █████ | ██ | ██ | ████ |

|  |  | **Total Services** | **37.20** | **$25,600.50** |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

September 30, 2018
Invoice No. 18092557

| 188525 | Gualtieri, Renato J. |
| 188525-0001 | Bank Negotiations for Island View Crossings Community |

### Summary of Fee Services Rendered

| Initials | Name | Title | Rate | Hours | Amount |
|----------|------|-------|------|-------|--------|
| WRS | William R. Sasso | Partner | 1,350.00 | 2.20 | 2,970.00 |
| KDG | Kyle D. Gibson | Paralegal | 305.00 | 0.70 | 213.50 |
| MJC | Michael J. Cordone | Partner | 670.00 | 32.20 | 21,574.00 |
| KCA | Kevin Aldridge | Paralegal | 285.00 | 0.40 | 114.00 |
| MDV | Mark Villanueva | Partner | 520.00 | 0.70 | 364.00 |
| CN1 | Corey Norcross | Associate | 365.00 | 1.00 | 365.00 |
| | | | **Total** | **37.20** | **$25,600.50** |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

September 30, 2018
Invoice No. 18092557

188525        Gualtieri, Renato J.
188525-0001   Bank Negotiations for Island View Crossings Community

**Disbursements and Other Related Charges**
**Incurred on Your Behalf**

| *Date* | *Description* | *Amount* |
|---|---|---|
| 08/31/18 | Duplicating | 9.66 |
| 08/31/18 | Scan | 4.60 |
| 08/31/18 | Relativity Hosting Fee | 1,730.64 |
| | **Total Disbursements** | **$1,744.90** |



**Stradley Ronon Stevens & Young, LLP**

2005 Market Street, Suite 2600

Philadelphia, PA 19103-7018

p: 215.564.8000

f: 215.564.8120

Federal Tax ID  23-1130381

Stradley Ronon would like to offer the following options to remit payment:

**1) For ACH or Wire Transactions:**

Citizens Bank of Pennsylvania
2001 Market Street
Philadelphia, PA 19103
For credit to Stradley Ronon Stevens & Young LLP
Account No.: 620096-961-6
ABA No.: 036076150
Please reference the invoice number being paid

**2) Mail your payments** in the enclosed envelope, if applicable
_____

If you are currently receiving invoices by U.S. Mail and would prefer receipt by e-mail, please provide the e-mail address where the invoices should be sent and return this form to:

Stradley Ronon Stevens & Young, LLP
Attn:  Billing Manager
2005 Market Street, Suite 2600
Philadelphia, PA  19103-7018

Client Name: _____

E-mail Address _____

**Pennsylvania | Washington, D.C. | New York  | New Jersey | Illinois | Delaware**

A Pennsylvania Limited Liability Partnership

MERITAS LAW FIRMS WORLDWIDE



**Stradley Ronon Stevens & Young, LLP**

2005 Market Street, Suite 2600

Philadelphia, PA 19103-7018

p: 215.564.8000

f: 215.564.8120

Federal Tax ID  23-1130381

October 31, 2018            WRS

Americorp Homes, Inc.        Account No.  188525-0001
Attn:  Renato J. Gualtieri
One South State Street         Invoice No. 18103028
Newtown, PA  18940

Re:   Bank Negotiations for Island View Crossings Community

FOR PROFESSIONAL SERVICES RENDERED for the period ending September 30, 2018, as per attached schedule and printout:

| | | |
|---|---|---|
| Fees | $ | 12,541.00 |
| Disbursements | $ | 1,742.60 |
| Total Amount Due | $ | 14,283.60 |

