**Exhibit B**

| Invoice No. | Date | Name | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 18022064 | 1/11/2018 | Michael J. Cordone | 1 | 10 | $ 10.00 | Travel to Creditor Election |
| 18022064 | 1/17/2018 | Michael J. Cordone | 1 | 15.04 | $ 15.04 | Postage re Emergency Motion to Estimate Claim |
| 18022064 | 1/25/2018 | Michael J. Cordone | 10 | 0.23 | $ 2.30 | Duplicating Michael Cordone - 10 BW Prints |
| 18022064 | 1/25/2018 | Michael J. Cordone | 1 | 9 | $ 9.00 | Travel to hearing on Esimtation Motion |
| 18022064 | 1/29/2018 | Michael J. Cordone | 12 | 0.23 | $ 2.76 | Duplicating Michael Cordone - 12 Copies |
| 18022064 | 1/29/2018 | Michael J. Cordone | 1 | 9 | $ 9.00 | Travel to Creditor Election |
| 18052075 | 2/15/2018 | Michael J. Cordone | 1 | 8 | $ 8.00 | Travel to Status Hearing |
| 18123020 | 11/15/2018 | Michael J. Cordone | 1 | 7 | $ 7.00 | Courier Service - TimeCycle Couriers Inc. - (Hard Drive) |
|  |  |  | | Total: | $ 63.10 | |