## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
------------------------------------------------ x
In re                                            :   Chapter 11
                                                 :
                                                 :
ISLAND VIEW CROSSING II, L.P.,                   :   Case No. 17-14454 (ELF)
                                                 :
                Debtor.                          :
                                                 :
                                                 :
------------------------------------------------ x
```

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Stradley Ronon Stevens & Young, LLP ("**Stradley**") has filed its Motion for Entry of an Order Allowing Administrative Expense Pursuant to Sections 503(b)(3)(D) and 503(b)(4) of the Bankruptcy Code (the "**Motion**").

1. **Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then **you or your attorney must file a response to the Motion**. (See Instructions on next page.)

3. In accordance with Section VI of the Notice of Deadlines to File Requests for Payment of Certain Administrative Expense Claims Pursuant to 11 U.S.C. § 503(b) [Dkt. No. 699] (the "**Claims Bar Notice**"), no hearing date or response deadline has been scheduled with respect to the Motion.

4. **If you do not file a response to the Motion**, the court may enter an order granting the relief requested in the Motion without a hearing.

5. You may contact the Bankruptcy Court Clerk's Office at 215-408-2800 to find out whether any hearing has been scheduled or whether any such hearing has been canceled because no one filed a response.

4786324v.3

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at:

   **United States Bankruptcy Court
   Eastern District of Pennsylvania
   Clerk's Office
   900 Market Street, Suite 400
   Philadelphia, PA 19107**

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it to the above address.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

    Daniel M. Pereira, Esquire
    Stradley Ronon Stevens & Young, LLP
    2005 Market Street, Suite 2600
    Philadelphia, PA 19103
    (215) 564-8000
    (215) 564-8120 (fax)
    dpereira@stradley.com

Dated: July 12, 2021                /s/ Daniel M. Pereira
Philadelphia, Pennsylvania          STRADLEY RONON STEVENS & YOUNG, LLP
                                    Gretchen M. Santamour, Esq.
                                    Daniel M. Pereira, Esq.
                                    2005 Market Street, Suite 2600
                                    Philadelphia, PA 19103
                                    Tel: (215) 564-8000
                                    Fax: (215) 564-8120
                                    gsantamour@stradley.com
                                    dpereira@stradley.com

4786324v.3