**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| ISLAND VIEW CROSSING II, L.P., | : | Case No. 17-14454 (ELF) |
| Debtor. | : | |

**ORDER ALLOWING ADMINISTRATIVE EXPENSE IN FAVOR OF STRADLEY RONON STEVENS & YOUNG, LLP BASED ON SUBSTANTIAL CONTRIBUTION TO THE BANKRUPTCY ESTATE PURSUANT TO 11 U.S.C. 503(b)**

AND NOW, this ___ day of _____, 2021, upon consideration of the Motion of Stradley Ronon Stevens & Young, LLP ("Stradley") for Entry of an Order Allowing Administrative Expense Pursuant to Sections 503(b)(3)(D) and 503(b)(4) of the Bankruptcy Code (the "**Motion**") and any objections thereto, and after notice and a hearing, and with good cause appearing:

1. The Motion is granted.

2. All objections to the Motion not previously withdrawn are hereby overruled.

3. An administrative expense under Section 503(b)(3)(D) of the Bankruptcy Code is hereby allowed in favor of Stradley in the amount of $_____.

4. An administrative expense under Section 503(b)(4) of the Bankruptcy Code is hereby allowed in favor of Stradley in the amount of $_____.

5.  The Chapter 11 Trustee timely shall cause to be paid the full amount of the administrative expenses allowed above in accordance with the applicable timelines for the payment of such administrative expense in this chapter 11 case.

Dated: _____, 2021
      Philadelphia, Pennsylvania

_____
Hon. Eric L. Frank
United States Bankruptcy Judge

4786324v.3