UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ISLAND VIEW CROSSING II, L.P.,     :     Chapter 11
:
Debtor                    :     Bky. No.  17-14454 ELF

# O R D E R

**AND NOW**, following a status hearing, it is hereby **ORDERED** that:

1. The hearing on confirmation of the chapter 11 plan proposed by the Chapter 11 Trustee is **CONTINUED** pending resolution of the Trustee's Motion to: (a) Determine Value of Property (b) the Amount of Prudential Savings Banks Secured Claim Pursuant to 11 U.S.C. § 506(a), (c) the Amount of Prudentials Interest, Fees, Costs or Other Charges Pursuant to 11 U.S.C. § 506(b), (d) the Amount of the Bankruptcy Estates Surcharge of Prudentials Collateral Pursuant to 11 U.S.C. § 506(c), (e) the Trustees Entitlement to Use the Proceeds from the Sale of Residential Units in Phase 1 (After Payment of the Release Prices Set Forth in the Prudential Release of Liens Agreement) to Pay Permitted Claims under the Plan, (f) the Estates Entitlement to Relief under the Equities of the Case Exception Pursuant to § 552(b)(1), and (g) Granting Related Relief ("the Trustee's Motion") (Doc. # 765);

2. With respect to the Trustee's Motion:

    (a) The parties shall complete all discovery by **September 24, 2021**;

    (b) A final pretrial conference is **SCHEDULED** on **September 29, 2021, at 11:00 a.m.**

Date:  July 22, 2021

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE