IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **ISLAND VIEW CROSSING II, L.P.** | : | **BANKRUPTCY NO. 17-14454(ELF)** |
| | : | |
| **Debtor** | : | |
| | : | |

## ORDER

**AND NOW,** upon consideration of the Motion of Kevin O'Halloran, Chapter 11 Trustee, for Entry of an Order Approving Loan Modification Agreement with BKRE Investments, LLC Pursuant to 11 U.S.C. §§ 105(a) and 364 (the "Motion")[1]; it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Agreement is **APPROVED**.

3. The Maturity Date in the Loan Documents is extended to and including January 31, 2022.

4. The Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

**BY THE COURT:**

Dated: _____    _____
ERIC L. FRANK,
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.