IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| ISLAND VIEW CROSSING II, L.P. | : | BANKRUPTCY NO. 17-14454(ELF) |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Aris J. Karalis, Esquire, do hereby certify that on August 3, 2021 I caused to have served a copy of the Motion of Kevin O'Halloran, Chapter 11 Trustee, for Entry of an Order Approving Loan Modification Agreement with BKRE Investments, LLC Pursuant to 11 U.S.C. §§ 105(a) and 364 and Notice of Motion, Response Deadline and Hearing Date upon the parties on the attached list in the manner indicated thereon.

**KARALIS PC**

By:  /s/ Aris J. Karalis
　　　ARIS J. KARALIS

*Attorneys for the Trustee*

Dated: August 3, 2021

**VIA ECF TRANSMISSION**

Dave P. Adams, Esquire
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
dave.p.adams@usdoj.gov

**County of Bucks**
Robert A. Badman, Esquire
Curtin & Heefner LLP
1040 Stony Hill Road, Suite 150
Yardley, PA 19067
rab@curtinheefner.com

**Bonnie Finkel, Ch. 7 Trustee - Calnshire**
Gary D. Bressler, Esquire
McElroy Deutsch Mulvaney & Carpenter
1617 John F. Kennedy, Suite 1500
Philadelphia, PA 19103
gbressler@mdmc-law.com

George M. Conway, Esquire
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
george.m.conway@usdoj.gov

**Stradley Ronon Stevens & Young LLP**
Michael J. Cordone, Esquire
Stradley Ronon Stavens and Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103
mcordone@stradley.com

**Renato Gualtieri**
Jeffrey A. Dailey, Esquire
Dailey LLP
1650 Market Street, Suite 3600
Philadelphia, PA 19103
jdailey@daileyllp.com

**Prudential Savings Bank**
Edmond M. George, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
Centre Square West, 1500 Market Street, Suite 3400
Philadelphia, PA 19102
edmond.george@obermayer.com

**Commonwealth Capital LLC**
Janet L. Gold, Esquire
Eisenberg, Gold & Agrawal, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, NJ 08034
jgold@egalawfirm.com

**Island View Crossing II, L.P.**
Robert M. Greenbaum, Esquire
Smith Kane
112 Moores Road, Suite 300
Malvern, PA 19355
rgreenbaum@sgllclaw.com

**Redevelopment Authority of Bucks Co.;
DelGrasso; Mastridge & Silva**
Michael P. Kelly, Esquire
Cowan & Kelly
202 Penns Square
Langhorne, PA 19047
mpkpc@aol.com

**Prudential Savings Bank**
Samantha J. Koopman, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
Centre Square West, 1500 Market Street, Suite 3400
Philadelphia, PA 19102

**Kaplin Stewart Meloff Reiter & Stein PC**
William J. Levant, Esquire
Kaplin Stewart
910 Harvest Drive, P.O. Box 3037
Blue Bell, PA 19422
efile.wjl@kaplaw.com

**Bucks County Tax Claim Bureau**
Barbara R. Merlie, Esquire
Rudolph Clarke LLC
7 Neshaminy Interplex, Suite 200
Trevose, PA 19053
gferrante@rudolphclarke.com

**McElderry Drywall, Inc.**
Larry L. Miller, Esquire
Miller Law Offices, P.C.
1423 State Road
Duncannon, PA 17020
llmmillerlaw@earthlink.net

**Bohler Engineering**
Anna Patras, Esquire
Bohler Engineering PA, LLC
300 Independence Blvd., Suite 200
Warren, NJ 07059
apatras@bohlereng.com

**BKRE Investments, LLC**
Jerry E. Peer, Jr.
545 Metro Place South, Suite 435
Dublin, OH 43017-3386
jpeer@petersonconners.com

**Stradley Ronon Stevens & Young LLP**
Daniel M. Pereira, Esquire
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
dpereira@stradley.com

**Bristol Borough**
William J. Salerno, Esquire
Law Office of William J. Salerno
220 Radcliffe Street
Bristol, PA 19007
law.office.of.wjs@comcast.net

**Stradley Ronon Stevens & Young LLP**
Gretchen M. Santamour, Esquire
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
gsantamour@stradley.com

**Premium Excavating, LLC**
William E. Scott, Esquire
Jackson Cook Caracappa & Scott
6 Penns Trail, Suite 202
Newtown, PA 18940-1889
bscott@jccslaw.com

**Khandulans and Samira Ranganathan**
Michael J. Shavel, Esquire
Hill Wallack, LLP
777 Township Line Road, Suite 250
Yardley, PA 19067-5565
mshavel@hillwallack.com

**Island View Crossing II, L.P.**
David B. Smith, Esquire
Smith Kane
112 Moores Road, Suite 300
Malvern, PA 19355
dsmith@smithkanelaw.com

**Prudential Savings Bank**
Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
Centre Square West, 1500 Market Street, Suite 3400
Philadelphia, PA 19102
michael.vagnoni@obermayer.com

**Geostructures, Inc.**
Michelle S. Walker, Esquire
Walker Law Group, LLC
33 Rock Hill Road, Suite 210
Bala Cynwyd, PA 19004
mwalker@walkerlawgroupllc.com

**Bohler Engineering PA, LLC**
Robert R Watson, Jr., Esquire
470 Norristown Road, Suite 302
Blue Bell PA 19422
rwatson@eastburngray.com

**VIA E-MAIL**

Kevin O'Halloran
Chapter 11 Trustee
P.O. Box 723307
Atlanta, GA 31139
kevinnm@bellsouth.net