Ranganathan Khandulans
133 Mercer Court
Fairless Hills, PA 19030-2025

Dated: 8/5/2021

Honorable Eric L. Frank
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of Pennsylvania
Court # 1, 900 Market Street
Philadelphia, PA 19107

In Ref           : Island View Crossing II, L.P
Case No          : 17-14454-elf Chapter 11
Clerk of Court   : Timothy B McGrath

In reference to the above we object to any type of compensation or expenses approval requested by Trustee or its *counsel till deposit money is returned in full from the sale proceed of the unit against which deposits were made us*. This request is also made due to discrimination committed by the Trustee and its counsels who without transparency, settled secretly with *white creditors* by allowing them to own a home in the above mentioned community (currently under the name of Radcliffe Court) and not giving us the same opportunity or considerations (see attached).

Sincerely

Ranganathan Khandulans

AUG 1 3 2021

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Island View Crossing II, L.P.
    Debtor(s)

Case No: 17-14454-elf
Chapter: 11

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank, United States Bankruptcy Judge to consider:

Objection to Application for Compensation filed by Spec. Counsel Stradley Ronon Stevens & Young, LLP

    on: 8/4/21

    at: 11:00 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 7/27/21

Timothy B. McGrath
Clerk of Court

775 – 774
Form 167

005283      30909005288015