## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | **CHAPTER 11** |
| : | |
| **ISLAND VIEW CROSSING II, L.P.** : | **BANKRUPTCY NO. 17-14454(ELF)** |
| : | |
| **Debtor** : | |
| : | |

### ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of the First and Final Fee Application of Stradley Ronon Stevens & Young, LLP ("Stradley") as Special Litigation Counsel to Island View Crossing II, L.P. for the period from July 18, 2017 through February 28, 2018 (the "Fee Application") and the Limited Objection of Kevin O'Halloran, Chapter 11 Trustee; it is hereby,

**ORDERED** as follows:

1. Stradley is allowed compensation in the amount of $_____ for services rendered and $_____ for reimbursement of expenses for a total of $_____ for the period from July 18, 2017 through February 28, 2018.

2. The Trustee is authorized, but not directed, to pay the allowed compensation and expenses from funds in the bankruptcy estate.

**BY THE COURT:**

_____
ERIC L. FRANK,
UNITED STATES BANKRUPTCY JUDGE