# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **CHAPTER 11** |
| **ISLAND VIEW CROSSING II, L.P.** | **BANKRUPTCY NO. 17-14454(ELF)** |
| **Debtor** | |

## CERTIFICATE OF SERVICE

I, Jerry E. Peer, Jr., Esquire, do hereby certify that on the 31st day of August 2021 a copy of the Limited Objection of BKRE Investments, LLC, to the First and Final Fee Application of Stradley Ronon Stevens & Young, LLP as Special Litigation Counsel to Island View Crossing II, L.P. for the Period July 18, 2017 through February 28, 2018 was served upon the parties on the attached list in the manner indicated thereon.

Dated: August 31, 2021

Respectfully submitted,

**PETERSON CONNERS LLP**

/s/ Jerry E. Peer, Jr.
Jerry E. Peer, Jr. (0075128)
545 Metro Place South, Suite 435
Dublin, Ohio 43017
Direct Dial: (614) 745-8845
Telephone: (614) 365-7000
Facsimile: (614) 220-0197
E-mail: jpeer@petersonconners.com
*Counsel for BKRE Investments, LLC*

**VTA ECF TRANSMISSION**

**Bonnie Finkel, Ch. 7 Trustee - Calnsbire**
Gary D. Bressler, Esquire
McElroy Deutsch Mulvaney & Carpenter
1617 John F. Kennedy, Suite 1500
Philadelphia, PA 19103
gbressler(a)mdmc-law.com

**Renato Gualtieri**
Jeffrey A. Dailey, Esquire
DaileyLLP
1650 Market Street, Suite 3600
Philadelphia, PA 19103
jdai.leyla)dai.leyll.p.com

**Island View Crossing II, L.P.**
Robert M. Greenbaum, Esquire
Smith Kane
112 Moores Road, Suite 300
Malvern, PA 19355
rgrnenbaum iiilsgll claw.com

**Kaplin Stewart Meloff Reiter & Stein PC**
William J. Levant, Esquire
Kaplin Stewart
910 Harvest Drive, P.O. Box 3037
Blue Bell, PA 19422
efilc.wjl@kap law.com

**Bohler Engineering**
Anna Patras, Esquire
Bohler Engineering PA, LLC
300 Independence Blvd., Suite 200
Warren, NJ 07059
apatras!a\bohk reng.com

**Bristol Borough**
William J. Salemo, Esquire
Law Office of William J. Salemo
220 Radcliffe Street
Bristol, PA 19007
law.officc.of.wjsciilcomcas t.nc t.

**Khandulans and Samira Ranganathan**
Michael J. Shave!, Esquire
Hill Wallack, LLP
777 Township Line Road, Suite 250
Yardley, PA 19067-5565
rnshavcl,(,. hil lwallack .com

**Gcostructurcs, 1nc.**
Michelle S. Walker, Esquire
Walker Law Group, LLC
33 Rock Hill Road, Suite 210
Bala Cynwyd, PA 19004
rnwalkcnii walkc rlawrrroup llc.corn

**VIA E-MAIL**

Dave P. Adams, Esquire
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
da vc.p.adams@usdo j.gov

George M. Conway, Esquire
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia,PA 19106
gcorge.m.conwav@ius doi. gov

**Prudential Savings Bank**
Edmond M. George, Esquire
Obermayer Rehmann Maxwell & Hippe!, LLP
Centre Square West, 1500 Market Street, Suite 3400
Philadelphia, PA 19!02
cdmond.gcorge@obe rmaver.com

Redevelopment Authority of Bucks Co.;
DelGrasso; Mastridge & Silva
Michael P. Kelly, Esquire
Cowan&Kclly
202 Penns Square
Langhorne, PA 19047
mpkpcrt'va ol.com

**Bucks County Tax Claim Bureau**
Barbara R. Merlie, Esquire
Rudolph Clarke LLC
7 Neshaminy Interplex, Suite 200
Trevose, PA 19053
gforrante(iv,rndolph cla rke.com

Aris J. Karalis, Esquire
1900 Spruce Street
Philadelphia, PA 19103
akaralis@karalislaw.com,
jhysley@karalislaw.com

**Stradley Ronon Stevens & Young LLP**
Gretchen M. Santamour, Esquire
Stradley Ronan Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
gsantamo ur(ii/st radlcv.com

**Island View Crossing II, L.P.**
David B. Smith, Esquire
Smith Kane
112 Moores Road, Suite 300
Malvern, PA 19355
dsmilh(iis mithkand aw.com

**Bohler Engineering PA, LLC**
Robert R Watson, Jr., Esquire
470 Norristown Road, Suite 302
Blue Bell PA 19422
rwat.so n((11cas lburn grnv.com

Kevin O'Hallo ran
Chapter 11 Trustee
P.O. Box 723307
Atlanta, GA 31139
kcv innmr,11bcllsouth.n ct

**County of Bucks**
Robert A. Badman, Esquire
Curtin & Heefner LLP
1040 Stony Hill Road, Suite 150
Yardley, PA 19067
rab(ii'curti nheefoer.com

**Stradley Ronon Stevens & Young LLP**
Michael J. Cordone, Esquire
Stradley Ronon Stavens and Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103
mcordone(ii)s tradlev.com

**Commonwealth Capital LLC**
Janet L. Gold, Esquire
Eisenberg, Gold & Agrawal, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, NJ 08034
igold(@e_galawfirm.com

**Prudential Savings Bank**
Samantha J. Koopman, Esquire
Obermayer Rehmann Maxwell & Hippe!, LLP
Centre Square West, 1500 Market Street, Suite 3400
Philadelphia, PA 19102

**McElderry Drvwall, Inc.**
Larry L. Miller, Esquire
Miller Law Offices, P.C.
1423 State Road
Duncannon, PA 17020
llmmille rlaw,0 e arthlink.n et

**Stradley Ronon Stevens & Young LLP**
Daniel M. Pereira, Esquire
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
dpc reira((v,s tra dlev.com

**Premium Excavating, LLC**
William E. Scott, Esquire
Jackson Cook Caracappa & Scott
6 Penns Trail, Suite 202
Newtown, PA 18940-1889
bscott0!.jccs law.corn

**Prudential Savings Bank**
Michael D. Vagnoni, Esquire
Obermayer Rehmann Maxwell & Hippe), LLP
Centre Square West, 1500 Market Street, Suite 3400
Philadelphia, PA 19102
michael.vagn oni1a 'o bermaver.com