Ranganathan Khandulans
133 Mercer Court
Fairless Hills, PA 19030-2025

Dated: August 30, 2021

Honorable Eric L. Frank
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of Pennsylvania
Court # 1, 900 Market Street
Philadelphia, PA 19107

In Ref: Island View Crossing II, L.P
Case No: 17-14454-elf Chapter 11
Clerk of Court: Timothy B McGrath

In reference to application for:

a) Compensation filed by Sepc. Counsel Stradley Ronon Stevens & Young, LLP
b) Island View Crossing II, L.P (Doc 794-4 and 796 Filed 8/3/2021

I request you to send me the question(s) or questionnaire instead of telephone hearing scheduled for September 8, 2021 at 11.00 AM so that I can send my written response to them. Just for record, I had attached the reasons in the previous communications along with my objections to application for compensation filed Trustee Mr. Kevin O'Halloran also. I look forward to justice delivered to me at the earliest as it is now more than seven years.

Respectfully

Ranganathan Khandulans 8/30/2021

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Island View Crossing II, L.P.
    Debtor(s)

Case No: 17-14454-elf
Chapter: 11

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank, United States Bankruptcy Judge to consider:

Objection to Application for Compensation filed by Spec. Counsel Stradley Ronon Stevens & Young, LLP Filed by Ranganathan Khandulans.. Telephone Phone Number: 1-877-336-1828 Access Code: 1229352

on: 9/8/21

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M-20-3003

For The Court

Date: 8/18/21

Timothy B. McGrath
Clerk of Court

804 – 801
Form 167