IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| ISLAND VIEW CROSSING II, L.P. | : | BANKRUPTCY NO. 17-14454(ELF) |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

**AND NOW,** upon consideration of the Motion of Stradley Ronon Stevens & Young, LLP ("Stradley") for an Order allowing Administrative Expense pursuant to Sections 503(b)(3)(D) and 503(b)(4) of the Bankruptcy Code (the "Motion"), and the Limited Objection of Kevin O'Halloran, Chapter 11 Trustee, thereto; it is hereby,

**ORDERED** as follows:

1. An administrative expense under Section 503(b)(4) of the bankruptcy Code is allowed in favor of Stradley in the amount of $_____.

2. The Trustee is authorized, but not directed, to pay the allowed administrative expense approved by this Order from funds in the bankruptcy estate.

**BY THE COURT:**

Dated: _____    _____
ERIC L. FRANK,
UNITED STATES BANKRUPTCY JUDGE