IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **ISLAND VIEW CROSSING II, L.P.** | : | **BANKRUPTCY NO. 17-14454(ELF)** |
| | : | |
| **Debtor** | : | |
| | : | |

## ORDER

**AND NOW,** this _____ day of _____, 2021, upon consideration of the First Interim Application for Compensation and Reimbursement of Expenses (the "Application") of Newbridge Management, LLC (the "Applicant"), as financial advisors for Kevin O'Halloran, the Chapter 11 Trustee, ("Trustee") for Island View Crossing II, L.P. ("Debtor"), and after notice, it is hereby

**ORDERED** that:

1. The Application is **APPROVED**;

2. The Applicant is allowed compensation in the amount of $_____ for services rendered and $103,708.73 for reimbursement of expenses, for a total of $_____, for the period from February 4, 2018 through July 31, 2021.

3. The Trustee is authorized to pay the Applicant the compensation allowed herein.

**BY THE COURT:**

_____
ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE