**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **ISLAND VIEW CROSSING II, L.P.** | : | **BANKRUPTCY NO. 17-14454(ELF)** |
| | : | |
| **Debtor** | : | |
| | : | |

## VERIFIED STATEMENT

The undersigned hereby swears and affirms pursuant to 28 U.S.C. §1746 that the following information is true and correct to the best of his knowledge, information and belief:

1.      I am a Director at Newbridge Management, LLC, the Applicant named in the First Interim Application of Financial Advisor to the Trustee for Allowance of Compensation and Reimbursement of Expenses; that the facts set forth therein are true and correct; that my firm has no agreement directly or indirectly, and no understanding exists in any form or guise with any person for a division of the compensation herein requested.

2.      I declare under the penalty of perjury that the foregoing is true and correct.


                                                  /s/ Ralph Brotherton
                                                  Ralph Brotherton

Dated: October 15, 2021