# EXHIBIT 1
# ASSET ANALYSIS AND RECOVERY

**Newbridge Management, LLC**
**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | Staff | | Description | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| | | | **Asset Analysis and Recovery** | | |
| 2/12/2018 | CD | 1 | Review email correspondence re cost buildup | 0.3 | 52.50 |
| 2/15/2018 | RB | 1 | Work on information for cash flow projection for DIP financing | 3.4 | 850.00 |
| 2/16/2018 | RB | 1 | Work on information for cash flow projection for DIP financing | 8.6 | 2,150.00 |
| 2/18/2018 | RB | 1 | Meet with KOH re: construction info for townhomes | 0.7 | 0.00 |
| 2/19/2018 | RB | 1 | Work on cash flow projections for buildout of townhomes | 8.1 | 2,025.00 |
| 2/19/2018 | RB | 1 | Meet with KOH and Bernie Sauer re: construction info for townhomes | 3.1 | 0.00 |
| 2/20/2018 | RB | 1 | Onsite work on cash projection analysis of townhomes construction | 11.1 | 2,775.00 |
| 2/20/2018 | CD | 1 | Review information re: cash flow projection. | 1.1 | 192.50 |
| 2/21/2018 | RB | 1 | Onsite work on cash projection analysis of townhomes construction | 12.9 | 3,225.00 |
| 2/21/2018 | RB | 1 | Work on cash flow scenarios | 2.2 | 550.00 |
| 2/22/2018 | RB | 1 | Onsite work on cash projection analysis of townhomes construction | 7.2 | 1,800.00 |
| 2/22/2018 | CD | 1 | Review information re: cash flow projection. | 0.5 | 87.50 |
| 2/23/2018 | CD | 1 | Review information re: cash flow projection. | 0.2 | 35.00 |
| 2/25/2018 | RB | 1 | Due Diligence work onsite | 4.6 | 1,150.00 |
| 2/26/2018 | RB | 1 | Work on cash flow projections for buildout of townhomes | 11.1 | 2,775.00 |
| 2/27/2018 | RB | 1 | Due Diligence work onsite | 8.7 | 2,175.00 |
| 2/27/2018 | CD | 1 | Review information re: Due Diligence | 1.3 | 227.50 |
| 2/28/2018 | RB | 1 | Due Diligence and Cash Flow work | 3.9 | 975.00 |
| 2/28/2018 | CD | 1 | Review cash flow projection. Email correspondence re: same | 0.3 | 52.50 |
| 3/1/2018 | CD | 1 | Review revised cash flow projection. | 0.1 | 17.50 |
| 3/5/2018 | RB | 1 | Due Diligence work onsite | 0.3 | 75.00 |
| 3/5/2018 | CD | 1 | Review information re: Due Diligence | 5.3 | 927.50 |
| 3/6/2018 | RB | 1 | Due Diligence work onsite | 12.2 | 3,050.00 |
| 3/6/2018 | CD | 1 | Review information re: Due Diligence | 1.1 | 192.50 |
| 3/7/2018 | RB | 1 | Review historical records and conduct Due Diligence work onsite at debtors offices | 9.3 | 2,325.00 |
| 3/8/2018 | RB | 1 | Continue to review historical records and conduct Due Diligence work onsite at debtors offices | 11.7 | 2,925.00 |
| 3/9/2018 | RB | 1 | Continue to review historical records and conduct Due Diligence work onsite at debtors offices | 5.3 | 1,325.00 |
| 3/9/2018 | CD | 1 | Review email correspondence re: Due Diligence documents | 0.1 | 17.50 |
| 3/12/2018 | RB | 1 | Due Diligence work (process info obtained, coordination with various interested parties, etc.) | 1.1 | 275.00 |
| 3/13/2018 | RB | 1 | Onsite work (IVC office) on cash projection analysis of various scenarios of townhomes construction | 1.4 | 350.00 |
| 3/13/2018 | RB | 1 | Meeting with potential purchaser of property | 4.5 | 0.00 |
| 3/14/2018 | RB | 1 | Onsite work (IVC office) on cash projection analysis of various scenarios of townhomes construction | 8.8 | 2,200.00 |
| 3/14/2018 | RB | 1 | Review various emails from interested parties and produce available info | 0.1 | 25.00 |
| 3/14/2018 | CD | 1 | Review information re: cash flow projection. | 2.1 | 367.50 |
| 3/15/2018 | RB | 1 | Onsite work (IVC office) on cash projection analysis of various scenarios of townhomes construction | 12.6 | 3,150.00 |
| 3/15/2018 | RB | 1 | Review various emails from interested parties and produce available info | 0.5 | 125.00 |
