# EXHIBIT 2
# ASSET DISPOSITION

| Newbridge Management, LLC<br>**PROFESSIONAL SERVICES**<br>Island View Crossing II, LP - NM | | Hrs/Rate | Amount |
|---|---|---|---|
| | Asset Disposition | | |
| **Total** | **Asset Disposition** | 0.0 | 0.00 |