# EXHIBIT 3
# ASSUMPTION & REJECTION CONTRACTS

Newbridge Management, LLC
**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | Assumption & Rejection Contracts | | |
| Total | Assumption & Rejection Contracts | 0.0 | 0.00 |