# EXHIBIT 4
# AVOIDANCE ACTION ANALYSIS

**Newbridge Management, LLC**
<u>**PROFESSIONAL SERVICES**</u>
Island View Crossing II, LP - NM

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | Avoidance Action Analysis | | |
| **Total** | **Avoidance Action Analysis** | 0.0 | 0.00 |