# EXHIBIT 5
# BUDGETING - (CASE) - ADMIN

**Newbridge Management, LLC**
**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | | | Description | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| | | | **Budgeting (Case) - Admin** | | |
| 3/22/2018 | RB | 5 | Onsite work on cash projection analysis of townhomes construction with various scenarios | 5.6 | 1,400.00 |
| 3/22/2018 | CD | 5 | Review email correspondence re: cash projection analysis | 0.1 | 17.50 |
| 3/23/2018 | RB | 5 | Work on cash projection analysis of townhomes construction with various scenarios | 4.6 | 1,150.00 |
| 3/24/2018 | RB | 5 | Work on cash flow projections for buildout of townhomes | 1.7 | 425.00 |
| 3/26/2018 | CD | 5 | Review information re: cash flow projection. | 0.2 | 35.00 |
| 4/5/2018 | RB | 5 | Work on obtaining detail and analysis of loan information and IVC records | 4.8 | 1,200.00 |
| 4/6/2018 | RB | 5 | Work on obtaining detail and analysis of loan information and IVC records | 4.6 | 1,150.00 |
| 4/9/2018 | RB | 5 | Work on obtaining detail and analysis of loan information and IVC records | 4.7 | 1,175.00 |
| 4/10/2018 | RB | 5 | Work on obtaining detail and analysis of loan information and IVC records | 0.1 | 25.00 |
| | Total | | **Budgeting (Case) - Admin** | 26.4 | 6,577.50 |

**For Professional Services Rendered:**

| | | | | Total Hours Worked | |
|---|---|---|---|---:|---|
| RB | Ralph Brotherton | | | 26.10 | |
| CD | Carol Davis | | | 0.30 | |

| | | | Rate | Total Hours Billed | |
|---|---|---|---|---:|---:|
| RB | Ralph Brotherton | | $250/hr | 26.10 | $6,525.00 |
| CD | Carol Davis | | $175/hr | 0.30 | $52.50 |

| | | | | Total Hours Not Billed | |
|---|---|---|---|---:|---|
| RB | Ralph Brotherton | | | 0.00 | |
| CD | Carol Davis | | | 0.00 | |