# EXHIBIT 5a
# BUDGETING - CREDITOR/REAL ESTATE

**Newbridge Management, LLC**
**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

**Budgeting - Creditor/Real Estate**

| Date | Staff | Code | Description | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| 4/11/2018 | RB | 5a | Management of and detailed review of production documents obtained from Counsel | 6.3 | 1,575.00 |
| 4/12/2018 | RB | 5a | Preparation for (.4) and meeting with potential contractor for property development on multiple details and provide information (2.4) | 2.8 | 0.00 |
| 4/12/2018 | RB | 5a | Management of and detailed review of production documents obtained from Counsel | 3.6 | 900.00 |
| 4/13/2018 | RB | 5a | Management of and detailed review of production documents obtained from Counsel | 3.9 | 975.00 |
| 4/18/2018 | RB | 5a | Update projection model calculations related to case developments | 2.4 | 600.00 |
| 4/19/2018 | RB | 5a | Update projection model calculations related to case developments | 6.6 | 1,650.00 |
| 4/19/2018 | CD | 5a | Review information re: cash flow | 0.3 | 52.50 |
| 4/20/2018 | RB | 5a | Review information & files (e-mails & attachments) related to multiple case issues (proposed DIP term sheets, contractor proposals, etc.) | 1.1 | 275.00 |
| 4/21/2018 | RB | 5a | Update projection model calculations related to case developments | 2.7 | 675.00 |
| 4/22/2018 | RB | 5a | Update projection model calculations related to case developments | 2.6 | 650.00 |
| 4/23/2018 | CD | 5a | Review information re: cash flow. | 0.5 | 87.50 |
| 4/24/2018 | RB | 5a | Onsite work on cash projection analysis of townhomes construction | 0.3 | 75.00 |
| 4/25/2018 | CD | 5a | Review information re: cash flow | 0.8 | 140.00 |
| 4/26/2018 | CD | 5a | Review information re: townhomes construction | 1.0 | 175.00 |
| 4/30/2018 | CD | 5a | Review emails re: townhomes construction cash flow | 0.3 | 52.50 |
| 5/3/2018 | RB | 5a | Provide financial modeling info to Trustee for DIP financing purposes | 1.1 | 275.00 |
| 5/9/2018 | CD | 5a | Review information re: cash flow | 0.2 | 35.00 |
| 5/10/2018 | RB | 5a | Review detailed information & files (e-mails & attachments) related to multiple case issues, including information from Counsel (contract issues and production from Prudential) | 4.7 | 1,175.00 |
| 5/11/2018 | RB | 5a | Review detailed information & files (e-mails & attachments) related to multiple case issues, including information from Counsel (contract issues and production from Prudential) | 1.8 | 450.00 |
| 5/13/2018 | RB | 5a | Review detailed information & files (e-mails & attachments) related to multiple case issues, including information from Counsel (contract issues and production from Prudential) | 4.7 | 1,175.00 |
| 5/14/2018 | RB | 5a | Review detailed information & files (e-mails & attachments) related to multiple case issues, including information from Counsel (contract issues and production from Prudential); coordination of HOP permit extension, etc. | 3.4 | 850.00 |
| 5/15/2018 | RB | 5a | Review detailed information & files (e-mails & attachments) related to multiple case issues, including information from Counsel (contract issues and production from Prudential) | 5.2 | 1,300.00 |
| 5/16/2018 | RB | 5a | Work on information and schedules re: DIP financing matters | 12.2 | 3,050.00 |
| 5/17/2018 | RB | 5a | Work on details for DIP financing information | 2.3 | 575.00 |
| 5/18/2018 | RB | 5a | Update schedules for Counsel re: DIP financing matters | 2.1 | 525.00 |
| 5/24/2018 | RB | 5a | Review additional documents provided by Prudential re: loan rollup numbers | 3.3 | 825.00 |
| 5/25/2018 | RB | 5a | Review additional documents provided by Prudential re: loan rollup numbers and analysis of same | 5.6 | 1,400.00 |
| 5/25/2018 | CD | 5a | Review information related to pre-petition debt | 2.2 | 385.00 |
| 5/29/2018 | RB | 5a | Analyze additional support provided by lender related to pre-petition debt | 7.2 | 1,800.00 |
| 5/30/2018 | RB | 5a | Analyze additional support provided by lender related to pre-petition debt | 6.7 | 1,675.00 |
| 5/30/2018 | CD | 5a | Assist with review of pre-petition loan support | 2.8 | 490.00 |
| 6/6/2018 | RB | 5a | Work on modifications of model, etc. for financing purposes | 12.2 | 3,050.00 |
| 6/7/2018 | RB | 5a | Work on modifications of model, etc. for financing purposes | 9.4 | 2,350.00 |
| 6/8/2018 | RB | 5a | Work on modifications of model, etc. for financing purposes | 4.1 | 1,025.00 |
| 6/8/2018 | CD | 5a | Assist with review of modified model. | 2.7 | 472.50 |
| 6/15/2018 | CD | 5a | Download support documents from lender for loan rollup. Forward documents to Counsel, KOH and RB. | 0.8 | 140.00 |
| 6/18/2018 | CD | 5a | Assist with review of support documents from bank. | 0.5 | 87.50 |
| 6/19/2018 | CD | 5a | Assist with review of support documents from bank. | 5.0 | 875.00 |
| 6/25/2018 | RB | 5a | Generate information for loan documents | 1.4 | 350.00 |
| 6/26/2018 | RB | 5a | Generate information for loan documents & analysis of data provided by Pru for pre-petition debt | 6.2 | 1,550.00 |
| 6/26/2018 | CD | 5a | Assist with review of support documents for pre-petition debt | 1.2 | 210.00 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | | | Description | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| 6/27/2018 | RB | 5a | Generate information for loan documents & analysis of data provided by Pru for pre-petition debt | 2.6 | 650.00 |
| 6/27/2018 | CD | 5a | Assist with review of support documents for pre-petition debt | 0.3 | 52.50 |
| 6/28/2018 | RB | 5a | Generate information for loan documents & analysis of data provided by Pru for pre-petition debt | 2.2 | 550.00 |
| 6/29/2018 | RB | 5a | Generate information for loan documents & analysis of data provided by Pru for pre-petition debt | 6.3 | 1,575.00 |
| 6/29/2018 | CD | 5a | Review of documents related to pre-petition debt | 2.0 | 350.00 |
| | Total | | **Budgeting - Creditor/Real Estate** | 157.6 | 37,155.00 |

**For Professional Services Rendered:**

| | | | Total Hours Worked |
|---|---|---|---:|
| RB | Ralph Brotherton | | 137.00 |
| CD | Carol Davis | | 20.60 |

| | | Rate | Total Hours Billed | |
|---|---|---|---:|---:|
| RB | Ralph Brotherton | $250/hr | 134.20 | $33,550.00 |
| CD | Carol Davis | $175/hr | 20.60 | $3,605.00 |

| | | Total Hours Not Billed |
|---|---|---:|
| RB | Ralph Brotherton | 2.80 |
| CD | Carol Davis | 0.00 |