# EXHIBIT 5b
# BUDGETING - BKRE

**Newbridge Management, LLC**
**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| | | **Budgeting - BKRE** | | | |
| 6/11/2018 | RB | 5b Work on modifications/alternatives to model, etc. for financing purposes | | 9.9 | 2,475.00 |
| 6/11/2018 | CD | 5b Assist with review of modified model. | | 2.5 | 437.50 |
| 6/12/2018 | RB | 5b Work on modifications/alternatives to model, etc. for financing purposes | | 3.8 | 950.00 |
| 6/12/2018 | CD | 5b Assist with review of modified model. | | 3.1 | 542.50 |
| 6/18/2018 | RB | 5b Work on modifications/alternatives to model, etc. for financing purposes | | 6.7 | 1,675.00 |
| 6/19/2018 | RB | 5b Work on modifications/alternatives to model, etc. for financing purposes | | 9.5 | 2,375.00 |
| 6/19/2018 | CD | 5b Assist with review of modified model. | | 0.7 | 122.50 |
| 6/20/2018 | RB | 5b Work on modifications/alternatives to model, etc. for financing purposes | | 1.9 | 475.00 |
| 6/20/2018 | CD | 5b Assist with review of modified model. | | 0.5 | 87.50 |
| 6/21/2018 | RB | 5b Work on modifications/alternatives to model, etc. for financing purposes; review draft of proposed loan agreement | | 6.3 | 1,575.00 |
| 6/21/2018 | CD | 5b Assist with information for modified model. | | 1.5 | 262.50 |
| 6/22/2018 | RB | 5b Work on modifications/alternatives to model, etc. for financing purposes | | 0.7 | 175.00 |
| 6/22/2018 | CD | 5b Review emails and modified model for financing. | | 0.5 | 87.50 |
| 7/1/2018 | RB | 5b Work on modifications/alternatives to model, etc. for financing purposes | | 3.2 | 800.00 |
| 7/9/2018 | RB | 5b Review of various documents related to financing | | 2.9 | 725.00 |
| 7/9/2018 | RB | 5b Onsite work on cash projection analysis of townhomes construction & overall model of project cash flow | | 2.2 | 550.00 |
| 7/10/2018 | RB | 5b Onsite work on cash projection analysis of townhomes construction & overall model of project cash flow | | 7.3 | 1,825.00 |
| 7/10/2018 | CD | 5b Review email correspondence re: cash projection model | | 0.1 | 17.50 |
| 7/11/2018 | RB | 5b Onsite work on cash projection analysis of townhomes construction & overall model of project cash flow | | 1.1 | 275.00 |
| 7/11/2018 | CD | 5b Review cash projection model. | | 0.5 | 87.50 |
| 7/12/2018 | RB | 5b Onsite work on cash projection analysis of townhomes construction & overall model of project cash flow | | 1.4 | 350.00 |
| 7/12/2018 | CD | 5b Review revised cash projection model. | | 0.7 | 122.50 |
| 7/15/2018 | RB | 5b Work on info/issues re financing | | 2.3 | 575.00 |
| 7/16/2018 | RB | 5b Work on info/issues re financing | | 1.7 | 425.00 |
| 7/16/2018 | CD | 5b Review information re: financing | | 1.0 | 175.00 |
| 7/19/2018 | RB | 5b Onsite work on cash projection analysis of townhomes construction & overall model of project cash flow | | 3.9 | 975.00 |
| 7/19/2018 | CD | 5b Review cash projection model. | | 1.0 | 175.00 |
| | **Total** | **Budgeting - Investor** | | **76.9** | **18,317.50** |

**For Professional Services Rendered:**

| | | | Total Hours Worked | |
|---|---|---|---:|---|
| RB | Ralph Brotherton | | 64.80 | |
| CD | Carol Davis | | 12.10 | |

| | | Rate | Total Hours Billed | |
|---|---|---|---:|---:|
| RB | Ralph Brotherton | $250/hr | 64.80 | $16,200.00 |
| CD | Carol Davis | $175/hr | 12.10 | $2,117.50 |

| | | | Total Hours Not Billed | |
|---|---|---|---:|---|
| RB | Ralph Brotherton | | 0.00 | |
| CD | Carol Davis | | 0.00 | |