# EXHIBIT 5c
# BUDGETING - CONSTRUCTION

**Newbridge Management, LLC**
**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | Staff | Code | Description | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| | | | **Budgeting - Construction** | | |
| 11/2/2018 | RB | 5c | Calls with Carol Davis re: budget monitoring | 0.3 | 0.00 |
| 11/2/2018 | CD | 5c | Calls with RB re; budget monitoring | 0.3 | 0.00 |
| 11/12/2018 | RB | 5c | Monitor status of actual vs. budgeted expenses | 2.9 | 725.00 |
| 11/13/2018 | RB | 5c | Calls with Carol Davis re: budget to actual comparisons (.3) and related follow-up financial review (.2.6) | 2.9 | 0.00 |
| 11/13/2018 | CD | 5c | Call with RB re budget to actual disbursements | 0.3 | 0.00 |
| 11/19/2018 | RB | 5c | Calls with Carol Davis re: budget monitoring | 0.2 | 0.00 |
| 11/19/2018 | CD | 5c | Call with RB re: budget monitoring | 0.2 | 0.00 |
| 11/27/2018 | RB | 5c | Work with Bernie on actual cost to projection comparisons on contractor work, present and future | 0.8 | 200.00 |
| 12/4/2018 | RB | 5c | Work on actual to budget comparisons and with Carol Davis re: same and transmittal of info to Bernie | 0.9 | 0.00 |
| 12/4/2018 | CD | 5c | Discussion with RB re: budget comparisons | 0.3 | 0.00 |
| 2/3/2019 | RB | 5c | Review latest draft of actual to budget/model costs | 1.9 | 475.00 |
| 3/18/2019 | RB | 5c | Initial review of updated budget/actual comparison schedules | 0.9 | 225.00 |
| 4/23/2019 | RB | 5c | Work with Bernie Sauer re: contractor and budgeting issues | 2.9 | 725.00 |
| 5/8/2019 | RB | 5c | Cash projection detail work | 3.9 | 975.00 |
| 6/25/2019 | RB | 5c | Calls with Carol Davis re: cash management and projection work issues | 0.8 | 0.00 |
| 6/25/2019 | RB | 5c | Work on sales and construction cost projections | 1.2 | 300.00 |
| 6/25/2019 | CD | 5c | Calls with RB re: cash management and projection work issues | 0.8 | 0.00 |
| 11/5/2019 | RB | 5c | Calls with Bernie Sauer re: projection information | 0.6 | 150.00 |
| 11/5/2019 | RB | 5c | Work on projection information update | 5.7 | 1,425.00 |
| 11/6/2019 | RB | 5c | Calls with Carol Davis re: info required for budget prep | 0.7 | 0.00 |
| 11/6/2019 | RB | 5c | Work on information for budget/cash projection update | 4.6 | 1,150.00 |
| 11/6/2019 | CD | 5c | Calls with RB re information for budget prep | 0.7 | 0.00 |
| 11/9/2019 | RB | 5c | Work on information for budget/cash projection update | 2.7 | 675.00 |
| 11/10/2019 | RB | 5c | Work on information for budget/cash projection update | 14.1 | 3,525.00 |
| 11/11/2019 | RB | 5c | Work on information for budget/cash projection update | 8.3 | 2,075.00 |
| 11/11/2019 | CD | 5c | Review budget information | 0.9 | 157.50 |
| 11/12/2019 | RB | 5c | Work on information for budget/cash projection update | 9.3 | 2,325.00 |
| 11/13/2019 | CD | 5c | Review budget information | 0.5 | 87.50 |
| 11/14/2019 | RB | 5c | Work on information for budget/cash projection update | 7.8 | 1,950.00 |
| 11/15/2019 | RB | 5c | Work on information for budget/cash projection update | 4.4 | 1,100.00 |
