# EXHIBIT 6
# BUSINESS OPERATIONS

**Newbridge Management, LLC**
**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | Staff | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| | | | **Business Operations** | | |
| 5/11/2018 | CD | 6 | Discussion/email correspondence with bank re documents required for bank account set up. Review IVC documents re same. | 2.5 | 0.00 |
| 5/14/2018 | CD | 6 | Correspondence with bank re: bank account | 0.2 | 0.00 |
| 5/18/2018 | CD | 6 | Research and review information for phone/internet services onsite. | 3.7 | 0.00 |
| 5/22/2018 | CD | 6 | Work on scheduling phone/internet services for site. | 2.2 | 0.00 |
| 5/24/2018 | CD | 6 | Assist with verification of onsite telephone/internet services. | 1.0 | 0.00 |
| 6/4/2018 | CD | 6 | Received update on telephone/internet services onsite. | 0.1 | 0.00 |
| 6/7/2018 | CD | 6 | Call to Verizon re: internet service onsite | 1.0 | 0.00 |
| 6/18/2018 | CD | 6 | Contact vendor re: billing information and services | 1.2 | 0.00 |
| 8/21/2018 | RB | 6 | Handle coordination of onsite matters (office set-up, etc.) | 1.4 | 0.00 |
| 8/22/2018 | RB | 6 | Handle coordination of onsite matters (office set-up/organization, walk property, etc.) | 5.1 | 0.00 |
| 8/23/2018 | RB | 6 | Handle coordination of onsite matters (office set-up, etc.) | 0.4 | 0.00 |
| 8/24/2018 | RB | 6 | Handle coordination of onsite matters (office set-up, etc.) | 1.4 | 0.00 |
| 8/27/2018 | RB | 6 | Handle coordination of onsite matters (office set-up, etc.) | 0.2 | 0.00 |
| 8/28/2018 | RB | 6 | Handle coordination of onsite matters (office set-up, etc.) | 2.9 | 0.00 |
| 8/30/2018 | RB | 6 | Handle coordination of onsite matters (office set-up, etc.) | 2.8 | 0.00 |
| 8/31/2018 | RB | 6 | Handle coordination of onsite matters (office set-up, etc.) | 0.4 | 0.00 |
| 9/4/2018 | RB | 6 | Handle coordination of onsite matters (office set-up, etc.) | 0.4 | 0.00 |
| 9/10/2018 | RB | 6 | Handle coordination of onsite matters (office set-up, etc.) | 1.4 | 0.00 |
| 9/18/2018 | RB | 6 | Calls with Carol Davis re: property logistics | 0.2 | 0.00 |
| 9/18/2018 | CD | 6 | Call with Verizon re: office phone needs onsite | 0.7 | 0.00 |
| 9/18/2018 | CD | 6 | Call with RB re property logistics | 0.2 | 0.00 |
| 9/19/2018 | RB | 6 | Handle coordination of onsite matters (office management, etc.) | 0.6 | 0.00 |
| 9/19/2018 | CD | 6 | Email correspondence and work on multiple case issues. | 0.9 | 157.50 |
| 9/21/2018 | RB | 6 | Handle coordination of onsite matters (office admin issues, etc.) | 0.4 | 0.00 |
| 9/25/2018 | RB | 6 | Handle coordination of onsite matters (office admin, etc.) | 0.2 | 0.00 |
| 9/26/2018 | CD | 6 | Discussion with KOH re: payroll | 0.1 | 0.00 |
| 9/27/2018 | RB | 6 | Manage various onsite issues for office operations, etc. | 0.7 | 0.00 |
| 10/1/2018 | RB | 6 | Call with Patrice Whitaker of Regions Bank re:information needed for IVC bank account | 0.1 | 25.00 |
| 10/1/2018 | CD | 6 | Discussion with KOH re payroll. Work on documentation for payroll processing | 1.0 | 175.00 |
| 10/2/2018 | CD | 6 | Complete payroll form for payroll processing | 0.3 | 52.50 |
| 10/3/2018 | CD | 6 | Discussion with payroll provider. Prepare documentation for payroll processing | 3.3 | 577.50 |
