# EXHIBIT 8
# CLAIMS ADMINISTRATION & OBJECTIONS

**Newbridge Management, LLC**
**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
|  |  |  | **Claims Administration & Objections** |  |  |
| 4/12/2018 | CD | 8 | Email correspondence re: claims worksheet | 0.1 | 17.50 |
| 5/11/2018 | CD | 8 | Prepare schedule re Customer Deposits | 2.0 | 350.00 |
| 8/20/2018 | RB | 8 | Work on issues related to bankruptcy claims | 1.3 | 325.00 |
| 8/21/2018 | RB | 8 | Work on issues related to bankruptcy claims | 2.2 | 550.00 |
| 8/21/2018 | CD | 8 | Work on issues related to bankruptcy claims. | 1.5 | 262.50 |
| 12/6/2018 | CD | 8 | Review email re claim | 0.3 | 52.50 |
| 1/2/2019 | RB | 8 | Review information re: One State Street claim and various related options | 0.8 | 200.00 |
| 1/3/2019 | RB | 8 | Review of detail information re: One State Street claim issue | 2.3 | 575.00 |
| 2/18/2019 | RB | 8 | Review communication re: One State Street claim settlement | 0.3 | 75.00 |
| 2/28/2019 | RB | 8 | Meet with claimant who is interested in purchasing townhome; explain relevant bankruptcy procedures | 0.6 | 150.00 |
| 4/2/2019 | RB | 8 | Review email correspondence related to One State Street claim | 0.1 | 25.00 |
| 4/9/2019 | CD | 8 | Receive and review State Street Motion filed | 0.3 | 52.50 |
| 12/10/2019 | RB | 8 | Email to Brian Agger to satisfy info needed to resolve admin claim filed | 0.4 | 100.00 |
| 12/11/2019 | RB | 8 | Message to Brian Agger of Cooper Electric re: additional information needed to resolve admin claim | 0.1 | 25.00 |
| 7/30/2020 | CD | 8 | Download proof of claim from Pacer | 0.30 | 52.50 |
|  | **Total** |  | **Claims Administration & Objections** | **12.6** | **2,812.50** |

**For Professional Services Rendered:**

|  |  |  | Total Hours Worked |  |
|---|---|---|---:|---|
| RB | Ralph Brotherton |  | 8.10 |  |
| CD | Carol Davis |  | 4.50 |  |

|  |  | Rate | Total Hours Billed |  |
|---|---|---|---:|---:|
| RB | Ralph Brotherton | $250/hr | 8.10 | $2,025.00 |
| CD | Carol Davis | $175/hr | 4.50 | $787.50 |

|  |  |  | Total Hours Not Billed |
|---|---|---|---:|
| RB | Ralph Brotherton |  | 0.00 |
| CD | Carol Davis |  | 0.00 |