# EXHIBIT 9
# EMPLOYMENT AND FEE APPLICATIONS

**Newbridge Management, LLC**
**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| | | | **Employment and Fee Applications** | | |
| 10/15/2018 | RB | 9 | Review of first fee application by Counsel | 2.1 | 525.00 |
| 10/29/2018 | RB | 9 | Review draft of engagement letter for HOA Counsel | 0.2 | 50.00 |
| 2/24/2020 | RB | 9 | Review fee applications of Fox Rothschild firm and Kaplin Stewart firm | 0.3 | 75.00 |
| 3/30/2020 | RB | 9 | Review fee application submitted by former Ch 11 Trustee | 0.2 | 50.00 |
| | Total | | **Employment and Fee Applications** | 2.8 | 700.00 |

**For Professional Services Rendered:**

| | | | Total Hours Worked | |
|---|---|---|---|---|
| RB | Ralph Brotherton | | 2.80 | |
| CD | Carol Davis | | 0.00 | |

| | | Rate | Total Hours Billed | |
|---|---|---|---|---|
| RB | Ralph Brotherton | $250/hr | 2.80 | $700.00 |
| CD | Carol Davis | $175/hr | 0.00 | $0.00 |

| | | | Total Hours Not Billed | |
|---|---|---|---|---|
| RB | Ralph Brotherton | | 0.00 | |
| CD | Carol Davis | | 0.00 | |