# EXHIBIT 10
# FINANCING, CASH COLLATERAL AND OBJECTIONS

**Newbridge Management, LLC**
**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

### Financing, Cash Collateral and Objections

| Date | Staff | Code | Description | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| 7/31/2018 | RB | 10 | Review latest drafts and prepare info for Counsel for inclusion in agreements | 2.9 | 725.00 |
| 8/1/2018 | RB | 10 | Review latest drafts and prepare info for Counsel for inclusion in agreements | 0.8 | 200.00 |
| 8/9/2018 | RB | 10 | Work on Interim Funding requirements for preparation of Court motion | 1.6 | 400.00 |
| 8/14/2018 | RB | 10 | Review and work on updated drafts of financing motion and construction management agreement | 5.6 | 1,400.00 |
| 8/14/2018 | RB | 10 | Work on modifications/alternatives to model, etc. for financing purposes | 0.9 | 225.00 |
| 8/15/2018 | RB | 10 | Followup on execution of construction management agreement and modifications to budget for inclusion in financing motion | 8.1 | 2,025.00 |
| 8/16/2018 | RB | 10 | Followup on execution of construction management agreement and modifications to budget for inclusion in financing motion | 4.9 | 1,225.00 |
| 8/16/2018 | CD | 10 | Assist with review of budget/cash flow for financing motion | 1.6 | 280.00 |
| 8/22/2018 | RB | 10 | Work on various schedules in prep for Hearings | 1.9 | 475.00 |
| 8/23/2018 | RB | 10 | Work on various schedules in prep for Hearings | 4.8 | 1,200.00 |
| 8/24/2018 | RB | 10 | Work on various schedules in prep for Hearings | 0.8 | 200.00 |
| 8/29/2018 | RB | 10 | Review and work on various schedules and determine information needed in prep for Hearings | 6.7 | 1,675.00 |
| 8/30/2018 | CD | 10 | Review judgment interest schedule | 0.3 | 52.50 |
| 9/10/2018 | RB | 10 | Prepare and review various documents as needed for Hearing | 5.2 | 1,300.00 |
| 9/11/2018 | RB | 10 | Prepare and review various documents as needed for Hearing | 5.6 | 1,400.00 |
| 9/12/2018 | RB | 10 | Attend Court Hearing for approval of financing motion | 2.7 | 675.00 |
| 9/13/2018 | RB | 10 | Finalize execution and documentation of financing documents and transmittal of same | 1.6 | 400.00 |
| 9/27/2018 | RB | 10 | Coordination of execution of subordination agreements for financing agreement and arrangements for recording of same | 0.7 | 175.00 |
| 10/1/2018 | RB | 10 | Review and test calculations of post petition interest due for RDA loan and generate communication for revised amount | 1.2 | 300.00 |
| 10/1/2018 | CD | 10 | Review email correspondence re financing related issues | 1.0 | 175.00 |
| 10/2/2018 | RB | 10 | Communication with RDA re: adjusted amount ;prepare adjusted payment for RDA post petition principal, interest and fees and transmittal of same | 1.4 | 350.00 |
| 11/13/2018 | RB | 10 | Compile information responsive to creditor request | 4.7 | 1,175.00 |
| 1/3/2019 | RB | 10 | Determination of additional information needed by Prudential | 0.3 | 75.00 |
| 1/14/2019 | RB | 10 | Begin analysis of possible fixed interest rate offer for RDA loan | 0.3 | 75.00 |
| 3/5/2019 | RB | 10 | Work on documents requested by Counsel for contract compliance & information for creditors | 7.8 | 1,950.00 |
| 4/10/2019 | RB | 10 | Locate and organize information requested by secured creditor | 8.9 | 2,225.00 |
| 4/11/2019 | RB | 10 | Locate and organize information requested by secured creditor | 4.2 | 1,050.00 |
| 4/13/2019 | RB | 10 | Prepare for call with Counsel and KOH re: secured creditor request for info | 0.2 | 0.00 |
| 4/13/2019 | RB | 10 | Organize additional information for Counsel in response to Prudential request | 1.3 | 325.00 |
| 4/17/2019 | RB | 10 | Organize additional information for Counsel in response to Prudential request | 1.6 | 400.00 |
| 11/26/2019 | RB | 10 | Review information related to Prudential loan | 0.4 | 100.00 |
| 12/6/2019 | RB | 10 | Work on information related to outstanding debt | 1.4 | 350.00 |
| 12/18/2019 | RB | 10 | Work with Bernie Sauer re: information on items in Escrow Release on the Prudential Tri-Party agreement | 1.6 | 400.00 |
| 12/26/2019 | RB | 10 | Review info re: Tri-Party Agreement expenditures to date and determine process for reporting | 2.4 | 600.00 |
| 12/27/2019 | RB | 10 | Work on info re: Tri-Party Agreement expenditures to date eligible for release from escrow | 5.3 | 1,325.00 |
| 12/27/2019 | RB | 10 | Message to Kurt Schroeder of Gilmore Engineering re: release process for Tri-Party Escrow & review return message | 0.1 | 25.00 |
| 12/28/2019 | RB | 10 | Work on info re: Tri-Party Agreement expenditures to date eligible for release from escrow | 3.2 | 800.00 |
| 12/29/2019 | RB | 10 | Work on info re: Tri-Party Agreement expenditures to date eligible for release from escrow | 8.8 | 2,200.00 |
| 12/30/2019 | RB | 10 | Work on info re: Tri-Party Agreement expenditures to date eligible for release from escrow | 9.8 | 2,450.00 |
| 12/30/2019 | CD | 10 | Review emails re Tri-Party documents | 0.5 | 87.50 |
| 1/6/2020 | RB | 10 | Work on information needed by Counsel to provide secured lender | 2.8 | 700.00 |
| 1/7/2020 | RB | 10 | Work on information needed by Counsel to provide secured lender | 6.4 | 1,600.00 |

