# EXHIBIT 11
# INSURANCE

**Newbridge Management, LLC**
**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| | | | **Insurance** | | |
| 3/22/2018 | CD | 11 | Review email correspondence re: Insurance update | 0.1 | 17.50 |
| 7/19/2018 | RB | 11 | Call to insurance agency re: construction management insurance issues | 0.1 | 25.00 |
| 7/24/2018 | RB | 11 | Call with Sue Roberts of Tyrol Insurance re: insurance requirements for construction management agreement | 0.1 | 25.00 |
| 8/1/2018 | RB | 11 | Call with Deanne Crook re: insurance issues | 0.5 | 125.00 |
| 8/22/2018 | RB | 11 | Call with Deanne Crook re: insurance coverage coordination | 0.1 | 25.00 |
| 8/24/2018 | RB | 11 | Call with Deanne Crook re: insurance coverage coordination | 0.5 | 125.00 |
| 9/11/2018 | RB | 11 | Calls with Deanne Crook re: insurance matters | 0.3 | 75.00 |
| 9/12/2018 | RB | 11 | Calls with Deanne Crook re: insurance issues | 0.3 | 75.00 |
| 9/13/2018 | RB | 11 | Work on various issues re: insurance coverage (.9); multiple calls with Deanne Crook re: same (.3) | 1.2 | 300.00 |
| 9/14/2018 | RB | 11 | Calls with Deanne Crook re: insurance issues | 0.3 | 75.00 |
| 9/17/2018 | RB | 11 | Calls with Deanne Crook re: insurance issues | 1.0 | 250.00 |
| 9/18/2018 | RB | 11 | Calls with Deanne Crook re: insurance issues | 0.8 | 200.00 |
| 9/19/2018 | RB | 11 | Conference call with John McGrath, Kevin McGrath, Deanne Crook and KOH re: projected reporting needs for insurance requirements | 0.5 | 125.00 |
| 9/19/2018 | RB | 11 | Calls with Deanne Crook re: execution of docs required for coverage | 1.2 | 300.00 |
| 9/20/2018 | RB | 11 | Calls with Deanne Crook re:coordination with McGrath & Son for finalization of its workers' comp coverage; provide documents needed by underwriter for IVC coverage | 0.4 | 100.00 |
| 9/20/2018 | RB | 11 | Provide additional documents requested by underwriter for IVC coverage | 0.8 | 200.00 |
| 9/20/2018 | CD | 11 | Review emails re: insurance | 0.1 | 17.50 |
| 9/21/2018 | CD | 11 | Review email re: insurance | 0.1 | 17.50 |
| 9/24/2018 | RB | 11 | Calls with Deanne Crook re: execution of docs required for various policies | 0.1 | 25.00 |
| 9/24/2018 | CD | 11 | Review email re: insurance for sub contractor | 0.1 | 17.50 |
| 9/25/2018 | RB | 11 | Calls with Deanne Crook re: contractor insurance issues | 0.2 | 50.00 |
| 9/26/2018 | CD | 11 | Review email correspondence re insurance certificate | 0.1 | 17.50 |
| 9/27/2018 | RB | 11 | Calls with Deanne Crook re: contractor insurance issues | 0.9 | 225.00 |
| 10/3/2018 | RB | 11 | Call with Deanne Crook re: insurance issues | 0.1 | 25.00 |
| 10/18/2018 | CD | 11 | Received and review insurance information from Griggs Ficklen | 0.1 | 17.50 |
| 10/25/2018 | RB | 11 | Prepare for and meeting with Justin Benincasa, Loss Prevention Specialist for Great American Insurance, including property walk through and preparation/transmittal of related followup info | 3.8 | 950.00 |
| 10/30/2018 | RB | 11 | Calls with Loss Prevention Control consultant Justin Benincasa re: additional questions after site visit (1.1) and followup for same (1.3) | 2.4 | 600.00 |
| 11/13/2018 | CD | 11 | Review insurance policy information | 0.6 | 105.00 |
| 11/14/2018 | CD | 11 | Discussion with KOH re: insurance information | 0.1 | 0.00 |
| 11/15/2018 | CD | 11 | Discussion with KOH re: case issues (insurance reporting) | 0.3 | 0.00 |
| 11/19/2018 | RB | 11 | Call with Deanne Crook re: insurance issues | 0.3 | 75.00 |
| 11/26/2018 | RB | 11 | Initial review of Insurance Company monthly reporting form to be completed including information required | 1.2 | 300.00 |
| 11/27/2018 | RB | 11 | Review and followup action on email from Deanne Crook re: insurance policies | 0.4 | 100.00 |
| 11/27/2018 | CD | 11 | Call with RB re Insurance form | 0.3 | 52.50 |
| 11/27/2018 | CD | 11 | Review information for insurance form.  Email correspondence with Deanne re information required in form.  Preparation of insurance monthly reporting form. | 1.9 | 332.50 |
| 11/28/2018 | RB | 11 | Work with Carol Davis on required insurance report details.(calls and related followup) | 2.1 | 525.00 |
| 11/28/2018 | RB | 11 | Call with Deanne Crook and Carol re: reporting  requirements of insurance company | 0.5 | 125.00 |
| 11/28/2018 | CD | 11 | Email correspondence re Insurance.  Preparation of insurance monthly reporting form | 0.8 | 140.00 |
| 11/28/2018 | CD | 11 | Discussion with KOH re insurance monthly reporting form | 0.2 | 0.00 |
| 11/28/2018 | CD | 11 | Call with RB and Deanne re preparation of insurance monthly reporting form | 0.5 | 0.00 |
| 11/28/2018 | CD | 11 | Calls with RB re Insurance reporting form | 0.8 | 0.00 |
| 11/29/2018 | RB | 11 | Work with Carol Davis on required insurance report details.(calls and final review of report) | 0.4 | 0.00 |
| 11/29/2018 | CD | 11 | Work with RB re: insurance reporting form | 0.2 | 0.00 |
