# EXHIBIT 12
# LITIGATION

**Newbridge Management, LLC**
**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| | | Hrs/Rate | Amount |
|---|---|---|---|
| **Litigation** | | | |
| **Total** Litigation | | 0.0 | 0.00 |