# EXHIBIT 13
# LITIGATION - LENDER LIABILITY

**Newbridge Management, LLC**
**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| | | | **Litigation - Lender Liability** | | |
| 11/23/2018 | RB | 13 | Review amended complaint for lender liability lawsuit | 1.8 | 450.00 |
| 11/23/2018 | RB | 13 | Provide information needed by Counsel | 2.8 | 700.00 |
| 11/24/2018 | RB | 13 | Review complaint for lender liability lawsuit | 1.9 | 475.00 |
| 11/25/2018 | RB | 13 | Search for information needed for lender liability complaint | 0.4 | 100.00 |
| 11/25/2018 | CD | 13 | Read through revised complaint. | 0.2 | 35.00 |
| 11/26/2018 | CD | 13 | Review emails re Complaint for lender liability lawsuit | 0.3 | 52.50 |
| 11/28/2018 | RB | 13 | Review of updated complaint for lender liability suit & search for related info | 2.8 | 700.00 |
| 12/2/2018 | RB | 13 | Review updated complaint draft for lender liability suit | 2.8 | 700.00 |
| 5/14/2019 | RB | 13 | Communication with Erin Mullen of Kaufman, Coren & Ress, P.C. | 0.1 | 25.00 |
| 5/16/2019 | RB | 13 | Call with Erin Mullen of the Coren firm re: case issues | 0.2 | 50.00 |
| 5/29/2019 | RB | 13 | Prepare for meeting with Coren attorneys for production issues (.4); related call with Erin Mullen of the Coren firm (.3) | 0.7 | 175.00 |
| 5/30/2019 | RB | 13 | Work with Counsel from Coren firm on production items for lender liability matter | 3.4 | 850.00 |
| 6/18/2019 | RB | 13 | Call from Erin Mullen re: production needed | 0.1 | 25.00 |
| 6/19/2019 | RB | 13 | Call with Erin Mullen of the Coren firm re: production information | 0.2 | 50.00 |
| 6/21/2019 | RB | 13 | Communication with Erin Mullen of the Coren firm re: production | 0.2 | 50.00 |
| 6/24/2019 | RB | 13 | Call with Erin Mullen of the Coren firm re: production(.3) and related follow-up (.4) | 0.7 | 175.00 |
| 6/25/2019 | RB | 13 | Conference call with Erin Mullen and Eric Speca (IT consultant) re: production from RB Outlook files needed for Coren firm for litigation case | 1.1 | 275.00 |
| 6/25/2019 | RB | 13 | Call with Eric Speca re: technical issues on production for Coren firm | 0.1 | 25.00 |
| 6/25/2019 | RB | 13 | Work on production issues for the Coren firm | 5.0 | 1,250.00 |
| 6/25/2019 | RB | 13 | Calls with Erin Mullen of Coren firm re: production coordination | 0.2 | 50.00 |
| 5/8/2020 | RB | 13 | Review documents for lender liability action | 0.60 | 150.00 |
| 5/14/2020 | RB | 13 | Calls with KOH re: case issues | 0.10 | 0.00 |
| 5/14/2020 | RB | 13 | Review info request from Counsel | 0.20 | 50.00 |
| 5/19/2020 | RB | 13 | Call with Kevin O'Halloran re: lender liability case matters | 0.70 | 0.00 |
| 5/19/2020 | RB | 13 | Call with Carol Davis re: lender liability case information | 0.10 | 0.00 |
| 5/19/2020 | CD | 13 | Call with RB re lender liability information | 0.10 | 0.00 |
| 5/20/2020 | RB | 13 | Call with Kevin O'Halloran re: lender liability case matters | 0.30 | 0.00 |
| 5/20/2020 | RB | 13 | Work on information for Counsel on lender liability lawsuit | 4.70 | 1,175.00 |
| 5/21/2020 | RB | 13 | Calls with KOH re: case issues | 1.20 | 0.00 |
| 5/21/2020 | RB | 13 | Work on information for Counsel on lender liability lawsuit | 3.20 | 800.00 |
| 6/10/2020 | RB | 13 | Brief initial review of files downloaded from Counsel re: lawsuit | 1.10 | 275.00 |
| 6/15/2020 | RB | 13 | Call with Matt Williams re: info for lender liability case issues | 0.30 | 75.00 |
| 6/15/2020 | RB | 13 | Review records for info needed for lender liability case | 1.90 | 475.00 |
