# EXHIBIT 14
# MEETINGS & COMMUNICATIONS WITH CREDITORS

**Newbridge Management, LLC**
<u>PROFESSIONAL SERVICES</u>
Island View Crossing II, LP - NM

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | Meetings & Communications with Creditors | | |
| Totals | Meetings & Communications with Creditors | - | - |