# EXHIBIT 14a
# MEETINGS AND COMMUNICATIONS WITH PRUDENTIAL BANK

**Newbridge Management, LLC**
**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| | | | **Meetings and Communications with Prudential Bank** | | |
| 5/9/2018 | RB | 14a | Prepare for and meet with Prudential lenders re: detail of cash model for DIP financing purposes and related followup | 4.7 | 1,175.00 |
| 5/21/2018 | RB | 14a | Prepare for call with KOH, Debtor Counsel (Aris), DIP Lender Counsel and DIP Lender representatives re: loan issues (.6), call with same (.3) | 0.9 | 225.00 |
| 6/22/2018 | RB | 14a | Call with KOH, Gary Reilly & Melissa Wright (Pru Bank) re: draw procedures and other loan issues | 1.5 | 375.00 |
| 6/25/2018 | RB | 14a | Call with KOH, Gary Reilly & Melissa Wright (Pru Bank) re: projection model components and other loan issues | 1.1 | 275.00 |
| 1/2/2019 | RB | 14a | Prepare info and coordinate call with Prudential re: insurance issues | 1.3 | 325.00 |
| 1/9/2019 | RB | 14a | Determine additional monthly reporting requirements to Prudential for insurance purposes | 0.2 | 50.00 |
| 11/12/2019 | RB | 14a | Prepare for and meet with Prudential Bank representatives | 2.1 | 525.00 |
| 3/10/2020 | RB | 14a | Review communication re: Prudential site visit for Thursday 3/12/20 | 0.1 | 25.00 |
| 3/18/2020 | RB | 14a | Review communication from Borough engineer Gilmore & Associates requesting additional info and determine action plan | 0.4 | 100.00 |
| 4/10/2020 | RB | 14a | Review communications with Prudential Bank | 0.1 | 25.00 |
| 1/14/2021 | RB | 14a | Research, confirm and provide info to Aris Karalis for inquiry by Prudential Bank Counsel | 0.40 | 100.00 |
| 6/4/2021 | RB | 14a | Call with Gary Reilly of Prudential to confirm additional information requested by Title Company to wire release amount due Prudential from settlement | 0.10 | 25.00 |
| | Total | | **Meetings and Communications with Prudential Bank** | 12.9 | 3,225.00 |

**For Professional Services Rendered:**

| | | | Total Hours Worked | |
|---|---|---|---|---|
| RB | Ralph Brotherton | | 12.90 | |
| CD | Carol Davis | | 0.00 | |

| | | Rate | Total Hours Billed | |
|---|---|---|---|---|
| RB | Ralph Brotherton | $250/hr | 12.90 | $3,225.00 |
| CD | Carol Davis | $175/hr | 0.00 | $0.00 |

| | | | Total Hours Not Billed | |
|---|---|---|---|---|
| RB | Ralph Brotherton | | 0.00 | |
| CD | Carol Davis | | 0.00 | |