# EXHIBIT 14b
# MEETINGS AND COMMUNICATIONS WITH BRISTOL BOROUGH & RDA

**Newbridge Management, LLC**
**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | Staff | Code | Description | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| | | | **Meetings and Communications with Bristol Borough & RDA** | | |
| 5/22/2018 | RB | 14b | Meeting with KOH and Jeff Darwak, Deputy Director at RDA offices, and call with Executive Director Robert White | 0.6 | 150.00 |
| 5/22/2018 | RB | 14b | Call with KOH and Counsel for RDA (Siobhan Byrnes of Begley Carlin) re: status of case issues | 0.5 | 0.00 |
| 9/12/2018 | RB | 14b | Meet with Bristol Borough officials (Jim Dillon and Ralph DiGuiseppe) re: results of Hearing and plans for property | 0.6 | 150.00 |
| 9/25/2018 | RB | 14b | Meet with Bristol Borough officials and Gilmore Engineering re: multiple site matters | 1.3 | 325.00 |
| 10/16/2018 | RB | 14b | Verify amounts due RDA for interest and fees for October (qtr end), followup call with Jeff Darwak (Acting Executive Director of RDA) re: same; preparation/transmittal of payment | 0.9 | 225.00 |
| 1/3/2019 | RB | 14b | Call to Jeff Darwak of RDA for insurance info needed | 0.1 | 25.00 |
| 1/8/2019 | RB | 14b | Review communication re: possible opportunity to lock in interest rate on RDA loan | 0.3 | 75.00 |
| 1/17/2019 | RB | 14b | Call with Angela Incollingo, Finance Officer of Bristol Borough, re: questions on invoices included in Draw #9 | 0.2 | 50.00 |
| 2/23/2019 | RB | 14b | Call with KOH and Bristol Borough manager Jim Dillon | 0.4 | 0.00 |
| 3/1/2019 | RB | 14b | Review communication with RDA | 0.1 | 25.00 |
| 4/7/2019 | RB | 14b | Review and handling of documentation from Bristol Borough re: zoning variance approval of 2 entrance signs for development | 0.2 | 50.00 |
| 4/16/2019 | RB | 14b | Call with Jeff Darwak (Executive Director-RDA) re: info needed for quarterly payment | 0.1 | 25.00 |
| 12/4/2019 | RB | 14b | Obtain completion satisfaction letter from Borough and transmission of same re: pump station | 0.7 | 175.00 |
| 12/4/2019 | RB | 14b | Obtain completion satisfaction letter from Borough and transmission of same | 0.7 | 175.00 |
| 1/17/2020 | RB | 14b | Call with Angela Incollingo in Finance at Bristol Borough re: updated invoice needed to reflect elimination of invoice included in error (different property than IVC) | 0.1 | 25.00 |
| 2/6/2020 | RB | 14b | Communication with Sally Bellaspica (Bristol Borough Zoning Administrator) re: info transmitted to various governmental and emergency service agencies re: property street name change (.4) and related follow-up including 911 Admin Services(.7) | 1.1 | 275.00 |
| 2/7/2020 | RB | 14b | Preparation for meeting with Jim Dillon, City Manager of Bristol Borough and Kurt Schroeder of Gilmore Engineering including John McGrath, Kevin McGrath and Bernie Sauer(.9), meeting (1.2) and related follow-up (.7) | 2.8 | 700.00 |
| 2/10/2020 | RB | 14b | Communication with Borough re; execution and transmittal of Escrow Release #7 | 0.8 | 200.00 |
| 2/11/2020 | RB | 14b | Related follow-up on Escrow Release #7 | 0.1 | 25.00 |
| 3/5/2020 | RB | 14b | Final review of response to Bristol Borough list of requirements for temporary certificates of occupancy and transmittal of same | 2.9 | 725.00 |
| 3/5/2020 | RB | 14b | Review of requirements within the recorded declaration for the Master Association and the declaration of the Planned Community | 1.3 | 325.00 |
| 3/6/2020 | RB | 14b | Communication with Bristol Borough officials re:open issues and related follow-up | 0.4 | 100.00 |
| 3/10/2020 | RB | 14b | Work with Kevin McGrath on various contractor open issues | 0.2 | 50.00 |
| 3/13/2020 | RB | 14b | Provide info to Sally Bellaspica at Bristol Borough for completion of temporary certificates of occupancy for Units 47,44 and 41 | 0.1 | 25.00 |
| 4/17/2020 | RB | 14b | Review communication with Borough/Gilmore re: status of certificates of occupancy | 0.6 | 150.00 |
| 5/2/2020 | RB | 14b | Review RDA quarterly interest payment invoice, verify calculations and prepare/transmit payment | 0.70 | 175.00 |
| 7/7/2020 | RB | 14b | Prepare info request to Angela Incollingo at Bristol Borough re: C 11 claim | 0.20 | 50.00 |
| 7/7/2020 | RB | 14b | Call to Angela Incollingo in Finance Dept at Bristol Borough office re: info needed re: Borough's Ch 11 claim | 0.10 | 25.00 |
| 7/8/2020 | RB | 14b | Work on information re: Bristol Borough claim and related followup with Angela Incollingo in Finance at Borough and Borough Counsel Bill Salerno | 2.30 | 575.00 |
| 7/20/2020 | RB | 14b | Voicemail to Angela Incollingo (Bristol Borough Finance dept) re: request for claim support | 0.1 | 25.00 |
| 7/24/2020 | RB | 14b | Call with Bill Salerno, Solicitor for Bristol Borough, re: detail of Borough's pre-petition claim | 0.2 | 50.00 |
| 7/24/2020 | RB | 14b | Calls with KOH re: case issues (Borough communications) | 0.2 | 0.00 |

