# EXHIBIT 14c
# MEETINGS AND COMMUNICATIONS WITH MCGRATH

**Newbridge Management, LLC**
**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | | | Description | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| | | | **Meetings and Communications with McGrath** | | |
| 5/22/2018 | RB | 14c | Meeting with McGrath team re: possible contractor management contract | 2.4 | 600.00 |
| 7/12/2018 | RB | 14c | Calls with KOH and Kevin McGrath re: construction management contract issues | 0.8 | 0.00 |
| 7/16/2018 | RB | 14c | Call with KOH and McGrath team re: construction management agreement issues | 1.2 | 0.00 |
| 7/18/2018 | RB | 14c | Meet with Kevin and John McGrath and KOH re: multiple construction management issues | 1.7 | 0.00 |
| 7/27/2018 | RB | 14c | Calls with Kevin McGrath re: construction management agreement issues | 0.2 | 50.00 |
| 8/1/2018 | RB | 14c | Calls with Kevin McGrath and John McGrath re: issues related to construction management agreement (2.2) and related followup (2.1) | 4.3 | 1,075.00 |
| 8/2/2018 | RB | 14c | Call with Kevin McGrath re: Construction Management Agreement issues | 0.3 | 75.00 |
| 8/3/2018 | RB | 14c | Call with Kevin McGrath re: Construction Management Agreement issues | 0.1 | 25.00 |
| 8/6/2018 | RB | 14c | Call with Kevin McGrath re: construction management agreement actions | 0.1 | 25.00 |
| 8/7/2018 | RB | 14c | Call with Kevin McGrath re: construction management agreement actions | 0.1 | 25.00 |
| 8/8/2018 | RB | 14c | Call with Kevin McGrath re: construction management agreement actions | 0.3 | 75.00 |
| 8/9/2018 | RB | 14c | Calls with Kevin McGrath re: Construction Management Agreement issues (insurance requirements) | 0.4 | 100.00 |
| 8/10/2018 | RB | 14c | Calls with Kevin McGrath re: Construction Management Agreement issues | 0.7 | 175.00 |
| 8/15/2018 | RB | 14c | Calls with Kevin McGrath re: Construction Management Agreement issues | 0.3 | 75.00 |
| 8/16/2018 | RB | 14c | Call with Kevin McGrath re: Construction Management Agreement issues | 0.1 | 25.00 |
| 8/22/2018 | RB | 14c | Calls with Kevin McGrath re: construction scheduling and other coordination issues | 0.5 | 125.00 |
| 8/23/2018 | RB | 14c | Call with Kevin McGrath re: construction scheduling and other coordination issues | 0.4 | 100.00 |
| 8/27/2018 | RB | 14c | Coordination with Kevin McGrath re: construction issues | 0.9 | 225.00 |
| 8/28/2018 | RB | 14c | Coordination with Kevin McGrath re: construction issues | 0.2 | 50.00 |
| 8/30/2018 | RB | 14c | Calls with Kevin McGrath re: construction logistics: insurance certs from contractors, etc. | 0.5 | 125.00 |
| 9/11/2018 | RB | 14c | Meet with John McGrath (McGrath Homes) re:status and mobilization of construction | 1.7 | 425.00 |
| 9/12/2018 | RB | 14c | Calls with John and Kevin McGrath and KOH re: multiple property/construction issues | 0.5 | 0.00 |
| 9/13/2018 | RB | 14c | Handle coordination of onsite matters (office set-up, meeting with John McGrath re: plans, etc..) | 2.6 | 0.00 |
| 9/17/2018 | RB | 14c | Work with John McGrath onsite & related calls on construction logistics details; walk property | 4.1 | 0.00 |
| 9/18/2018 | RB | 14c | Work with John McGrath onsite on construction logistics details | 1.7 | 425.00 |
| 9/18/2018 | RB | 14c | Work with Kevin McGrath onsite on construction logistics details | 1.4 | 350.00 |
| 9/19/2018 | RB | 14c | Work with John McGrath onsite on construction logistics details | 0.7 | 175.00 |
| 9/19/2018 | RB | 14c | Calls with Kevin McGrath re: contractor issues, insurance issues and application for PECO service | 1.2 | 300.00 |
| 9/20/2018 | RB | 14c | Calls with Kevin McGrath re: contractor issues and equipment needs for property | 0.2 | 50.00 |
