# EXHIBIT 14d
# MEETINGS AND COMMUNICATIONS WITH COUNSEL

**Newbridge Management, LLC**
**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | | | Description | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| | | | **Meetings and Communications with Counsel** | | |
| 2/8/2018 | RB | 14d | Provide info to Counsel | 1.10 | 275.00 |
| 2/13/2018 | CD | 14d | Review Counsel email correspondence re bank documents | 0.10 | 17.50 |
| 2/14/2018 | RB | 14d | Call with Counsel and KOH re: multiple case matters | 1.30 | 0.00 |
| 3/29/2018 | RB | 14d | Call with KOH and Counsel re: multiple case matters | 1.20 | 0.00 |
| 4/6/2018 | RB | 14d | Call with Counsel and KOH re: multiple case issues | 2.20 | 0.00 |
| 4/9/2018 | RB | 14d | Call with Counsel and KOH re: multiple case issues | 1.10 | 0.00 |
| 4/11/2018 | RB | 14d | Attend pre-Hearing meeting with Counsel and KOH | 1.00 | 0.00 |
| 4/11/2018 | RB | 14d | Attend Hearing and related follow up meeting with Counsel | 1.10 | 275.00 |
| 4/18/2018 | RB | 14d | Calls with KOH and Counsel re: multiple matters re: various agreements and DIP financing | 1.20 | 0.00 |
| 4/20/2018 | RB | 14d | Calls with Counsel & KOH re: multiple case matters | 2.40 | 0.00 |
| 4/23/2018 | RB | 14d | Assist Counsel with various information items related to litigation matters | 1.60 | 400.00 |
| 4/24/2018 | RB | 14d | Assist Counsel with various information items related to litigation matters | 6.80 | 1,700.00 |
| 4/25/2018 | RB | 14d | Call with Counsel & KOH re: multiple case matters (.9) and direct related follow-up (.4) | 1.30 | 0.00 |
| 4/26/2018 | RB | 14d | Call with Counsel & KOH re: multiple case matters | 2.80 | 0.00 |
| 5/11/2018 | RB | 14d | Call with Counsel and KOH re: DIP financing issues (3.2) and related follow-up with KOH (2.1) | 5.30 | 0.00 |
| 5/17/2018 | RB | 14d | Multiple calls with Counsel and KOH re DIP financing information. | 0.90 | 0.00 |
| 5/18/2018 | RB | 14d | Call with KOH and Counsel (Aris) re: DIP financing issues | 1.10 | 0.00 |
| 5/21/2018 | RB | 14d | Followup call with KOH and Debtor Counsel (Aris) | 0.20 | 0.00 |
| 5/22/2018 | RB | 14d | Call with KOH and Counsel (Aris) re: DIP financing loan terms and contractor management agreement | 1.00 | 0.00 |
| 5/23/2018 | RB | 14d | Prepare for, attend Court Hearing and related followup meeting with Aris re: DIP financing issues | 5.30 | 1,325.00 |
| 6/8/2018 | RB | 14d | Calls (.5) with Aris re: funding issues and review of support provided by lender for loan rollup & related prep/follow-up (.2) | 0.70 | 175.00 |
| 6/19/2018 | RB | 14d | Calls with Counsel re: multiple case matters | 1.70 | 425.00 |
| 6/20/2018 | RB | 14d | Calls with Counsel re: multiple case matters | 0.60 | 150.00 |
| 6/20/2018 | RB | 14d | Call with KOH and Counsel (Aris Karalis) re: multiple case matters, including financing | 1.90 | 0.00 |
| 6/21/2018 | RB | 14d | Call with KOH and Counsel (Aris Karalis) re: multiple case matters, including financing | 1.10 | 0.00 |
| 6/22/2018 | RB | 14d | Calls with KOH and Aris re: loan issues | 2.10 | 0.00 |
| 6/25/2018 | RB | 14d | Calls with KOH and Aris re: loan issues | 0.70 | 0.00 |
| 6/26/2018 | RB | 14d | Calls with KOH and Aris re: loan issues | 0.10 | 0.00 |
| 6/28/2018 | RB | 14d | Calls with KOH and Aris re: loan issues | 1.00 | 0.00 |
| 7/2/2018 | RB | 14d | Calls with KOH and Aris re: case issues | 0.30 | 0.00 |
| 7/12/2018 | RB | 14d | Calls with KOH and Aris re: financing issues | 0.50 | 0.00 |
| 7/19/2018 | RB | 14d | Call to law firm for possible work on IVC Homeowners' Association | 0.10 | 25.00 |
| 7/24/2018 | RB | 14d | Call with Camille Spinale (Counsel) and KOH re: Construction Management agreement exhibits | 0.70 | 0.00 |
| 7/26/2018 | RB | 14d | Prepare info for Counsel for inclusion in draft agreements | 2.20 | 550.00 |
| 7/27/2018 | RB | 14d | Calls with KOH and Aris Karalis re: multiple case matters | 0.20 | 0.00 |
| 7/27/2018 | RB | 14d | Prepare info for Counsel for inclusion in draft agreements | 1.90 | 475.00 |
| 7/31/2018 | RB | 14d | Call with Counsel (Aris Karalis and Camille Spinale) re: updated construction management agreement draft | 0.40 | 100.00 |
