# EXHIBIT 15
# NON-WORKING TRAVEL TIME TO PA

**Newbridge Management, LLC**
**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
|  |  | **Travel to PA** |  |  |  |
| 2/4/2018 | RB | 15 | Travel to PHL | 4.0 | 0.00 |
| 2/7/2018 | RB | 15 | Travel from PHL | 5.0 | 0.00 |
| 2/11/2018 | RB | 15 | Travel to PHL (Newtown) | 4.5 | 0.00 |
| 2/14/2018 | RB | 15 | Travel from PHL | 5.0 | 0.00 |
| 2/18/2018 | RB | 15 | Travel to PHL (Newtown) for case work | 5.0 | 0.00 |
| 2/22/2018 | RB | 15 | Travel from PHL (Newtown) | 4.5 | 0.00 |
| 2/25/2018 | RB | 15 | Travel to PHL (Newtown) for case work | 4.5 | 0.00 |
| 2/28/2018 | RB | 15 | Travel from PHL | 4.0 | 0.00 |
| 3/5/2018 | RB | 15 | Travel to PHL (Newtown) for case work | 4.5 | 0.00 |
| 3/9/2018 | RB | 15 | Travel from PHL (Newtown) | 5.0 | 0.00 |
| 3/12/2018 | RB | 15 | Travel to PHL (Newtown) for case work | 4.5 | 0.00 |
| 3/16/2018 | RB | 15 | Travel from PHL (Newtown) | 5.0 | 0.00 |
| 3/18/2018 | RB | 15 | Travel to PHL & ultimately to Newtown for case work | 5.0 | 0.00 |
| 3/22/2018 | RB | 15 | Travel from PHL | 5.0 | 0.00 |
| 3/30/2018 | RB | 15 | Travel from PHL (Newtown) | 5.0 | 0.00 |
| 4/10/2018 | RB | 15 | Travel to PHL for case work | 4.0 | 0.00 |
| 4/13/2018 | RB | 15 | Travel from PHL (Newtown) | 5.0 | 0.00 |
| 4/16/2018 | RB | 15 | Travel to PHL (Newtown) for case work | 4.0 | 0.00 |
| 4/20/2018 | RB | 15 | Travel from PHL (Newtown) | 5.0 | 0.00 |
| 4/23/2018 | RB | 15 | Travel to PHL (Newtown) for case work | 4.0 | 0.00 |
| 4/27/2018 | RB | 15 | Travel from PHL (Bristol Borough) | 5.0 | 0.00 |
| 5/1/2018 | RB | 15 | Travel to PHL for case work | 4.0 | 0.00 |
| 5/4/2018 | RB | 15 | Travel from PHL (Bristol Borough) | 5.0 | 0.00 |
| 5/7/2018 | RB | 15 | Travel to PHL for case work | 4.0 | 0.00 |
| 5/11/2018 | RB | 15 | Travel from PHL (Bristol Borough) | 5.0 | 0.00 |
| 5/14/2018 | RB | 15 | Travel to PHL for case work | 4.0 | 0.00 |
| 5/18/2018 | RB | 15 | Travel from PHL (Bristol Borough) | 5.0 | 0.00 |
| 5/21/2018 | RB | 15 | Travel to PHL (Newtown) for case work | 4.0 | 0.00 |
| 5/25/2018 | RB | 15 | Travel from PHL (Bristol Borough) | 5.0 | 0.00 |
| 5/28/2018 | RB | 15 | Travel to PHL (Newtown) for case work | 4.0 | 0.00 |
| 5/31/2018 | RB | 15 | Travel from PHL | 5.0 | 0.00 |
| 6/4/2018 | RB | 15 | Travel to PHL (Newtown) for case work | 5.0 | 0.00 |
| 6/8/2018 | RB | 15 | Travel from PHL (Bristol Borough) | 5.0 | 0.00 |
| 6/10/2018 | RB | 15 | Travel to PHL (Newtown) for case work | 5.0 | 0.00 |
| 6/13/2018 | RB | 15 | Travel from PHL | 5.0 | 0.00 |
| 7/9/2018 | RB | 15 | Travel to PHL (Bristol Borough) for case work | 5.0 | 0.00 |
| 7/12/2018 | RB | 15 | Travel from PHL (Bristol Borough) | 5.0 | 0.00 |
| 7/17/2018 | RB | 15 | Travel to PHL (Bristol Borough) for case work | 5.0 | 0.00 |
| 7/20/2018 | RB | 15 | Travel from PHL (Bristol Borough) | 5.0 | 0.00 |
| 7/27/2018 | RB | 15 | Travel from PHL (Bristol Borough) | 5.0 | 0.00 |
| 7/29/2018 | RB | 15 | Travel to PHL (Bristol Borough) | 5.0 | 0.00 |
| 8/1/2018 | RB | 15 | Travel from PHL | 3.0 | 0.00 |
| 8/6/2018 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 8/10/2018 | RB | 15 | Travel from PHL | 5.0 | 0.00 |
| 8/12/2018 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 8/16/2018 | RB | 15 | Travel from PHL (Bristol Borough) | 5.0 | 0.00 |
| 8/20/2018 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 8/24/2018 | RB | 15 | Travel from PHL | 5.0 | 0.00 |
| 8/27/2018 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 8/30/2018 | RB | 15 | Travel from PHL | 5.0 | 0.00 |
| 9/9/2018 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 9/13/2018 | RB | 15 | Travel from PHL | 5.0 | 0.00 |
| 9/16/2018 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 9/21/2018 | RB | 15 | Travel from PHL | 5.0 | 0.00 |
| 9/24/2018 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 9/28/2018 | RB | 15 | Travel from PHL | 5.0 | 0.00 |
| 10/1/2018 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 10/5/2018 | RB | 15 | Travel from PHL | 5.0 | 0.00 |
| 10/8/2018 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 10/12/2018 | RB | 15 | Return from PHL | 5.0 | 0.00 |
| 10/15/2018 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 10/19/2018 | RB | 15 | Return from PHL | 5.0 | 0.00 |

