# EXHIBIT 16
# PLAN AND DISCLOSURE STATEMENT

**Newbridge Management, LLC**
**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | Init | | Description | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| | | | **Plan and Disclosure Statement** | | |
| 2/18/2021 | RB | 16 | Call with KOH re: reorganization plan work | 0.30 | 0.00 |
| 2/19/2021 | RB | 16 | Calls with KOH re: Disclosure Statement work | 0.70 | 0.00 |
| 2/24/2021 | RB | 16 | Calls with KOH re: budget issues for disclosure stmt | 0.40 | 0.00 |
| 2/25/2021 | RB | 16 | Calls with KOH re: budgeting for Plan and Disclosure Stmt | 0.30 | 0.00 |
| 3/2/2021 | RB | 16 | Work on budget issues for disclosure statement prep work | 5.90 | 1,475.00 |
| 3/3/2021 | RB | 16 | Call with KOH and Aris re: info for Plan and Disclosure Statement | 2.50 | 0.00 |
| 3/3/2021 | RB | 16 | Work on Plan and Disclosure stmt budget and other issues | 4.10 | 1,025.00 |
| 3/9/2021 | RB | 16 | Work on info for re: budgeting for Plan and Disclosure Stmt | 2.90 | 725.00 |
| 3/10/2021 | RB | 16 | Review documents from Counsel re: Plan & Disclosure Statement | 1.30 | 325.00 |
| 4/9/2021 | RB | 16 | Calls with KOH re: budget planning issues | 0.70 | 0.00 |
| 4/12/2021 | CD | 16 | Review & provide to KOH sales information for Disclosure Statement | 0.40 | 0.00 |
| 4/19/2021 | RB | 16 | Call with KOH re: budget issues & Plan & Disclosure Statement | 0.60 | 0.00 |
| 4/19/2021 | RB | 16 | Review detailed information for verification and review of Plan and Disclosure Statement draft | 2.80 | 700.00 |
| 4/21/2021 | RB | 16 | Calls with KOH re: Plan & Disclosure Stmt issues | 1.10 | 0.00 |
| 4/23/2021 | RB | 16 | Calls with KOH re:planning & disclosure statement issues | 0.80 | 0.00 |
| 4/24/2021 | RB | 16 | Calls with KOH re:planning & disclosure statement issues | 0.40 | 0.00 |
| 4/25/2021 | RB | 16 | Call with KOH re:planning & disclosure statement issues | 0.10 | 0.00 |
| 5/24/2021 | RB | 16 | Call with Carol Davis re: information needed for additional scheds on Plan and Disclosure Statement | 0.50 | 0.00 |
| 5/24/2021 | RB | 16 | Work on updated budget projections for P&D Stmt | 5.70 | 1,425.00 |
| 5/24/2021 | CD | 16 | Call with RB re: Plan & Disclosure Stmt information | 0.50 | 0.00 |
| 5/25/2021 | RB | 16 | Calls with KOH re: Plan and Disclosure issues, including Liquidation Analysis | 1.40 | 0.00 |
| 5/25/2021 | RB | 16 | Calls with Carol Davis re: Plan and Disclosure issues | 1.20 | 0.00 |
| 5/25/2021 | RB | 16 | Work on Plan and Disclosure schedules | 5.20 | 1,300.00 |
| 5/25/2021 | CD | 16 | Calls with RB re Plan & Disclosure Stmt re issues and information | 1.20 | 0.00 |
| 6/3/2021 | RB | 16 | Call with Joe Cepparulo of the County of Bucks Tax Claim Bureau re: the Plan and Disclosure Statement & Ballot being transmitted | 0.10 | 25.00 |
| 6/3/2021 | RB | 16 | Call with KOH re: Plan & Disclosure issues | 0.40 | 0.00 |
| 6/7/2021 | RB | 16 | Quick overview of communications re: Plan & Disclosure Statement, alternative plan by Gualitieri and related objection to same | 0.90 | 225.00 |
| 6/7/2021 | CD | 16 | Review email re PSB objection to Gualtieri Plan | 0.10 | 17.50 |
| 6/9/2021 | CD | 16 | Call with KOH with updates on plan filings | 0.20 | 0.00 |
| 7/12/2021 | CD | 16 | Review emails re Fees App and Plan objections | 0.20 | 35.00 |
| 7/13/2021 | CD | 16 | Call with KOH re status on Plan of Liquidation and related issues. | 0.40 | 0.00 |
| 7/22/2021 | RB | 16 | Calls with KOH re: Plan & Disclosure issues | 0.40 | 0.00 |
| **Total** | | | **Plan and Disclosure Statement** | **43.70** | **7,277.50** |

**For Professional Services Rendered:**

| | | | | Total Hours Worked |
|---|---|---|---|---:|
| RB | Ralph Brotherton | | | 40.70 |
| CD | Carol Davis | | | 3.00 |

| | | | Rate | Total Hours Billed | |
|---|---|---|---|---:|---:|
| RB | Ralph Brotherton | | $250/hr | 28.90 | $7,225.00 |
| CD | Carol Davis | | $175/hr | 0.30 | $52.50 |

| | | | | Total Hours Not Billed |
|---|---|---|---|---:|
| RB | Ralph Brotherton | | | 11.80 |
| CD | Carol Davis | | | 2.70 |