# EXHIBIT 17b
# HOA

**Newbridge Management, LLC**
**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

### HOA

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 8/2/2018 | RB | 17b Call with Special Counsel (Greg Adelmann-Ptnr at Kaplin Stewart) re: HOA documents | 0.1 | 25.00 |
| 10/26/2018 | RB | 17b Review emails related to HOA Special Counsel engagement possibilities | 0.3 | 75.00 |
| 1/28/2019 | RB | 17b Call with Gregg Adelman of Kaplin Stewart re: HOA document revisions and potential revisions to same; status of related retention agreement | 0.2 | 50.00 |
| 2/19/2019 | RB | 17b Work with Bernie Sauer on coordination with HOA Counsel for required documents and other contractor issues | 0.8 | 200.00 |
| 3/9/2019 | RB | 17b Review communication and preparation for meeting on HOA docs with Gregg Adelman | 0.2 | 50.00 |
| 3/13/2019 | RB | 17b Review, organize info and transmit same to Gregg Adelman and Simi Kaplin Baer of Kaplin Baer re: potential HOA document changes | 2.4 | 600.00 |
| 3/14/2019 | RB | 17b Meeting with Counsel Gregg Adelman and Simi Kaplin Baer, George Hartman (Bohler Engineering), and Bernie Sauer re: HOA document revisions and related timetable | 2.2 | 550.00 |
| 3/18/2019 | RB | 17b Review communication from HOA Counsel | 0.1 | 25.00 |
| 4/17/2019 | RB | 17b Work on info needed for Counsel for completion of HOA and sales documents | 1.4 | 350.00 |
| 4/18/2019 | RB | 17b Work on info needed for Counsel for completion of HOA and sales documents | 1.8 | 450.00 |
| 4/23/2019 | CD | 17b Review worksheet for HOA budgets | 1.0 | 175.00 |
| 4/24/2019 | RB | 17b Continue work on information needed for HOA documents | 1.3 | 325.00 |
| 4/26/2019 | RB | 17b Continue work on information needed for HOA and sale documents | 1.8 | 450.00 |
| 4/30/2019 | RB | 17b Continue work on information needed for HOA and sale documents | 1.8 | 450.00 |
| 5/7/2019 | RB | 17b Call with Bernie re: HOA document issues | 0.1 | 25.00 |
| 5/8/2019 | RB | 17b Work on info needed for HOA docs | 1.3 | 325.00 |
| 5/9/2019 | RB | 17b Work on info needed for HOA docs | 2.1 | 525.00 |
| 6/26/2019 | CD | 17b Review Public Offering Statement for HOA | 0.8 | 140.00 |
| 12/4/2019 | RB | 17b Call with Carol D. re: information needed for HOA filing | 0.1 | 25.00 |
| 12/4/2019 | CD | 17b Call with RB re HOA information. | 0.1 | 17.50 |
| 12/6/2019 | RB | 17b Review and comment on info for HOA filing and related details | 2.1 | 525.00 |
| 12/8/2019 | RB | 17b Call with Lisa LaPenna of Kaplin Stewart re: HOA docs issues | 0.2 | 50.00 |
| 12/10/2019 | RB | 17b Call with Lisa LaPenna of Kaplin Stewart re: HOA docs issues | 0.1 | 25.00 |
| 2/4/2020 | CD | 17b Review email correspondence re radon system installation 2/5/20 | 0.1 | 17.50 |
| 2/10/2020 | RB | 17b Review proposal from Penn E&R re: radon testing for townhomes | 0.6 | 150.00 |
| 2/18/2020 | RB | 17b Call with Lisa Lonsbury re: sales escrow account information | 0.1 | 25.00 |
| 2/18/2020 | RB | 17b Verification of deposit for sales escrow account (call to customer support, generation of report) | 0.6 | 150.00 |
| 2/20/2020 | RB | 17b Call with Bernie to Peter Lamont re: scheduling and pricing of radon testing and related follow-up | 0.4 | 100.00 |
| 2/25/2020 | RB | 17b Review contractor proposal for additional work, execution of same and preparation and transmittal of required payment | 1.7 | 425.00 |
| 2/26/2020 | CD | 17b Review email correspondence re radon testing equipment and testing costs | 0.2 | 35.00 |
| 2/27/2020 | RB | 17b Clarification of contractor proposal on cost/unit; execution of related payment & transmittal of same; review and clarification of proposal for work on additional units | 0.6 | 150.00 |
| 2/27/2020 | CD | 17b Review email correspondence re vapor testing costs | 0.1 | 17.50 |
| 3/2/2020 | CD | 17b Review email re HOA expenses for testing | 0.1 | 17.50 |
| 3/3/2020 | CD | 17b Review email correspondence re insurance for upcoming closings. | 0.1 | 17.50 |
| 3/6/2020 | RB | 17b Communication with Lisa LaPenna at Kaplin Stewart re: multiple tax IDs received from IRS for Homeowners Association | 0.1 | 25.00 |
| 3/10/2020 | RB | 17b Review documents needed for sales closings | 0.7 | 175.00 |
| 3/10/2020 | RB | 17b Calls with Christy Traenkle at First Partners Abstract Company re: closings | 0.1 | 25.00 |
| 3/11/2020 | RB | 17b Communications with Regions re: set-up of HOA bank accounts; provide necessary HOA docs info | 0.9 | 225.00 |
| 3/12/2020 | RB | 17b Communications with Regions re: set-up of HOA bank accounts | 0.4 | 100.00 |
| 3/16/2020 | CD | 17b Review documents from bank for HOA account | 0.4 | 70.00 |
| 3/17/2020 | CD | 17b Correspondence with bank re bank accounts | 0.3 | 52.50 |
| 3/19/2020 | CD | 17b Review email correspondence re insurance for townhomes. Input insurance payment for HOA. | 0.8 | 140.00 |
| 3/23/2020 | CD | 17b Work on signature documents for bank for HOA account. | 1.0 | 175.00 |

