# EXHIBIT 17c
# SALES EXTRAS

**Newbridge Management, LLC**
**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| | | **SALES EXTRAS** | | |
| 7/21/2020 | RB | 17c Call with Bernie Sauer and Carol Davis re: info needed on sales options (extras) sold to buyers | 0.3 | 75.00 |
| 7/22/2020 | CD | 17c Work on Options file conversion from pdf to excel | 2.60 | 455.00 |
| 7/22/2020 | CD | 17c Call with RB re sales extras and contracts | 0.20 | 35.00 |
| 7/28/2020 | CD | 17c Work on Extras schedule | 0.80 | 140.00 |
| 7/31/2020 | RB | 17c Calls with KOH re: developing process for extras sold to homebuyers pursuant to McGrath Construction Management Agreement | 0.60 | 0.00 |
| 7/31/2020 | RB | 17c Calls with KOH and Carol Davis re: developing process for extras sold to homebuyers pursuant to McGrath Construction Management Agreement | 2.70 | 0.00 |
| 7/31/2020 | RB | 17c Call with JC Crum of Feasterville Floors re: developing process for extras sold to homebuyers pursuant to McGrath Construction Management Agreement | 0.20 | 50.00 |
| 7/31/2020 | RB | 17c Calls with Carol Davis re: developing process for extras sold to homebuyers pursuant to McGrath Construction Management Agreement | 0.70 | 0.00 |
| 7/31/2020 | CD | 17c Calls with RB re process for extras sold to homeowners | 0.70 | 0.00 |
| 7/31/2020 | CD | 17c Calls with RB and RB & KOH re process for sale of extras | 2.70 | 0.00 |
| 8/3/2020 | RB | 17c Work on process of pricing and costing extras purchased by homeowners | 3.30 | 825.00 |
| 8/4/2020 | RB | 17c Calls with Carol Davis re: "extras" sales to homebuyers | 2.40 | 0.00 |
| 8/4/2020 | RB | 17c Work on info and procedures re: "extras" sales to homebuyers | 3.80 | 950.00 |
| 8/4/2020 | CD | 17c Review Extras worksheets for Lots compared to invoices. | 2.00 | 350.00 |
| 8/4/2020 | CD | 17c Calls with RB and BS re evaluating costs related extra purchases in sales of townhomes | 2.40 | 420.00 |
| 8/5/2020 | RB | 17c Work on info and procedures re: "extras" sales to homebuyers | 1.20 | 300.00 |
| 8/5/2020 | CD | 17c Call with RB re calculations related to Extras sold. | 1.40 | 245.00 |
| 8/5/2020 | CD | 17c Update Extras worksheet for Lot 12. | 0.20 | 35.00 |
| 8/5/2020 | CD | 17c Prepare email to Bernie Sauer re contacting buyer about adjustment to appliances upgrade. | 0.20 | 35.00 |
| 8/6/2020 | CD | 17c Preparation of worksheets for Extras related specifically to Lots 12 & 15. | 5.30 | 927.50 |
| 8/7/2020 | RB | 17c Call with Carol Davis re: extras accounting process | 0.10 | 0.00 |
| 8/7/2020 | CD | 17c Review contractor invoices related to Extras billings for Lot 21. Review Extras worksheet for comparison to invoice amounts. | 3.80 | 665.00 |
| 8/7/2020 | CD | 17c Call with RB re extras reporting | 0.10 | 0.00 |
| 8/10/2020 | CD | 17c Review contractor invoice related to Extras billings for Lot 21, update worksheet. | 0.50 | 87.50 |
| 8/13/2020 | CD | 17c Update Lot 21 Extras cost worksheet, Review McGrath extras workbook | 2.00 | 350.00 |
| 8/24/2020 | CD | 17c Review and input extras from invoices in worksheet | 0.60 | 105.00 |
| 8/26/2020 | CD | 17c Add extras invoices to worksheet. | 0.30 | 52.50 |
| 8/27/2020 | CD | 17c Update Extras worksheet for Lot 21 | 0.30 | 52.50 |
| 8/29/2020 | RB | 17c Work on information and analysis of extras sold to townhome buyers and related expenses | 1.80 | 450.00 |
