# EXHIBIT 18
# RELIEF FROM STAY & ADEQUATE PROTECTION

**Newbridge Management, LLC**
**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | Relief from Stay & Adequate Protection | | |
| **Total** | **Relief from Stay & Adequate Protection** | 0.0 | 0.0 |