# EXHIBIT 19a
# REPORTING - UST/COURT

**Newbridge Management, LLC**

**PROFESSIONAL SERVICES**

Island View Crossing II, LP - NM

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| | | | **Reporting - UST/Court** | | |
| | | | Review filed monthly operating reports and begin preparation of Ch 11 Trustee | 2.6 | 455.00 |
| 2/12/2018 | CD | 19a | operating report. | | |
| 2/13/2018 | CD | 19a | Review UST email re monthly operating reports and fees. | 0.2 | 35.00 |
| 2/14/2018 | CD | 19a | Review prior monthly operating reports filed | 1.0 | 175.00 |
| 2/26/2018 | CD | 19a | Review docket for Nov and Dec operating report filings. | 0.1 | 17.50 |
| 3/2/2018 | CD | | Review docket for Nov & Dec monthly operating reports.  Review Nov MOR. | 0.4 | 70.00 |
| | | 19a | | | |
| 3/7/2018 | CD | 19a | Review docket entries for Dec operating report. | 0.1 | 17.50 |
| 3/12/2018 | CD | 19a | Review Docket for December monthly operating report filing | 0.1 | 17.50 |
| 3/15/2018 | CD | 19a | Download and review Dec 2017 monthly operating report. | 0.4 | 70.00 |
| 3/20/2018 | CD | 19a | Preparation of January and Feb 2018 monthly operating reports. | 4.8 | 840.00 |
| 3/21/2018 | CD | 19a | Discussion with Trustee re: bank accounts and monthly operating report. | 0.3 | 0.00 |
| 3/21/2018 | CD | 19a | Input final adjustments to January and February monthly operating reports. | 2.0 | 350.00 |
| 3/23/2018 | CD | 19a | Email correspondence re: filed Jan & Feb MOR's | 0.1 | 17.50 |
| 3/28/2018 | CD | 19a | Review information related to Monthly operating reports. | 0.1 | 17.50 |
| 4/17/2018 | CD | 19a | Review information for March monthly operating report. | 0.3 | 52.50 |
| 4/19/2018 | CD | 19a | Preparation of March 2018 monthly operating report. | 1.5 | 262.50 |
| 4/25/2018 | CD | 19a | Prepare 1st Qtr 2018 UST payment form.  Email to KOH. | 0.1 | 17.50 |
| 4/30/2018 | CD | 19a | Review information from UST re: bank account | 0.2 | 35.00 |
| 5/1/2018 | CD | | Discussion with Regions Bank re: UST depository agreement and bank accounts.  Email correspondence with Trustee re: same.  Email to bank relationship manager re: UST depository agreement and bank accounts. | 0.8 | 140.00 |
| 5/4/2018 | RB | | Call with Regions Bank officers re: Depository Account Agreement (.2) and | 0.6 | 150.00 |
| | | 19a | related followup with Carol Davis (.4) | | |
| 5/4/2018 | CD | 19a | Preparation of April monthly operating report. | 0.8 | 140.00 |
| 5/4/2018 | CD | | Call with Regions Bank officers re: Depository Account Agreement (.2) and | 0.6 | 105.00 |
| | | 19a | related followup with Trustee and RB (.4). | | |
| 5/10/2018 | CD | 19a | Email correspondence with bank re: depository agreement | 0.1 | 17.50 |
| 5/14/2018 | CD | 19a | Scan UST statement and forward to Trustee. | 0.1 | 17.50 |
| 5/15/2018 | CD | 19a | Input in April monthly operating report | 0.4 | 70.00 |
| 5/17/2018 | CD | | Update April monthly operating report, scan and forward to Counsel for filing. | 0.2 | 35.00 |
| | | 19a | | | |
| 6/5/2018 | CD | | Email correspondence with bank re: depository agreement.  Provide copy of | 0.3 | 52.50 |
| | | 19a | Regions Bank check for checking account to UST. | | |
| 6/5/2018 | CD | 19a | Preparation of May Monthly Operating Report. | 1.0 | 175.00 |
| 6/7/2018 | CD | 19a | Preparation of May Monthly Operating Report.  Forward draft to KOH. | 1.4 | 245.00 |
| 6/8/2018 | CD | | Final preparation of May Monthly Operating Report. Forward to Counsel for | 0.8 | 140.00 |
| | | 19a | filing. | | |
| 7/5/2018 | CD | | Preparation of June monthly operating report.  Forward to Counsel for filing. | 2.5 | 437.50 |
| | | 19a | | | |
| 8/2/2018 | CD | 19a | Prepare draft July monthly operating report. | 0.8 | 140.00 |
| 8/7/2018 | CD | 19a | Review expenses for July Monthly Operating Report. | 0.3 | 52.50 |
| 8/8/2018 | CD | 19a | Preparation of July Monthly Operating Report. | 1.5 | 262.50 |
| 8/17/2018 | CD | 19a | Complete July Monthly Operating Report and forward to Counsel. | 0.7 | 122.50 |
| 8/23/2018 | CD | 19a | Email correspondence from Counsel re: MOR filed | 0.1 | 17.50 |
| 9/4/2018 | CD | 19a | Preparation of August monthly operating report. | 0.8 | 140.00 |
| 9/6/2018 | CD | 19a | Complete August monthly operating report.  Email to Counsel for filing. | 0.7 | 122.50 |
| 9/11/2018 | CD | 19a | Review UST email correspondence | 0.1 | 17.50 |
| 9/26/2018 | CD | 19a | Discussion with KOH re: bond increase request | 0.1 | 17.50 |
| 9/26/2018 | CD | 19a | Discussion with KOH re: monthly operating report | 0.4 | 70.00 |
| 10/1/2018 | CD | | Email September bank statement to UST. Email correspondence re insurance | 0.2 | 35.00 |
| | | 19a | for UST. | | |
| 10/1/2018 | CD | 19a | Preparation of September Monthly Operating Report | 1.2 | 210.00 |
| 10/2/2018 | CD | | Complete September monthly operating report and email to Counsel for filing. | 0.6 | 105.00 |
| | | 19a | | | |
| 10/3/2018 | CD | 19a | Review email correspondence re bond | 0.1 | 17.50 |
| 10/9/2018 | CD | 19a | Email correspondence to Counsel re: Oct MOR. | 0.1 | 17.50 |
| 11/1/2018 | CD | | Review October receipts and disbursements and work on preparation of | 6.2 | 1,085.00 |
| | | 19a | October monthly operating report. | | |
| 11/2/2018 | CD | 19a | Preparation of October monthly operating report | 4.3 | 752.50 |
| 11/5/2018 | CD | 19a | Preparation of October monthly operating report. | 1.2 | 210.00 |
| 11/6/2018 | CD | 19a | Discussion with KOH re: October monthly operating report. | 1.9 | 332.50 |

