# EXHIBIT 19b
# REPORTING - LENDERS

**Newbridge Management, LLC**
PROFESSIONAL SERVICES
Island View Crossing II, LP - NM

| | | Hrs/Rate | Amount |
|---|---|---|---|
| Reporting - Lenders | | | |
| Total Reporting - Lenders | | 0.0 | - |