# EXHIBIT 19d
# REPORTING - HOME SALES

**Newbridge Management, LLC**
**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | | | Description | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| | | | **Reporting - Home sales** | | |
| 12/20/2019 | RB | 21d | Facilitate execution of contract documents with townhome purchasers | 1.6 | 400.00 |
| 1/2/2020 | RB | 21d | Calls with Carol Davis re: case issues | 1.2 | 0.00 |
| 1/2/2020 | RB | 21d | Calls with Bernie on sales contract execution for Lot 41 and other sales documentation issues | 0.9 | 225.00 |
| 1/2/2020 | CD | 21d | Calls with RB re sales contract issues. | 1.2 | 0.00 |
| 1/2/2020 | CD | 21d | Review closing cost and sales documents. | 0.9 | 157.50 |
| 1/2/2020 | CD | 21d | Review email correspondence re sales agreements. | 0.1 | 17.50 |
| 1/6/2020 | CD | 21d | Review email correspondence re sales contract information. | 0.1 | 17.50 |
| 1/9/2020 | RB | 21d | Work with Bernie on sales contract issues | 0.4 | 100.00 |
| 1/14/2020 | CD | 21d | Review email correspondence re: escrow deposit, contracts, broker | 0.6 | 105.00 |
| 1/16/2020 | RB | 21d | Work with Bernie Sauer on process issues for prospective buyers | 2.2 | 550.00 |
| 1/16/2020 | RB | 21d | Work on multiple sales contract coordination issues | 1.2 | 300.00 |
| 2/3/2020 | RB | 21d | Followup work on issues needed for upcoming townhome sales closings for the title company | 2.8 | 700.00 |
| 2/4/2020 | RB | 21d | Calls with Christy Traenkle re: title company and closing issues | 0.3 | 75.00 |
| 2/5/2020 | RB | 21d | Calls with Christy Traenkle re: title company and closing issues | 0.2 | 50.00 |
| 2/14/2020 | CD | 21d | Review email correspondence re contract on townhome | 0.1 | 17.50 |
| 2/19/2020 | CD | 21d | Receive and look at revised sales agreement. | 0.2 | 35.00 |
| 2/21/2020 | RB | 21d | Call with Carol Davis re: sales admin case issues | 0.3 | 0.00 |
| 2/25/2020 | RB | 21d | Review updated sales documents for execution provided by Title Company and other communication from Christy Traenkle at First Partners Abstract | 1.9 | 475.00 |
| 2/25/2020 | CD | 21d | Receive and review correspondence from PECO re change of service for upcoming sale of townhouse | 0.3 | 52.50 |
| 2/26/2020 | RB | 21d | Coordinate preparation of waiver document for townhome buyers to access property | 1.3 | 325.00 |
| 3/2/2020 | RB | 21d | Review documents needing execution at sales closings | 0.3 | 75.00 |
| 3/6/2020 | RB | 21d | Locate information needed for mortgage companies of townhome purchasers | 0.8 | 200.00 |
| 3/11/2020 | RB | 21d | Call with Christy Traenkle re: sales closing issues | 0.2 | 50.00 |
| 3/12/2020 | RB | 21d | Call with Carol Davis re: case issues | 1.2 | 300.00 |
| 3/12/2020 | RB | 21d | Ongoing work on multiple issues organizing documents and locating information necessary for obtaining Borough certificates of occupancy and facilitating townhome closings: transmit docs to Title Company; resolve questions on closing statements and amounts, etc. | 9.4 | 2,350.00 |
| 3/12/2020 | CD | 21d | Review emails re closings.  Review closing statements. | 1.1 | 192.50 |
| 3/12/2020 | CD | 21d | Calls with RB re case issues | 1.2 | 0.00 |
| 3/13/2020 | RB | 21d | Review communication from Christy Traenkle at First Partners Abstract re: closings on Lot #47 and # 44 | 0.4 | 100.00 |
| 3/13/2020 | CD | 21d | Review email correspondence re settlement statements for closing | 0.1 | 17.50 |
| 3/13/2020 | CD | 21d | Email correspondence re closings.  Verification of funds from closings received in bank account.  Update registers. | 1.4 | 245.00 |
| 3/15/2020 | RB | 21d | Process remaining items on closings of Units 44 and 47 | 0.9 | 225.00 |
| 3/19/2020 | RB | 21d | Work on info for closing on Lot # 41 and review/execution of related forms including HUD/FHA required forms | 9.3 | 2,325.00 |
| 3/20/2020 | RB | 21d | Coordination of action on open items for closing of Lot#41 | 5.6 | 1,400.00 |
| 3/20/2020 | CD | 21d | Review Lot 41 settlement documents. | 0.6 | 105.00 |
| 3/20/2020 | CD | 21d | Receive & review utility notices re transfer of service for townhome sale | 0.5 | 87.50 |
| 3/20/2020 | CD | 21d | Call Aqua PA to confirm Lot 44 and Lot 47 service transferred. | 0.3 | 52.50 |
| 3/21/2020 | RB | 21d | Review ongoing communication re: pending sales closing issues and related follow-up on prior two closings | 2.4 | 600.00 |
| 3/23/2020 | RB | 21d | Communications with Christy Traenkle of Partners Abstract re: document issues for closing Unit #41 | 0.4 | 100.00 |
| 3/23/2020 | RB | 21d | Call to townhome buyer re: closing issues | 0.1 | 25.00 |
| 3/23/2020 | CD | 21d | Review emails re closing on property. | 0.1 | 17.50 |
| 3/25/2020 | RB | 21d | Call with insurance agent for buyers re: coverage issues (.2) and related follow-up (.7) | 0.2 | 50.00 |
| 3/26/2020 | CD | 21d | Call with LW re utilities for property to be sold. | 0.1 | 17.50 |
| 4/2/2020 | CD | 21d | Email with RB re Stream, documentation for sale of property. | 0.3 | 52.50 |
| 4/2/2020 | CD | 21d | Email to vendor re account information. | 0.2 | 35.00 |
| 4/3/2020 | CD | 21d | Call with KOH re update on sale contract. | 0.1 | 0.00 |
| 4/7/2020 | CD | 21d | Call Aqua PA re water bill received for lot 44, not adj for Final bill. | 0.2 | 35.00 |
