# EXHIBIT 20
# SITE/SECURITY

**Newbridge Management, LLC**
**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| | | | **Site/Security** | | |
| 3/13/2018 | RB | 20 | Check on property site in Bristol Borough; meet with local Bristol Borough police re: property activity, etc. | 1.2 | 300.00 |
| 4/11/2018 | RB | 20 | Brief inspection tour of Bristol property | 0.8 | 200.00 |
| 4/12/2018 | RB | 20 | Gain access to sales trailer onsite at property; search for information in the trailer and secure same; review other issues related to property location | 1.8 | 450.00 |
| 4/17/2018 | RB | 20 | Planning/coordination of logistics for operations in sales trailer at development site | 2.7 | 0.00 |
| 4/18/2018 | RB | 20 | Planning/coordination of logistics for operations in sales trailer at development site | 1.3 | 0.00 |
| 4/19/2018 | RB | 20 | Planning/coordination of logistics for operations in sales trailer at development site | 2.2 | 0.00 |
| 4/20/2018 | RB | 20 | Planning/coordination of logistics for operations in sales trailer at development site | 0.2 | 0.00 |
| 4/24/2018 | RB | 20 | Planning/coordination of logistics for development operations; site inspection | 2.1 | 0.00 |
| 4/25/2018 | RB | 20 | Planning/coordination of logistics for development operations onsite | 2.6 | 0.00 |
| 4/26/2018 | RB | 20 | Planning/coordination of logistics for development operations onsite | 7.6 | 0.00 |
| 4/27/2018 | RB | 20 | Planning/coordination of logistics for development operations onsite | 5.2 | 0.00 |
| 4/30/2018 | RB | 20 | Coordination of services and inspections for property | 4.1 | 0.00 |
| 5/1/2018 | RB | 20 | Coordination of services and inspections for property | 0.4 | 0.00 |
| 5/2/2018 | RB | 20 | Coordination of services and inspections for property | 5.3 | 0.00 |
| 5/3/2018 | RB | 20 | Handle onsite matters (meeting with utility inspector, research on vendors for services to property, etc. | 2.3 | 575.00 |
| 5/4/2018 | RB | 20 | Coordination of logistics for property; inspection of property | 4.6 | 0.00 |
| 5/6/2018 | RB | 20 | Coordination of logistics for property | 3.2 | 0.00 |
| 5/8/2018 | RB | 20 | Coordination of logistics for property; inspection of property | 7.2 | 0.00 |
| 5/9/2018 | RB | 20 | Meet onsite with security personnel re: coordination of security & handle other logistics issues for property (submission of application of reactivation for sales trailer power from PECO, etc.) | 4.8 | 1,200.00 |
| 5/9/2018 | RB | 20 | Meet with Bristol Borough residents involved in Borough government who had an interest in property | 0.3 | 0.00 |
| 5/10/2018 | RB | 20 | Coordination of logistics for property; inspection of property | 3.4 | 850.00 |
| 5/11/2018 | RB | 20 | Onsite property coordination and inspection | 1.1 | 275.00 |
| 5/14/2018 | CD | 20 | Review information re: site security | 0.1 | 17.50 |
| 5/15/2018 | RB | 20 | Onsite property coordination | 4.2 | 1,050.00 |
| 5/17/2018 | RB | 20 | Property management coordination issues | 1.2 | 0.00 |
| 5/18/2018 | RB | 20 | Coordination of onsite property issues | 2.2 | 550.00 |
| 5/22/2018 | RB | 20 | Onsite property management coordination issues | 2.3 | 575.00 |
| 5/22/2018 | RB | 20 | Call with Bernie Sauer re: removal of Americorp equipment off of IVC site and related followup with security personnel | 0.3 | 0.00 |
| 5/23/2018 | RB | 20 | Onsite coordination of property issues | 1.6 | 0.00 |
| 5/24/2018 | RB | 20 | Handle coordination of onsite matters (security, phone/Wifi installation etc.); work with Trustee | 7.4 | 1,850.00 |
| 5/25/2018 | RB | 20 | Handle coordination of onsite matters (security, phone/Wifi installation signage issues, etc.); work with Trustee | 1.2 | 300.00 |
| 5/29/2018 | RB | 20 | Handle coordination of onsite matters | 2.2 | 0.00 |
| 5/30/2018 | RB | 20 | Handle coordination of onsite matters | 0.3 | 0.00 |
| 5/31/2018 | RB | 20 | Handle coordination of onsite matters | 2.2 | 0.00 |
| 6/4/2018 | RB | 20 | Handle coordination of onsite matters | 0.9 | 0.00 |
| 6/18/2018 | RB | 20 | Call with security personnel re: property management/security issues | 0.6 | 0.00 |
| 6/19/2018 | RB | 20 | Calls with security personnel re: property management/security issues | 0.4 | 0.00 |
| 7/11/2018 | RB | 20 | Handle coordination of onsite matters (general property issues, etc.) | 2.2 | 0.00 |
| 7/12/2018 | RB | 20 | Handle coordination of onsite matters (general property issues, etc.) | 1.4 | 0.00 |
| 7/18/2018 | RB | 20 | Handle coordination of onsite matters (general property issues, etc.) | 1.5 | 0.00 |
| 7/19/2018 | RB | 20 | Handle coordination of onsite matters (general property issues, etc.) | 3.7 | 0.00 |
| 7/20/2018 | RB | 20 | Handle coordination of onsite matters (general property issues, etc.) | 1.9 | 0.00 |
| 7/25/2018 | RB | 20 | Coordination of onsite issues for property | 1.7 | 0.00 |
| 7/26/2018 | RB | 20 | Coordination of onsite issues for property | 0.1 | 0.00 |
| 7/27/2018 | RB | 20 | Coordination of onsite issues for property | 1.4 | 0.00 |
| 8/13/2018 | RB | 20 | Handle coordination of onsite matters | 1.2 | 0.00 |
| 8/14/2018 | RB | 20 | Handle coordination of onsite matters | 2.7 | 0.00 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | | | Description | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| 8/15/2018 | RB | 20 | Handle coordination of onsite matters | 2.4 | 0.00 |
| 8/20/2018 | RB | 20 | Handle coordination of onsite matters | 0.3 | 0.00 |
| 9/21/2018 | RB | 20 | Calls/text with site security re: contractor access coordination, etc. | 0.2 | 50.00 |
| 9/22/2018 | RB | 20 | Calls/text with site security re: contractor access coordination, etc. | 0.2 | 50.00 |
| 9/23/2018 | RB | 20 | Calls/text with site security re: contractor access coordination, etc. | 0.1 | 25.00 |
| 9/24/2018 | RB | 20 | Calls/text with site security re: contractor access coordination, etc. | 0.5 | 125.00 |
