# EXHIBIT 21
# TAX RELATED ITEMS

**Newbridge Management, LLC**
**PROFESSIONAL SERVICES**
Island View Crossing II, LP

| Date | | | Description | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| | | | **Tax** | | |
| 2/27/2018 | CD | 21 | Review email correspondence re: IRS Notice | 0.1 | 17.50 |
| 4/12/2018 | RB | 21 | Tax return information coordination | 1.1 | 275.00 |
| 7/11/2018 | CD | 21 | Review notice received from IRS | 0.2 | 35.00 |
| 7/20/2018 | RB | 21 | Work on case tax issues | 1.1 | 275.00 |
| 8/23/2018 | RB | 21 | Work on case tax issues | 0.3 | 75.00 |
| 8/29/2018 | RB | 21 | Call with tax consultant re: tax issues coordination | 0.1 | 25.00 |
| 8/30/2018 | RB | 21 | Call with KOH and tax consultant re: approach for tax return prep and exploration of available avenues to limit tax exposure to IVC partners | 0.3 | 0.00 |
| 9/18/2018 | RB | 21 | Go to Tax Collector's office and obtain info on outstanding real estate; followup work to plan payments based on budget | 1.4 | 350.00 |
| 9/28/2018 | RB | 21 | Prepare payments and related documentation for post-petition property taxes and determine other cash requirements | 0.4 | 100.00 |
| 10/2/2018 | RB | 21 | Communicate with Tax Collector's office re: information on Tax Claim Bureau | 0.4 | 100.00 |
| 10/12/2018 | RB | 21 | Calls with Bucks County Tax Claim Bureau to obtain information re: its position on post-pet amounts due on real estate taxes on property; start analysis of same | 1.1 | 275.00 |
| 10/14/2018 | RB | 21 | Review information obtained from Bucks County Tax Claim Bureau; analysis of same; do related research and preparation of recommendations for Trustee | 1.3 | 325.00 |
| 10/16/2018 | RB | 21 | Do additional search for information on property tax history for prep of summary for Counsel & generate recap of same | 0.8 | 200.00 |
| 10/17/2018 | RB | 21 | Call with Bristol Borough Tax Collector to confirm previous amounts billed and specific billing periods for the different taxing districts | 0.1 | 25.00 |
| 10/19/2018 | RB | 21 | Confirmation call with Mr. Raymond Goodnoe at Bucks County Tax Claim Bureau re: 2017 amount owed (deemed post-petition by the Bureau) and preparation of payment/transmittal of same | 0.9 | 225.00 |
| 1/22/2019 | RB | 21 | Final review of 1099 list before transmission of forms | 0.2 | 50.00 |
| 1/29/2019 | CD | 21 | Print 2018 1096/1099 forms and prepare for mailing. | 1.6 | 280.00 |
| 3/7/2019 | RB | 21 | Coordinate tax return issues | 0.1 | 25.00 |
| 8/21/2019 | CD | 21 | Prepare 2018 schedule of receipts and disbursements for tax return information for accountants. | 5.0 | 875.00 |
