# EXHIBIT 22
# EXPENSES

**Newbridge Management, LLC**
**EXPENSES**
Island View Crossing II, LP

| Date | | Description | Amount |
|---|---|---|---|
| 2/4/2018 | RB | Airfare | 468.60 |
| 2/4/2018 | RB | Uber transportation from Airport | 31.72 |
| 2/4/2018 | RB | Hotel/Meals | 133.90 |
| 2/5/2018 | RB | Hotel/Meals | 133.90 |
| 2/6/2018 | RB | Hotel/Meals | 133.90 |
| 2/7/2018 | RB | Car rental and fuel | 321.66 |
| 2/7/2018 | RB | Uber transportation from Airport | 27.91 |
| 2/8/2018 | RB | Flash drives for information from IVC network | 50.18 |
| 2/11/2018 | RB | Airfare | 749.59 |
| 2/11/2018 | RB | Hotel/Meals | 133.90 |
| 2/12/2018 | RB | Hotel/Meals | 133.90 |
| 2/13/2018 | RB | Hotel/Meals | 133.90 |
| 2/14/2018 | RB | Car rental and fuel | 197.96 |
| 2/14/2018 | RB | Uber transportation from Airport | 23.10 |
| 2/18/2018 | RB | Airfare | 749.59 |
| 2/18/2018 | RB | Hotel/Meals | 133.90 |
| 2/19/2018 | RB | Hotel/Meals | 133.90 |
| 2/20/2018 | RB | Hotel/Meals | 133.90 |
| 2/21/2018 | RB | Hotel/Meals | 133.90 |
| 2/22/2018 | RB | Car rental and fuel | 238.81 |
| 2/22/2018 | RB | Uber transportation from Airport | 36.08 |
| 2/25/2018 | RB | Airfare | 394.81 |
| 2/25/2018 | RB | Hotel/Meals | 166.87 |
| 2/26/2018 | RB | Hotel/Meals | 166.87 |
| 2/27/2018 | RB | Hotel/Meals | 166.87 |
| 2/28/2018 | RB | Car rental and fuel | 178.39 |
| 3/5/2018 | RB | Airfare | 383.61 |
| 3/5/2018 | RB | Hotel/Meals | 127.84 |
| 3/6/2018 | RB | Hotel/Meals | 127.84 |
| 3/7/2018 | RB | Hotel/Meals | 127.84 |
| 3/8/2018 | RB | Hotel/Meals | 127.84 |
| 3/9/2018 | RB | Car rental and fuel | 241.38 |
| 3/9/2018 | RB | Uber transportation from Airport | 22.55 |
| 3/12/2018 | RB | Airfare | 718.60 |
| 3/12/2018 | RB | Hotel/Meals | 137.28 |
| 3/13/2018 | RB | Hotel/Meals | 137.28 |
| 3/14/2018 | RB | Hotel/Meals | 137.28 |
| 3/15/2018 | RB | Hotel/Meals | 137.28 |
| 3/16/2018 | RB | Additional car rental fuel | 8.50 |
| 3/16/2018 | RB | Uber transportation from Airport | 27.91 |
| 3/18/2018 | RB | Airfare | 508.61 |
| 3/18/2018 | RB | Hotel/Meals | 136.72 |
| 3/19/2018 | RB | Hotel/Meals | 136.72 |
| 3/20/2018 | RB | Hotel/Meals | 136.72 |
| 3/21/2018 | RB | Hotel/Meals | 136.72 |
| 3/22/2018 | RB | Car rental and fuel | 362.29 |
| 3/22/2018 | RB | Uber transportation from Airport | 29.52 |
| 3/27/2018 | RB | Hotel/Meals | 146.52 |
| 3/28/2018 | RB | Hotel/Meals | 146.52 |
| 3/29/2018 | RB | Hotel/Meals | 146.52 |
| 3/30/2018 | RB | Car rental and fuel | 236.23 |
| 3/30/2018 | RB | Uber transportation from Airport | 28.39 |
| 4/10/2018 | RB | Airfare | 364.40 |
| 4/10/2018 | RB | Hotel/Meals | 196.13 |
| 4/11/2018 | RB | Hotel/Meals | 196.13 |
| 4/12/2018 | RB | Hotel/Meals | 196.13 |
| 4/13/2018 | RB | Uber transportation from Airport | 23.60 |
| 4/16/2018 | RB | Airfare | 724.40 |
| 4/16/2018 | RB | Hotel/Meals | 151.59 |
| 4/17/2018 | RB | Train transportation from hotel to case site | 9.00 |
| 4/17/2018 | RB | Hotel/Meals | 151.59 |
| 4/18/2018 | RB | Hotel/Meals | 151.59 |
| 4/19/2018 | RB | Hotel/Meals | 151.59 |

