IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **ISLAND VIEW CROSSING II, L.P.** | : | **BANKRUPTCY NO. 17-14454(ELF)** |
| | : | |
| Debtor | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, ARIS J. KARALIS, hereby certify that on October 15, 2021, I forwarded the Notice of First Interim Application of Newbridge Management, LLC as Financial Advisors to Trustee for Allowance of Compensation and Reimbursement of Expenses upon interested parties on the list attached.

                            **KARALIS PC**

                            By:   /s/ Aris J. Karalis
                                   ARIS J. KARALIS
                                   1900 Spruce Street
                                   Philadelphia, PA 19103
                                   (215) 546-4500
                                   Attorneys to Trustee

Dated: October 15, 2021

Case 17-14454-elf    Doc 850-41    Filed 10/15/21    Entered 10/15/21 11:21:44    Desc
Certificate of Service of Notice    Page 2 of 4

**VIA ECF TRANSMISSION**

Dave P. Adams, Esquire
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
dave.p.adams@usdoj.gov

**County of Bucks**
Robert A. Badman, Esquire
Curtin & Heefner LLP
1040 Stony Hill Road, Suite 150
Yardley, PA 19067
rab@curtinheefner.com

**Bonnie Finkel, Ch. 7 Trustee - Calnshire**
Gary D. Bressler, Esquire
McElroy Deutsch Mulvaney & Carpenter
1617 John F. Kennedy, Suite 1500
Philadelphia, PA 19103
gbressler@mdmc-law.com

George M. Conway, Esquire
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
george.m.conway@usdoj.gov

**Stradley Ronon Stevens & Young LLP**
Michael J. Cordone, Esquire
Stradley Ronon Stavens and Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103
mcordone@stradley.com

**Renato Gualtieri**
Jeffrey A. Dailey, Esquire
Dailey LLP
1650 Market Street, Suite 3600
Philadelphia, PA 19103
jdailey@daileyllp.com

**Prudential Savings Bank**
Edmond M. George, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
Centre Square West, 1500 Market Street, Suite 3400
Philadelphia, PA 19102
edmond.george@obermayer.com

**Commonwealth Capital LLC**
Janet L. Gold, Esquire
Eisenberg, Gold & Agrawal, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, NJ 08034
jgold@egalawfirm.com

**Island View Crossing II, L.P.**
Robert M. Greenbaum, Esquire
Smith Kane
112 Moores Road, Suite 300
Malvern, PA 19355
rgreenbaum@sgllclaw.com

**Redevelopment Authority of Bucks Co.;
DelGrasso; Mastridge & Silva**
Michael P. Kelly, Esquire
Cowan & Kelly
202 Penns Square
Langhorne, PA 19047
mpkpc@aol.com

**Prudential Savings Bank**
Samantha J. Koopman, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
Centre Square West, 1500 Market Street, Suite 3400
Philadelphia, PA 19102

**Kaplin Stewart Meloff Reiter & Stein PC**
William J. Levant, Esquire
Kaplin Stewart
910 Harvest Drive, P.O. Box 3037
Blue Bell, PA 19422
efile.wjl@kaplaw.com

**Bucks County Tax Claim Bureau**
Barbara R. Merlie, Esquire
Rudolph Clarke LLC
7 Neshaminy Interplex, Suite 200
Trevose, PA 19053
gferrante@rudolphclarke.com

**McElderry Drywall, Inc.**
Larry L. Miller, Esquire
Miller Law Offices, P.C.
1423 State Road
Duncannon, PA 17020
llmmillerlaw@earthlink.net

**Bohler Engineering**
Anna Patras, Esquire
Bohler Engineering PA, LLC
300 Independence Blvd., Suite 200
Warren, NJ 07059
apatras@bohlereng.com

**BKRE Investments, LLC**
Jerry E. Peer, Jr.
545 Metro Place South, Suite 435
Dublin, OH 43017-3386
jpeer@petersonconners.com

**Stradley Ronon Stevens & Young LLP**
Daniel M. Pereira, Esquire
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
dpereira@stradley.com

**Bristol Borough**
William J. Salerno, Esquire
Law Office of William J. Salerno
220 Radcliffe Street
Bristol, PA 19007
law.office.of.wjs@comcast.net

**Stradley Ronon Stevens & Young LLP**
Gretchen M. Santamour, Esquire
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
gsantamour@stradley.com

**Premium Excavating, LLC**
William E. Scott, Esquire
Jackson Cook Caracappa & Scott
6 Penns Trail, Suite 202
Newtown, PA 18940-1889
bscott@jccslaw.com

**Khandulans and Samira Ranganathan**
Michael J. Shavel, Esquire
Hill Wallack, LLP
777 Township Line Road, Suite 250
Yardley, PA 19067-5565
mshavel@hillwallack.com

**Island View Crossing II, L.P.**
David B. Smith, Esquire
Smith Kane
112 Moores Road, Suite 300
Malvern, PA 19355
dsmith@smithkanelaw.com

**Prudential Savings Bank**
Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
Centre Square West, 1500 Market Street, Suite 3400
Philadelphia, PA 19102
michael.vagnoni@obermayer.com

**Geostructures, Inc.**
Michelle S. Walker, Esquire
Walker Law Group, LLC
33 Rock Hill Road, Suite 210
Bala Cynwyd, PA 19004
mwalker@walkerlawgroupllc.com

