**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | : |
| | : |
| | : **CHAPTER 11** |
| **ISLAND VIEW CROSSING II, L.P.,** | : |
| | : **BANKRUPTCY NO. 17-14454 (ELF)** |
| Debtor. | : |
| | : |

**ORDER SUSTAINING OBJECTIONS OF PRUDENTIAL SAVINGS BANK
TO THE FIRST INTERIM APPLICATION FOR
COMPENSATION & REIMBURSEMENT OF NEWBRIDGE
MANAGEMENT, LLC, AS FINANCIAL ADVISORS FOR
KEVIN O'HALLORAN, THE CHAPTER 11 TRUSTEE FOR
ISLAND VIEW CROSSING II, L.P. FOR THE PERIOD
FROM FEBRUARY 4, 2018 THROUGH JULY 31, 2021**

AND NOW, upon consideration of the First Interim Application for Compensation & Reimbursement of Expenses ("Application") of Newbridge Management, LLC, ("Newbridge") as Financial Advisors for Kevin O'Halloran, the Chapter 11 Trustee ("Trustee") for Island View Crossing II, L.P. for the period from February 4, 2018 through July 31, 2021, and the objections of Prudential Savings Bank to the Application, and the court having determined the fees are for services for work within the Trustee's duties, are not adequately described, or are excessive, it is hereby

ORDERED that the fees requested are excessive, part of the Trustee's duties, and not recoverable by Newbridge; and it is hereby

ORDERED that the Objections are SUSTAINED and the Application is DENIED, as filed.

_____
Eric Frank, U.S.B.J.