**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : <br> : <br> : **CHAPTER 11** <br> **ISLAND VIEW CROSSING II, L.P.,** : <br> : <br> : **BANKRUPTCY NO. 17-14454 (ELF)** <br> **Debtor.** : <br> : | |

**CERTIFICATE OF SERVICE OF OBJECTIONS OF PRUDENTIAL SAVINGS BANK
TO THE FIRST INTERIM APPLICATION FOR COMPENSATION &
REIMBURSEMENT OF EXPENSES OF NEWBRIDGE MANAGEMENT, LLC,
AS FINANCIAL ADVISORS FOR KEVIN O'HALLORAN, THE
CHAPTER 11 TRUSTEE FOR ISLAND VIEW CROSSING II, L.P.
FOR THE PERIOD FEBRUARY 4, 2018 THROUGH JULY 31, 2021**

I, Edmond M. George, Esquire, do herby certify that on November 8, 2021, I caused a true and correct copy of the foregoing *Objections of Prudential Savings Bank to the First Interim Application for Compensation & Reimbursement of Expenses of Newbridge Management, LLC, as Financial Advisors for Kevin O'Halloran, the Chapter 11 Trustee for Island View Crossing II, L.P. for the Period from February 4, 2018 through July 31, 2021,* to be served via the Court's CM/ECF System and/or U.S. First Class mail and/or electronic mail to the parties listed on the attached Service List.

Dated: November 8, 2021                              */s/ Edmond M. George*
                                                                              Signature

4888-0540-9282

# SERVICE LIST

## Via CM/ECF

**Kaufman, Coren & Ress, P.C.**
2001 Market Street
Suite 3900
Philadelphia, PA 19103

**JERRY E. PEER, JR.**
Peterson Conners LLP
545 Metro Place South
Suite 435
Dublin, OH 43017-3386
jpeer@petersonconners.com

**ANNA FRANCES PATRAS**
Bohler Engineering PA, LLC
30 Independance Blvd.
Suite 200
Warren, NJ 07059
apatras@bohlereng.com

**ROBERT RICHARD WATSON, JR**
Eastburn and Gray, P.C.
470 Norristown Road
Suite 302
Blue Bell, PA 19422
rwatson@eastburngray.com

**GARY DAVID BRESSLER**
McElroy Deutsch Mulvaney & Carpenter
1617 John F. Kennedy Blvd
Suite 1500
Philadelphia, PA 19103
gbressler@mdmc-law.com

**WILLIAM J. SALERNO**
Law Office of William J. Salerno
220 Radcliffe St.
Bristol, PA 19007
law.office.of.wjs@comcast.net

**BARBARA R. MERLIE**
Rudolph Clarke, LLC
Seven Neshaminy Interplex
Suite 200
Trevose, PA 19053
BMerlie@rudolphclarke.com

**BARBARA A. MERLIE**
Rudolph Clarke, LLC
7 Neshaminy Interplex
Suite 200
Trevose, PA 19053
gferrante@rudolphclarke.com

**JANET L. GOLD**
Eisenberg, Gold and Agrawal, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, NJ 08034
jgold@egalawfirm.com

**ROBERT A. BADMAN**
Curtin & Heefner LLP
1040 Stony Hill Road, Suite 150
Yardley, PA 19067
rab@curtinheefner.com

**MICHAEL P. KELLY**
Cowan & Kelly
202 Penns Square
Langhorne, PA 19047
mpkpc@aol.com

**MICHELLE SADIVA WALKER**
Walker Law Group, LLC
33 Rock Hill Road
Suite 210
Bala Cynwyd, PA 19004
mwalker@walkerlawgroupllc.com

**JEFFERY A. DAILEY**
Dailey LLP
1650 Market Street
Suite 3600
Philadelphia, PA 19103
jdailey@daileyllp.com

4888-0540-9282

**ROBERT M. GREENBAUM**
Smith Kane
112 Moores Road, Suite 300
Malvern, PA 19355
rgreenbaum@skhlaw.com

**DAVID B. SMITH**
Smith Kane Holman, LLC
112 Moores Road, Suite 300
Malvern, PA 19355
dsmith@skhlaw.com

**WILLIAM J LEVANT**
Kaplin Stewart
910 Harvest Drive
Post Office Box 3037
Blue Bell, PA 19422
efile.wjl@kaplaw.com

**MICHAEL P. KELLY**
Cowan & Kelly
202 Penns Square
Langhorne, PA 19047
mpkpc@aol.com

**LARRY L. MILLER**
Miller Law Offices, P.C.
1423 State Rd.
Duncannon, PA 17020
llmmillerlaw@earthlink.net

**ROBERT W. SEITZER**
Karalis PC
1900 Spruce Street
Philadelphia, PA 19103
rseitzer@karalislaw.com

**WILLIAM E. SCOTT**
Jackson, Cook, Caracappa & Scott PC
6 Penns Trail
Suite 202
Newtown, PA 18940
bscott@jccslaw.com

4888-0540-9282

**MICHAEL J. SHAVEL**
Hill Wallack, LLP
777 Township Line Road, Suite 250
Yardley, PA 19067-5565
mshavel@hillwallack.com

**MICHAEL P. KELLY**
Cowan & Kelly
202 Penns Square
Langhorne, PA 19047
mpkpc@aol.com

**JESSE M. HARRIS**
Fox Rothschild LLP
2000 Market Street
Twentieth Floor
Philadelphia, PA 19103
jesseharris@foxrothschild.com

**DAVID B. SMITH**
Smith Kane Holman, LLC
112 Moores Road, Suite 300
Malvern, PA 19355
dsmith@skhlaw.com

**DAVE P. ADAMS**
United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
dave.p.adams@usdoj.gov

**Via Electronic Mail**

**MORGAN S. BIRCH**
Kaufman Coren & Ress, P.C.
2001 Market Street
Suite 3900
Philadelphia, PA 19103
mbirch@kcr-law.com

**MICHAEL J. CORDONE**
Stradley Ronon Stavens and Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103
mcordone@stradley.com

**MARK J. DORVAL**
Stradley Ronon Stevens & Young, LLP
2005 Market Street #2600
Philadelphia, PA  19103
mdorval@stradley.com

**DANIEL MICHAEL PEREIRA**
Stradley Ronon Stevens & Young, LLP
2005 Market Street
Suite 2600
Philadelphia, PA 19103
dpereira@stradley.com

**KATHERINE L. PERKINS**
Kaufman Coren & Ress, P.C.
2001 Market Street
Suite 3900
Philadelphia, PA 19103
kperkins@kcr-law.com

**GRETCHEN M SANTAMOUR**
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103
gsantamour@stradley.com

**UNITED STATES TRUSTEE**
USTPRegion03.PH.ECF@usdoj.gov

**GEORGE M. CONWAY**
United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
george.m.conway@usdoj.gov

**ARIS J. KARALIS**
Karalis PC
1900 Spruce Street
Philadelphia, PA 19103
akaralis@karalislaw.com

## **Via U.S. First Class Mail**

**Ralph DiGuiseppe, III**
Long and Foster Real Estate
1099 W. Baltimore Pike
Suite E
Media, PA 19063

**IPFS Corporation**
30 Montgomery Street
Suite 1000
Jersey City, NJ 07302
lisa.chandler@ipfs.com

**Gerard Kershbaumer**
120 Winding Lane
Newtown, PA 18940

**Stewart Meloff Reiter & Stein, PC**
910 Harvest Drive
PO BOX 3037
Blue Bell, PA 19422-0765

4888-0540-9282