# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ------------------------------------------------- x | | |
| In re | : | Chapter 11 |
| | : | |
| | : | |
| ISLAND VIEW CROSSING II, L.P., | : | Case No. 17-14454 (ELF) |
| | : | |
| Debtor. | : | |
| | : | |
| ------------------------------------------------- x | | |

## EXHIBIT LIST OF STRADLEY RONON
## STEVENS & YOUNG, LLP FOR HEARING ON DECEMBER 2, 2021

| Exhibit No. | Description |
|---|---|
| Stradley-0001 | 2016.4.14 Prudential Savings Bank's Request for Production of Documents (*Island View Properties, Inc. v. Prudential Savings Bank*, Phila. CCP, Case No. 160303161) |
| Stradley-0002 | 2016.8.24 Prudential Savings Bank's Interrogatories to Plaintiffs (*Island View Properties, Inc. v. Prudential Savings Bank*, Phila. CCP, Case No. 160303161) |
| Stradley-0003 | 2016.8.24 Defendant, Prudential Savings Bank's, Second Request for Production of Documents to Plaintiffs (*Island View Properties, Inc. v. Prudential Savings Bank*, Phila. CCP, Case No. 160303161) |
| Stradley-0004 | 2016.11.29 Order (*Island View Properties, Inc. v. Prudential Savings Bank*, Phila. CCP, Case No. 160303161) |
| Stradley-0005 | [omitted] |
| Stradley-0006 | 2017.2.7 Response of Plaintiffs' in Opposition to Defendant's Motion for Sanctions (*Island View Properties, Inc. v. Prudential Savings Bank*, Phila. CCP, Case No. 160303161) |
| Stradley-0007 | 2017.11.14 Email correspondence between M. Cordone and W. Scott RE: Island View Hearings (End of Day 4) |
| Stradley-0008 | 2017.12.19 Email from M. Cordon to G. Adelman FW: Island View Hearings |

5096446v.2

| Stradley-0009 | 2017.12.20 Email from K. O'Halloran to M. Cordone RE: Island View Crossing |
| --- | --- |
| Stradley-0010 | Curriculum Vitae of K. O'Halloran |
| Stradley-0011 | 2017.12.20 Email from M. Cordone to K O'Halloran RE: Island View Crossing |
| Stradley-0012 | 2017.12.21 Email from M. Cordone to D. Adams RE: Kevin O'Halloran |
| Stradley-0013 | [omitted] |
| Stradley-0014 | 2017.12.22 Email from M. Codone to M. Dorval RE: Island View |
| Stradley-0015 | 2017.12.22 Email from M. Cordone to D. Adams RE: Kevin O'Halloran/Island View Crossing |
| Stradley-0016 | 2017.12.26 Emails between M. Cordone and M. Menkowitz |
| Stradley-0017 | 2018.1.17 Emails between M. Cordone and M. Menkowitz RE: Island View Offer |
| Stradley-0018 | 2018.2.23 Emails between M. Codone and J. Leopold-Leventhal RE: AmeriCorp Homes |
| Stradley-0019 | First and Final Application of Fox Rothschild LLP, Attorneys to Christine C. Shubert, Former Chapter 11 Trustee, for Compensation and Reimbursement of Expenses for the Period from December 21, 2017 Through February 3, 2020 Pursuant to 11 U.S.C. §§ 330 and 331 and Fed. R. Bankr. P. 2016 [Dkt. No. 447] |
| Stradley-0020 | [omitted] |
| Stradley-0021 | [omitted] |
| Stradley-0022 | February 2018 Emails between M. Cordone and A. Karalis RE: Island View |
| Stradley-0023 | February 2018 Emails from M. Cordone to A. Karalis and K. O'Halloran sharing various documents |
| Stradley-0024 | 2018.2.5 Email from M. Cordone to A. Karalis Attaching RE: Draft Timeline for IVC |
| Stradley-0025 | 2018.2.12 Letter from M. Cordone to A. Karalis RE: Island View Crossing II, L.P. et al. |
| Stradley-0026 | 2018.5.3 Letter from S. Coren to M. Cordone |
| Stradley-0027 | May/July 2018 Email Correspondence between M. Cordone and S. Coren RE: In re: Island View Crossing II, LP |
| Stradley-0028 | 2018.7.18 Email from M. Cordone to S. Coren RE: Island View – Amended Complaint |

