UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **In re:** | : | |
| | : | CHAPTER 11 |
| **ISLAND VIEW CROSSING II, L.P.,** | : | |
| | : | BANKRUPTCY NO. 17-14454 (ELF) |
| Debtor. | : | |
| | : | |

# O R D E R

**AND NOW**, upon consideration of the Motion of Prudential Savings Bank ("Prudential") for the Entry Of An Order Granting a Super-priority Administrative Claim Under 11 U.S.C. §503(b) and 507(b) for the Post-petition Diminution of its Collateral and for Related Relief ("Motion") (Doc. # 886), and Prudential's request for expedited consideration of the Motion;

It is hereby **ORDERED** that:

1. Prudential's request for an expedited hearing is **GRANTED.**

2. A hearing to consider the Motion will be conducted by video conference commencing on **December 13, 2021, at 9:00 a.m.**, the same date and time as two (2) other scheduled contested matters in this bankruptcy case.

3. **On or before December 10, 2021**, the Trustee shall file a response to the Motion.

4. Subject to Paragraph 5, the court's order governing procedures dated **November 12, 2021** (Doc. # 870) shall govern the hearing on the Motion, **EXCEPT** that the deadline for serving (and providing the court) with a Remote Witness List and Exhibit List, is **EXTENDED** to **December 10, 2021**.

5. The parties need not comply with Paragraph 4 above if there are no witnesses or documents other than those included on the Remote Witness List and Exhibit List served (and provided to the court) on **December 9, 2021**, as already required by order governing procedures dated **November 12, 2021**.

Date: December 6, 2021

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE