**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYVANIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ISLAND VIEW CROSSING II, L.P. | ) | Case No. 17-14454 (ELF) |
| | ) | |
| Debtor. | ) | |

**EXHIBIT LIST OF BONNIE B. FINKEL, CHAPTER 7 TRUSTEE OF CALNSHIRE ESTATES, LLC FOR THE EVIDENTIARY HEARING SCHEDULED TO TAKE PLACE ON DECEMBER 13, 2021**

Undersigned counsel for Bonnie B. Finkel, Chapter 7 Trustee of Calnshire Estates, LLC, hereby submits the following documents as exhibits for presentment at the Evidentiary Hearing scheduled to take place in the above-captioned matter on December 13, 2021 at 9 a.m. EST:

**Exhibit No. 1** Summary of Assets and Liabilities and Certain Statistical Information , Schedules A/B–J, Statement of Financial Affairs for Non-Individual, Disclosure of Compensation of Attorney for Debtor in the amount of $30,000 [Docket No. 31];

**Exhibit No. 2** Chapter 11 Plan of Reorganization *(Liquidation)* [Docket No. 617];

**Exhibit No. 3** Docket Report for Case No. 17-14457 (ELF) captioned *In re: Calnshire Estates, LLC* (Docket Entry No. 93, dated December 13, 2017, appoints Bonnie B. Finkel as Trustee).

                                                McELROY, DEUTSCH, MULVANEY
                                                & CARPENTER, LLP

Dated: December 8, 2021        By:    */s/Gary Bressler*
                                                Gary Bressler, Esq.  (PA No. 35224)
                                                1 Penn Center – Suburban Station
                                                1617 JFK Blvd., Suite 1500
                                                Philadelphia, Pennsylvania 19103-1815
                                                Telephone:  (215) 557-2900
                                                Facsimile:  (215) 557-2990
                                                E-mail: gbressler@mdmc-law.com

                                                *Counsel to Bonnie B. Finkel, Chapter 7 Trustee of Calnshire Estates*

1