# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **CHAPTER 11** |
| **ISLAND VIEW CROSSING II, L.P.,** | |
| | **BANKRUPTCY NO. 17-14454 (ELF)** |
| Debtor. | |

## PRUDENTIAL SAVING BANK'S REMOTE WITNESS LIST FOR HEARINGS ON DECEMBER 13, 15, AND 16, 2021

Pursuant to the November 12, 2021 and December 6, 2021 orders of this Court, Prudential Savings Bank ("Prudential") submits the following Remote Witness List:

1. a. Frederick "Kip" Hamilton, CPA, CFE
 Senior Managing Director, B. Riley Advisory Services

 b. Mr. Hamilton will testify as to the diminution in value of the Debtor's collateral.

 c. khamilton@brileyfin.com

 d. Phoenix, AZ

 e. Witness will testify from his office or from his home.

 f. No one else will be present in the room with this witness.

 g. Witness will only have access to the documents included on Prudential's Exhibit List, and any exhibits served on him by any other parties for the purposes of cross-examination.

2. a. Michael Silverman, MAI, CRE, MRICS
 Executive Vice President of Valuation & Advisory, Newmark Knight Frank

 b. Mr. Silverman will testify as to the value of the IVC project [subject to potential extension to update his report].

 c. Michael.Silverman@nmrk.com

 d. Philadelphia, PA

4885-9676-4421

      e.      Witness will testify from his office or from his home.

      f.      No one else will be present in the room with this witness.

      g.      Witness will only have access to the documents included on Prudential's Exhibit List, and any exhibits served on him by any other parties for the purposes of cross-examination.

3.      a.      Gary Reilly
              Senior Vice President and Chief Credit Officer, Prudential Bank

      b.      Mr. Reilly will testify as to Prudential's proof of claim and the interest calculation.

      c.      greilly@prudentialbanker.com

      d.      Huntingdon Valley, PA

      e.      Witness will testify from his office or from his home.

      f.      No one else will be present in the room with this witness.

      g.      Witness will only have access to the documents included on Prudential's Exhibit List, and any exhibits served on him by any other parties for the purposes of cross-examination.

Respectfully submitted,

Dated: December 9, 2021      By: */s/ Edmond M. George*
              Edmond M. George, Esquire
              Michael D. Vagnoni, Esquire
              OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
              Centre Square West, Suite 3400
              1500 Market Street
              Philadelphia, PA 19102
              Phone: (215) 665-3066
              *Counsel to Prudential Savings Bank*