**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **ISLAND VIEW CROSSING II, L.P.** | : | **BANKRUPTCY NO. 17-14454(ELF)** |
| | : | |
| **Debtor** | : | |
| | : | |

**ORDER**

**AND NOW,** upon consideration of the First and Final Fee Application of Kevin O'Halloran (the "Applicant"), as Chapter 11 Trustee, For the Period January 30, 2018 through January 10, 2022 (the "Application"), and after notice, it is hereby **ORDERED** that:

1. The Application is **APPROVED.**

2. The Applicant is allowed compensation from Kevin O'Halloran, solely in his capacity as the Chapter 11 Trustee (the "Trustee") for the estate of Island View Crossing II, L.P., in the amount of $660,673.00 for services rendered and $68,410.47 for reimbursement of expenses, for a total of $729,083.47, for the period January 30, 2018 through January 10, 2022.

3. The Trustee is authorized to pay the Applicant the compensation allowed herein.

4. The amount awarded herein is hereby made final.

**BY THE COURT:**

Dated: ____________

______________________________
ERIC L. FRANK,
UNITED STATES BANKRUPTCY JUDGE