# EXHIBIT "A"

**BANKRUPTCY EXPENSES**

Calculation of Trustee Commission:

| | | |
|---|---|---|
| | | Net Cash Receipts paid to Trustee at closing of residential units plus Post-Petition Loan |
| $ | 17,991,652 | |
| $ | 3,396,785 | Payments made at time of closing of residential units (Regular releases+closing costs) |
| Not yet applicable | | Payments made at time of closing of residential units (Bldgs11-12-13 releases) |
| Pmts disbursed through normal payables. | | Payments made at time of closing of residential units (ConstrMgr fee/unit) |
| Not yet applicable | | Payments deducted from Gross Proceeds of Phase II Sales |
| $ | 21,388,438 | **Total Monies Disbursed by Trustee** |
| $ | (1,000,000) | Deduct 1st $1MM which has higher % rate |
| $ | 20,388,438 | Total of above (base) |
| $ | 611,653 | Total base above $1MM X 3% (A) |
| $ | 53,250 | Fee on first $1,000,000 (B) |
| $ | 664,903 | A+B |
| $ | (4,230) | C-Deduct amount due to Predecessor Interim Trustee |
| $ | 660,673 | |

(B) Calculation of fee on first $1,000,000 (per Section 326A):

| | | | | | |
|---|---|---|---|---|---|
| First $5,000 | $ | 5,000 | 25% | $ | 1,250 |
| $5,001-$50000 | $ | 45,000 | 10% | $ | 4,500 |
| $50,001-$1,000,000 | $ | 950,000 | 5% | $ | 47,500 |
| | $ | 1,000,000 | | $ | **53,250** |

| | | |
|---|---|---|
| **Island View Crossing II, L.P.** | | |
| **Kevin O'Halloran, Chapter 11 Trustee** | | |
| **CALCULATION OF TOTAL DISBURSEMENTS FROM 10/1/18 THRU 1/10/22:** | | |
| Cumulative Amount of Disbursements net of Transfers Between Accounts as of 12/31/21: | $ | 17,905,349 |
| Disbursements from1/1/2022 thru 1/10/2022 | $ | 86,303 |
| **Payoff of Mortgage Liens at Townhome Sale Settlements by Title Companies:** | | |
| First Position Mortgage Lien-RDA | $ | 568,100 |
| Second Position Mortgage Lien-BKRE | $ | 705,000 |
| Third Position Mortgage Lien-Prudential | $ | 1,370,000 |
| **Payment of Other Expenses at Townhome Sale Settlements by Title Companies:** | | |
| Sales Commissions | $ | 566,450 |
| Other Sale Closing Costs | $ | 9,934 |
| Transfer Taxes (Applicable until Plan Confirmed) | $ | 177,301 |
| | **$** | **21,388,438** |