**EXHIBIT "B"**

**Island View Crossing II, L.P.**
**Kevin O'Halloran, Chapter 11 Trustee**
**KOH Expenses**

| | | | |
|---|---|---|---|
| 1/31/2018 | Delta | Travel - Airfare to PA | 622.60 |
| 1/31/2018 | Hampton Inn | Hotel/Meals | 121.45 |
| 2/1/2018 | | Travel - Toll | 4.00 |
| 2/1/2018 | | Travel - Train (two trip | 13.50 |
| 2/1/2018 | Hampton Inn | Hotel/Meals | 159.97 |
| 2/2/2018 | | Travel - Parking | 42.00 |
| 2/2/2018 | | Travel - Gas for rental | 10.00 |
| 2/2/2018 | | Travel - Car rental - 1 ( | 78.03 |
| | **Total 1/31 - 2/2/18** | | **1,051.55** |
| 2/11/2018 | Airfare | Travel | 631.15 |
| 2/13/2018 | Hampton Inn, Newtown | Hotel/Meals | 140.44 |
| 2/14/2018 | Car - Internal travel in PHL | Travel in PHL | 60.00 |
| 2/14/2018 | Hampton Inn, Philadelphia | Hotel/Meals | 170.43 |
| 2/15/2018 | Lyft transportation | Travel to Attorney | 13.78 |
| 2/15/2018 | Lyft transportation | Travel from airport | 22.70 |
| | **Total2/13 - 2/15/18** | | **1,038.50** |
| 2/18/2018 | Airfare | Travel | 611.60 |
| 2/18/2018 | Hampton Inn, Newtown | Hotel/Meals | 127.84 |
| 2/19/2018 | Hampton Inn, Newtown | Hotel/Meals | 127.84 |
| 2/20/2018 | Hampton Inn, Newtown | Hotel/Meals | 127.84 |
| 2/21/2018 | Hampton Inn, Newtown | Hotel/Meals | 127.84 |
| | **Total 2/18 - 2/22/18** | | **1,122.96** |
| 2/25/2018 | Airfare | Travel | 484.20 |
| 2/25/2018 | Lyft transportation | Travel to IVC worksite | 58.12 |
| 2/25/2018 | | Hotel/Meals | 127.84 |
| 2/26/2018 | | Hotel/Meals | 127.84 |
| 2/27/2018 | Lyft transportation | Travel to PHL airport | 25.56 |
| 3/1/2018 | Hampton Inn, Newtown | Hotel/Meals | 127.84 |
| 3/2/2018 | Homewood Suites, Newtown | Hotel/Meals | 140.44 |
| 3/3/2018 | | Car rental & gas | 83.63 |
| 3/3/2018 | Lyft transportation | Travel from airport | 29.64 |
| | **Total 2/25 - 3/3/18** | | **1,205.11** |
| 3/4/2018 | Delta | Airfare | 866.60 |
| 3/4/2018 | Lyft | Travel to airport | 22.14 |
| 3/4/2018 | Hampton Inn - Newton | Hotel/Meals | 127.84 |
| 3/5/2018 | Hampton Inn - Newton | Hotel/Meals | 127.84 |
| 3/6/2018 | DoubleTree - Philadelphia | Hotel/Meals | 214.44 |

