# EXHIBIT "C"

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **ISLAND VIEW CROSSING II, L.P.** | : | **BANKRUPTCY NO. 17-14454(ELF)** |
| | : | |
| **Debtor** | : | |
| | : | |

# VERIFIED STATEMENT

The undersigned hereby swears and affirms pursuant to 28 U.S.C. § 1746 that the following information is true and correct to the best of my knowledge, information and belief:

1. I am the Chapter 11 Trustee of the estate of Island View Crossing II, L.P., the Applicant named in the First and Final Fee Application of Kevin O'Halloran, as Chapter 11 Trustee, For the Period January 30, 2018 through January 10, 2022; that the facts set forth therein are true and correct; that my firm has no agreement directly or indirectly, and no understanding exists in any form or guise with any person for a division of the compensation herein requested.

2. I declare under the penalty of perjury that the foregoing is true and correct.

By: /s/ Kevin O'Halloran
Kevin O'Halloran, Chapter 11 Trustee

Dated: February 9, 2022