**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **ISLAND VIEW CROSSING II, L.P.** | : | **BANKRUPTCY NO. 17-14454(ELF)** |
| | : | |
| **Debtor** | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, Aris J. Karalis, Esquire, hereby certify that a copy of the Notice of the First and Final Fee Application of Kevin O'Halloran, as Chapter 11 Trustee, For the Period January 30, 2018 through January 10, 2022 was served on February 9, 2022 upon the parties on the attached list in the manner indicated thereon.

**KARALIS PC**

By: /s/ Aris J. Karalis
ARIS J. KARALIS
Attorneys for the Trustee

Dated: February 9, 2022

**VIA U.S. FIRST CLASS MAIL**

Alesia Conner
508 Washington Crossing Road
Newtown, PA 18940

Americorp Construction, Inc.
1 South State Street
Newtown, PA 18940

Americorp Homes, Inc.
1 South State Street
Newtown, PA 18940

Americorp Realty LLC
1 South State Street
Newtown, PA 18940

Anthony A. Horwath
1045 Essex Drive
Bensalem, PA 19020

Aqua Pennsylvania
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

Benjamin A. Mastridge, Sr.
14 Bittersweet Road
Levittown, PA 19057

Bohler Engineering PA, LLC
1600 Manor Drive, Suite 200
Chalfont PA 18914

Borough of Bristol
Attn: James Dillon, Borough Manager
250 Pond St
Bristol, PA 19007

Bucks County Electric Works,Inc.
260 Knowles Avenue
Suite 224
Southampton PA 18966

Bucks County Redevelopment Authority
216 Pond Street
Bristol, PA 19007

Bucks County Tax Claim Bureau
c/o John A. Torrente, Esquire
55 E. Court Street
Doylestown, PA 18901

Charles E. Shoemakers Engineering
110 Keystone Drive
Montgomeryville, PA 18936

Cutting Edge
1413 Reiner Road
Norristown, PA 19403

Dawn O'Neil
601 W. Palmer Avenue
Morrisville, PA 19067

Dorchester Capital
1111 Street Road
Southampton, PA 18966

E.R. Corridon Plumbing
3213 Steele Avenue
Bristol, PA 19007

East Coast Kitchen and Bath
110 Gaither Drive, #D
Mt. Laurel, NJ 08054

Ebert Engineering
4092 Skippack Pike, Suite 202
Skippack, PA 19474

Frank Del Grasso
16709 Riverview Circle
Bristol, PA 19007

Geostructures, Inc
1000 W 9th Avenue
King of Prussia, PA 19406

IPFS Corporation
1760 Market Street
Suite 401
Philadelphia, PA

IPFS Corporation
30 Montgomery Street
Suite 1000
Jersey City, NJ 07302

IRS
PO BOX 21126
PHILA PA 19114

Island View Crossing II, Inc.
1 South State Street
Newtown, PA 18940

Island View Properties, Inc.
One South State Street
Newtown, PA 18940

Jane Q. Bridge
1509 Esther Lane
Yardley PA 19067

Jason & Sarah Hernandez
703 Belardley Avenue
Bristol, PA 19007

John R. Diaz & Estate of Dawn L. O'Neil
601 West Palmer Avenue
Morrisville, PA 19067

Joseph & Phyllis Silva
49 Mistletoe Lane
Levittown, PA 19054

Joseph Ferry, Esq
1515 Market Street, Suite 1200
Philadelphia, PA 19102

Judy Schmitt
369 Cedar Waxwing Drive
Warrington, PA 18976

Kershbaumer Stairs
120 Winding Lane
Newtown, PA 18940

Khandulans Ranganathan
Samira Ranganathan
133 Mercer Court
Fairless Hills PA 19030

Marco Sprinklers
320 Commerce Drive
Exton, PA 19341

McElderry Drywall
100 Brickyard Lane
PO Box 353
New Berlinville, PA 19545-0353

Michael Antolino Construction
1082 Taylorsville Road, Suite 103
Washington Crossing, PA 18977

MJ Carpentry
2 Canals End Road, Suite 202C
Bristol, PA 19007

Monica L. Caione
12 Fillmore Street
Bristol, PA 19007

Peter & Jane Bridge
1509 Esther Lane
Morrisville, PA 19067

Premium Excavating, LLC
269 Canal Road
Fairless Hills, PA 19030

Prudential Savings Bank
1834 W. Oregon Avenue
Philadelphia, PA 19145

Redevelopment Authority of Bucks County
216 Pond Street
Bristol, PA 19007

Renato J. Gualtieri
1628 Carlene Court
Langhorne, PA 19047

Revolution Recovery
7333 Milnor Street
Philadelphia, PA 19136

Samira & Khandulans Ranganathan
133 Mercer Court
Fairless Hills, PA 19030

Smith HVAC
404 E. Pennsylvania Blvd, Fl. 2
Feasterville Trevose, PA 19053-7847

Snyder Landscaping
300 Molasses Hill Road
Bernville, PA 19506

Tur Ka Painting
28 Ring Lane
Levittown, PA 19055

United States Insulation
PO Box 421
Uwchland, PA 19480

United States Plumbing
PO Box 476
Glen Mills, PA 19342

Waldner Doors
106 Samantha Lane
Lansdale, PA 19446