IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| ISLAND VIEW CROSSING II, L.P. | : | BANKRUPTCY NO. 17-14454(ELF) |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Aris J. Karalis, Esquire, hereby certify that a copy of the Notice of the First Application for Payment of Contingent Fee and for Reimbursement of Costs and Expenses of Kaufman, Coren & Ress, P.C., Special Litigation Counsel to Kevin O'Halloran, Chapter 11 Trustee, For the Period through February 28, 2022 was served on March 10, 2022 upon the parties on the attached list in the manner indicated thereon.

KARALIS PC

By:   /s/ Aris J. Karalis
      ARIS J. KARALIS
      Attorneys for the Trustee

Dated: March 10, 2022

**VIA U.S. FIRST CLASS MAIL**

Alesia Conner
508 Washington Crossing Road
Newtown, PA 18940

Americorp Construction, Inc.
1 South State Street
Newtown, PA 18940

Americorp Homes, Inc.
1 South State Street
Newtown, PA 18940

Americorp Realty LLC
1 South State Street
Newtown, PA 18940

Anthony A. Horwath
1045 Essex Drive
Bensalem, PA 19020

Aqua Pennsylvania
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

Benjamin A. Mastridge, Sr.
14 Bittersweet Road
Levittown, PA 19057

Bohler Engineering PA, LLC
1600 Manor Drive, Suite 200
Chalfont PA 18914

Borough of Bristol
Attn: James Dillon, Borough Manager
250 Pond St
Bristol, PA 19007

Bucks County Electric Works, Inc.
260 Knowles Avenue
Suite 224
Southampton PA 18966

Bucks County Redevelopment Authority
216 Pond Street
Bristol, PA 19007

Bucks County Tax Claim Bureau
c/o John A. Torrente, Esquire
55 E. Court Street
Doylestown, PA 18901

Charles E. Shoemakers Engineering
110 Keystone Drive
Montgomeryville, PA 18936

Cutting Edge
1413 Reiner Road
Norristown, PA 19403

Dawn O'Neil
601 W. Palmer Avenue
Morrisville, PA 19067

Dorchester Capital
1111 Street Road
Southampton, PA 18966

E.R. Corridon Plumbing
3213 Steele Avenue
Bristol, PA 19007

East Coast Kitchen and Bath
110 Gaither Drive, #D
Mt. Laurel, NJ 08054

Ebert Engineering
4092 Skippack Pike, Suite 202
Skippack, PA 19474

Frank Del Grasso
16709 Riverview Circle
Bristol, PA 19007

Geostructures, Inc
1000 W 9th Avenue
King of Prussia, PA 19406

IPFS Corporation
1760 Market Street
Suite 401
Philadelphia, PA

IPFS Corporation
30 Montgomery Street
Suite 1000
Jersey City, NJ 07302

IRS
PO BOX 21126
PHILA PA 19114

Island View Crossing II, Inc.
1 South State Street
Newtown, PA 18940

Island View Properties, Inc.
One South State Street
Newtown, PA 18940

Jane Q. Bridge
1509 Esther Lane
Yardley PA 19067

Jason & Sarah Hernandez
703 Belardley Avenue
Bristol, PA 19007

John R. Diaz & Estate of Dawn L. O'Neil
601 West Palmer Avenue
Morrisville, PA 19067

| | | |
|---|---|---|
| Joseph & Phyllis Silva<br>49 Mistletoe Lane<br>Levittown, PA 19054 | Joseph Ferry, Esq<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102 | Judy Schmitt<br>369 Cedar Waxwing Drive<br>Warrington, PA 18976 |
| Kershbaumer Stairs<br>120 Winding Lane<br>Newtown, PA 18940 | Khandulans Ranganathan<br>Samira Ranganathan<br>133 Mercer Court<br>Fairless Hills PA 19030 | Marco Sprinklers<br>320 Commerce Drive<br>Exton, PA 19341 |
| McElderry Drywall<br>100 Brickyard Lane<br>PO Box 353<br>New Berlinville, PA 19545-0353 | Michael Antolino Construction<br>1082 Taylorsville Road, Suite 103<br>Washington Crossing, PA 18977 | MJ Carpentry<br>2 Canals End Road, Suite 202C<br>Bristol, PA 19007 |
| Monica L. Caione<br>12 Fillmore Street<br>Bristol, PA 19007 | Peter & Jane Bridge<br>1509 Esther Lane<br>Morrisville, PA 19067 | Premium Excavating, LLC<br>269 Canal Road<br>Fairless Hills, PA 19030 |
| Prudential Savings Bank<br>1834 W. Oregon Avenue<br>Philadelphia, PA 19145 | Redevelopment Authority of Bucks County<br>216 Pond Street<br>Bristol, PA 19007 | Renato J. Gualtieri<br>1628 Carlene Court<br>Langhorne, PA 19047 |
| Revolution Recovery<br>7333 Milnor Street<br>Philadelphia, PA 19136 | Samira & Khandulans Ranganathan<br>133 Mercer Court<br>Fairless Hills, PA 19030 | Smith HVAC<br>404 E. Pennsylvania Blvd, Fl. 2<br>Feasterville Trevose, PA 19053-7847 |
| Snyder Landscaping<br>300 Molasses Hill Road<br>Bernville, PA 19506 | Tur Ka Painting<br>28 Ring Lane<br>Levittown, PA 19055 | United States Insulation<br>PO Box 421<br>Uwchland, PA 19480 |
| United States Plumbing<br>PO Box 476<br>Glen Mills, PA 19342 | Waldner Doors<br>106 Samantha Lane<br>Lansdale, PA 19446 | |