| Fill in this information to identify the case: |
|---|
| Debtor name   Island View Crossing II, L.P. |
| United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known)   17-14454(ELF) |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☒ Amended Schedule    E/F: Creditors Who Have Unsecured Claims
☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

   The Trustee has filed the Amended Schedule E/F: Creditors Who Have General Unsecured Claims to reduce the amount of following the general unsecured claims to zero: (i) Americorp Construction, Inc.; (ii) Calnshire Estates, LLC; (iii) Joseph Ferry, Esquire; and (iv) Judy Schmitt.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on   April 29, 2022          X /s/ Kevin O'Halloran
                                            Signature of individual signing on behalf of debtor

                                            Kevin O'Halloran
                                            Printed name

                                            Chapter 11 Trustee for the Estate of Island View Crossing II
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Island View Crossing II, L.P. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | 17-14454(ELF) |

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     |     | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Borough of Bristol**<br>**Attn: James Dillon, Borough Manager**<br>**250 Pond Street**<br>**Bristol, PA 19007** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $79,917.09 | $79,917.09 |
|     | Date or dates debt was incurred | Basis for the claim:<br>**Professional services - engineering and legal fees** | | |
|     | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Bucks County Tax Claim Bureau**<br>**c/o John A. Torrente, Esquire**<br>**55 East Court Street**<br>**Doylestown, PA 18901** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $118,436.82 | $118,436.82 |
|     | Date or dates debt was incurred | Basis for the claim:<br>**2015 and 2016 real estate taxes** | | |
|     | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Island View Crossing II, L.P. | Case number (if known) | 17-14454(ELF) |
|---|---|---|---|
| | Name | | |

### 2.3

**Priority creditor's name and mailing address**
Internal Revenue Service
600 Arch Street
Philadelphia, PA 19106-1611

As of the petition filing date, the claim is: $0.00    $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notices purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

### 2.4

**Priority creditor's name and mailing address**
Pennsylvania Department of Revenue
Bureau of Individual Taxes
P.O. Box 280432
Harrisburg, PA 17128-0432

As of the petition filing date, the claim is: $0.00    $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

### 3.1

**Nonpriority creditor's name and mailing address**
Alesia Conner
508 Washington Crossing Road
Newtown, PA 18940

As of the petition filing date, the claim is: Check all that apply.    $5,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

### 3.2

**Nonpriority creditor's name and mailing address**
Americorp Construction, Inc.
1 South State Street
Newtown, PA 18940

As of the petition filing date, the claim is: Check all that apply.    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

### 3.3

**Nonpriority creditor's name and mailing address**
Anthony A. Horwath
1045 Essex Drive
Bensalem, PA 19020

As of the petition filing date, the claim is: Check all that apply.    $10,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | Island View Crossing II, L.P. | Case number (if known) | 17-14454(ELF) |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Aqua Pennsylvania**<br>**762 W. Lancaster Avenue**<br>**Bryn Mawr, PA 19010-3489**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **utility service**<br>Is the claim subject to offset? ■ No  ☐ Yes | $3,270.00 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Benjamin A. Mastridge, Sr.**<br>**4926 Knable Lane**<br>**Feasterville Trevose, PA 19053**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Civil Complaint - Contract**<br>Is the claim subject to offset? ■ No  ☐ Yes | $25,000.00 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Bohler Engineering**<br>**1600 Manor Drive, Suite 200**<br>**Chalfont, PA 18914**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Complaint in confession of judgment**<br>Is the claim subject to offset? ■ No  ☐ Yes | $48,000.00 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Bucks County Electric**<br>**260 Knowles Avenue, Ste. 224**<br>**Southampton, PA 18966**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **contractor claim**<br>Is the claim subject to offset? ■ No  ☐ Yes | $30,450.00 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Calnshire Estates, LLC**<br>**c/o Bonnie B. Finkel, Chapter 7 Trustee**<br>**P.O. Box 1710**<br>**Cherry Hill, NJ 08034-0091**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Charles E. Shoemaker Engineering**<br>**1007 Edge Hill Road**<br>**Abington, PA 19001**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **engineering services**<br>Is the claim subject to offset? ■ No  ☐ Yes | $40,000.00 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Cutting Edge**<br>**1413 Reiner Road**<br>**Norristown, PA 19403**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **contractor claim**<br>Is the claim subject to offset? ■ No  ☐ Yes | $7,000.00 |

