## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **CHAPTER 11** |
| | : | |
| **ISLAND VIEW CROSSING II, L.P.** | : | **BANKRUPTCY NO. 17-14454(ELF)** |
| | : | |
| **Debtor** | : | |
| | : | |

### NOTICE OF AMENDMENT TO SCHEDULED GENERAL
### UNSECURED CLAIM OF AMERICORP CONSTRUCTION, INC.

Kevin O'Halloran, in his capacity as the Chapter 11 Trustee (the "Trustee") for the estate of Island View Crossing II, L.P., by and through his counsel, Karalis PC, hereby provides this notice (the "Amendment Notice") to Americorp Construction, Inc. (the "Claimant") of his amendment of the Claimant's general unsecured claim on Schedule E/F: Creditors Who Have Unsecured Claims as follows:

| CLAIMANT | PRIOR CLASSIFICATION OF THE CLAIM ORIGINALLY SET FORTH IN THE SCHEDULES | PRIOR AMOUNT OF THE CLAIM ORIGINALLY SET FORTH IN THE SCHEDULES | CHANGE TO THE AMOUNT OF THE CLAIM RESULTING FROM THE AMENDMENT |
|---|---|---|---|
| Americorp Construction, Inc. | General Unsecured Claim | $200,000.00 | The amount of the general unsecured claim of the Claimant has been reduced from $200,000.00 to $0.00 as a result of the Trustee's amendment |

**In accordance with the Bankruptcy Court's Order Setting Deadlines dated August 23, 2017, the Claimant shall have thirty-five (35) days after service of this Amendment Notice in which to file a proof of claim.**

Respectfully submitted,

**KARALIS PC**

By:    /s/ Aris J. Karalis
       ARIS J. KARALIS
       1900 Spruce Street
       Philadelphia, PA  19103
       (215) 546-4500
       akaralis@karalislaw.com

*Attorneys for the Trustee*

Dated: April 29, 2022