**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
| | : | |
| **ISLAND VIEW CROSSING II, L.P.** | : | **BANKRUPTCY NO. 17-14454(ELF)** |
| | : | |
| **Debtor** | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, Aris J. Karalis, Esquire, do hereby certify that on the 29th day of April, 2022 a copy of

the Notice of Amendment to Scheduled General Unsecured Claim of Americorp Construction, Inc.

was served upon the parties on the attached list in the manner indicated thereon.

**KARALIS PC**

By:___ /s/ Aris J. Karalis_____
          ARIS J. KARALIS

          *Attorneys for the Trustee*

Dated: April 29, 2022

**VIA ECF TRANSMISSION**

Dave P. Adams, Esquire
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
dave.p.adams@usdoj.gov

**County of Bucks**
Robert A. Badman, Esquire
Curtin & Heefner LLP
1040 Stony Hill Road, Suite 150
Yardley, PA 19067
rab@curtinheefner.com

**Bonnie Finkel, Ch. 7 Trustee - Calnshire**
Gary D. Bressler, Esquire
McElroy Deutsch Mulvaney & Carpenter
1617 John F. Kennedy, Suite 1500
Philadelphia, PA 19103
gbressler@mdmc-law.com

George M. Conway, Esquire
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
george.m.conway@usdoj.gov

**Stradley Ronon Stevens & Young LLP**
Michael J. Cordone, Esquire
Stradley Ronon Stavens and Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103
mcordone@stradley.com

**Renato Gualtieri**
Jeffrey A. Dailey, Esquire
Dailey LLP
1650 Market Street, Suite 3600
Philadelphia, PA 19103
jdailey@daileyllp.com

**Prudential Savings Bank**
Edmond M. George, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
Centre Square West, 1500 Market Street, Suite 3400
Philadelphia, PA 19102
edmond.george@obermayer.com

**Commonwealth Capital LLC**
Janet L. Gold, Esquire
Eisenberg, Gold & Agrawal, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, NJ 08034
jgold@egalawfirm.com

**Island View Crossing II, L.P.**
Robert M. Greenbaum, Esquire
Smith Kane
112 Moores Road, Suite 300
Malvern, PA 19355
rgreenbaum@sgllclaw.com

**Redevelopment Authority of Bucks Co.;**
**DelGrasso; Mastridge & Silva**
Michael P. Kelly, Esquire
Cowan & Kelly
202 Penns Square
Langhorne, PA 19047
mpkpc@aol.com

**Prudential Savings Bank**
Samantha J. Koopman, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
Centre Square West, 1500 Market Street, Suite 3400
Philadelphia, PA 19102

**Kaplin Stewart Meloff Reiter & Stein PC**
William J. Levant, Esquire
Kaplin Stewart
910 Harvest Drive, P.O. Box 3037
Blue Bell, PA 19422
efile.wjl@kaplaw.com

**Bucks County Tax Claim Bureau**
Kelly Lyn Eberle, Esquire
Grim Biehn & Thatcher
104 S. 6th Street
Perkasie, PA 18944
keberle@grimlaw.com

**McElderry Drywall, Inc.**
Larry L. Miller, Esquire
Miller Law Offices, P.C.
1423 State Road
Duncannon, PA 17020
llmmillerlaw@earthlink.net

**Bohler Engineering**
Anna Patras, Esquire
Bohler Engineering PA, LLC
300 Independence Blvd., Suite 200
Warren, NJ 07059
apatras@bohlereng.com

**BKRE Investments, LLC**
Jerry E. Peer, Jr.
545 Metro Place South, Suite 435
Dublin, OH 43017-3386
jpeer@petersonconners.com

**Stradley Ronon Stevens & Young LLP**
Daniel M. Pereira, Esquire
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
dpereira@stradley.com

**Bristol Borough**
William J. Salerno, Esquire
Law Office of William J. Salerno
220 Radcliffe Street
Bristol, PA 19007
law.office.of.wjs@comcast.net

**Stradley Ronon Stevens & Young LLP**
Gretchen M. Santamour, Esquire
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
gsantamour@stradley.com

**Premium Excavating, LLC**
William E. Scott, Esquire
Jackson Cook Caracappa & Scott
6 Penns Trail, Suite 202
Newtown, PA 18940-1889
bscott@jccslaw.com

**Khandulans and Samira Ranganathan**
Michael J. Shavel, Esquire
Hill Wallack, LLP
777 Township Line Road, Suite 250
Yardley, PA 19067-5565
mshavel@hillwallack.com

**Island View Crossing II, L.P.**
David B. Smith, Esquire
Smith Kane
112 Moores Road, Suite 300
Malvern, PA 19355
dsmith@smithkanelaw.com

**Prudential Savings Bank**
Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
Centre Square West, 1500 Market Street, Suite 3400
Philadelphia, PA 19102
michael.vagnoni@obermayer.com

**Geostructures, Inc.**
Michelle S. Walker, Esquire
Walker Law Group, LLC
33 Rock Hill Road, Suite 210
Bala Cynwyd, PA 19004
mwalker@walkerlawgroupllc.com

**Bohler Engineering PA, LLC**
Robert R Watson, Jr., Esquire
470 Norristown Road, Suite 302
Blue Bell PA 19422
rwatson@eastburngray.com

**Bonnie Finkel, Ch. 7 Trustee - Calnshire**
Gary D. Bressler, Esquire
McElroy Deutsch Mulvaney & Carpenter
1617 John F. Kennedy, Suite 1500
Philadelphia, PA 19103
**bkleban@mdmc-law.com**

**VIA E-MAIL**

Kevin O'Halloran
Chapter 11 Trustee
P.O. Box 723307
Atlanta, GA 31139
kevinnm@bellsouth.net

**VIA U.S. FIRST CLASS MAIL**

Americorp Construction, Inc.
1 South State Street
Newtown, PA 18940