IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | CHAPTER 11 |
|---|---|---|
| | : | |
| ISLAND VIEW CROSSING II, L.P. | : | BANKRUPTCY NO. 17-14454(ELF) |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

AND NOW, upon consideration of the Motion of Kevin O'Halloran, Chapter 11 Trustee, for Approval of a Settlement Agreement with Stradley Ronon Stevens & Young, LLP Pursuant to Fed. R. Bankr. P. 9019(a) and 11 U.S.C. § 105(a) (the "Motion")[1], and after notice and hearing; it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Agreement is hereby **APPROVED**.

3. The Parties are authorized to take all actions necessary to effectuate and consummate the resolution contemplated by the Agreement including, without limitation, the execution and delivery of any documents, agreements or other instruments.

BY THE COURT:

Date: _____     _____
ERIC L. FRANK,
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.