IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| ISLAND VIEW CROSSING II, L.P. | : | BANKRUPTCY NO. 17-14454(ELF) |
| | : | |
| Debtor | : | |
| | : | |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Kevin O'Halloran, Chapter 11 Trustee (the "Trustee"), has filed a Motion for Approval of a Settlement Agreement with Stradley Ronon Stevens & Young, LLP Pursuant to Fed. R. Bankr. P. 9019(a) and 11 U.S.C. § 105(a) (the "Motion").

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **October 31, 2022, you or your attorney must file a response to the Motion.** (*see Instructions on next page*).

3. **A hearing on the Motion** is scheduled to be held on **November 9, 2022, at 11:00 a.m. in Courtroom No. 1, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.** Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**. In the event that the courtroom is closed, the hearing will be conducted telephonically as follows: **TELEPHONIC PROCEDURES FOR OUTSIDE CALLERS: Judge Frank – Phone Number: 877-336-1828; Access Code: 1229352. Dial in; enter Judge Frank's Access Code followed by the # sign.**

4. **If you do not file a response to the Motion,** the court may enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed a response.

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed below.

## Filing Instructions

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at

   > Clerk
   > United States Bankruptcy Court
   > for the Eastern District of Pennsylvania
   > Robert N.C. Nix Building, Suite 400
   > 900 Market Street
   > Philadelphia, PA 19107

9. **If you mail your response** to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorneys:

    > Aris J. Karalis, Esquire
    > Robert W. Seitzer, Esquire
    > Karalis PC
    > 1900 Spruce Street
    > Philadelphia, PA 19103
    > Phone No.: (215) 546-4500
    > Fax No.: (215) 985-4175
    > E-mail addresses:   akaralis@karalislaw.com
    >                    rseitzer@karalislaw.com

Dated: October 17, 2022

2