**Payment Due Within 15 Days of Receipt of Invoice**

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

October 31, 2018
Invoice No. 18103028

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

### Detail for Fee Services Rendered

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| ███ | ████████████ ████████ | ███ | ███ | ███ |
| ███ | ████████ ████████ | ███ | ███ | ███ |
| ███ | ████████████ ████ | ███ | ███ | ███ |
| ███ | ████████ | ███ | ███ | ███ |
| ███ | ████████████ ███████ | ███ | ███ | ███ |
| ███ | ████ ██ | ███ | ███ | ███ |
| ███ | ████████████ ██████ | ███ | ███ | ███ |
| 09/18/18 | Telephone S. Coren re lender liability case, strategy discovery and joint prosecution agreement (.5); review files and email S. Coren re same (1.0) | MJC | 1.50 | 1,005.00 |
| ███ | ████████████ ████ | ███ | ███ | ███ |
| 09/24/18 | Review and revise joint prosecution agreement (1.5); ████████████ ████ | MJC | 2.30 | 1,541.00 |
| 09/24/18 | Review/revise draft common interest agreement with various parties. | MDV | 0.40 | 208.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

October 31, 2018
Invoice No. 18103028

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 09/24/18 | Confer with M. Cordone re: common interest agreement and strategy re: same. | MDV | 0.50 | 260.00 |
| 09/24/18 | Revise common interest/joint defense agreement. | MDV | 0.30 | 156.00 |
| 09/25/18 | Review and revise joint prosecution agreement | MJC | 1.80 | 1,206.00 |
| 09/25/18 | Further review/revisions to common interest agreement. | MDV | 0.20 | 104.00 |
| 09/26/18 | Attention to joint prosecution agreement (2.8) | MJC | 2.80 | 1,876.00 |
| █████ | ████████████████ | ████ | ████ | ██████ |
| █████ | ████████████████ | ████ | ████ | ██████ |

**Total Services**          **23.10**   **$12,541.00**

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

October 31, 2018
Invoice No. 18103028

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

### Summary of Fee Services Rendered

| Initials | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| WRS | William R. Sasso | Partner | 1,350.00 | 1.00 | 1,350.00 |
| MJC | Michael J. Cordone | Partner | 670.00 | 9.90 | 6,633.00 |
| KCA | Kevin Aldridge | Paralegal | 285.00 | 1.40 | 399.00 |
| MDV | Mark Villanueva | Partner | 520.00 | 1.40 | 728.00 |
| CN1 | Corey Norcross | Associate | 365.00 | 9.40 | 3,431.00 |
| | | | **Total** | **23.10** | **$12,541.00** |

Page 5

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

October 31, 2018
Invoice No. 18103028

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

**Disbursements and Other Related Charges**
**Incurred on Your Behalf**

| *Date* | *Description* | *Amount* |
|--------|---------------|---------:|
| 09/30/18 | Duplicating | 3.22 |
| 09/30/18 | Scan | 8.74 |
| 09/30/18 | Relativity Hosting Fee | 1,730.64 |
| | **Total Disbursements** | **$1,742.60** |



Stradley Ronon Stevens & Young, LLP

2005 Market Street, Suite 2600

Philadelphia, PA 19103-7018

p: 215.564.8000

f: 215.564.8120

Federal Tax ID  23-1130381

Stradley Ronon would like to offer the following options to remit payment:

**1) For ACH or Wire Transactions:**

Citizens Bank of Pennsylvania
2001 Market Street
Philadelphia, PA 19103
For credit to Stradley Ronon Stevens & Young LLP
Account No.: 620096-961-6
ABA No.: 036076150
Please reference the invoice number being paid

**2) Mail your payments** in the enclosed envelope, if applicable
_____

If you are currently receiving invoices by U.S. Mail and would prefer receipt by e-mail, please provide the e-mail address where the invoices should be sent and return this form to:

Stradley Ronon Stevens & Young, LLP
Attn:  Billing Manager
2005 Market Street, Suite 2600
Philadelphia, PA  19103-7018