| 3/15/2018 | RB | 1 | Obtain data from IVC computer network needed for financial analysis | 0.4 | 100.00 |
| 3/15/2018 | CD | 1 | Download and review Proof of Claims re asset loans. | 1.0 | 175.00 |
| 3/15/2018 | CD | 1 | Assist with information for Due Diligence. | 0.1 | 17.50 |
| 3/15/2018 | CD | 1 | Review information re: cash flow projection. | 0.3 | 52.50 |
| 3/16/2018 | RB | 1 | Onsite work (IVC office) on cash projection analysis of various scenarios of townhomes construction | 3.1 | 775.00 |
| 3/16/2018 | RB | 1 | Obtain data from IVC computer network needed for financial analysis | 2.3 | 575.00 |
| 3/16/2018 | RB | 1 | Call with KOH & brokers interested in representing property | 0.6 | 0.00 |
| 3/16/2018 | CD | 1 | Review information re: cash flow projection. | 1.3 | 227.50 |
| 3/19/2018 | RB | 1 | Due Diligence work onsite (obtain, organize and provide info to interested parties) | 0.4 | 100.00 |
| 3/20/2018 | RB | 1 | Onsite work on cash projection analysis of townhomes construction | 1.1 | 275.00 |
| 3/20/2018 | RB | 1 | Due Diligence work (process info obtained, coordination with various interested parties, etc.) | 1.9 | 475.00 |
| 3/20/2018 | CD | 1 | Information and correspondence re: Due Diligence | 0.2 | 35.00 |
| 3/21/2018 | RB | 1 | Meeting with potential purchaser of property and KOH | 2.6 | 0.00 |
| 3/21/2018 | RB | 1 | Due Diligence work (process info obtained, coordination with various interested parties, etc.) | 3.9 | 975.00 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | | | Description | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| 3/24/2018 | RB | 1 | Review information & files (e-mails & attachments) related to multiple case issues, particularly re: due diligence issues and inquiries | 1.6 | 400.00 |
| 3/26/2018 | RB | 1 | Review information & files (e-mails & attachments) related to multiple case issues, particularly re: due diligence issues and inquiries | 1.4 | 350.00 |
| 3/28/2018 | RB | 1 | Onsite work (IVC office) re: obtaining data off of system network for IVC and multiple related companies and analysis of same for due diligence and other case purposes | 9.1 | 2,275.00 |
| 3/29/2018 | RB | 1 | Onsite work (IVC office) re: obtaining data off of system network for IVC and analysis of same for due diligence, provide info to Counsel and other case purposes | 8.1 | 2,025.00 |
| 3/29/2018 | CD | 1 | Assist with review of files for Due Diligence. | 0.8 | 140.00 |
| 3/30/2018 | RB | 1 | Onsite work (IVC office) re: obtaining data off of system network for IVC and analysis of same for due diligence, provide info to Counsel and other case purposes | 6.2 | 1,550.00 |
| 3/30/2018 | CD | 1 | Assist with review of files for Due Diligence. | 4.6 | 805.00 |
| 4/3/2018 | RB | 1 | Review information & files (e-mails & attachments) related to multiple case issues, particularly re: due diligence issues and inquiries | 0.2 | 50.00 |
| 4/11/2018 | RB | 1 | Meet with various parties re: preparation for construction of units | 1.1 | 275.00 |
| 5/3/2018 | RB | 1 | Due Diligence information coordination with interested party | 0.8 | 200.00 |
| 5/9/2018 | RB | 1 | Call with interested party re: construction of townhomes on property site | 1.1 | 275.00 |
| | **Total** | | **Asset Analysis and Recovery** | **220.0** | **50,572.50** |

**For Professional Services Rendered:**

| | | | **Total Hours Worked** | |
|---|---|---|---:|---|
| RB | Ralph Brotherton | | 199.30 | |
| CD | Carol Davis | | 20.70 | |

| | | Rate | **Total Hours Billed** | |
|---|---|---|---:|---:|
| RB | Ralph Brotherton | $250/hr | 187.80 | $46,950.00 |
| CD | Carol Davis | $175/hr | 20.70 | $3,622.50 |

| | | | **Total Hours Not Billed** | |
|---|---|---|---:|---|
| RB | Ralph Brotherton | | 11.50 | |
| CD | Carol Davis | | 0.00 | |