| 11/15/2019 | CD | 5c | Review budget projection. | 0.7 | 122.50 |
| 11/16/2019 | RB | 5c | Work on information for budget/cash projection update | 1.1 | 275.00 |
| 11/16/2019 | RB | 5c | Call with KOH and Bernie re: construction issues related to budget projections | 0.1 | 0.00 |
| 11/17/2019 | RB | 5c | Work on information for budget/cash projection update | 4.8 | 1,200.00 |
| 11/17/2019 | RB | 5c | Calls with KOH re: model information | 0.6 | 0.00 |
| 11/18/2019 | RB | 5c | Work on information for budget/cash projection update | 9.4 | 2,350.00 |
| 11/18/2019 | RB | 5c | Calls with KOH re: case issues including budget model issues | 1.8 | 0.00 |
| 11/18/2019 | RB | 5c | Calls with Carol Davis re: information needed for model/projection | 2.1 | 0.00 |
| 11/18/2019 | CD | 5c | Review model projection from RB. | 1.3 | 0.00 |
| 11/18/2019 | CD | 5c | Calls with RB re model projection information | 2.1 | 0.00 |
| 11/18/2019 | CD | 5c | Review/organize site cost information. | 1.7 | 297.50 |
| 11/19/2019 | RB | 5c | Calls with Carol Davis re: cash planning and reporting issues, cash planning and vendor issues | 1.4 | 0.00 |
| 11/19/2019 | RB | 5c | Review emails from vendors and determine action plan and work on cash management issues | 1.3 | 325.00 |
| 11/19/2019 | RB | 5c | Calls with KOH re: case issues, including model/cash projection | 0.8 | 0.00 |
| 11/19/2019 | RB | 5c | Final review of updated version of model/cash projection | 1.7 | 425.00 |
| 11/19/2019 | CD | 5c | Review updated cash projection. | 0.3 | 52.50 |
| 11/20/2019 | RB | 5c | Work with Carol Davis via phone re: reporting issues and projections information | 2.8 | 0.00 |
| 11/20/2019 | CD | 5c | Calls with RB re reporting issues and projections information | 2.8 | 0.00 |
| 11/22/2019 | RB | 5c | Calls with KOH re: case issues, including model/cash projection | 0.2 | 0.00 |
| 11/25/2019 | RB | 5c | Call with Carol D. on cash planning issues (.2) and related follow-up work (1.1) | 1.3 | 0.00 |
| 12/17/2019 | RB | 5c | Work on updated budget scenarios | 6.4 | 1,600.00 |
| 12/18/2019 | CD | 5c | Calls with RB re budget and cash planning | 0.9 | 0.00 |
| 1/15/2020 | CD | 5c | Review budget projection. | 1.2 | 210.00 |
| 5/14/2020 | RB | 5c | Calls with KOH re: case issues | 0.90 | 0.00 |

**PROFESSIONAL SERVICES** — Hrs/Rate — Amount
Island View Crossing II, LP - NM

| Date | Prof | Code | Description | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| 5/14/2020 | RB | 5c | Calls with Carol Davis re: case issues | 1.40 | 0.00 |
| 5/14/2020 | RB | 5c | Initiate work on updated cash flow budget | 1.20 | 300.00 |
| 5/14/2020 | CD | 5c | Call with RB re information for updated cash flow budget | 1.40 | 0.00 |
| 5/15/2020 | RB | 5c | Call with KOH re: case issues | 1.30 | 0.00 |
| 5/15/2020 | RB | 5c | Work on updating detailed cash flow requirements for upcoming months | 6.40 | 1,600.00 |
| 5/16/2020 | RB | 5c | Work on updating detailed cash flow requirements for upcoming months | 2.10 | 525.00 |
| 5/18/2020 | RB | 5c | Work on cash requirements budgeting | 1.60 | 400.00 |
| 5/18/2020 | RB | 5c | Calls with Bernie Sauer re: contractor issues related to budgeting | 0.50 | 125.00 |