| 10/4/2018 | CD | 6 | Complete payroll documents for payroll processing. Review payroll reports. Review PA registration forms. | 3.0 | 525.00 |
| 10/5/2018 | CD | 6 | Discussion with KOH re payroll. Forward payroll stub to employee. | 0.3 | 0.00 |
| 10/5/2018 | CD | 6 | Work on PA payroll registration forms. | 1.0 | 175.00 |
| 10/8/2018 | CD | 6 | Work on PA payroll registration forms. | 0.5 | 87.50 |
| 10/10/2018 | CD | 6 | Discussion with KOH re: PA payroll forms | 1.0 | 0.00 |
| 10/10/2018 | CD | 6 | Review PA payroll forms. | 1.0 | 175.00 |
| 10/15/2018 | CD | 6 | Email correspondence to KOH re: PA payroll forms | 0.1 | 0.00 |
| 10/19/2018 | CD | 6 | Email correspondence re: payroll reports | 0.2 | 35.00 |
| 10/29/2018 | CD | 6 | Gather and complete filing information for PA payroll taxes. | 1.6 | 280.00 |
| 10/30/2018 | CD | 6 | Review and file PA registration form. | 0.4 | 70.00 |
| 10/30/2018 | CD | 6 | Email correspondence with payroll processor re: status of PA filings. | 0.2 | 35.00 |
| 10/31/2018 | CD | 6 | Review email correspondence re: PA registration and forward information to payroll processor. | 0.2 | 35.00 |
| 11/2/2018 | CD | 6 | Work on PA unemployment registration. | 0.4 | 70.00 |
| 11/2/2018 | CD | 6 | Forward payroll documentation to employee | 0.1 | 17.50 |
| 11/2/2018 | CD | 6 | Call to PA for information to set up online unemployment account and completion of online set up. | 0.5 | 87.50 |
| 12/11/2018 | CD | 6 | Receive payroll reports. | 0.1 | 17.50 |
| 12/13/2018 | RB | 6 | Calls with Carol Davis regarding case issues | 0.4 | 0.00 |
| 12/13/2018 | CD | 6 | Call with RB re internet service issues. | 0.4 | 0.00 |
| 12/13/2018 | CD | 6 | Contact phone company re: service onsite | 0.2 | 0.00 |
| 12/14/2018 | CD | 6 | Review email correspondence re PA UC rate | 0.1 | 17.50 |
| 1/11/2019 | CD | 6 | Forward payroll documentation to employee | 0.1 | 17.50 |
| 1/17/2019 | RB | 6 | Call with Carol Davis re: case issues | 0.1 | 0.00 |

**PROFESSIONAL SERVICES**     Hrs/Rate     Amount
Island View Crossing II, LP - NM

| Date | Atty | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 1/17/2019 | CD | 6 | Call with RB re bank info | 0.1 | 0.00 |
| 1/28/2019 | CD | 6 | Order checks from bank. | 0.2 | 0.00 |
| 4/7/2019 | RB | 6 | Handle case admin matters | 0.1 | 0.00 |
| 5/7/2019 | RB | 6 | Call with Lisa Lonsbury, bank account officer for Regions Bank, re: cash management issues | 0.1 | 25.00 |
| 6/20/2019 | CD | 6 | Order checks for account. | 0.2 | 0.00 |
| 6/25/2019 | RB | 6 | Call with Lisa Lonsbury re: cash management needs | 0.1 | 25.00 |
| 8/7/2019 | CD | 6 | Calls with security personnel and Verizon re internet service | 1.0 | 0.00 |
| 11/4/2019 | RB | 6 | Calls with Carol Davis re: phone issues | 0.3 | 0.00 |
| 11/4/2019 | CD | 6 | Call with RB re phone issues | 0.3 | 0.00 |
| 11/4/2019 | CD | 6 | Call to Verizon re voice mail access | 0.7 | 0.00 |
| 12/12/2019 | CD | 6 | Review PA Unemployment rate correspondence | 0.2 | 35.00 |
| 12/27/2019 | RB | 6 | Call with Lisa Lonsbury of Regions Bank re: setting up additional account as an escrow account for customer deposits | 0.2 | 50.00 |
| 12/30/2019 | RB | 6 | Review Regions Bank Account Package for Escrow Account and send RB separate signature page | 0.2 | 0.00 |