**PROFESSIONAL SERVICES**                                                                                                          Hrs/Rate      Amount
Island View Crossing II, LP - NM

| Date | Prof | | Description | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| 1/8/2020 | RB | 10 | Work on information needed by Counsel to provide secured lender | 4.4 | 1,100.00 |
| 1/8/2020 | CD | 10 | Review information needed for Prudential. | 0.9 | 157.50 |
| 1/9/2020 | RB | 10 | Work on info for Counsel to provide to secured lender | 6.4 | 1,600.00 |
| 1/10/2020 | RB | 10 | Work on data for Counsel to provide to Prudential | 2.3 | 575.00 |
| 1/10/2020 | RB | 10 | Calls with KOH re: case issues | 1.6 | 0.00 |
| 1/10/2020 | RB | 10 | Calls with Carol Davis re: case issues | 0.3 | 0.00 |
| 1/10/2020 | CD | 10 | Call with KOH and RB re case issues, Prudential information | 0.6 | 0.00 |
| 1/10/2020 | CD | 10 | Work on data for Counsel to provide to Prudential. | 3.2 | 560.00 |
| 1/10/2020 | CD | 10 | Call with RB re case issues, info for Prudential | 0.3 | 0.00 |
| 1/11/2020 | RB | 10 | Work on data for Counsel to provide to Prudential | 7.9 | 1,975.00 |
| 1/12/2020 | RB | 10 | Work on data for Counsel to provide to Prudential | 4.4 | 1,100.00 |
| 1/13/2020 | RB | 10 | Work on data for Counsel to provide to Prudential | 2.2 | 550.00 |
| 1/14/2020 | RB | 10 | Work on info for Counsel in preparation for Court Hearing on Additional Financing motion | 12.8 | 3,200.00 |
| 1/18/2021 | CD | 10 | Review loan docs for interest detail | 0.20 | 35.00 |
| 1/27/2021 | RB | 10 | Handle admin claims issues re: BKRE Investments, LLC | 0.80 | 200.00 |
| 2/25/2021 | RB | 10 | Call with Carol Davis re: financing matters | 0.10 | 0.00 |
| 2/25/2021 | RB | 10 | Call with KOH re: financing matters | 0.20 | 0.00 |
| 2/25/2021 | CD | 10 | Call with RB re financing | 0.10 | 0.00 |
| 7/16/2021 | CD | 10 | Call with KOH re update on secured lender filings | 0.20 | 0.00 |
| 7/28/2021 | RB | 10 | Review information for BKRE extension documents | 0.80 | 200.00 |
| | **Total** | | **Financing, Cash Collateral and Objections** | **182.0** | **44,022.50** |

**For Professional Services Rendered:**

|  |  |  | | Total Hours Worked |  |
|---|---|---|---|---:|---|
| RB | Ralph Brotherton | | | 173.10 | |
| CD | Carol Davis | | | 8.90 | |

|  |  | | Rate | Total Hours Billed | |
|---|---|---|---|---:|---:|
| RB | Ralph Brotherton | | $250/hr | 170.70 | $42,675.00 |
| CD | Carol Davis | | $175/hr | 7.70 | $1,347.50 |

|  |  | | | Total Hours Not Billed | |
|---|---|---|---|---:|---|
| RB | Ralph Brotherton | | | 2.40 | |
| CD | Carol Davis | | | 1.20 | |