| 11/29/2018 | CD | 11 | Complete insurance monthly reporting forms, email to Deanne for submission. | 0.3 | 52.50 |

| PROFESSIONAL SERVICES | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| Island View Crossing II, LP - NM | | | | | |
| 12/18/2018 | CD | 11 | Email correspondence to Deanne re: monthly Insurance report form | 0.2 | 35.00 |
| 12/19/2018 | CD | 11 | Email correspondence with Deanne re: monthly insurance report form. Complete November Builder's Risk Insurance report and email to Deanne. | 0.6 | 105.00 |
| 12/21/2018 | RB | 11 | Message to Deanne Crook re: insurance needs | 0.1 | 25.00 |
| 12/31/2018 | RB | 11 | Request to Deanne Crook re: insurance matters | 0.1 | 25.00 |
| 1/2/2019 | RB | 11 | Calls to Deanne Crook re: insurance matters | 0.4 | 100.00 |
| 1/3/2019 | RB | 11 | Calls to Deanne Crook re: insurance matters | 0.1 | 25.00 |
| 1/10/2019 | CD | 11 | Email correspondence re: insurance reporting | 0.1 | 17.50 |
| 1/17/2019 | RB | 11 | Call with Deanne Crook re:insurance issues with subcontractors | 0.3 | 75.00 |
| 1/21/2019 | CD | 11 | Review email correspondence re: insurance reporting | 0.1 | 17.50 |
| 1/22/2019 | CD | 11 | Email correspondence with RB reinsurance report | 0.1 | 17.50 |
| 1/23/2019 | RB | 11 | Calls with Carol Davis re: insurance reporting requirements | 0.2 | 50.00 |
| 1/23/2019 | CD | 11 | Call with RB re Monthly insurance report | 0.2 | 35.00 |
| 1/23/2019 | CD | 11 | Prepare Builders Risk Monthly Report | 0.1 | 17.50 |
| 2/25/2019 | RB | 11 | Review monthly builder's risk policy report for insurance purposes | 0.2 | 50.00 |
| 2/25/2019 | CD | 11 | Preparation of January 2019 Builder's Risk Policy Report | 0.8 | 140.00 |
| 3/4/2019 | RB | 11 | Call with Deanne Crook and Hannah Hendry of Griggs Ficklen re: insurance issues | 0.4 | 100.00 |
| 3/5/2019 | RB | 11 | Followup on call with Deanne Crook re: insurance: obtain information and transmittal of same | 0.3 | 75.00 |
| 3/5/2019 | CD | 11 | Information from Insurance agent re Builder's Risk Policy | 0.1 | 17.50 |
| 3/6/2019 | RB | 11 | Review revised Builders' Risk Policy monthly report requested by insurance carrier | 0.4 | 100.00 |
| 3/6/2019 | CD | 11 | Preparation of monthly Builder's Risk Policy | 0.4 | 70.00 |
| 3/7/2019 | CD | 11 | Complete monthly Builder's Risk report and distribute by email. | 0.5 | 87.50 |
| 3/14/2019 | RB | 11 | Review draft Builders' Risk Report | 0.1 | 25.00 |
| 3/14/2019 | CD | 11 | Preparation of Builder's Risk monthly report | 0.2 | 35.00 |
| 3/15/2019 | CD | 11 | Distribute February Builder's Risk Policy by email | 0.1 | 17.50 |
| 4/17/2019 | CD | 11 | Prepare March Builder's Risk Report. | 0.1 | 17.50 |
| 4/18/2019 | RB | 11 | Call with Deanne Crook re: insurance requirements for townhome association | 0.2 | 50.00 |
| 4/18/2019 | RB | 11 | Review draft of Builders' Risk insurance report | 0.2 | 50.00 |
| 4/18/2019 | CD | 11 | Print, sign and scan Builder's Risk March Report. | 0.1 | 17.50 |
| 5/13/2019 | RB | 11 | Calls with Carol Davis re: insurance reporting | 1.0 | 0.00 |
| 5/13/2019 | CD | 11 | Calls with RB re insurance reporting | 1.0 | 175.00 |
| 5/13/2019 | CD | 11 | Review insurance information.  Email correspondence re insurance reporting | 1.0 | 175.00 |
| 5/14/2019 | CD | 11 | Preparation of April Builder's Risk Report | 0.5 | 87.50 |
| 5/15/2019 | CD | 11 | Communications with KOH re insurance report. | 0.5 | 0.00 |
| 5/16/2019 | RB | 11 | Calls with Carol Davis re: case issues | 0.5 | 0.00 |
| 5/16/2019 | CD | 11 | Calls with RB re Builder's Risk Report | 0.5 | 0.00 |
| 5/16/2019 | CD | 11 | Complete April Builder's Risk Report. | 0.8 | 140.00 |
| 6/12/2019 | CD | 11 | Prepare draft May Builder's Risk Policy Report | 0.1 | 17.50 |
| 6/19/2019 | RB | 11 | Review of monthly builder's risk report to be submitted to insurance company | 0.4 | 100.00 |
| 6/19/2019 | CD | 11 | Complete draft May Builder's Risk Report | 0.2 | 35.00 |
| 6/20/2019 | CD | 11 | Review email correspondence re additional information on Builder's Risk Report | 0.1 | 17.50 |
| 6/25/2019 | RB | 11 | Call with Carol Davis re: insurance reports | 0.3 | 75.00 |
| 6/25/2019 | CD | 11 | Call with RB re: insurance reports | 0.3 | 0.00 |
| 6/25/2019 | CD | 11 | Input additional information in May Builder's Risk Report | 0.4 | 70.00 |
| 6/26/2019 | CD | 11 | Email May Builder's Risk Report to insurance company | 0.1 | 17.50 |
| 7/24/2019 | CD | 11 | Prepare June Builder's Risk report and forward signed report to KOH | 0.2 | 35.00 |
| 8/8/2019 | CD | 11 | KOH call re Insurance | 0.1 | 0.00 |
| 8/8/2019 | CD | 11 | Email Builder's Risk Report to Insurance company | 0.1 | 17.50 |
| 8/20/2019 | CD | 11 | Preparation of July Builder's Risk Policy Report. | 0.2 | 35.00 |
| 8/22/2019 | CD | 11 | Email July Builder's Risk Report to KOH | 0.1 | 17.50 |
| 8/29/2019 | CD | 11 | Email July Builder's Risk Report to insurance company. | 0.1 | 17.50 |