| 6/16/2020 | RB | 13 | Calls with Kevin O'Halloran re: case issues | 0.80 | 0.00 |
| 6/16/2020 | RB | 13 | Work on lender liab info needed | 2.30 | 575.00 |
| 6/16/2020 | CD | 13 | Email to RB re project cost report information for litigation | 0.50 | 87.50 |
| 6/17/2020 | RB | 13 | Call with Kevin O'Halloran re: case issues | 0.10 | 0.00 |
| 6/17/2020 | RB | 13 | Work on lender liab info needed | 4.70 | 1,175.00 |
| 6/18/2020 | RB | 13 | Calls with Kevin O'Halloran re: case issues | 1.40 | 0.00 |
| 6/18/2020 | RB | 13 | Work on lender liab info needed | 5.20 | 1,300.00 |
| 6/21/2020 | RB | 13 | Work on lender liab info needed | 4.70 | 1,175.00 |
| 6/22/2020 | RB | 13 | Work on lender liab info needed | 1.30 | 325.00 |
| 6/22/2020 | RB | 13 | Call with Kevin O'Halloran re: info for lender liability matter | 0.70 | 0.00 |
| 6/22/2020 | RB | 13 | Call with Kevin O'Halloran and Bernie Sauer re: info for lender liability matter | 0.20 | 0.00 |
| 6/22/2020 | RB | 13 | Call with Matt Williams of Coren firm re: info for lender liability matter | 0.60 | 150.00 |
| 6/22/2020 | RB | 13 | Work on lender liab info needed | 5.10 | 1,275.00 |
| 6/24/2020 | RB | 13 | Work on lender liab info needed | 3.70 | 925.00 |
| 6/25/2020 | RB | 13 | Work on lender liab info needed | 0.90 | 225.00 |
| 6/26/2020 | RB | 13 | Call with Matt Williams re: info for lender liability case issues | 0.20 | 50.00 |
| 6/26/2020 | RB | 13 | Work on lender liab info needed | 1.20 | 300.00 |
| 6/29/2020 | RB | 13 | Work on lender liab info needed | 1.30 | 325.00 |
| 6/30/2020 | RB | 13 | Work on lender liab info needed | 2.60 | 650.00 |
| 7/1/2020 | RB | 13 | Work on lender liab info needed | 2.20 | 550.00 |
| 7/1/2020 | RB | 13 | Call with Carol Davis re: lender liability issues | 0.30 | 0.00 |
| 7/1/2020 | CD | 13 | Review worksheet for RB re lender liability information | 0.3 | 52.50 |
| 7/1/2020 | CD | 13 | Call with RB re lender liability information | 0.3 | 0.00 |

**PROFESSIONAL SERVICES** — Hrs/Rate — Amount
Island View Crossing II, LP - NM

| Date | Prof | Code | Description | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| 7/2/2020 | RB | 13 | Calls with KOH re: case issues | 1.20 | 0.00 |
| 7/2/2020 | RB | 13 | Work on lender liab info needed | 8.10 | 2,025.00 |
| 7/7/2020 | RB | 13 | Call with Matt Williams of Coren Firm re: lender liability matter and info needed | 0.60 | 150.00 |
| 7/7/2020 | RB | 13 | Work on lender liab info needed | 1.30 | 325.00 |
| 7/8/2020 | RB | 13 | Call with Carol Davis re: lender liability issues | 0.20 | 0.00 |
| 7/8/2020 | RB | 13 | Work on lender liab info needed | 1.80 | 450.00 |
| 7/9/2020 | RB | 13 | Work on lender liab info needed | 1.60 | 400.00 |
| 7/10/2020 | RB | 13 | Work on lender liab info needed | 1.30 | 325.00 |
| 7/11/2020 | RB | 13 | Work on lender liab info needed | 7.60 | 1,900.00 |
| 7/12/2020 | RB | 13 | Work on lender liab info needed | 3.20 | 800.00 |
| 7/13/2020 | RB | 13 | Work on lender liab info needed | 5.10 | 1,275.00 |
| 7/13/2020 | RB | 13 | Call with Carol Davis re: Lender Liab matter info | 1.20 | 0.00 |
| 7/13/2020 | CD | 13 | Call with RB re lender liability information | 1.20 | 0.00 |
| 7/13/2020 | CD | 13 | Review worksheet for RB re lender liability information | 1.00 | 175.00 |
| 7/14/2020 | RB | 13 | Calls with KOH re: lender liability info for Counsel | 0.80 | 0.00 |
| 7/14/2020 | RB | 13 | Call with Carol Davis re: Lender Liab matter info | 0.20 | 0.00 |
| 7/14/2020 | RB | 13 | Work on lender liab info needed | 4.30 | 1,075.00 |