**PROFESSIONAL SERVICES**      **Hrs/Rate**     **Amount**
Island View Crossing II, LP - NM

| Date | | | Description | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| 8/6/2020 | RB | 14b | Communications with Bristol Borough (Angela Incollingo-Finance) re: invoicing a | 0.20 | 50.00 |
| 8/7/2020 | RB | 14b | Voicemail to Sally Bellaspica (Bristol Borough Permits) re: payment of sewer fee | 0.10 | 25.00 |
| 8/7/2020 | RB | 14b | Coordination of action related obtaining CO for settlement scheduled | 0.60 | 150.00 |
| 8/10/2020 | RB | 14b | Detailed review of invoicing from Bristol Borough for engineering charges, etc. | 1.30 | 325.00 |
| 9/15/2020 | RB | 14b | Review communication from Borough re: permit requirement and related follow-up | 0.40 | 100.00 |
| 9/24/2020 | RB | 14b | Review communications from Bristol Borough (incl Gilmore & Associates) re: Certificates of Occupancy for units with pending settlements | 0.30 | 75.00 |
| 9/30/2020 | RB | 14b | Detailed review of invoice received from Bristol Borough; reconciliation of same & determination of post-petition amounts due | 0.90 | 225.00 |
| 10/8/2020 | RB | 14b | Review communications from engineering firm for Bristol Borough (Gilmore & Associates) re: recommendation that certificates of occupancy be issued for Units 7 & 43 | 0.20 | 50.00 |
| 10/9/2020 | RB | 14b | Review communication from Borough re: additional fees being charged per unit (recreation impact fee) | 0.30 | 75.00 |
| 10/13/2020 | RB | 14b | Review communications from Bristol Borough re: status of permits and certificates of occupancy and related fees and requirements | 0.90 | 225.00 |
| 10/20/2020 | RB | 14b | Detailed review and calculation verification of amounts charged in quarterly RDA interest and fees invoice | 0.70 | 175.00 |
| 11/16/2020 | RB | 14b | Review communications from Bristol Borough re: requirements on permits | 0.20 | 50.00 |
| 11/18/2020 | RB | 14b | Message to Sally Bellaspica-Zoning, Planning and Administrator-Bristol Borough re: sewer permit info | 0.10 | 25.00 |
| 12/2/2020 | RB | 14b | Review communication from Borough Manager James Dillon re: status inquiry on specific development items' status | 0.10 | 25.00 |
| 12/9/2020 | RB | 14b | Review of communications from Bristol Borough Manager and billing payment prep (1.4), related call with KOH (.3), reconcile invoice for post-petition amounts due and prepare pmt (1.2) | 2.90 | 725.00 |
| 1/21/2021 | RB | 14b | Review communications from Borough and related response re: sales incentive program and PennDOT issues; related follow-up | 0.40 | 100.00 |
| 2/14/2021 | RB | 14b | Review invoice from Bristol Borough and do reconciliation for post-petition amount due for payment | 0.40 | 100.00 |
| 7/20/2021 | RB | 14b | Call with Joseph Hogan of RDA re: principal balance shown on invoice and related adjustment needed | 0.10 | 25.00 |
| 7/20/2021 | RB | 14b | Examine RDA invoice and determine adjustments needed to principal balance and transmittal of detailed email. | 0.80 | 200.00 |
| | **Total** | | **Meetings and Communications with Bristol Borough & RDA** | **31.8** | **7,675.00** |

**For Professional Services Rendered:**

| | | | | **Total Hours Worked** | |
|---|---|---|---|---:|---:|
| RB | Ralph Brotherton | | | 31.80 | |
| CD | Carol Davis | | | 0.00 | |

| | | **Rate** | **Total Hours Billed** | |
|---|---|---|---:|---:|
| RB | Ralph Brotherton | $250/hr | 30.70 | $7,675.00 |
| CD | Carol Davis | $175/hr | 0.00 | $0.00 |

| | | | **Total Hours Not Billed** |
|---|---|---|---:|
| RB | Ralph Brotherton | | 1.10 |
| CD | Carol Davis | | 0.00 |