| 9/20/2018 | RB | 14c | Work onsite with John McGrath re: construction logistics and insurance matters | 1.2 | 300.00 |
| 9/21/2018 | RB | 14c | Work with Kevin McGrath re: various contractor issues (cost forecasting, etc.) | 0.9 | 225.00 |
| 9/25/2018 | RB | 14c | Follow-up meeting with John McGrath and Kevin McGrath re multiple site matters | 3.1 | 775.00 |
| 9/26/2018 | RB | 14c | Calls with John McGrath re: contractor coordination | 0.3 | 75.00 |
| 9/26/2018 | RB | 14c | Work on various contractor issues (exterior work with John McGrath and interior work with Kevin McGrath); related cost monitoring processes | 6.2 | 1,550.00 |
| 9/27/2018 | RB | 14c | Work directly with John McGrath, Kevin McGrath and Consultant Bernie Sauer re:contractor coordination issues, PennDOT work needed, and model home needs | 3.4 | 850.00 |
| 9/28/2018 | RB | 14c | Ongoing onsite work with John McGrath, Kevin McGrath and Consultant Bernie Sauer re:multiple contractor issues, including insurance compliance, and plans for payment processing & partial lien releases | 4.3 | 1,075.00 |
| 10/2/2018 | RB | 14c | Calls with Kevin McGrath re: contractor issues | 0.8 | 200.00 |
| 10/3/2018 | RB | 14c | Calls with Kevin McGrath re: contractor issues | 0.2 | 50.00 |
| 10/4/2018 | RB | 14c | Calls/texts/onsite meetings with Kevin McGrath re: multiple contractor issues | 0.4 | 100.00 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/5/2018 | RB | 14c Calls/texts/onsite meetings with Kevin McGrath re: multiple contractor issues | 1.1 | 275.00 |
| 10/6/2018 | RB | 14c Texts with Kevin McGrath re:confirmation on insurance carried by specific contractors | 0.3 | 75.00 |
| 10/6/2018 | RB | 14c Review of emails from K. McGrath re: contractor issues & project draw needs | 1.9 | 475.00 |
| 10/9/2018 | RB | 14c Calls with Kevin McGrath re: contractor issues | 0.5 | 125.00 |
| 10/9/2018 | RB | 14c Review contractor bids and discuss with Bernie Sauer and John McGrath or Kevin McGrath as appropriate | 1.6 | 400.00 |
| 10/9/2018 | RB | 14c Walk front entrance area with John McGrath re: needs for structural work for PennDOT compliance and budget requirements | 0.8 | 200.00 |
| 10/10/2018 | RB | 14c Meet with John McGrath and Bernie Sauer re: issues related to the pre-conference among various parties (PennDOT, PECO, ) and preliminary analysis of bids | 1.9 | 475.00 |
| 10/11/2018 | RB | 14c Review emails from Kevin McGrath re: contractors and insurance packages & update compliance schedule for security access | 1.9 | 475.00 |
| 10/11/2018 | RB | 14c Meet with John McGrath and Bernie Sauer re: address changes for property lots; proposal on PennDot improvements | 1.8 | 450.00 |
| 10/11/2018 | RB | 14c Work with K. McGrath on contractor issues and process draw requests in conformity with construction management agreement | 3.2 | 800.00 |
| 10/12/2018 | RB | 14c Messages/e-mails to K. McGrath re: immediate contractor needs and finalization of sign design for entrance | 1.7 | 0.00 |
| 10/17/2018 | RB | 14c Review of emails and calls from Kevin McGrath re: additional information from contractors and review of related agreements and proof of insurance compliance of same | 3.2 | 800.00 |
| 10/17/2018 | RB | 14c Work with John McGrath and Bernie Sauer re: status of site improvements and related immediate contractor requirements | 0.9 | 225.00 |
| 10/17/2018 | RB | 14c Calls/texts/emails from Kevin McGrath re: additional contractors for property and related proposals | 0.3 | 75.00 |
| 10/18/2018 | RB | 14c Calls/texts from Kevin McGrath re: additional contractors for property | 0.2 | 50.00 |
| 10/19/2018 | RB | 14c Call with Kevin McGrath re: rough estimate of trenching cost proposal and execution of same | 0.6 | 150.00 |