| 8/1/2018 | RB | 14d | Call with Counsel (Camille Spinale & Aris Karalis) re: revisions to construction m | 0.80 | 200.00 |
| 8/2/2018 | RB | 14d | Call with Camille Spinale at Karalis firm re: management agreement issues | 0.10 | 25.00 |
| 8/8/2018 | RB | 14d | Call with KOH and Aris Karalis re: multiple case matters | 0.40 | 0.00 |
| 8/9/2018 | RB | 14d | Call with Aris Karalis & KOH re:Construction Management Agreement and Investor Funding Agreement issues | 0.20 | 0.00 |
| 8/9/2018 | RB | 14d | Calls with Aris Karalis re:Construction Management Agreement and Investor Funding Agreement issues | 0.70 | 175.00 |
| 8/10/2018 | RB | 14d | Calls with Aris Karalis re:Construction Management Agreement and Investor Funding Agreement issues | 0.30 | 75.00 |
| 8/13/2018 | RB | 14d | Calls with Aris Karalis and Camille Spinale re: construction management agreement issues | 1.00 | 250.00 |
| 8/14/2018 | RB | 14d | Conference call with Aris Karalis, Camille Spinale, KOH and RB | 0.70 | 0.00 |
| 8/15/2018 | RB | 14d | Calls with Aris Karalis, Camille Spinale, and KOH re: construction management agreement issues and financing motion issues | 0.30 | 0.00 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/16/2018 | RB | 14d Calls with Aris Karalis re: multiple case matters | 0.10 | 25.00 |
| 8/17/2018 | RB | 14d Call with Aris Karalis re: issues related to filing financing motion | 0.10 | 25.00 |
| 9/11/2018 | RB | 14d Call with KOH and Camille Spinale re: docs for Hearing | 0.20 | 0.00 |
| 9/11/2018 | RB | 14d Call with KOH, Aris Karalis and Camille Spinale re: issues and docs for Hearing | 1.40 | 0.00 |
| 9/12/2018 | RB | 14d Meeting prior to Hearing with Counsel etc. | 0.70 | 175.00 |
| 9/12/2018 | RB | 14d Followup meeting with Counsel after Hearing | 1.70 | 425.00 |
| 9/14/2018 | RB | 14d Call with KOH and Aris Karalis re: documentation of agreements issues | 0.40 | 0.00 |
| 10/16/2018 | RB | 14d Call/voicemail to Aris re:property tax options | 0.10 | 25.00 |
| 10/17/2018 | RB | 14d Call with Aris Karalis re: findings from initial call with Bucks County Tax Claim Bureau and evaluate options | 0.50 | 125.00 |
| 11/9/2018 | RB | 14d Message to Aris Karalis re: info needed for secured creditors | 0.10 | 25.00 |
| 11/12/2018 | RB | 14d Calls with Aris Karalis regarding information requests (.1) and related followup (.6) | 0.70 | 175.00 |
| 11/13/2018 | RB | 14d Call with Aris Karalis re: information requested by creditors | 0.60 | 150.00 |
| 11/19/2018 | RB | 14d Call with Aris Karalis re: information request from secured creditors | 0.40 | 100.00 |
| 11/19/2018 | RB | 14d Search for information needed by Counsel | 0.80 | 200.00 |
| 11/21/2018 | RB | 14d Calls with Aris Karalis and KOH re case issues | 2.00 | 0.00 |
| 11/21/2018 | RB | 14d Search for information required by Counsel for case matters | 1.20 | 300.00 |
| 11/30/2018 | RB | 14d Call with Aris Karalis re: case issues | 0.30 | 75.00 |
| 12/3/2018 | RB | 14d Call with Aris in prep for call with Steve Coren and Katie Perkins re: updated complaint (.5) and related prep for upcoming conference call (.4) | 0.90 | 225.00 |
| 12/3/2018 | RB | 14d Conference call with Aris Karalis, Steve Coren and Katie Perkins re: complaint to be filed (.2) and related followup review of final form for filing (2.2) | 2.40 | 600.00 |
| 12/5/2018 | RB | 14d Call with KOH and Aris re: case issues | 0.40 | 0.00 |
| 12/7/2018 | RB | 14d Call with Aris Karalis re: case issues | 0.10 | 25.00 |
| 12/10/2018 | RB | 14d Calls with Aris Karalis re: case matters | 0.50 | 125.00 |
| 12/11/2018 | RB | 14d Calls with Aris re: case issues (.2 )and direct followup (1.4) | 1.60 | 400.00 |
| 12/13/2018 | RB | 14d Call with Aris Karalis re: case issues | 0.10 | 25.00 |
| 12/14/2018 | RB | 14d Calls with Aris Karalis re: case issues | 0.60 | 150.00 |
| 12/16/2018 | RB | 14d Calls with Aris and KOH re: case issues | 0.60 | 0.00 |
| 12/16/2018 | RB | 14d Calls with Aris re: case issues | 0.30 | 75.00 |
| 12/17/2018 | RB | 14d Calls with Aris re: case issues | 0.50 | 125.00 |