**PROFESSIONAL SERVICES** — Hrs/Rate — Amount
Island View Crossing II, LP - NM

| Date | | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 10/22/2018 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 10/26/2018 | RB | 15 | Travel from PHL | 5.0 | 0.00 |
| 10/29/2018 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 11/2/2018 | RB | 15 | Return from PHL | 5.0 | 0.00 |
| 11/5/2018 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 11/9/2018 | RB | 15 | Travel from PHL | 5.0 | 0.00 |
| 11/12/2018 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 11/16/2018 | RB | 15 | Return from PHL | 5.0 | 0.00 |
| 11/26/2018 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 11/30/2018 | RB | 15 | Travel from PHL | 5.0 | 0.00 |
| 12/3/2018 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 12/7/2018 | RB | 15 | Return from PHL | 5.0 | 0.00 |
| 12/10/2018 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 12/14/2018 | RB | 15 | Return from PHL | 5.0 | 0.00 |
| 12/17/2018 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 12/21/2018 | RB | 15 | Travel from PHL | 5.0 | 0.00 |
| 1/7/2019 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 1/11/2019 | RB | 15 | Travel from PHL | 5.0 | 0.00 |
| 1/14/2019 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 1/18/2019 | RB | 15 | Travel from PHL | 5.0 | 0.00 |
| 1/21/2019 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 1/25/2019 | RB | 15 | Travel from PHL | 5.0 | 0.00 |
| 1/28/2019 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 2/1/2019 | RB | 15 | Travel from PHL | 5.0 | 0.00 |
| 2/4/2019 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 2/8/2019 | RB | 15 | Travel from PHL | 5.0 | 0.00 |
| 2/11/2019 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 2/15/2019 | RB | 15 | Travel from PHL | 5.0 | 0.00 |
| 2/18/2019 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 2/22/2019 | RB | 15 | Travel from PHL | 5.0 | 0.00 |
| 2/25/2019 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 3/1/2019 | RB | 15 | Travel from PHL | 5.0 | 0.00 |
| 3/4/2019 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 3/8/2019 | RB | 15 | Travel from PHL | 5.0 | 0.00 |
| 3/11/2019 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 3/15/2019 | RB | 15 | Travel from PHL | 5.0 | 0.00 |
| 3/17/2019 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 3/20/2019 | RB | 15 | Travel from PHL | 5.0 | 0.00 |
| 4/1/2019 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 4/5/2019 | RB | 15 | Travel from PHL | 5.0 | 0.00 |
| 4/8/2019 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 4/12/2019 | RB | 15 | Travel from PHL | 5.0 | 0.00 |
| 4/15/2019 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 4/19/2019 | RB | 15 | Travel from PHL | 5.0 | 0.00 |
| 4/22/2019 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 4/26/2019 | RB | 15 | Travel from PHL | 5.0 | 0.00 |
| 4/29/2019 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 5/3/2019 | RB | 15 | Return from PHL | 5.0 | 0.00 |
| 5/6/2019 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 5/10/2019 | RB | 15 | Return from PHL | 5.0 | 0.00 |
| 5/13/2019 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 5/17/2019 | RB | 15 | Return from PHL | 5.0 | 0.00 |
| 5/20/2019 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 5/24/2019 | RB | 15 | Return from PHL | 5.0 | 0.00 |
| 5/28/2019 | RB | 15 | Travel to PHL (Bristol Borough PA) for case work | 5.0 | 0.00 |
| 5/31/2019 | RB | 15 | Return from PHL | 5.0 | 0.00 |
| 6/17/2019 | RB | 15 | Travel to PHL for case work | 5.0 | 0.00 |