**PROFESSIONAL SERVICES** | Hrs/Rate | Amount
Island View Crossing II, LP - NM

| Date | | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 3/30/2020 | CD | 17b | Prepare draft invoice for HOA monthly fees. | 0.5 | 87.50 |
| 3/31/2020 | CD | 17b | Update Townhome Association Register | 0.3 | 52.50 |
| 4/1/2020 | RB | 17b | Initial review of draft HOA monthly invoice template | 0.1 | 25.00 |
| 4/2/2020 | RB | 17b | Review communication from Bank officer re: account set-up | 0.2 | 50.00 |
| 4/3/2020 | CD | 17b | Attempt set up of online access to Townhomes Assoc accounts. | 0.3 | 52.50 |
| 4/3/2020 | CD | 17b | Prepare deposit for HOA account of Capital Contribution checks, take to bank to deposit. | 0.6 | 105.00 |
| 4/7/2020 | CD | 17b | Receive and review March bank statements, scan forward to RB. | 0.1 | 17.50 |
| 4/7/2020 | CD | 17b | Set up online access to Townhomes Assoc accounts, set up register. | 1.0 | 175.00 |
| 4/13/2020 | RB | 17b | Prepare communication to IRS to eliminate extra tax ID# that IRS generated in error for the Townhome Association | 3.2 | 800.00 |
| 4/14/2020 | CD | 17b | Review email re Homeowners Association tax ID #'s. | 0.1 | 17.50 |
| 4/21/2020 | RB | 17b | Work on HOA issues | 0.3 | 75.00 |
| 5/11/2020 | CD | 17b | Receive Capital Contribution check for Lot 41 | 0.10 | 17.50 |
| 5/12/2020 | CD | 17b | Prepare and deposit capital contribution funds for Lot 41 | 0.50 | 87.50 |
| 5/19/2020 | CD | 17b | Prepare deposit for HOA account of Capital Contribution check, take to bank to deposit. | 0.60 | 105.00 |
| 7/20/2020 | CD | 17b | Review additional HOA invoice and payments issued to date. | 0.20 | 35.00 |
| 8/14/2020 | CD | 17b | Receive and review mail - HOA capital contribution check | 0.40 | 70.00 |
| 8/17/2020 | CD | 17b | Prepare deposit for HOA account of Capital Contribution check, take to bank to deposit. | 0.40 | 70.00 |
| 8/19/2020 | CD | 17b | Prepare deposit for HOA account of Capital Contribution check, take to bank to deposit. | 0.40 | 70.00 |
| 9/29/2020 | CD | 17b | Prepare and deposit capital contribution checks at bank. | 0.50 | 87.50 |
| 10/5/2020 | CD | 17b | Receive capital Contribution check, deposit in bank. | 0.70 | 122.50 |
| 10/20/2020 | CD | 17b | Prepare deposit for HOA Capital Contribution check and take to the bank, input in register. | 0.50 | 87.50 |
| 11/29/2020 | CD | 17b | Received HOA Capital Contribution check in mail for Lot 8 | 0.10 | 17.50 |
| 11/30/2020 | CD | 17b | Prepare HOA Capital Contribution deposit, deposit in bank and input in register. | 0.60 | 105.00 |
| 12/9/2020 | CD | 17b | Prepare HOA Capital Contribution deposit, deposit in bank and input in register. | 0.70 | 122.50 |
| 12/23/2020 | CD | 17b | Scan copy of HOA check and forward to RB, deposit check in bank | 0.40 | 70.00 |
| 2/4/2021 | CD | 17b | Deposit HOA Capital Contribution check in escrow account | 0.40 | 70.00 |
| 2/20/2021 | RB | 17b | Message from homeowner re: HOA matters and related followup | 0.10 | 25.00 |
| 3/5/2021 | CD | 17b | Read Vapor Mitigation Letter to DEP from Penn E&R | 0.10 | 17.50 |
| 3/8/2021 | CD | 17b | Review email correspondence re HOA insurance | 0.20 | 35.00 |
| 6/21/2021 | CD | 17b | Update schedule of Auto Owners TP Policy Declarations with additional statements. | 0.70 | 122.50 |
| | **Total** | **HOA** | | **45.9** | **10,320.00** |

**For Professional Services Rendered:**

| | | | | Total Hours Worked | |
|---|---|---|---|---|---|
| RB | Ralph Brotherton | | | 30.50 | |
| CD | Carol Davis | | | 15.40 | |

| | | | Rate | Total Hours Billed | |
|---|---|---|---|---|---|
| RB | Ralph Brotherton | | $250/hr | 30.50 | $7,625.00 |
| CD | Carol Davis | | $175/hr | 15.40 | $2,695.00 |

| | | | | Total Hours Not Billed | |
|---|---|---|---|---|---|
| RB | Ralph Brotherton | | | 0.00 | |
| CD | Carol Davis | | | 0.00 | |