| 8/31/2020 | RB | 17c Detailed work re: calculations costs of items sold to townhome buyers as extras per the McGrath Construction Management Agreement | 1.20 | 300.00 |
| 8/31/2020 | RB | 17c Calls with Carol Davis re: calculations costs of items sold to townhome buyers as extras per the McGrath Construction Management Agreement | 2.40 | 600.00 |
| 8/31/2020 | RB | 17c Calls with Kevin O'Halloran re: calculations costs of items sold to townhome buyers as extras per the McGrath Construction Management Agreement | 0.80 | 0.00 |
| 8/31/2020 | CD | 17c Calls with RB re calculations of costs on extras sold with units. | 2.40 | 0.00 |
| 9/3/2020 | CD | 17c Work on Extras schedule for Lots 12 and 15. | 0.70 | 122.50 |
| 9/8/2020 | RB | 17c Call with Carol Davis re: info needed for "extras" option fee calculation | 0.30 | 0.00 |
| 9/8/2020 | CD | 17c Pull and review invoices for extras invoice billing. | 0.20 | 35.00 |
| 9/8/2020 | CD | 17c Review invoices and worksheets for extras costs. | 0.50 | 87.50 |
| 9/8/2020 | CD | 17c Call with RB re information for Extra's calculation | 0.30 | 0.00 |
| 9/9/2020 | RB | 17c Call with Carol Davis re: "extras" costing | 0.10 | 0.00 |
| 9/9/2020 | CD | 17c Review checks and update worksheets for Lot 12 & Lot 15 Extra's sold | 1.00 | 175.00 |
| 9/9/2020 | CD | 17c Call with RB re extras reporting | 0.10 | 0.00 |
| 9/10/2020 | RB | 17c Call with Carol Davis re: cost info for "extras" profit calculations | 0.40 | 0.00 |
| 9/10/2020 | CD | 17c Review cost invoices and update worksheets for Lots 12, 15 and 21 Extra's sold | 4.80 | 840.00 |
| 9/10/2020 | CD | 17c Call with RB re Extras cost information | 0.40 | 0.00 |
| 9/15/2020 | CD | 17c Work on extras worksheet | 0.80 | 140.00 |
| 9/18/2020 | CD | 17c Receive Lot 20 customizer for extras sold | 0.20 | 35.00 |

**PROFESSIONAL SERVICES** — Hrs/Rate — Amount
Island View Crossing II, LP - NM

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/19/2020 | RB | 17c Review communications on sales issues & update/transmit info to Title company | 0.60 | 150.00 |
| 9/19/2020 | CD | 17c Review Extras and input in worksheet. | 2.50 | 437.50 |
| 9/21/2020 | CD | 17c Work on extras worksheets for Lot 12 & Lot 15 | 2.30 | 402.50 |
| 9/22/2020 | RB | 17c Quick Review of status of "extras" profit calculations | 0.40 | 100.00 |
| 9/22/2020 | CD | 17c Update Lot 12 & Lot 15 extras cost worksheet | 1.90 | 332.50 |
| 9/23/2020 | CD | 17c Work on updates to Lot 20 Extra's worksheet | 2.30 | 402.50 |
| 9/24/2020 | CD | 17c Prepare schedule of extra's from Customizer for Lot 21 | 2.30 | 402.50 |
| 9/25/2020 | CD | 17c Update Extra's worksheets for Lots 12, 15 and 21 | 1.80 | 315.00 |
| 9/25/2020 | CD | 17c Set up worksheet for Extra's for Lot 20 | 0.50 | 87.50 |
| 9/28/2020 | CD | 17c Review invoice for Extra's billed | 0.40 | 70.00 |
| 9/28/2020 | CD | 17c Input deposit for balance of Extra's sold | 0.20 | 35.00 |
| 9/28/2020 | CD | 17c Work on input of invoice charges for calculation of Extra's | 0.90 | 157.50 |
| 9/29/2020 | CD | 17c Review invoices for Extra's calculations Lot 15 | 1.20 | 210.00 |
| 9/30/2020 | RB | 17c Call with Carol Davis re: calc of profit on sales of extras | 0.50 | 125.00 |
| 9/30/2020 | CD | 17c Pull and review invoices for extras invoice billing. Input Extra's in worksheet. | 1.40 | 245.00 |
| 9/30/2020 | CD | 17c Call with RB re Extra's invoices | 0.50 | 0.00 |