Island View Crossing II, LP - NM

| Date | | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 11/7/2018 | CD | 19a | Preparation of October monthly operating report | 3.2 | 560.00 |
| 11/7/2018 | CD | 19a | Discussion with KOH re: October monthly operating report | 0.2 | 35.00 |
| 11/8/2018 | RB | 19a | Review of MOR draft for submission to Counsel for filing | 0.4 | 100.00 |
| 11/8/2018 | CD | 19a | Complete October monthly operating report and forward to Counsel. | 0.5 | 87.50 |
| 11/9/2018 | CD | 19a | Email correspondence with Counsel re: October monthly operating report | 0.1 | 17.50 |
| 11/14/2018 | CD | | Email confirmation from Counsel re filing of October monthly operating report 19a | 0.1 | 17.50 |
| 12/6/2018 | CD | 19a | Preparation of November Monthly Operating Report | 4.2 | 735.00 |
| 12/7/2018 | CD | | Preparation of November Monthly Operating Report. Draft report to KOH and 19a RB. | 6.2 | 1,085.00 |
| 12/8/2018 | RB | 19a | Review draft of monthly operating report | 1.3 | 325.00 |
| 12/10/2018 | RB | 19a | Call with Carol Davis re: review of draft MOR to be filed | 1.1 | 275.00 |
| 12/10/2018 | CD | 19a | Discussion with RB re: monthly operating report | 1.1 | 192.50 |
| 12/10/2018 | CD | 19a | Revise November monthly operating and forward to Counsel for filing. | 0.6 | 105.00 |
| 1/3/2019 | CD | 19a | Work on information for December operating report. | 1.6 | 280.00 |
| 1/4/2019 | CD | 19a | Preparation of December monthly operating report. | 6.0 | 1,050.00 |
| 1/7/2019 | CD | | Review December monthly operating report, forward to KOH & RB for review. 19a | 0.5 | 87.50 |
| 1/8/2019 | RB | 19a | Initial review of MOR draft | 1.7 | 425.00 |
| 1/8/2019 | CD | 19a | Review and calculate 4th quarter 2018 UST fee. | 0.3 | 52.50 |
| 1/9/2019 | CD | 19a | Prepare file for December monthly operating report. | 0.2 | 35.00 |
| 1/10/2019 | RB | 19a | Final review of MOR draft | 0.8 | 200.00 |
| 1/10/2019 | CD | 19a | Final preparation of December monthly operating report. | 0.7 | 122.50 |
| 1/14/2019 | CD | 19a | Email December monthly operating report to Counsel for filing. | 0.1 | 17.50 |
| 1/22/2019 | RB | 19a | Review of payment to U.S. Trustee | 0.1 | 25.00 |
| 1/31/2019 | CD | 19a | Review email correspondence re UST statement | 0.5 | 87.50 |
| 2/4/2019 | RB | 19a | Review information requirements from U.S. Trustee | 0.4 | 100.00 |
| 2/4/2019 | CD | 19a | Preparation of January Monthly Operating Report | 5.5 | 962.50 |
| 2/5/2019 | RB | 19a | Work on documents required by U.S. Trustee for Kevin O'Halloran | 3.4 | 850.00 |
| 2/5/2019 | RB | 19a | Initial brief review of MOR draft | 0.4 | 100.00 |
| 2/5/2019 | CD | | Complete draft of January Monthly Operating Report. Forward same to KOH & RB for review. | 1.5 | 262.50 |
| 2/6/2019 | RB | 19a | Followup on additional info requested by U.S. Trustee's office for KOH | 0.3 | 75.00 |
| 2/7/2019 | RB | | Review emails re: U.S. Trustee requirements of Regions Bank to address case balances over FDIC insurance limits | 0.2 | 50.00 |
| 2/7/2019 | CD | 19a | Review email correspondence re UST bank request | 0.1 | 17.50 |
| 2/10/2019 | RB | 19a | Review of draft MOR to be submitted to Bankruptcy Court | 0.4 | 100.00 |
| 2/11/2019 | RB | | Review of communication re: Trustee requirements for cash management 19a purposes | 0.2 | 50.00 |
| 2/11/2019 | CD | 19a | Review email correspondence re January Monthly Operating Report | 0.1 | 17.50 |
| 2/12/2019 | CD | 19a | Complete January Monthly Operating Report, email to Counsel for filing | 0.7 | 122.50 |
| 3/8/2019 | CD | 19a | Preparation of March monthly operating report | 4.5 | 787.50 |
| 3/10/2019 | RB | 19a | Review draft of MOR | 0.4 | 100.00 |
| 3/11/2019 | CD | | Email correspondence re February monthly operating report. Complete Feb MOR and forward to Counsel for filing. | 0.6 | 105.00 |
| 4/1/2019 | CD | 19a | Review of documents for preparation of March monthly operating report | 2.0 | 350.00 |
| 4/2/2019 | CD | 19a | Preparation of March monthly operating report | 1.5 | 262.50 |
| 4/3/2019 | CD | 19a | Preparation of March monthly operating report | 0.5 | 87.50 |
| 4/4/2019 | CD | 19a | Review information for March monthly operating report | 1.0 | 175.00 |
| 4/5/2019 | CD | | Preparation of March monthly operating report. Email to KOH & RB for review 19a | 1.6 | 280.00 |
| 4/7/2019 | RB | 19a | Review draft MOR | 1.1 | 275.00 |
| 4/8/2019 | CD | | Input adjustments to Mar monthly operating report and forward to Counsel for 19a filing. | 0.4 | 70.00 |
| 4/22/2019 | CD | 19a | Email from Counsel re: filing of March monthly operating report. | 0.1 | 17.50 |
| 5/2/2019 | CD | | Review information for April monthly operating report, begin preparation of 19a same. | 1.7 | 297.50 |
| 5/8/2019 | CD | 19a | Preparation of April monthly operating report. | 5.0 | 875.00 |
| 5/15/2019 | RB | 19a | Review of MOR final draft for submission | 0.7 | 175.00 |
| 5/15/2019 | CD | | Preparation and additional input in April monthly operating report. Forward 19a same to Counsel for filing. | 2.5 | 437.50 |
| 5/20/2010 | CD | 19a | Received filed April monthly operating report from Counsel. | 0.1 | 17.50 |
| 6/6/2019 | CD | 19a | Preparation of information for May Operating Report. | 0.8 | 140.00 |
| 6/7/2019 | CD | 19a | Preparation of May Monthly Operating Report | 4.6 | 805.00 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/10/2019 | RB | 19a Initial review of draft Monthly Operating Report | 0.8 | 200.00 |