| 4/9/2020 | CD | 21d | Review email re contract on Lot 21 | 0.1 | 17.50 |

**PROFESSIONAL SERVICES**     Hrs/Rate     Amount

Island View Crossing II, LP - NM

| Date | Init | Code | Description | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| 4/11/2020 | RB | 21d | Handle coordination of sales issues | 0.2 | 50.00 |
| 4/14/2020 | RB | 21d | Handle various issues related to pending sales: info to title company, Counsel, escrow deposits, etc. | 3.2 | 800.00 |
| 4/14/2020 | CD | 21d | Input townhome deposit in register. | 0.1 | 17.50 |
| 4/14/2020 | CD | 21d | Review email re sales documents, updated closing dates. | 0.1 | 17.50 |
| 4/24/2020 | RB | 21d | Call with Bernie Sauer re: sales closing details for Unit #41 | 0.2 | 50.00 |
| 4/27/2020 | RB | 21d | Followup on status of closing on Unit #41 | 0.1 | 25.00 |
| 4/28/2020 | RB | 21d | Call with Christy Traenkle re: Unit#41 closing | 0.1 | 25.00 |
| 4/28/2020 | RB | 21d | Call with Bernie Sauer re: Unit #41 closing | 0.2 | 50.00 |
| 4/30/2020 | RB | 21d | Review of sales closing documents, verification of calculations and coordination of transmittal | 1.9 | 475.00 |
| 4/30/2020 | CD | 21d | Review amounts listed on closing documents | 0.1 | 17.50 |
| 5/4/2020 | CD | 21d | Review emails and bank accounts re closing funds wire. | 0.20 | 35.00 |
| 5/6/2020 | RB | 21d | Coordination of sales issues: documents for title company and closings, etc. | 1.40 | 350.00 |
| 5/7/2020 | RB | 21d | Sales coordination issues: docs with Title Company, etc. | 3.10 | 775.00 |
| 5/7/2020 | CD | 21d | Review email correspondence re closing info for Lot 11 | 0.10 | 17.50 |
| 5/7/2020 | CD | 21d | Review amounts on closing documents. | 0.10 | 17.50 |
| 5/8/2020 | RB | 21d | Sales coordination issues, particularly Unit #11 review of docs, etc. | 3.80 | 950.00 |
| 5/11/2020 | RB | 21d | Review and process info on sales issues | 3.10 | 775.00 |
| 5/11/2020 | RB | 21d | Call with Carol Davis re: sales issues and funds verification | 0.40 | 100.00 |
| 5/11/2020 | CD | 21d | Call with RB re sales issues and funds verification. | 0.40 | 70.00 |
| 5/11/2020 | CD | 21d | Check bank account for wire deposit after completion of closing | 0.10 | 17.50 |
| 5/11/2020 | CD | 21d | Received owner insurance notification re sold Lot 41 | 0.10 | 17.50 |
| 5/12/2020 | RB | 21d | Calls with Carol Davis re: sales issues | 0.20 | 0.00 |
| 5/12/2020 | RB | 21d | Review and process info on sales issues | 2.90 | 725.00 |
| 5/12/2020 | CD | 21d | Call with RB re sales issues and followup review. | 0.30 | 0.00 |
| 5/15/2020 | CD | 21d | Call PECO and Aqua PA re transfer of service to new owner. | 0.20 | 35.00 |
| 6/3/2020 | RB | 21d | Research and locate info needed for mortgage company follow-up re: building permits | 1.40 | 350.00 |
| 6/26/2020 | CD | 21d | Input escrow deposit | 0.10 | 17.50 |
| 6/29/2020 | CD | 21d | Review email correspondence re Lot 9 sale documents | 0.10 | 17.50 |
| 7/1/2020 | CD | 21d | Input deposit for townhome sale extras. | 0.1 | 17.50 |
| 7/9/2020 | CD | 21d | Review upgrade options for Lot 21, work on spreadsheet for same. | 2.6 | 455.00 |
| 7/10/2020 | CD | 21d | Review options sheet for Lot 21 | 0.3 | 52.50 |
| 7/30/2020 | CD | 21d | Review email correspondence re closing delay | 0.20 | 35.00 |
| 8/10/2020 | RB | 21d | Work on sales issues: update documentation on pending sales contract packages for title company | 0.70 | 175.00 |
| 8/10/2020 | CD | 21d | Review emails re closing payments | 0.10 | 17.50 |
| 8/10/2020 | CD | 21d | Review email re closing rescheduled. | 0.10 | 17.50 |
| 8/10/2020 | CD | 21d | Review multiple emails re new agreement of sale and wire for deposit | 0.20 | 35.00 |
| 8/11/2020 | RB | 21d | Work on sales issues: review of townhome settlement statements and execution of same, management of pending sales | 3.40 | 850.00 |
| 8/11/2020 | CD | 21d | Review final closing and settlement documents, update schedules. | 0.30 | 52.50 |
| 8/12/2020 | RB | 21d | Work on sales issues: update documentation on pending sales contract packages for title company | 4.40 | 1,100.00 |
| 8/12/2020 | CD | 21d | Review bank account balances for closing wire deposit, update register and sch( | 0.50 | 87.50 |
| 8/12/2020 | CD | 21d | Review settlement documents for Lot 21 | 0.30 | 52.50 |
| 8/13/2020 | RB | 21d | Calls with Christy Traenkle at First LPartners Abstract Title Company re: document points for execution on Lot #21 closing | 0.20 | 50.00 |
| 8/13/2020 | RB | 21d | Call with Carol Davis re: points on closing docs for Lot #21 | 0.90 | 0.00 |
| 8/13/2020 | RB | 21d | Work on sales issues: update documentation on pending sales contract packages for title company | 5.40 | 1,350.00 |
| 8/13/2020 | CD | 21d | Call with RB re review of closing docs Lot 21 | 0.90 | 0.00 |
| 8/13/2020 | CD | 21d | Review revised settlement statement for Lot 21 | 0.10 | 17.50 |
| 8/14/2020 | CD | 21d | Update register and schedules for sales | 1.00 | 175.00 |
| 8/18/2020 | CD | 21d | Review email re Order for sale of Lot 43 | 0.10 | 17.50 |
| 8/19/2020 | RB | 21d | Call with Christy Traenkle re: prep for settlement on multiple units | 0.10 | 25.00 |
| 8/21/2020 | CD | 21d | Call Stream to cancel Lot 9 electric-property sold | 0.20 | 35.00 |
| 8/25/2020 | RB | 21d | Info to Christy Traenkle at First Partners Title re: prep for settlement on multiple units | 0.20 | 50.00 |