| 9/26/2018 | RB | 20 | Handle coordination of onsite matters (office administration, security processes, etc.) | 1.3 | 0.00 |
| 10/1/2018 | RB | 20 | Calls/messages with security personnel re: coordination of multiple onsite issues (authorization for property access, activity reports, etc.) | 0.4 | 0.00 |
| 10/2/2018 | RB | 20 | Handle coordination of onsite matters (office admin, security matters, etc.) | 0.4 | 0.00 |
| 10/3/2018 | RB | 20 | Handle coordination of onsite matters (office admin, security matters, etc.) | 0.3 | 0.00 |
| 10/4/2018 | RB | 20 | Do security walk around property late in the evening | 0.4 | 0.00 |
| 10/4/2018 | RB | 20 | Handle coordination of onsite matters (office admin, security matters, etc.) | 0.5 | 0.00 |
| 10/5/2018 | RB | 20 | Texts/calls with Security on duty re: contractor information | 0.3 | 75.00 |
| 10/6/2018 | RB | 20 | Texts/calls with Security on duty re: verification of insurance of contractors seeking access to property | 0.6 | 150.00 |
| 10/8/2018 | RB | 20 | Texts/calls with Security on duty re: verification of insurance of contractors seeking access to property | 0.2 | 50.00 |
| 10/9/2018 | RB | 20 | Coordination with onsite security re: access issues; Do security walk & drive around property late in the evening | 0.9 | 225.00 |
| 10/10/2018 | RB | 20 | Review with onsite security property access logs; property maintenance issues | 0.6 | 0.00 |
| 10/10/2018 | RB | 20 | Do security walk & drive around property late in the evening | 0.5 | 0.00 |
| 10/11/2018 | RB | 20 | Do security walk & drive around property late in the evening | 0.6 | 0.00 |
| 10/12/2018 | RB | 20 | Work with onsite security re: coverage for property over the weekend; walk property to evaluate location of multiple additional no trespassing signs | 0.8 | 0.00 |
| 10/13/2018 | RB | 20 | Calls/texts with onsite security re: property issues | 0.2 | 0.00 |
| 10/16/2018 | RB | 20 | Review security logs for parties accessing property | 0.4 | 100.00 |
| 10/16/2018 | RB | 20 | Coordination with security re: property issues | 0.8 | 200.00 |
| 10/23/2018 | RB | 20 | Work with security personnel on security log issues for use in invoice reviews, insurance purposes, etc. | 1.1 | 275.00 |
| 10/25/2018 | RB | 20 | Discuss property security issues with security personnel | 0.2 | 0.00 |
| 10/26/2018 | RB | 20 | Work with security personnel re: obtaining additional info required from contractors upon entry to property | 0.4 | 0.00 |
| 10/30/2018 | RB | 20 | Work with security personnel re: security reports and plans for additional security equipment onsite | 2.2 | 550.00 |
| 10/31/2018 | RB | 20 | Confer with security personnel on security issues, logs and additional safety procedures | 1.1 | 275.00 |
| 11/1/2018 | RB | 20 | Do quick security check on property | 0.2 | 0.00 |
| 11/2/2018 | RB | 20 | Meet with security personnel re: security logs and property issues related to contractor work | 0.9 | 0.00 |
| 11/3/2018 | RB | 20 | Calls with security personnel re: property and security issues | 0.2 | 0.00 |
| 11/5/2018 | RB | 20 | Call with security personnel re: security and property issue updates | 0.1 | 0.00 |
| 11/6/2018 | RB | 20 | Meet with security personnel re: security issues on property and review/maintenance of entry logs | 0.8 | 0.00 |
| 11/7/2018 | RB | 20 | Work with security personnel on security/property issues | 0.4 | 0.00 |
| 11/8/2018 | RB | 20 | Quick drive through property for security check | 0.3 | 0.00 |
| 11/9/2018 | RB | 20 | Work with security personnel and Bernie Sauer on facilities and security issues (insurance compliance and safety); contractor scheduling | 2.3 | 0.00 |
| 11/17/2018 | RB | 20 | Call with security personnel re: security and property issues | 0.5 | 0.00 |
| 11/19/2018 | RB | 20 | Call with security personnel re: security and property issues | 0.1 | 0.00 |
| 11/20/2018 | RB | 20 | Call with security personnel re: security and property issues | 0.2 | 0.00 |
| 11/22/2018 | RB | 20 | Call with security personnel re: property and security issues | 0.1 | 0.00 |
| 11/23/2018 | RB | 20 | Review info from security personnel re: contractor activity | 0.1 | 0.00 |
| 11/29/2018 | RB | 20 | Work with security personnel on security and property issues, including review of logs for verification of contractor entries and related invoicing | 0.6 | 0.00 |
| 12/1/2018 | RB | 20 | Messages with security personnel re: property issues | 0.1 | 0.00 |
| 12/3/2018 | RB | 20 | Call with security personnel re: set-up of postal delivery onsite and other related property access issues | 0.3 | 75.00 |
| 12/4/2018 | RB | 20 | Work with security personnel on property access issues | 0.4 | 0.00 |
| 12/4/2018 | RB | 20 | Work on property safety issues with security personnel (1.2) and related call to Bernie Sauer re: same (.4) | 1.6 | 0.00 |
| 12/5/2018 | RB | 20 | Work with security personnel on security/property issues | 0.4 | 0.00 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 12/6/2018 | RB | 20 | Work with security personnel on various security and property/construction coordination issues; walk property; review security logs for November | 1.9 | 0.00 |
| 12/8/2018 | RB | 20 | Calls with security personnel re: denial of property access for contractor that has not yet provided adequate information (proof of coverage, proposal, etc.) | 0.6 | 150.00 |
| 12/10/2018 | RB | 20 | Calls security personnel re: security issues and immediate access for contractors that provided info | 0.2 | 0.00 |
| 12/11/2018 | RB | 20 | Call with security personnel re: security issues | 0.1 | 0.00 |
| 12/12/2018 | RB | 20 | Work with substitute security person on various security and property issues | 0.4 | 100.00 |
| 12/12/2018 | RB | 20 | Do late night security patrol of property | 0.7 | 0.00 |
| 12/13/2018 | RB | 20 | Work with substitute security person on various security and property issues | 0.2 | 0.00 |