| 8/30/2019 | CD | 21 | Email correspondence from accountant re tax information | 0.1 | 17.50 |
| 9/16/2019 | CD | 21 | Review email correspondence re: 2018 tax return | 0.1 | 17.50 |
| 9/19/2019 | CD | 21 | Receive and review IVC 2018 tax return copies and postage receipt. | 0.2 | 35.00 |
| 9/23/2019 | CD | 21 | Scan 2018 tax returns, certificate of mailing | 0.5 | 87.50 |
| 11/4/2019 | CD | 21 | Review tax mail received, scan and distribute. | 0.7 | 122.50 |
| 11/12/2019 | CD | 21 | Forward to KOH tax bill | 0.1 | 17.50 |
| 1/8/2020 | CD | 21 | Review 2019 vendor payments for 1099's. | 0.9 | 157.50 |
| 1/9/2020 | CD | 21 | Review and detail 2019 vendor payments for 1099's | 2.1 | 367.50 |
| 1/14/2020 | CD | 21 | Review and update 1099 information for 2019 vendor payments. | 1.3 | 227.50 |
| 1/15/2020 | CD | 21 | Review and update 1099 information for 2019 vendor payments. Request W-9 from vendor. | 0.8 | 140.00 |
| 1/16/2020 | RB | 21 | Call with Carol Davis re: case issues | 0.5 | 0.00 |
| 1/21/2020 | CD | 21 | Email correspondence with KOH re tax reporting for 1099/1096. | 0.1 | 17.50 |
| 1/23/2020 | RB | 21 | Work with Carol Davis on tax reporting planning and 1099 reporting issues | 1.5 | 375.00 |
| 1/23/2020 | CD | 21 | Calls with RB re tax reporting, planning and 1099's. | 1.5 | 0.00 |
| 1/23/2020 | CD | 21 | Work on tax reporting for 1099's | 0.8 | 140.00 |
| 1/28/2020 | CD | 21 | Print 1099 & 1096 forms. Prepare for mailing. | 2.0 | 350.00 |
| 1/28/2020 | CD | 21 | Send 1099/1096 forms to KOH, Receive and review mail rec'd | 0.5 | 87.50 |
| 1/30/2020 | RB | 21 | Calls with Carol Davis re: case issues | 1.0 | 0.00 |
| 1/30/2020 | CD | 21 | Call with RB re 1099's | 1.0 | 0.00 |
| 1/31/2020 | CD | 21 | Received 1099/1096 mailing receipts and signed copies | 0.1 | 17.50 |
| 2/20/2020 | RB | 21 | Work on EIN issues for Community Association | 0.2 | 50.00 |
| 2/26/2020 | CD | 21 | Review and organize 2019 tax information | 2.5 | 437.50 |
| 4/2/2020 | RB | 21 | Call with Lesley Johnson re: tax return planning issues | 0.1 | 25.00 |
| 4/15/2020 | CD | 21 | Input real estate tax payment in register. Review payment amounts. | 0.4 | 70.00 |
| 4/27/2020 | CD | 21 | Receive, scan and distribute tax payment receipt received in mail. | 0.4 | 70.00 |
| 7/14/2020 | RB | 21 | Confirm tax return extension being made by Mukamal firm (Call with Lesley Johr | 0.10 | 25.00 |
| 8/26/2020 | CD | 21 | Review 2019 tax information to provide accountants. | 2.00 | 350.00 |
| 8/27/2020 | CD | 21 | Review mail received, scan and forward tax collector receipt to RB | 0.60 | 105.00 |
| 8/30/2020 | RB | 21 | Review tax information for submittal to tax accountants | 1.30 | 325.00 |