**EXPENSES** | **Amount**

Island View Crossing II, LP

| Date | | Description | Amount |
|---|---|---|---|
| 4/23/2018 | RB | Airfare | 458.40 |
| 4/23/2018 | RB | Hotel/Meals | 160.20 |
| 4/24/2018 | RB | Hotel/Meals | 160.20 |
| 4/25/2018 | RB | Hotel/Meals | 160.20 |
| 4/26/2018 | RB | Hotel/Meals | 160.20 |
| 4/27/2018 | RB | Car rental and fuel | 332.24 |
| 4/27/2018 | RB | Uber transportation from Airport | 32.20 |
| 5/1/2018 | RB | Airfare | 365.40 |
| 5/1/2018 | RB | Hotel/Meals | 179.36 |
| 5/2/2018 | RB | Hotel/Meals | 179.36 |
| 5/3/2018 | RB | Hotel/Meals | 179.36 |
| 5/4/2018 | RB | Hotel shuttles | 5.00 |
| 5/4/2018 | RB | Car rental and fuel | 239.67 |
| 5/4/2018 | RB | Uber transportation from Airport | 24.62 |
| 5/7/2018 | RB | Airfare | 354.40 |
| 5/7/2018 | RB | Hotel/Meals | 176.57 |
| 5/8/2018 | RB | Hotel/Meals | 176.57 |
| 5/9/2018 | RB | Hotel/Meals | 176.57 |
| 5/10/2018 | RB | Hotel/Meals | 176.57 |
| 5/11/2018 | RB | Hotel shuttles | 4.00 |
| 5/11/2018 | RB | Car rental and fuel | 381.88 |
| 5/11/2018 | RB | Uber transportation from Airport | 24.65 |
| 5/14/2018 | RB | Airfare | 353.40 |
| 5/14/2018 | RB | Hotel/Meals | 176.57 |
| 5/15/2018 | RB | Hotel/Meals | 176.57 |
| 5/16/2018 | RB | Hotel/Meals | 176.57 |
| 5/17/2018 | RB | Hotel/Meals | 176.57 |
| 5/18/2018 | RB | Hotel shuttles | 4.00 |
| 5/18/2018 | RB | Car rental and fuel | 373.77 |
| 5/18/2018 | RB | Uber transportation from Airport | 30.56 |
| 5/21/2018 | RB | Airfare | 474.41 |
| 5/21/2018 | RB | Hotel/Meals | 168.19 |
| 5/22/2018 | RB | Hotel/Meals | 168.19 |
| 5/23/2018 | RB | Hotel/Meals | 168.19 |
| 5/24/2028 | RB | Hotel/Meals | 168.19 |
| 5/25/2018 | RB | Car rental fuel | 41.15 |
| 5/25/2018 | RB | Uber transportation from Airport | 26.02 |
| 5/28/2018 | RB | Airfare | 868.41 |
| 5/28/2018 | RB | Hotel/Meals | 172.78 |
| 5/29/2018 | RB | Hotel/Meals | 172.78 |
| 5/30/2018 | RB | Hotel/Meals | 172.78 |
| 5/31/2018 | RB | Car rental and fuel | 192.70 |
| 6/4/2018 | RB | Airfare | 570.40 |
| 6/4/2018 | RB | Hotel/Meals | 168.19 |
| 6/5/2018 | RB | Hotel/Meals | 168.19 |
| 6/6/2018 | RB | Hotel/Meals | 168.19 |
| 6/7/2018 | RB | Hotel/Meals | 168.19 |
| 6/8/2018 | RB | Car rental and fuel | 228.71 |
| 6/8/2018 | RB | Lyft transportation from Airport | 29.83 |
| 6/10/2018 | RB | Airfare | 415.40 |
| 6/10/2018 | RB | Hotel/Meals | 168.19 |
| 6/11/2018 | RB | Hotel/Meals | 168.19 |
| 6/12/2018 | RB | Hotel/Meals | 168.19 |
| 6/13/2018 | RB | SEPTA train to airport | 9.00 |
| 6/13/2018 | RB | Uber transportation from Airport | 30.35 |
| 7/9/2018 | RB | Airfare | 573.40 |
| 7/9/2018 | RB | Hotel/Meals | 168.19 |
| 7/10/2018 | RB | Hotel/Meals | 168.19 |
| 7/11/2018 | RB | Hotel/Meals | 168.19 |
| 7/12/2018 | RB | Rental car fuel | 37.30 |
| 7/17/2018 | RB | Airfare | 396.40 |
| 7/17/2018 | RB | Uber transportation from Airport to hotel | 73.94 |
| 7/17/2018 | RB | Hotel/Meals | 168.19 |
| 7/18/2018 | RB | Hotel/Meals | 168.19 |