**Bohler Engineering PA, LLC**
Robert R Watson, Jr., Esquire
470 Norristown Road, Suite 302
Blue Bell PA 19422
rwatson@eastburngray.com

**VIA E-MAIL**

Kevin O'Halloran
Chapter 11 Trustee
P.O. Box 723307
Atlanta, GA 31139
kevinnm@bellsouth.net

**VIA U.S. FIRST CLASS MAIL**

Alesia Conner
508 Washington Crossing Road
Newtown, PA 18940

Americorp Construction, Inc.
1 South State Street
Newtown, PA 18940

Americorp Homes, Inc.
476 West Street Road
Warminster, PA 18974

Americorp Homes, Inc.
1 South State Street
Newtown, PA 18940

Americorp Realty LLC
1 South State Street
Newtown, PA 18940

Anthony A. Horwath
1045 Essex Drive
Bensalem, PA 19020

Aqua Pennsylvania
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

Benjamin A. Mastridge, Sr.
14 Bittersweet Road
Levittown, PA 19057

Bohler Engineering PA, LLC
1600 Manor Drive, Suite 200
Chalfont PA 18914

Borough of Bristol
Attn: James Dillon, Borough Manager
250 Pond St
Bristol, PA 19007

Bucks County Electric Works, Inc.
260 Knowles Avenue
Suite 224
Southampton PA 18966

Bucks County Redevelopment Authority
216 Pond Street
Bristol, PA 19007

Bucks County Tax Claim Bureau
c/o John A. Torrente, Esquire
55 E. Court Street
Doylestown, PA 18901

Charles E. Shoemakers Engineering
110 Keystone Drive
Montgomeryville, PA 18936

Cutting Edge
1413 Reiner Road
Norristown, PA 19403

Dawn O'Neil
601 W. Palmer Avenue
Morrisville, PA 19067

Dorchester Capital
1111 Street Road
Southampton, PA 18966

E.R. Corridon Plumbing
3213 Steele Avenue
Bristol, PA 19007

East Coast Kitchen and Bath
110 Gaither Drive, #D
Mt. Laurel, NJ 08054

Ebert Engineering
4092 Skippack Pike, Suite 202
Skippack, PA 19474

Frank Del Grasso
15060 Sunflower Drive
Philadelphia, PA 19116

Geostructures, Inc
1000 W 9th Avenue
King of Prussia, PA 19406

IPFS Corporation
1760 Market Street
Suite 401
Philadelphia, PA

IPFS Corporation
30 Montgomery Street
Suite 1000
Jersey City, NJ 07302

IRS
PO BOX 21126
PHILA PA 19114

Island View Crossing II, Inc.
1 South State Street
Newtown, PA 18940

Island View Properties, Inc.
One South State Street
Newtown, PA 18940

Jane Q. Bridge
1509 Esther Lane
Yardley PA 19067

Jason & Sarah Hernandez
703 Belardley Avenue
Bristol, PA 19007

| | | |
|---|---|---|
| John R. Diaz & Estate of Dawn L. O'Neil<br>601 West Palmer Avenue<br>Marcus Hook, PA 19061 | Joseph & Phyllis Silva<br>49 Mistletoe Lane<br>Levittown, PA 19054 | Joseph Ferry, Esq<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102 |
| Judy Schmitt<br>369 Cedar Waxwing Drive<br>Warrington, PA 18976 | Kershbaumer Stairs<br>120 Winding Lane<br>Newtown, PA 18940 | Khandulans Ranganathan<br>Samira Ranganathan<br>133 Mercer Court<br>Fairless Hills PA 19030 |
| Marco Sprinklers<br>320 Commerce Drive<br>Exton, PA 19341 | McElderry Drywall<br>100 Brickyard Lane<br>PO Box 353<br>New Berlinville, PA 19545-0353 | Michael Antolino Construction<br>1082 Taylorsville Road, Suite 103<br>NV 89770 |
| MJ Carpentry<br>312 Oxford Valley Road, Suite A<br>Fairless Hills, PA 19030 | Monica L. Caione<br>12 Fillmore Street<br>Bristol, PA 19007 | Peter & Jane Bridge<br>1509 Esther Lane<br>Morrisville, PA 19067 |
| Premium Excavating<br>PO Box 190<br>Reading, PA 19610 | Premium Excavating, LLC<br>269 Canal Road<br>Fairless Hills, PA 19030 | Prudential Savings Bank<br>1834 W. Oregon Avenue<br>Philadelphia, PA 19145 |
| Redevelopment Authority of Bucks County<br>216 Pond Street<br>Bristol, PA 19007 | Renato J. Gualtieri<br>1628 Carlene Court<br>Langhorne, PA 19047 | Revolution Recovery<br>7333 Milnor Street<br>Philadelphia, PA 19136 |
| Samira & Khandulans Ranganathan<br>133 Mercer Court<br>Fairless Hills, PA 19030 | Smith HVAC<br>404 E. Pennsylvania Blvd, Fl. 2<br>Feasterville Trevose, PA 19053-7847 | Snyder Landscaping<br>295 East Street Road<br>Warminster, PA 18974 |
| Tur Ka Painting<br>28 Ring Lane<br>Levittown, PA 19055 | United States Insulation<br>PO Box 421<br>Uwchland, PA 19480 | United States Plumbing<br>PO Box 476<br>Glen Mills, PA 19342 |
| Waldner Doors<br>106 Samantha Lane<br>Lansdale, PA 19446 | | |