| Stradley-0029 | 2018.7.18 Email from M. Cordone to S. Coren RE: Prudential Document Production (Bankruptcy Case contested matters) |
|---|---|
| Stradley-0030 | 2018.7.20 Email from C. Norcross to S. Coren and M. Cordone RE: Island View v. Prudential – Discovery in Phila CCP |
| Stradley-0031 | 2018.9.18 Email from M. Cordone to S. Coren RE: Island View – Misc. |
| Stradley-0032 | 2018.10.31 Email from C. Norcross to M. Cordone |
| Stradley-0033 | 2018.10.16 Email from M. Cordone to S. Coren, A. Karalis, G. Bressler and D. Smith RE: Joint Defense Group – Document Sharing |
| Stradley-0034 | 2018.10.22 Letter from M. Cordone to S. Coren and G. Bressler RE: Island View Properties, Inc., et al. v. Prudential Savings Bank CCP, Phila. Co. PA, Civil No. 160303161 |
| Stradley-0035 | 2018.11.14 Email from C. Norcross to S. Coren and M. Cordone RE: Island View Properties v. Prudential Savings Bank – hard drive |
| Stradley-0036 | 2018.11.14 Letter from M. Cordone to S. Coren and G. Bressler RE: Island View Properties, Inc., et al. v. Prudential Savings Bank CCP, Phila. Co. PA, Civil No. 160303161 |
| Stradley-0037 | 2018.11.13 Stradley Ronon Records Created Report RE: 30 boxes of documents |
| Stradley-0038 | 2018.12.13 Emails between M. Cordone, K. Perkins, and C. Norcross RE: Island View Properties, Inc. |
| Stradley-0039 | 2018.12.13 Email from M. Cordone C. Spinale and A. Karalis RE: Unsigned 2nd Amendment to Partnership Agreement |
| Stradley-0040 | 2018.12.27 Emails between M. Cordone, C. Spinale and A. Karalis RE: IVC |
| Stradley-0041 | 2018.2.19 Emails between M. Cordone and K. Boyle RE: Gualtieri |
| Stradley-0042 | 2017.8.16 Email from C. Norcross to M. Cordone, M. Villanueva and associates RE: IVC documents review |
| Stradley-0043 | 2018.7.18 Email from C. Norcross to M. Cordone RE: IVC discovery |
| Stradley-0044 | Exhibit A to *Motion of Stradley Ronon Stevens & Young, LLP for an Order Allowing Administrative Expense Pursuant to Sections 503(b)(3)(D) and 503(b)(4) of the Bankruptcy Code*, with entries relating to the chapter 11 trustee election ("Category 1") highlighted |

| Stradley-0045 | Exhibit A to *Motion of Stradley Ronon Stevens & Young, LLP for an Order Allowing Administrative Expense Pursuant to Sections 503(b)(3)(D) and 503(b)(4) of the Bankruptcy Code*, with entries relating to the chapter 11 trustee election ("Category 2") highlighted |
|---|---|
| Stradley-0046 | Exhibit A to *Motion of Stradley Ronon Stevens & Young, LLP for an Order Allowing Administrative Expense Pursuant to Sections 503(b)(3)(D) and 503(b)(4) of the Bankruptcy Code*, with entries relating to the chapter 11 trustee election ("Category 3") highlighted |
| Stradley-0047 | Exhibit A to *Motion of Stradley Ronon Stevens & Young, LLP for an Order Allowing Administrative Expense Pursuant to Sections 503(b)(3)(D) and 503(b)(4) of the Bankruptcy Code*, with entries relating to the chapter 11 trustee election ("Category 4") highlighted |
| Stradley-0048 | Chart Summarizing and Addressing Prudential Bank's Objections to Specific Time Entries Related to the *First and Final Fee Application of Stradley Ronon Stevens & Young, LLP, Special Litigation Counsel to the Debtor for the Period July 18, 2017 Through February 28, 2018* |
| Stradley-0049 | Exhibits A and B to *First and Final Fee Application of Stradley Ronon Stevens & Young, LLP, Special Litigation Counsel to the Debtor for the Period July 18, 2017 Through February 28, 2018* |
| Stradley-0050 | Affidavit of Corey S.D. Norcross, Esq. on Behalf of Stradley Ronon Stevens & Young, LLP |
| Stradley-0051 | Debtor's Monthly Operating Report for Period Ending 10/31/2021 [Dkt. No. 877] |
| Stradley-0052 | Exhibits "A" and "B" to Disclosure Statement with Respect to Plan of Liquidation Proposed by Kevin O'Halloran, as Chapter 11 Trustee for the Bankruptcy Estate of Island View Crossing II, L.P. [Dkt. No. 691] |
| Stradley-0053 | Plan of Liquidation Proposed by Kevin O'Halloran, as Chapter 11 Trustee for the Bankruptcy Estate of Island View Crossing II, L.P. [Dkt. No. 617] |
| Stradley-0054 | Summary of Documents and Files Turned Over by Stradley Ronon Stevens & Young, LLP to Kaufman, Coren & Ress, P.C. During 2018 |
| Stradley-0055 | Island View Crossing II, L.P.'s Response to the Motion of Prudential Savings Bank to Hold Renato Gualtieri in Contempt and Compel Compliance with Subpoena |

| | |
|---|---|
| Dated: November 29, 2021 | /s/ Daniel M. Pereira<br>Gretchen M. Santamour, Esq.<br>Daniel M. Pereira, Esq.<br>STRADLEY RONON STEVENS & YOUNG, LLP<br>2005 Market Street, Suite 2600<br>Philadelphia, PA 19103<br>(215) 564-8000<br>gsantamour@stradley.com<br>dpereira@stradley.com |

5096446v.2