| | | | |
|---|---|---|---|
| 3/7/2018 | | Car rental and gas | 237.82 |
| | **Total 3/4 - 3/7/18** | | **1,596.68** |
| | | | |
| 3/11/2018 | Delta | Airfare | 771.60 |
| 3/11/2018 | Doubletree - Philadelphia | Hotel/Meals | 152.60 |
| 3/12/2018 | Homewood Suites - Newtown | Hotel/Meals | 163.87 |
| 3/13/2018 | Homewood Suites - Newtown | Hotel/Meals | 163.87 |
| 3/14/2018 | Hampton Inn - Newtown | Hotel/Meals | 140.44 |
| 3/15/2018 | Uber | Travel from ATL airpoı | 27.50 |
| 3/16/2018 | | Car rental & gas | 341.72 |
| | **Total 3/11 - 3/16/18** | | **1,761.60** |
| | | | |
| 3/18/2018 | Delta | Airfare | 803.60 |
| 3/18/2018 | Doubletree - Philadelphia | Hotel/Meals | 157.10 |
| 3/19/2018 | Hampton Inn - Newtown | Hotel/Meals | 133.90 |
| 3/20/2018 | Homewood Suites - Newton | Hotel/Meals | 140.44 |
| 3/21/2022 | Hampton Inn - Newton | Hotel/Meals | 140.44 |
| | **Total 3/18 - 3/22/18** | | **1,375.48** |
| | | | |
| 3/25/2018 | Delta | Airfare | 638.60 |
| 3/25/2018 | Lyft | Travel to ATL airport | 20.44 |
| 3/25/2018 | Hampton Inn - Philadelphia | Hotel/Meals | 140.44 |
| 3/26/2018 | Homewood Suites - Newton | Hotel/Meals | 140.44 |
| 3/27/2018 | Hilton Garden Inn - Philadelphia | Hotel/Meals | 233.22 |
| 3/28/2018 | Lyft | Travel from ATL airpoı | 28.61 |
| | **Total 3/25 - 3/28/18** | | **1,201.75** |
| | | | |
| 4/9/2018 | Delta | Airfare | 824.40 |
| 4/9/2018 | Lyft | Travel to ATL airport | 23.65 |
| 4/9/2018 | Hampton Inn - Philadelphia | Hotel/Meals | 191.35 |
| 4/10/2018 | Doubletree - Philadelphia | Hotel/Meals | 284.41 |
| 4/11/2018 | Hampton Inn - Newtown | Hotel/Meals | 140.44 |
| 4/12/2018 | Hampton Inn - Newtown | Hotel/Meals | 140.44 |
| 4/13/2018 | | Car rental & gas | 504.18 |
| | **Total 4/9 - 4/13/18** | | **2,108.87** |
| | | | |
| 4/15/2018 | Delta | Airfare | 668.40 |
| 4/15/2018 | Hampton Inn - Philadelphia | Hotel/Meals | 159.97 |
| 4/16/2018 | Hampton Inn - Newtown | Hotel/Meals | 140.44 |
| 4/17/2018 | Hampton Inn - Newtown | Hotel/Meals | 140.44 |
| 4/20/2018 | Alamo/WaWa | Car rental & gas | 406.94 |
| | **Total 4/15 - 4/20/18** | | **1,516.19** |
| | | | |
| 4/23/2018 | Delta | Airfare | 806.40 |
| 4/23/2018 | Fairfield Inn - Philadelphia | Hotel/Meals | 201.70 |

| | | | |
|---|---|---|---|
| 4/24/2018 | Sheraton Bucks County | Hotel/Meals | 153.53 |
| 4/25/2018 | Sheraton Bucks County | Hotel/Meals | 153.53 |
| | **Total 4/23 - 4/26/18** | | **1,315.16** |
| | | | |
| 5/2/2018 | Delta | Airfare | 316.40 |
| 5/2/2018 | Lyft | Travel from airport | 60.81 |
| 5/2/2018 | Sheraton Bucks County | Hotel/Meals | 168.19 |
| 5/3/2018 | Sheraton Bucks County | Hotel/Meals | 168.19 |
| 5/4/2018 | | Hotel/Meals | 168.19 |
| | **Total 5/2 - 5/5/18** | | **881.78** |
| | | | |
| 5/9/2018 | Delta | Airfare | 642.20 |
| 5/9/2018 | Lyft | Travel to airport | 19.09 |
| 5/9/2018 | Sheraton Bucks County | Hotel/Meals | 168.19 |
| 5/10/2018 | Sheraton Bucks County | Hotel/Meals | 168.19 |
| | **Total 5/9 - 5/11/18** | | **997.67** |
| | | | |
| 5/15/2018 | Delta | Airfare | 632.40 |
| 5/15/2018 | Lyft | Travel to ATL airport | 29.31 |
| 5/15/2018 | Lyft | Travel from PHL airpo | 53.85 |
| 5/15/2018 | Sheraton Bucks County | Hotel/Meals | 168.19 |
| 5/16/2018 | Sheraton Bucks County | Hotel/Meals | 168.19 |
| 5/17/2018 | Sheraton Bucks County | Hotel/Meals | 168.19 |
| | **Total 5/15 - 5/18/18** | | **1,220.13** |
| | | | |
| 5/21/2018 | Delta | Airfare | 632.40 |
| 5/21/2018 | Lyft | Travel to ATL airport | 21.16 |
| 5/21/2018 | Sheraton Bucks County | Hotel/Meals | 153.53 |
| 5/22/2018 | Sheraton Bucks County | Hotel/Meals | 153.53 |
| 5/23/2018 | Sheraton Bucks County | Hotel/Meals | 153.53 |
| 5/24/2018 | Lyft | Travel from ATL airpoı | 32.28 |
| 5/25/2018 | Hertz | Car rental | 380.93 |
| | **Total 5/21 - 5/25/18** | | **1,527.36** |
| | | | |
| 6/5/2018 | Delta | Airfare | 896.00 |
| 6/5/2018 | Lyft | Travel from PHL airpo | 63.30 |
| 6/5/2018 | Sheraton Bucks County | Hotel/Meals | 140.44 |
| 6/6/2018 | Sheraton Bucks County | Hotel/Meals | 140.44 |
| 6/7/2018 | Sheraton Bucks County | Hotel/Meals | 140.44 |
| 6/7/2018 | | Parking | 40.00 |
| | **Total 6/5 - 6/8/18** | | **1,420.62** |
| | | | |
| 6/12/2018 | Delta | Airfare | 872.40 |
| 6/12/2018 | Lyft | Travel to ATL airport | 22.14 |
| 6/12/2018 | Sheraton Bucks County | Hotel/Meals | 140.44 |
| 6/13/2018 | Sheraton Bucks County | Hotel/Meals | 140.44 |
| 6/14/2018 | Sheraton Bucks County | Hotel/Meals | 140.44 |