| Debtor | **Island View Crossing II, L.P.** | Case number (if known) | **17-14454(ELF)** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Dawn O'Neil**<br>**601 W. Palmer Avenue**<br>**Morrisville, PA 19067**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Deposit**<br>Is the claim subject to offset? ■ No  ☐ Yes | $25,000.00 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Dorchester Capital**<br>**1111 Street Road**<br>**Southampton, PA 18966**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loan Broker Fee**<br>Is the claim subject to offset? ■ No  ☐ Yes | $80,000.00 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**E.R. Corridon Plumbing**<br>**3213 Steele Avenue**<br>**Bristol, PA 19007**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **contractor claim**<br>Is the claim subject to offset? ■ No  ☐ Yes | $2,000.00 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**East Cost Kitchens**<br>**1545 Route 73 South**<br>**Pennsauken, NJ 08110**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **contractor claim**<br>Is the claim subject to offset? ■ No  ☐ Yes | $7,500.00 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Ebert Engineering**<br>**4092 Skippack Pike, Suite 202**<br>**Skippack, PA 19474**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **engineering services**<br>Is the claim subject to offset? ■ No  ☐ Yes | $9,500.00 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Frank Del Grasso**<br>**15060 Sunflower Drive**<br>**Philadelphia, PA 19116**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Civil Complaint - Contract**<br>Is the claim subject to offset? ■ No  ☐ Yes | $24,900.00 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Geostructures, Inc**<br>**1000 W 9th Avenue**<br>**King of Prussia, PA 19406**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **contractor claim**<br>Is the claim subject to offset? ■ No  ☐ Yes | $29,000.00 |

| Debtor | Island View Crossing II, L.P. | Case number (if known) | 17-14454(ELF) |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address<br>**IPFS Corporation**<br>**1760 Market Street**<br>**Suite 401**<br>**Philadelphia, PA**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Complaint - contract**<br>Is the claim subject to offset? ■ No ☐ Yes | $63,000.00 |
|---|---|---|---|
| 3.19 | Nonpriority creditor's name and mailing address<br>**Jason and Sarah Hernandez**<br>**703 Belardley Avenue**<br>**Bristol, PA 19007**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Assumpsit action**<br>Is the claim subject to offset? ■ No ☐ Yes | $8,000.00 |
| 3.20 | Nonpriority creditor's name and mailing address<br>**Joe Silva**<br>**49 Mistletoe Lane**<br>**Levittown, PA 19054**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Deposit**<br>Is the claim subject to offset? ■ No ☐ Yes | $41,490.00 |
| 3.21 | Nonpriority creditor's name and mailing address<br>**John R. Diaz & Estate of Dawn L. O'Neil**<br>**601 West Palmer Avenue**<br>**Marcus Hook, PA 19061**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Civil Complaint - Contract**<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.22 | Nonpriority creditor's name and mailing address<br>**Joseph Ferry, Esq**<br>**1515 Market Street, Suite 1200**<br>**Philadelphia, PA 19102**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.23 | Nonpriority creditor's name and mailing address<br>**Judy Schmitt**<br>**369 Cedar Waxwing Drive**<br>**Warrington, PA 18976**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.24 | Nonpriority creditor's name and mailing address<br>**Kaplin, Stewart, Meloff, Reitter & Stein**<br>**Union Meeting Corporate Center**<br>**910 Harvest Drive**<br>**Blue Bell, PA 19422**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **legal services**<br>Is the claim subject to offset? ■ No ☐ Yes | $38,000.00 |

Debtor  **Island View Crossing II, L.P.**   Case number (if known) **17-14454(ELF)**
           Name