Client Name: _____

E-mail Address _____

**Pennsylvania | Washington, D.C. | New York  | New Jersey | Illinois | Delaware**

A Pennsylvania Limited Liability Partnership

MERITAS LAW FIRMS WORLDWIDE

# STRADLEY
# RONON
### ATTORNEYS AT LAW

Stradley Ronon Stevens & Young, LLP

2005 Market Street, Suite 2600

Philadelphia, PA 19103-7018

p: 215.564.8000

f: 215.564.8120

Federal Tax ID  23-1130381

November 30, 2018                                             WRS

Americorp Homes, Inc.                            Account No.  188525-0001
Attn:  Renato J. Gualtieri
One South State Street                           Invoice No. 18112774
Newtown, PA  18940

Re:   Bank Negotiations for Island View Crossings Community

---

FOR PROFESSIONAL SERVICES RENDERED for the period ending October 31, 2018, as
per attached schedule and printout:

| | | |
|---|---|---|
| Fees | $ | 15,264.00 |
| Disbursements | $ | 2,950.45 |
| Total Amount Due | $ | 18,214.45 |

**Payment Due Within 15 Days of Receipt of Invoice**

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

November 30, 2018
Invoice No. 18112774

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

**Detail for Fee Services Rendered**

| *Date* | *Description* | *Initials* | *Hours* | *Amount* |
|---|---|---|---|---|
| 10/01/18 | Email parties re joint prosecution agreement (.1) | MJC | 0.10 | 67.00 |
| 10/03/18 | ██████████; attention to joint prosecution agreement (.1) | MJC | 0.30 | 201.00 |
| ██████ | ████████████████████ ████████████████ ████████████ | ████ | ██ | ████ |
| 10/09/18 | Review and revise joint prosecution agreement (.7); ████████████ | MJC | 0.90 | 603.00 |
| 10/10/18 | Review and revise joint prosecution agreement (.7); prepare for doc sharing (.6) | MJC | 1.30 | 871.00 |
| 10/10/18 | Strategize regarding joint defense agreement and sharing of client documents | CN1 | 0.60 | 219.00 |
| ██████ | ████████████████████ ██████████████ ████████ | ████ | ██ | ████ |
| 10/11/18 | Meeting with C. Norcross regarding transfer of data to joint defense group. | EJM | 0.20 | 72.00 |
| 10/11/18 | Analysis of data and prep for transfer to joint defense group per C. Norcross request. | EJM | 1.70 | 612.00 |
| 10/11/18 | Strategize regarding collection of electronic documents for production to joint defense counsel and trustees | CN1 | 0.80 | 292.00 |
| 10/15/18 | Attention to joint prosecution agreement | MJC | 0.30 | 201.00 |
| 10/15/18 | Prepared electronic case data for transfer for Joint Defense Group per C. Norcross request. | EJM | 2.40 | 864.00 |

Page 3

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

November 30, 2018
Invoice No. 18112774

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

| *Date* | *Description* | *Initials* | *Hours* | *Amount* |
|--------|---------------|------------|---------|----------|
| 10/16/18 | Attention to document production under joint prosecution group | MJC | 3.00 | 2,010.00 |
| 10/16/18 | Prepared production disks per M. Cordone request. | EJM | 2.60 | 936.00 |
| 10/16/18 | Prepared electronic data and documents for Joint Defense Group per C. Norcross request. | EJM | 1.40 | 504.00 |
| 10/17/18 | Attention to document production under joint prosecution group | MJC | 0.50 | 335.00 |
| 10/22/18 | Attention to discovery w/joint prosecution group (1.2) | MJC | 1.20 | 804.00 |
| ███████ | ███████████████████ | ████ | ███ | █████ |
| 10/25/18 | Attention to discovery w/joint defense group | MJC | 0.80 | 536.00 |
| 10/25/18 | Phone call with M. Cordone and C. Norcross regarding transfer of collection data. | EJM | 0.50 | 180.00 |
| 10/25/18 | Strategize regarding production of client documents to joint-defense counsel | CN1 | 1.20 | 438.00 |
| 10/26/18 | Prepared electronic data for production to Joint Defense Group per C. Norcross request. | EJM | 1.60 | 576.00 |
| 10/30/18 | Prepared E-Discovery data for transfer to Joint Defense Group per M. Cordone request. | EJM | 2.80 | 1,008.00 |
| 10/31/18 | Prepared electronic data collections for transfer to Joint Defense Group per C. Norcross request. | EJM | 1.80 | 648.00 |
| 10/31/18 | Coordinate preparation of database production to trustee(s) and counsel | CN1 | 0.50 | 182.50 |

|  | **Total Services** | | **33.00** | **$15,264.00** |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