| 5/18/2020 | RB | 5c | Calls with KOH re: case issues | 1.10 | 0.00 |
| 5/19/2020 | RB | 5c | Work on information for updating projections | 1.80 | 450.00 |
| 5/19/2020 | RB | 5c | Calls with Kevin O'Halloran re: budgeting issues | 1.60 | 0.00 |
| 5/20/2020 | RB | 5c | Calls with Kevin O'Halloran re: budgeting issues | 0.50 | 0.00 |
| 5/20/2020 | RB | 5c | Calls with Bernie Sauer and Kevin O'Halloran re: budgeting issues | 0.60 | 0.00 |
| 5/20/2020 | RB | 5c | Work on updating cash flow budgeting info | 4.10 | 1,025.00 |
| 5/20/2020 | CD | 5c | Call with RB re budget model | 0.50 | 0.00 |
| 5/21/2020 | RB | 5c | Initiate work on full detailed project budget | 0.40 | 100.00 |
| 5/22/2020 | RB | 5c | Calls with KOH re: case issues | 1.10 | 0.00 |
| 5/22/2020 | RB | 5c | Calls with Carol Davis re: case issues | 0.30 | 0.00 |
| 5/22/2020 | RB | 5c | Work on updating detailed budget information | 7.30 | 1,825.00 |
| 5/22/2020 | CD | 5c | Review budget update. | 0.60 | 105.00 |
| 5/22/2020 | CD | 5c | Call with RB re budget model | 0.30 | 0.00 |
| 5/23/2020 | RB | 5c | Ongoing work on budget and checking alternate scenarios | 10.80 | 2,700.00 |
| 5/24/2020 | RB | 5c | Ongoing work on budget and checking alternate scenarios | 0.60 | 150.00 |
| 5/25/2020 | RB | 5c | Ongoing work on budget and checking alternate scenarios | 10.10 | 2,525.00 |
| 5/26/2020 | RB | 5c | Continued work on budget issues | 2.40 | 600.00 |
| 5/26/2020 | CD | 5c | Review budget update. Email correspondence with RB. | 2.40 | 420.00 |
| 5/28/2020 | RB | 5c | Calls with KOH re: case issues | 0.70 | 0.00 |
| 5/29/2020 | RB | 5c | Call with KOH re: case issues | 0.90 | 225.00 |
| 5/29/2020 | RB | 5c | Ongoing work on budget issues | 0.60 | 150.00 |
| 5/30/2020 | RB | 5c | Ongoing work on budget issues | 1.20 | 300.00 |
| 5/31/2020 | RB | 5c | Ongoing work on budget issues | 11.10 | 2,775.00 |
| 6/1/2020 | RB | 5c | Ongoing work on budget issues | 5.40 | 1,350.00 |
| 6/1/2020 | CD | 5c | Review cash flow budget. | 0.30 | 52.50 |
| 6/2/2020 | RB | 5c | Call with Carol Davis re: case issues | 0.40 | 0.00 |
| 6/2/2020 | CD | 5c | Call with RB re: budget | 0.40 | 0.00 |
| 6/2/2020 | CD | 5c | Review budget. | 0.50 | 87.50 |
| 6/11/2020 | RB | 5c | Call with Carol Davis re: case issues | 0.30 | 0.00 |
| 6/11/2020 | CD | 5c | Call with RB re budget | 0.30 | 0.00 |
| 6/15/2020 | RB | 5c | Call with Carol Davis re: budget issues | 1.30 | 0.00 |
| 6/15/2020 | CD | 5c | Review project cost report information. | 0.50 | 87.50 |
| 6/15/2020 | CD | 5c | Call with RB re budget | 1.30 | 0.00 |
| 6/16/2020 | RB | 5c | Call with Carol Davis re: budget issues | 0.60 | 0.00 |
| 6/16/2020 | CD | 5c | Call with RB re budget issues. | 0.60 | 0.00 |
| 8/17/2020 | RB | 5c | Calls with KOH re: budget work | 0.20 | 0.00 |
| 8/18/2020 | RB | 5c | Calls with KOH re: multiple case issues | 0.70 | 0.00 |
| 8/19/2020 | RB | 5c | Work on updated budget information | 3.60 | 900.00 |
| 8/20/2020 | RB | 5c | Calls with Carol Davis re: budget prep work and info needed | 0.60 | 0.00 |