| 12/30/2019 | CD | 6 | Research information re scanner for IVC | 0.3 | 52.50 |
| 12/30/2019 | CD | 6 | Review emails re escrow bank account | 0.4 | 70.00 |
| 12/31/2019 | RB | 6 | Call with Lisa Lonsbury re: escrow account activation | 0.1 | 25.00 |
| 12/31/2019 | CD | 6 | Review correspondence re escrow account and complete signature card for bank. Review and respond to email correspondence from bank re scanner for bank deposits. | 0.4 | 70.00 |
| 1/3/2020 | CD | 6 | Email correspondence with payroll company re 2020 PA UCC rate | 0.1 | 17.50 |
| 1/7/2020 | RB | 6 | Call with Phillip Rich of Regions Bank re activation of check scanning machine equipment agreement and required procedures | 0.8 | 200.00 |
| 1/8/2020 | RB | 6 | Download and review Regions Bank documents for Escrow Account scanning machine and execution of same | 0.3 | 75.00 |
| 1/9/2020 | RB | 6 | Review and execute corrected scanning machine documents for Sales Escrow account and transmit to Regions | 0.4 | 100.00 |
| 1/16/2020 | RB | 6 | Initiate prep for activation of scanner for escrow checks received | 0.9 | 0.00 |
| 1/17/2020 | RB | 6 | Message to Phillip Rich of Regions Bank re: escrow account scanner set-up process | 0.1 | 0.00 |
| 1/21/2020 | RB | 6 | Call with Lynn Pewitt re: escrow account issues | 0.1 | 0.00 |
| 1/21/2020 | RB | 6 | Call with Regions Client Services re: Quick Deposit scanner procedures and testing | 0.6 | 150.00 |
| 1/21/2020 | RB | 6 | Set up of scanner machine and further testing | 2.7 | 0.00 |
| 1/22/2020 | RB | 6 | Communication with Phillip Rich of Regions re: additional services available for escrow (e.g. online bill pay) | 0.1 | 0.00 |
| 2/25/2020 | CD | 6 | Review email correspondence re office expense | 0.1 | 17.50 |
| 3/2/2020 | CD | 6 | Contact bank to order checks. | 0.2 | 0.00 |
| 3/9/2020 | RB | 6 | Call with Cynthia Huddleston of United Rentals re: Notice received for amount owed by DeNucci to United Rentals and related follow-up | 1.1 | 275.00 |
| 3/10/2020 | RB | 6 | Calls with KOH re: case issues | 0.4 | 0.00 |
| 3/10/2020 | RB | 6 | Calls with Carol Davis re: case issues | 0.6 | 0.00 |
| 3/10/2020 | RB | 6 | Message to Clint DeNucci re: United Rentals notice and related call with Antoinette DeNucci re: its resolution | 0.7 | 175.00 |
| 3/10/2020 | CD | 6 | Calls with RB re case issues | 0.6 | 0.00 |
| 3/11/2020 | RB | 6 | Calls with KOH re: case issues | 1.7 | 0.00 |
| 3/13/2020 | RB | 6 | Call with KOH re: case issues | 0.3 | 0.00 |
| 3/13/2020 | RB | 6 | Call with Lisa Lonsbury re: escrow account activation (.3) plus related followup to obtain required info (.4) | 0.7 | 175.00 |
| 3/16/2020 | RB | 6 | Review cash reports and log-in/secure check order received | 0.2 | 0.00 |
| 3/16/2020 | CD | 6 | Review and confirm payroll information. Correspondence with payroll processor. | 0.7 | 122.50 |
| 3/17/2020 | RB | 6 | Review communication from Regions re: security updates related to One Pass and access | 0.2 | 50.00 |
| 3/20/2020 | RB | 6 | Call with Carol Davis re: case issues | 0.1 | 0.00 |
| 3/20/2020 | CD | 6 | Email from PA re close of all non life sustaining businesses | 0.1 | 17.50 |
| 3/20/2020 | CD | 6 | Call with RB re case issues | 0.1 | 0.00 |