| 9/6/2019 | CD | 11 | Review email correspondence re insurance | 0.1 | 17.50 |
| 9/16/2019 | CD | 11 | Prepare August Builder's Risk Report | 0.2 | 35.00 |
| 9/18/2019 | CD | 11 | Email correspondence re insurance payment.  Email August Builder's Risk report to insurance company | 0.2 | 35.00 |
| 10/3/2019 | CD | 11 | Preparation of September Builder's Risk Report | 0.3 | 52.50 |
| 10/7/2019 | CD | 11 | Call with Trustee re insurance renewals | 0.3 | 0.00 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | | | Description | Hrs/Rate | Amount |
|------|----|----|-------------|----------|--------|
| 10/7/2019 | CD | 11 | Review email correspondence and information re insurance renewals. Call with Deanne at Griggs Ficklen. | 1.0 | 175.00 |
| 10/18/2019 | RB | 11 | Calls from/with Deanne Crook and KOH re: insurance coverage issues | 0.1 | 0.00 |
| 11/22/2019 | CD | 11 | Prepare October Builder's Risk Report, forward to insurance company | 0.3 | 52.50 |
| 12/6/2019 | CD | 11 | Prepare November Builder's Risk Report. | 0.1 | 17.50 |
| 12/18/2019 | RB | 11 | Review Builders Risk Interim Report prior to submission | 0.1 | 25.00 |
| 12/19/2019 | CD | 11 | Email correspondence to KOH & RB re Nov Builder's Risk Rpt | 0.1 | 0.00 |
| 12/20/2019 | CD | 11 | Email November Builder's Risk report to insurance company | 0.1 | 17.50 |
| 1/3/2020 | CD | 11 | Review email re insurance | 0.1 | 17.50 |
| 1/14/2020 | CD | 11 | Email to insurance company re WC audit | 0.1 | 17.50 |
| 1/20/2020 | CD | 11 | Prepare December Builder's Risk Report | 0.1 | 17.50 |
| 1/27/2020 | RB | 11 | Review insurance report to be submitted to carrier | 0.1 | 25.00 |
| 1/27/2020 | CD | 11 | Complete December Builder's Risk Report | 0.1 | 17.50 |
| 1/28/2020 | CD | 11 | Email December Builder's Risk Report to insurance company. | 0.1 | 17.50 |
| 1/31/2020 | RB | 11 | Review information received re: insurance issues and determine any action required | 0.3 | 75.00 |
| 1/31/2020 | CD | 11 | Email correspondence with insurance company re WC audit | 0.1 | 17.50 |
| 2/19/2020 | CD | 11 | Preparation of January Builder's Risk Report | 0.2 | 35.00 |
| 2/24/2020 | RB | 11 | Review Builders Risk policy report for January | 0.1 | 25.00 |
| 3/3/2020 | RB | 11 | Call with Heather Baston of Griggs Ficklen re:insurance issues | 0.2 | 50.00 |
| 3/3/2020 | RB | 11 | Communications providing information for insurance needed for sales closings | 1.2 | 300.00 |
| 3/4/2020 | RB | 11 | Call with Hannah Hendry of Griggs Ficklen re: insurance requirements of townhome purchasers | 0.2 | 50.00 |
| 3/4/2020 | RB | 11 | Work on insurance issues for property | 0.7 | 175.00 |
| 3/5/2020 | RB | 11 | Call with Hannah Hendry of Griggs Ficklen re: insurance requirements of townhome purchasers | 0.5 | 125.00 |
| 3/10/2020 | RB | 11 | Meet with Great American Insurance Group Loss Prevention Consultant Karen Trutt re: info on property and follow-up with walk-through of various units | 1.8 | 450.00 |
| 3/17/2020 | RB | 11 | Call with Carol Davis re: case issues | 0.2 | 0.00 |
| 3/17/2020 | RB | 11 | Review communication from Great American Insurance site visit and related followup | 0.2 | 50.00 |
| 3/17/2020 | CD | 11 | Call with RB re case issues | 0.2 | 0.00 |
| 3/17/2020 | CD | 11 | Receive, scan and distribute insurance letter received in mail. | 0.3 | 52.50 |
| 3/18/2020 | RB | 11 | Call with Hannah Hendry at Griggs Ficklen re: insurance issues | 0.4 | 100.00 |
| 3/19/2020 | RB | 11 | Calls with Hannah Hendry at Griggs Ficklen re: insurance issues (.2) and related follow-up (.3) | 0.5 | 125.00 |
| 3/19/2020 | CD | 11 | Prepare February Builder's Risk policy and draft of March Builder's Risk policy. | 0.6 | 105.00 |
| 3/23/2020 | RB | 11 | Call to insurance agent for buyers to address questions (.2) and related follow-up (.7) | 0.9 | 225.00 |
| 3/23/2020 | CD | 11 | Forward February Builder's Risk Report for review. | 0.1 | 17.50 |
| 3/24/2020 | RB | 11 | Call with Hannah Hendry of Griggs Ficklen re: case insurance issues | 0.2 | 50.00 |
| 3/24/2020 | RB | 11 | Call to insurance agent for buyers to address questions (.2) and related follow-up (2.7) | 2.9 | 725.00 |
| 3/25/2020 | RB | 11 | Review Builders' Risk report | 0.2 | 50.00 |
| 3/25/2020 | CD | 11 | Email February Builder's Risk Report to Insurance company. | 0.1 | 17.50 |
| 4/20/2020 | RB | 11 | Review communications from Insurance companies | 0.2 | 50.00 |
| 4/22/2020 | RB | 11 | Review of Builders' Risk insurance policy | 0.2 | 50.00 |
| 4/22/2020 | CD | 11 | Complete March Builder's Risk Report. Fwd to RB & KOH for review. | 0.2 | 35.00 |
| 4/23/2020 | RB | 11 | Review of Builders' Risk Report draft prior to submission | 0.4 | 100.00 |
| 4/24/2020 | RB | 11 | Call with Carol Davis re: case issues | 0.1 | 0.00 |
| 4/24/2020 | RB | 11 | Call with Hannah Hendry of Griggs-Ficklen re: insurance issues | 0.2 | 50.00 |