| 7/14/2020 | CD | 13 | Call with RB re lender liability information | 0.20 | 0.00 |
| 7/15/2020 | RB | 13 | Work on lender liab info needed | 0.30 | 75.00 |
| 7/16/2020 | RB | 13 | Work on lender liab info needed and related communications with Counsel | 1.40 | 350.00 |
| 7/17/2020 | RB | 13 | Call with Matt Williams of Coren Firm re: lender liability matters | 0.60 | 150.00 |
| 7/17/2020 | RB | 13 | Work on lender liab info needed | 1.20 | 300.00 |
| 8/5/2020 | RB | 13 | Review communication from Counsel re: lender liability lawsuit info | 0.10 | 25.00 |
| 8/5/2020 | RB | 13 | Call with KOH re: lender liability lawsuit info | 0.20 | 0.00 |
| 8/7/2020 | RB | 13 | Review communications from Counsel re: lender liability lawsuit & plan related a | 0.20 | 50.00 |
| 8/9/2020 | RB | 13 | Work on info for lender liability lawsuit | 0.90 | 225.00 |
| 8/10/2020 | RB | 13 | Detailed voicemail to Matt Williams at Coren Firm | 0.10 | 25.00 |
| 8/10/2020 | RB | 13 | Work on info for lender liability lawsuit | 1.30 | 325.00 |
| 8/24/2020 | CD | 13 | Review email re litigation | 0.20 | 35.00 |
| 8/30/2020 | RB | 13 | Review communications from Counsel re motion to be filed | 0.30 | 75.00 |
| 9/4/2020 | RB | 13 | Review voicemail from Matt Williams of the Coren Firm and respond accordingly | 0.10 | 25.00 |
| 9/8/2020 | RB | 13 | Call with Jayme Bronson of Coren firm (KCR) re: updated info | 0.20 | 50.00 |
| 9/8/2020 | RB | 13 | Work on updated info for Coren firm | 1.90 | 475.00 |
| 9/8/2020 | RB | 13 | Call with KOH re: updated info for Coren firm | 1.50 | 0.00 |
| 9/10/2020 | RB | 13 | Calls with KOH re: lender liability case issues | 0.40 | 0.00 |
| 9/10/2020 | CD | 13 | Work on information for litigation costs. | 0.30 | 52.50 |
| 9/11/2020 | RB | 13 | Call with Matt Williams re: lender liability case issues and info needed | 0.10 | 25.00 |
| 9/11/2020 | RB | 13 | Work on detailed info and scenarios for Coren firm | 7.20 | 1,800.00 |
| 9/11/2020 | RB | 13 | Calls with Carol Davis re: info available in control data reports for use in lender liability info | 0.80 | 0.00 |
| 9/11/2020 | CD | 13 | Calls with RB re project cost reports for lender liability information. | 0.80 | 0.00 |
| 9/13/2020 | RB | 13 | Work w/ KOH via phone re: info to provide Coren firm | 3.30 | 0.00 |
| 9/13/2020 | RB | 13 | Work on info for Coren firm | 7.30 | 1,825.00 |
| 9/14/2020 | RB | 13 | Call with Matt Williams re: case info needs | 0.10 | 25.00 |
| 9/14/2020 | RB | 13 | Calls with KOH re: case info needs | 0.70 | 0.00 |
| 9/14/2020 | RB | 13 | Call with Matt Williams and KOH re: case info | 0.60 | 0.00 |
| 9/14/2020 | RB | 13 | Work on info for Coren firm | 5.20 | 1,300.00 |
| 9/14/2020 | CD | 13 | Review claims and damages information for litigation | 2.10 | 367.50 |
| 9/15/2020 | RB | 13 | Detailed work re: damages information for calculation purposes | 3.20 | 800.00 |
| 9/16/2020 | RB | 13 | Conference call with Matt Williams of Coren Firm, Aris Karalis, KOH re: damages calculation schedules | 1.20 | 0.00 |
| 9/16/2020 | RB | 13 | Call with Carol Davis re: info for Coren suit | 0.60 | 0.00 |
| 9/16/2020 | RB | 13 | Call with KOH re: followup action on schedules | 0.30 | 0.00 |
| 9/16/2020 | RB | 13 | Detailed work re: damages information for calculation purposes | 5.60 | 1,400.00 |
| 9/16/2020 | CD | 13 | Review files for customer deposits and litigation information | 1.80 | 315.00 |
| 9/16/2020 | CD | 13 | Review damages draft for litigation. | 0.70 | 122.50 |