| 10/22/2018 | RB | 14c Review emails from Kevin McGrath re: additional contractors, their proof of insurance coverage, review of same and update of property access control list for security | 1.4 | 350.00 |
| 10/23/2018 | RB | 14c Call with Kevin McGrath re: contractor issues | 0.3 | 75.00 |
| 10/24/2018 | RB | 14c Meet with John McGrath re: exterior construction contractors' status and current needs | 0.8 | 200.00 |
| 10/24/2018 | RB | 14c Meet with Kevin McGrath re: interior construction contractors' status and current needs | 0.9 | 225.00 |
| 10/24/2018 | RB | 14c Call with John McGrath and related followup meeting with Bernie Sauer re; site visit by Gilmore Engineering rep | 0.9 | 225.00 |
| 10/26/2018 | RB | 14c Call with Kevin McGrath re: contractor issues | 0.1 | 25.00 |
| 10/30/2018 | RB | 14c Work with John McGrath and Bernie Sauer re: PECO status and communications with Borough re: same | 0.5 | 125.00 |
| 10/31/2018 | RB | 14c Work with Kevin McGrath on scheduling & insurance issues for contractors | 1.3 | 325.00 |
| 11/1/2018 | RB | 14c Calls with Kevin McGrath re: contractor payment issues | 0.2 | 50.00 |
| 11/3/2018 | RB | 14c Review latest additional information received from Kevin McGrath on proposed contractors | 0.9 | 225.00 |
| 11/6/2018 | RB | 14c Call with Kevin McGrath re: contractor invoicing & proposals(.1) and review of same (1.2) | 1.3 | 325.00 |
| 11/7/2018 | RB | 14c Work with Kevin McGrath via emails and in person on additional contractor issues | 2.7 | 675.00 |
| 11/8/2018 | RB | 14c Meet with John McGrath and Bernie Sauer re: specific development issues | 0.3 | 75.00 |
| 11/9/2018 | RB | 14c Call with Kevin McGrath re: future contractor info & scheduling (.1) related followup with Bernie Sauer re: same (.8) | 0.9 | 225.00 |
| 11/13/2018 | RB | 14c Call with Kevin McGrath re: contractor info | 0.1 | 25.00 |
| 11/14/2018 | RB | 14c Discuss specific contractor issues with John McGrath and Bernie Sauer | 1.2 | 0.00 |
| 11/14/2018 | RB | 14c Work with John McGrath and Bernie Sauer re: information & permit update needs for the site improvement contractors | 1.1 | 275.00 |
| 11/14/2018 | RB | 14c Work with Kevin McGrath on various allocations of expenses indicated on invoice approvals | 0.8 | 200.00 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/15/2018 | RB | 14c Meet with Bernie Sauer and John McGrath re: action needed for PennDOT permit and planning for same | 0.9 | 225.00 |
| 11/15/2018 | RB | 14c Call with Kevin McGrath re: contractor info | 0.1 | 0.00 |
| 11/16/2018 | RB | 14c Meet with John McGrath and Bernie Sauer re: update on PennDOT work and information requirements | 0.2 | 50.00 |
| 11/27/2018 | RB | 14c Weekly work session with John McGrath, Bernie Sauer and Kevin McGrath re: coordination of site improvement and construction schedules, needs, etc. | 2.4 | 0.00 |
| 11/29/2018 | RB | 14c Meet with Kevin McGrath on contractor issues (credit apps, scope of work, etc.) | 0.9 | 225.00 |
| 11/30/2018 | CD | 14c Email to Kevin McGrath re vendor invoice | 0.1 | 17.50 |
| 12/3/2018 | RB | 14c Call with Kevin McGrath re: contractor issues | 0.1 | 25.00 |
| 12/4/2018 | RB | 14c Weekly work session with John McGrath, Bernie Sauer and Kevin McGrath re: c | 3.3 | 825.00 |
| 12/4/2018 | RB | 14c Call with Kevin McGrath re: contractor issues | 0.1 | 25.00 |
| 12/5/2018 | RB | 14c Calls/messages with Kevin McGrath re: contractor issues | 0.4 | 100.00 |
| 12/6/2018 | RB | 14c Work with Bernie Sauer and John McGrath on regulatory issue and obtain necessary information for same and transmittal of same | 3.2 | 800.00 |
| 12/7/2018 | RB | 14c Meet with Kevin McGrath re: specific contractor issues and language required in contracts or agreements | 0.9 | 225.00 |
| 12/10/2018 | RB | 14c Calls/messages with Kevin McGrath re: contractor issues | 0.3 | 75.00 |