| 12/18/2018 | RB | 14d Detailed voicemail left to Aris regarding case issues | 0.10 | 25.00 |
| 12/19/2018 | RB | 14d Calls with Aris re: regulatory matters (.6 ) and followup on related emails (.8) | 1.40 | 350.00 |
| 12/20/2018 | RB | 14d Calls with Aris Karalis and Camille Spinale re: permit issues and completion of same | 0.40 | 100.00 |
| 12/21/2018 | RB | 14d Calls with Aris Karalis re: case issues | 0.50 | 125.00 |
| 12/31/2018 | RB | 14d Email communication with Aris re: case issues | 0.20 | 50.00 |
| 1/2/2019 | RB | 14d Calls/voicemails with Aris re: case issues | 0.40 | 100.00 |
| 1/3/2019 | RB | 14d Calls with Aris re: case issues | 0.10 | 25.00 |
| 1/3/2019 | RB | 14d Conf call with Aris and Deanne Crook re: insurance matters | 0.30 | 75.00 |
| 1/3/2019 | RB | 14d Conf call with Aris, Deanne Crook, Aaron Reilly (Property and Casualty Broker for Appalachian Underwriters Inc) and Counsel for Prudential (Ed George and Michael Vagnoni) re: insurance coverage for property | 0.20 | 50.00 |
| 1/3/2019 | RB | 14d Call with Aris and Camille Spinale re: analysis of information regarding on One State Street claim issue | 0.40 | 100.00 |
| 1/4/2019 | RB | 14d Communication with Aris Karalis re: case issues | 0.20 | 50.00 |
| 1/16/2019 | RB | 14d Review communication from Aris and other related communication re: potential offer on One State Street claim by IVC | 0.20 | 50.00 |
| 1/23/2019 | RB | 14d Call with Counsel Aris Karalis re: case issues | 0.30 | 75.00 |
| 1/26/2019 | RB | 14d Review communication from Counsel re: One State Street issues | 0.20 | 50.00 |
| 1/27/2019 | RB | 14d Further review of One State info from Counsel | 0.30 | 75.00 |
| 1/28/2019 | RB | 14d Call with Aris Karalis re: HOA Counsel retention process | 0.20 | 50.00 |
| 1/29/2019 | RB | 14d Review and transmit prior insurance reporting to Counsel for further transmittal as required | 0.20 | 50.00 |
| 1/30/2019 | RB | 14d Communication with Aris re: info needed for U.S. Trustee | 0.20 | 50.00 |
| 2/4/2019 | RB | 14d Call with Aris re: case issues | 0.30 | 75.00 |
| 2/14/2019 | RB | 14d Call with Aris Karalis re: multiple case issues | 1.30 | 325.00 |
| 2/14/2019 | RB | 14d Review communication from Aris Karalis re: retention of HOA Counsel | 0.30 | 75.00 |
| 2/22/2019 | RB | 14d Organize and transmit sales info for Counsel review | 0.40 | 100.00 |
| 2/22/2019 | RB | 14d Communications with Aris Karalis regarding case issues | 0.20 | 50.00 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | | | | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| 2/23/2019 | RB | 14d | Call with KOH and Counsel Aris Karalis | 1.40 | 0.00 |
| 2/25/2019 | RB | 14d | Review and respond to communication with Counsel | 0.80 | 200.00 |
| 2/26/2019 | RB | 14d | Review communications from Counsel | 1.20 | 300.00 |
| 2/26/2019 | RB | 14d | Calls with Aris Karalis regarding case issues | 0.90 | 225.00 |
| 2/28/2019 | RB | 14d | Call with Aris Karalis and Camille Spinale re: case issues (.6) and related followup (.7) | 1.30 | 325.00 |
| 3/3/2019 | RB | 14d | Review latest changes from Counsel on One State Street documents proposed claim settlement | 0.40 | 100.00 |
| 3/4/2019 | RB | 14d | Review communication from Counsel | 0.20 | 50.00 |
| 3/5/2019 | RB | 14d | Review communication from Counsel | 0.10 | 25.00 |
| 3/7/2019 | RB | 14d | Review communication from Counsel | 0.60 | 150.00 |
| 3/8/2019 | RB | 14d | Review communication from Counsel | 0.10 | 25.00 |
| 3/11/2019 | RB | 14d | Call with KOH, Aris Karalis and Camille Spinale re: case issues | 1.50 | 0.00 |
| 3/13/2019 | RB | 14d | Calls with KOH and Aris Karalis re: case issues | 0.80 | 0.00 |
| 3/14/2019 | RB | 14d | Review communication from Counsel | 0.40 | 100.00 |
| 3/15/2019 | RB | 14d | Communication from Counsel | 0.10 | 25.00 |
| 3/16/2019 | RB | 14d | Review communications from Counsel | 0.70 | 175.00 |
| 3/17/2019 | RB | 14d | Review detailed communication from Counsel and prepare responses re: same | 1.80 | 450.00 |
| 3/18/2019 | RB | 14d | Review communication from Counsel re: One State Street bankruptcy | 0.10 | 25.00 |