| 6/21/2019 | RB | 15 | Return from PHL | 5.0 | 0.00 |
| 6/24/2019 | RB | 15 | Travel to PHL for case work | 5.0 | 0.00 |
| 6/28/2019 | RB | 15 | Travel from PHL | 5.0 | 0.00 |
| 11/3/2019 | RB | 15 | Travel to PHL for case work | 5.0 | 0.00 |
| 11/6/2019 | RB | 15 | Travel from PHL | 5.0 | 0.00 |
| 11/11/2019 | RB | 15 | Travel to PHL for case work | 5.0 | 0.00 |
| 11/15/2019 | RB | 15 | Travel from PHL for case work | 5.0 | 0.00 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 11/17/2019 | RB | 15 | Travel to PHL for case work | 5.0 | 0.00 |
| 11/22/2019 | RB | 15 | Return from PHL | 5.0 | 0.00 |
| 11/24/2019 | RB | 15 | Travel to PHL for case work | 5.0 | 0.00 |
| 11/26/2019 | RB | 15 | Travel from PHL | 5.0 | 0.00 |
| 12/2/2019 | RB | 15 | Travel to PHL for case work | 5.0 | 0.00 |
| 12/6/2019 | RB | 15 | Travel from PHL case work | 5.0 | 0.00 |
| 12/9/2019 | RB | 15 | Travel to PHL for case work | 5.0 | 0.00 |
| 12/13/2019 | RB | 15 | Travel from PHL case work | 5.0 | 0.00 |
| 12/16/2019 | RB | 15 | Travel to PHL for case work | 5.0 | 0.00 |
| 12/20/2019 | RB | 15 | Travel from PHL case work | 5.0 | 0.00 |
| 1/6/2020 | RB | 15 | Travel to PHL for case work | 5.0 | 0.00 |
| 1/10/2020 | RB | 15 | Travel from PHL case work | 5.0 | 0.00 |
| 1/13/2020 | RB | 15 | Travel to PHL for case work | 5.0 | 0.00 |
| 1/17/2020 | RB | 15 | Travel from PHL case work | 5.0 | 0.00 |
| 1/20/2020 | RB | 15 | Travel to PHL for case work | 5.0 | 0.00 |
| 1/24/2020 | RB | 15 | Travel from PHL case work | 5.0 | 0.00 |
| 1/27/2020 | RB | 15 | Travel to PHL for case work | 5.0 | 0.00 |
| 1/31/2020 | RB | 15 | Travel from PHL case work | 5.0 | 0.00 |
| 2/3/2020 | RB | 15 | Travel to PHL for case work | 5.0 | 0.00 |
| 2/7/2020 | RB | 15 | Return from PHL case work | 5.0 | 0.00 |
| 2/10/2020 | RB | 15 | Travel to PHL for case work | 5.0 | 0.00 |
| 2/14/2020 | RB | 15 | Return from PHL case work | 5.0 | 0.00 |
| 2/17/2020 | RB | 15 | Travel to PHL for case work | 5.0 | 0.00 |
| 2/19/2020 | RB | 15 | Take KOH to airport | 0.9 | 0.00 |
| 2/21/2020 | RB | 15 | Case Admin: Roundtrip to attempt to pick up LW at PHL | 2.0 | 0.00 |
| 2/21/2020 | RB | 15 | Return from PHL case work | 5.0 | 0.00 |
| 2/24/2020 | RB | 15 | Travel to PHL for case work | 5.0 | 0.00 |
| 2/28/2020 | RB | 15 | Return from PHL case work | 5.0 | 0.00 |
| 3/2/2020 | RB | 15 | Travel to PHL for case work | 5.0 | 0.00 |
| 3/6/2020 | RB | 15 | Return from PHL case work | 5.0 | 0.00 |
| 3/9/2020 | RB | 15 | Travel to PHL for case work | 5.0 | 0.00 |
| 3/13/2020 | RB | 15 | Return from PHL case work | 5.0 | 0.00 |
| 3/16/2020 | RB | 15 | Travel to PHL for case work | 5.0 | 0.00 |
| 3/20/2020 | RB | 15 | Return from PHL case work | 5.0 | 0.00 |
| 6/21/2021 | RB | 15 | Travel to PHL | 5.0 | 0.00 |
| 6/25/2021 | RB | 15 | Return from PHL | 5.0 | 0.00 |
| 7/12/2021 | RB |  | Administrative duties | 8.0 | |
|  |  | 15 | (Regular travel 5 hours plus extended due to storm) | | 0.00 |
| 7/18/2021 | RB | 15 | Return from PHL | 5.0 | 0.00 |
| | Total | | Non-Working Travel | 801.4 | 0.00 |

**For Professional Services Rendered:**

| | | | Total Hours Worked | |
|---|---|---|---|---|
| RB | Ralph Brotherton | | 801.40 | |
| CD | Carol Davis | | 0.00 | |

| | | Rate | Total Hours Billed | |
|---|---|---|---|---|
| RB | Ralph Brotherton | $250/hr | 0.00 | $0.00 |
| CD | Carol Davis | $175/hr | 0.00 | $0.00 |

| | | | Total Hours Not Billed | |
|---|---|---|---|---|
| RB | Ralph Brotherton | | 801.40 | |
| CD | Carol Davis | | 0.00 | |