| 10/1/2020 | CD | 17c Pull and review invoices for Extra's calculations, input in worksheet. | 0.60 | 105.00 |
| 10/2/2020 | CD | 17c Review email correspondence re invoices for Extra's charge. | 0.30 | 52.50 |
| 10/2/2020 | CD | 17c Call with RB re calculations of extras profit and contractor issues. | 1.10 | 0.00 |
| 10/6/2020 | RB | 17c Calls with Carol Davis re: procedures for identifying extras costs for calculating profit on sale of same | 1.50 | 0.00 |
| 10/6/2020 | CD | 17c Call with RB re information for calculation of extras sold | 1.50 | 0.00 |
| 10/12/2020 | CD | 17c Work on extra's worksheet | 0.50 | 87.50 |
| 10/13/2020 | CD | 17c Work on extra's worksheet | 0.40 | 70.00 |
| 10/16/2020 | CD | 17c Review and input on Lots 15, 20, 21 Extra's worksheet | 2.40 | 420.00 |
| 10/19/2020 | CD | 17c Review extra's worksheets for outstanding items | 1.30 | 227.50 |
| 10/27/2020 | CD | 17c Update extra's worksheets from invoices received. | 0.20 | 35.00 |
| 10/30/2020 | CD | 17c Review invoices for extra's purchased. | 0.30 | 52.50 |
| 11/5/2020 | CD | 17c Update Extra's worksheet for Lots 20 & 21 | 0.30 | 52.50 |
| 11/6/2020 | CD | 17c Add invoice to Lot 20 Extra worksheet | 0.10 | 17.50 |
| 11/9/2020 | CD | 17c Review McGrath invoices received for Lot 12 and Lot 21 Extra's | 0.10 | 17.50 |
| 11/9/2020 | CD | 17c Review McGrath invoices of amount due for Extra's. Reconcile McGrath invoices to extra's worksheet of contractor invoices. | 3.90 | 682.50 |
| 11/9/2020 | CD | 17c Review & update Extra's worksheets. | 3.60 | 630.00 |
| 11/16/2020 | RB | 17c Call with Carol Davis re: contractor issues including "extras" accounting | 0.70 | 0.00 |
| 11/16/2020 | CD | 17c Call with RB re contractor issues and reporting of extras billed. | 0.70 | 0.00 |
| 11/17/2020 | RB | 17c Calls with security personnel re: completion of "extras" work done | 0.90 | 225.00 |
| 11/17/2020 | CD | 17c Prepare extra's lists for townhomes sold for LW to use to verify buyer's received. | 1.30 | 227.50 |
| 11/19/2020 | CD | 17c Update Extra's worksheet with commission costs | 0.60 | 105.00 |
| 11/23/2020 | RB | 17c Calls with Carol Davis re: accounting of extras sales | 0.60 | 0.00 |
| 11/23/2020 | CD | 17c Call with RB re extras sales accounting | 0.60 | 0.00 |
| 11/23/2020 | CD | 17c Review Lot 12 Extras worksheet and bills. | 0.50 | 87.50 |
| 11/24/2020 | CD | 17c Review Lot 20 & 12 Extra's worksheets. | 0.30 | 52.50 |
| 11/24/2020 | CD | 17c Review correspondence re extra's for buyers and punchlist items. | 0.90 | 157.50 |
| 11/25/2020 | CD | 17c Review extra's worksheets for outstanding items status, extra's purchased and moved between townhomes. | 1.70 | 297.50 |
| 11/30/2020 | CD | 17c Prepare email correspondence to Bernie re Extra's | 0.60 | 105.00 |
| 11/30/2020 | CD | 17c Work on extra's worksheets. | 1.60 | 280.00 |
| 12/4/2020 | CD | 17c Review options on invoices for extra's. | 0.20 | 35.00 |
| 12/7/2020 | CD | 17c Call with Bernie re Lot 15 extra's | 0.20 | 35.00 |
| 12/7/2020 | CD | 17c Work on extra's calculation worksheets. Prepare summary of calculation comparison to McGrath. | 2.90 | 507.50 |
| 12/8/2020 | CD | 17c Review email correspondence from Kevin McGrath re extra's. | 0.10 | 17.50 |
| 12/8/2020 | CD | 17c Call with KOH re appliances in units and extra's profit. | 0.80 | 0.00 |
| 12/8/2020 | CD | 17c Review Extra's sold, invoices and cost. | 1.50 | 262.50 |