| 6/10/2010 | CD | 19a Preparation of May Monthly Operating Report, forward to KOH & RB | 1.2 | 210.00 |
| 6/18/2019 | RB | 19a Call with Carol Davis re: MOR | 0.2 | 50.00 |
| 6/18/2019 | CD | 19a Call with RB re: MOR | 0.2 | 35.00 |
| 6/19/2019 | CD | 19a Email May monthly operating report to Counsel for filing | 0.1 | 17.50 |
| 7/2/2019 | CD | 19a Preparation of June monthly operating report | 2.1 | 367.50 |
| 7/8/2019 | CD | 19a Preparation of June monthly operating report | 2.1 | 367.50 |
| 7/9/2019 | CD | 19a Complete and forward June monthly operating report for review to KOH | 0.4 | 70.00 |
| 7/10/2019 | CD | 19a Email June monthly operating report to Counsel for filing | 0.1 | 17.50 |
| 7/11/2019 | CD | 19a Call with Regions Bank re reporting for UST | 0.1 | 17.50 |
| 7/12/2019 | CD | 19a Regions Bank confirmation of 2nd Qtr information to UST office | 0.1 | 17.50 |
| 8/13/2019 | CD | 19a Preparation of July monthly operating report | 1.1 | 192.50 |
| 8/14/2019 | CD | 19a Preparation of July monthly operating report. | 4.1 | 717.50 |
| 8/15/2019 | CD | 19a Email July monthly operating report to Counsel for filing. | 0.1 | 17.50 |
| 8/22/2019 | CD | 19a Received filed copy of July MOR from Counsel. | 0.1 | 17.50 |
| 9/4/2019 | CD | 19a Preparation of August monthly operating report. | 2.9 | 507.50 |
| 9/6/2019 | CD | 19a Preparation of August monthly operating report, forward draft to KOH | 0.6 | 105.00 |
| 9/9/2019 | CD | 19a Email August monthly operating report to Counsel for filing. | 0.1 | 17.50 |
| 10/3/2019 | CD | 19a Preparation of September Monthly Operating Report | 2.8 | 490.00 |
| 10/3/2019 | CD | 19a Review 3rd quarter disbursements for UST fees | 0.2 | 35.00 |
| 10/9/2019 | CD | 19a Review email correspondence re Sept MOR and Ins report | 0.1 | 17.50 |
| 10/15/2019 | CD | 19a Email correspondence from KOH re Sept MOR | 0.1 | 17.50 |
| 11/6/2019 | CD | 19a Preparation of October monthly operating report. | 2.3 | 402.50 |
| 11/7/2019 | CD | 19a Email correspondence with KOH re September MOR | 0.1 | 17.50 |
| 11/7/2019 | CD | 19a Calls with KOH re monthly operating report | 0.6 | 105.00 |
| 11/7/2019 | CD | 19a Update September monthly operating report. | 1.4 | 245.00 |
| 11/8/2019 | CD | 19a Update September monthly operating report | 0.7 | 122.50 |
| 11/8/2019 | CD | 19a Calls with KOH re monthly operating reports | 0.5 | 87.50 |
| 11/8/2019 | CD | 19a Received filed copy of September MOR from Counsel | 0.1 | 17.50 |
| 11/8/2019 | CD | 19a Preparation of October monthly operating report. | 0.2 | 35.00 |
| 11/11/2019 | CD | 19a Preparation of October monthly operating report | 2.7 | 472.50 |
| 11/15/2019 | CD | Complete draft October monthly operating report and forward to KOH & RB. 19a | 0.3 | 52.50 |
| 11/20/2019 | RB | 19a Detailed review of draft of Monthly Operating Report to be filed with Court | 2.3 | 575.00 |
| 11/20/2019 | CD | Complete October monthly operating report and forward to Counsel for filing. 19a | 0.1 | 17.50 |
| 11/21/2019 | CD | 19a Received filed Oct monthly operating report from Counsel. | 0.1 | 17.50 |
| 11/21/2019 | CD | 19a Update filed monthly operating reports folder. | 0.2 | 35.00 |
| 12/3/2019 | CD | 19a Gather data for November monthly operating report. | 0.2 | 35.00 |
| 12/3/2019 | CD | 19a Preparation of data for November monthly operating report. | 1.4 | 245.00 |
| 12/4/2019 | CD | 19a Call with KOH re monthly operating report. | 0.3 | 52.50 |
| 12/4/2019 | CD | 19a Preparation of November monthly operating report. | 0.2 | 35.00 |
| 12/5/2019 | CD | 19a Preparation of November monthly operating report. | 3.4 | 595.00 |
| 12/6/2019 | CD | 19a Review November monthly operating report, forward to KOH and RB. | 0.8 | 140.00 |
| 12/17/2019 | RB | 19a Review of Monthly Operating Report draft | 0.7 | 175.00 |
| 12/17/2019 | CD | 19a Email correspondence with RB re Nov MOR | 0.1 | 17.50 |
| 12/19/2019 | CD | Complete November Monthly Operating Report forward to Counsel for filing. 19a | 0.3 | 52.50 |
| 12/20/2019 | CD | 19a Review email confirmation from Counsel Nov MOR filed. | 0.1 | 17.50 |
| 1/3/2020 | CD | 19a Prepare information for December monthly operating report | 1.2 | 210.00 |
| 1/9/2020 | CD | 19a Preparation of December monthly operating report. | 2.6 | 455.00 |
| 1/10/2020 | CD | 19a Preparation of December monthly operating report. | 1.7 | 297.50 |
| 1/15/2020 | CD | 19a Update schedules for December monthly operating report | 1.0 | 175.00 |
| 1/20/2020 | CD | 19a Preparation of December monthly operating report. | 3.7 | 647.50 |
| 1/27/2020 | CD | 19a Review December monthly operating report draft and payables. | 0.4 | 70.00 |
| 1/28/2020 | CD | 19a Prepare check to UST for 4th Qtr 2019 fees | 0.3 | 52.50 |
| 2/4/2020 | CD | 19a Assemble information for January monthly operating report. | 0.9 | 157.50 |
| 2/7/2020 | CD | 19a Email from Counsel re: December monthly operating report | 0.1 | 17.50 |
| 2/10/2020 | CD | 19a Call with KOH re IVC December monthly operating report | 0.3 | 52.50 |
| 2/10/2020 | CD | Complete December monthly operating report and forward to Counsel for filing. 19a | 2.1 | 367.50 |
| 2/10/2020 | CD | Assemble and forward to UST signature card information for escrow account. 19a | 0.2 | 35.00 |
| 2/11/2020 | CD | 19a Review information for January monthly operating report. | 0.3 | 52.50 |