| 8/25/2020 | CD | 21d | Review email correspondence re AOS for Lot 20 sale | 0.20 | 35.00 |
| 8/30/2020 | RB | 21d | Review communications re: sales and transmittal of relevant info to Title Company | 0.10 | 25.00 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | | | | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| 8/31/2020 | CD | 21d | Input escrow deposit in register | 0.10 | 17.50 |
| 9/1/2020 | CD | 21d | Input sale deposit in register. | 0.10 | 17.50 |
| 9/1/2020 | CD | 21d | Verify additional endorsement amount for Lot 20 closing documents. | 0.50 | 87.50 |
| 9/2/2020 | RB | 21d | Review communications on sales issues & Title company matters | 0.20 | 50.00 |
| 9/2/2020 | CD | 21d | Review email correspondence re sale closings in September | 0.20 | 35.00 |
| 9/4/2020 | RB | 21d | Communications with Christy Traenkle at First Partners re: prep for settlement on multiple units | 0.40 | 100.00 |
| 9/8/2020 | CD | 21d | Review email re: sale for lot 12 | 0.10 | 17.50 |
| 9/11/2020 | CD | 21d | Review email correspondence re sale order for lot 21 | 0.10 | 17.50 |
| 9/14/2020 | RB | 21d | Work on sales issues: update documentation on pending sales contract packages for title company | 0.30 | 75.00 |
| 9/15/2020 | RB | 21d | Work on sales issues: update documentation on pending sales; prepare required additional forms on Unit#43 (PUD form) and other information | 3.60 | 900.00 |
| 9/15/2020 | RB | 21d | Work on sales issues: review prelim settlement statements; coordination of future closings | 1.30 | 325.00 |
| 9/17/2020 | RB | 21d | Work on multiple sales issues for pending settlements | 0.90 | 225.00 |
| 9/17/2020 | RB | 21d | Communications with Christy Traenkle re: prep for settlement on multiple units | 0.30 | 75.00 |
| 9/17/2020 | CD | 21d | New sales agreement, update sales information. | 0.50 | 87.50 |
| 9/18/2020 | RB | 21d | Call with Christy Traenkle re: prep for settlement on Unit #42 | 0.10 | 25.00 |
| 9/18/2020 | RB | 21d | Calls with Carol Davis re: prep for settlement on Unit #42 | 0.60 | 150.00 |
| 9/18/2020 | RB | 21d | Call with KOH re: prep for settlement on Unit #42 | 0.30 | 0.00 |
| 9/18/2020 | CD | 21d | Review settlement documents for Lot 42 | 0.30 | 52.50 |
| 9/18/2020 | CD | 21d | Call with RB re settlement documents for closing | 0.60 | 105.00 |
| 9/21/2020 | RB | 21d | Calls with Christy Traenkle re: settlement paperwork | 0.10 | 25.00 |
| 9/21/2020 | RB | 21d | Calls with Ralph DiGuiseppe III re: settlement paperwork | 0.20 | 50.00 |
| 9/21/2020 | RB | 21d | Call with KOH re: settlement paperwork | 0.20 | 0.00 |
| 9/21/2020 | RB | 21d | Calls with Carol Davis re: settlement issues on draft ALTA statements for closing on townhome sales | 0.90 | 0.00 |
| 9/21/2020 | RB | 21d | Calls with Carol Davis re: future sales settlement issues | 0.30 | 0.00 |
| 9/21/2020 | RB | 21d | Work on multiple pending sales settlement issues | 1.70 | 425.00 |
| 9/21/2020 | CD | 21d | Call with RB re issues with settlement draft for closing | 0.90 | 0.00 |
| 9/21/2020 | CD | 21d | Input sales deposit and transactions in registers. | 0.60 | 105.00 |
| 9/21/2020 | CD | 21d | Review settlement statement for Lot 12 | 0.50 | 87.50 |
| 9/21/2020 | CD | 21d | Call with RB re sales settlement issues | 0.30 | 0.00 |
| 9/22/2020 | RB | 21d | Calls with Christy Traenkle re: settlement paperwork | 0.30 | 75.00 |
| 9/22/2020 | RB | 21d | Calls with Ralph DiGuiseppe III re: settlement paperwork | 0.10 | 25.00 |
| 9/22/2020 | RB | 21d | Call with KOH re: settlement paperwork | 0.10 | 0.00 |
| 9/22/2020 | RB | 21d | Work on sales issues: update documentation on pending sales contract packages for title company | 0.40 | 100.00 |
| 9/22/2020 | CD | 21d | Input sale deposit in register. | 0.50 | 87.50 |
| 9/23/2020 | CD | 21d | Review email re sales addendum | 0.10 | 17.50 |
| 9/24/2020 | RB | 21d | Work on sales issues: update documentation on pending sales contract packages | 2.30 | 575.00 |
| 9/24/2020 | RB | 21d | Calls with Carol Davis re: pending sales settlement issues | 0.10 | 0.00 |
| 9/24/2020 | CD | 21d | Review email correspondence re documents for Lot 43 | 0.10 | 17.50 |
| 9/24/2020 | CD | 21d | Call with RB re sales settlement issue | 0.10 | 0.00 |
| 9/24/2020 | CD | 21d | Input Lot 7 deposit in register. | 0.20 | 35.00 |
| 9/25/2020 | RB | 21d | Work on sales issues: verification of info for sales closings; procedures for facilitation of contract processing; provide info to title company | 3.80 | 950.00 |
| 9/25/2020 | CD | 21d | Review settlement statement for Lot 15 closing | 0.20 | 35.00 |
| 9/28/2020 | CD | 21d | Review ALTA statement for closing | 0.20 | 35.00 |
| 9/29/2020 | RB | 21d | Review communications on sales issues & update/transmit info to Title company | 2.30 | 575.00 |
| 9/29/2020 | CD | 21d | Review emails re checks written. Input payables checks in register. | 1.10 | 192.50 |
| 9/29/2020 | CD | 21d | Review email correspondence re closing for Lot 15. Input closing transactions in registers. | 1.30 | 227.50 |
| 10/1/2020 | RB | 21d | Call with Christy Traenkle re: status of pending sales settlements | 0.10 | 25.00 |
| 10/2/2020 | RB | 21d | Call with Christy Traenkle re: satisfaction document and release needed for Unit#43 closing (Del Grosso) | 0.10 | 25.00 |