| 12/14/2018 | RB | 20 | Calls with security personnel re: security and access issues for contractors | 0.3 | 75.00 |
| 12/18/2018 | RB | 20 | Meet with security personnel re: various updates on security issues | 0.9 | 0.00 |
| 12/19/2018 | RB | 20 | Call/meet with security personnel re: property access issues | 0.2 | 0.00 |
| 12/21/2018 | RB | 20 | Work with security personnel re: security coordination/access issues during Holidays | 0.3 | 75.00 |
| 12/26/2018 | RB | 20 | Call with security personnel re: security and property access issues | 0.4 | 100.00 |
| 12/27/2018 | RB | 20 | Calls with security personnel re: security and safety reports | 0.5 | 125.00 |
| 1/2/2019 | RB | 20 | Call with security personnel re: security and contractor coordination issues | 0.2 | 0.00 |
| 1/3/2019 | RB | 20 | Call with security personnel re: security and contractor coordination issues | 0.3 | 0.00 |
| 1/6/2019 | RB | 20 | Call with security personnel re: property access issues and security issues | 0.3 | 0.00 |
| 1/9/2019 | RB | 20 | Call with security personnel re: security and property access issues | 0.1 | 0.00 |
| 1/10/2019 | RB | 20 | Call with security personnel re: security and safety issues | 0.1 | 0.00 |
| 1/10/2019 | RB | 20 | Review security logs | 0.2 | 0.00 |
| 1/11/2019 | RB | 20 | Communication with security personnel re: coordination of security equipment needs | 0.2 | 0.00 |
| 1/15/2019 | RB | 20 | Call with security personnel re: security activity at property | 0.2 | 0.00 |
| 1/16/2019 | RB | 20 | Call with security personnel re: security and property access issues (.2) and related in person coordination (.8) | 1.0 | 0.00 |
| 1/17/2019 | RB | 20 | Call with security personnel re: security and safety issues | 0.1 | 0.00 |
| 1/18/2019 | RB | 20 | Coordination with security personnel re: coordination of security and property access issues; assistance with administrative issues | 0.2 | 0.00 |
| 1/18/2019 | RB | 20 | Call with security personnel re: access for new contractor and verifications needed | 0.2 | 50.00 |
| 1/20/2019 | RB | 20 | Call with security personnel re: work status progress of contractors over the current weekend | 0.3 | 75.00 |
| 1/21/2019 | RB | 20 | Call with security personnel re: security issues | 0.2 | 0.00 |
| 1/22/2019 | RB | 20 | Work with security personnel on security/property issues | 0.3 | 0.00 |
| 1/23/2019 | RB | 20 | Work with security personnel on security/property issues | 0.2 | 0.00 |
| 1/24/2019 | RB | 20 | Call with security personnel re: security and safety issues (.2) and meeting re: same (.4) | 0.6 | 0.00 |
| 1/25/2019 | RB | 20 | Communication with security personnel re: coordination of security equipment needs and contractor access | 0.4 | 0.00 |
| 1/27/2019 | RB | 20 | Call with security personnel re: contractor/security issues | 0.1 | 0.00 |
| 1/28/2019 | RB | 20 | Call with security personnel re: progress status of electrical work progress on additional security lighting for trailer | 0.1 | 0.00 |
| 1/30/2019 | RB | 20 | Work with security personnel on security/property/safety issues | 0.4 | 0.00 |
| 1/31/2019 | RB | 20 | Calls and direct work with security personnel re: security and safety issues; also info compiled from security post for contractor invoice cost verification | 0.6 | 150.00 |
| 2/1/2019 | RB | 20 | Work with security personnel on security/property/safety issues | 0.2 | 0.00 |
| 2/4/2019 | RB | 20 | Call with security personnel re: security issues | 0.1 | 0.00 |
| 2/6/2019 | RB | 20 | Work with security personnel on security/property issues | 0.3 | 0.00 |
| 2/7/2019 | RB | 20 | Work with security personnel re: security and safety issues | 0.2 | 0.00 |
| 2/9/2019 | RB | 20 | Call with security personnel re: contractor access to property and related followup | 0.5 | 125.00 |
| 2/11/2019 | RB | 20 | Call with security personnel re: security issues | 0.1 | 0.00 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | | | Description | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| 2/13/2019 | RB | 20 | Work with security personnel re: security and property access issues: Get confirmation that meter problem on Unit #41 was not a safety risk | 0.9 | 225.00 |
| 2/14/2019 | RB | 20 | Work with security personnel re: security and safety issues | 0.6 | 0.00 |
| 2/15/2019 | RB | 20 | Late call with security personnel re: security issues | 0.1 | 0.00 |
| 2/17/2019 | RB | 20 | Communications with security personnel re: security issues | 0.2 | 0.00 |
| 2/20/2019 | RB | 20 | Work with security personnel on security/property issues | 0.3 | 0.00 |
| 2/21/2019 | RB | 20 | Work & calls with security personnel re: security and safety issues | 0.2 | 0.00 |
| 2/22/2019 | RB | 20 | Work with security personnel on maintenance, safety and security issues | 0.2 | 0.00 |
| 2/23/2019 | RB | 20 | Call with KOH and security personnel re security issues | 0.3 | 0.00 |
| 2/25/2019 | RB | 20 | Call with security personnel re: security and safety issues on property; coordination of access and information for visitors | 0.3 | 0.00 |
| 2/26/2019 | RB | 20 | Work with security personnel re: security and safety issues | 0.3 | 0.00 |
| 2/27/2019 | RB | 20 | Work with security personnel re: security and safety issues on property; coordination of access and information for visitors; contractor schedules | 0.7 | 175.00 |
| 2/28/2019 | RB | 20 | Work with security personnel re: security and safety issues; additional procedures for sales deposit safekeeping | 0.6 | 150.00 |
| 3/1/2019 | RB | 20 | Work with security personnel on property issues and access for visitors | 0.4 | 0.00 |
| 3/3/2019 | RB | 20 | Calls with security personnel re: authorization to release sales deposit to sales representatives; property access | 0.3 | 75.00 |
| 3/4/2019 | RB | 20 | Calls with security personnel re: security deposit transactions for safekeeping and other property issues | 0.4 | 100.00 |
| 3/7/2019 | RB | 20 | Work with security personnel re: security and safety issues | 0.3 | 0.00 |