**PROFESSIONAL SERVICES**
Island View Crossing II, LP

| Date | | | Description | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| 8/31/2020 | CD | 21 | Email correspondence with RB re 2019 tax information | 0.20 | 35.00 |
| 9/1/2020 | CD | 21 | Email correspondence to tax accountant re 2019 tax returns | 0.20 | 35.00 |
| 9/11/2020 | CD | 21 | Communication from KOH re tax returns | 0.10 | 17.50 |
| 9/14/2020 | CD | 21 | Receive, copy and assemble tax returns for mailing. Mail and obtain certificate of mailing for tax returns. | 3.50 | 612.50 |
| 10/13/2020 | RB | 21 | Assist with information for transmission of tax return documents | 0.10 | 25.00 |
| 10/14/2020 | RB | 21 | Assist with information for transmission of tax return documents | 0.10 | 25.00 |
| 10/14/2020 | CD | 21 | Prepare letter and send FedEx to Ron G with K-1 returned in mail | 0.60 | 105.00 |
| 12/23/2020 | CD | 21 | Review W-9's for 2020 1099's | 1.40 | 245.00 |
| 1/5/2021 | CD | 21 | Work on information for 2020 1099's | 0.40 | 70.00 |
| 1/6/2021 | CD | 21 | Review 1099 & W-9 information for IVC | 1.80 | 315.00 |
| 1/14/2021 | CD | 21 | Review 1099 information and prepare worksheet for 2020 1099's, recipients. | 3.10 | 542.50 |
| 1/21/2021 | RB | 21 | Review notice received from IRS re: prompt determination response | 0.10 | 25.00 |
| 1/22/2021 | RB | 21 | Calls with Carol Davis re: 1099 issues for contractors | 1.20 | 300.00 |
| 1/22/2021 | CD | 21 | Review data for vendors for 2020 1099's | 0.60 | 105.00 |
| 1/22/2021 | CD | 21 | Calls with RB re 2020 1099's | 1.20 | 0.00 |
| 1/22/2021 | CD | 21 | Input 2020 1099 data in 1099 software | 1.30 | 227.50 |
| 1/25/2021 | CD | 21 | Update data for 2020 1099's | 0.50 | 87.50 |
| 1/27/2021 | CD | 21 | Review and print 2020 1099's | 1.00 | 175.00 |
| 1/29/2021 | CD | 21 | Call with KOH re 1099's | 0.10 | 0.00 |
| 1/29/2021 | CD | 21 | Print 2020 1099 and 1096 forms, scan and prepare for mailing to recipients and IRS | 2.80 | 490.00 |
| 1/30/2021 | CD | 21 | Mail 1099's to recipients, Mail 1096 & 1099's to IRS and obtain certificate of mailing. | 0.30 | 52.50 |
| 2/2/2021 | CD | 21 | Prepare worksheet of 2020 transactions for tax info | 1.10 | 192.50 |
| 2/5/2021 | CD | 21 | Call with KOH re 2019 tax return filed and forward copies. | 0.20 | 0.00 |
| 2/9/2021 | CD | 21 | Work on 2020 tax information | 1.50 | 262.50 |
| 2/10/2021 | CD | 21 | Review reports for tax information through 2020 | 4.80 | 840.00 |
| 2/11/2021 | CD | 21 | Summarize 2020 sales detail for 2020 tax information | 0.30 | 52.50 |
| 2/11/2021 | CD | 21 | Review tax information worksheets | 0.80 | 140.00 |
| 2/22/2021 | CD | 21 | Prepare 1096/1099Misc tax forms for mailing to IRS | 0.20 | 35.00 |
| 4/6/2021 | CD | 21 | Review 2020 tax information | 0.50 | 87.50 |
| 4/28/2021 | CD | 21 | Forward to KOH 2018 Federal & PA Tax filings. | 0.10 | 17.50 |
| 7/6/2021 | RB | 21 | Calls with Carol Davis re: tax issues | 0.20 | 0.00 |
| 7/6/2021 | CD | 21 | Call with RB re tax issues. | 0.20 | 0.00 |
| 7/16/2021 | CD | 21 | Call with KOH re tax returns and information accountant will need. | 0.60 | 0.00 |
| 7/16/2021 | CD | 21 | Email to accountant re 2013 & 2014 tax returns in files. | 0.30 | 52.50 |
| 7/19/2021 | RB | 21 | Review of various docs and scheds needed for tax return prep work | 0.70 | 175.00 |
| 7/30/2021 | CD | 21 | Email correspondence with accountant re additional information for 2020 tax return. | 0.20 | 35.00 |
| | **Total** | | **Tax** | **72.2** | **12,547.50** |

**For Professional Services Rendered:**

| | | | Total Hours Worked | |
|---|---|---|---:|---|
| RB | Ralph Brotherton | | 16.70 | |
| CD | Carol Davis | | 55.50 | |

| | | Rate | Total Hours Billed | |
|---|---|---|---:|---:|
| RB | Ralph Brotherton | $250/hr | 14.70 | $3,675.00 |
| CD | Carol Davis | $175/hr | 50.70 | $8,872.50 |

| | | | Total Hours Not Billed | |
|---|---|---|---:|---|
| RB | Ralph Brotherton | | 2.00 | |
| CD | Carol Davis | | 4.80 | |