**Newbridge Management, LLC**
**EXPENSES**
Island View Crossing II, LP

| Date | | Description | Amount |
|---|---|---|---:|
| 7/19/2018 | RB | Hotel/Meals | 168.19 |
| 7/20/2018 | RB | Rental car fuel | 26.05 |
| 7/20/2018 | RB | Uber transportation from Airport | 31.83 |
| 7/24/2018 | RB | Hotel/Meals | 168.19 |
| 7/25/2018 | RB | Hotel/Meals | 168.19 |
| 7/26/2018 | RB | Hotel/Meals | 168.19 |
| 7/27/2018 | RB | Rental car & fuel | 266.27 |
| 7/29/2018 | RB | Hotel/Meals | 168.19 |
| 7/30/2018 | RB | Hotel/Meals | 168.19 |
| 7/31/2018 | RB | Hotel/Meals | 168.19 |
| 8/1/2018 | RB | Travel expense | 152.00 |
| 8/6/2018 | RB | Airfare | 464.40 |
| 8/7/2018 | RB | Hotel/Meals | 168.19 |
| 8/8/2018 | RB | Hotel/Meals | 168.19 |
| 8/9/2018 | RB | Hotel/Meals | 168.19 |
| 8/10/2018 | RB | Rental car & fuel | 318.68 |
| 8/12/2018 | RB | Airfare | 813.41 |
| 8/12/2018 | RB | Hotel/Meals | 25.00 |
| 8/13/2018 | RB | Hotel/Meals | 168.19 |
| 8/14/2018 | RB | Hotel/Meals | 168.19 |
| 8/15/2018 | RB | Hotel/Meals | 168.19 |
| 8/16/2018 | RB | Uber/Lyft from airport | 27.24 |
| 8/20/2018 | RB | Airfare | 464.40 |
| 8/20/2018 | RB | Hotel/Meals | 25.00 |
| 8/21/2018 | RB | Hotel/Meals | 168.19 |
| 8/22/2018 | RB | Hotel/Meals | 168.19 |
| 8/23/2018 | RB | Hotel/Meals | 168.19 |
| 8/24/2018 | RB | Rental car & fuel | 313.54 |
| 8/24/2018 | RB | Uber/Lyft from airport | 27.15 |
| 8/27/2018 | RB | Airfare | 863.41 |
| 8/27/2018 | RB | Hotel/Meals | 190.28 |
| 8/28/2018 | RB | Hotel/Meals | 190.28 |
| 8/29/2018 | RB | Hotel/Meals | 190.28 |
| 8/30/2018 | RB | Rental car & fuel | 217.41 |
| 8/30/2018 | RB | Uber/Lyft from airport | 29.54 |
| 9/9/2018 | RB | Airfare | 514.40 |
| 9/9/2018 | RB | Hotel/Meals | 168.19 |
| 9/10/2018 | RB | Hotel/Meals | 168.19 |
| 9/11/2018 | RB | Hotel/Meals | 168.19 |
| 9/12/2018 | RB | Hotel/Meals | 168.19 |
| 9/13/2018 | RB | Rental car fuel | 24.65 |
| 9/13/2018 | RB | Uber/Lyft from DFW airport | 29.83 |
| 9/16/2018 | RB | Airfare | 863.41 |
| 9/20/2018 | RB | Rental car & fuel | 307.64 |
| 9/20/2018 | RB | Uber/Lyft from airport | 63.30 |
| 9/24/2018 | RB | Airfare | 514.40 |
| 9/24/2018 | RB | Hotel/Meals | 168.19 |
| 9/25/2018 | RB | Hotel/Meals | 168.19 |
| 9/26/2018 | RB | Hotel/Meals | 168.19 |
| 9/27/2018 | RB | Hotel/Meals | 168.19 |
| 9/28/2018 | RB | Rental car fuel | 37.05 |
| 9/28/2018 | RB | Uber/Lyft from airport | 30.52 |
| 10/1/2018 | RB | Airfare | 355.40 |
| 10/1/2018 | RB | Hotel/Meals | 157.09 |
| 10/2/2018 | RB | Hotel/Meals | 157.09 |
| 10/3/2018 | RB | Hotel/Meals | 157.09 |
| 10/4/2018 | RB | Hotel/Meals | 157.09 |
| 10/5/2018 | RB | Rental car & fuel | 344.23 |
| 10/5/2018 | RB | Uber/Lyft from DFW airport | 28.19 |
| 10/8/2018 | RB | Airfare | 370.40 |
| 10/8/2018 | RB | Hotel/Meals | 157.09 |
| 10/9/2018 | RB | Hotel/Meals | 157.09 |
| 10/10/2018 | RB | Hotel/Meals | 157.09 |
| 10/11/2018 | RB | Hotel/Meals | 157.09 |