| | | | |
|---|---|---|---|
| 6/15/2018 | Budget | Car rental & gas | 531.94 |
| 6/15/2018 | Lyft | Travel from ATL airpo | 25.99 |
| | **Total 6/12 - 6/15/18** | | **1,873.79** |
| | | | |
| 6/25/2018 | Delta | Airfare | 773.40 |
| 6/25/2018 | Lyft | Travel to ATL airport | 22.92 |
| 6/25/2018 | Sheraton Bucks County | Hotel/Meals | 140.44 |
| 6/26/2018 | Sheraton Bucks County | Hotel/Meals | 140.44 |
| 6/27/2018 | Sheraton Bucks County | Hotel/Meals | 140.44 |
| 6/28/2018 | | Car rental & gas | 381.24 |
| 6/28/2018 | Lyft | Travel from ATL airpo | 24.30 |
| | **Total 6/25 - 6/28/18** | | **1,623.18** |
| | | | |
| 7/9/2018 | Delta | Airfare | 674.40 |
| 7/9/2018 | Lyft | Travel to ATL airport | 26.55 |
| 7/9/2018 | Sheraton Bucks County | Hotel/Meals | 168.19 |
| 7/10/2018 | Sheraton Bucks County | Hotel/Meals | 168.19 |
| 7/12/2018 | Alamo | Car rental | 316.16 |
| | **Total 7/9 - 7/12/18** | | **1,353.49** |
| | | | |
| 7/17/2018 | Delta | Airfare | 806.40 |
| 7/17/2018 | Lyft | Travel to ATL airport | 26.22 |
| 7/17/2018 | Sheraton Bucks County | Hotel/Meals | 168.19 |
| 7/18/2018 | Sheraton Bucks County | Hotel/Meals | 168.19 |
| 7/19/2018 | Lyft | Travel from ATL airpo | 32.09 |
| 7/20/2018 | Dollar Rental | Car rental | 335.56 |
| | **Total 7/17 - 7/19/18** | | **1,536.65** |
| | | | |
| 8/14/2018 | Delta | Airfare | 806.00 |
| 8/14/2018 | Sheraton Bucks County | Hotel/Meals | 168.19 |
| 8/15/2018 | Sheraton Bucks County | Hotel/Meals | 168.19 |
| 8/16/2018 | Budget/WaWa | Car rental & gas | 343.39 |
| | **Total 8/14 - 8/16/18** | | **1,485.77** |
| | | | |
| 9/4/2018 | Delta | Airfare | 702.00 |
| 9/4/2018 | Lyft | Travel to ATL airport | 20.30 |
| 9/4/2018 | Sheraton Bucks County | Hotel/Meals | 168.19 |
| 9/5/2018 | Sheraton Bucks County | Hotel/Meals | 168.19 |
| 9/6/2018 | | Car rental & gas | 128.50 |
| | **Total 9/4 - 9/6/18** | | **1,187.18** |
| | | | |
| 9/9/2018 | Delta | Airfare | 614.40 |
| 9/9/2018 | Lyft | Travel to ATL airport | 25.87 |
| 9/9/2018 | Sheraton Bucks County | Hotel/Meals | 168.19 |
| 9/10/2018 | Sheraton Bucks County | Hotel/Meals | 168.19 |
| 9/11/2018 | Sheraton Bucks County | Hotel/Meals | 168.19 |
| 9/12/2018 | Sheraton Bucks County | Hotel/Meals | 168.19 |