| | | | |
|---|---|---|---|
| 3.25 | Nonpriority creditor's name and mailing address<br>**Kershbaumer Stairs**<br>**120 Winding Lane**<br>**Newtown, PA 18940**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Contractor claim**<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.26 | Nonpriority creditor's name and mailing address<br>**Marco Sprinklers**<br>**320 Commerce Drive**<br>**Exton, PA 19341**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **contractor claim**<br>Is the claim subject to offset? ■ No  ☐ Yes | $17,900.00 |
| 3.27 | Nonpriority creditor's name and mailing address<br>**McElderry Drywall**<br>**100 Brickyard Lane**<br>**PO Box 353**<br>**New Berlinville, PA 19545-0353**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **contractor claim**<br>Is the claim subject to offset? ■ No  ☐ Yes | $27,800.00 |
| 3.28 | Nonpriority creditor's name and mailing address<br>**Michael Antolino Construction**<br>**1082 Taylorsville Road, Suite 103**<br>**NV 89770**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **contractor claim**<br>Is the claim subject to offset? ■ No  ☐ Yes | $11,760.00 |
| 3.29 | Nonpriority creditor's name and mailing address<br>**MJ Carpentry**<br>**312 Oxford Valley Road, Suite A**<br>**Fairless Hills, PA 19030**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **contractor claim**<br>Is the claim subject to offset? ■ No  ☐ Yes | $29,450.00 |
| 3.30 | Nonpriority creditor's name and mailing address<br>**Monica L. Caione**<br>**12 Fillmore Street**<br>**Bristol, PA 19007**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Deposit**<br>Is the claim subject to offset? ■ No  ☐ Yes | $31,976.49 |
| 3.31 | Nonpriority creditor's name and mailing address<br>**Peter & Jane Bridge**<br>**1509 Esther Lane**<br>**Morrisville, PA 19067**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Deposit**<br>Is the claim subject to offset? ■ No  ☐ Yes | $15,000.00 |

Case 17-14454-pmm    Doc 987    Filed 04/29/22    Entered 04/29/22 17:07:17    Desc Main
Document    Page 8 of 9

| Debtor | Island View Crossing II, L.P. | Case number (if known) | 17-14454(ELF) |
|---|---|---|---|

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.32 | Premium Excavating<br>PO Box 190<br>Reading, PA 19610<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **contractor claim**<br>Is the claim subject to offset? ■ No ☐ Yes | $350,000.00 |
| 3.33 | Revolution Recovery<br>7333 Milnor Street<br>Philadelphia, PA 19136<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **contractor claim**<br>Is the claim subject to offset? ■ No ☐ Yes | $5,500.00 |
| 3.34 | Samira & Khandulans Ranganathan<br>201 Woodbourne Road<br>Apt. A-33<br>Levittown, PA 19056<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Civil Complaint - Contract**<br>Is the claim subject to offset? ■ No ☐ Yes | $49,980.00 |
| 3.35 | Smith HVAC<br>404 E. Pennsylvania Blvd, Fl. 2<br>Feasterville Trevose, PA 19053-7847<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **contractor claim**<br>Is the claim subject to offset? ■ No ☐ Yes | $11,500.00 |
| 3.36 | Stradley Ronon Stevens & Young LLP<br>2005 Market Street<br>Suite 2600<br>Philadelphia, PA 19103<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **legal services**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,400,000.00 |
| 3.37 | Synder Landscaping<br>295 East Street Road<br>Warminster, PA 18974<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **contractor claim**<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.38 | Tur Ka Painting<br>28 Ring Lane<br>Levittown, PA 19055<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **contractor claim**<br>Is the claim subject to offset? ■ No ☐ Yes | $10,850.00 |

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 7 of 8
Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Island View Crossing II, L.P. | Case number (if known) | 17-14454(ELF) |
|---|---|---|---|
| | Name | | |

| 3.39 | Nonpriority creditor's name and mailing address<br>**United States Insulation**<br>**PO Box 421**<br>**Uwchland, PA 19480**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **contractor claim**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,350.00** |
|---|---|---|---|
| 3.40 | Nonpriority creditor's name and mailing address<br>**United States Plumbing**<br>**PO Box 476**<br>**Glen Mills, PA 19342**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **contractor claim**<br>Is the claim subject to offset? ■ No ☐ Yes | **$28,630.00** |
| 3.41 | Nonpriority creditor's name and mailing address<br>**Waldner Doors**<br>**106 Samantha Lane**<br>**Lansdale, PA 19446**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **contractor claim**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,800.00** |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

if no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Gary D. Bressler, Esquire**<br>**McElroy Deutsch Mulvaney & Carpenter**<br>**1617 John F. Kennedy**<br>**Suite 1500**<br>**Philadelphia, PA 19103** | Line __3.8__<br>☐ Not listed. Explain ____ | __ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 198,353.91 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,492,606.49 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,690,960.40 |