November 30, 2018
Invoice No. 18112774

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

### Summary of Fee Services Rendered

| Initials | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| MJC | Michael J. Cordone | Partner | 670.00 | 10.80 | 7,236.00 |
| EJM | Edward McNellis | IT Lit Support | 360.00 | 15.00 | 5,400.00 |
| CN1 | Corey Norcross | Associate | 365.00 | 7.20 | 2,628.00 |
| | | | **Total** | **33.00** | **$15,264.00** |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

November 30, 2018
Invoice No. 18112774

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

## Disbursements and Other Related Charges
## Incurred on Your Behalf

| *Date* | *Description* | *Amount* |
|---|---|---|
| 10/31/18 | Duplicating | 13.11 |
| 10/31/18 | Scan | 190.90 |
| 10/31/18 | Relativity Hosting Fee | 1,730.64 |
| 09/12/18 | Travel Michael J. Cordone - Taxi from office to Bankruptcy Court for hearing in Ron Gualtieri case - 09/12/2018 | 12.75 |
| 10/31/18 | Miscellaneous - Citizens Bank Amazon.com Five external hard drive for client date  BCurran | 1,003.05 |
| | **Total Disbursements** | **$2,950.45** |



**Stradley Ronon Stevens & Young, LLP**
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120
Federal Tax ID  23-1130381

Stradley Ronon would like to offer the following options to remit payment:

**1) For ACH or Wire Transactions:**

Citizens Bank of Pennsylvania
2001 Market Street
Philadelphia, PA 19103
For credit to Stradley Ronon Stevens & Young LLP
Account No.: 620096-961-6
ABA No.: 036076150
Please reference the invoice number being paid

**2) Mail your payments** in the enclosed envelope, if applicable
_____

If you are currently receiving invoices by U.S. Mail and would prefer receipt by e-mail, please provide the e-mail address where the invoices should be sent and return this form to:

Stradley Ronon Stevens & Young, LLP
Attn:  Billing Manager
2005 Market Street, Suite 2600
Philadelphia, PA  19103-7018

Client Name: _____

E-mail Address _____

# STRADLEY RONON
### ATTORNEYS AT LAW

**Stradley Ronon Stevens & Young, LLP**

2005 Market Street, Suite 2600

Philadelphia, PA 19103-7018

p: 215.564.8000

f: 215.564.8120

Federal Tax ID  23-1130381

December 31, 2018                                                                WRS

Americorp Homes, Inc.                                        Account No.  188525-0001
Attn:  Renato J. Gualtieri
One South State Street                                        Invoice No. 18123020
Newtown, PA  18940

Re:   Bank Negotiations for Island View Crossings Community

FOR PROFESSIONAL SERVICES RENDERED for the period ending November 30, 2018, as
per attached schedule and printout:

| | | |
|---|---|---|
| Fees | $ | 34,399.50 |
| Disbursements | $ | 1,498.00 |
| Total Amount Due | $ | 35,897.50 |