| 8/20/2020 | RB | 5c | Work on updated budget information | 6.90 | 1,725.00 |
| 8/20/2020 | CD | 5c | Call with RB re budget preparation and information needed | 0.60 | 0.00 |
| 8/21/2020 | RB | 5c | Call with KOH re: budget update issues | 0.30 | 0.00 |
| 8/23/2020 | RB | 5c | Work on updated cash flow budget | 0.30 | 75.00 |
| 8/24/2020 | RB | 5c | Work on updated cash flow budget | 9.90 | 2,475.00 |
| 8/24/2020 | RB | 5c | Calls with KOH re: budget prep issues | 0.80 | 0.00 |
| 8/25/2020 | RB | 5c | Calls with KOH re: budget prep issues | 1.30 | 0.00 |
| 8/25/2020 | RB | 5c | Work on updated cash flow budget | 10.30 | 2,575.00 |
| 8/26/2020 | RB | 5c | Work with Carol Davis via phone re: budget information issues | 1.60 | 0.00 |
| 8/26/2020 | RB | 5c | Work on updated cash flow budget | 5.80 | 1,450.00 |
| 8/26/2020 | RB | 5c | Calls with KOH re: budget information issues | 2.10 | 0.00 |
| 8/26/2020 | CD | 5c | Review email re updated budget and information requested. | 0.20 | 35.00 |
| 8/26/2020 | CD | 5c | Review budget issues for updated budget. | 2.90 | 507.50 |
| 8/26/2020 | CD | 5c | Call with RB to discuss budget issues. | 1.60 | 0.00 |
| 8/27/2020 | RB | 5c | Work on updated cash flow budget | 3.20 | 800.00 |
| 8/27/2020 | RB | 5c | Calls with KOH re: budget information issues | 2.90 | 0.00 |
| 8/27/2020 | CD | 5c | Review updated budget | 1.80 | 315.00 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | Staff | | Description | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| 8/27/2020 | CD | 5c | Call with KOH re work on units, budget update | 0.40 | 0.00 |
| 8/30/2020 | RB | 5c | Work on updated budget info with different scenarios | 0.60 | 150.00 |
| 8/31/2020 | RB | 5c | Calls with KOH re: budget update info | 0.90 | 0.00 |
| 8/31/2020 | RB | 5c | Work on updated budget info with different scenarios & additional assumptions | 3.70 | 925.00 |
| 9/1/2020 | RB | 5c | Work on updated budget info with different scenarios | 2.80 | 700.00 |
| 9/1/2020 | RB | 5c | Calls with KOH re: budget update info | 0.60 | 0.00 |
| 9/1/2020 | RB | 5c | Work with Carol Davis via phone re: budget information issues | 1.00 | 0.00 |
| 9/1/2020 | CD | 5c | Review updated budget. | 1.00 | 175.00 |
| 9/1/2020 | CD | 5c | Calls with RB re budget information | 1.00 | 0.00 |
| 1/14/2021 | RB | 5c | Call with KOH re: budget/planning issues | 0.20 | 0.00 |
| 1/15/2021 | RB | 5c | Calls with KOH re: budget planning prep | 0.60 | 0.00 |
| 1/22/2021 | RB | 5c | Calls with KOH re: planning/budgeting construction | 0.70 | 0.00 |
| 1/28/2021 | RB | 5c | Call with KOH re: construction planning and projections | 1.20 | 0.00 |
| 1/29/2021 | RB | 5c | Calls with Carol Davis re: review of contractor payments in specific units | 0.80 | 0.00 |
| 1/29/2021 | RB | 5c | Calls with KOH re: construction budgeting | 1.00 | 0.00 |
| 1/29/2021 | RB | 5c | Work on preparation of updated budget | 4.30 | 1,075.00 |
| 1/29/2021 | CD | 5c | Call from RB re contractor payments for units for budget | 0.80 | 0.00 |
| 1/31/2021 | RB | 5c | Work on updating budget | 6.80 | 1,700.00 |