| 3/23/2020 | RB | 6 | Calls with Kevin O'Halloran re: case issues | 0.9 | 0.00 |
| 3/23/2020 | RB | 6 | Call with subcontractor re: resolution of improper claim notice submitted by third party | 0.3 | 75.00 |
| 3/24/2020 | RB | 6 | Call with KOH re: case issues | 0.5 | 0.00 |
| 3/25/2020 | RB | 6 | Calls with KOH re: case issues | 1.4 | 0.00 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | Init | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 3/26/2020 | RB | 6 | Call with Carol Davis re: case issues | 1.1 | 0.00 |
| 3/26/2020 | CD | 6 | Call with RB re case issues | 1.1 | 0.00 |
| 3/26/2020 | CD | 6 | Emails with vendor re cancellation of service. Review cancellation info. | 0.4 | 70.00 |
| 3/27/2020 | RB | 6 | Call with KOH re: case issues | 0.6 | 0.00 |
| 3/31/2020 | RB | 6 | Review of communications with Regions Bank re: deposit requirement monitoring | 0.2 | 50.00 |
| 4/8/2020 | RB | 6 | Call to Lisa Lonsbury of Regions re: case banking needs | 0.1 | 0.00 |
| 4/22/2020 | RB | 6 | Calls with Carol Davis re: case issues | 0.6 | 0.00 |
| 4/22/2020 | CD | 6 | Calls with RB re case issues | 0.6 | 0.00 |
| 4/23/2020 | CD | 6 | Call with KOH re March Monthly Operating Report & Insurance issues. | 0.3 | 0.00 |
| 4/23/2020 | CD | 6 | Review information needed for BCBS, forward PA qtrly report to KOH | 0.7 | 0.00 |
| 4/24/2020 | CD | 6 | Call with Regions Bank re bank account | 0.2 | 35.00 |
| 5/4/2020 | CD | 6 | Call with KOH re payroll | 0.10 | 0.00 |
| 5/8/2020 | CD | 6 | Call Payroll Professionals re payroll question | 0.20 | 35.00 |
| 5/11/2020 | CD | 6 | Email to payroll processing company re 5/18/20 payroll | 0.10 | 17.50 |
| 5/13/2020 | RB | 6 | Call with Peter Thomson of Regions Bank re: available bank services | 0.20 | 0.00 |
| 5/14/2020 | RB | 6 | Call with Peter Thomson of Regions Bank re: available bank services | 0.10 | 0.00 |
| 6/12/2020 | RB | 6 | Employment verification | 0.10 | 0.00 |
| 6/23/2020 | CD | 6 | Email correspondence with bank re check order | 0.20 | 35.00 |
| 6/26/2020 | CD | 6 | Review email correspondence re check order | 0.10 | 17.50 |
| 6/30/2020 | CD | 6 | Received and review check order. | 0.10 | 17.50 |
| 7/31/2020 | CD | 6 | Review/update address list for vendors | 1.20 | 210.00 |
| 7/31/2020 | CD | 6 | Correspondence and calls with bank re bank account fee and deposit. | 0.30 | 52.50 |
| 8/4/2020 | CD | 6 | Email to bank re bank account fee. Review correspondence re adjustment to account. | 0.20 | 35.00 |
| 8/10/2020 | CD | 6 | Call with Regions bank re bank account re wire instructions.Update wire instructi | 0.50 | 87.50 |
| 8/11/2020 | CD | 6 | Email and call with Regions Bank re quick deposit fee | 0.20 | 0.00 |
| 8/14/2020 | CD | 6 | Email correspondence with bank re wire transfer | 0.10 | 0.00 |
| 8/18/2020 | CD | 6 | Email correspondence with Regions Bank re fees | 0.10 | 0.00 |
| 8/19/2020 | CD | 6 | Call with KOH re payroll | 0.30 | 0.00 |
| 8/19/2020 | CD | 6 | Email correspondence to Payroll Professionals re payroll | 0.20 | 35.00 |
| 8/31/2020 | CD | 6 | Email correspondence with payroll processing company re 9/4/20 payroll | 0.20 | 35.00 |