| 4/24/2020 | CD | 11 | Call with RB re case issues | 0.1 | 0.00 |
| 4/28/2020 | RB | 11 | Calls with Carol Davis re: case issues | 0.4 | 0.00 |
| 4/28/2020 | CD | 11 | Call with RB re case issues/builder's risk report. | 0.4 | 0.00 |
| 4/30/2020 | RB | 11 | Call with Carol Davis re: builders' risk policy report submission | 0.1 | 0.00 |
| 4/30/2020 | RB | 11 | Communications with Hannah Hendry at Griggs Ficklen re: insurance issues for buyers | 0.4 | 100.00 |
| 4/30/2020 | CD | 11 | Call with RB re Builder's Risk Policy report. | 0.1 | 0.00 |
| 4/30/2020 | CD | 11 | Email March Builder's Risk Policy Report to insurance company. | 0.1 | 17.50 |
| 5/13/2020 | RB | 11 | Call with insurance agent re: available coverage for IVC | 0.20 | 50.00 |
| 5/13/2020 | CD | 11 | Prepare April Builder's Risk Report draft. | 0.40 | 70.00 |

**PROFESSIONAL SERVICES**                                                                                              Hrs/Rate        Amount
Island View Crossing II, LP - NM

| Date | | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 5/21/2020 | RB | 11 | Call with Hannah Hendry re: insurance matters related to development | 0.20 | 50.00 |
| 5/21/2020 | RB | 11 | Review of Builders' Risk report for submission to insurance company | 0.40 | 100.00 |
| 5/21/2020 | RB | 11 | Work on information related to developing procedures for insurance proof of coverage on townhome sales | 0.90 | 225.00 |
| 5/21/2020 | CD | 11 | Complete April Builder's Risk Report and email to insurance company. | 0.30 | 52.50 |
| 6/9/2020 | CD | 11 | Prepare draft May Builder's Risk Policy report. | 0.20 | 35.00 |
| 6/23/2020 | RB | 11 | Review insurance issues for IVC Estate | 0.40 | 100.00 |
| 6/23/2020 | CD | 11 | Update May Builder's Risk Policy report.  Discuss same with KOH. | 0.20 | 0.00 |
| 6/24/2020 | CD | 11 | Complete May Builder's Risk Report, email to insurance company. | 0.10 | 17.50 |
| 7/14/2020 | CD | 11 | Call with Auto Owners re insurance reporting | 0.20 | 35.00 |
| 7/14/2020 | CD | 11 | Review of payments and subcontractor payments for audit after discussion with | 2.30 | 402.50 |
| 7/15/2020 | RB | 11 | Call with Carol Davis re: insurance reporting issues | 0.40 | 100.00 |
| 7/15/2020 | CD | 11 | Call with RB re insurance reporting | 0.40 | 0.00 |
| 7/15/2020 | CD | 11 | Review and update worksheet for insurance reporting. | 1.10 | 192.50 |
| 7/16/2020 | RB | 11 | Call with Carol Davis re: insurance reporting issues | 0.60 | 150.00 |
| 7/16/2020 | CD | 11 | Review email re insurance audit, forward to KOH and RB | 0.50 | 87.50 |
| 7/16/2020 | CD | 11 | Review RB worksheet on insurance reporting, update data for same | 1.70 | 297.50 |
| 7/16/2020 | CD | 11 | Call with RB to discuss insurance reporting | 0.60 | 0.00 |
| 7/17/2020 | RB | 11 | Calls with Carol Davis re: insurance reporting issues | 0.40 | 100.00 |
| 7/17/2020 | RB | 11 | Call with Carol Davis & KOH re: insurance reporting issues | 0.50 | 0.00 |
| 7/17/2020 | RB | 11 | Call with Carol Davis & Hannah Hendy of Griggs Ficklen re: insurance reporting | 0.60 | 150.00 |
| 7/17/2020 | CD | 11 | Update data for insurance reporting. | 0.70 | 122.50 |
| 7/17/2020 | CD | 11 | Attempt log in for insurance audit. Unable to access. | 0.10 | 17.50 |
| 7/17/2020 | CD | 11 | Call with RB and Hannah at Griggs Ficklen re insurance reporting issues. | 0.60 | 105.00 |
| 7/17/2020 | CD | 11 | Call with RB and KOH re insurance reporting | 0.50 | 0.00 |
| 7/17/2020 | CD | 11 | Call with RB re insurance reporting | 0.40 | 70.00 |
| 7/17/2020 | CD | 11 | Email to Auto Owners re requested insurance reporting. | 0.30 | 52.50 |
| 7/20/2020 | RB | 11 | Insurance coordination | 0.9 | 225.00 |
| 7/20/2020 | CD | 11 | Prepare June Builder's Risk report. | 0.20 | 35.00 |
| 7/21/2020 | CD | 11 | Prepare email correspondence to Griggs Ficklen re update on Audit with Auto O | 0.30 | 52.50 |
| 7/22/2020 | CD | 11 | Review email correspondence from Griggs Ficklen re audit | 0.10 | 17.50 |
| 7/23/2020 | CD | 11 | Adjust Builder's Risk Report and forward to KOH & RB | 0.10 | 17.50 |
| 7/26/2020 | RB | 11 | Insurance coordination-Review of monthly builder's risk report draft | 0.30 | 75.00 |
| 7/27/2020 | RB | 11 | Calls with Hannah Hendry re: HOA insurance issues in relation to townhome purchases and mortgages | 0.20 | 50.00 |
| 7/27/2020 | CD | 11 | Email correspondence with RB & KOH re Builder's Risk Report.  Complete Builder's Risk Report and forward to insurance company | 0.20 | 35.00 |
| 7/27/2020 | CD | 11 | Email correspondence to Griggs Ficklen re insurance audit | 0.10 | 17.50 |
| 7/30/2020 | CD | 11 | Email correspondence and call with insurance company re audit. Update information schedule for audit.  Update Griggs Ficklen re audit process. | 2.70 | 472.50 |
| 8/11/2020 | RB | 11 | Insurance coordination-Review of updated insurance proof of coverage certs received to be provided to buyers' mortgage companies if needed | 0.10 | 25.00 |