| 9/16/2020 | CD | 13 | Call with RB re information for lender liability litigation. | 0.60 | 0.00 |
| 9/17/2020 | RB | 13 | Calls with Carol Davis re: info needed for lender liability schedules | 0.30 | 0.00 |
| 9/17/2020 | RB | 13 | Detailed message to Matt Williams re: info being submitted for lender liability case | 0.10 | 25.00 |
| 9/17/2020 | RB | 13 | Work with KOH via phone re: info prepared for lender liability lawsuit | 2.80 | 0.00 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | Init | | Description | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| 9/17/2020 | RB | 13 | Detailed work on info for Counsel-Projections and analysis/quality review of same | 12.20 | 3,050.00 |
| 9/17/2020 | CD | 13 | Review litigation information. | 0.40 | 70.00 |
| 9/17/2020 | CD | 13 | Call with RB re lender liability information | 0.30 | 0.00 |
| 9/18/2020 | RB | 13 | Call with KOH re:lender liability case info needs | 0.90 | 0.00 |
| 9/18/2020 | CD | 13 | Review litigation information. | 1.00 | 175.00 |
| 9/21/2020 | RB | 13 | Calls with KOH re: mediation scenarios | 1.60 | 0.00 |
| 9/21/2020 | RB | 13 | Work on various mediation scenarios | 3.90 | 975.00 |
| 9/21/2020 | CD | 13 | Review litigation worksheet | 1.40 | 245.00 |
| 9/22/2020 | RB | 13 | Work with KOH via phone re: mediation issues and scenarios | 3.70 | 0.00 |
| 9/22/2020 | RB | 13 | Continued work on information in prep for mediation | 2.90 | 725.00 |
| 9/22/2020 | RB | 13 | Calls with Carol Davis re: info to assist in mediation scenarios | 0.30 | 0.00 |
| 9/22/2020 | CD | 13 | Call with RB re info to assist with mediation schedule | 0.30 | 0.00 |
| 9/23/2020 | RB | 13 | Work with KOH re: scenarios for mediation issues | 1.40 | 0.00 |
| 9/23/2020 | RB | 13 | Continued work on information in prep for mediation | 8.90 | 2,225.00 |
| 9/23/2020 | CD | 13 | Review litigation information. | 1.70 | 297.50 |
| 9/24/2020 | RB | 13 | Calls with KOH re: mediation and related follow-up issues | 2.00 | 0.00 |
| 10/29/2020 | RB | 13 | Call with Matt Williams re: action plan for additional work on lender liability matter | 0.50 | 125.00 |
| 10/29/2020 | RB | 13 | Followup on items per call with Matt Williams on lender liability matter | 0.20 | 50.00 |
| 10/30/2020 | RB | 13 | Calls with KOH re: lender liability matter | 0.20 | 0.00 |
| 11/12/2020 | RB | 13 | Review communications from Counsel re: lender liability litigation | 0.10 | 25.00 |
| 12/7/2020 | RB | 13 | Call with Matt Williams of the Coren Firm re: lender liability lawsuit issues | 0.40 | 100.00 |
| 12/7/2020 | RB | 13 | Related follow-up to call to collect pertinent info to address requests | 0.40 | 100.00 |
| 12/7/2020 | RB | 13 | Call with KOH re: lender liability case issues | 0.30 | 0.00 |
| 12/28/2020 | RB | 13 | Calls with KOH re: lender liability case issues | 0.20 | 0.00 |
| 12/29/2020 | RB | 13 | Review of draft Declaration in Response to Defendant's Motion for Summary Judgment | 0.60 | 150.00 |
| 12/30/2020 | RB | 13 | Calls with KOH re: lender liability issues | 0.40 | 0.00 |
| 12/30/2020 | RB | 13 | Review of draft response declaration of KOH info provided by Matt Williams for lender liability matter | 1.20 | 300.00 |
| 12/30/2020 | RB | 13 | Call with Matt Williams and Jayme Bronson of Coren Firm re: review of draft for KOH damages declaration | 0.60 | 150.00 |
| 12/31/2020 | RB | 13 | Call with Matt Williams re: comments on draft declaration | 0.10 | 25.00 |
| 12/31/2020 | RB | 13 | Calls with KOH re: comments on draft declaration | 0.20 | 0.00 |