| 12/11/2018 | RB | 14c Weekly work session with John McGrath, Bernie Sauer and Kevin McGrath re: coordination of site improvement and construction schedules, needs, etc. (1.7) and direct followup on related info (2.4) | 4.1 | 1,025.00 |
| 12/11/2018 | RB | 14c Call with Kevin McGrath re: specific contractor issue | 0.1 | 25.00 |
| 12/12/2018 | RB | 14c Calls/messages with Kevin McGrath re: contractor issues | 0.1 | 25.00 |
| 12/12/2018 | RB | 14c Discuss site development issues with John McGrath and Bernie Sauer | 0.9 | 225.00 |
| 12/14/2018 | RB | 14c Walk units with Bernie Sauer and Kevin McGrath re: status and costs | 0.7 | 175.00 |
| 12/14/2018 | RB | 14c Call with Kevin McGrath re: specific contractor insurance issues | 0.1 | 25.00 |
| 12/18/2018 | RB | 14c Meet with John McGrath and Bernie Sauer | 0.3 | 75.00 |
| 12/19/2018 | RB | 14c Meet with John McGrath re: site improvement issues | 0.4 | 0.00 |
| 12/19/2018 | RB | 14c Calls/messages with Kevin McGrath re: contractor issues | 0.5 | 0.00 |
| 12/21/2018 | RB | 14c Work with John McGrath to complete co-permittee agreement for McGrath and Son Development for transmittal to BCCD/NPDES and obtain notarization of same | 1.4 | 0.00 |
| 12/21/2018 | RB | 14c Meet with Kevin McGrath re: specific contractor issues and language required in contracts or agreements | 0.3 | 75.00 |
| 12/27/2018 | RB | 14c Calls with Kevin McGrath re: contractor and draw issues | 0.3 | 75.00 |
| 1/4/2019 | RB | 14c Call with Kevin McGrath re: contractor issues | 0.1 | 25.00 |
| 1/10/2019 | RB | 14c Calls with Kevin McGrath re: draw request issues | 0.4 | 100.00 |
| 1/17/2019 | RB | 14c Meet with John McGrath on site issues | 0.3 | 75.00 |
| 1/17/2019 | RB | 14c Work with Kevin McGrath on review of insurance provided by potential contractor and required additional/changes | 0.9 | 225.00 |
| 1/18/2019 | RB | 14c Call with Kevin McGrath re: contractor issues | 0.1 | 25.00 |
| 1/22/2019 | RB | 14c Work with Kevin McGrath on contractor matters | 0.7 | 175.00 |
| 1/22/2019 | RB | 14c Conference with John McGrath and Bernie Sauer re: site improvement issues | 0.4 | 0.00 |
| 1/23/2019 | RB | 14c Work with Kevin McGrath on draw matters | 0.4 | 100.00 |
| 1/23/2019 | RB | 14c Conference with John McGrath and Bernie Sauer re: site improvement issues | 0.3 | 75.00 |
| 1/24/2019 | RB | 14c Calls with Kevin McGrath re: draw request issues | 0.1 | 25.00 |
| 1/25/2019 | RB | 14c Communication with Kevin McGrath re: contractor deadlines | 0.1 | 25.00 |
| 1/26/2019 | RB | 14c Call with John McGrath re: coordination of site improvement matters | 0.2 | 50.00 |
| 1/29/2019 | RB | 14c Meet with John McGrath and Bernie Sauer re: clubhouse plans, homeowner docs and relationship to sales opening | 1.2 | 300.00 |
| 2/5/2019 | RB | 14c Meet with John McGrath on site improvement issues | 0.4 | 0.00 |
| 2/7/2019 | RB | 14c Calls with Kevin McGrath re: draw request issues | 0.1 | 25.00 |
| 2/8/2019 | RB | 14c Work with Kevin McGrath on contractor costing issues and expense inquiries | 0.7 | 175.00 |
| 2/13/2019 | RB | 14c Meet with John McGrath re: site improvement issues, specifically the proposed clubhouse | 0.4 | 0.00 |
| 2/13/2019 | RB | 14c Calls with Kevin McGrath re: contractor questions | 0.2 | 50.00 |
| 2/14/2019 | RB | 14c Calls with Kevin McGrath re: questions on contractors | 0.2 | 50.00 |
| 2/15/2019 | RB | 14c Work with Kevin McGrath on contractor issues | 0.2 | 50.00 |

**PROFESSIONAL SERVICES** | | | Hrs/Rate | Amount
Island View Crossing II, LP - NM

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/20/2019 | RB | 14c Communication with and meeting with Kevin McGrath on contractor issues and proposal information | 0.8 | 200.00 |
| 2/21/2019 | RB | 14c Meet with Kevin McGrath re: options pricing and related pricing requirements | 0.9 | 225.00 |