| 3/19/2019 | RB | 14d | Review communication from Counsel | 0.40 | 100.00 |
| 3/27/2019 | RB | 14d | Review communication from Counsel | 0.90 | 225.00 |
| 3/28/2019 | RB | 14d | Review communication from Counsel | 0.70 | 175.00 |
| 3/31/2019 | RB | 14d | Review communication from Counsel | 0.40 | 100.00 |
| 4/1/2019 | RB | 14d | Review communication from Counsel | 0.30 | 75.00 |
| 4/5/2019 | RB | 14d | Review communication from Counsel | 0.20 | 50.00 |
| 4/8/2019 | RB | 14d | Communication from Counsel | 0.10 | 25.00 |
| 4/9/2019 | RB | 14d | Calls with Aris Karalis re: case issues | 0.30 | 75.00 |
| 4/9/2019 | RB | 14d | Review communication from Counsel | 0.40 | 100.00 |
| 4/9/2019 | RB | 14d | Call with Aris Karalis and Camille Spinale re: case issues | 0.30 | 75.00 |
| 4/10/2019 | RB | 14d | Call with Aris Karalis, Camille Spinale, Bernie Sauer and later in the call Gregg Adelman re: multiple case issues | 1.30 | 325.00 |
| 4/11/2019 | RB | 14d | Call with Aris Karalis re: case issues | 0.20 | 50.00 |
| 4/12/2019 | RB | 14d | Review communication from Counsel | 0.30 | 75.00 |
| 4/13/2019 | RB | 14d | Conference call with Aris Karalis, Bob Seitzer, and Kevin O'Halloran re: case issues | 1.00 | 0.00 |
| 4/16/2019 | RB | 14d | Call with Aris Karalis and Camille Spinale re: case issues | 0.50 | 125.00 |
| 4/16/2019 | RB | 14d | Search for and organize additional information to Counsel in preparation for hearing | 2.80 | 700.00 |
| 4/17/2019 | RB | 14d | Call with Aris Karalis, Camille Spinale, KOH, and Bernie Sauer re: multiple case matters | 1.30 | 0.00 |
| 4/17/2019 | RB | 14d | Call with Camille Spinale re: sales/HOA documents | 0.10 | 25.00 |
| 4/22/2019 | RB | 14d | Review communication from Counsel | 1.60 | 400.00 |
| 4/23/2019 | RB | 14d | Work on information needed for sales and HOA documents for Counsel | 4.80 | 1,200.00 |
| 4/24/2019 | RB | 14d | Message to Aris Karalis re: information required for HOA documents | 0.10 | 25.00 |
| 4/24/2019 | RB | 14d | Call with KOH joined by Aris Karalis (1 hr) re: case issues | 1.00 | 0.00 |
| 4/25/2019 | RB | 14d | Calls with Aris Karalis re: case issues | 0.40 | 100.00 |
| 4/29/2019 | RB | 14d | Review communication from Counsel | 0.30 | 75.00 |
| 5/2/2019 | RB | 14d | Review and submit more HOA and agreement of sales info to Counsel | 3.80 | 950.00 |
| 5/3/2019 | RB | 14d | Review and transmit the Penn E&R final report to Counsel | 2.40 | 600.00 |
| 5/3/2019 | RB | 14d | Review communication from Counsel and related followup | 0.70 | 175.00 |
| 5/6/2019 | RB | 14d | Work on info required for Counsel on Sales Contract and HOA documents | 3.10 | 775.00 |
| 5/7/2019 | RB | 14d | Call re: status of HOA docs and items needed: Simi Kaplin Baer, Camille Spinale, Aris Karalis, Bernie Sauer | 0.70 | 175.00 |
| 5/7/2019 | RB | 14d | Followup work on HOA documents | 5.20 | 1,300.00 |
| 5/8/2019 | RB | 14d | Call with Camille Spinale re: Agreement of Sales issues | 0.30 | 75.00 |
| 5/8/2019 | RB | 14d | Call with Camille Spinale and Simi Kaplin Baer re: Homeowner document issues | 0.20 | 50.00 |
| 5/9/2019 | RB | 14d | Review communication from Counsel and follow-up action | 1.40 | 350.00 |
| 5/9/2019 | RB | 14d | Call with Aris Karalis & Camille Spinale (Karalis PC), Simi Kaplin Baer (Kaplin Stewart), Tom Petrecz and Peter Lamont (Penn E&R) and Bernie Sauer re: Environmental info requirements for HOA docs | 0.50 | 125.00 |
| 5/17/2019 | RB | 14d | Review communication from Counsel | 0.10 | 25.00 |

**PROFESSIONAL SERVICES** | **Hrs/Rate** | **Amount**

Island View Crossing II, LP - NM

| Date | | | Description | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| 5/20/2019 | RB | 14d | Review communication from Counsel and others re: HOA docs and other matters | 2.10 | 525.00 |
| 5/21/2019 | RB | 14d | Locate information in prep for onsite meeting with Counsel (Coren Firm) for meeting re: case issues | 0.90 | 225.00 |
| 5/21/2019 | RB | 14d | Review and take action on updated information from Counsel re: HOA docs and other matters | 2.30 | 575.00 |