| 12/14/2020 | CD | 17c Review email correspondence re Options & deposits for Lot 16 & 59 | 0.40 | 70.00 |
| 12/15/2020 | CD | 17c Prepare worksheet for Extra's calculation | 0.50 | 87.50 |
| 12/16/2020 | CD | 17c Review extras update from Kevin McGrath for Lot 12 | 0.20 | 35.00 |
| 12/16/2020 | CD | 17c Review revised Lot 12 extras worksheet from Kevin McGrath and update comparison to IVC extras worksheet. | 2.30 | 402.50 |
| 12/16/2020 | CD | 17c Prepare Extras net calculation worksheet draft for Lot 15 | 1.60 | 280.00 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | | Desc | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 12/16/2020 | CD | 17c Call with RB re extras profit calculation and additional closing costs | 2.70 | 0.00 |
| 12/16/2020 | CD | 17c Input final revisions to Net Profit Calculation worksheet for Lot 15 | 1.00 | 175.00 |
| 12/17/2020 | CD | 17c Preparation of final draft for Net Profice Calculation worksheet for Lot 12 | 1.20 | 210.00 |
| 12/17/2020 | CD | 17c Work on extras worksheet for Lot 59 | 0.60 | 105.00 |
| 12/17/2020 | CD | 17c Call with RB re extras profit calculation | 1.90 | 0.00 |
| 12/17/2020 | CD | 17c Review Century Kitchens invoices and prepare cost comparison between multiple units installed. | 1.30 | 227.50 |
| 12/18/2020 | RB | 17c Call with Carol Davis re: "extras" profit calculations: determining cost differential of standard construction costs and incremental costs of "extras" purchased by buyers | 1.70 | 0.00 |
| 12/18/2020 | RB | 17c Calls with KOH re: "extras" profit calculations | 0.40 | 0.00 |
| 12/18/2020 | CD | 17c Review extras worksheets and invoices, update worksheets | 1.20 | 210.00 |
| 12/18/2020 | CD | 17c Calls with RB re extras and calculation of costs | 1.70 | 0.00 |
| 12/21/2020 | CD | 17c Review email correspondence re request for L&R Installations bill | 0.10 | 17.50 |
| 12/21/2020 | CD | 17c Work on extras cost calculation worksheets. | 0.70 | 122.50 |
| 12/22/2020 | CD | 17c Work on extras worksheets | 1.30 | 227.50 |
| 12/22/2020 | CD | 17c Set up worksheet for Extra's for Lot 59 & 16 | 1.60 | 280.00 |
| 12/23/2020 | CD | 17c Work on extras worksheets | 2.30 | 402.50 |
| 12/24/2020 | CD | 17c Review email re extra lighting for property | 0.10 | 17.50 |
| 12/24/2020 | CD | 17c Email correspondence with RB re L&R Installations invoice | 0.10 | 17.50 |
| 12/24/2020 | CD | 17c Review extras worksheet from Kevin McGrath and compare to IVC worksheet | 3.00 | 525.00 |
| 12/24/2020 | CD | 17c Review Feasterville invoices and adjustments from email correspondence to invoices. | 2.00 | 350.00 |
| 12/28/2020 | CD | 17c Update Extra's worksheet. | 0.50 | 87.50 |
| 12/29/2020 | RB | 17c Calls with Carol Davis re: disc of final scheds and prep for call with Kevin McGrath re: "extras" calculations | 2.20 | 550.00 |
| 12/29/2020 | RB | 17c Followup call with Carol Davis re: remaining tasks on "extras" profit calculations | 0.30 | 0.00 |
| 12/29/2020 | CD | 17c Calls with RB re Extras final schedule and prep for call with Kevin McGrath | 2.20 | 385.00 |
| 12/29/2020 | CD | 17c Call with RB re follow up call re extras profit calculation | 0.30 | 52.50 |
| 12/29/2020 | CD | 17c Update Extra's final worksheet and prepare pdf file. | 1.90 | 332.50 |
| 12/30/2020 | CD | 17c Updates to Lot 21 extras worksheet for additional costs | 1.00 | 175.00 |