**PROFESSIONAL SERVICES**

Island View Crossing II, LP - NM

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/11/2020 | CD | 19a Work on January monthly operating report information. | 1.7 | 297.50 |
| 2/11/2020 | CD | 19a Email correspondence re December monthly operating report filed. | 0.1 | 17.50 |
| 2/12/2020 | CD | 19a Email correspondence re UST payment | 0.1 | 17.50 |
| 2/12/2020 | CD | 19a Work on January monthly operating report. | 0.3 | 52.50 |
| 2/13/2020 | CD | 19a Preparation of January monthly operating report. | 1.9 | 332.50 |
| 2/14/2020 | CD | 19a Preparation of January monthly operating report. | 0.4 | 70.00 |
| 2/18/2020 | CD | 19a Preparation of January monthly operating report. | 1.5 | 262.50 |
| 2/19/2020 | CD | 19a Complete January monthly operating report and forward to KOH & RB | 1.1 | 192.50 |
| 2/20/2020 | RB | 19a Review draft of MOR | 0.8 | 200.00 |
| 2/20/2020 | RB | 19a Call with Carol Davis re: review of MOR | 0.9 | 225.00 |
| 2/20/2020 | CD | 19a Call with RB re review of January monthly operating report | 0.9 | 157.50 |
| 2/20/2020 | CD | Complete January monthly operating report and forward to Counsel for filing. 19a | 0.4 | 70.00 |
| 2/25/2020 | CD | 19a Receive and review correspondence re  UST 4th quarter fees. | 0.3 | 52.50 |
| 3/3/2020 | CD | 19a Preparation of February monthly operating report. | 0.4 | 70.00 |
| 3/4/2020 | CD | 19a Preparation of February monthly operating report. | 0.4 | 70.00 |
| 3/5/2020 | CD | 19a Preparation of February monthly operating report. | 4.4 | 770.00 |
| 3/6/2020 | CD | 19a Preparation of February monthly operating report. | 0.6 | 105.00 |
| 3/27/2020 | RB | 19a Review of MOR to be submitted to Court | 1.1 | 275.00 |
| 3/27/2020 | RB | 19a Call with Carol Davis re: case issues | 1.3 | 325.00 |
| 3/27/2020 | CD | 19a Calls with RB re case issues. | 1.3 | 227.50 |
| 3/27/2020 | CD | 19a Update February Monthly Operating Report. | 0.7 | 122.50 |
| 3/31/2020 | CD | 19a Email to Regions Bank re Bank reporting to UST in April for 1st Qtr. | 0.1 | 17.50 |
| 4/3/2020 | CD | 19a Prep work for March Monthly Operating Report. | 0.3 | 52.50 |
| 4/8/2020 | RB | 19a Calls with Carol Davis re: case issues | 1.9 | 475.00 |
| 4/8/2020 | RB | 19a Review MOR format for future reporting of sales ' | 1.3 | 325.00 |
| 4/8/2020 | CD | 19a Call with RB re case issues | 1.9 | 332.50 |
| 4/9/2020 | RB | 19a Calls with Carol Davis re: case issues | 2.1 | 525.00 |
| 4/9/2020 | CD | 19a Call with RB re case issues | 2.1 | 367.50 |
| 4/9/2020 | CD | 19a Prepare draft of March cash disbursements. | 2.1 | 367.50 |
| 4/10/2020 | CD | 19a Input adjustment to March cash disbursements schedule. | 0.1 | 17.50 |
| 4/13/2020 | RB | 19a Calls with Carol Davis re: case issues | 0.2 | 50.00 |
| 4/13/2020 | CD | 19a Call with RB re case issues | 0.2 | 35.00 |
| 4/20/2020 | RB | Review of communications from U.S. Trustee and determine required action 19a | 0.3 | 75.00 |
| 4/22/2020 | RB | 19a Review communication from U.S. Trustee | 0.1 | 25.00 |
| 4/22/2020 | RB | 19a Review of MOR | 0.8 | 200.00 |
| 4/22/2020 | CD | 19a Preparation of March Monthly Operating Report | 6.5 | 1,137.50 |
| 4/23/2020 | RB | 19a Call with Carol Davis re: case issues | 0.7 | 175.00 |
| 4/23/2020 | CD | Revisions to March Monthly Operating Report.  Email MOR to Counsel for 19a filing. | 1.9 | 332.50 |
| 4/23/2020 | CD | 19a Call with KOH re March Monthly Operating Report & Insurance issues. | 0.3 | 52.50 |
| 4/23/2020 | CD | 19a Email Feb Monthly Operating report to Counsel for filing. | 0.1 | 17.50 |
| 4/23/2020 | CD | 19a Call with RB re case issues | 0.7 | 122.50 |
| 4/28/2020 | CD | 19a Email from Counsel re filing of Feb & Mar MOR's | 0.1 | 17.50 |
| 4/28/2020 | CD | 19a Prepare information for April monthly operating report. | 1.2 | 210.00 |
| 4/29/2020 | CD | 19a Prepare UST check. | 0.2 | 35.00 |
| 5/4/2020 | CD | 19a Preparation of April monthly operating report. | 1.20 | 210.00 |
| 5/5/2020 | CD | 19a Preparation of April monthly operating report. | 2.20 | 385.00 |