| 10/6/2020 | RB | 21d | Review communications on sales issues: work on various docs needed for outstanding settlements & update/transmit info to Title company | 4.10 | 1,025.00 |
| 10/6/2020 | CD | 21d | Review adjustments to Extra's worksheets for STD costs | 0.10 | 17.50 |
| 10/8/2020 | RB | 21d | Calls with KOH re: status of sales settlements and info required | 0.30 | 0.00 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 10/9/2020 | RB | 21d Work on sales issues: monitor docs needed for settlements; process motions filed from Counsel | 5.80 | 1,450.00 |
| 10/12/2020 | RB | 21d Call with Christy Traenkle of First Partners Title Company re: settlement prelim numbers & logistics for closing schedule | 0.20 | 50.00 |
| 10/13/2020 | RB | 21d Calls with KOH re: sales specific issues and coordination of action re: settlements | 1.40 | 0.00 |
| 10/13/2020 | RB | 21d Review and execution of final documents for Unit #43 settlement; monitor status of settlement and take action as necessary | 2.80 | 700.00 |
| 10/13/2020 | CD | 21d Review disclosure statement/ALTA for closing. | 0.10 | 17.50 |
| 10/13/2020 | CD | 21d Input deposit for Lot 8 | 0.10 | 17.50 |
| 10/14/2020 | RB | 21d Communications with Christy Traenkle and Frank Del Grosso re: confirmation of closing on Unit #43 | 0.40 | 100.00 |
| 10/14/2020 | RB | 21d Calls with KOH re: townhome sale settlement matters | 0.10 | 0.00 |
| 10/14/2020 | RB | 21d Work on sales issues: update documentation on pending sales contract packages for title company | 0.60 | 150.00 |
| 10/14/2020 | RB | 21d Live-call with Christy Traenkle re: prep for settlement on unit | 0.10 | 25.00 |
| 10/15/2020 | RB | 21d Call with Christy Traenkle re: outstanding settlement issues | 0.10 | 25.00 |
| 10/15/2020 | RB | 21d Calls with KOH re: pending sales issues | 0.90 | 0.00 |
| 10/15/2020 | CD | 21d Review bank account for sale proceeds deposit. Update reports with sale transactions. | 0.70 | 122.50 |
| 10/15/2020 | CD | 21d Review email re sale docs for Unit 43 | 0.20 | 35.00 |
| 10/16/2020 | RB | 21d Call to Christy Traenkle re: documentation request on settlement | 0.10 | 25.00 |
| 10/19/2020 | RB | 21d Work on multiple sales issues on pending settlements' documents | 2.80 | 700.00 |
| 10/19/2020 | RB | 21d Calls/communication with Christy Traenkle re: prep for settlement on multiple units | 0.10 | 25.00 |
| 10/20/2020 | RB | 21d Work on multiple sales issues: pending settlement requirements, info to title company, etc. | 1.20 | 300.00 |
| 10/20/2020 | RB | 21d Voicemail to Christy Traenkle re: documents executed in settlement | 0.10 | 25.00 |
| 10/20/2020 | CD | 21d Call with Leonard re buyers transfer of water service | 0.10 | 17.50 |
| 10/22/2020 | RB | 21d Work on multiple sales issues: monitor info flow and deadlines for settlements | 0.70 | 175.00 |
| 10/23/2020 | RB | 21d Work on sales issues: organize contract info on upcoming settlements and provide to title company | 1.30 | 325.00 |
| 10/28/2020 | RB | 21d Review specific communication re: pending issues on contract for Unit#46 | 0.30 | 75.00 |
| 10/28/2020 | CD | 21d Call with Aqua PA re final services for sold lots. | 0.30 | 52.50 |
| 10/29/2020 | RB | 21d Work on sales issues: transmittal of updated info on settlements to title company | 0.10 | 25.00 |
| 10/29/2020 | CD | 21d Call with security personnel re transfer of Aqua service by buyer | 0.20 | 35.00 |
| 10/30/2020 | CD | 21d Call Aqua PA re transfer of service | 0.40 | 70.00 |
| 11/2/2020 | CD | 21d Call with security personnel re transfer of Aqua service by buyer | 0.30 | 52.50 |
| 11/4/2020 | CD | 21d Call to Aqua PA re transfer of service for Lot 42 | 0.10 | 17.50 |
| 11/5/2020 | CD | 21d Call with security personnel re confirming change in water service for Lot 42 | 0.10 | 17.50 |
| 11/10/2020 | CD | 21d Receive, review and scan sales documents from KOH | 0.50 | 0.00 |
| 11/12/2020 | RB | 21d Calls with Christy Traenkle re: prep for settlement on multiple units | 0.20 | 50.00 |
| 11/14/2020 | RB | 21d Work on sales issues: update documentation on pending sales contract packages for title company; review communications re: buyers and take needed action; process escrow deposits on townhome sales | 0.40 | 100.00 |
| 11/16/2020 | RB | 21d Work on sales issues: update documentation on pending sales contract packages for title company; review communications re: buyers and take needed action; process escrow deposits on townhome sales | 1.30 | 325.00 |
| 11/17/2020 | RB | 21d Work on sales issues: prep for settlements, confirm documentation in order and other recurring matters. | 1.70 | 425.00 |
| 11/17/2020 | CD | 21d Update sales contract worksheet for Lot 10 contract received. | 0.20 | 35.00 |
| 11/18/2020 | RB | 21d Work on sales issues: update documentation on pending sales contract packages for title company | 2.80 | 700.00 |
| 11/19/2020 | RB | 21d Work on sales issues: monitor status of pending settlements; provide info as necessary to title company | 4.60 | 1,150.00 |
| 11/19/2020 | CD | 21d Review ALTA statement for closing | 0.20 | 35.00 |
| 11/19/2020 | CD | 21d Email correspondence re closing postponed. | 0.20 | 35.00 |
| 11/20/2020 | RB | 21d Work on sales issues: review and execute final closing documents for settlement; provide additional info as needed; monitor closing until satisfactory completion | 3.60 | 900.00 |