| 3/8/2019 | RB | 20 | Communication with security personnel re: coordination of security issues | 0.1 | 0.00 |
| 3/9/2019 | RB | 20 | Call with security personnel re: security and other site issues | 0.6 | 0.00 |
| 3/11/2019 | RB | 20 | Calls with security personnel re: assistance with cost verification project; security issues | 0.6 | 0.00 |
| 3/12/2019 | RB | 20 | Work with security personnel re: security/safety issues and coordination of info for Sales | 0.9 | 0.00 |
| 3/13/2019 | RB | 20 | Work with security personnel on security/property issues | 0.5 | 0.00 |
| 3/14/2019 | RB | 20 | Call with security personnel re: security and safety issues | 0.2 | 0.00 |
| 3/15/2019 | RB | 20 | Calls with security personnel re: onsite contractor issues and access | 1.2 | 0.00 |
| 3/18/2019 | RB | 20 | Work with security personnel on security and access issues; security logs archived for February 2019 | 0.3 | 0.00 |
| 3/19/2019 | RB | 20 | Calls from/to security personnel re: access to property for contractor | 0.2 | 0.00 |
| 3/20/2019 | RB | 20 | Work with security personnel on security/property access issues (insurance updates) | 0.4 | 0.00 |
| 3/21/2019 | RB | 20 | Call with security personnel re: security and safety issues | 0.1 | 0.00 |
| 4/1/2019 | RB | 20 | Call with security personnel re: property access issues | 0.1 | 0.00 |
| 4/2/2019 | RB | 20 | Handle security coverage for property | 4.9 | 0.00 |
| 4/3/2019 | RB | 20 | Coordinate security coverage for property | 6.0 | 0.00 |
| 4/4/2019 | RB | 20 | Coordinate security coverage for property | 2.8 | 0.00 |
| 4/6/2019 | RB | 20 | Call with security personnel re: property issues and access to model homes | 0.1 | 0.00 |
| 4/8/2019 | RB | 20 | Provide info needed for security access | 0.1 | 0.00 |
| 4/9/2019 | RB | 20 | Call with security personnel re: security issues | 0.1 | 0.00 |
| 4/9/2019 | RB | 20 | Call with security personnel re: security coordination issues | 0.1 | 0.00 |
| 4/9/2019 | RB | 20 | Call with security personnel re: security expense issues | 0.1 | 0.00 |
| 4/10/2019 | RB | 20 | Call with security personnel re: security issues | 0.1 | 0.00 |
| 4/11/2019 | RB | 20 | Call with security personnel re: security coordination issues | 0.2 | 0.00 |
| 4/11/2019 | RB | 20 | Call with security personnel re: security issues | 0.2 | 0.00 |
| 4/12/2019 | RB | 20 | Call with security personnel re: security coordination issues | 0.3 | 0.00 |
| 4/12/2019 | RB | 20 | Calls with John McGrath re: Construction Manager issues | 0.1 | 0.00 |
| 4/16/2019 | RB | 20 | Work with security personnel re: security coordination issues | 0.2 | 0.00 |
| 4/16/2019 | RB | 20 | Work with security personnel re: security log analysis for various purposes | 0.3 | 0.00 |
| 4/23/2019 | RB | 20 | Work with security personnel re: security and property issues | 0.6 | 0.00 |
| 4/30/2019 | RB | 20 | Work with security personnel re: security coordination issues | 0.4 | 0.00 |
| 5/2/2019 | RB | 20 | Walk property and units and followup with security personnel re: security points and contractor followup | 1.1 | 0.00 |
| 5/6/2019 | RB | 20 | Call with security personnel re: security coordination issues | 0.3 | 0.00 |
| 5/7/2019 | RB | 20 | Call with security personnel re: security coordination issues | 0.1 | 0.00 |
| 5/8/2019 | RB | 20 | Call with security personnel re: security coordination issues | 0.1 | 0.00 |
| 5/10/2019 | RB | 20 | Call with security perxnnel re: security coordination issues | 0.4 | 0.00 |
| 5/15/2019 | RB | 20 | Work with security personnel on security issues and property damage resolution procedures | 0.3 | 0.00 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | | | Description | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| 5/16/2019 | RB | 20 | Work with security personnel on security and operational issues observed from his security rounds | 0.9 | 225.00 |
| 5/20/2019 | RB | 20 | Call with security personnel re: security coordination issues | 0.1 | 0.00 |
| 5/28/2019 | RB | 20 | Call with security personnel re: security coordination issues | 0.1 | 0.00 |
| 5/29/2019 | RB | 20 | Calls with security personnel re: security and property access issues | 0.3 | 0.00 |
| 5/30/2019 | RB | 20 | Calls with security personnel re: security and property access issues | 0.2 | 0.00 |
| 5/31/2019 | RB | 20 | Coordination with security personnel re: security coordination and property access issues | 0.4 | 0.00 |
| 6/27/2019 | RB | 20 | Work with security personnel :on security coordination & property maintenance issues | 0.8 | 0.00 |
| 11/4/2019 | RB | 20 | Work with security personnel on security, office administration and maintenance issues | 2.3 | 0.00 |
| 11/5/2019 | RB | 20 | Work with security personnel on security, office administration and maintenance issues | 0.2 | 0.00 |
| 11/6/2019 | RB | 20 | Work with security personnel on security, office administration and maintenance issues | 0.4 | 0.00 |
| 11/8/2019 | CD | 20 | Call with security personnel re insurance update for contractor | 0.1 | 0.00 |
| 11/12/2019 | RB | 20 | Walk property and units with KOH and Leonard | 0.6 | 0.00 |
| 11/13/2019 | RB | 20 | Work with security personnel on security, office administration and maintenance issues | 0.2 | 0.00 |
| 11/14/2019 | RB | 20 | Work with security personnel on security, office administration and maintenance issues | 0.3 | 0.00 |
| 11/19/2019 | RB | 20 | Work with security personnel on security, office administration and maintenance issues | 0.1 | 0.00 |
| 11/20/2019 | RB | 20 | Work with security personnel on security, office administration and maintenance issues | 0.2 | 0.00 |
| 11/22/2019 | RB | 20 | Work with security personnel on security, office administration and maintenance issues | 0.6 | 0.00 |
| 12/4/2019 | RB | 20 | Work with security personnel on verification of deliveries for invoice review | 0.4 | 0.00 |