**Newbridge Management, LLC**

**EXPENSES** | | | **Amount**

Island View Crossing II, LP

| Date | | Description | Amount |
|---|---|---|---|
| 10/12/2018 | RB | Rental car & fuel | 327.35 |
| 10/12/2018 | RB | Uber/Lyft from airport | 30.51 |
| 10/15/2018 | RB | Airfare | 489.39 |
| 10/15/2018 | RB | Hotel/Meals | 157.09 |
| 10/16/2018 | RB | Hotel/Meals | 157.09 |
| 10/17/2018 | RB | Hotel/Meals | 157.09 |
| 10/18/2018 | RB | Hotel/Meals | 157.09 |
| 10/19/2018 | RB | Rental car | 341.20 |
| 10/22/2018 | RB | Airfare | 414.40 |
| 10/22/2018 | RB | Hotel/Meals | 157.09 |
| 10/23/2018 | RB | Hotel/Meals | 157.09 |
| 10/24/2018 | RB | Hotel/Meals | 157.09 |
| 10/25/2018 | RB | Hotel/Meals | 157.09 |
| 10/26/2018 | RB | Rental car & fuel | 269.76 |
| 10/29/2018 | RB | Airfare | 458.40 |
| 10/29/2018 | RB | Hotel/Meals | 124.07 |
| 10/30/2018 | RB | Hotel/Meals | 124.07 |
| 10/31/2018 | RB | Hotel/Meals | 124.07 |
| 11/1/2018 | RB | Hotel/Meals | 124.07 |
| 11/2/2018 | RB | Rental car & fuel | 240.91 |
| 11/5/2018 | RB | Airfare | 468.40 |
| 11/5/2018 | RB | Hotel/Meals | 157.09 |
| 11/6/2018 | RB | Hotel/Meals | 157.09 |
| 11/7/2018 | RB | Hotel/Meals | 157.09 |
| 11/8/2018 | RB | Hotel/Meals | 157.09 |
| 11/9/2018 | RB | Rental car & fuel | 234.76 |
| 11/12/2018 | RB | Airfare | 424.40 |
| 11/12/2018 | RB | Hotel/Meals | 157.09 |
| 11/13/2018 | RB | Hotel/Meals | 157.09 |
| 11/14/2018 | RB | Hotel/Meals | 157.09 |
| 11/15/2018 | RB | Hotel/Meals | 157.09 |
| 11/16/2018 | RB | Rental car & fuel | 322.88 |
| 11/26/2018 | RB | Airfare | 445.39 |
| 11/26/2018 | RB | Hotel/Meals | 157.09 |
| 11/27/2018 | RB | Hotel/Meals | 157.09 |
| 11/28/2018 | RB | Hotel/Meals | 157.09 |
| 11/29/2018 | RB | Hotel/Meals | 157.09 |
| 11/30/2018 | RB | Rental car & fuel | 233.16 |
| 11/30/2018 | RB | Lyft from airport | 32.04 |
| 12/3/2018 | RB | Airfare | 424.40 |
| 12/3/2018 | RB | Hotel/Meals | 157.09 |
| 12/4/2018 | RB | Hotel/Meals | 157.09 |
| 12/5/2018 | RB | Hotel/Meals | 157.09 |
| 12/6/2018 | RB | Hotel/Meals | 157.09 |
| 12/7/2018 | RB | Rental car & fuel | 261.15 |
| 12/10/2018 | RB | Airfare | 515.40 |
| 12/10/2018 | RB | Hotel/Meals | 157.09 |
| 12/11/2018 | RB | Hotel/Meals | 157.09 |
| 12/12/2018 | RB | Hotel/Meals | 157.09 |
| 12/13/2018 | RB | Hotel/Meals | 157.09 |
| 12/14/2018 | RB | Rental car & fuel | 214.60 |
| 12/14/2018 | RB | Lyft from airport | 33.57 |
| 12/17/2018 | RB | Airfare | 445.39 |
| 12/14/2018 | RB | Hotel/Meals | 157.09 |
| 12/11/2018 | RB | Hotel/Meals | 157.09 |
| 12/12/2018 | RB | Hotel/Meals | 157.09 |
| 12/13/2018 | RB | Hotel/Meals | 157.09 |
| 12/14/2018 | RB | Rental car & fuel | 236.68 |
| 1/7/2019 | RB | Airfare | 390.40 |
| 1/7/2019 | RB | Hotel/Meals | 161.53 |
| 1/8/2019 | RB | Hotel/Meals | 161.53 |
| 1/9/2019 | RB | Hotel/Meals | 161.53 |
| 1/10/2019 | RB | Hotel/Meals | 161.53 |
| 1/11/2019 | RB | Rental car & fuel | 264.98 |