| | | | |
|---|---|---|---|
| 9/13/2018 | Hertz | Car rental | 260.19 |
| | **Total 9/9 - 9/13/18** | | **1,573.22** |
| 9/16/2018 | Delta | Airfare | 612.80 |
| 9/16/2018 | Lyft | Travel to ATL Airport | 28.64 |
| 9/21/2018 | Sheraton Bucks County | Hotel/Meals 9/16-9/2 | 840.95 |
| 9/21/2018 | Lyft | Travel from ATL Airpo | 32.50 |
| | | | **1,514.89** |
| 9/24/2018 | Delta | Airfare | 528.40 |
| 9/24/2018 | Avis | Car rental | 356.33 |
| 9/24/2018 | Lyft | Travel to ATL airport | 25.57 |
| 9/24/2018 | Sheraton Bucks County | Hotel/Meals | 135.04 |
| 9/25/2018 | Sheraton Bucks County | Hotel/Meals | 135.04 |
| 9/26/2018 | Sheraton Bucks County | Hotel/Meals | 135.04 |
| 9/27/2018 | Lyft | Travel from ATL airpoı | 25.13 |
| | | | **1,340.55** |
| 10/18/2018 | | Travel to PHL | 198.00 |
| 10/18/2018 | Sheraton Bucks County | Hotel/Meals | 140.44 |
| 10/19/2018 | | Car rental fuel | 25.55 |
| | | | **363.99** |
| 11/18/2018 | Delta | Airfare | 748.40 |
| 11/18/2018 | Lyft | Travel to ATL airport | 25.90 |
| 11/18/2018 | Homewood Suites | Hotel/Meals | 140.44 |
| 11/19/2018 | Homewood Suites | Hotel/Meals | 140.44 |
| 11/20/2018 | | Car rental & fuel | 125.18 |
| | | | **1,180.36** |
| 3/11/2019 | Delta | Airfare | 882.00 |
| 3/11/2019 | Lyft | Travel to airport | 26.50 |
| 3/11/2019 | Lyft | Travel from PHL airpo | 74.09 |
| 3/11/2019 | Sheraton Bucks County | Hotel/Meals | 140.44 |
| 3/12/2019 | Sheraton Bucks County | Hotel/Meals | 140.44 |
| 3/13/2019 | Lyft | Travel from airport | 16.14 |
| | | | **1,279.61** |
| 3/26/2019 | Delta | Airfare | 727.90 |
| 3/26/2019 | Lyft | Travel to airport | 38.77 |
| 3/26/2019 | Sheraton Bucks County | Hotel/Meals | 140.44 |
| 3/27/2019 | Car | Travel to airport | 54.92 |
| 3/27/2019 | Lyft | Travel from airport | 32.10 |
| | | | **994.13** |