**Payment Due Within 15 Days of Receipt of Invoice**

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

December 31, 2018
Invoice No. 18123020

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

### Detail for Fee Services Rendered

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 11/01/18 | Attention to discovery and document sharing w/co-counsel | MJC | 4.70 | 3,149.00 |
| 11/01/18 | Prepared electronic data for transfer to Joint Defense Group per M. Cordone request. | EJM | 0.70 | 252.00 |
| 11/01/18 | Prepared documents for attorney review per C. Norcross request. | EJM | 1.00 | 360.00 |
| 11/02/18 | Prepared hard drive copy of collection data for Joint Defense Group per M. Cordone request. | EJM | 1.20 | 432.00 |
| 11/02/18 | Prepared electronic documents for attorney review per C. Norcross request. | EJM | 1.40 | 504.00 |
| 11/02/18 | Review and analyze attorney notes information in anticipation of production of documents to trustee/trustee counsel | CN1 | 1.50 | 547.50 |
| 11/05/18 | Prepared encrypted hard drive of collection data for Joint Defense Group per C. Norcross request. | EJM | 1.30 | 468.00 |
| 11/06/18 | Prepared collection data for Joint Defense Group per M. Cordone request. | EJM | 2.60 | 936.00 |
| 11/07/18 | Prepared collection data metadata for Joint Defense Group per C. Norcross request. | EJM | 2.30 | 828.00 |
| 11/08/18 | Prepared collection data and hard drives for Joint Defense Group per M. Cordone and C. Norcross request. | EJM | 1.00 | 360.00 |
| 11/09/18 | Review and log client's hard-copy documents in preparation for transfer to trustee and counsel | CN1 | 1.60 | 584.00 |
| 11/12/18 | Review cover letter for collection data hard drive per C. Norcross request. | EJM | 0.10 | 36.00 |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

December 31, 2018
Invoice No. 18123020

| 188525 | Gualtieri, Renato J. |
| 188525-0001 | Bank Negotiations for Island View Crossings Community |

| Date | Description | Initials | Hours | Amount |
| --- | --- | --- | --- | --- |
| 11/12/18 | Review and log client's hard-copy documents in preparation for transfer to trustee and counsel | CN1 | 2.90 | 1,058.50 |
| ██████ | ████████████████████████ ██████████████████ ████████████████████ ██████████████████ | ██████ | ████ | ████████ |
| 11/14/18 | Prepared encrypted hard drives for production per C. Norcross request. | EJM | 0.20 | 72.00 |
| 11/14/18 | Finalize and produce hard drive to trustees and counsel | CN1 | 0.90 | 328.50 |
| ██████ | ████████████████████████ ████████████████████ ███████████████ | ██████ | ████ | ████████ |
| 11/15/18 | ███████████████████████; email K. O'Halloran and A. Karalis re discovery (.2) | MJC | 0.90 | 603.00 |
| 11/15/18 | Finalize indexing of client documents and coordinate delivery of boxes to Trustee's counsel | CN1 | 1.10 | 401.50 |
| ██████ | █████████████████████████ ████████████████████ ████████████████████ ████████████████████ ███████████ | ██████ | ████ | ████████ |
| ██████ | ████████████████████ █████████ | ██████ | ████ | ████████ |
| 11/16/18 | Finalize and coordinate delivery of boxes to Trustee's counsel | CN1 | 0.50 | 182.50 |
| ██████ | ████████████████████████ ██████████████████ | ██████ | ████ | ████████ |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

December 31, 2018
Invoice No. 18123020

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| ███ | ██████████████████ | ██ | ██ | ██ |
| ███ | ███████████████ ██████████ | ██ | ██ | ██ |
| ███ | ████████████ | ██ | ██ | ██ |
| ███ | ██████████████████ ██████████████ ███ | ██ | ██ | ██ |
| ███ | ██████████████████ ███████████ | ██ | ██ | ██ |
| ███ | ██████████████████ █████████████ █████████████ ████ | ██ | ██ | ██ |
| ███ | ████████████ | ██ | ██ | ██ |
| ███ | ██████████████████ ███████████████ ███████ | ██ | ██ | ██ |
| ███ | ███████████████ ████████ | ██ | ██ | ██ |
| ███ | ██████████████; attention to discovery issues w/S. Coren and G. Bressler (.9) | MJC | 3.90 | 2,613.00 |
| ███ | ██████████████████ █████████████ █████████ | ██ | ██ | ██ |
| ███ | ██████████████████ ██ | ██ | ██ | ██ |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