| 2/1/2021 | RB | 5c | Calls with KOH re: budget work issues | 1.40 | 0.00 |
| 2/1/2021 | RB | 5c | Work on updated budget projections | 3.40 | 850.00 |
| 2/1/2021 | CD | 5c | Prepare worksheet of costs by unit for work completed and remaining. Draft for Lot 16 to RB for budget information | 3.30 | 577.50 |
| 2/2/2021 | RB | 5c | Calls with Carol re: budget work issues | 1.40 | 0.00 |
| 2/2/2021 | RB | 5c | Calls with Bernie re: budget work issues | 0.50 | 0.00 |
| 2/2/2021 | RB | 5c | Calls with KOH re: budget work issues | 1.20 | 0.00 |
| 2/2/2021 | RB | 5c | Work on updated budget projections | 5.10 | 1,275.00 |
| 2/2/2021 | CD | 5c | Calls with RB re budget work issues | 1.40 | 0.00 |
| 2/2/2021 | CD | 5c | Review of costs and preparation of worksheets for construction cost estimates for budget work | 6.20 | 1,085.00 |
| 2/3/2021 | RB | 5c | Calls with Carol Davis re: info for forecast of construction costs for budget purposes | 1.30 | 0.00 |
| 2/3/2021 | RB | 5c | Work on updated budget projections | 3.60 | 900.00 |
| 2/3/2021 | RB | 5c | Calls with KOH re: budget planning | 2.80 | 0.00 |
| 2/3/2021 | CD | 5c | Review of costs and preparation of worksheets for construction cost estimates for budget work | 4.50 | 787.50 |
| 2/3/2021 | CD | 5c | Calls with RB re information for construction costs forecast for budget | 1.30 | 0.00 |
| 2/4/2021 | RB | 5c | Calls with KOH re: budget planning | 2.80 | 0.00 |
| 2/4/2021 | RB | 5c | Calls with Carol Davis re: budget planning | 0.40 | 0.00 |
| 2/4/2021 | RB | 5c | Work on updated budget projections | 7.40 | 1,850.00 |
| 2/4/2021 | CD | 5c | Call with RB re budget planning | 0.40 | 0.00 |
| 2/4/2021 | CD | 5c | Update construction costs worksheets for budget work | 1.50 | 262.50 |
| 2/5/2021 | RB | 5c | Work on updated budget projections | 4.80 | 1,200.00 |
| 2/5/2021 | RB | 5c | Calls with KOH re: budget/projection planning | 0.80 | 0.00 |
| 2/5/2021 | RB | 5c | Calls with Carol Davis re: contractor costing issues and planning info for projections | 1.40 | 0.00 |
| 2/5/2021 | CD | 5c | Work on construction costs worksheets for budget | 1.50 | 262.50 |
| 2/5/2021 | CD | 5c | Calls with RB re construction costing and projections info | 1.40 | 0.00 |
| 2/6/2021 | RB | 5c | Work on updated budget projections | 3.60 | 900.00 |
| 2/7/2021 | RB | 5c | Call with KOH re: budget planning | 1.90 | 0.00 |
| 2/7/2021 | RB | 5c | Work on updated budget projections | 4.30 | 1,075.00 |
| 2/8/2021 | RB | 5c | Calls with KOH re: budget planning | 1.90 | 0.00 |
| 2/8/2021 | RB | 5c | Work on updated budget projections | 5.40 | 1,350.00 |
| 2/8/2021 | RB | 5c | Call with Carol Davis re: info needed for budget update | 0.30 | 0.00 |
| 2/8/2021 | CD | 5c | Call with RB re info for budget update | 0.30 | 0.00 |
| 2/9/2021 | RB | 5c | Work on updated cash model & other budget work | 5.20 | 1,300.00 |
| 2/9/2021 | RB | 5c | Calls with KOH re: budget update info | 3.20 | 0.00 |
| 2/10/2021 | RB | 5c | Work on updated cash model & other budget work | 4.90 | 1,225.00 |
| 2/10/2021 | RB | 5c | Calls with KOH re: budget update info | 0.80 | 0.00 |