| 8/31/2020 | CD | 6 | Call with Verizon re cancellation of service. Email correspondence with security personnel re cancellation of service and return of Verizon equipment | 0.50 | 87.50 |
| 9/3/2020 | CD | 6 | Email correspondence with KOH re payroll | 0.20 | 0.00 |
| 9/3/2020 | CD | 6 | Email correspondence with payroll company re 9/4/20 payroll. | 0.30 | 52.50 |
| 9/9/2020 | CD | 6 | Call Verizon re equipment return | 0.10 | 17.50 |
| 9/10/2020 | CD | 6 | Email to Regions Bank re maintenance fee | 0.10 | 17.50 |
| 9/11/2020 | CD | 6 | Email correspondence with security personnel re Verizon equipment | 0.20 | 35.00 |
| 9/11/2020 | CD | 6 | Call with Verizon re equipment return | 0.80 | 140.00 |
| 9/15/2020 | CD | 6 | Email correspondence with security personnel re Verizon equipment | 0.10 | 17.50 |
| 9/18/2020 | CD | 6 | Review email from bank re bank fee waived | 0.10 | 0.00 |
| 9/22/2020 | CD | 6 | Email correspondence with bank re bank fee | 0.10 | 0.00 |
| 9/28/2020 | CD | 6 | Email to Payroll processing company re 10/5/20 payroll | 0.10 | 17.50 |
| 9/29/2020 | CD | 6 | Prepare letter to Stream re Lot 42 sold, cancel electric service | 0.20 | 35.00 |
| 10/1/2020 | CD | 6 | Email to bank re bank fee to account. | 0.10 | 0.00 |
| 10/9/2020 | CD | 6 | Correspondence with bank re check order. | 0.20 | 35.00 |
| 10/16/2020 | CD | 6 | Email to Regions Bank re bank fee | 0.10 | 0.00 |
| 10/21/2020 | CD | 6 | Email to Regions Bank re fee charged account | 0.10 | 0.00 |
| 10/21/2020 | CD | 6 | Call to Stream to cancel remaining electric service contract | 0.30 | 52.50 |
| 10/26/2020 | CD | 6 | Email correspondence with bank re check order | 0.10 | 17.50 |
| 11/2/2020 | CD | 6 | Email correspondence with Regions bank re bank fees | 0.10 | 17.50 |
| 11/5/2020 | CD | 6 | Call with Verizon to set up order for Lot 10 internet service. Review and confirm service order. Update Verizon service information. | 0.60 | 0.00 |
| 11/18/2020 | CD | 6 | Email correspondence with bank re escrow funds | 0.20 | 35.00 |
| 11/24/2020 | CD | 6 | Email to bank re wire transfer fee | 0.10 | 17.50 |
| 11/24/2020 | CD | 6 | Email correspondence with bank re check order | 0.10 | 17.50 |
| 12/2/2020 | RB | 6 | Review communication from Lisa Lonsbury re: different features available on less active accounts | 0.20 | 50.00 |
| 12/3/2020 | CD | 6 | Discussion with bank re HOA accounts and email correspondence with KOH & RB re same | 0.40 | 0.00 |
| 12/4/2020 | CD | 6 | Review check order received. | 0.10 | 17.50 |
| 12/7/2020 | CD | 6 | Email to bank re check order, fee refunds | 0.10 | 17.50 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 12/7/2020 | CD | 6 | Email to payroll provider re 12/14/20 payroll | 0.10 | 17.50 |
| 12/9/2020 | CD | 6 | Review emails re PA unemployment, download new NM rate for 2021 and forward to Payroll Professionals | 0.40 | 70.00 |
| 12/14/2020 | CD | 6 | Forward PA unemployment notice to Payroll Professionals | 0.10 | 17.50 |
| 12/17/2020 | CD | 6 | Email correspondence with bank re wire transfer | 0.10 | 17.50 |
| 12/23/2020 | CD | 6 | Email correspondence with bank re status of funds cleared from deposit | 0.10 | 17.50 |
| 1/5/2021 | CD | 6 | Call Verizon to inquire on renewal options/pricing for trailer. | 0.40 | 70.00 |
| 1/20/2021 | CD | 6 | Email to bank re wire transfer fee | 0.10 | 17.50 |