| 8/14/2020 | RB | 11 | Communication with Hannah Hendry re: sales activity requiring insurance changes and related follow-up | 0.40 | 100.00 |
| 8/14/2020 | CD | 11 | Email to Auto Owners re audit letter | 0.10 | 17.50 |
| 8/18/2020 | RB | 11 | Calls with Carol Davis re: insurance | 0.20 | 50.00 |
| 8/18/2020 | CD | 11 | Calls with RB re insurance | 0.20 | 0.00 |
| 8/18/2020 | CD | 11 | Email correspondence with Auto Owners re audit information. | 0.10 | 17.50 |
| 8/19/2020 | RB | 11 | Insurance coordination-Review of builder's risk coverage issues and coverage points for construction manager | 0.40 | 100.00 |
| 8/19/2020 | CD | 11 | Call with KOH re insurance | 0.30 | 0.00 |
| 8/19/2020 | CD | 11 | Review information re Auto Owners audit | 0.30 | 52.50 |
| 8/21/2020 | RB | 11 | Review  communications re: insurance reporting, review of related reports and related follow-up | 0.40 | 100.00 |
| 8/21/2020 | CD | 11 | Email correspondence with KOH & RB re audit issues.  Email response to Auto Owners re audit letter | 0.20 | 35.00 |
| 8/21/2020 | CD | 11 | Complete July Builder's Risk Insurance report, email to insurance co | 0.20 | 35.00 |
| 8/25/2020 | RB | 11 | Coordination of insurance issues with agency | 0.60 | 150.00 |
| 8/31/2020 | RB | 11 | Monitor insurance compliance and produce appropriate reports for use by construction manager and security (for contractor access to site) | 1.10 | 275.00 |
| 9/8/2020 | CD | 11 | Call Hannah at insurance company to confirm payment received for bill sent. | 0.10 | 17.50 |
| 9/8/2020 | CD | 11 | Email to Auto Owners re audit letter | 0.10 | 17.50 |
| 9/9/2020 | CD | 11 | Email correspondence to Auto Owners re audit letter | 0.10 | 17.50 |

| | | PROFESSIONAL SERVICES<br>Island View Crossing II, LP - NM | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/15/2020 | RB | 11 Calls with Hannah Hendry re: HOA insurance issues in relation to townhome purchases and mortgages | 0.30 | 75.00 |
| 9/16/2020 | RB | 11 Communications with Deanne Crook and Hannah Hendry of Griggs Ficklen re: renewal info needs | 0.30 | 75.00 |
| 9/16/2020 | RB | 11 Insurance coordination-Review of info prepared for renewal of builders' risk and liability policy and transmittal of same | 0.40 | 100.00 |
| 9/16/2020 | CD | 11 Review and response to email correspondence re insurance audit | 0.40 | 70.00 |
| 9/16/2020 | CD | 11 Work on information needed for insurance policy renewals. | 2.70 | 472.50 |
| 9/17/2020 | CD | 11 Email correspondence with KOH re insurance audit information | 0.20 | 35.00 |
| 9/17/2020 | CD | 11 Email correspondence with insurance company re worker's comp renewal and info update. | 0.20 | 35.00 |
| 9/18/2020 | CD | 11 Prepare Builder's Risk August report draft. | 0.10 | 17.50 |
| 9/18/2020 | CD | 11 Review insurance policy invoice from Griggs Ficklen | 0.10 | 17.50 |
| 9/21/2020 | RB | 11 Review communications re: insurance payments needed, reporting required and coverage options | 0.60 | 150.00 |
| 9/22/2020 | RB | 11 Provide updated sales settlement information to agent for appropriate insurance coverage action | 0.40 | 100.00 |
| 9/22/2020 | CD | 11 Review email correspondence re updated insurance invoice | 0.20 | 35.00 |
| 9/23/2020 | RB | 11 Call with Hannah Hendry re: insurance info needed for sales closing | 0.10 | 25.00 |
| 9/23/2020 | RB | 11 Update sales info schedule for insurance and townhome association coverage person and transmittal of same to Hannah Hendry at Griggs Ficklen Insurance | 0.30 | 75.00 |
| 9/24/2020 | RB | 11 Review general liability and builders' risk billings received from insurance agency | 0.20 | 50.00 |
| 9/29/2020 | RB | 11 Insurance coordination-Review of monthly builder's risk report draft | 0.20 | 50.00 |
| 9/29/2020 | RB | 11 Notify Hannah Hendry at Griggs Ficklen re: settlement of unit and request related coverage adjustments; provide updated sales settlements completed and pending schedule | 0.40 | 100.00 |
| 9/30/2020 | RB | 11 Confirmation with insurance agency re: update of policy info on settled townhomes | 0.10 | 25.00 |
| 9/30/2020 | CD | 11 Complete August Builder's Risk Report and email to insurance company | 0.10 | 17.50 |
| 10/5/2020 | RB | 11 Insurance coordination-Review of builder's risk policy premium invoices | 0.30 | 75.00 |
| 10/5/2020 | CD | 11 Receive and review reports for Builder's Risk Ins additional premium | 0.10 | 17.50 |
| 10/5/2020 | CD | 11 Receive in the mail and review insurance policy, scan and distribute. | 0.50 | 87.50 |
| 10/5/2020 | CD | 11 Work on WC Audit Information for McGrath & Son | 2.70 | 472.50 |
| 10/6/2020 | RB | 11 Additional review of insurance invoices and approval for payment | 0.30 | 75.00 |
| 10/6/2020 | CD | 11 Work on WC Audit information for McGrath & Son | 4.30 | 752.50 |