| 1/4/2021 | RB | 13 | Work on detailed info for lender liability lawsuit | 2.80 | 700.00 |
| 1/4/2021 | RB | 13 | Call with Carol Davis re: info for lender liability lawsuit | 0.40 | 0.00 |
| 1/4/2021 | RB | 13 | Calls with KOH re: lender liability lawsuit | 0.80 | 0.00 |
| 1/4/2021 | RB | 13 | Call with KOH and Matt Williams of Coren Firm re: lender liability lawsuit | 0.70 | 0.00 |
| 1/4/2021 | CD | 13 | Call with RB re information for lender liability litigation. | 0.40 | 0.00 |
| 1/5/2021 | RB | 13 | Calls with KOH re: lender liability case issues | 2.10 | 0.00 |
| 1/5/2021 | RB | 13 | Work on information and schedules needed for KOH Declaration support | 7.60 | 1,900.00 |
| 1/5/2021 | RB | 13 | Calls with Matt Williams re: lender liability issues | 0.10 | 25.00 |
| 1/6/2021 | RB | 13 | Calls (work) with KOH re: lender liability information | 4.50 | 0.00 |
| 1/6/2021 | RB | 13 | Continued work on schedules needed for KOH Declaration support | 5.60 | 0.00 |
| 1/7/2021 | RB | 13 | Calls (work) with KOH re: lender liability information | 3.40 | 0.00 |
| 1/7/2021 | RB | 13 | Continued work on schedules needed for KOH Declaration support | 8.40 | 2,100.00 |
| 1/7/2021 | RB | 13 | Calls (work with)-Carol Davis re: information needed for lender liability work | 1.40 | 0.00 |
| 1/7/2021 | CD | 13 | Calls with RB re information for lender liability | 1.40 | 0.00 |
| 1/7/2021 | CD | 13 | Work on information for lender liability lawsuit | 1.20 | 210.00 |
| 1/8/2021 | RB | 13 | Calls with Matt Williams re: lender liability issues | 0.10 | 25.00 |
| 1/8/2021 | RB | 13 | Calls (work with)-KOH re: lender liability information (1.9 ), related calls with KOH and Aris Karalis (2.1), related calls with KOH and Matt Williams(.6) | 4.60 | 1,150.00 |
| 1/8/2021 | RB | 13 | Call with Carol Davis re: lender liability matter info | 0.40 | 0.00 |
| 1/8/2021 | CD | 13 | Call with RB re information for lender liability litigation. | 0.40 | 0.00 |
| 1/24/2021 | RB | 13 | Brief initial overview of response from Prudential re: its Reply in Support of Motion for Summary Judgment | 0.40 | 100.00 |
| 2/22/2021 | RB | 13 | Review communications from Counsel | 0.30 | 75.00 |
| 2/23/2021 | RB | 13 | Initial review of email from Coren firm re: info request | 0.20 | 50.00 |
| 2/27/2021 | RB | 13 | Work on info requests from Matt Williams and Jayme Bronson of the Coren Firm | 0.30 | 75.00 |
| 3/1/2021 | RB | 13 | Call with KOH re: info for Coren Firm | 0.20 | 0.00 |
| 3/1/2021 | RB | 13 | Communication with Matt Williams and Jayme Bronson re: info requested | 0.20 | 50.00 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | | | Description | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| 3/2/2021 | RB | [13] | Review communication from Matt Williams re: info requested | 0.10 | 25.00 |
| 7/27/2021 | CD | [13] | Work on exhibit summary draft for Motion. | 2.70 | 472.50 |
| 7/28/2021 | CD | [13] | Review Motion and prepare current calculation of loan interest. | 0.70 | 122.50 |
| | Total | | Litigation - Lender Liability | 277.3 | 53,362.50 |

**For Professional Services Rendered:**

| | | | | **Total Hours Worked** | |
|---|---|---|---|---:|---:|
| RB | Ralph Brotherton | | | 254.80 | |
| CD | Carol Davis | | | 22.50 | |

| | | | Rate | **Total Hours Billed** | |
|---|---|---|---|---:|---:|
| RB | Ralph Brotherton | | $250/hr | 201.90 | $50,475.00 |
| CD | Carol Davis | | $175/hr | 16.50 | $2,887.50 |

| | | | | **Total Hours Not Billed** |
|---|---|---|---|---:|
| RB | Ralph Brotherton | | | 52.90 |
| CD | Carol Davis | | | 6.00 |