| 2/24/2019 | RB | 14c Review communication from Kevin McGrath re: adjustments to draw requests and information to contractors | 1.4 | 350.00 |
| 2/26/2019 | RB | 14c Coordinate various sales and marketing issues with Janice Nagele and Kevin McGrath | 1.9 | 0.00 |
| 2/26/2019 | CD | 14c Discussion with Kevin McGrath re sales phone installation in model | 0.3 | 52.50 |
| 2/27/2019 | RB | 14c Weekly meeting with John McGrath, Kevin McGrath, and Bernie Sauer re: project issues | 1.1 | 0.00 |
| 2/28/2019 | RB | 14c Call with Kevin McGrath re: case issues | 0.1 | 25.00 |
| 3/5/2019 | RB | 14c Call with John McGrath re: site issues | 0.1 | 25.00 |
| 3/7/2019 | RB | 14c Review and act on communication from Kevin McGrath re: previous issues raised on prior draws | 0.3 | 75.00 |
| 3/12/2019 | RB | 14c Call to Kevin McGrath re: Draw #15 issues | 0.1 | 25.00 |
| 3/13/2019 | RB | 14c Weekly Construction Manager meeting with KOH, John McGrath, Kevin McGrath and Bernie Sauer | 2.4 | 0.00 |
| 3/14/2019 | RB | 14c Calls with Kevin McGrath re: draw request issues | 0.2 | 50.00 |
| 3/16/2019 | RB | 14c Review communication from Kevin McGrath re: contractor proposals and requirements | 0.4 | 100.00 |
| 3/18/2019 | RB | 14c Call with Kevin McGrath re: confirmation of credit terms for contractor | 0.1 | 25.00 |
| 3/19/2019 | RB | 14c Call with Kevin McGrath re: draw issues | 0.1 | 25.00 |
| 3/20/2019 | RB | 14c Call with Kevin McGrath re: contractor issues | 0.2 | 50.00 |
| 3/27/2019 | RB | 14c Review communication from Kevin McGrath and Bernie Sauer re: contractor (construction) and site issues | 1.9 | 0.00 |
| 3/27/2019 | CD | 14c Email correspondence from Kevin McGrath re refund check from contractor | 0.1 | 17.50 |
| 3/29/2019 | RB | 14c Review communication from Kevin McGrath and Bernie Sauer re: contractor (construction) and site issues | 1.7 | 0.00 |
| 4/3/2019 | RB | 14c Call and work with Kevin McGrath re: contractor proposals and requirements | 0.8 | 200.00 |
| 4/5/2019 | RB | 14c Meet with Kevin McGrath re: contractor issues | 0.6 | 150.00 |
| 4/12/2019 | RB | 14c Meet with Kevin McGrath re: contractor issues | 0.1 | 25.00 |
| 4/16/2019 | RB | 14c Meet with John McGrath re: Construction Manager issues | 0.9 | 0.00 |
| 4/17/2019 | RB | 14c Meet with John McGrath re: Construction Manager issues joined later by Kevin McGrath | 2.2 | 0.00 |
| 4/18/2019 | RB | 14c Meet with John McGrath re: Construction Manager issues | 0.1 | 25.00 |
| 4/24/2019 | RB | 14c Work with Kevin McGrath re: contractor proposals and requirements | 0.2 | 50.00 |
| 5/1/2019 | RB | 14c Participate in Construction Manager meeting and related follow-up meeting with John McGrath | 2.2 | 0.00 |
| 5/7/2019 | RB | 14c Call with Kevin McGrath re: HOA doc issues | 0.3 | 75.00 |
| 5/7/2019 | RB | 14c Call with John McGrath re: construction management issues | 0.1 | 25.00 |
| 5/10/2019 | RB | 14c Review communication from Kevin McGrath re: HOA documents | 0.3 | 75.00 |
| 5/13/2019 | RB | 14c Calls with Kevin McGrath re: contractor issues | 0.1 | 25.00 |
| 5/14/2019 | RB | 14c Communications with Kevin McGrath re: contractor logistics | 0.2 | 50.00 |
| 5/15/2019 | RB | 14c Calls with Kevin McGrath re: contractor issues | 0.3 | 75.00 |
| 5/22/2019 | RB | 14c Meet with Kevin McGrath re: contractor issues and specific matters in Draw#21 | 0.4 | 100.00 |
| 5/24/2019 | RB | 14c Review and act upon communication from Kevin McGrath | 0.3 | 75.00 |
| 5/28/2019 | RB | 14c Calls & communication with Kevin McGrath re: contractor issues | 0.3 | 75.00 |
| 5/29/2019 | RB | 14c Call with Kevin McGrath re: contractor issues | 0.3 | 75.00 |
| 5/30/2019 | RB | 14c Participate in Construction Manager meeting | 1.1 | 0.00 |