| 5/22/2019 | RB | 14d | Review and respond to communication from Counsel re: case issues | 0.80 | 200.00 |
| 5/23/2019 | RB | 14d | Call with Aris Karalis and Camille Spinale re: case issues | 0.40 | 100.00 |
| 5/24/2019 | RB | 14d | Review and act upon communication from Counsel | 0.20 | 50.00 |
| 6/4/2019 | RB | 14d | Review communication from Counsel | 0.40 | 100.00 |
| 6/11/2019 | RB | 14d | Review communication from Counsel | 0.20 | 50.00 |
| 6/12/2019 | RB | 14d | Review communication from Counsel and related responses | 0.40 | 100.00 |
| 6/14/2019 | RB | 14d | Review communication from Counsel and related responses | 0.60 | 150.00 |
| 6/20/2019 | RB | 14d | Review communication from Counsel | 0.30 | 75.00 |
| 6/21/2019 | RB | 14d | Review communication from Counsel | 0.20 | 50.00 |
| 6/24/2019 | RB | 14d | Review communication from Counsel | 0.10 | 25.00 |
| 11/12/2019 | RB | 14d | Meeting with KOH and Aris Karalis re: case issues | 1.70 | 0.00 |
| 11/16/2019 | RB | 14d | Call with KOH and Aris re: budget projection | 1.10 | 0.00 |
| 11/18/2019 | RB | 14d | Call with KOH and Aris re: budget projection | 1.10 | 0.00 |
| 11/19/2019 | RB | 14d | Calls with Aris Karalis re: budget/cash projections | 0.40 | 100.00 |
| 11/21/2019 | RB | 14d | Review communication from Counsel | 0.40 | 100.00 |
| 11/26/2019 | RB | 14d | Message to Aris Karalis re: initial findings on admin claim filed by Cooper Electric | 0.10 | 25.00 |
| 11/26/2019 | RB | 14d | Review communication from Counsel | 0.10 | 25.00 |
| 12/4/2019 | RB | 14d | Call with Aris re: information needed for HOA document filing & status of admin claim inquiry | 0.10 | 25.00 |
| 12/5/2019 | RB | 14d | Review documentation provided by Counsel re: homeowners' association formation and other information needs | 1.90 | 475.00 |
| 12/6/2019 | RB | 14d | Call with Aris Karalis and KOH re: attorney inquiries | 0.60 | 0.00 |
| 12/9/2019 | RB | 14d | Calls with Camille Spinale re: HOA document issues | 0.30 | 75.00 |
| 12/9/2019 | RB | 14d | Calls with Aris re: case issues | 0.10 | 25.00 |
| 12/9/2019 | RB | 14d | Review emails from Karalis Firm re: multiple issues | 0.90 | 225.00 |
| 12/10/2019 | RB | 14d | Calls with Camille Spinale re: HOA document issues | 0.10 | 25.00 |
| 12/11/2019 | RB | 14d | Continued coordination of documents needed for DEP including work with Counsel | 2.70 | 675.00 |
| 12/11/2019 | RB | 14d | Search for information for creditors per request of Counsel | 2.60 | 650.00 |
| 12/11/2019 | RB | 14d | Review emails from Karalis Firm re: multiple issues | 0.80 | 200.00 |
| 12/12/2019 | RB | 14d | Provide additional information to Counsel per lender inquiry | 2.60 | 650.00 |
| 12/12/2019 | RB | 14d | Call with Aris Karalis and KOH re: case issues | 1.60 | 0.00 |
| 12/14/2019 | RB | 14d | Search for information for needs request from Counsel | 2.90 | 725.00 |
| 12/18/2019 | RB | 14d | Call with Aris Karalis and KOH re: info needed for motion to be filed re: additional financing | 0.50 | 0.00 |
| 12/18/2019 | RB | 14d | Search for information for needs request from Counsel | 3.90 | 975.00 |
| 12/19/2019 | RB | 14d | Call with Aris Karalis re: case issues | 0.10 | 25.00 |
| 12/19/2019 | RB | 14d | Review draft motion and obtain and verify information items to be included in motion to be filed with Court per Counsel | 2.80 | 700.00 |
| 12/22/2019 | RB | 14d | Search for information for needs request from Counsel | 3.10 | 775.00 |
| 12/27/2019 | RB | 14d | Prepare information for needs request from Counsel | 0.40 | 100.00 |
| 12/27/2019 | RB | 14d | Message to Aris Karalis re: attorney inquiries | 0.10 | 25.00 |
| 12/30/2019 | RB | 14d | Calls with KOH and Aris re: info required by creditor | 1.20 | 0.00 |
| 1/6/2020 | RB | 14d | Review multiple communications from Counsel | 2.40 | 600.00 |
| 1/8/2020 | RB | 14d | Review emails from Counsel re: documents needed in sales process | 0.70 | 175.00 |
| 1/9/2020 | RB | 14d | Calls with Camille Spinale of the Karalis firm re: case issues | 0.70 | 175.00 |