| 1/4/2021 | CD | 17c Review amount of extra's for Lot 17 on AOS. Update sales summary. | 0.20 | 35.00 |
| 1/6/2021 | CD | 17c Work on Lot 16 Extras worksheet | 0.70 | 122.50 |
| 1/15/2021 | CD | 17c Work on Lot 20 Extra's worksheet and profit calculation | 2.40 | 420.00 |
| 1/18/2021 | CD | 17c Update extras worksheet | 0.30 | 52.50 |
| 1/21/2021 | CD | 17c Review and update Lots 20, 16, 59 and 17 extras worksheets. | 2.10 | 367.50 |
| 1/22/2021 | CD | 17c Update Lot 59 extras worksheet | 0.70 | 122.50 |
| 1/26/2021 | CD | 17c Review and update Extras worksheets | 1.00 | 175.00 |
| 2/5/2021 | CD | 17c Review invoices related to Extras and update Extras worksheet | 0.80 | 140.00 |
| 2/5/2021 | CD | 17c Call with KOH re sales and Extras | 0.10 | 0.00 |
| 2/9/2021 | CD | 17c Review extras worksheet for Lot 20 | 0.20 | 35.00 |
| 2/10/2021 | CD | 17c Review Lot 20 extras worksheet, complete Final and forward to Kevin McGrath and RB. | 0.80 | 140.00 |
| 2/11/2021 | CD | 17c Review invoices for costs related to extras purchased. | 1.20 | 210.00 |
| 2/12/2021 | CD | 17c Receive and review invoices related to amounts due, extras. | 1.20 | 210.00 |
| 2/12/2021 | CD | 17c Call with KOH re extra cost calculation | 0.10 | 0.00 |
| 2/18/2021 | CD | 17c Review invoice for extras billed. | 0.10 | 17.50 |
| 2/19/2021 | CD | 17c Review and update extras worksheets | 2.20 | 385.00 |
| 2/22/2021 | CD | 17c Review invoices for costs related to extras purchased. | 0.20 | 35.00 |
| 2/24/2021 | RB | 17c Calls with Carol Davis re: extras process for Unit #16 & collection of funds due | 0.30 | 0.00 |
| 2/24/2021 | RB | 17c Calls with Leonard White re: extras process for Unit #16 & collection of funds due | 0.60 | 150.00 |
| 2/24/2021 | CD | 17c Review change order for additional extras in unit 16 | 0.20 | 35.00 |
| 2/24/2021 | CD | 17c Review extras for Lot 16 and Lot 59 | 0.30 | 52.50 |
| 2/24/2021 | CD | 17c Call with RB re collection of funds for extras | 0.30 | 52.50 |
| 2/25/2021 | RB | 17c Calls with Leonard White re: collection of funds due on settlement pending | 0.30 | 75.00 |
| 2/25/2021 | CD | 17c Review calculation of costs for extras | 0.50 | 87.50 |
| 3/1/2021 | CD | 17c Review invoices for extras billed | 0.30 | 52.50 |
| 3/2/2021 | CD | 17c Review and update extras worksheets | 0.80 | 140.00 |
| 3/4/2021 | CD | 17c Review invoices and update extras worksheets | 2.50 | 437.50 |
| 3/4/2021 | CD | 17c Review email correspondence re Lot 16 extras | 0.20 | 35.00 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | Prof | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 3/5/2021 | RB | 17c Call with KOH re: sales issues | 0.20 | 0.00 |
| 3/5/2021 | RB | 17c Calls with Carol Davis re: extras sales calculation issues | 1.10 | 0.00 |
| 3/5/2021 | CD | 17c Complete final Lot 16 Extras worksheet. | 0.50 | 87.50 |
| 3/5/2021 | CD | 17c Review extras invoices and input in worksheets | 0.80 | 140.00 |
| 3/5/2021 | CD | 17c Call with RB re calculation of extra sales | 1.10 | 0.00 |
| 3/8/2021 | CD | 17c Review extras worksheet and detail needed for addendum extras. Review contractor invoice for extras charged. | 0.10 | 17.50 |
| 3/9/2021 | CD | 17c Update Lot 59 Extras with change order. | 0.30 | 52.50 |
| 3/10/2021 | CD | 17c Work on extras calculations | 1.00 | 175.00 |
| 3/12/2021 | CD | 17c Update extras worksheets | 1.70 | 297.50 |