| 5/6/2020 | CD | 19a Preparation of April monthly operating report. | 1.50 | 262.50 |
| 5/8/2020 | CD | 19a Preparation of April monthly operating report. | 1.60 | 280.00 |
| 5/13/2020 | CD | 19a Email correspondence to KOH and RB re April monthly operating report. | 0.20 | 35.00 |
| 5/15/2020 | RB | 19a Call with KOH re: case issues | 0.10 | 25.00 |
| 5/18/2020 | RB | 19a Review of draft MOR | 1.40 | 350.00 |
| 5/18/2020 | RB | 19a Calls with Carol Davis re: case reporting issues | 0.50 | 125.00 |
| 5/18/2020 | CD | 19a Call with RB re April monthly operating report. | 0.50 | 87.50 |
| 5/18/2020 | CD | 19a Email April monthly operating report to Counsel for filing. | 0.10 | 17.50 |
| 5/20/2020 | CD | 19a Review email correspondence re April MOR filed | 0.10 | 17.50 |
| 5/21/2020 | RB | 19a Calls with Carol Davis re: case issues | 1.50 | 375.00 |
| 5/21/2020 | CD | 19a Call with RB re case issues - MOR information | 1.50 | 262.50 |
| 6/2/2020 | CD | 19a Work on data for May Monthly Operating Report. | 2.20 | 385.00 |
| 6/3/2020 | CD | 19a Preparation of May Monthly Operating Report. | 3.40 | 595.00 |
| 6/8/2020 | CD | 19a Preparation of May Monthly Operating Report. | 0.70 | 122.50 |
| 6/9/2020 | RB | 19a Review of MOR draft | 2.30 | 575.00 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 6/9/2020 | CD | 19a | Email correspondence from KOH re May MOR. | 0.10 | 17.50 |
| 6/23/2020 | CD | 19a | Email correspondence with Counsel's office re May MOR | 0.10 | 17.50 |
| 6/25/2020 | CD | 19a | Review files for address. | 0.10 | 17.50 |
| 6/25/2020 | CD | 19a | Email correspondence re MOR filed. | 0.10 | 17.50 |
| 7/1/2020 | CD | 19a | Preparation of June Monthly Operating Report | 3.5 | 612.50 |
| 7/2/2020 | CD | 19a | Preparation of June Monthly Operating Report | 1.0 | 175.00 |
| 7/6/2020 | RB | 19a | Call with Carol Davis re: MOR issues | 0.40 | 100.00 |
| 7/6/2020 | RB | 19a | Review draft MOR to be submitted to Court | 0.90 | 225.00 |
| 7/6/2020 | CD | 19a | Call with RB re MOR issues | 0.4 | 70.00 |
| 7/6/2020 | CD | 19a | Email June Monthly Operating Report to Counsel for filing. | 0.1 | 17.50 |
| 7/7/2020 | RB | 19a | Call with Carol Davis re: MOR issues | 0.60 | 150.00 |
| 7/7/2020 | CD | 19a | Call with RB re MOR issues | 0.6 | 105.00 |
| 7/7/2020 | CD | 19a | Revise June MOR and forward to Counsel for filing | 0.1 | 17.50 |
| 7/8/2020 | RB | 19a | Call with Carol Davis re: MOR issues | 0.30 | 75.00 |
| 7/8/2020 | CD | 19a | Call with RB re MOR issues | 0.3 | 52.50 |
| 7/10/2020 | RB | 19a | Call with Carol Davis re: U.S. Trustee requirements for bank reporting | 0.30 | 75.00 |
| 7/10/2020 | CD | 19a | Call with RB re UST requirements of bank reporting | 0.3 | 52.50 |
| 7/20/2020 | CD | 19a | Review email correspondence re June 2020 MOR filing. | 0.10 | 17.50 |
| 7/21/2020 | CD | 19a | Prepare and input UST check | 0.30 | 52.50 |
| 7/23/2020 | CD | 19a | Review payables information. | 0.30 | 52.50 |
| 8/4/2020 | CD | 19a | Work on preparation of July monthly operating report. | 2.10 | 367.50 |
| 8/5/2020 | CD | 19a | Work on preparation of July monthly operating report. | 1.80 | 315.00 |
| 8/5/2020 | CD | 19a | Preparation of July monthly operating report. | 0.70 | 122.50 |
| 8/6/2020 | CD | 19a | Preparation of July monthly operating report. | 0.50 | 87.50 |
| 8/7/2020 | CD | 19a | Preparation of July monthly operating report. | 1.50 | 262.50 |
| 8/10/2020 | CD | 19a | Forward July monthly operating report to KOH and RB for review. | 0.10 | 17.50 |
| 8/11/2020 | RB | 19a | Initial review of draft MOR for July 2020 | 0.90 | 225.00 |
| 8/13/2020 | RB | 19a | Final review of MOR with Carol Davis | 0.30 | 75.00 |
| 8/13/2020 | CD | 19a | Call with RB re MOR review | 0.30 | 52.50 |
| 8/13/2020 | CD | 19a | Revise date on July monthly operating report and forward to Counsel for filing. | 0.10 | 17.50 |
| 9/1/2020 | CD | 19a | Update August transactions for MOR preparation. | 0.50 | 87.50 |
| 9/2/2020 | CD | 19a | Preparation of August monthly operating report. | 2.00 | 350.00 |