| 11/20/2020 | CD | 21d Receive signed closing docs for Lot 20 | 0.20 | 35.00 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | | Desc | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/20/2020 | CD | 21d Input deposit in register and update sales summary for Lot 20 | 0.60 | 105.00 |
| 11/23/2020 | CD | 21d Call with RB re sales information update | 0.60 | 0.00 |
| 11/24/2020 | RB | 21d Work on recurring sales issues: monitor status of sales settlements, provide info to title company, etc. | 3.80 | 950.00 |
| 11/27/2020 | RB | 21d Work on sales issues: update documentation on pending sales contract packages for title company | 1.20 | 300.00 |
| 11/30/2020 | CD | 21d Review emails re Lot 8 closing and Lot 16 contract addendum | 0.20 | 35.00 |
| 11/30/2020 | CD | 21d Review settlement statement for Lot 8 closing. | 0.10 | 17.50 |
| 12/1/2020 | RB | 21d Work on sales issues: update documentation on pending sales contract packages for title company | 2.40 | 600.00 |
| 12/1/2020 | RB | 21d Work on specific response on unit sold pending settlement for multiple info requests from buyer's mortgage company | 1.80 | 450.00 |
| 12/2/2020 | RB | 21d Work on specific issues related to closing on #8 and followup as necessary with settlement documentation (execution of additional addendums, etc.) | 2.40 | 600.00 |
| 12/2/2020 | RB | 21d Work on sales issues: update documentation on pending sales contract packages for title company | 1.30 | 325.00 |
| 12/2/2020 | CD | 21d Confirm net proceeds received in bank for Lot 8 closing, input sales transactions in registers. | 0.80 | 140.00 |
| 12/3/2020 | RB | 21d Call with Christy Traenkle re: prep for settlement on multiple units | 1.90 | 475.00 |
| 12/8/2020 | CD | 21d Review email correspondence re status of unit sale. | 0.10 | 17.50 |
| 12/10/2020 | RB | 21d Call with Christy Traenkle re: information needed on pending settlement | 0.10 | 25.00 |
| 12/10/2020 | RB | 21d Work on sales issues: update documentation on pending sales contract packages for title company | 2.60 | 650.00 |
| 12/10/2020 | RB | 21d Calls with KOH re: sale settlement issues | 0.20 | 0.00 |
| 12/11/2020 | RB | 21d Call with Christy Traenkle of First Partners Title Company re: issues re: settlement of #46 | 0.10 | 25.00 |
| 12/14/2020 | RB | 21d Calls with KOH re: sales pending settlements issues | 0.30 | 0.00 |
| 12/14/2020 | RB | 21d Work on sales issues: update documentation on pending sales contract packages for title company | 2.30 | 575.00 |
| 12/15/2020 | RB | 21d Work on upcoming townhome sales settlement issues | 3.20 | 800.00 |
| 12/16/2020 | RB | 21d Calls with KOH re: :"extras" sales profit calculations | 0.40 | 0.00 |
| 12/16/2020 | RB | 21d Calls with Carol Davis re: "extras" profit cost calculation-obtaining info for cost differential determination\ | 2.70 | 0.00 |
| 12/16/2020 | RB | 21d Work on sales issues: review and execution of final settlement docs on Unit #46 and related follow-up of documentation & communications; recurring issues | 3.30 | 825.00 |
| 12/16/2020 | RB | 21d Call with Christy Traenkle re: settlement on Unit #46 | 0.10 | 25.00 |
| 12/17/2020 | RB | 21d Call with Carol Davis re: "extras" profit calculations: determining cost differential of standard construction costs and incremental costs of "extras" purchased by buyers | 1.90 | 0.00 |
| 12/17/2020 | CD | 21d Review and input update for sales information | 0.30 | 52.50 |
| 12/22/2020 | CD | 21d Call with security personnel re discussion with buyer re water service | 0.10 | 17.50 |
| 12/28/2020 | RB | 21d Email info to Christy Traenkle re: future settlements and related follow-up | 0.20 | 50.00 |
| 12/29/2020 | RB | 21d Work on recurring sales issues (info for title company, etc.) | 1.90 | 475.00 |
| 12/29/2020 | RB | 21d Email info to Christy Traenkle re: future settlements and related follow-up | 0.10 | 25.00 |
| 12/31/2020 | RB | 21d Work on sales issues: update documentation on pending sales contract packages for title company | 3.30 | 825.00 |
| 1/4/2021 | RB | 21d Email to Christy Traenkle re: prep for settlement on unit | 0.10 | 25.00 |
| 1/6/2021 | CD | 21d Update sales summary, review AOS and Extra's for Lots 59 & 16 | 1.10 | 192.50 |
| 1/8/2021 | RB | 21d Work on recurring sales issues: information to Title Company re: pending settlements, etc. | 0.40 | 100.00 |
| 1/9/2021 | RB | 21d Review communications re: pending sales settlements | 0.30 | 75.00 |
| 1/12/2021 | CD | 21d Update sales summary for Lot 55 | 0.10 | 17.50 |
| 1/13/2021 | RB | 21d Work on sales issues: update documentation on pending sales contract packages for title company | 1.20 | 300.00 |
| 1/15/2021 | RB | 21d Work on recurring sales issues: detailed review & confirmation of amounts on ALTA statements for pending settlements, process escrow deposits, update control sheets, etc. | 3.40 | 850.00 |
| 1/15/2021 | CD | 21d Review ALTA statement for closing | 0.20 | 35.00 |
| 1/18/2021 | RB | 21d Call with Ralph DiGuiseppe III re: issues related to pending settlement of Lot #10 | 0.10 | 25.00 |
| 1/19/2021 | RB | 21d Work on sales issues including monitoring of settlements in progress | 1.60 | 400.00 |
| 1/19/2021 | RB | 21d Call with Carol Davis re: pending sales issues | 0.30 | 0.00 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 1/19/2021 | CD | 21d Review email correspondence re Lot 10 closing. | 0.10 | 17.50 |