| 12/6/2019 | RB | 20 | Work with security personnel on security, office administration and maintenance issues | 0.2 | 0.00 |
| 12/11/2019 | RB | 20 | Work with security personnel re: property security issues coordination | 0.3 | 0.00 |
| 12/12/2019 | RB | 20 | Work with security personnel on security, office administration and maintenance issues | 0.2 | 0.00 |
| 12/13/2019 | RB | 20 | Work with security personnel on security, office administration and maintenance issues | 0.2 | 0.00 |
| 12/16/2019 | RB | 20 | Call with security personnel re: property security issues | 0.1 | 0.00 |
| 12/17/2019 | RB | 20 | Work with security personnel on security, office administration and maintenance issues | 0.1 | 0.00 |
| 12/23/2019 | RB | 20 | Call with security personnel re: property security issues | 0.1 | 0.00 |
| 12/27/2019 | RB | 20 | Call with security personnel on security, office administration and maintenance issues | 0.2 | 0.00 |
| 1/8/2020 | RB | 20 | Work with security personnel on administrative/security issues | 0.2 | 0.00 |
| 1/20/2020 | RB | 20 | Call with security personnel re: security and administrative issues | 0.4 | 0.00 |
| 1/22/2020 | RB | 20 | Work with security personnel on administrative/security issues | 0.4 | 0.00 |
| 1/24/2020 | RB | 20 | Call with security personnel re: security and administrative issues | 0.2 | 0.00 |
| 1/26/2020 | RB | 20 | Call with security personnel re: security and administrative issues | 0.1 | 0.00 |
| 1/27/2020 | RB | 20 | Call with security personnel re: security and administrative issues | 0.1 | 0.00 |
| 2/3/2020 | RB | 20 | Call with security personnel re: administrative and security issues | 0.1 | 0.00 |
| 2/4/2020 | RB | 20 | Call with security personnel re: administrative and security issues | 0.2 | 0.00 |
| 2/5/2020 | RB | 20 | Work with security personnel on administrative/security issues | 0.1 | 0.00 |
| 2/10/2020 | RB | 20 | Calls with security personnel re: admin and security issues | 0.1 | 0.00 |
| 2/12/2020 | RB | 20 | Calls with security personnel re: admin and security issues | 0.1 | 0.00 |
| 2/17/2020 | RB | 20 | Calls with security personnel re: admin and security issues | 0.3 | 0.00 |
| 2/18/2020 | RB | 20 | Work on security measures on property; do security checks around property | 2.1 | 0.00 |
| 2/19/2020 | RB | 20 | Work on security issues on property; do security checks around property | 1.6 | 0.00 |
| 2/19/2020 | RB | 20 | Call with security personnel re: security and admin issues | 0.3 | 0.00 |
| 2/20/2020 | RB | 20 | Work on security issues on property; do security checks around property | 2.1 | 0.00 |
| 2/21/2020 | RB | 20 | Calls with security personnel re: update of security admin issues on property and coordination of return | 0.1 | 0.00 |
| 2/24/2020 | RB | 20 | Calls with security personnel re: security and property issues | 0.4 | 0.00 |
| 2/25/2020 | RB | 20 | Work with security personnel re: security and property issues | 0.6 | 0.00 |
| 2/26/2020 | RB | 20 | Work with security personnel on administrative/security issues | 0.3 | 0.00 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 2/27/2020 | RB | 20 | Generate security incident report form for use on property | 0.4 | 0.00 |
| 2/28/2020 | RB | 20 | Work with security personnel on security issues | 0.1 | 0.00 |
| 3/2/2020 | RB | 20 | Call with security personnel re: security issues | 0.2 | 0.00 |
| 3/3/2020 | RB | 20 | Calls with security personnel re: admin & security issues | 0.1 | 0.00 |
| 3/4/2020 | RB | 20 | Work with security personnel on administrative/security issues | 0.1 | 0.00 |
| 3/5/2020 | RB | 20 | Work with security personnel re: admin & security issues | 0.4 | 0.00 |
| 3/9/2020 | RB | 20 | Call with security personnel re: security issues and needs | 0.3 | 0.00 |
| 3/11/2020 | RB | 20 | Calls with security personnel re: admin & security issues | 0.3 | 0.00 |
| 3/12/2020 | RB | 20 | Calls with security personnel re: admin & security issues | 0.2 | 0.00 |
| 3/13/2020 | RB | 20 | Calls with security personnel re: admin & security issues | 0.2 | 0.00 |
| 3/23/2020 | RB | 20 | Call with security personnel re: security issues and procedures with new residents | 0.8 | 0.00 |
| 3/24/2020 | RB | 20 | Call with security personnel re: property security issues | 0.2 | 0.00 |
| 3/25/2020 | RB | 20 | Calls with security personnel re: entry restrictions for contractors for insurance purposes | 0.7 | 0.00 |
| 3/26/2020 | RB | 20 | Call with security personnel re: security issues and property access issues | 0.1 | 0.00 |
| 3/27/2020 | RB | 20 | Call with security personnel re: ~~verification of work done by contractors (.4) and~~ security related issues (.1) | 0.1 | 0.00 |
| 3/28/2020 | RB | 20 | Call with security personnel re: security/admin issues | 0.2 | 0.00 |
| 3/29/2020 | RB | 20 | Call with security personnel re: security/admin issues | 0.1 | 0.00 |
| 3/30/2020 | RB | 20 | Calls with security personnel re: property security issues | 0.2 | 0.00 |
| 3/30/2020 | CD | 20 | Call with security personnel to let security know Verizon will be on property 4/1 for transfer/install of service in Lot 10. | 0.2 | 0.00 |
| 3/31/2020 | RB | 20 | Call with security personnel re: security and admin issues | 0.2 | 0.00 |
| 4/1/2020 | RB | 20 | Work with security personnel on administrative/security issues | 0.1 | 0.00 |
| 4/2/2020 | RB | 20 | Call with security personnel on administrative/security issues | 0.2 | 0.00 |
| 4/3/2020 | RB | 20 | Call with security personnel on administrative/security issues | 0.1 | 0.00 |
| 4/4/2020 | RB | 20 | Call with security personnel on administrative/security issues | 0.1 | 0.00 |
| 4/6/2020 | RB | 20 | Calls with security personnel on ~~administrative/~~security issues | 0.1 | 0.00 |
| 4/7/2020 | RB | 20 | Calls with security personnel on administrative/security issues | 0.2 | 0.00 |
| 4/8/2020 | RB | 20 | Calls with security personnel on administrative/security issues | 0.2 | 0.00 |