**Newbridge Management, LLC**
**EXPENSES**
Island View Crossing II, LP

| Date | | Description | Amount |
|---|---|---|---:|
| 1/14/2019 | RB | Airfare | 390.40 |
| 1/14/2019 | RB | Hotel/Meals | 161.53 |
| 1/15/2019 | RB | Hotel/Meals | 161.53 |
| 1/16/2019 | RB | Hotel/Meals | 161.53 |
| 1/17/2019 | RB | Hotel/Meals | 161.53 |
| 1/18/2019 | RB | Rental car & fuel | 276.01 |
| 1/21/2019 | RB | Airfare | 434.40 |
| 1/21/2019 | RB | Lyft to airport | 32.65 |
| 1/21/2019 | RB | Hotel/Meals | 161.53 |
| 1/22/2019 | RB | Hotel/Meals | 161.53 |
| 1/23/2019 | RB | Hotel/Meals | 161.53 |
| 1/24/2019 | RB | Hotel/Meals | 161.53 |
| 1/25/2019 | RB | Rental car & fuel | 329.66 |
| 1/28/2019 | RB | Airfare | 390.40 |
| 1/28/2019 | RB | Hotel/Meals | 161.53 |
| 1/29/2019 | RB | Hotel/Meals | 161.53 |
| 1/30/2019 | RB | Hotel/Meals | 161.53 |
| 1/31/2019 | RB | Hotel/Meals | 161.53 |
| 2/1/2019 | RB | Rental car & fuel | 319.49 |
| 2/4/2019 | RB | Airfare | 434.60 |
| 2/4/2019 | RB | Hotel/Meals | 161.53 |
| 2/5/2019 | RB | Hotel/Meals | 161.53 |
| 2/6/2019 | RB | Hotel/Meals | 161.53 |
| 2/7/2019 | RB | Hotel/Meals | 161.53 |
| 2/8/2019 | RB | Rental car & fuel | 229.74 |
| 2/11/2019 | RB | Airfare | 390.60 |
| 2/11/2019 | RB | Hotel/Meals | 161.53 |
| 2/12/2019 | RB | Hotel/Meals | 161.53 |
| 2/13/2019 | RB | Hotel/Meals | 161.53 |
| 2/14/2019 | RB | Hotel/Meals | 161.53 |
| 2/15/2019 | RB | Rental car & fuel | 220.09 |
| 2/18/2019 | RB | Airfare | 460.60 |
| 2/18/2019 | RB | Hotel/Meals | 161.53 |
| 2/19/2019 | RB | Hotel/Meals | 161.53 |
| 2/20/2019 | RB | Hotel/Meals | 161.53 |
| 2/21/2019 | RB | Hotel/Meals | 161.53 |
| 2/22/2019 | RB | Rental car & fuel | 217.45 |
| 2/25/2019 | RB | Airfare | 390.60 |
| 2/25/2019 | RB | Hotel/Meals | 161.53 |
| 2/26/2019 | RB | Hotel/Meals | 161.53 |
| 2/27/2019 | RB | Hotel/Meals | 161.53 |
| 2/28/2019 | RB | Hotel/Meals | 161.53 |
| 3/1/2019 | RB | Rental car & fuel | 214.40 |
| 3/4/2019 | RB | Airfare | 434.60 |
| 3/4/2019 | RB | Hotel/Meals | 161.53 |
| 3/5/2019 | RB | Hotel/Meals | 161.53 |
| 3/6/2019 | RB | Hotel/Meals | 161.53 |
| 3/7/2019 | RB | Hotel/Meals | 161.53 |
| 3/8/2019 | RB | Rental car & fuel | 227.54 |
| 3/11/2019 | RB | Airfare | 734.60 |
| 3/11/2019 | RB | Hotel/Meals | 161.53 |
| 3/12/2019 | RB | Hotel/Meals | 161.53 |
| 3/13/2019 | RB | Hotel/Meals | 161.53 |
| 3/14/2019 | RB | Hotel/Meals | 161.53 |
| 3/15/2019 | RB | Rental car & fuel | 270.10 |
| 3/15/2019 | RB | Lyft from airport | 31.71 |
| 3/17/2019 | RB | Airfare | 483.59 |
| 3/17/2019 | RB | Hotel/Meals | 127.40 |
| 3/18/2019 | RB | Hotel/Meals | 127.40 |
| 3/19/2019 | RB | Hotel/Meals | 127.40 |
| 3/20/2019 | RB | Hotel/Meals | 127.40 |
| 3/21/2019 | RB | Rental car & fuel | 167.67 |
| 3/21/2019 | RB | Lyft from airport | 30.28 |
| 4/1/2019 | RB | Airfare | 400.60 |

**Newbridge Management, LLC**
**EXPENSES**                                                                                                      Amount