| | | | |
|---|---|---|---|
| | **Meeting with Aris & Bank 4/26/19** | | |
| 4/25/2019 | | Airfare | 752.00 |
| 4/25/2019 | | Hotel/Meals | 171.70 |
| 4/26/2019 | | Tolls(to/from meeting | 7.00 |
| 4/26/2019 | | Car Rental | 43.12 |
| 4/26/2019 | | Rental Car Gas | 11.00 |
| | | | **984.82** |
| 7/11/2019 | | Airfare | 428.00 |
| 7/11/2019 | Sheraton Bucks County | Hotel/Meals | 140.44 |
| 7/12/2019 | | Car Rental | 73.79 |
| 7/12/2019 | | Car Rental Gas | 21.00 |
| 7/12/2019 | Taxi | Travel from ATL airpoı | 22.50 |
| | | | **685.73** |
| | **PA and meeting with M. Schweiker/Creditors/Equity** | | |
| 7/21/2019 | | Airfare | 678.20 |
| 7/21/2019 | Homewood Suites Newtown | Hotel/Meals | 140.44 |
| 7/21/2019 | | Car Rental | 113.18 |
| 7/22/2019 | | Parking for meeting | 33.00 |
| 7/22/2019 | | Gas for rental car | 22.00 |
| | | | **986.82** |
| | **Status Conference 10/2/19** | | |
| 10/1/2019 | | Airfare | 720.40 |
| 10/1/2019 | Lyft | Travel from home to a | 41.21 |
| 10/1/2019 | Doubletree, Philadelphia Airpor | Hotel/Meals | 187.22 |
| 10/2/2019 | Lyft | Travel to court | 24.59 |
| 10/2/2019 | Lyft | Travel from court to a | 26.22 |
| 10/2/2019 | Lyft | Travel airport to home | 18.29 |
| | | | **1,017.93** |
| | **Meeting with Prudential** | | |
| 11/11/2019 | | Airfare | 678.70 |
| 11/11/2019 | | Wifi purchase while tr | 12.00 |
| 11/11/2019 | Lyft | Travel from home to a | 43.87 |
| 11/11/2019 | Sheraton Bucks County | Hotel/Meals | 140.44 |
| 11/12/2019 | Sheraton Bucks County | Hotel/Meals | 140.44 |
| 11/13/2019 | Lyft | Travel airport to home | 49.57 |
| | | | **1,065.02** |
| | **PA, Hearing 1/15/20** | | |
| 1/13/2020 | | Airfare | 732.20 |
| 1/13/2020 | Sheraton Bucks County | Hotel/Meals | 140.44 |
| 1/14/2020 | Sheraton Bucks County | Hotel/Meals | 140.44 |
| 1/15/2020 | | Parking | 30.00 |

| | | | |
|---|---|---|---|
| 1/15/2020 | Sheraton Bucks County | Hotel/Meals | 140.44 |
| | | | **1,183.52** |
| | | | |
| 1/21/2020 | | Airfare | 640.50 |
| 1/21/2020 | Sheraton Bucks County | Hotel/Meals | 150.44 |
| | | | **790.94** |
| | **Hearing - 1/27/20** | | |
| 1/26/2020 | | Airfare | 620.78 |
| 1/26/2020 | Lyft | Transportation to ATL | 25.03 |
| 1/26/2020 | Sheraton Bucks County | Hotel/Meals | 112.69 |
| 1/27/2020 | Sheraton Bucks County | Hotel/Meals | 134.89 |
| 1/28/2020 | Lyft | Transportation from A | 28.92 |
| | | | **922.31** |
| | | | |
| | **Hearing - 2/12/20 Approve sale of townhomes** | | |
| 2/11/2020 | | Airfare | 610.60 |
| 2/11/2020 | Sheraton Bucks County | Hotel/Meals | 140.44 |
| 2/12/2020 | Sheraton Bucks County | Hotel/Meals | 140.44 |
| | | | **891.48** |
| | | | |
| 2/17/2020 | | Airfare | |
| 2/17/2020 | Sheraton Bucks County | Hotel/Meals | 140.44 |
| 2/18/2020 | Sheraton Bucks County | Hotel/Meals | 140.44 |
| | | | **280.88** |
| | | | |
| 3/12/2020 | Delta | Airfare | 710.80 |
| 3/12/2020 | Sheraton Bucks County | Hotel/Meals | 140.44 |
| 3/13/2020 | Lyft | Transportation from A | 26.64 |
| | | | **877.88** |
| | | | |
| 3/18/2020 | Delta | Airfare | 700.50 |
| 3/18/2020 | Lyft | Transportation to ATL | 19.67 |
| 3/18/2020 | Sheraton Bucks County | Hotel/Meals | 140.44 |
| 3/19/2020 | Sheraton Bucks County | Hotel/Meals | 140.44 |
| 3/20/2020 | Lyft | Transportation from A | 25.63 |
| | | | **1,026.68** |
| | | | |
| 6/30/2020 | Delta | Airfare | 422.20 |
| 6/30/2020 | Sheraton Bucks County | Hotel/Meals | 115.44 |
| | | | **537.64** |
| | | | |
| 7/28/2020 | Delta | Airfare | 366.20 |
| 7/28/2020 | Lyft | Transportation to ATL | 27.14 |
| 7/28/2020 | Sheraton Bucks County | Hotel/Meals | 140.44 |
| 7/29/2020 | Sheraton Bucks County | Hotel/Meals | 140.44 |