December 31, 2018
Invoice No. 18123020

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| ████ | ████████████████████ ██ | ██ | ██ | ████ |
|      | ███████████████████ |  |  |  |
|      | ████████████████████ |  |  |  |
|      | ████████████████████ |  |  |  |
|      | ███████████ |  |  |  |
| ████ | ████████████████████████ | | ██ | ████ |
|      | ███████████████████ |  |  |  |
|      | ████████████████████ |  |  |  |
|      | █████████████████████ |  |  |  |
|      | █████████████ |  |  |  |
| ████ | █████████████████████ ██ | | ██ | ████ |
|      | ██ |  |  |  |
| ████ | █████████████████████ ██ | | ██ | ████ |
|      | ██ |  |  |  |

|  | | **Total Services** | **74.40** | **$34,399.50** |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

December 31, 2018
Invoice No. 18123020

| 188525 | Gualtieri, Renato J. |
| 188525-0001 | Bank Negotiations for Island View Crossings Community |

### Summary of Fee Services Rendered

| Initials | Name | Title | Rate | Hours | Amount |
|----------|------|-------|------|-------|--------|
| MJD | Mark J. Dorval | Partner | 650.00 | 2.10 | 1,365.00 |
| MJC | Michael J. Cordone | Partner | 670.00 | 30.20 | 20,234.00 |
| EJM | Edward McNellis | IT Lit Support | 360.00 | 11.80 | 4,248.00 |
| CN1 | Corey Norcross | Associate | 365.00 | 8.50 | 3,102.50 |
| MSW | Mischa Wheat | Associate | 250.00 | 21.80 | 5,450.00 |
| | | | **Total** | **74.40** | **$34,399.50** |

Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
p: 215.564.8000
f: 215.564.8120

December 31, 2018
Invoice No. 18123020

188525          Gualtieri, Renato J.
188525-0001     Bank Negotiations for Island View Crossings Community

**Disbursements and Other Related Charges
Incurred on Your Behalf**

| *Date* | *Description* | *Amount* |
|---|---|---|
| 11/30/18 | Duplicating | 14.95 |
| 11/30/18 | Relativity Hosting Fee | 1,821.48 |
| 11/06/18 | Courier Service - TimeCycle Couriers Inc.- Invoice 79089 10/21/18 | 7.00 |
| 11/15/18 | Courier Service - TimeCycle Couriers Inc. - Invoice # 79094 10/28/2018 | 7.00 |
| 11/29/18 | Miscellaneous - Citizens Bank  Amazon 4 exteranl hard drives for client data | 635.80 |
| 11/29/18 | Miscellaneous - Citizens Bank Amazon Five external hard drives for client data (returned) | (988.23) |

**Total Disbursements**          **$1,498.00**



**Stradley Ronon Stevens & Young, LLP**

2005 Market Street, Suite 2600

Philadelphia, PA 19103-7018

p: 215.564.8000

f: 215.564.8120

Federal Tax ID  23-1130381

Stradley Ronon would like to offer the following options to remit payment:

**1) For ACH or Wire Transactions:**

Citizens Bank of Pennsylvania
2001 Market Street
Philadelphia, PA 19103
For credit to Stradley Ronon Stevens & Young LLP
Account No.: 620096-961-6
ABA No.: 036076150
Please reference the invoice number being paid

**2) Mail your payments** in the enclosed envelope, if applicable

---

If you are currently receiving invoices by U.S. Mail and would prefer receipt by e-mail, please
provide the e-mail address where the invoices should be sent and return this form to:

Stradley Ronon Stevens & Young, LLP
Attn:  Billing Manager
2005 Market Street, Suite 2600
Philadelphia, PA  19103-7018

Client Name: _____

E-mail Address _____

**Pennsylvania | Washington, D.C. | New York  | New Jersey | Illinois | Delaware**

A Pennsylvania Limited Liability Partnership

**MERITAS** LAW FIRMS WORLDWIDE