| 2/11/2021 | RB | 5c | Work on updated budget projections | 5.60 | 1,400.00 |
| 2/12/2021 | RB | 5c | Work on updated budget projection scenarios | 4.20 | 1,050.00 |
| 2/12/2021 | RB | 5c | Calls with KOH re: budget projection issues | 0.60 | 0.00 |
| 2/23/2021 | RB | 5c | Calls with KOH re: budget issues for disclosure stmt | 0.20 | 0.00 |
| 2/23/2021 | RB | 5c | Brief review of working budget model for necessary updates | 0.70 | 175.00 |

**PROFESSIONAL SERVICES** | | | Hrs/Rate | Amount
Island View Crossing II, LP - NM

| Date | Init | Code | Description | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| 3/1/2021 | RB | 5c | Work on updated budget projections | 3.40 | 850.00 |
| 3/1/2021 | RB | 5c | Call with Carol Davis re: budget information | 0.70 | 0.00 |
| 3/1/2021 | CD | 5c | Call with RB re budget information | 0.70 | 0.00 |
| 3/3/2021 | CD | 5c | Work on budget interest calculations | 0.70 | 122.50 |
| 4/12/2021 | RB | 5c | Work on updated budget projections | 6.60 | 1,650.00 |
| 4/12/2021 | RB | 5c | Call with KOH re: budget planning | 0.10 | 0.00 |
| 4/13/2021 | RB | 5c | Calls with KOH re: budget updates | 1.20 | 0.00 |
| 4/13/2021 | RB | 5c | Work on updating detailed budget | 8.60 | 2,150.00 |
| 4/14/2021 | RB | 5c | Calls with KOH re: budget updates | 0.10 | 0.00 |
| 4/14/2021 | RB | 5c | Work on updating detailed budget | 10.70 | 2,675.00 |
| 4/15/2021 | RB | 5c | Calls with Carol Davis re: budget information issues | 0.60 | 0.00 |
| 4/15/2021 | RB | 5c | Work on updating detailed budget | 6.80 | 1,700.00 |
| 4/15/2021 | CD | 5c | Call with RB re budget information | 0.60 | 0.00 |
| 4/15/2021 | CD | 5c | Review updated budget | 1.30 | 227.50 |
| 4/15/2021 | CD | 5c | Call with RB re budget updates | 0.80 | 0.00 |
| 4/16/2021 | RB | 5c | Work on updating detailed budget | 3.60 | 900.00 |
| 4/16/2021 | RB | 5c | Calls with KOH & Aris re:budget matters | 2.80 | 0.00 |
| 4/16/2021 | RB | 5c | Calls with KOH re:budget matters | 2.70 | 0.00 |
| 4/17/2021 | RB | 5c | Work on updated budget projections | 6.70 | 1,675.00 |
| 4/17/2021 | RB | 5c | Calls with KOH re:budget matters | 0.40 | 0.00 |
| 4/18/2021 | RB | 5c | Calls with KOH re:budget matters | 2.40 | 0.00 |
| 4/18/2021 | RB | 5c | Work on updated budget projections for P&D Stmt | 6.60 | 1,650.00 |
| 4/19/2021 | RB | 5c | Work on updated budget projections for P&D Stmt | 6.70 | 1,675.00 |
| 4/19/2021 | RB | 5c | Call with Carol Davis re: information needed for budget | 0.50 | 0.00 |
| 4/19/2021 | CD | 5c | Review budget update | 1.50 | 262.50 |
| 4/19/2021 | CD | 5c | Call with RB re budget information | 0.50 | 0.00 |
| 4/20/2021 | RB | 5c | Call with Carol Davis re: information needed for budget update | 1.60 | 0.00 |
| 4/20/2021 | RB | 5c | Work on updating detailed budget | 2.30 | 575.00 |
| 4/20/2021 | CD | 5c | Review updated budget RB working on. | 0.60 | 0.00 |
| 4/20/2021 | CD | 5c | Calls with RB re budget information | 1.60 | 0.00 |
| 4/22/2021 | RB | 5c | Work on updating detailed budget | 6.30 | 1,575.00 |
| 4/22/2021 | CD | 5c | Review updated budget RB working on. | 0.50 | 0.00 |