| 1/25/2021 | CD | 6 | Email correspondence with payroll company re 1/25/21 payroll | 0.30 | 52.50 |
| 1/26/2021 | CD | 6 | Review email correspondence from payroll company re 1/25/21 payroll. Update register. | 0.20 | 35.00 |
| 1/26/2021 | CD | 6 | Email correspondence with bank re check order | 0.20 | 35.00 |
| 2/1/2021 | CD | 6 | Email to Regions Bank re wire fee | 0.10 | 17.50 |
| 2/4/2021 | CD | 6 | Call to Verizon re trailer contract ending and cost of month to month service | 0.10 | 17.50 |
| 2/16/2021 | CD | 6 | Email correspondence with Regions Bank re check order fee | 0.10 | 17.50 |
| 2/19/2021 | CD | 6 | Call Verizon re trailer phone and internet service | 0.40 | 70.00 |
| 2/22/2021 | CD | 6 | Email correspondence with payroll company re update to payroll | 0.20 | 35.00 |
| 2/25/2021 | CD | 6 | Call Verizon re phone and internet service | 0.20 | 0.00 |
| 2/28/2021 | RB | 6 | Analyze costs associated with Admin phone line and determine options | 0.40 | 0.00 |
| 3/1/2021 | CD | 6 | Call with security personnel re internet service in Lot 45 | 0.20 | 0.00 |
| 3/4/2021 | CD | 6 | Call Verizon to change terms on service in trailer, review orders for change of service. | 0.70 | 122.50 |
| 3/5/2021 | CD | 6 | Call Verizon re account | 0.30 | 52.50 |
| 3/9/2021 | CD | 6 | Call Verizon to inquire about phone line in elevator in unit | 0.50 | 87.50 |
| 3/10/2021 | CD | 6 | Review email correspondence re phone & internet in Unit 57 | 0.20 | 35.00 |
| 3/10/2021 | CD | 6 | Review Verizon router return email correspondence, attempt to download prepaid label. Discussion with LW re return of router to Verizon. | 0.50 | 87.50 |
| 3/25/2021 | CD | 6 | Call with LW re phone/internet service in Lot 57. Call to Verizon for quotes on services for Lot 57. Follow up call with LW to discuss quotes received. | 1.30 | 227.50 |
| 3/30/2021 | CD | 6 | Call with LW re Verzion service transfer | 0.20 | 35.00 |
| 3/30/2021 | CD | 6 | Call with KOH re phone service | 0.20 | 0.00 |
| 3/30/2021 | CD | 6 | Email to sales personnel re Comcast contact | 0.10 | 17.50 |
| 3/31/2021 | CD | 6 | Obtain quotes from Comcast & Verizon re phone/internet services. | 1.50 | 262.50 |
| 4/1/2021 | CD | 6 | Call Verizon to place order phone & internet services in Lot 57. Call with LW to confirm his availability for Verizon installation. Follow up email to KOH, RB and LW re Verizon installation for Lot 57. | 0.90 | 0.00 |
| 4/2/2021 | CD | 6 | Review and respond to email correspondence re phone/internet service | 0.20 | 35.00 |
| 4/2/2021 | CD | 6 | Call with Verizon re transfer of service from Lot 37 model and confirm LW's availability for 4/10 install. | 0.50 | 87.50 |
| 4/2/2021 | CD | 6 | Review Verizon email re transfer of service order | 0.30 | 52.50 |
| 4/2/2021 | CD | 6 | Received call from Verizon about phone/internet order to confirm address on order as their system was showing an issue. | 0.20 | 35.00 |
| 4/5/2021 | CD | 6 | Call with LW re Verizon install for sales model | 0.10 | 17.50 |
| 4/5/2021 | CD | 6 | Email to Regions Bank re bank fee | 0.10 | 17.50 |
| 4/7/2021 | CD | 6 | Email correspondence with KOH, RB, LW re update on Verizon transfer of sales model phone & internet | 0.20 | 0.00 |