| 10/7/2020 | RB | 11 Calls with Carol Davis re: work plan for workers' comp audit on general contractor | 0.90 | 0.00 |
| 10/7/2020 | CD | 11 Review email correspondence re WC Ins info. Email correspondence with Auto Owners re status of GL audit. | 0.90 | 157.50 |
| 10/7/2020 | CD | 11 Call with RB re WC audit on contractor. | 0.90 | 0.00 |
| 10/8/2020 | CD | 11 Review email correspondence from auditor re GL audit for 2019-2020 | 0.10 | 17.50 |
| 10/8/2020 | CD | 11 Work on and review audit information for McGrath & Son | 0.50 | 87.50 |
| 10/14/2020 | RB | 11 Call with Carol Davis re: procedures for insurance company audit of policy coverages | 0.20 | 50.00 |
| 10/14/2020 | CD | 11 Review email re insurance audit. | 0.10 | 17.50 |
| 10/14/2020 | CD | 11 Review email correspondence re McGrath insurance audit | 0.30 | 52.50 |
| 10/14/2020 | CD | 11 Call with RB re insurance audit | 0.20 | 0.00 |
| 10/14/2020 | CD | 11 Work on insurance audit information | 0.50 | 87.50 |
| 10/15/2020 | RB | 11 Communication with Hannah Hendry re: HOA insurance issues in relation to townhome settlements | 0.20 | 50.00 |
| 10/15/2020 | RB | 11 Calls with Carol Davis re: insurance audit prep | 1.50 | 375.00 |
| 10/15/2020 | CD | 11 Email correspondence with insurance auditors. | 0.50 | 87.50 |
| 10/15/2020 | CD | 11 Call with RB re insurance audit information | 1.50 | 0.00 |
| 10/16/2020 | RB | 11 Call to contractor's insurance agent to obtain updated certificates for both Trustee and General Contractor | 0.20 | 50.00 |
| 10/19/2020 | CD | 11 Prepare September Builder's Risk Report | 0.40 | 70.00 |
| 10/19/2020 | CD | 11 Compare multiple COI copies received for contractor for differences. | 0.20 | 35.00 |
| 10/21/2020 | CD | 11 Email correspondence from Auto Owners re WC audit | 0.10 | 17.50 |
| 10/21/2020 | CD | 11 Call with RB re insurance audit information | 0.50 | 0.00 |
| 10/21/2020 | CD | 11 Email to Auto Owners re requested audit information | 0.20 | 35.00 |
| 10/22/2020 | CD | 11 Email to KOH re audit information request | 0.10 | 0.00 |

| | | PROFESSIONAL SERVICES | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | Island View Crossing II, LP - NM | | |

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/25/2020 | RB | 11 Insurance coordination-Initial organization of info to get started on audit process assistance | 0.50 | 125.00 |
| 10/26/2020 | RB | 11 Insurance coordination-Review of monthly builder's risk report draft | 0.30 | 75.00 |
| 10/26/2020 | CD | 11 Receive insurance certificates and information in the mail.  Scan and distribute. | 0.40 | 70.00 |
| 10/26/2020 | CD | 11 Email Builder's Risk Report to insurance company | 0.10 | 17.50 |
| 10/27/2020 | CD | 11 Email correspondence re WC audit info request | 0.10 | 17.50 |
| 10/27/2020 | CD | 11 Prepare email to KOH & RB re McGrath audit | 0.10 | 0.00 |
| 10/28/2020 | RB | 11 Call with Carol Davis re: preparation for response to insurance company audit of policy coverages and related follow-up, including review of final response | 0.90 | 225.00 |
| 10/28/2020 | CD | 11 Complete and email information to insurance company for McGrath audit. | 0.60 | 105.00 |
| 11/2/2020 | RB | 11 Insurance coordination-review of homeowners' assn policy payment required | 0.20 | 50.00 |
| 11/6/2020 | CD | 11 Receive, review, scan and distribute insurance mail | 0.20 | 35.00 |
| 11/10/2020 | CD | 11 Discussion with KOH re Builder's Risk insurance update | 0.10 | 0.00 |
| 11/11/2020 | CD | 11 Email correspondence with Auto Owners re audit information. | 0.10 | 17.50 |
| 11/12/2020 | CD | 11 Prepare Builder's Risk October report draft. | 0.30 | 52.50 |
| 11/13/2020 | CD | 11 Update October Builder's Risk Report. | 0.10 | 17.50 |
| 11/16/2020 | CD | 11 Email correspondence with KOH re Auto Owners audit request for workers comp. Respond to request from Auto Owners for WC audit with payroll information. | 1.40 | 245.00 |
| 11/20/2020 | RB | 11 Prepare information for Hannah Hendry re: HOA insurance issues in relation to townhome settlements and transmittal of same | 0.20 | 50.00 |
| 11/20/2020 | CD | 11 Email to KOH and RB re Builder's Risk Report information | 0.10 | 0.00 |
| 11/20/2020 | CD | 11 Email correspondence from auditor re McGrath insurance audit | 0.10 | 17.50 |
| 11/25/2020 | CD | 11 Email to Auto Owner's re job duties for McGrath audit | 0.10 | 17.50 |
| 11/25/2020 | CD | 11 Discussion with KOH re builder's risk monthly report information. | 0.10 | 0.00 |
| 11/27/2020 | RB | 11 Insurance coordination-Review of monthly builder's risk report draft | 0.40 | 100.00 |
| 11/30/2020 | CD | 11 Email October Builder's Risk Report to insurance company. | 0.10 | 17.50 |
| 12/2/2020 | RB | 11 Communication with Hannah Hendry re: HOA insurance issues in relation to townhome purchases and mortgages | 0.20 | 50.00 |
| 12/7/2020 | RB | 11 Review communication from insurance company re: completion of insurance audit | 0.20 | 50.00 |