| 6/4/2019 | RB | 14c Message from Kevin McGrath re: contractor issues | 0.1 | 25.00 |
| 11/15/2019 | RB | 14c Meet briefly with Kevin McGrath re: update | 0.2 | 50.00 |
| 12/4/2019 | RB | 14c Meeting with Kevin McGrath | 0.5 | 125.00 |
| 12/5/2019 | RB | 14c Meeting with Kevin McGrath and John McGrath | 0.6 | 150.00 |
| 12/10/2019 | RB | 14c Call with John McGrath re: Construction Management Agreement updates (.1) and subsequent meeting with John & Kevin McGrath (.2) | 0.3 | 75.00 |
| 1/9/2020 | RB | 14c Organize meeting to execute Construction Management Agreement amendment | 0.4 | 100.00 |
| 2/11/2020 | RB | 14c Discussion with Kevin McGrath re: various contractor issues | 0.6 | 150.00 |
| 2/13/2020 | RB | 14c Call with Kevin McGrath re: specific contractor issue | 0.1 | 25.00 |
| 2/14/2020 | RB | 14c Work with John McGrath and Kevin McGrath re: development issues | 0.6 | 0.00 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 2/20/2020 | RB | 14c | Meet with John McGrath and Kevin McGrath re: property issues | 0.1 | 25.00 |
| 2/28/2020 | RB | 14c | Conversation with John McGrath re: multiple property issues | 0.4 | 100.00 |
| 2/28/2020 | RB | 14c | Meet with Kevin McGrath re: contractor issues | 0.2 | 50.00 |
| 3/3/2020 | RB | 14c | Calls with Kevin McGrath re: sales document issues | 0.1 | 25.00 |
| 3/31/2020 | RB | 14c | Coordination of notice process per the COVID-19 restrictions | 1.9 | 0.00 |
| 3/31/2020 | RB | 14c | Call with KOH and Kevin McGrath re: Construction Management Agreement | 0.7 | 0.00 |
| 4/1/2020 | RB | 14c | Call from Kevin McGrath re: management agreement contract | 0.1 | 25.00 |
| 4/1/2020 | RB | 14c | Calls with KOH re: case issues | 0.8 | 0.00 |
| 4/3/2020 | RB | 14c | Manage communications with Kevin McGrath on agreement issues | 0.6 | 150.00 |
| 4/30/2020 | RB | 14c | Communication with Kevin McGrath re: property issues | 0.1 | 25.00 |
| 5/5/2020 | RB | 14c | Assist with info needed for Counsel and review of notifications and related follow-up | 1.20 | 300.00 |
| 5/6/2020 | RB | 14c | Review communications with Kevin McGrath re: agreement action | 0.20 | 50.00 |
| 5/26/2020 | RB | 14c | Review communications re: McGrath & Son Development additional extension of suspension of services as provided in management agreement | 0.60 | 150.00 |
| 7/2/2020 | CD | 14c | Download McGrath package proof of delivery from FedEx | 0.1 | 17.50 |
| 7/31/2020 | RB | 14c | Calls with Kevin McGrath re: developing process for extras sold to homebuyers pursuant to McGrath Construction Management Agreement | 0.60 | 150.00 |
| 8/3/2020 | RB | 14c | Message to Kevin McGrath re: "extras" process | 0.10 | 25.00 |
| 8/5/2020 | RB | 14c | Calls with Carol Davis re: "extras" sales to homebuyers | 1.40 | 350.00 |
| 8/5/2020 | RB | 14c | Calls with Kevin McGrath & Carol Davis re: "extras" sales to homebuyers | 0.40 | 100.00 |
| 8/5/2020 | RB | 14c | Calls with Kevin O'Halloran re: "extras" sales to homebuyers | 0.70 | 0.00 |
| 8/5/2020 | CD | 14c | Call with RB and Kevin McGrath re calculation of extras and related worksheets. | 0.40 | 0.00 |
| 8/29/2020 | RB | 14c | Review communications with McGrath re: Development Agreement | 0.10 | 25.00 |
| 9/3/2020 | RB | 14c | Review communication from Kevin McGrath re: "extras" costing for option fee determination | 0.20 | 0.00 |
| 9/8/2020 | RB | 14c | Prepare for call with Kevin McGrath re: "extras' option fee calculation | 0.40 | 0.00 |
| 9/8/2020 | RB | 14c | Call with Kevin McGrath re: "extras' option fee calculation | 0.30 | 75.00 |
| 9/8/2020 | CD | 14c | Review email correspondence re invoices from Kevin McGrath for extras. | 0.20 | 35.00 |
| 9/10/2020 | RB | 14c | Communication to Kevin McGrath re: additional info needed on "extras" sold for cost and profit calculation | 0.10 | 25.00 |