| 1/10/2020 | RB | 14d | Call with Jill Hysley of Karalis Firm re: logistics of electronic data to be transmitted | 0.20 | 50.00 |
| 1/11/2020 | RB | 14d | Calls with KOH and Aris re: case issues | 4.30 | 0.00 |
| 1/13/2020 | RB | 14d | Review emails from Counsel re: info needs | 0.10 | 25.00 |
| 1/14/2020 | RB | 14d | Calls with Aris and KOH re: preparation of information for Court Hearing | 2.00 | 0.00 |
| 1/15/2020 | RB | 14d | Assist with prep for Court Hearing, attend Court Hearing & related follow-up | 7.40 | 1,850.00 |
| 1/15/2020 | RB | 14d | Call with Camille Spinale re: sales contract issues | 0.30 | 75.00 |
| 1/15/2020 | RB | 14d | Message to Aris re: additional info needed re: projections | 0.10 | 25.00 |
| 1/16/2020 | RB | 14d | Calls with Camille Spinale re: sales contract issues | 0.40 | 100.00 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/20/2020 | RB | Review documentation provided by Counsel re: homeowners' association 14d formation and other information needs | 0.10 | 25.00 |
| 1/20/2020 | RB | 14d Calls with Camille Spinale re: case issues | 0.20 | 50.00 |
| 1/26/2020 | RB | Provide Counsel info for Court Hearing and review additional info for the 14d Hearing | 0.90 | 225.00 |
| 1/27/2020 | RB | Make available to Counsel info for Court Hearing and review additional info for 14d the Hearing | 1.70 | 425.00 |
| 1/28/2020 | RB | 14d Participate in call with Aris and KOH re: case issues | 0.60 | 0.00 |
| 1/30/2020 | RB | Calls with Camille Spinale re: title company and sales closing information needs (.7) and detailed review of related communication and related follow-up 14d (2.1) | 2.80 | 700.00 |
| 1/31/2020 | RB | Review communications from Counsel re: motions and title company 14d requirements and act upon same | 3.60 | 900.00 |
| 2/3/2020 | RB | Call with Christy Traenkle of Partners Abstract and Camille Spinale re: title 14d commitment letter issues | 0.40 | 100.00 |
| 2/3/2020 | RB | Call with Camille Spinale of Karalis Firm re: multiple case issues related to title 14d work, sales and development | 0.10 | 25.00 |
| 2/4/2020 | RB | Review and act on communications from Counsel re: granting of Aqua 14d easement and execution/followup of related documents | 3.40 | 850.00 |
| 2/5/2020 | RB | 14d Call with Camille Spinale re: issues related to sales closing prep | 0.30 | 75.00 |
| 2/6/2020 | RB | 14d Info to Counsel re: escrow release request | 0.20 | 50.00 |
| 2/10/2020 | RB | Review communication from Counsel re: multiple issues and related followup 14d | 1.20 | 300.00 |
| 2/11/2020 | RB | 14d Calls with Camille Spinale re: case issues | 0.20 | 50.00 |
| 2/11/2020 | RB | Review communication from Counsel re: multiple issues and related followup 14d | 2.90 | 725.00 |
| 2/12/2020 | RB | 14d Review communication from Counsel re: U.S. Trustee information | 0.10 | 25.00 |
| 2/17/2020 | RB | Review communications and requests from Counsel and take appropriate 14d action | 0.90 | 225.00 |
| 2/18/2020 | RB | 14d Analyze and reconcile info requested by Counsel re: creditor amounts | 4.30 | 1,075.00 |
| 2/19/2020 | RB | 14d Call with Aris re: case issues | 0.50 | 125.00 |
| 2/19/2020 | RB | 14d Detailed message to Aris Karalis re: info needed for creditor | 0.10 | 25.00 |
| 2/19/2020 | RB | Call with Camille Spinale re: sales contract issues (.1) and related follow-up 14d (1.2) | 1.30 | 325.00 |
| 2/20/2020 | RB | 14d Call with Camille Spinale re: specific customer sales contract issues (.3) | 0.30 | 75.00 |
| 2/20/2020 | RB | Related followup to call with Camille Spinale re: specific customer sales 14d contract issues (.3) | 0.30 | 75.00 |
| 2/21/2020 | RB | 14d Call with Aris Karalis re: sales contract agreements pending | 0.40 | 100.00 |
| 2/24/2020 | RB | Review communication from Counsel to secured lender re: updated sales 14d motion info and partial release on escrow agreement from Bristol Borough | 0.30 | 75.00 |
| 2/25/2020 | RB | 14d Calls with Camille Spinale re: case issues | 0.40 | 100.00 |
| 2/26/2020 | RB | Brief review of communications from Counsel and title company re: sales 14d closings prep | 0.30 | 75.00 |