| 3/12/2021 | CD | 17c Review invoices and update extras worksheets | 1.00 | 175.00 |
| 3/16/2021 | CD | 17c Prepare reimbursement schedule of amounts owed buyers on extras | 1.70 | 297.50 |
| 3/16/2021 | CD | 17c Update Extras worksheets with additional invoices. Review invoices and items still needed to complete worksheet. | 0.50 | 87.50 |
| 3/18/2021 | CD | 17c Review invoices for extras billed | 1.40 | 245.00 |
| 3/19/2021 | CD | 17c Review email correspondence re extras profits | 0.20 | 35.00 |
| 3/23/2021 | RB | 17c Calls with Carol Davis re: extras profits/costs issues | 0.70 | 0.00 |
| 3/23/2021 | RB | 17c Calls with KOH re: determination of refunds to buyers on extras sold by Kevin McGrath | 1.20 | 0.00 |
| 3/23/2021 | CD | 17c Update sales transactions and extras. | 0.40 | 70.00 |
| 3/23/2021 | CD | 17c Call with RB & KOH re extras profit calculation | 0.70 | 0.00 |
| 3/23/2021 | CD | 17c Calls with RB re extras profits costs | 0.70 | 0.00 |
| 3/23/2021 | CD | 17c Update extras profit worksheets | 0.60 | 105.00 |
| 3/24/2021 | CD | 17c Review extras worksheets and invoices, update worksheets | 1.00 | 175.00 |
| 3/26/2021 | CD | 17c Review invoices for extras billed and update worksheet | 0.30 | 52.50 |
| 3/26/2021 | CD | 17c Review additional Extras and any related invoices. | 1.00 | 175.00 |
| 3/31/2021 | CD | 17c Review invoices for extras billed and update worksheet | 1.40 | 245.00 |
| 4/2/2021 | CD | 17c Update extras worksheet and forward to RB | 0.30 | 52.50 |
| 4/2/2021 | CD | 17c Review invoices for extras billed and update worksheet | 1.70 | 297.50 |
| 4/6/2021 | RB | 17c Calls with Carol Davis re: sales issues | 0.40 | 0.00 |
| 4/7/2021 | CD | 17c Review extras and related invoices, update worksheets. | 1.90 | 332.50 |
| 4/13/2021 | RB | 17c Calls with Carol Davis re: sales issues | 0.20 | 0.00 |
| 4/20/2021 | CD | 17c Update Lot 17 Extras Profit calculation worksheet with additional invoices received. | 0.40 | 70.00 |
| 4/29/2021 | RB | 17c Calls with Carol Davis re: profits due to McGrath per Construction Management agreement | 1.20 | 0.00 |
| 4/29/2021 | CD | 17c Call with RB re profit calculations for McGrath Construction Agreement | 1.20 | 0.00 |
| 4/29/2021 | CD | 17c Review extras profit calculations for units | 0.50 | 87.50 |
| 4/30/2021 | RB | 17c Calls with Carol Davis re: resolution of outstanding "extras" profits calculations applicable to McGrath CMA (search for applicable invoices) | 0.30 | 0.00 |
| 4/30/2021 | CD | 17c Call with RB re issues with outstanding extras for McGrath's. | 0.30 | 0.00 |
| 5/11/2021 | CD | 17c Pull additional invoices for extras and update Extras schedules. | 1.90 | 332.50 |
| 5/17/2021 | CD | 17c Review and update worksheets for extras profit calculations for units | 1.20 | 210.00 |
| 5/17/2021 | CD | 17c Prepare extras worksheets and pdf files for settlement documents for Counsel | 1.80 | 315.00 |

| | | | | |
|---|---|---|---:|---:|
| Total | | **SALES EXTRAS** | 206.1 | 30,317.50 |

**For Professional Services Rendered:**

| | | | Total Hours Worked |
|---|---|---|---:|
| RB | Ralph Brotherton | | 38.60 |
| CD | Carol Davis | | 167.50 |

| | | Rate | Total Hours Billed | |
|---|---|---|---:|---:|
| RB | Ralph Brotherton | $250/hr | 19.70 | $4,925.00 |
| CD | Carol Davis | $175/hr | 145.10 | $25,392.50 |

| | | Total Hours Not Billed |
|---|---|---:|
| RB | Ralph Brotherton | 18.90 |
| CD | Carol Davis | 22.40 |