| 9/3/2020 | CD | 19a | Preparation of August monthly operating report. | 3.30 | 577.50 |
| 9/4/2020 | CD | 19a | Preparation of August monthly operating report. | 2.30 | 402.50 |
| 9/9/2020 | CD | 19a | Review August monthly operating report. | 0.20 | 35.00 |
| 9/15/2020 | CD | 19a | Email August monthly operating report to KOH & RB for review | 0.10 | 17.50 |
| 9/20/2020 | RB | 19a | Review of MOR for filing purposes | 1.10 | 275.00 |
| 9/21/2020 | CD | 19a | Email from RB re August MOR. Email August MOR to Counsel for filing. | 0.20 | 35.00 |
| 10/1/2020 | CD | 19a | Update register for monthly operating report. | 0.30 | 52.50 |
| 10/1/2020 | CD | 19a | Begin preparation for September monthly operating report. | 2.60 | 455.00 |
| 10/8/2020 | CD | 19a | Work on preparation of September Monthly Operating Report. | 2.60 | 455.00 |
| 10/9/2020 | CD | 19a | Preparation of September Monthly Operating Report | 2.80 | 490.00 |
| 10/12/2020 | CD | 19a | Work on September monthly operating report. | 1.60 | 280.00 |
| 10/13/2020 | CD | 19a | Call with KOH re MOR | 0.20 | 35.00 |
| 10/14/2020 | CD | 19a | Review email correspondence from KOH and RB re Sept MOR. | 0.20 | 35.00 |
| 10/19/2020 | RB | 19a | Review monthly operating report draft | 1.20 | 300.00 |
| 10/20/2020 | RB | 19a | Call with Carol Davis re: MOR to be submitted to Trustee's office | 0.20 | 50.00 |
| 10/20/2020 | CD | 19a | Call with RB re MOR | 0.20 | 35.00 |
| 10/20/2020 | CD | | Complete September monthly operating report and forward to Counsel for filing. | 0.40 | 70.00 |
| | | 19a | | | |
| 10/21/2020 | CD | 19a | Search & review updated UST fee updated payment schedule. | 0.10 | 17.50 |
| 11/3/2020 | CD | 19a | Preparation of October monthly operating report. | 5.30 | 927.50 |
| 11/4/2020 | CD | 19a | Preparation of October monthly operating report. | 1.10 | 192.50 |
| 11/9/2020 | CD | | Review email correspondence from KOH re October monthly operating report. | 0.10 | 17.50 |
| | | 19a | | | |
| 11/10/2020 | CD | 19a | Preparation of October monthly operating report. | 0.90 | 157.50 |
| 11/10/2020 | CD | 19a | Call with KOH re October monthly operating report | 0.20 | 35.00 |
| 11/10/2020 | CD | 19a | Update October monthly operating report. | 0.20 | 35.00 |
| 11/18/2020 | RB | 19a | Review of Monthly Operating Report draft to be submitted to Court | 0.60 | 150.00 |
| 11/18/2020 | RB | 19a | Call with Carol Davis re: review of MOR draft and other MOR matters | 0.80 | 200.00 |
| 11/18/2020 | CD | 19a | Call with RB re MOR review | 0.80 | 140.00 |
| 11/18/2020 | CD | 19a | Preparation of October monthly operating report. | 0.10 | 17.50 |
| 11/19/2020 | CD | 19a | Email October Monthly Operating Report to Counsel for filing | 0.10 | 17.50 |
| 11/20/2020 | CD | 19a | Email correspondence from Counsel re MOR filed. | 0.10 | 17.50 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/3/2020 | CD | 19a Update registers for MOR reporting. | 2.20 | 385.00 |
| 12/4/2020 | CD | 19a Preparation of November Monthly Operating Report | 5.60 | 980.00 |
| 12/7/2020 | CD | 19a Preparation of November Monthly Operating Report | 1.00 | 175.00 |
| 12/9/2020 | RB | 19a Review of draft for MOR for submission | 0.90 | 225.00 |
| 12/14/2020 | CD | 19a Preparation of November Monthly Operating Report | 0.10 | 17.50 |
| 12/15/2020 | RB | 19a Final review of draft for MOR for submission | 0.40 | 100.00 |
| 12/16/2020 | CD | Review email correspondence from RB re MOR, prepare and email final 19a November MOR to Counsel for filing | 0.20 | 35.00 |
| 12/18/2020 | CD | 19a Update registers for MOR. | 0.80 | 140.00 |
| 12/21/2020 | CD | 19a Review email correspondence from Counsel re MOR filed with Court | 0.10 | 17.50 |
| 1/7/2021 | CD | 19a Preparation of December MOR | 3.20 | 560.00 |
| 1/8/2021 | CD | 19a Preparation of December MOR | 6.40 | 1,120.00 |
| 1/11/2021 | CD | 19a Preparation of December MOR. | 3.70 | 647.50 |
| 1/12/2021 | CD | 19a Preparation of December MOR | 1.90 | 332.50 |
| 1/13/2021 | CD | 19a Review of MOR | 0.30 | 52.50 |