| 1/19/2021 | CD | 21d Receive AOS and update sales pending info | 0.40 | 70.00 |
| 1/19/2021 | CD | 21d Update registers for closing on Lot 10 | 0.70 | 122.50 |
| 1/20/2021 | RB | 21d Work on recurring sales issues: processing contract docs, etc. | 1.20 | 300.00 |
| 1/21/2021 | RB | 21d Work on ongoing sales issues: update documentation on pending sales contract packages for title company | 3.60 | 900.00 |
| 1/22/2021 | CD | 21d Review email correspondence re deed packages. | 0.20 | 35.00 |
| 1/25/2021 | CD | 21d Prepare HOA Capital Contribution deposit, deposit in bank and input in register. | 0.60 | 105.00 |
| 1/26/2021 | CD | 21d Call Aqua PA re status of account for sold Lot 8 | 0.30 | 52.50 |
| 1/26/2021 | CD | 21d Review preliminary ALTA statement for Lot 7. Email correspondence to RB. | 0.40 | 70.00 |
| 1/26/2021 | CD | 21d Review email correspondence re sales documents to title company | 0.10 | 17.50 |
| 1/29/2021 | RB | 21d Call with Carol Davis re: settlement of townhome sale and other sales issues | 0.20 | 0.00 |
| 1/29/2021 | CD | 21d Confirm wire for net proceeds received in bank account for sale of Lot 7 | 0.20 | 35.00 |
| 1/29/2021 | CD | 21d Call with RB re settlement of townhome sale and other sales issues | 0.20 | 0.00 |
| 1/30/2021 | CD | 21d Update sales summary for sale of Lot 7 | 0.10 | 17.50 |
| 1/30/2021 | CD | 21d Update register for sales proceeds and deposits | 0.30 | 52.50 |
| 2/1/2021 | CD | 21d Call Aqua PA to confirm water service transferred for Lot 8 | 0.20 | 35.00 |
| 2/8/2021 | RB | 21d Work on recurring sales issues: processing of new contracts, etc. | 0.60 | 150.00 |
| 2/12/2021 | RB | 21d Call with Christy Traenkle re: prep for settlement on multiple units | 0.20 | 50.00 |
| 2/14/2021 | RB | 21d Review contract submitted by sales for processing | 0.30 | 75.00 |
| 2/23/2021 | RB | 21d Work on sales issues: update documentation on pending sales contract packages for title company | 1.20 | 300.00 |
| 2/23/2021 | RB | 21d Call with KOH and Christy Traenkle at First Partners re: procedures for obtaining BKRE releases on applicable settlements | 0.10 | 0.00 |
| 2/24/2021 | RB | 21d Calls with Christy Traenkle re: closing process on Lot #16 | 0.10 | 25.00 |
| 2/24/2021 | RB | 21d Call to Kerry Konefal re: sales settlement issue | 0.10 | 25.00 |
| 2/24/2021 | RB | 21d Call with Ralph DiGuiseppe III re: sales settlement issue | 0.10 | 25.00 |
| 2/24/2021 | RB | 21d Call with KOH re: sales settlement matters | 0.70 | 0.00 |
| 2/24/2021 | RB | 21d Work on ongoing sales issues & prep for settlements | 2.30 | 575.00 |
| 2/25/2021 | RB | 21d Calls with Christy Traenkle re: prep for settlement on Unit #16 | 0.20 | 50.00 |
| 2/25/2021 | RB | 21d Review and execution of final documents for settlement on Unit #16 | 0.60 | 150.00 |
| 2/25/2021 | CD | 21d Review email correspondence re closing for Lot 16. Update register and sales summary for sale closing. | 0.70 | 122.50 |
| 3/2/2021 | CD | 21d Input sale contract deposit in register. | 0.10 | 17.50 |
| 3/3/2021 | CD | 21d Input sale deposit in register | 0.10 | 17.50 |
| 3/4/2021 | CD | 21d Process sale related deposits. | 1.00 | 175.00 |
| 3/5/2021 | RB | 21d Work on ongoing sales issues, including review of addendum to sales contract and processing of same; other settlement coordination matters | 1.70 | 425.00 |
| 3/11/2021 | RB | 21d Work on sales issues: update documentation on pending sales contract packages for title company | 3.20 | 800.00 |
| 3/11/2021 | RB | 21d Calls with KOH re: sales issues, specifically additonal document requirements with title company for closing Unit #45 | 1.40 | 0.00 |
| 3/12/2021 | RB | 21d Work on sales issues: update documentation on pending sales contract packages for title company | 3.10 | 775.00 |
| 3/12/2021 | CD | 21d Review email correspondence re closing and information needed. | 0.10 | 17.50 |
| 3/12/2021 | CD | 21d Review closing statement | 0.10 | 17.50 |
| 3/15/2021 | RB | 21d Call with Carol Davis re: info needed for settlements | 0.20 | 0.00 |
| 3/15/2021 | RB | 21d Calls with Trident Title (Evelyn and Angie) re: info needed for closing on Unit #45 | 0.10 | 25.00 |
| 3/15/2021 | RB | 21d Call with RDA to verify bank info for Trident Title | 0.10 | 25.00 |
| 3/15/2021 | CD | 21d Call with RB re settlement information for closing | 0.20 | 35.00 |
| 3/15/2021 | CD | 21d Closing completed, update registers for sale transactions | 0.60 | 105.00 |
| 3/16/2021 | CD | 21d Review email correspondence re closing wire received. | 0.20 | 35.00 |
| 3/18/2021 | RB | 21d Work on sales issues: update documentation on pending sales contract packages for title company | 3.60 | 900.00 |
| 3/18/2021 | CD | 21d Review ALTA for sales closing | 0.10 | 17.50 |
| 3/19/2021 | CD | 21d Review bank account for wire for sales proceeds. | 0.10 | 17.50 |
| 3/22/2021 | CD | 21d Input sale proceeds transactions. | 0.40 | 70.00 |
| 3/22/2021 | CD | 21d Scan closing checks and documents received in the mail from closings, distribute as needed. | 0.50 | 87.50 |
| 3/23/2021 | CD | 21d Process sale related deposits. | 1.70 | 297.50 |

## PROFESSIONAL SERVICES
### Island View Crossing II, LP - NM

| Date | | Desc | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 3/24/2021 | CD | 21d Call with KOH re buyer and utilities information | 0.10 | 0.00 |