| 4/9/2020 | RB | 20 | Calls with security personnel on administrative/security issues | 0.5 | 0.00 |
| 4/11/2020 | RB | 20 | Call with security personnel on administrative/security issues | 0.1 | 0.00 |
| 4/15/2020 | RB | 20 | Call with security personnel on administrative/security issues | 0.1 | 0.00 |
| 4/16/2020 | RB | 20 | Call with security personnel on ~~administrative/~~security issues | 0.2 | 0.00 |
| 4/17/2020 | RB | 20 | Call with security personnel on administrative/security issues | 0.6 | 0.00 |
| 4/19/2020 | RB | 20 | Call with security personnel on administrative/security issues | 0.1 | 0.00 |
| 4/21/2020 | RB | 20 | Call with security personnel re: admin/security issues | 0.1 | 0.00 |
| 4/22/2020 | RB | 20 | Call with security personnel re: admin/security issues | 0.2 | 0.00 |
| 4/22/2020 | CD | 20 | Review and reconcile to bank account balances. | 0.2 | 0.00 |
| 4/25/2020 | RB | 20 | Calls with Security Team re:admin/security issues | 0.1 | 0.00 |
| 5/1/2020 | RB | 20 | Calls with Security Team re:admin/security issues | 0.30 | 0.00 |
| 5/2/2020 | RB | 20 | Call with Security team on administrative/security issues | 0.10 | 0.00 |
| 5/4/2020 | RB | 20 | Call with Security team on administrative/security issues | 0.10 | 0.00 |
| 5/5/2020 | RB | 20 | Call with Security team on administrative/security issues | 0.20 | 0.00 |
| 5/6/2020 | RB | 20 | Call with Security team on administrative/security issues | 0.20 | 0.00 |
| 5/8/2020 | RB | 20 | Call with security personnel re: homeowner construction issues | 0.30 | 0.00 |
| 5/9/2020 | RB | 20 | Call with Security team on administrative/security issues | 0.10 | 0.00 |
| 5/11/2020 | RB | 20 | Call with security personnel re: security issues on property and contractors onsite | 0.30 | 0.00 |
| 5/12/2020 | RB | 20 | Call with Security team on administrative/security issues | 0.10 | 0.00 |
| 5/13/2020 | RB | 20 | Call with security personnel re: security and admin issues | 0.20 | 0.00 |
| 5/18/2020 | RB | 20 | Call with Security team on administrative/security issues | 0.10 | 0.00 |
| 5/19/2020 | RB | 20 | Call with Security team on administrative/security issues | 0.10 | 0.00 |
| 5/20/2020 | RB | 20 | Call with security personnel re: security and admin issues | 0.20 | 0.00 |
| 5/26/2020 | RB | 20 | Call with Security team on administrative/security issues | 0.20 | 0.00 |
| 5/26/2020 | CD | 20 | Review and reconcile to bank account balance. | 0.10 | 0.00 |
| 5/26/2020 | CD | 20 | Download and print payroll reports. | 0.20 | 0.00 |
| 5/27/2020 | RB | 20 | Review cash account reports | 0.20 | 0.00 |
| 6/1/2020 | RB | 20 | Call with Leonard White re: update on security issues and related admin issues | 0.80 | 0.00 |
| 6/2/2020 | RB | 20 | Call with Leonard White re: update on security issues and related admin issues | 0.40 | 0.00 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | | | Desc | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| 6/4/2020 | RB | 20 | Call with Leonard White re: security issues and related admin issues | 0.10 | 0.00 |
| 6/10/2020 | RB | 20 | Call with Leonard White re: security and admin issues | 0.10 | 0.00 |
| 6/14/2020 | RB | 20 | Call with Leonard White re: update on security issues and related admin issues | 0.50 | 0.00 |
| 6/16/2020 | RB | 20 | Call with Leonard White re: update on security issues and related admin issues | 0.20 | 0.00 |
| 6/17/2020 | RB | 20 | Call with Leonard White re: update on security issues and related admin issues | 0.40 | 0.00 |
| 6/18/2020 | RB | 20 | Call with Leonard White re: update on security issues and related admin issues | 0.10 | 0.00 |
| 6/19/2020 | RB | 20 | Call with Leonard White re: update on security issues and related admin issues | 0.70 | 0.00 |
| 6/19/2020 | CD | 20 | Review and reconcile to bank account balances. | 0.10 | 0.00 |
| 6/23/2020 | RB | 20 | Call with Leonard White re: update on security issues and related admin issues | 0.20 | 0.00 |
| 6/26/2020 | RB | 20 | Calls with Leonard White re: update on security issues and related admin issues | 0.40 | 0.00 |
| 6/27/2020 | RB | 20 | Calls with Leonard White re: update on security issues and related admin issues | 0.20 | 0.00 |
| 6/29/2020 | RB | 20 | Calls with Leonard White re: update on security issues and related admin issues | 0.20 | 0.00 |
| 7/7/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.20 | 0.00 |
| 7/9/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 7/10/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues; insurance compliance procedures | 0.50 | 0.00 |
| 7/13/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin iss | 0.10 | 0.00 |
| 7/16/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin iss | 0.70 | 0.00 |
| 7/19/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.1 | 0.00 |
| 7/20/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues; insurance compliance procedures | 0.1 | 0.00 |
| 7/22/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues; insurance compliance procedures | 0.2 | 0.00 |
| 7/23/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues; insurance compliance procedures | 0.5 | 125.00 |
| 7/24/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues; insurance compliance procedures | 0.1 | 0.00 |
| 7/27/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues; insurance compliance procedures | 0.10 | 0.00 |
| 7/29/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues; insurance compliance procedures, resident issues | 0.20 | 0.00 |
| 7/30/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.60 | 0.00 |
| 8/3/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin iss | 0.40 | 0.00 |
| 8/4/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin iss | 0.20 | 0.00 |
| 8/5/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin iss | 0.30 | 0.00 |
| 8/6/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin iss | 0.50 | 0.00 |