Island View Crossing II, LP

| Date | | Description | Amount |
|---|---|---|---:|
| 4/1/2019 | RB | Hotel/Meals | 161.53 |
| 4/2/2019 | RB | Hotel/Meals | 161.53 |
| 4/3/2019 | RB | Hotel/Meals | 161.53 |
| 4/4/2019 | RB | Hotel/Meals | 161.53 |
| 4/5/2019 | RB | Rental car & fuel | 306.86 |
| 4/8/2019 | RB | Airfare | 599.60 |
| 4/8/2019 | RB | Hotel/Meals | 161.53 |
| 4/9/2019 | RB | Hotel/Meals | 161.53 |
| 4/10/2019 | RB | Hotel/Meals | 161.53 |
| 4/11/2019 | RB | Hotel/Meals | 161.53 |
| 4/12/2019 | RB | Rental car & fuel | 253.59 |
| 4/15/2019 | RB | Airfare | 460.60 |
| 4/15/2019 | RB | Hotel/Meals | 161.53 |
| 4/16/2019 | RB | Hotel/Meals | 161.53 |
| 4/17/2019 | RB | Hotel/Meals | 161.53 |
| 4/18/2019 | RB | Hotel/Meals | 161.53 |
| 4/19/2019 | RB | Rental car & fuel | 292.79 |
| 4/22/2019 | RB | Airfare | 515.60 |
| 4/22/2019 | RB | Hotel/Meals | 161.53 |
| 4/23/2019 | RB | Hotel/Meals | 161.53 |
| 4/24/2019 | RB | Hotel/Meals | 161.53 |
| 4/25/2019 | RB | Hotel/Meals | 161.53 |
| 4/26/2019 | RB | Rental car & fuel | 326.74 |
| 4/29/2019 | RB | Airfare | 460.60 |
| 4/29/2019 | RB | Hotel/Meals | 161.53 |
| 4/30/2019 | RB | Hotel/Meals | 161.53 |
| 5/1/2019 | RB | Hotel/Meals | 161.53 |
| 5/2/2019 | RB | Hotel/Meals | 161.53 |
| 5/3/2019 | RB | Rental car & fuel | 148.09 |
| 5/6/2019 | RB | Airfare | 390.60 |
| 5/6/2019 | RB | Hotel/Meals | 161.53 |
| 5/7/2019 | RB | Hotel/Meals | 161.53 |
| 5/8/2019 | RB | Hotel/Meals | 161.53 |
| 5/9/2019 | RB | Hotel/Meals | 161.53 |
| 5/10/2010 | RB | Rental car & fuel | 321.93 |
| 5/13/2019 | RB | Airfare | 460.60 |
| 5/13/2019 | RB | Lyft transportation to DFW airport | 32.45 |
| 5/13/2019 | RB | Hotel/Meals | 161.53 |
| 5/14/2019 | RB | Hotel/Meals | 161.53 |
| 5/15/2019 | RB | Hotel/Meals | 161.53 |
| 5/16/2019 | RB | Hotel/Meals | 161.53 |
| 5/17/2019 | RB | Rental car & fuel | 328.98 |
| 5/20/2019 | RB | Airfare | 504.60 |
| 5/20/2019 | RB | Hotel/Meals | 161.53 |
| 5/21/2019 | RB | Hotel/Meals | 161.53 |
| 5/22/2019 | RB | Hotel/Meals | 161.53 |
| 5/23/2019 | RB | Hotel/Meals | 161.53 |
| 5/24/2019 | RB | Rental car & fuel | 318.28 |
| 5/28/2019 | RB | Airfare | 326.60 |
| 5/28/2019 | RB | Hotel/Meals | 161.53 |
| 5/29/2019 | RB | Hotel/Meals | 161.53 |
| 5/30/2019 | RB | Hotel/Meals | 161.53 |
| 5/31/2019 | RB | Rental car & fuel | 239.07 |
| 5/31/2019 | RB | Uber transportation from DFW airport | 24.86 |
| 6/17/2019 | RB | Airfare | 569.59 |
| 6/17/2019 | RB | Hotel/Meals | 161.53 |
| 6/18/2019 | RB | Hotel/Meals | 161.53 |
| 6/19/2019 | RB | Hotel/Meals | 161.53 |
| 6/20/2019 | RB | Hotel/Meals | 161.53 |
| 6/21/2019 | RB | Rental car & fuel | 314.11 |
| 6/24/2019 | RB | Airfare | 525.59 |
| 6/24/2019 | RB | Hotel/Meals | 161.53 |
| 6/25/2019 | RB | Hotel/Meals | 161.53 |
| 6/26/2019 | RB | Hotel/Meals | 161.53 |