| | | | |
|---|---|---|---|
| | | | **674.22** |
| 8/12/2020 | Delta | Airfare | 380.60 |
| 8/12/2020 | Sheraton Bucks County | Hotel/Meals | 140.44 |
| 8/13/2020 | Sheraton Bucks County | Hotel/Meals | 140.44 |
| | | | **661.48** |
| 8/26/2020 | Delta | Airfare | 346.20 |
| 8/26/2020 | Lyft | Transportation to ATL | 34.15 |
| 8/26/2020 | Sheraton Bucks County | Hotel/Meals | 145.99 |
| 8/26/2020 | Sheraton Bucks County | Hotel/Meals | 145.99 |
| | | | **672.33** |
| 9/9/2020 | Delta | Airfare | 346.20 |
| 9/9/2020 | Sheraton Bucks County | Hotel/Meals | 140.44 |
| 9/10/2020 | Sheraton Bucks County | Hotel/Meals | 140.44 |
| | | | **627.08** |
| | **Mediation with PSB 9/24/20** | | |
| 9/23/2020 | Delta | Airfare | 411.20 |
| 9/23/2020 | Taxi | Transportation to ATL | 32.00 |
| 9/23/2020 | Sheraton Bucks County | Hotel/Meals | 140.44 |
| 9/24/2020 | Parking | Downtown at mediation in Obermeyer offices | 26.00 |
| 9/24/2020 | Sheraton Bucks County | Hotel/Meals | 140.44 |
| 9/25/2020 | Transportation | From ATL airport | 34.00 |
| | | | **784.08** |
| 10/21/2020 | Delta | Airfare | 376.20 |
| 10/21/2020 | Taxi | Transportation to ATL | 32.00 |
| 10/21/2020 | | Transportation from a | 40.00 |
| 10/21/2020 | Sheraton Bucks County | Hotel/Meals | 138.22 |
| 10/22/2020 | Sheraton Bucks County | Hotel/Meals | 138.22 |
| | | | **724.64** |
| 11/18/2020 | Delta | Airfare | 476.20 |
| 11/18/2020 | | Transportation to ATL | 30.00 |
| 11/18/2020 | Sheraton Bucks County | Hotel/Meals | 138.22 |
| 11/29/2020 | Sheraton Bucks County | Hotel/Meals | 138.22 |
| | | | **782.64** |

| | | | |
|---|---|---|---|
| 12/2/2020 | Delta | Airfare | 386.20 |
| 12/2/2020 | Lyft | Transportation to ATL | 34.80 |
| 12/2/2020 | Taxi | From ATL airport | 35.00 |
| 12/2/2020 | Sheraton Bucks County | Hotels/Meals | 138.22 |
| 12/3/2020 | Sheraton Bucks County | Hotels/Meals | 138.22 |
| | | | **732.44** |
| 1/20/2021 | Delta | Airfare | 302.00 |
| 1/20/2021 | Sheraton Bucks County | Hotel/Meals | 123.79 |
| 1/21/2021 | Sheraton Bucks County | Hotel/Meals | 123.79 |
| 1/21/2021 | Sheraton Bucks County | Hotel/Meals | 123.79 |
| | | | **673.37** |
| 2/21/2021 | Delta | Airfare | 366.80 |
| 2/21/2021 | Sheraton Bucks County | Hotel/Meals | 107.42 |
| 2/22/2021 | Sheraton Bucks County | Hotel/Meals | 115.75 |
| 2/23/2021 | Sheraton Bucks County | Hotel/Meals | 115.75 |
| 2/23/2021 | ATL Airport | Parking | 40.00 |
| | | | **745.72** |
| 3/21/2021 | Delta | Airfare | 706.80 |
| 3/21/2021 | Hilton | Hotel/Meals | 123.71 |
| 3/22/2021 | Hilton | Hotel/Meals | 123.71 |
| 3/23/2021 | Hilton | Hotel/Meals | 123.71 |
| 3/24/2021 | Hilton | Hotel/Meals | 123.71 |
| 3/25/2021 | Hilton | Hotel/Meals | 123.71 |
| 3/26/2021 | Hilton | Hotel/Meals | 128.45 |
| | | | **1,453.80** |
| 4/8/2021 | Delta | Airfare | 443.80 |
| 4/8/2021 | Hampton Inn & Suites | Hotel/Meals | 131.40 |
| 4/9/2021 | Hampton Inn & Suites | Hotel/Meals | 131.40 |
| | | | **706.60** |
| 4/27/2021 | Delta | Airfare | 468.80 |
| 4/27/2021 | Hampton Inn & Suites | Hotel/Meals | 140.44 |
| 4/28/2021 | Hampton Inn & Suites | Hotel/Meals | 137.11 |
| | | | **746.35** |
| 6/1/2021 | Delta | Airfare | 520.60 |