| 4/23/2021 | RB | 5c | Calls with Carol Davis re: budget information issues | 0.90 | 0.00 |
| 4/23/2021 | RB | 5c | Work on updating detailed budget | 1.10 | 275.00 |
| 4/23/2021 | CD | 5c | Calls with RB re budget information | 0.90 | 0.00 |
| 4/24/2021 | RB | 5c | Work on updated budget projections | 0.20 | 50.00 |
| 4/26/2021 | RB | 5c | Work on updated budget projections for P&D Stmt | 2.60 | 650.00 |
| 4/26/2021 | RB | 5c | Call with Carol Davis re: information needed for budget | 0.20 | 0.00 |
| 4/26/2021 | RB | 5c | Call with KOH re: budget issues | 0.40 | 0.00 |
| 4/26/2021 | CD | 5c | Call with RB re budget information | 0.20 | 0.00 |
| 4/27/2021 | RB | 5c | Calls with Carol Davis re: budget issues | 0.30 | 0.00 |
| 4/27/2021 | RB | 5c | Work on updating detailed budget | 0.60 | 150.00 |
| 4/27/2021 | CD | 5c | Call with RB re budget issues. | 0.30 | 0.00 |
| 4/28/2021 | RB | 5c | Work on updating detailed budget | 1.60 | 400.00 |
| 4/29/2021 | RB | 5c | Call with KOH re: budget issues | 1.70 | 0.00 |
| 4/29/2021 | RB | 5c | Work on updating detailed budget | 3.10 | 775.00 |
| 4/30/2021 | RB | 5c | Work on updating detailed budget | 0.90 | 225.00 |
| 5/2/2021 | RB | 5c | Work on updated budget projections | 2.60 | 650.00 |
| 5/3/2021 | RB | 5c | Work on updated budget projections for P&D Stmt | 3.20 | 800.00 |
| 5/3/2021 | RB | 5c | Call with Carol Davis re: information needed for budget | 0.20 | 0.00 |
| 5/3/2021 | CD | 5c | Call with RB re information for budget | 0.20 | 35.00 |
| 5/4/2021 | RB | 5c | Calls with Carol Davis re: information for budget | 0.60 | 0.00 |
| 5/4/2021 | RB | 5c | Calls with KOH re: budget update needs and related information | 3.10 | 0.00 |
| 5/4/2021 | RB | 5c | Work on updating detailed budget | 10.60 | 2,650.00 |
| 5/4/2021 | CD | 5c | Call with RB re budget information | 0.60 | 0.00 |
| 5/5/2021 | RB | 5c | Calls with Carol Davis re: information for budget | 0.20 | 0.00 |
| 5/5/2021 | RB | 5c | Calls with KOH re: budget updates | 0.20 | 0.00 |
| 5/5/2021 | RB | 5c | Work on updating detailed budget | 5.30 | 1,325.00 |
| 5/5/2021 | CD | 5c | Call with RB re budget information | 0.20 | 0.00 |
| 5/6/2021 | RB | 5c | Calls with Carol Davis re: budget information issues | 1.90 | 0.00 |
| 5/6/2021 | RB | 5c | Calls with KOH re: budget updates | 0.90 | 0.00 |
| 5/6/2021 | RB | 5c | Work on updating detailed budget | 5.30 | 1,325.00 |
| 5/6/2021 | CD | 5c | Review updated budget worksheet | 1.00 | 175.00 |
| 5/6/2021 | CD | 5c | Calls with RB re budget information | 1.90 | 0.00 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | | | Description | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| 5/7/2021 | RB | 5c | Calls with Carol Davis re: budget information issues | 0.30 | 0.00 |
| 5/7/2021 | CD | 5c | Call with RB re budget information | 0.30 | 0.00 |
| 5/8/2021 | RB | 5c | Calls with KOH re:budget matters in prep for Planning & Disc stmt | 1.40 | 0.00 |
| 5/10/2021 | RB | 5c | Work on updated budget projections for P&D Stmt | 2.20 | 550.00 |
| 5/10/2021 | RB | 5c | Calls with KOH re: budget issues | 0.60 | 0.00 |