| 4/7/2021 | CD | 6 | Call to Verizon re change order for sales model phone & internet transfer | 0.30 | 0.00 |
| 4/8/2021 | CD | 6 | Call to Verizon re phone/internet transfer | 0.50 | 87.50 |
| 4/9/2021 | CD | 6 | Call with David at Verizon re order approval and install 4/10/21 | 0.10 | 0.00 |
| 4/14/2021 | CD | 6 | Call from LW re Verizon router and phone line not working | 0.30 | 0.00 |
| 4/15/2021 | CD | 6 | Call with Verizon re transfer of service from Lot 37 model. Call with LW to discuss transfer of services. | 0.30 | 52.50 |
| 4/15/2021 | CD | 6 | Email correspondence with Regions Bank re wire fee | 0.10 | 17.50 |
| 4/19/2021 | CD | 6 | Email correspondence with Regions Bank re fees posted to accounts | 0.30 | 52.50 |
| 5/3/2021 | CD | 6 | Review Verizon website, email Verizon rep re update on sales phone/internet service. | 0.30 | 52.50 |
| 5/4/2021 | CD | 6 | Review Verizon change order. Email correspondence with Verizon rep re change order. | 0.50 | 87.50 |
| 5/18/2021 | CD | 6 | Review Verizon bill and communications re transfers of account between units. | 1.50 | 262.50 |
| 5/19/2021 | CD | 6 | Call with Verizon re sales bill received and transactions related to account. Review Orders for corrections and adjustments on account. | 1.70 | 297.50 |
| 6/1/2021 | CD | 6 | Email correspondence to bank re check order | 0.10 | 17.50 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 6/8/2021 | CD | 6 | Review Verizon bill online for account update. Review prior orders/changes to sales phone account. Call with Verizon re status of original sales phone account and current account information. | 1.90 | 332.50 |
| 6/22/2021 | CD | 6 | Call with First USA Abstract Inc (title company) that handled a previous closing. FedEx sent to my address in error. Prepare FedEx Airbill using their account number and drop off shipment to FedEx. | 1.10 | 192.50 |
| 7/2/2021 | CD | 6 | Email to Regions Bank re fees charged during 2nd quarter 2021 | 0.30 | 52.50 |
| 7/2/2021 | CD | 6 | Review email from Verizon re router returns, research and forward email to LW | 0.30 | 52.50 |
| 7/7/2021 | CD | 6 | Call with Verizon to confirm router return information and have Verizon review and correct billing issues on previous sales account. Forward router return label and provide instructions received for return of routers to LW. | 1.70 | 0.00 |
| 7/9/2021 | CD | 6 | Attempt to update IVC mailing address in Verizon website. | 0.10 | 17.50 |
| 7/15/2021 | RB | 6 | Calls with Carol Davis re: admin issues (phone lines) | 0.20 | 0.00 |
| 7/15/2021 | CD | 6 | Call with RB re phone lines | 0.20 | 0.00 |
| 7/30/2021 | CD | 6 | Contact bank to place check order. | 0.20 | 35.00 |
| | **Total** | | **Business Operations** | **110.5** | **9,155.00** |

**For Professional Services Rendered:**

| | | | | **Total Hours Worked** | |
|---|---|---|---|---|---|
| | RB | Ralph Brotherton | | 39.10 | |
| | CD | Carol Davis | | 71.40 | |

| | | | Rate | **Total Hours Billed** | |
|---|---|---|---|---|---|
| | RB | Ralph Brotherton | $250/hr | 6.10 | $1,525.00 |
| | CD | Carol Davis | $175/hr | 43.60 | $7,630.00 |

| | | | | **Total Hours Not Billed** | |
|---|---|---|---|---|---|
| | RB | Ralph Brotherton | | 33.00 | |
| | CD | Carol Davis | | 27.80 | |