| 12/7/2020 | CD | 11 Email correspondence with Auto Owners re audit completed and sent for processing. | 0.10 | 17.50 |
| 12/9/2020 | CD | 11 Prepare November Builder's Risk Report draft | 0.10 | 17.50 |
| 12/11/2020 | RB | 11 Handle internal insurance issues re: property | 0.10 | 25.00 |
| 12/11/2020 | RB | 11 Work on insurance coordination issues | 0.30 | 75.00 |
| 12/14/2020 | RB | 11 Work on insurance issues related to homeowners | 0.40 | 100.00 |
| 12/21/2020 | RB | 11 Review draft of Builder's Risk report and related communications | 0.60 | 150.00 |
| 12/21/2020 | CD | 11 Prepare November Builder's Risk Report. | 0.30 | 52.50 |
| 12/22/2020 | RB | 11 Calls with Carol Davis re: insurance issues | 0.40 | 0.00 |
| 12/22/2020 | CD | 11 Call with RB re insurance issues | 0.40 | 70.00 |
| 12/22/2020 | CD | 11 Complete November Builder's Risk Report and email to insurance company | 0.10 | 17.50 |
| 1/4/2021 | RB | 11 Initial review of detailed invoice re: townhomes sold coverage and related support info | 0.40 | 100.00 |
| 1/4/2021 | CD | 11 Review HOA invoices and declarations received from insurance company adding units sold to policy, scan copies for files. | 1.90 | 332.50 |
| 1/15/2021 | RB | 11 Call with Tammy Ochoa at Griggs Ficklen Insurance re: policy issues | 0.20 | 50.00 |
| 1/15/2021 | RB | 11 Call with Carol Davis re: insurance issues | 0.20 | 50.00 |
| 1/15/2021 | CD | 11 Call with RB re insurance issues | 0.20 | 0.00 |
| 1/19/2021 | RB | 11 Prep of info and communication with Griggs Ficklen re: insurance coverage adjustments required by townhome settlement | 0.30 | 75.00 |
| 1/20/2021 | CD | 11 Preparation of December 2020 Builder's Risk Report | 1.90 | 332.50 |
| 1/22/2021 | CD | 11 Update summary of HOA insurance declarations received to date | 0.60 | 105.00 |
| 1/25/2021 | RB | 11 Review and process updated insurance certs received | 0.10 | 25.00 |
| 1/25/2021 | RB | 11 Calls with KOH re: builders' risk report drafts and related info | 0.40 | 0.00 |
| 1/25/2021 | RB | 11 Call with Carol Davis re: builders' risk draft report issues | 0.60 | 0.00 |
| 1/25/2021 | RB | 11 Review of updated draft builders' risk report | 0.30 | 75.00 |
| 1/25/2021 | CD | 11 Call with RB re Builder's Risk Policy report. | 0.60 | 0.00 |
| 1/25/2021 | CD | 11 Input revisions to Builder's Risk Policy report | 0.30 | 52.50 |
| 1/26/2021 | CD | 11 Complete Builder's Risk Report for December 2020 | 0.40 | 70.00 |

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| **PROFESSIONAL SERVICES** | | | | | |
| Island View Crossing II, LP - NM | | | | | |
| 1/27/2021 | CD | 11 | Email December 2020 Builder's Risk Report to Insurance company | 0.10 | 17.50 |
| 1/29/2021 | RB | 11 | Provide info to Hannah Hendry at Griggs-Ficklen for insurance coverage changes based on townhome sale settlements | 0.40 | 100.00 |
| 2/5/2021 | CD | 11 | Receive and review insurance received in the mail, scan and distribute | 0.20 | 35.00 |
| 2/11/2021 | CD | 11 | Receive updated WC policy information, scan and distribute as needed | 0.20 | 35.00 |
| 2/18/2021 | CD | 11 | Prepare Builder's Risk Report draft for January | 0.10 | 17.50 |
| 2/22/2021 | RB | 11 | Review Builders' Risk report for insurance purposes | 0.70 | 175.00 |
| 2/22/2021 | RB | 11 | Calls with Hannah Hendry re: insurance issues related to sales and homeowners | 0.30 | 75.00 |
| 2/23/2021 | CD | 11 | Complete January Builder's Risk Report | 0.10 | 17.50 |
| 2/24/2021 | CD | 11 | Review and summarize audit information for McGrath audit preparation | 1.60 | 280.00 |
| 2/25/2021 | RB | 11 | Communication with Hannah Hendry re: HOA insurance issues in relation to townhome purchases and mortgages | 0.20 | 50.00 |
| 2/25/2021 | CD | 11 | Review insurance information re refund checks | 0.20 | 35.00 |
| 3/5/2021 | CD | 11 | Scan and forward to KOH WC policy received in mail | 0.10 | 0.00 |
| 3/5/2021 | CD | 11 | Receive and review insurance notice for homebuyer. | 0.10 | 17.50 |
| 3/7/2021 | RB | 11 | Follow-up on insurance coverage issues on HOA policy | 0.40 | 100.00 |
| 3/11/2021 | CD | 11 | Prepare Builder's Risk Report draft for February | 0.10 | 17.50 |
| 3/17/2021 | RB | 11 | Call with Hannah Hendry of Griggs-Ficklen Insurance re: contractor insurance requirements | 0.10 | 25.00 |
| 3/19/2021 | CD | 11 | Email February Builder's Risk Report to KOH & RB for review. | 0.10 | 17.50 |
| 3/26/2021 | CD | 11 | Call with KOH re insurance issues | 0.20 | 0.00 |
| 3/29/2021 | RB | 11 | Review of Builders' Risk report for filing | 0.30 | 75.00 |
| 3/29/2021 | CD | 11 | Email Builder's Risk Report to insurance company | 0.20 | 35.00 |
| 3/30/2021 | CD | 11 | Email correspondence with RB re McGrath insurance | 0.20 | 35.00 |
| 3/30/2021 | CD | 11 | Review HOA insurance notices for units added. | 1.70 | 297.50 |
| 4/14/2021 | CD | 11 | Review Auto Owners insurance notices re McGrath insurance along with previous payments issued on bills, etc. | 1.20 | 210.00 |