| 9/18/2020 | CD | 14c | Review Extras worksheet information from Kevin McGrath for Lot 21 | 1.00 | 175.00 |
| 9/24/2020 | CD | 14c | Review email correspondence with Kevin McGrath on Home Selections | 0.10 | 17.50 |
| 10/7/2020 | RB | 14c | Review communications from Kevin McGrath re: permits in process | 0.60 | 150.00 |
| 10/25/2020 | RB | 14c | Quick review of marketing items provided by McGrath & Son | 0.40 | 100.00 |
| 10/27/2020 | RB | 14c | Communication with Kevin McGrath re: need for updated contractor's license as well as other info for insurance audit | 0.20 | 50.00 |
| 10/27/2020 | RB | 14c | Review information submitted by Kevin McGrath for contract compliance | 0.30 | 75.00 |
| 10/28/2020 | RB | 14c | Call with Carol Davis and Kevin McGrath to obtain info from McGrath in order to provide complete report to insurance company for audit | 0.80 | 0.00 |
| 10/28/2020 | CD | 14c | Call with RB and add in Kevin McGrath re insurance audit response. Received copy of license. | 1.80 | 315.00 |
| 11/9/2020 | RB | 14c | Review communications from Kevin McGrath re: calculation of extras profits on home sales | 1.30 | 325.00 |
| 11/13/2020 | CD | 14c | Review email from Kevin McGrath re Extras | 0.10 | 17.50 |
| 11/17/2020 | RB | 14c | Review and respond to Kevin McGrath emails re: "extras" profits | 0.90 | 225.00 |
| 11/19/2020 | RB | 14c | Review communication from Kevin McGrath re: issues related to the Management Agreement | 0.20 | 50.00 |
| 12/2/2020 | RB | 14c | Review communincation from Katie Bayachek in Kevin McGrath's office and response to same | 0.10 | 25.00 |
| 12/4/2020 | RB | 14c | Review communication from Katie Bayachek in Kevin McGrath's office re: "extras" sale profit amounts and preparation of detailed response and transmittal of same | 0.90 | 225.00 |
| 12/8/2020 | RB | 14c | Call with Kevin McGrath & Carol Davis re: details of profit calculations on net "extras" sale profit calculations | 0.70 | 175.00 |
| 12/8/2020 | CD | 14c | Call with RB and Kevin McGrath re calculation of extras net profit. | 0.70 | 0.00 |
| 12/14/2020 | CD | 14c | Review email correspondence re extras from Kevin McGrath | 0.60 | 105.00 |
| 12/16/2020 | RB | 14c | Review communications from Kevin McGrath re: "extras" profits documentation | 0.40 | 100.00 |
| 12/18/2020 | RB | 14c | Communication with Kevin McGrath re"extras" profit calculations | 0.40 | 100.00 |

**PROFESSIONAL SERVICES** | **Hrs/Rate** | **Amount**

Island View Crossing II, LP - NM

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 12/19/2020 | RB | 14c Review communications from Kevin McGrath re: "extras" profits documentation | 0.20 | 50.00 |
| 12/20/2020 | RB | 14c Review communications from Kevin McGrath re: "extras" profits documentation | 0.40 | 100.00 |
| 12/21/2020 | RB | 14c Review communications from Kevin McGrath re: "extras" profits documentation | 2.20 | 0.00 |
| 12/21/2020 | CD | 14c Review email from Kevin McGrath re Extras Lot 15 & Lot 12 | 0.20 | 35.00 |
| 12/22/2020 | CD | 14c Review email correspondence from Kevin McGrath re extra's. | 0.10 | 17.50 |
| 12/24/2020 | CD | 14c Review email from Kevin McGrath re credits on Feasterville invoices. | 0.20 | 35.00 |
| 12/29/2020 | RB | 14c Call with Carol Davis and Kevin McGrath re: final review of "extras" profit calculations for Units 12 & 15 | 0.60 | 150.00 |
| 12/29/2020 | CD | 14c Call with RB and Kevin McGrath re Final Extra's worksheet for Lots 12 & 15 | 0.60 | 0.00 |
| 12/30/2020 | RB | 14c Communication with Kevin McGrath re: need for updated contractor's license as well as other info for insurance audit | 2.40 | 600.00 |
| 12/30/2020 | RB | 14c Review communications from Kevin McGrath re: extras work | 0.10 | 25.00 |