| 2/26/2020 | RB | Review emails from Counsel re: homeowners' association issues and related 14d follow-up | 0.60 | 150.00 |
| 2/29/2020 | RB | 14d Review communications to Counsel re: development issues | 0.10 | 25.00 |
| 3/2/2020 | RB | 14d Review communications from Counsel re: notice to secured creditors | 0.20 | 50.00 |
| 3/10/2020 | RB | 14d Call with Aris Karalis re: case issues | 0.10 | 25.00 |
| 3/10/2020 | RB | 14d Calls with Camille Spinale re: sales contracts and closing issues | 0.40 | 100.00 |
| 3/11/2020 | RB | 14d Call with Camille Spinale re: case issues | 0.30 | 75.00 |
| 3/12/2020 | RB | 14d Call with Camille Spinale re: case issues | 0.30 | 75.00 |
| 3/17/2020 | RB | 14d Review communication from Counsel | 0.10 | 25.00 |
| 3/18/2020 | RB | 14d Review communications from Counsel | 0.30 | 75.00 |
| 3/22/2020 | RB | 14d Process previous communications from Counsel for updated information | 0.40 | 100.00 |
| 3/25/2020 | RB | 14d Review and process communication from Counsel | 0.20 | 50.00 |
| 3/31/2020 | RB | 14d Call with KOH, Aris Karalis and Camille Spinale re:case issues | 0.60 | 0.00 |
| 4/22/2020 | RB | 14d Review communication from Counsel | 0.10 | 25.00 |
| 4/23/2020 | RB | 14d Review communication from Counsel | 0.20 | 50.00 |
| 5/6/2020 | RB | 14d Review communication from Counsel responding to Counsel of Prudential | 0.10 | 25.00 |
| 5/22/2020 | RB | 14d Review notices from Counsel | 0.10 | 25.00 |
| 5/27/2020 | RB | 14d Review communications from Counsel re: Aqua property issues | 0.10 | 25.00 |
| 5/27/2020 | RB | Review communications from Counsel re: approval of Unit #21 sales contract 14d motion | 0.10 | 25.00 |

**PROFESSIONAL SERVICES** — Hrs/Rate | Amount
Island View Crossing II, LP - NM

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 5/27/2020 | RB | Review communications re: McGrath & Son Development additional extension of suspension of services as provided in management agreement | 0.20 | 50.00 |
| 6/23/2020 | RB | 14d Review communications from Counsel | 0.20 | 50.00 |
| 6/25/2020 | RB | 14d Review communications to/from Counsel | 0.40 | 100.00 |
| 7/6/2020 | RB | 14d Review communications with Counsel | 0.40 | 100.00 |
| 7/8/2020 | RB | 14d Review communications with Counsel | 0.10 | 25.00 |
| 7/9/2020 | RB | 14d Review communication with Counsel | 0.20 | 50.00 |
| 7/11/2020 | RB | 14d Review communications from Counsel | 0.70 | 175.00 |
| 7/17/2020 | RB | 14d Review communications from/with Counsel | 0.80 | 200.00 |
| 7/20/2020 | RB | 14d Review communications from Counsel | 0.60 | 150.00 |
| 7/21/2020 | RB | 14d Review communications from Counsel | 0.10 | 25.00 |
| 8/5/2020 | RB | 14d Review communications from Counsel | 0.10 | 25.00 |
| 8/7/2020 | RB | 14d Review communications from Counsel-case issues and related follow-up | 0.90 | 225.00 |
| 8/7/2020 | RB | 14d Review of communication from Counsel | 0.90 | 225.00 |
| 8/7/2020 | RB | 14d Call with KOH re: review of communication from Counsel | 0.20 | 0.00 |
| 8/18/2020 | RB | 14d Review communications from Counsel and response re: same | 0.40 | 100.00 |
| 8/19/2020 | RB | 14d Review communications from Counsel | 0.20 | 50.00 |
| 8/20/2020 | RB | 14d Review communications from Counsel and corresponding documents | 0.60 | 150.00 |
| 8/21/2020 | RB | 14d Review communications from Counsel | 0.10 | 25.00 |
| 8/25/2020 | RB | Review communications from Counsel re: sales contracts and related notices | 0.20 | 50.00 |
| 8/27/2020 | RB | 14d Call with Aris Karalis and KOH re: budget and related case planning | 1.00 | 0.00 |
| 8/31/2020 | RB | 14d Review communications from Counsel | 0.20 | 50.00 |
| 9/1/2020 | RB | 14d Call with KOH add Aris Karalis re: budget planning | 1.00 | 0.00 |
| 9/23/2020 | RB | Work with KOH re: including a call with Aris Karalis re: scenarios for mediation 14d issues | 1.20 | 0.00 |
| 9/29/2020 | RB | Call with financial office of Karalis PC firm re: confirmation of payments on fee 14d app | 0.10 | 25.00 |
| 10/2/2020 | RB | Communication with Camille Spinale of Karalis PC re: release needed for 14d Unit#43 closing (Del Grosso) | 0.10 | 25.00 |