| 1/13/2021 | CD | 19a Complete draft January MOR and forward to KOH and RB for review. | 1.00 | 175.00 |
| 1/17/2021 | RB | 19a Review of MOR draft | 0.80 | 200.00 |
| 1/18/2021 | RB | 19a Additional review of MOR draft | 0.60 | 150.00 |
| 1/18/2021 | CD | 19a Update to December MOR. | 0.10 | 17.50 |
| 1/19/2021 | RB | 19a Call with Carol Davis re: review of MOR draft to be filed | 0.30 | 75.00 |
| 1/19/2021 | CD | 19a Call with RB re MOR draft review | 0.30 | 52.50 |
| 1/20/2021 | CD | 19a Email to Counsel December 2020 Monthly Operating Report for filing. | 0.10 | 17.50 |
| 1/26/2021 | CD | 19a Received email from Counsel re filing of MOR | 0.10 | 17.50 |
| 1/27/2021 | RB | 19a Review additional bond requirements by Trustee | 0.20 | 50.00 |
| 2/4/2021 | CD | 19a Preparation of January monthly operating report. | 1.50 | 262.50 |
| 2/8/2021 | CD | 19a Preparation of January monthly operating report. | 5.00 | 875.00 |
| 2/9/2021 | CD | 19a Preparation of January monthly operating report. | 3.70 | 647.50 |
| 2/19/2021 | CD | 19a Email correspondence re MOR | 0.10 | 17.50 |
| 2/22/2021 | RB | 19a Review draft MOR for submission | 1.20 | 300.00 |
| 2/22/2021 | RB | 19a Call with Carol Davis re: draft MOR report | 0.70 | 175.00 |
| 2/22/2021 | CD | 19a Call with RB re MOR | 0.70 | 122.50 |
| 3/3/2021 | CD | Update registers and interest schedule for MOR reporting.  Preparation of 19a February monthly operating report. | 4.20 | 735.00 |
| 3/4/2021 | CD | 19a Preparation of February monthly operating report | 1.30 | 227.50 |
| 3/9/2021 | CD | 19a Preparation of March monthly operating report. | 2.20 | 385.00 |
| 3/10/2021 | CD | 19a Preparation of March monthly operating report. | 2.20 | 385.00 |
| 3/17/2021 | CD | 19a Preparation of February monthly operating report | 0.40 | 70.00 |
| 3/22/2021 | CD | 19a Review email correspondence re MOR filing | 0.10 | 17.50 |
| 3/26/2021 | CD | 19a Update registers for MOR reporting. | 2.30 | 402.50 |
| 4/1/2021 | CD | 19a Work on reports for March monthly operating report | 0.10 | 17.50 |
| 4/6/2021 | CD | 19a Preparation of March monthly operating report. | 2.50 | 437.50 |
| 4/8/2021 | CD | 19a Preparation of March monthly operating report. | 1.80 | 315.00 |
| 4/9/2021 | CD | 19a Preparation of March monthly operating report. | 0.60 | 105.00 |
| 4/9/2021 | CD | 19a Preparation of March monthly operating report. | 2.20 | 385.00 |
| 4/12/2021 | CD | 19a Preparation of March monthly operating report. | 1.50 | 262.50 |
| 4/13/2021 | CD | Complete March Monthly Operating Report draft and forward to KOH and RB 19a for review. | 0.40 | 70.00 |
| 4/15/2021 | CD | 19a Email to KOH & RB March 2021 MOR draft for review. | 0.10 | 17.50 |
| 4/19/2021 | RB | 19a Review of MOR for filing | 0.80 | 200.00 |
| 4/19/2021 | CD | Email to Counsel March 2021 Monthly Operating Report for filing with the 19a Bankruptcy Court. | 0.10 | 17.50 |
| 5/4/2021 | CD | 19a Work on data for April Monthly Operating Report. | 1.90 | 332.50 |
| 5/5/2021 | CD | 19a Preparation of April monthly operating report. | 3.40 | 595.00 |
| 5/6/2021 | CD | 19a Preparation of April monthly operating report. | 2.50 | 437.50 |
| 5/7/2021 | CD | 19a Preparation of April monthly operating report. | 0.80 | 140.00 |
| 5/19/2021 | RB | 19a Review of Monthly Operating Report | 0.70 | 175.00 |
| 5/19/2021 | CD | 19a Update April monthly operating report and forward to Counsel for filing. | 0.10 | 17.50 |
| 6/2/2021 | CD | 19a Update registers for preparation of monthly operating report. | 0.60 | 105.00 |
| 6/7/2021 | CD | 19a Preparation for May Monthly Operating Report | 0.50 | 87.50 |
| 6/15/2021 | CD | 19a Preparation of May Monthly Operating Report | 0.30 | 52.50 |
| 6/16/2021 | CD | 19a Preparation of May Monthly Operating Report | 4.50 | 787.50 |
| 6/17/2021 | CD | 19a Preparation of May Monthly Operating Report | 2.70 | 472.50 |
| 6/18/2021 | RB | 19a Calls with Carol Davis re: MOR matters | 0.20 | 50.00 |
| 6/18/2021 | CD | 19a Call with RB re MOR reporting | 0.20 | 35.00 |