| 3/24/2021 | CD | 21d Call with buyer to provide contact information for utility transfers | 0.20 | 35.00 |
| 3/24/2021 | CD | 21d Review sales information and input deposits. | 0.40 | 70.00 |
| 3/25/2021 | CD | 21d Process sale related deposits. | 1.20 | 210.00 |
| 3/30/2021 | CD | 21d Review sales closing docs | 0.30 | 52.50 |
| 3/31/2021 | RB | 21d Calls with Leonard White re: confirmation of information on settlement of unit | 0.40 | 0.00 |
| 3/31/2021 | RB | 21d Calls with KOH re: sales issues, including extras calcs and pending settlements | 0.70 | 0.00 |
| 3/31/2021 | RB | 21d Calls with Carol Davis re: sales issues, including extras calcs and pending settlements | 0.20 | 0.00 |
| 3/31/2021 | CD | 21d Call with RB re sales issues/settlements | 0.20 | 0.00 |
| 3/31/2021 | CD | 21d Review email correspondence re closing checks sent out | 0.10 | 17.50 |
| 4/1/2021 | CD | 21d Update sales in register. | 0.30 | 52.50 |
| 4/2/2021 | CD | 21d Update registers with sales transactions | 0.40 | 70.00 |
| 4/2/2021 | CD | 21d Input deposits in register re sales & extras | 0.20 | 35.00 |
| 4/2/2021 | CD | 21d Input sales transactions in register | 0.20 | 35.00 |
| 4/2/2021 | CD | 21d Received FedEx from Title company for Lot 55 closing, scan and forward copies of checks to KOH & RB. | 0.40 | 70.00 |
| 4/5/2021 | CD | 21d Process sale related deposits. | 1.40 | 245.00 |
| 4/5/2021 | CD | 21d Input sales transactions in register | 0.50 | 87.50 |
| 4/6/2021 | CD | 21d Received sales contract and update sales summary | 0.30 | 52.50 |
| 4/6/2021 | CD | 21d Review emails re closing date change | 0.20 | 35.00 |
| 4/7/2021 | RB | 21d Work on sales issues: update documentation on pending sales contract packages for title company | 4.30 | 1,075.00 |
| 4/7/2021 | CD | 21d Input sales deposit in register | 0.10 | 17.50 |
| 4/8/2021 | CD | 21d Process sale related deposits. | 1.10 | 192.50 |
| 4/9/2021 | CD | 21d Review closing statement | 0.10 | 17.50 |
| 4/12/2021 | CD | 21d Review bank account for wire transfer from sale closed. Update registers and worksheets with sale proceeds. | 0.50 | 87.50 |
| 4/12/2021 | CD | 21d Review PECO invoice. Email to Leonard White re buyers transfer of electric/gas service. | 0.30 | 52.50 |
| 4/13/2021 | CD | 21d Review sales closed and pending summary. | 0.50 | 87.50 |
| 4/14/2021 | CD | 21d Review ALTA for settlement of Lot 37 | 0.10 | 17.50 |
| 4/14/2021 | CD | 21d Confirm wire received in escrow account for contract deposit | 0.20 | 35.00 |
| 4/15/2021 | CD | 21d Review email re additional contract, update sales summary | 0.10 | 17.50 |
| 4/16/2021 | CD | 21d Update sales information | 0.30 | 52.50 |
| 4/16/2021 | CD | 21d Review email correspondence re sale proceeds wires to come | 0.10 | 17.50 |
| 4/16/2021 | CD | 21d Review bank account for wire for sales proceeds. Update registers. | 0.30 | 52.50 |
| 4/19/2021 | CD | 21d Review emails re sales contracts and addendum, update worksheet | 0.50 | 87.50 |
| 4/20/2021 | RB | 21d Calls with Leonard re: sales documents being transmitted for processing | 0.10 | 25.00 |
| 4/22/2021 | CD | 21d Process sale related deposits. | 1.00 | 175.00 |
| 4/29/2021 | CD | 21d Call PECO and Aqua PA re transfer of service to new owner. | 0.40 | 70.00 |
| 4/30/2021 | CD | 21d Email correspondence from Leonard White re buyer utilities transfer | 0.10 | 17.50 |
| 4/30/2021 | CD | 21d Update sales related files | 1.10 | 192.50 |
| 5/2/2021 | RB | 21d Call with Leonard re: info needed for pending settlement | 0.10 | 25.00 |
| 5/4/2021 | CD | 21d Review email correspondence re closing Lot 38 | 0.10 | 17.50 |
| 5/5/2021 | CD | 21d Review settlement statement for upcoming closing. | 0.10 | 17.50 |
| 5/7/2021 | RB | 21d Calls with Rachel and Nicole at First Partners Abstract re: verification of wire and completion of settlement | 0.20 | 50.00 |
| 5/7/2021 | CD | 21d Review bank account for deposit. Input sales transactions in register. | 0.90 | 157.50 |
| 5/10/2021 | RB | 21d Work on sales issues: Review of draft closing statements for pending settlements; review of info on new sales, etc. | 3.30 | 825.00 |
| 5/10/2021 | CD | 21d Review amended Lot 3 contract and update spreadsheet. Review email re Lot 56 contract and pending deposit. | 0.20 | 35.00 |
| 5/10/2021 | CD | 21d Review closing statement | 0.10 | 17.50 |
| 5/11/2021 | CD | 21d Call Aqua PA re bills for units. Email to Leonard re update on status of transfer of water service | 0.50 | 87.50 |
| 5/12/2021 | CD | 21d Review bank account for sale proceeds deposit. Update reports with sale transactions. | 0.20 | 35.00 |
| 5/13/2021 | RB | 21d Calls with Leonard re: coordination at property for settlement of Lot#18 | 0.20 | 50.00 |
| 5/13/2021 | CD | 21d Distribute email to notify about wire deposit for sales contract. | 0.10 | 17.50 |
| 5/14/2021 | CD | 21d Process sale related deposits. | 1.00 | 175.00 |
| 5/14/2021 | CD | 21d Review and input in registers sale deposits | 0.30 | 52.50 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 5/18/2021 | CD | 21d | Process sale related deposits. | 1.10 | 192.50 |
| 5/28/2021 | CD | 21d | Review email correspondence re deposits on contracts | 0.20 | 35.00 |
| 6/2/2021 | CD | 21d | Input deposits in escrow account. | 0.10 | 17.50 |