| 8/7/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin iss | 0.20 | 0.00 |
| 8/10/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.70 | 0.00 |
| 8/11/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.40 | 0.00 |
| 8/14/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.30 | 0.00 |
| 8/17/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.30 | 0.00 |
| 8/18/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.60 | 0.00 |
| 8/19/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues; insurance compliance procedures | 0.10 | 0.00 |
| 8/22/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.20 | 0.00 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 8/25/2020 | CD | 20 | Call with security personnel re buyer transfer of water service | 0.20 | 35.00 |
| 8/26/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues; insurance compliance procedures | 0.10 | 25.00 |
| 8/28/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.20 | 0.00 |
| 8/29/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 8/31/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues; insurance compliance procedures | 0.40 | 0.00 |
| 9/1/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 9/4/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.20 | 0.00 |
| 9/8/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.60 | 0.00 |
| 9/9/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues; insurance compliance procedures | 0.20 | 0.00 |
| 9/10/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.30 | 0.00 |
| 9/11/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.30 | 0.00 |
| 9/12/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues; verification of contractor work on property | 0.10 | 25.00 |
| 9/15/2020 | RB | 20 | Calls with security personnel re: briefing on security issues and related admin issues | 0.70 | 0.00 |
| 9/18/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.20 | 0.00 |
| 9/19/2020 | RB | 20 | Call with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 9/22/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.20 | 0.00 |
| 9/29/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.20 | 0.00 |
| 9/30/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.20 | 0.00 |
| 10/1/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.20 | 0.00 |
| 10/2/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.20 | 0.00 |
| 10/6/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues; insurance compliance procedures | 0.10 | 0.00 |
| 10/8/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 10/9/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 10/13/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.20 | 0.00 |
| 10/15/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues; insurance compliance procedures | 0.10 | 0.00 |
| 10/22/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.20 | 0.00 |
| 10/26/2020 | RB | 20 | Call with security personnel re: security issues | 0.10 | 0.00 |
| 10/28/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.30 | 0.00 |
| 10/29/2020 | RB | 20 | Call with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 11/2/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues; insurance compliance procedures | 0.30 | 75.00 |
| 11/9/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues; insurance compliance procedures | 0.10 | 25.00 |
| 11/12/2020 | CD | 20 | Call with security personnel re transfer of internet service between units. | 0.20 | 0.00 |
| 11/17/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues; insurance compliance procedures | 0.10 | 25.00 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | Atty | Task | Description | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| 11/21/2020 | RB | 20 | Call with security personnel re: set-up of property facilities for wireless service improvement to facilitate enhanced security monitoring of property | 0.90 | 225.00 |
| 11/21/2020 | CD | 20 | Call with security personnel re security system related to Verizon internet service and transfer between units. | 0.80 | 140.00 |
| 11/23/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues; insurance compliance procedures | 0.20 | 0.00 |
| 11/23/2020 | CD | 20 | Call with security personnel re call with Verizon regarding signal strength of internet service | 0.30 | 0.00 |
| 11/24/2020 | RB | 20 | Call with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 11/29/2020 | RB | 20 | Call with security personnel on property security matters | 0.10 | 0.00 |
| 12/1/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues; insurance compliance procedures | 0.10 | 0.00 |
| 12/3/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues; insurance compliance procedures | 0.10 | 0.00 |
| 12/7/2020 | RB | 20 | Email from security personnel re: insurance verification for contractors and related response | 0.30 | 75.00 |
| 12/9/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues; insurance compliance procedures | 0.10 | 0.00 |
| 12/9/2020 | RB | 20 | Call with security personnel re: specific onsite security issues | 0.10 | 0.00 |
| 12/10/2020 | RB | 20 | Call with security personnel re: update on security issues and related admin issues; insurance compliance procedures | 0.10 | 0.00 |
| 12/11/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.40 | 0.00 |
| 12/14/2020 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues; insurance compliance procedures | 0.10 | 0.00 |
| 12/15/2020 | RB | 20 | Call with security personnel re: administration of security issues on property | 0.10 | 0.00 |
| 12/16/2020 | RB | 20 | Call with security personnel re: security procedures administration | 0.10 | 0.00 |
| 12/18/2020 | RB | 20 | Call with security personnel re: security procedures administration | 0.10 | 0.00 |
| 12/23/2020 | RB | 20 | Call with security personnel re: security administrative issues | 0.20 | 0.00 |
| 12/24/2020 | RB | 20 | Call with security personnel re: security administrative issues | 0.30 | 0.00 |