**Newbridge Management, LLC**
**EXPENSES** — Amount
Island View Crossing II, LP

| Date | | Description | Amount |
|---|---|---|---|
| 6/27/2019 | RB | Hotel/Meals | 161.53 |
| 6/28/2019 | RB | Rental car & fuel | 330.38 |
| 6/28/2019 | RB | Uber transportation from DFW airport | 30.22 |
| 9/16/2019 | | USPS Postage - IVC Tax Returns mailed | 19.60 |
| 11/3/2019 | RB | Airfare | 397.60 |
| 11/3/2019 | RB | Train to site | 9.00 |
| 11/3/2019 | RB | Hotel/Meals | 161.53 |
| 11/4/2019 | RB | Hotel/Meals | 161.53 |
| 11/5/2019 | RB | Hotel/Meals | 161.53 |
| 11/6/2019 | RB | Train to PHL airport | 9.00 |
| 11/6/2019 | RB | Uber transportation from DFW airport | 31.80 |
| 11/11/2019 | RB | Airfare | 458.60 |
| 11/11/2019 | RB | Hotel/Meals | 161.53 |
| 11/12/2019 | RB | Hotel/Meals | 161.53 |
| 11/13/2019 | RB | Hotel/Meals | 161.53 |
| 11/14/2019 | RB | Hotel/Meals | 161.53 |
| 11/15/2019 | RB | Advance SEPTA tickets for future train to/from PHL | 55.50 |
| 11/15/2019 | RB | Uber transportation from DFW airport | 32.54 |
| 11/17/2019 | RB | Airfare | 402.60 |
| 11/17/2019 | RB | Hotel/Meals | 161.53 |
| 11/18/2019 | RB | Hotel/Meals | 161.53 |
| 11/19/2010 | RB | Hotel/Meals | 161.53 |
| 11/20/2019 | RB | Hotel/Meals | 161.53 |
| 11/21/2019 | RB | Hotel/Meals | 161.53 |
| 11/22/2019 | RB | Lyft transportation from DFW airport | 32.21 |
| 11/24/2019 | RB | Airfare | 670.60 |
| 11/24/2019 | RB | Hotel/Meals | 161.53 |
| 11/25/2019 | RB | Hotel/Meals | 161.53 |
| 11/26/2019 | RB | Lyft transportation from DFW airport | 33.58 |
| 12/2/2019 | RB | Airfare | 628.60 |
| 12/3/2019 | RB | Fuel for case vehicle | 45.02 |
| 12/2/2019 | RB | Hotel/Meals | 161.53 |
| 12/3/2019 | RB | Hotel/Meals | 161.53 |
| 12/4/2019 | RB | Hotel/Meals | 161.53 |
| 12/5/2019 | RB | Hotel/Meals | 161.53 |
| 12/6/2019 | RB | Train to PHL airport | 9.00 |
| 12/9/2019 | RB | Lyft transportation to DFW airport | 35.69 |
| 12/9/2019 | RB | Airfare | 628.60 |
| 12/9/2019 | RB | Train to Bristol Borough | 9.00 |
| 12/9/2019 | RB | Hotel/Meals | 161.53 |
| 12/10/2019 | RB | Hotel/Meals | 161.53 |
| 12/11/2019 | RB | Hotel/Meals | 161.53 |
| 12/12/2019 | RB | Hotel/Meals | 161.53 |
| 12/13/2019 | RB | Train to PHL airport | 9.00 |
| 12/16/2019 | RB | Airfare | 614.60 |
| 12/16/2019 | RB | Train to Bristol Borough | 9.00 |
| 12/16/2019 | RB | Hotel/Meals | 161.53 |
| 12/17/2019 | RB | Hotel/Meals | 161.53 |
| 12/18/2019 | RB | Hotel/Meals | 161.53 |
| 12/19/2019 | RB | Hotel/Meals | 161.53 |
| 12/20/2019 | RB | Train to PHL airport | 9.00 |
| 12/20/2019 | RB | Lyft transportation from DFW airport | 34.19 |
| 1/6/2020 | RB | Airfare | 296.60 |
| 1/6/2020 | RB | Train to Bristol Borough | 9.00 |
| 1/6/2020 | RB | Prepaid train tickets | 55.50 |
| 1/6/2020 | RB | Hotel/Meals | 153.79 |
| 1/7/2020 | RB | Hotel/Meals | 153.79 |
| 1/8/2020 | RB | Hotel/Meals | 153.79 |
| 1/9/2020 | RB | Hotel/Meals | 153.79 |
| 1/10/2020 | RB | Train to PHL airport (used prepaid ticket) | 0.00 |
| 1/13/2020 | RB | Airfare | 326.60 |
| 1/13/2020 | RB | Hotel/Meals | 158.51 |
| 1/14/2020 | RB | Hotel/Meals | 158.51 |
| 1/15/2020 | RB | Hotel/Meals | 158.51 |