| | | | |
|---|---|---|---|
| 6/1/2021 | Hampton Inn & Suites | Hotel/Meals | 140.44 |
| 6/2/2021 | Hampton Inn & Suites | Hotel/Meals | 141.55 |
| 6/3/2021 | Hampton Inn & Suites | Hotel/Meals | 133.78 |
| | | | **936.37** |
| 6/14/2021 | Delta | Airfare | 468.80 |
| 6/14/2021 | Hampton Inn & Suites | Hotel/Meals | 153.76 |
| 6/15/2021 | Hampton Inn & Suites | Hotel/Meals | 153.76 |
| 6/16/2021 | Hampton Inn & Suites | Hotel/Meals | 153.76 |
| 6/16/2021 | Atlanta Airport | Parking | 40.00 |
| | | | **970.08** |
| 7/20/2021 | Delta | Airfare | 417.80 |
| 7/20/2021 | Hampton Inn & Suites | Hotel/Meals | 153.76 |
| 7/21/2021 | Hampton Inn & Suites | Hotel/Meals | 153.76 |
| 7/22/2021 | Hampton Inn & Suites | Hotel/Meals | 153.76 |
| 7/23/2021 | Atlanta Airport | Parking | 40.00 |
| | | | **919.08** |
| 8/2/2021 | Delta | Airfare | 498.65 |
| 8/2/2021 | Hampton Inn & Suites | Hotel/Meals | 138.22 |
| 8/3/2021 | Hampton Inn & Suites | Hotel/Meals | 138.22 |
| 8/4/2021 | Hampton Inn & Suites | Hotel/Meals | 138.22 |
| 8/5/2021 | Atlanta Airport | Parking | 40.00 |
| | | | **953.31** |
| 9/20/2021 | Delta | Airfare | 502.65 |
| 9/20/2021 | Hampton Inn & Suites | Hotel/Meals | 138.22 |
| 9/20/2021 | Hampton Inn & Suites | Hotel/Meals | 138.22 |
| 9/20/2021 | Hampton Inn & Suites | Hotel/Meals | 138.22 |
| 9/20/2021 | Atlanta Airport | Parking | 40.00 |
| | | | **957.31** |
| | **Mediation with Prudential** | | |
| 10/27/2021 | Delta | Airfare | 537.98 |
| 10/27/2021 | Lyft | PHL Airport to Hotel | 48.10 |
| 10/27/2021 | Hilton/Rittenhouse Sq | Hotel/Meals | 213.75 |
| 10/28/2021 | Hilton/Rittenhouse Sq | Hotel/Meals | 213.75 |
| 10/28/2021 | Atlanta Airport | Parking | 40.00 |
| | | | **1,053.58** |
| 11/22/2021 | Delta | Airfare | 537.98 |
| 11/22/2021 | Hampton Inn | Hotel/Meals | 138.22 |
| 11/23/2021 | Hampton Inn | Hotel/Meals | 138.22 |
| 11/23/2021 | Atlanta Airport | Parking | 28.00 |
| | | | **842.42** |

**Preperation with Counsel re Confirmation**

| | | | | |
|---|---|---|---|---|
| 12/11/2021 | Delta | Airfare | 410.40 | |
| 12/11/2021 | Lyft | PHL Airport to Hotel | 45.20 | |
| 12/11/2021 | Hilton/Rittenhouse Sq | Hotel/Meals | 210.22 | |
| 12/12/2021 | Hilton/Rittenhouse Sq | Hotel/Meals | 210.22 | |
| 12/13/2022 | Hilton/Rittenhouse Sq | Hotel/Meals | 210.22 | |
| 12/14/2021 | Hilton/Rittenhouse Sq | Hotel/Meals | 210.22 | |
| 12/15/2021 | Atlanta Airport | Parking | 60.00 | |
| | | | **1,356.48** | |
| | | | | |
| 1/9/2022 | Delta | Airfare | 383.00 | |
| 1/9/2022 | Hampton Inn | Hotel/Meals | 138.22 | |
| 1/10/2022 | Atlanta Airport | Parking | 16.00 | |
| | | | **537.22** | **68,410.47** |