| 5/11/2021 | RB | 5c | Calls with KOH re: budget updates | 0.20 | 0.00 |
| 5/11/2021 | RB | 5c | Work on updating detailed budget | 3.60 | 900.00 |
| 5/12/2021 | RB | 5c | Calls with KOH re: budget updates | 2.60 | 0.00 |
| 5/12/2021 | RB | 5c | Work on updating detailed budget | 3.60 | 900.00 |
| 5/13/2021 | RB | 5c | Calls with Carol Davis re: budget information issues | 0.60 | 0.00 |
| 5/13/2021 | RB | 5c | Calls with KOH re: budget updates | 0.30 | 0.00 |
| 5/13/2021 | RB | 5c | Work on updating detailed budget | 6.80 | 1,700.00 |
| 5/13/2021 | CD | 5c | Call with RB re budget issues. | 0.60 | 0.00 |
| 5/14/2021 | RB | 5c | Calls with Aris Karalis re: budget information issues | 3.00 | 750.00 |
| 5/14/2021 | RB | 5c | Calls with Carol Davis re: budget information issues | 0.10 | 0.00 |
| 5/14/2021 | RB | 5c | Work on updating detailed budget | 7.40 | 1,850.00 |
| 5/14/2021 | RB | 5c | Calls with KOH re: budget updates | 0.90 | 0.00 |
| 5/14/2021 | CD | 5c | Review budget update | 0.30 | 52.50 |
| 5/14/2021 | CD | 5c | Call with RB re budget information | 0.10 | 0.00 |
| 5/15/2021 | RB | 5c | Work on updated budget projections | 1.10 | 275.00 |
| 5/15/2021 | RB | 5c | Calls with KOH re:budget matters | 0.10 | 0.00 |
| 5/15/2021 | RB | 5c | Calls with Aris Karalis & KOH re:budget matters | 0.50 | 0.00 |
| 5/19/2021 | RB | 5c | Calls with Carol re: budget info issues | 0.40 | 0.00 |
| 5/19/2021 | CD | 5c | Call with RB re information for budget | 0.40 | 0.00 |
| 5/24/2021 | RB | 5c | Calls with KOH re: updated budget projections for P&D Stmt | 0.40 | 0.00 |
| 5/25/2021 | CD | 5c | Review revised budget for Plan & Disclosure Stmt | 1.90 | 0.00 |
| 5/26/2021 | CD | 5c | Review updated budget for Plan & Disclosure Stmt | 0.20 | 0.00 |
| 6/3/2021 | CD | 5c | Review email correspondence re DS Plan Order | 0.10 | 17.50 |
| 6/28/2021 | RB | 5c | Work on budget scenarios re: possible Phase 2 asset sale | 2.60 | 650.00 |
| 6/29/2021 | RB | 5c | Calls with KOH re: budget updates for consideration of asset sale | 0.80 | 0.00 |
| 6/29/2021 | RB | 5c | Work on budget scenarios re: possible Phase 2 asset sale | 8.60 | 2,150.00 |
| 6/30/2021 | RB | 5c | Calls with KOH re: budget updates for consideration of asset sale | 1.00 | 0.00 |
| 6/30/2021 | RB | 5c | Work on budget scenarios re: possible Phase 2 asset sale | 4.20 | 1,050.00 |
| 7/1/2021 | RB | 5c | Calls with KOH re: budget updates | 1.70 | 0.00 |
| 7/30/2021 | CD | 5c | Review invoices and prepare worksheet for upgrade costs for unit | 2.30 | 402.50 |
| | **Total** | | **Budgeting - Construction** | **611.6** | **114,507.50** |

**For Professional Services Rendered:**

| | | | | Total Hours Worked | |
|---|---|---|---|---:|---:|
| RB | Ralph Brotherton | | | 535.10 | |
| CD | Carol Davis | | | 76.50 | |

| | | | Rate | Total Hours Billed | |
|---|---|---|---|---:|---:|
| RB | Ralph Brotherton | | $250/hr | 430.10 | $107,525.00 |
| CD | Carol Davis | | $175/hr | 39.90 | $6,982.50 |

| | | | | Total Hours Not Billed | |
|---|---|---|---|---:|---:|
| RB | Ralph Brotherton | | | 105.00 | |
| CD | Carol Davis | | | 36.60 | |