| 4/15/2021 | CD | 11 | Preparation of March Builder's Risk Report and update summary of lots for insurance reporting. | 0.70 | 122.50 |
| 4/23/2021 | CD | 11 | Review Griggs Ficklen 3/15 Declarations re Unit 16, update worksheet summary. | 0.30 | 52.50 |
| 4/28/2021 | RB | 11 | Review Builders' Risk Report to be filed | 0.60 | 150.00 |
| 4/29/2021 | CD | 11 | Complete March Builder's Risk Report, email to Insurance company | 0.20 | 35.00 |
| 5/3/2021 | CD | 11 | Review HOA insurance invoice for units added. | 0.40 | 70.00 |
| 5/7/2021 | RB | 11 | Work on insurance related to homeowners' policy | 0.20 | 50.00 |
| 5/7/2021 | RB | 11 | Call with Hannah Hendry re: request from mortgage company on pending settlement re: request for HOA coverage prior to settlement | 0.20 | 50.00 |
| 5/7/2021 | CD | 11 | Preparation of April Builder's Risk Report | 0.30 | 52.50 |
| 5/19/2021 | RB | 11 | Review of Builders' Risk report draft | 0.70 | 175.00 |
| 5/19/2021 | RB | 11 | Calls with Carol Davis re: comments on Builders' Risk report draft and future reports | 0.40 | 100.00 |
| 5/19/2021 | CD | 11 | Call with RB re Builder's Risk Policy report. | 0.40 | 70.00 |
| 5/26/2021 | CD | 11 | Complete May Builder's Risk Report, email to insurance company. | 0.20 | 35.00 |
| 6/1/2021 | CD | 11 | Receive contractor's insurance update in mail, scan and distribute. | 0.10 | 17.50 |
| 6/4/2021 | RB | 11 | Provide info to insurance agent for coverage adjustments for townhome sales | 0.40 | 100.00 |
| 6/4/2021 | CD | 11 | Work on updates for May Builder's Risk Report. | 0.70 | 122.50 |
| 6/18/2021 | CD | 11 | Call with KOH re Builder's Risk Report information | 0.10 | 0.00 |
| 6/21/2021 | CD | 11 | Review email corresponce re Builder's Risk policy information | 0.10 | 17.50 |
| 6/21/2021 | CD | 11 | Preparation of Builder's Risk May Report. Email draft to KOH & RB for review. | 1.10 | 192.50 |
| 6/28/2021 | RB | 11 | Review builders' risk draft report for submission to insurance company | 0.60 | 150.00 |
| 6/29/2021 | CD | 11 | Input updates to Builder's Risk May 2021 report. | 0.40 | 70.00 |
| 6/30/2021 | CD | 11 | Update Builder's Risk Insurance worksheet | 0.10 | 17.50 |
| 6/30/2021 | CD | 11 | Call with KOH re Builder's Risk Report information | 0.20 | 0.00 |
| 7/6/2021 | RB | 11 | Work with Fiona (via phone) re: obtaining updated insurance coverage from contractors and related documentation | 1.40 | 0.00 |
| 7/6/2021 | CD | 11 | Review Auto Owners HOA bill, scan and forward to RB. | 0.10 | 17.50 |
| 7/7/2021 | RB | 11 | Calls with Carol Davis re: insurance issues | 0.40 | 0.00 |
| 7/7/2021 | CD | 11 | Preparation of Builder's Risk June Report draft. | 0.80 | 140.00 |
| 7/7/2021 | CD | 11 | Call with RB re insurance issues | 0.40 | 0.00 |
| 7/7/2021 | CD | 11 | Work on estimated calculation of Builder's Risk insurance fees from Sep'20 - Apr'21. | 1.20 | 210.00 |

| PROFESSIONAL SERVICES | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| Island View Crossing II, LP - NM | | | | | |
| 7/8/2021 | RB | [11] | Call with Tammy at Griggs Ficklen re: process for billing on Builders' Risk policy | 0.20 | 50.00 |
| 7/8/2021 | RB | [11] | Call with Carol Davis re: insurance issues | 0.10 | 0.00 |
| 7/8/2021 | CD | [11] | Update Builder's Risk worksheet summary of units, under construction & sold | 0.60 | 105.00 |
| 7/8/2021 | CD | [11] | Call with RB re Insurance | 0.10 | 0.00 |
| 7/9/2021 | RB | [11] | Call with Fiona re: insurance issues | 0.10 | 0.00 |
| 7/9/2021 | RB | [11] | Work on insurance issues | 0.70 | 175.00 |
| 7/12/2021 | RB | [11] | Call with Fiona re: insurance issues | 0.20 | 0.00 |
| 7/13/2021 | CD | [11] | Review email correspondence re Builder's Risk from Griggs Ficklen | 0.20 | 35.00 |
| 7/19/2021 | CD | [11] | Review email correspondence re insurance update for unit status. | 0.10 | 17.50 |
| 7/19/2021 | CD | [11] | Work on units update for June Builder's Risk Report draft. | 0.20 | 35.00 |
| 7/23/2021 | CD | [11] | Call with KOH re construction information for preparation of Builder's Risk Report. | 0.50 | 0.00 |
| 7/26/2021 | RB | [11] | Detailed review of builders' risk report drafted for filing | 1.20 | 300.00 |
| 7/26/2021 | CD | [11] | Email correspondence to RB re June Builder's Risk Report | 0.10 | 17.50 |
| 7/28/2021 | CD | [11] | Complete June Builder's Risk Report, email to insurance company. | 0.20 | 35.00 |
| | Total | | Insurance | 155.6 | 28,392.50 |

**For Professional Services Rendered:**

| | | | Total Hours Worked |
|---|---|---|---|
| RB | Ralph Brotherton | | 71.60 |
| CD | Carol Davis | | 84.00 |

| | | Rate | Total Hours Billed | |
|---|---|---|---|---|
| RB | Ralph Brotherton | $250/hr | 63.80 | $15,950.00 |
| CD | Carol Davis | $175/hr | 71.10 | $12,442.50 |

| | | | Total Hours Not Billed |
|---|---|---|---|
| RB | Ralph Brotherton | | 7.80 |
| CD | Carol Davis | | 12.90 |