| 1/14/2021 | RB | 14c Call with Kevin McGrath re: Options fee process as provided in Construction Agreement | 0.10 | 25.00 |
| 1/14/2021 | RB | 14c Calls with KOH re: coordination with Kevin McGrath re: construction management | 0.60 | 0.00 |
| 1/26/2021 | CD | 14c Review email from Kevin McGrath re extras for Lot 20. Forward updated extras schedule to RB. | 0.30 | 52.50 |
| 2/5/2021 | RB | 14c Call with KOH re: McGrath agreement provisions | 0.80 | 0.00 |
| 2/25/2021 | RB | 14c Calls with KOH and Aris Karalis re: budgeting for Plan and Disclosure Stmt | 4.90 | 0.00 |
| 3/5/2021 | RB | 14c Email communications with McGrath re: management agreement issues | 0.10 | 0.00 |
| 3/23/2021 | RB | 14c Calls with KOH re: McGrath & Son management agreement issues | 2.70 | 0.00 |
| 3/28/2021 | RB | 14c Communication with Kevin McGrath re:status of outstanding extras profit calculations | 0.40 | 100.00 |
| 3/29/2021 | CD | 14c Email received of McGrath invoice for March dated 4/1/21 | 0.10 | 17.50 |
| 4/5/2021 | RB | 14c Work on determining amounts due McGrath upon termination of construction management contract | 7.40 | 1,850.00 |
| 4/6/2021 | CD | 14c Pull proof of delivery receipts from FedEx for McGrath shipments | 0.40 | 70.00 |
| 5/17/2021 | RB | 14c Call with KOH re: Construction Management Agreement termination fee calculations | 1.40 | 0.00 |
| 5/17/2021 | RB | 14c Call with Carol Davis re: info needed for Construction Management Agreement termination fee calculations | 1.10 | 275.00 |
| 5/17/2021 | RB | 14c Work on Construction Management Agreement termination fee issues | 7.30 | 1,825.00 |
| 5/17/2021 | CD | 14c Email correspondence re Construction Management Agreement | 0.10 | 17.50 |
| 5/17/2021 | CD | 14c Call with RB re Construction Management Agreement calculation of fees | 1.10 | 0.00 |
| 5/18/2021 | RB | 14c Call with KOH re: Construction Management Agreement termination fee calculations | 0.40 | 0.00 |
| 5/19/2021 | RB | 14c Calls with KOH re:Construction Management Agreement termination issues | 1.70 | 0.00 |
| 5/19/2021 | RB | 14c Work on Construction Management Agreement termination fee format and calculations | 3.90 | 975.00 |
| 5/20/2021 | RB | 14c Calls with KOH re:Construction Management Agreement termination issues | 0.30 | 0.00 |
| 5/20/2021 | RB | 14c Calls with Carol Davis re:Construction Management Agreement termination issues | 0.90 | 0.00 |
| 5/20/2021 | RB | 14c Work on Construction Management Agreement termination fee format and calculations | 8.10 | 2,025.00 |
| 5/20/2021 | CD | 14c Call with RB re Construction Management Agreement termination | 0.90 | 0.00 |
| 5/21/2021 | RB | 14c Calls with KOH re:Construction Management Agreement termination issues | 0.10 | 0.00 |
| 5/21/2021 | RB | 14c Work on Construction Management Agreement termination issues | 0.90 | 225.00 |
| | Total | **Meetings and Communications with McGrath** | **222.3** | **39,865.00** |

**PROFESSIONAL SERVICES**          **Hrs/Rate**    **Amount**
Island View Crossing II, LP - NM

**For Professional Services Rendered:**

|     |                  | **Total Hours Worked** |
|-----|------------------|------------------------|
| RB  | Ralph Brotherton | 212.80                 |
| CD  | Carol Davis      | 9.50                   |

|     |                  | **Rate**   | **Total Hours Billed** |             |
|-----|------------------|------------|------------------------|-------------|
| RB  | Ralph Brotherton | $250/hr    | 155.40                 | $38,850.00  |
| CD  | Carol Davis      | $175/hr    | 5.80                   | $1,015.00   |

|     |                  | **Total Hours Not Billed** |
|-----|------------------|----------------------------|
| RB  | Ralph Brotherton | 57.40                      |
| CD  | Carol Davis      | 3.70                       |