| 10/6/2020 | RB | Review communications from Bristol Borough re: required fees for specific 14d units and related follow-up | 0.70 | 175.00 |
| 10/7/2020 | RB | 14d Review communications from Counsel re: commission rate changes | 0.30 | 75.00 |
| 10/9/2020 | CD | 14d Forward McGrath & Son audit information to Auto Owners | 0.30 | 52.50 |
| 10/28/2020 | RB | 14d Communication with Counsel re: work on lender liability matter | 0.10 | 25.00 |
| 11/24/2020 | RB | 14d Communications with Counsel re: sales status updates | 0.30 | 75.00 |
| 12/2/2020 | RB | Provide latest townhome sale settlement info to Camille Spinale at Karalis PC 14d | 0.30 | 75.00 |
| 12/18/2020 | RB | 14d Review communications from Counsel | 0.20 | 50.00 |
| 12/21/2020 | RB | 14d Review communications from Counsel re: documents filed in Court | 0.20 | 50.00 |
| 12/21/2020 | RB | 14d Work on sales issues: including info for Counsel | 1.90 | 475.00 |
| 12/22/2020 | RB | 14d Review communications from Counsel | 0.70 | 175.00 |
| 12/30/2020 | RB | 14d Review communications from Counsel | 0.10 | 25.00 |
| 1/4/2021 | RB | 14d Call with Aris Karalis & KOH re: lender liability lawsuit | 0.60 | 0.00 |
| 1/8/2021 | RB | Complete schedules needed for KOH Declaration; related final review and 14d transmittal to Counsel | 5.90 | 1,475.00 |
| 1/19/2021 | RB | 14d Review communications from Counsel | 0.10 | 25.00 |
| 1/19/2021 | RB | 14d Provide detailed info to Counsel re: settlements | 0.40 | 100.00 |
| 1/29/2021 | RB | 14d Provide updated sales info per settlements to Counsel | 0.20 | 50.00 |
| 2/11/2021 | RB | 14d Call with Aris Karalis, Camille Spinale and KOH re: case issues | 2.50 | 0.00 |
| 2/11/2021 | RB | 14d Call with KOH re: followup matters from call with Counsel | 1.00 | 0.00 |
| 2/23/2021 | RB | 14d Review communications from Counsel | 0.40 | 100.00 |
| 4/18/2021 | RB | 14d Call with KOH & Aris re:budget matters | 2.00 | 0.00 |
| 4/19/2021 | RB | 14d Calls with Aris Karalis re: info needed for Plan and Disclosure statement | 0.40 | 100.00 |
| 4/25/2021 | RB | 14d Call with Aris & KOH re:planning & disclosure statement issues | 1.50 | 0.00 |
| 4/27/2021 | RB | Calls with Leonard White re: search for information available on updated 14d appraisals of the property | 1.40 | 0.00 |
| 4/27/2021 | RB | 14d Search records re: timing of work done by appraiser | 0.90 | 225.00 |
| 5/5/2021 | RB | 14d Calls with KOH& Aris Karalis re: budget updates | 1.80 | 0.00 |
| 5/18/2021 | RB | Call with Camille Spinale re: Construction Management Agreement termination 14d fee calculations | 1.20 | 300.00 |
| 5/18/2021 | RB | Work on Construction Management Agreement termination fee format and 14d calculations | 5.80 | 1,450.00 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/20/2021 | RB | Call with Camille Spinale re: Construction Management Agreement termination fee calculations | 0.30 | 75.00 |
| | | 14d | | |
| 5/20/2021 | RB | Calls with Aris re:Construction Management Agreement termination issues | 1.50 | 375.00 |
| | | 14d | | |
| 5/21/2021 | RB | Calls with Aris re:Construction Management Agreement termination issues | 0.30 | 75.00 |
| | | 14d | | |
| 5/25/2021 | RB | Calls with KOH and Aris re: Plan and Disclosure issues, including Liquidation Analysis | 0.60 | 0.00 |
| | | 14d | | |
| 5/25/2021 | RB | 14d Calls with Aris re: Plan and Disclosure issues | 0.20 | 50.00 |
| 7/12/2021 | RB | 14d Provide info to Counsel re: updated sales info | 0.40 | 100.00 |
| 7/23/2021 | RB | 14d Review communications from Counsel | 0.10 | 25.00 |
| | Total | **Meetings and Communications with Counsel** | 277.1 | 50,420.00 |

**For Professional Services Rendered:**

| | | | | Total Hours Worked |
|---|---|---|---|---|
| RB | Ralph Brotherton | | | 276.70 |
| CD | Carol Davis | | | 0.40 |

| | | | Rate | Total Hours Billed | |
|---|---|---|---|---|---|
| RB | Ralph Brotherton | | $250/hr | 201.40 | $50,350.00 |
| CD | Carol Davis | | $175/hr | 0.40 | $70.00 |

| | | | | Total Hours Not Billed |
|---|---|---|---|---|
| RB | Ralph Brotherton | | | 75.30 |
| CD | Carol Davis | | | 0.00 |