**PROFESSIONAL SERVICES**

Island View Crossing II, LP - NM

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 6/19/2021 | RB | 19a | Review of MOR | 1.40 | 350.00 |
| 6/21/2021 | RB | 19a | Call with Carol Davis re: MOR issues | 0.10 | 25.00 |
| 6/21/2021 | CD | 19a | Review email correspondence re new MOR procedures | 0.20 | 35.00 |
| 6/21/2021 | CD | 19a | Email to Counsel May 2021 Monthly Operating Report for filing. | 0.10 | 17.50 |
| 6/21/2021 | CD | 19a | Call with RB re Monthly Operating Report | 0.10 | 17.50 |
| 6/22/2021 | CD | 19a | Review updated UST reports | 0.30 | 52.50 |
| 6/23/2021 | CD | 19a | Download and review new UST form and instructions. | 1.00 | 175.00 |
| 6/28/2021 | CD | 19a | Review email correspondence from Counsel re new MOR filing procedures, review attached documents | 0.80 | 140.00 |
| 7/1/2021 | CD | 19a | Work on transactions for Monthly Operating Report | 1.40 | 245.00 |
| 7/2/2021 | CD | 19a | Work on information for new UST Monthly Operating Report form | 0.90 | 157.50 |
| 7/3/2021 | CD | 19a | Work on information for new UST Monthly Operating Report form | 1.10 | 192.50 |
| 7/6/2021 | CD | 19a | Preparation of June Monthly Operating Report | 3.10 | 542.50 |
| 7/8/2021 | CD | 19a | Work on June Monthly Operating Report documents | 1.40 | 245.00 |
| 7/8/2021 | CD | 19a | Review email correspondence re bond increase | 0.10 | 17.50 |
| 7/8/2021 | CD | 19a | Preparation of June Monthly Operating Report | 2.00 | 350.00 |
| 7/9/2021 | CD | 19a | Preparation of June Monthly Operating Report | 3.50 | 612.50 |
| 7/16/2021 | CD | 19a | Call with KOH re new Monthly Operating Report Form | 0.20 | 35.00 |
| 7/16/2021 | CD | 19a | Work on new Monthly Operating Form | 0.40 | 70.00 |
| 7/19/2021 | RB | | Preliminary call with Carol Davis re: info needed for revised Monthly Operating 19a Report forms | 0.30 | 75.00 |
| 7/19/2021 | RB | | Call with KOH and Carol Davis re: info needed for revised Monthly Operating 19a Report forms | 2.50 | 625.00 |
| 7/19/2021 | RB | | Followup call with Carol Davis re: info needed for revised Monthly Operating 19a Report forms | 0.60 | 150.00 |
| 7/19/2021 | CD | 19a | Call with RB re new UST MOR form. | 0.30 | 52.50 |
| 7/19/2021 | CD | | Discussion with KOH and RB re data input for new UST Form and supporting 19a documents. | 2.50 | 437.50 |
| 7/19/2021 | CD | 19a | Call with RB re additional follow up for MOR. | 0.60 | 105.00 |
| 7/20/2021 | RB | | Work with Carol Davis  via phone ( 2.7 ) re: prep of MOR under new format 19a and content requirements and related follow-up work | 5.80 | 1,450.00 |
| 7/20/2021 | CD | 19a | Preparation of new UST MOR and supporting documents. | 5.40 | 945.00 |
| 7/20/2021 | CD | 19a | Call with RB re data for new UST MOR and supporting documents | 1.10 | 192.50 |
| 7/20/2021 | CD | 19a | Call with RB re preparation of new MOR form and supporting documents. | 1.60 | 280.00 |
| 7/21/2021 | RB | | Calls with Carol Davis re: finalization of MOR under new format requirements 19a | 1.40 | 350.00 |
| 7/21/2021 | CD | | Review and forward new UST MOR and supporting documents to Counsel for 19a review. | 0.20 | 35.00 |
| 7/21/2021 | CD | 19a | Call with RB re finalization of new MOR form and supporting documents. | 0.50 | 87.50 |
| 7/21/2021 | CD | 19a | Preparation of generated final June UST MOR form and forward to Counsel | 1.70 | 297.50 |
| 7/21/2021 | CD | 19a | Call with RB re finalization of new MOR form | 0.90 | 157.50 |
| 7/21/2021 | CD | 19a | Update MOR files | 0.60 | 105.00 |
| 7/23/2021 | RB | 19a | Call Carol Davis re: calculation of US Trustee fees | 0.30 | 75.00 |
| 7/23/2021 | CD | | Prepare response to email re UST fees calculation with additional support 19a documents | 0.30 | 52.50 |
| 7/23/2021 | CD | 19a | Call with RB re UST calculation of fees | 0.30 | 52.50 |
| 7/26/2021 | RB | 19a | Call with Carol Davis re: Counsel comments on MOR draft for filing | 0.30 | 75.00 |
| 7/26/2021 | CD | | Review email from Counsel re MOR. Update June MOR.  Email updated June 19a MOR to Counsel for review. | 2.60 | 455.00 |
| 7/26/2021 | CD | 19a | Call with RB re MOR | 0.30 | 52.50 |
| 7/27/2021 | CD | | Review email corresponded from Counsel.  Update June MOR and forward to 19a Counsel.  Review email re June MOR filed. | 0.70 | 122.50 |
| 7/30/2021 | CD | 19a | Review and work on transactions for July Monthly Operating Report. | 1.20 | 210.00 |
| | **Total** | | **Reporting - UST/Court** | **424.4** | **78,860.00** |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|

For Professional Services Rendered:

| | | | **Total Hours Worked** | |
|---|---|---|---|---|
| RB | Ralph Brotherton | | 61.90 | |
| CD | Carol Davis | | 362.50 | |

| | | | **Rate** | **Total Hours Billed** | |
|---|---|---|---|---|---|
| RB | Ralph Brotherton | | $250/hr | 61.90 | $15,475.00 |
| CD | Carol Davis | | $175/hr | 362.20 | $63,385.00 |

| | | | **Total Hours Not Billed** | |
|---|---|---|---|---|
| RB | Ralph Brotherton | | 0.00 | |
| CD | Carol Davis | | 0.30 | |