| 6/3/2021 | RB | 21d | Call with Vision Abstract (Mike Riley ) re: facilitating settlement of Lot#40 | 0.10 | 25.00 |
| 6/3/2021 | RB | 21d | Call with Ralph DiGuiseppe III re: sales issues & settlement issues | 0.10 | 25.00 |
| 6/3/2021 | CD | 21d | Multiple emails re confirmation for wire deposit received. | 0.40 | 70.00 |
| 6/3/2021 | CD | 21d | Review email re payment received from buyer for landscaping. | 0.10 | 17.50 |
| 6/4/2021 | RB | 21d | Call with Vision Abstract Company (Denise) providing additional info for wire to secured lender from proceeds of Lot#40 | 0.10 | 25.00 |
| 6/6/2021 | RB | 21d | Call with Jackie Cohen of Glendale Title re: information needs for settlement of Unit #19 | 0.10 | 25.00 |
| 6/6/2021 | RB | 21d | Call with Jenny at Bristol Borough Tax Collector's office (Anna Bono Larrisey) re: information on property taxes for Lot#19 settlement | 0.10 | 25.00 |
| 6/11/2021 | RB | 21d | Call with Leonard re: verification of information for sales settlement closing prep | 0.10 | 25.00 |
| 6/14/2021 | RB | 21d | Calls with Eleonora at First USA Abstract Inc. (Title Company) re: various issues for settlement of Lot #19 | 0.20 | 50.00 |
| 6/14/2021 | RB | 21d | Calls with Christy at First Partners Abstract Company. (Title Company) re: various issues for settlement of Lot #58 | 0.10 | 25.00 |
| 6/14/2021 | RB | 21d | Calls with Bernie re: obtaining required certificate of occupancy on unit #19 | 0.10 | 25.00 |
| 6/14/2021 | CD | 21d | Review closing statement and emails re closing. | 0.40 | 70.00 |
| 6/14/2021 | CD | 21d | Process sale related deposits. | 1.10 | 192.50 |
| 6/15/2021 | CD | 21d | Pull bank statement and online proof of sale deposits for proof of receipt | 0.50 | 87.50 |
| 6/15/2021 | CD | 21d | Review emails re closing wires. Review bank account for net proceeds deposits. Review email re upgrade deposit. Input sales transactions in registers and update sales summary. | 2.00 | 350.00 |
| 6/16/2021 | RB | 21d | Message to Christy Traenkle re: sales settlement for Lot #56 | 0.10 | 25.00 |
| 6/16/2021 | RB | 21d | Message to Alex Sarkeshik of Optimum First Mortgage re: sales settlement for Lot #56 | 0.10 | 25.00 |
| 6/16/2021 | CD | 21d | Process sale related deposits. | 1.20 | 210.00 |
| 6/21/2021 | CD | 21d | Review settlement statement for upcoming closing. | 0.10 | 17.50 |
| 6/21/2021 | CD | 21d | Process sale related deposits. | 1.40 | 245.00 |
| 6/22/2021 | CD | 21d | Input sale related deposits in sales summary | 0.30 | 52.50 |
| 6/25/2021 | CD | 21d | Review sales addendum for Lot 6 and email correspondence with RB re: same. | 0.20 | 35.00 |
| 6/25/2021 | CD | 21d | Review previous sales costs and email to RB re same | 0.20 | 35.00 |
| 6/25/2021 | CD | 21d | Confirm receipt of net proceeds for closing, input sales transactions in register and worksheets. | 0.70 | 122.50 |
| 6/30/2021 | CD | 21d | Process sale related deposits. | 1.70 | 297.50 |
| 7/9/2021 | CD | 21d | Pull and forward bank statements for customer deposits to RB. | 0.20 | 35.00 |
| 7/9/2021 | CD | 21d | Receive copy of contract and addendum, updates sales worksheet | 0.20 | 35.00 |
| 7/14/2021 | RB | 21d | Call with Christy Traenkle of First Abstract re: pending settlement | 0.10 | 25.00 |
| 7/16/2021 | CD | 21d | Email to Leonard White re contacting Lot 19 buyer re water account transfer. | 0.10 | 17.50 |
| 7/21/2021 | CD | 21d | Call to Aqua PA re Lot 19 transfer of service | 0.10 | 17.50 |
| 7/21/2021 | CD | 21d | Call with Leonard White re Lot 19 water and confirmation of return of Verizon routers | 0.20 | 35.00 |
| 7/26/2021 | CD | 21d | Call Aqua PA re Lot 19 water service transfer | 0.20 | 35.00 |
| 7/26/2021 | CD | 21d | Email correspondence with Leonard White re Utility transfers by buyers | 0.10 | 17.50 |
| 7/27/2021 | CD | 21d | Call PECO to confirm change of service by buyer and obtain final balance due. | 0.20 | 35.00 |
| 7/29/2021 | RB | 21d | Call with Fiona re: escrow deposit issues | 0.10 | 0.00 |
| 7/29/2021 | CD | 21d | Review email correspondence re status of closing | 0.10 | 17.50 |
| 7/30/2021 | CD | 21d | Review email correspondence re sale orders | 0.10 | 17.50 |
| 7/30/2021 | CD | 21d | Review Escrow bank account for deposits confirmation, input deposits in register. | 0.30 | 52.50 |
| | Total | | Reporting - Home sales | 298.6 | 63,567.50 |

**PROFESSIONAL SERVICES**                **Hrs/Rate**     **Amount**
Island View Crossing II, LP - NM

**For Professional Services Rendered:**

|     |                  |         | Total Hours Worked |             |
|-----|------------------|---------|--------------------|-------------|
| RB  | Ralph Brotherton |         | 222.90             |             |
| CD  | Carol Davis      |         | 75.70              |             |

|     |                  | Rate      | Total Hours Billed |             |
|-----|------------------|-----------|--------------------|-------------|
| RB  | Ralph Brotherton | $250/hr   | 205.90             | $51,475.00  |
| CD  | Carol Davis      | $175/hr   | 69.10              | $12,092.50  |

|     |                  |         | Total Hours Not Billed |         |
|-----|------------------|---------|------------------------|---------|
| RB  | Ralph Brotherton |         | 17.00                  |         |
| CD  | Carol Davis      |         | 6.60                   |         |