| 12/30/2020 | RB | 20 | Call with security personnel re: site security issues administration | 0.20 | 0.00 |
| 1/2/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.30 | 0.00 |
| 1/3/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 1/4/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 1/4/2021 | CD | 20 | Call with security personnel re disconnect internet service in Lot 10 (old model) and confirmed George Allen was on site for insulation of tank. | 0.20 | 35.00 |
| 1/6/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues; insurance compliance procedures | 0.30 | 0.00 |
| 1/8/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 1/13/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 1/15/2021 | RB | 20 | Calls with Leonard White re: update on security issues and related admin issues; insurance compliance procedures | 0.20 | 0.00 |
| 1/18/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 1/18/2021 | CD | 20 | Contact security personnel to check on water service transfer with Lot 8 | 0.10 | 17.50 |
| 1/19/2021 | RB | 20 | Calls with security personnel re: security administration issues | 0.30 | 0.00 |
| 1/22/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.20 | 0.00 |
| 1/25/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues; insurance compliance procedures | 0.20 | 0.00 |
| 1/26/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 1/27/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 1/27/2021 | CD | 20 | Call with security personnel re discussion with buyers re water service transfer. | 0.10 | 17.50 |

**PROFESSIONAL SERVICES**  Hrs/Rate  Amount
Island View Crossing II, LP - NM

| Date | | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 1/28/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.20 | 0.00 |
| 1/29/2021 | RB | 20 | Call with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 1/31/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 2/1/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 2/3/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 2/16/2021 | CD | 20 | Call with security personnel re pump installed in trailer from holding tank to water tank. Call to George Allen Portable re invoice and amount due. | 0.30 | 52.50 |
| 2/18/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.30 | 0.00 |
| 2/21/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues; insurance compliance procedures | 0.10 | 0.00 |
| 2/23/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 2/28/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 3/4/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 3/5/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 3/8/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 3/9/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 3/10/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 3/11/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 3/17/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues; insurance compliance procedures | 0.10 | 0.00 |
| 3/18/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 3/19/2021 | RB | 20 | Call with security personnel re: update on security issues and related admin issues; insurance compliance procedures | 0.10 | 0.00 |
| 3/23/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 3/24/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.60 | 0.00 |
| 3/30/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues; insurance compliance procedures | 0.10 | 0.00 |
| 3/31/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.20 | 0.00 |
| 4/2/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 4/6/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 4/8/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 4/9/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 4/12/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 4/13/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.20 | 0.00 |
| 4/20/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.20 | 0.00 |
| 4/22/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 4/23/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP - NM

| Date | | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 4/29/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 4/30/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 5/7/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 5/22/2021 | RB | 20 | Call withsecurity personnel re: security issues on property | 0.10 | 0.00 |
| 6/3/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 6/4/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.20 | 0.00 |
| 6/5/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 6/9/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 6/10/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 6/14/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.60 | 0.00 |
| 6/22/2021 | RB | 20 | Work with security personnel re: update on security issues and related admin issues | 1.80 | 0.00 |
| 7/6/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 7/8/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 7/12/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 7/20/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 7/23/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| 7/27/2021 | RB | 20 | Calls with security personnel re: update on security issues and related admin issues | 0.10 | 0.00 |
| | **Total** | | **Site/Security** | **246.8** | **13,290.00** |

**For Professional Services Rendered:**

| | | | | Total Hours Worked | |
|---|---|---|---|---|---|
| RB | Ralph Brotherton | | | 243.60 | |
| CD | Carol Davis | | | 3.20 | |

| | | | Rate | Total Hours Billed | |
|---|---|---|---|---|---|
| RB | Ralph Brotherton | | $250/hr | 51.90 | $12,975.00 |
| CD | Carol Davis | | $175/hr | 1.80 | $315.00 |

| | | | | Total Hours Not Billed | |
|---|---|---|---|---|---|
| RB | Ralph Brotherton | | | 191.70 | |
| CD | Carol Davis | | | 1.40 | |