| | Newbridge Management, LLC | |
|---|---|---:|
| | **EXPENSES** | **Amount** |
| | Island View Crossing II, LP | |
| 1/16/2020 RB | Fuel for case vehicle | 50.00 |
| 1/16/2020 RB | Hotel/Meals | 158.51 |
| 1/17/2020 RB | Train to PHL airport (used prepaid ticket) | 0.00 |
| 1/20/2020 RB | Airfare | 296.60 |
| 1/20/2020 RB | Lyft transportation from PHL airport to IVC property | 123.22 |
| 1/20/2020 RB | Hotel/Meals | 146.71 |
| 1/21/2020 RB | Fuel for case vehicle | 51.45 |
| 1/21/2020 RB | Hotel/Meals | 146.71 |
| 1/22/2020 RB | Hotel/Meals | 146.71 |
| 1/23/2020 RB | Hotel/Meals | 146.71 |
| 1/24/2020 RB | Train to PHL airport (used prepaid ticket) | 0.00 |
| 1/24/2020 RB | Fuel for case vehicle | 51.45 |
| 1/27/2020 RB | Airfare | 296.60 |
| 1/27/2020 RB | Hotel/Meals | 153.79 |
| 1/28/2020 RB | Hotel/Meals | 153.79 |
| 1/29/2020 | USPS Postage, certificate of mailing 2019 1099/1096 forms | 2.70 |
| 1/29/2020 RB | Hotel/Meals | 153.79 |
| 1/30/2020 RB | Hotel/Meals | 153.79 |
| 1/31/2020 RB | Train to PHL airport (used prepaid ticket) | 0.00 |
| 2/3/2020 RB | Airfare | 402.80 |
| 2/3/2020 RB | Train to Bristol Borough (used prepaid ticket) | 0.00 |
| 2/3/2020 RB | Hotel/Meals | 147.29 |
| 2/4/2020 RB | Hotel/Meals | 147.29 |
| 2/5/2020 RB | Hotel/Meals | 147.29 |
| 2/6/2020 RB | Hotel/Meals | 147.29 |
| 2/7/2020 RB | Train to PHL airport (used prepaid ticket) | 0.00 |
| 2/10/2020 RB | Airfare | 522.79 |
| 2/10/2020 RB | Hotel/Meals | 149.41 |
| 2/11/2020 RB | Hotel/Meals | 149.41 |
| 2/12/2020 RB | Hotel/Meals | 149.41 |
| 2/13/2020 RB | Fuel for case vehicle | 46.65 |
| 2/13/2020 RB | Hotel/Meals | 149.41 |
| 2/14/2020 RB | Train to PHL airport (used prepaid ticket) | 0.00 |
| 2/17/2020 RB | Airfare | 458.80 |
| 2/17/2020 RB | Hotel/Meals | 145.16 |
| 2/18/2020 RB | Hotel/Meals | 145.16 |
| 2/19/2020 RB | Fuel for case vehicle | 27.85 |
| 2/19/2020 RB | Hotel/Meals | 145.16 |
| 2/20/2020 RB | Hotel/Meals | 145.16 |
| 2/21/2020 RB | Train to PHL airport | 9.00 |
| 2/24/2020 RB | Airfare | 420.81 |
| 2/24/2020 RB | Hotel/Meals | 149.41 |
| 2/25/2020 RB | Hotel/Meals | 149.41 |
| 2/26/2020 RB | Hotel/Meals | 149.41 |
| 2/27/2020 RB | Hotel/Meals | 149.41 |
| 2/28/2020 RB | Train to PHL airport | 9.00 |
| 3/2/2020 RB | Airfare | 564.81 |
| 3/2/2020 RB | Hotel/Meals | 166.37 |
| 3/3/2020 RB | Hotel/Meals | 166.37 |
| 3/4/2020 RB | Hotel/Meals | 166.37 |
| 3/5/2020 RB | Hotel/Meals | 166.37 |
| 3/6/2020 RB | Train to PHL airport | 9.00 |
| 3/9/2020 RB | Airfare | 508.81 |
| 3/9/2020 RB | Hotel/Meals | 153.88 |
| 3/10/2020 RB | Hotel/Meals | 153.88 |
| 3/11/2020 RB | Hotel/Meals | 153.88 |
| 3/12/2020 RB | Hotel/Meals | 153.88 |
| 3/16/2020 RB | Airfare | 508.81 |
| 3/16/2020 RB | Hotel/Meals | 153.88 |
| 3/17/2020 RB | Hotel/Meals | 153.88 |
| 3/18/2020 RB | Hotel/Meals | 153.88 |
| 3/19/2020 RB | Hotel/Meals | 153.88 |
| 5/6/2020 | The UPS Store - Notary service, copies Lot 11 closing docs | 14.98 |
| 7/23/2020 | The UPS Store - Notary service, copies Lot 9 closing docs | 12.49 |

**Newbridge Management, LLC**
**EXPENSES**
Island View Crossing II, LP

| Date | | Description | Amount |
|---|---|---|---:|
| 8/10/2020 | | The UPS Store - Notary service, copies Lot 21 closing docs | 15.47 |
| 9/2/2020 | | The UPS Store - Notary service, copies Lots 12,15,42,43 closing docs | 41.88 |
| 11/13/2020 | | The UPS Store - Notary service, copies Lots 8, 20 closing docs | 26.94 |
| 1/13/2021 | | The UPS Store - Notary service, copies Lot 10 closing docs | 14.94 |
| 1/26/2021 | | The UPS Store - Notary service, copies Lots 7, 16 closing docs | 26.94 |
| 3/8/2021 | | The UPS Store - Notary service, copies Lots 17, 59 closing docs | 26.94 |
| 3/12/2021 | | The UPS Store - Notary service Lot 45 closing docs | 16.00 |
| 3/23/2021 | | USPS - Flat rate envelope to McGrath & Son, Langhorne, PA | 26.35 |
| 4/6/2021 | | The UPS Store - Notary service, copies Lots 13, 37 closing docs | 26.94 |
| 4/19/2021 | | The UPS Store - Notary service, copies Lots 18, 38 closing docs | 26.94 |
| 6/7/2021 | | The UPS Store - Notary service, copies Lots 39, 58 closing docs | 25.96 |
| 6/10/2021 | | The UPS Store - Additional notary work (more than usual) Lot 19 | 30.00 |
| 6/21/2021 | RB | Airfare | 560.80 |
| 6/21/2021 | RB | Hotel/Meals | 142.94 |
| 6/22/2021 | RB | Hotel/Meals | 142.94 |
| 6/23/2021 | RB | Hotel/Meals | 142.94 |
| 6/24/2021 | RB | Hotel/Meals | 142.94 |
| 6/25/2021 | RB | Refuel onsite car | 26.00 |
| 7/12/2021 | RB | Airfare | 539.80 |
| 7/12/2021 | RB | Hotel/Meals | 140.16 |
| 7/13/2021 | RB | Hotel/Meals | 140.16 |
| 7/14/2021 | RB | Hotel/Meals | 140.16 |
| 7/15/2021 | RB | Hotel/Meals | 140.16 |
| 7/26/2021 | | Notary work Lot 56 closing docs | 13.96 |
| | | **TOTAL EXPENSES TO DATE** | **103,708.73** |